ORIGINAL

1   EILEEN M. DECKER
    United States Attorney
2   LAWRENCE S. MIDDLETON
    Assistant United States Attorney
3   Chief, Criminal Division
    STEPHEN A. CAZARES (Cal. Bar No. 201864)
4   Assistant United States Attorney
    Deputy Chief, Major Frauds Section
5        1100 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-0707
7        Facsimile: (213) 894-6269
         E-mail:    Steve.Cazares@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

DEC   9 2016

10               UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,        No. CR 16MJ02424

13          Plaintiff,                GOVERNMENT'S *EX PARTE* APPLICATION
                                      FOR ORDER SEALING DOCUMENT;
14          v.                        DECLARATION OF STEPHEN A. CAZARES

15   HEON-CHEOL CHI,                  (UNDER SEAL)

16          Defendant.

17

18        Plaintiff United States of America, by and through its counsel

19   of record, the United States Attorney for the Central District of

20   California and Assistant United States Attorney Stephen A. Cazares,

21   hereby applies ex parte for an order that the government's Criminal

22   Complaint and Warrant for Arrestt for defendant HEON-CHEOL CHI, as

23   well as this ex parte application, be filed under seal.

24   //

25   //

26   //

27   //

28

1        This ex parte application is based upon the attached declaration

2   of Stephen A. Cazares.

3   Dated: December 9, 2016          Respectfully submitted,

4                                    EILEEN M. DECKER
                                     United States Attorney
5
                                     LAWRENCE S. MIDDLETON
6                                    Assistant United States Attorney
                                     Chief, Criminal Division
7

8
                                     STEPHEN A. CAZARES
9                                    Assistant United States Attorney

10                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF STEPHEN A. CAZARES**

I, Stephen A. Cazares, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am one of the local attorneys representing the government in this case.

2.    The government requests leave to file its Criminal Complaint and related arrest warrant under seal.  Sealed filing is necessary in this instance as defendant HEON-CHEOL CHI ("CHI") is believed to be a Korean national with few ties to the United States beyond the financial accounts referenced in the affidavit in support of the criminal complaint.  As a result, the government believes that defendant CHI is likely to flee if he were to receive notice of the criminal complaint and request for a warrant for his arrest. Defendant CHI is believed to be arriving in the United States through San Francisco soon.

3.    Should the Court deny this application, the government requests that the Criminal Complaint and Warrant for Arrest and this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 9, 2016.

STEPHEN A. CAZARES