ORIGINAL

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEPHEN A. CAZARES (Cal. Bar No. 201864)
4  Assistant United States Attorney
   Deputy Chief, Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0707
7       Facsimile: (213) 894-6269
        E-mail:    Steve.Cazares@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,        No. 16MJ02424

13           Plaintiff,             [PROPOSED] ORDER SEALING DOCUMENT

14      v.                          (UNDER SEAL)

15 HEON-CHEOL CHI,

16           Defendant.

17

18 For good cause shown, IT IS HEREBY ORDERED THAT:

19      The government's ex parte application for sealed filing is

20 GRANTED.  The document sought to be filed under seal and the

21 government's ex parte application for sealed filing shall both be

22 filed under seal.  The government may produce the underlying document

23 as permitted or required by applicable law.

24

25
      12-9-16
26 DATE                             UNITED STATES MAGISTRATE JUDGE
                                    ALKA SAGAR
27

28

<u>IN CASE OF DENIAL:</u>

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____    _____
DATE                                                UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Stephen A. Cazares
_____
STEPHEN A. CAZARES
Assistant United States Attorney