# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **16CR0824**  Defendant Number 1 _____

U.S.A. v. Heon-Cheol Chi _____  Year of Birth 1958 _____

☒ Indictment  ☐ Information  Investigative Agency (FBI, DEA, etc.) FBI _____

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☒ Felony

b. Date of Offense: 2003-2015 _____

c. County in which first offense occurred:

Los Angeles _____

d. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles    ☐ Ventura
☐ Orange         ☐ Santa Barbara
☐ Riverside      ☐ San Luis Obispo
☐ San Bernardino ☐ Other _____

Citation of Offense 18 U.S.C. section 1957

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☒ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes

If YES   Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: December 9, 2016

Case Number 16MJ02424 _____

Charging 18 USC § 1957 _____

The complaint:   ☒ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented:   ☒ No   ☐ Yes

If YES, provide, Name: _____
         Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
      ☐ Yes*                    ☒ No
Will more than 12 days be required to present government's evidence in the case-in-chief:
      ☐ Yes*                    ☐ No
*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?      ☐ Yes      ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____
The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____
Are there 8 or more defendants in the superseding case?
      ☐ Yes*                    ☐ No
Will more than 12 days be required to present government's evidence in case-in-chief?   ☒ Yes*   ☐ No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☒ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☒ YES   ☐ NO
If YES, list language and/or dialect:
Korean

**OTHER**

☒ Male   ☐ Female

☐ U.S. Citizen   ☐ Alien

Alias Name(s) _____

This defendant is charged in:   ☒ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).
Is defendant a juvenile?   ☐ Yes   ☐ No
If YES, should matter be sealed?   ☐ Yes   ☐ No
The area of substantive law that will be involved in this case includes:
☐ financial institution fraud   ☒ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☒ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: Monday, December 12, 2016 (morning)

b. Posted bond at complaint level on: _____
   in the amount of $ _____

a. PSA supervision:   ☐ Yes   ☐ No

c. Is on bail or release from another district: _____

Defendant is **in** custody:

b. Place of incarceration:   ☐ State   ☐ Federal

c. Name of institution: _____

d. If Federal: U.S. Marshal's Registration Number: _____

e. ☒ Solely on this charge. Date and time of arrest: _____

f. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of issue

g. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND

Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date: December 13, 2016

Signature of Assistant U.S. Attorney
Sarah J. Heidel
Print Name