EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SARAH J. HEIDEL (Cal. Bar No. 209886)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2451
    Facsimile: (213) 894-6962
    E-mail:    sarah.heidel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-**16CR00824** |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING; DECLARATION OF SARAH J. HEIDEL |
| v. | |
| HEON-CHEOL CHI, | (UNDER SEAL) |
| Defendant. | |

    The government hereby applies <u>ex parte</u> for an order directing that the information, and any related documents in the above-titled case, as well as this ex parte application, the declaration of Sarah J. Heidel, and this Court's sealing order, be kept under seal until further order of the Court.

    This ex parte application is based on the attached memorandum of points and authorities and the declaration of Sarah J. Heidel.

//
//
//

This ex parte application is based on the attached declaration of Sarah J. Heidel.

Dated: December 14, 2014

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s
SARAH J. HEIDEL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF SARAH J. HEIDEL

I, SARAH J. HEIDEL, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. The government requests leave to file the Indictment and all other related documents in this matter under seal.

3. The Indictment contains facts relating to an ongoing investigation into bribery and money laundering. Public release of that information could disrupt the government's ongoing investigation. Specifically, the government believes that public disclosure of the defendant's identity and details of the bribery scheme in which the defendant participated could hinder investigation into other individuals who are participants in the same conspiracy and are unaware of the full extent of the government's investigation. If those individuals were to learn of the investigation or the arrest of the defendant, they could destroy evidence, attempt to conceal the proceeds of their fraud, seek to hide their identity, change patterns of behavior, attempt to intimidate the defendant, or take further steps to flee from prosecution and avoid contact with law enforcement.

4. Accordingly, the government requests that the Indictment and other related documents, as well as this ex parte application, the memorandum of points and authorities, this declaration, and this Court's sealing order be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

this declaration is executed at Los Angeles, California, on December 14, 2016.

_____
SARAH J. HEIDEL