**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: | |
|---|---|---|
| V.                                    PLAINTIFF | | CR16-CR00824 |
| HEON-CHEOL, CHI | **REPORT COMMENCING CRIMINAL** | |
| DEFENDANT | **ACTION** | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  01/06/2017                              8:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1957

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1958

8. Defendant has retained counsel:  ☒ No

   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  DUTY OFFICER SMITH

10. Remarks (if any): _____

11. Name:  Cesar Perez                    (please print)

12. Office Phone Number: 213-620-8323        13. Agency: USMS

14. Signature: _____            15. Date: 01/06/2017

2017 JAN -6  AM 9: 05   FILED