UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | Western Division | UNDER SEAL |
|---|---|---|---|
| | Plaintiff, | | |
| vs. | | Case Number: 2:16-CR-00824-UA | Indictment |
| | | Initial App. Date: 01/06/2017 | Custody |
| Heon-Cheol Chi | | Initial App. Time: 2:00 PM | |
| | Defendant. | Date Filed: 12/14/2016 | |
| | | Violation: 18:1957;18:2(b);18:982(a) (1);28:2461(c) | |
| | | CourtSmart/ Reporter: CS 1/6/2017 | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:   Pogosyan, Marine        David Ryan        Korean
_Deputy Clerk_        _Assistant U.S. Attorney_        _Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit.  ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Joel Koury, Retained ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
☐ Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☑ Other: _PIA is held. See separate PIA minutes_

☐ PSA ☐ USPO        ☐ FINANCIAL        ☐ READY
                                                    Deputy Clerk Initials _mp_