CLERK, U.S. DISTRICT COURT
JAN - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | 16 CR 824 |
| v. | | |
| Hion-Cheol CHI | | DESIGNATION AND APPEARANCE OF COUNSEL |
| | DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint __JOEL C. Koury__, Esquire, as my attorney to appear for me throughout all proceedings in this case.

__1-6-17__
Date

__[signed]__
Defendant's Signature

__Los Angeles, CA__
City and State

### APPEARANCE OF COUNSEL

I, __JOEL C. Koury__ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

__1-6-17__
Date

__[signed]__
Attorney's Signature

__143856__
California State Bar Number

__3435 Ocean Park Blvd #107-50__
Street Address

__Santa Monica, CA 90405__
City, State, Zip Code

__310-560-2001__    __855-823-0971__
Telephone Number    Fax Number

__JCKoury@AOL.com__
E-mail Address

---

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL