## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:16-CR-00824         Recorder: CS 01/06/2017         Date: 01/06/2017

Present: The Honorable Alicia G. Rosenberg, U.S. Magistrate Judge

Court Clerk: Marine Pogosyan         Assistant U.S. Attorney: Dave Ryan

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| HEON-CHEOL CHI  CUSTODY-PRESENT | JOEL KOURY  RETAINED | KOREAN | ANNIE E. LEE |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
  Trial Setting Conference 01/09/2017 at 10:00 AM
  Defendant and counsel are ordered to appear before said judge at the time and date indicated.

  The government shall turn over all discovery to defense counsel. Trial counsel for the government must appear at the trial setting conference.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: MP by TRB

cc: Statistics Clerk, PSALA Interpreter, USMLA