UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 16-824-JFW**                                                         Dated: January 9, 2017

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Sarah J. Heidel |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Korean Interpreter: Sue Mi Jones

===============================================================
U.S.A. vs (Dfts listed below)                         Attorneys for Defendants

1)   Heon-Cheol Chi                                    1)   Joel Koury
     present in custody                                     present - retained

_____

**PROCEEDINGS (SEALED):**     **TRIAL SETTING CONFERENCE**

Case Called and the Court continues the matter as stated on the record.

Case recalled, and counsel make their appearance.

Trial Setting Conference held.  Court ordered the dates as indicated on Order Re: Criminal Trial filed today.  Counsel served with Order Re: Criminal Trial in Court on this date.

The Court orders the reporter's transcript of the hearing sealed.


CC: USM, USPO, PSA


Initials of Deputy Clerk   sr
0/30