

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   SARAH J. HEIDEL (Cal. Bar No. 209886)
4  Assistant United States Attorney
   Major Frauds Section
5  ANNA G. KAMINSKA
   Trial Attorney
6  U.S. Department of Justice
        1100 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2451/(202)307-0321
        Facsimile: (213) 894-6269
9       E-mail:    sarah.heidel@usdoj.gov
                   Anna.Kaminska@usdoj.gov
10

11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

13                  UNITED STATES DISTRICT COURT

14              FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,           No. 16-824-JFW

16         Plaintiff,                  STIPULATION REGARDING REQUEST FOR
                                       (1) CONTINUANCE OF TRIAL DATE AND
17         v.                          (2) FINDINGS OF EXCLUDABLE TIME
                                       PERIODS PURSUANT TO SPEEDY TRIAL
18 HEON-CHEOL CHI,                     ACT

19         Defendant.                  **CURRENT TRIAL DATE:**  2/14/17
                                       **[PROPOSED] TRIAL DATE:** 4/25/17
20

21

22
        Plaintiff United States of America, by and through its counsel
23
   of record, the United States Attorney for the Central District of
24
   California and Assistant United States Attorney Sarah J. Heidel and
25
   United States Department of Justice Trial Attorney, Anna G. Kaminska,
26
   and defendant Heon-Cheol Chi ("defendant"), both individually and by
27

28

and through his counsel of record, Joel Koury, hereby stipulate as follows:

1. The Indictment in this case was filed on December 14, 2016. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on January 6, 2017. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before March 17, 2017.

2. On January 9, 2017, the Court set a trial date of February 14, 2017, and set the following briefing schedule for pretrial motions: Pretrial motions to be filed not later than January 23, 2017, opposition briefs to be filed not later than January 30, 2017, and reply briefs to be filed not later than February 1, 2017. The court also ordered status conference on February 6, 2017.

3. Defendant is detained pending trial. The parties estimate that the trial in this matter will last approximately 5 days.

4. By this stipulation, defendant moves to continue the trial date to April 25, 2017. The defendant also requests that the court continue the briefing schedule for pretrial motions as follows: Pretrial motions to be filed not later than March 17, 2017, opposition briefs to be filed not later than March 31, 2017, reply briefs to be filed not later than April 8, 2017, and a status conference on April 17, 2017. This is the first request for a continuance.

5. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. Defendant is charged with violations of 18 U.S.C. § 1957: money laundering, with a violation of Korean law as the

underlying specified unlawful activity. The government has produced discovery to the defense, of more than 10,000 pages of bank records, emails and other documents. Government counsel has requested a hard drive from defendant so that it can provide digital copies of documents and data taken from defendant's laptop computer.

  b. Defense counsel presently has the following scheduling conflicts:

    i. People v. Davidson, case no. GA095419, a three defendant multi-count burglary case, scheduled to begin on January 17, 2017 and expected to last two weeks.

    ii. People v. Jones, case no. TA140118, a two-defendant murder and attempted murder case, scheduled to begin trial on February 1, 2017, and expected to last 3 weeks.

    iii. People v. Cervantes, case no. TA139012, murder case and assault on police officer case, scheduled to begin on February 27, 2017, and expected to last three weeks.

    iv. People v. Gonzalez, case no. TA141325, a third strike robbery case scheduled to begin on March 10, 2017.

    v. United States v. Alvarez, CR 16-23-BRO, a two-defendant conspiracy to distribute methamphetamine case, scheduled to begin trial on March 14, 2017, and expected to last 4 days.

  c. In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that

failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.    Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

      e.    The government does not object to the continuance.

      f.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

    6.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of February 14, 2017 to April 25, 2017, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: January 12, 2017        Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


         /s/
_____
SARAH J. HEIDEL
Assistant United States Attorney
ANNA G. KAMINSKA
Trial Attorney
United States Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am Heon-Cheol Chi's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than April 25, 2017 is an informed and voluntary one.

_____        _1-13-17_
JOEL KOURY                             January _, 2017
Attorney for Defendant
Heon-Cheol Chi

5

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than April 25, 2017.

_____    /-/3-/7
HEON-CHEOL CHI                       January 13, 2017
Defendant

# CERTIFICATE OF SERVICE

I, **Susana Ybarra**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

**STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:
**Joel Christian Koury
Law Offices of Joel C. Koury
3435 Ocean Park Blvd, Ste 107-50
Santa Monica, CA 90405**

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ Electronic Mail as follows:

☐ By Federal Express, as follows:

at the last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on January 18, 2017 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_/s/ Susana Ybarra_
Susana Ybarra
Legal Assistant