

```
 1 │ EILEEN M. DECKER
   │ United States Attorney
 2 │ LAWRENCE S. MIDDLETON
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ SARAH J. HEIDEL (Cal. Bar No. 209886)
 4 │ Assistant United States Attorney
   │ Major Frauds Section
 5 │ ANNA G. KAMINSKA
   │ Trial Attorney
 6 │ U.S. Department of Justice
   │      1100 United States Courthouse
 7 │      312 North Spring Street
   │      Los Angeles, California 90012
 8 │      Telephone: (213) 894-2451/(202)307-0321
   │      Facsimile: (213) 894-6269
 9 │ E-mail:   sarah.heidel@usdoj.gov
   │           Anna.Kaminska@usdoj.gov
10 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-824-JFW |
| --- | --- |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| HEON-CHEOL CHI, | [~~PROPOSED~~] **TRIAL DATE: 4-25-2017** |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 17, 2017. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from February 14, 2017 to April 25, 2017. The status conference hearing is continued from February 6, 2017 to April 17, 2017. The briefing schedule for pretrial motions is as follows: Pretrial motions are to be filed not later than March 17, 2017, opposition briefs are to be filed not later than March 31, 2017, and reply briefs are to be filed not later than April 8, 2017.

2. The time period of February 14, 2017 to April 25, 2017, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

January 19, 2017
DATE

*[signature]*
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
AUSA SARAH J. HEIDEL
Assistant United States Attorney

3

## CERTIFICATE OF SERVICE

I, **Susana Ybarra**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

**[PROPOSED]ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:
**Joel Christian Koury
Law Offices of Joel C. Koury
3435 Ocean Park Blvd, Ste 107-50
Santa Monica, CA 90405**

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ Electronic Mail as follows:

☐ By Federal Express, as follows:

at the last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on January 18, 2017 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Susana Ybarra*
Susana Ybarra
Legal Assistant