NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
LAW OFFICES OF JOEL C. KOURY
Joel C. Koury, Bar No.: 143856
3435 Ocean Park Blvd. Suite 107-50
Santa Monica, California 90405
Telephone: (310) 560-2001
jckoury@aol.com

FILED

2017 FEB 21 PM 3:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 16-824-JFW  MAP |
| v. | |
| HEON-CHEOL CHI, | APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION |
| DEFENDANT. | (18 U.S.C. §3142) AND REQUEST FOR HEARING |

Application is made by ☐ plaintiff ☑ defendant Heon-Cheol Chi
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Alicia G. Rosenberg _____ by order dated: January 6, 2017

☑ denying release and imposing detention under subsection ☑ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
(1) Mr. Chi has three responsible third-parties willing to secured and unsecured affidavits of surety in the sum of $300,000: (a) Mr. Inyoung Kim will sign for $150K to be secured by his real property, (b) Mr. Jae B. Lee will sign an unsecured affidavit for $150K, (2) Mr. Chi's brother is willing to deposit $100K with the Court, (3) Mr. Chi has waived his speedy trial rights and his trial has been continued to April 25, 2017.
    Relief sought *(be specific)*:
Mr. Chi be released on $300,000 appearance bond with $150,000 justified with real property signed by Mr. Inyoung Kim and $150,00 unjustified appearance bond with an affidavit of a responsible third-party surety and $100,000 cash deposit, as well as reasonable conditions of release including curfew, location monitoring and residence in Los Angeles, CA.

Counsel for the defendant and plaintiff United States Government consulted on February 10 and 17, 2017
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on February 17, 2017 _____.

An interpreter is ☑ required ☐ not required. Language Korean
Defendant is ☑ in custody ☐ not in custody.

February 17, 2017 _____     /s/ Joel C. Koury
Date                                    Moving Party

---

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)