FILED

JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California 90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

2017 FEB 21 PM 3: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____ MAD

Attorneys for Defendant
HEON-CHEOL CHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEON-CHEOL CHI,<br><br>　　　　Defendant. | NO. CR16-824-JFW<br><br>SUPPLEMENT TO APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION. |

　　　　Defendant Heon-Cheol Chi, by and through his counsel of record, Joel C. Koury, submits the following supplement to the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention.

Dated: February 17, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　JOEL C. KOURY
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　HEON-CHEOL CHI

## DECLARATION OF COUNSEL

I, JOEL C. KOURY, do hereby declare as follows:

1. I am counsel to Heon-Cheol Chi in the above entitled action. Mr. Chi was detained and held in this matter on January 6, 2017 by order of the Honorable Alicia G. Rosenberg. At that time the defense submitted on the issue of release and detention because the defense did not have sureties present since the defense did not know when Mr. Chi would be appearing in the Central District until that day.

2. Mr. Chi is a well regarded and known Korean researcher and scientist specializing in seismology employed primarily by the Korean Institute of Geoscience and Mineral Resources. He has lived there his entire life regularly traveling internationally for work and educational purposes.

3. The underlying conduct in this case was initially investigated in United Kingdom by their Serious Fraud Office hereafter SFO. Mr. Chi had been fully cooperating with that investigation by hiring retained counsel, reporting as directed to those authorities, sharing information for their investigation and sharing all information about his location and travel information. The SFO initially requested that Mr. Chi appear in the United Kingdom and Mr. Chi traveled to that country in preparation for that meeting on November 1, 2016 but the SFO rescheduled that meeting for March 1, 2017. Mr. Chi has fully complied with any and all requests in connection with that investigation.

4. Mr. Chi was detained in the United States on our case when he traveled by air to San Francisco for a December 12, 2016 seismology

conference as he exited the aircraft. His itinerary, flight date and time was information that he had previously supplied to SFO per the agreement between his counsel and that office. It is the defense's understanding that the United Kingdom SFO notified the United States government and the government then initiated an arrest warrant here and detained Mr. Chi when he arrived for the conference. His passport was seized at that date and continues to be held by US authorities.

5. Mr. Chi is currently housed at the Metropolitan Detention Center and seeking to be released on bond. If released on bond, he will reside in Los Angeles at an address located within ten miles of the courthouse. He is agreeable to any reasonable conditions of bond to insure he remains in the Central District until the matter is completely resolved, including location monitoring, curfew, and travel restricted to his residence, his attorney's office and court.

6. Mr. Chi has a surety named Inyoung Kim who is a long time resident of the Central District who is willing to sign an affidavit of surety secured by his property that he shares with his wife and children.

7. Mr. Chi's brother, who is an attorney in Korea, is willing to post up to $100,000 from the brother's account to insure Mr. Chi's release from custody.

8. Other responsible sureties have also indicated that they too are willing to sign unsecured affidavits of surety up to $150,000 to help secure Mr. Chi's release from custody.

9. Mr. Chi has also been notified that the government has frozen two bank accounts, one at Bank of America and the other at Merrill Lynch

3

pending the resolution of this case. On his behalf, Mr. Chi is contesting the seizure of those accounts and has made a demand for a return of those funds. It is Mr. Chi's position that there are substantial assets in those accounts that belong to Mr. Chi and his wife and they intend to demand the return of all of those assets.

10. To date the government has turned over multiple tranches of discovery included approximately 52,000 pages of records and reports and recordings.

11. Mr. Chi is charged with money laundering based on work that was done primarily internationally. Mr. Chi is currently housed at MDC and therefore his phone calls are restricted to 300 minutes per month, which significantly restricts his ability to locate and communicate with witnesses that are located in other countries. Since his phone calls and emails are monitored, he is unable to have confidential communications with any witnesses or family or counsel located outside of Los Angeles.

12. Much of the evidence against Mr. Chi consists of communications between himself and other parties in other countries. In addition to witnesses, essential evidence is located in other countries, which requires the direct assistance and direction from Mr. Chi to be located and recovered and supplied to his counsel. The underlying illegality revolves allegations of bribery. To counter these allegations, the defense would need to gather financial documents, witness statements, and other supporting evidence that goes back to the last decade and is located in different countries around the world. MDC precludes counsel from reviewing documents while engaging in conference calls

with Mr. Chi who is housed at that facility and those witnesses and lawyers that are located in the United Kingdom and Korea. This is depriving Mr. Chi of the benefit of being able to fully prepare and contest the criminal charges and the asset forfeiture that he is currently facing. If Mr. Chi is released, he would have the ability to meet with his lawyer, review documents, communicate with lawyers, investigators and witnesses located internationally via confidential telephone and computer resources and fully prepare his defense.

13. The defense has had multiple conversations with the government and has not been able to reach an agreement on terms of conditions of bond for Mr. Chi. For these reasons, the defense is requesting a hearing before the magistrate or the Court on the issue of bond.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, signed on February 17, 2017 in Santa Monica, California.

JOEL C. KOURY
Attorney for Defendant
HEON-CHEOL CHI

**PROOF OF SERVICE**

I, Joel C. Koury declare:

I am a citizen of the United States, State of California, the County of Los Angeles; I am over the age of eighteen years and not a party to the within-entitled action. That on February 21, 2017, I caused a copy of the within: **DEFENDANT'S APPLICATION FOR REVIEW/RECONSIDERATION (CR 88), PROPOSED ORDER (CR 88A) AND SUPPLEMENT TO THE APPLICATION** to be served on the following:

Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows and sent via email as noted:

Anna Kaminska & Sarah Heidel
ASSISTANT UNITED STATES ATTORNEYS\\
UNITED STATES COURTHOUSE
Los Angeles, CA 90012
Sarah.heidel@usdoj.gov, anna.kaminska@usdoj.gov,
312 North Spring Street,
12th Floor
Los Angeles, CA 90012

Pretrial Service Officer
Fernando Basulto
255 East Temple Street
11th Floor, Room 1178
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 21, 2017, at Santa Monica, California.

Joel C. Koury