```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SARAH J. HEIDEL (Cal. Bar No. 209886)
Assistant United States Attorney
Major Frauds Section
ANNA G. KAMINSKA
Trial Attorney
U.S. Department of Justice
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2451/(202)307-0321
     Facsimile: (213) 894-6269
     E-mail:    sarah.heidel@usdoj.gov
                Anna.Kaminska@usdoj.gov
```

FILED 2017 MAR -7 PM 4:08 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-824-JFW/AGR |
|---|---|
| Plaintiff, | STIPULATION TO VACATE BOND REVIEW HEARING |
| v. | |
| HEON-CHEOL CHI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sarah J. Heidel and United States Department of Justice Trial Attorney, Anna G. Kaminska, and defendant Heon-Cheol Chi ("defendant"), both individually and by and through his counsel of record, Joel Koury, hereby stipulate as follows:

1. On February 21, 2017, defendant Chi filed an application for review of the conditions of bond in this matter.

2. On February 28, 2017, Magistrate Judge Rosenberg set a detention hearing for March 3, 2017 at 2:00 p.m.

3. On March 2, 2017, the parties notified the Court that they believed they had reached an agreement regarding bond and that a hearing was not necessary. Based upon this request, the Court took the March 3, 2017 hearing off calendar.

4. The parties therefore request that the Court vacate the March 3, 2017 hearing date.

IT IS SO STIPULATED.

Dated: March 7, 2017

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

　　　　　　/s/
SARAH J. HEIDEL
Assistant United States Attorney
ANNA G. KAMINSKA
Trial Attorney
United States Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

March 7, 2017

JOEL KOURY
Attorney for Defendant
Heon-Cheol Chi