EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SARAH J. HEIDEL (Cal. Bar No. 209886)
Assistant United States Attorney
Major Frauds Section
ANNA G. KAMINSKA
Trial Attorney
U.S. Department of Justice
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2451/(202)307-0321
     Facsimile: (213) 894-6269
E-mail:   sarah.heidel@usdoj.gov
          Anna.Kaminska@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED 2017 MAR -7 PM 4:08 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

MAR 10 2017

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-824-JFW/AGR |
|---|---|
| Plaintiff, | [PROPOSED] ORDER VACATING MARCH 3, 2017 DETENTION HEARING |
| v. | |
| HEON CHEOL CHI, | |
| Defendant. | |

The Court has read and considered the Stipulation To Vacate Bond Review Hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

The March 3, 2017 Detention Hearing in this matter is vacated.

IT IS SO ORDERED.

3/10/2017
_____
DATE

ALICIA G. ROSENBERG
_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
AUSA SARAH J. HEIDEL
Assistant United States Attorney