ORIGINAL

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   SARAH J. HEIDEL (Cal. Bar No. 209886)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2451
7       Facsimile: (213) 894-6962
        E-mail:    sarah.heidel@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED 2017 MAR -9 AM 11:08 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

10                 UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        No. CR 16-824-JFW

13            Plaintiff,              GOVERNMENT'S UNOPPOSED *EX PARTE*
                                      APPLICATION FOR ORDER UNSEALING;
14       v.                           DECLARATION OF SARAH J. HEIDEL

15  HEON-CHEOL CHI,

16            Defendant.

17

18       The government hereby applies ex parte for an order unsealing

19  the Indictment, and any related documents in the above-titled case.

20  The defense joins this request.

21       This ex parte application is based on the declaration of Sarah

22  J. Heidel.

23  //

24  //

25  //

26

27

28

Dated: March 8, 2017          Respectfully submitted,

                                                      EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

                                                     /s
SARAH J. HEIDEL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF SARAH J. HEIDEL

I, SARAH J. HEIDEL, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. On or about December 9, 2016, the government filed an Indictment and related documents in this matter. In conjunction with that filing, the government filed a request for leave to file the Indictment and all other related documents in this matter under seal, which was granted.

3. On January 9, 2017, the parties appeared before the Court for a status conference. At that time, the parties jointly requested that the case remain under seal.

4. Since that date, the parties have conferred several times and agree that the case should be unsealed. Accordingly, the government requests that the Court enter an order unsealing the Indictment and other related documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 8, 2017.

_____
SARAH J. HEIDEL

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER UNSEALING DOCUMENTS; DECLARATION OF SARAH J. HEIDEL** service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

Law Offices of Joel C. Koury
3435 Ocean Park Boulevard
Suite 107-50
Santa Monica, CA 90405

This Certificate is executed on March 9, 2017, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*/s/ Belinda B. Tunque*