ORIGINAL

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   SARAH J. HEIDEL (Cal. Bar No. 209886)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2451
7       Facsimile: (213) 894-269
        E-mail:    sarah.heidel@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA



10                 UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 16-824-JFW

13          Plaintiff,                 [PROPOSED] ORDER UNSEALING
                                       DOCUMENTS
14             v.

15  HEON-CHEOL CHI,

16          Defendant.

17

18  For good cause shown, IT IS HEREBY ORDERED THAT:

19      The government's ex parte application to unseal case is GRANTED.

20  The Indictment and all related filings shall be unsealed.

21

22  _____        _____
23  DATE                            HONORABLE JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER UNSEALING DOCUMENTS**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

**Law Offices of Joel C. Koury**
**3435 Ocean Park Boulevard**
**Suite 107-50**
**Santa Monica, CA 90405**

This Certificate is executed on March 9, 2017, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*