JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California 90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
HEON-CHEOL CHI



FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HEON-CHEOL CHI,<br><br>    Defendant. | NO. CR16-824-JFW<br><br>**STIPULATION IN REGARD TO PRETRIAL RELEASE AND BOND.** |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Sara Heidel, and defendant Heon-Cheol Chi, both individually and by and through his counsel of record, Joel C. Koury, hereby stipulate as follows:

1. The Defendant Heon-Cheol Chi was ordered detained on this case on January 6, 2017.
2. Trial is currently set for April 25, 2017 in front of the Honorable Judge John F. Walters.
3. The parties hereby stipulate that the Defendant Heon-Cheol Chi can be released from custody on bond on the following terms:

- Post a $100,000 with the clerk of the court,
- Submit an affidavit of surety with no justification for $50,000 from Jae B. Lee,
- Submit an affidavit of surety with no justification for $50,000 from Inyoung Kim,
- Submit an affidavit of surety for $150,000 from Inyoung Kim secured with property located at 17280 Thicket Lane Yorba Linda, CA 92886,
- The defendant shall fill out and submit a CR-37 and surrender all passports, if they are not already in the possession of federal authorities. If any documents are returned during the pendency of the case, immediately surrender them to the U.S. Pretrial Service Agency and not apply for a passport or other travel document during the pendency of this case.
- Reside at 401 Shatto Place in Los Angeles, CA 90020 and not change residence without prior approval of the U.S. Pretrial Service Agency,
- The defendant shall have a curfew and will only be allowed to leave the residence at 401 Shatto Place between the hours of 7:00 am and 9:00 pm.
- Travel is restricted to the Central District of California,
- The defendant shall not enter any airport or seaport while the case is pending,
- The defendant shall not attempt in any way to leave the Central District of California while the case is pending,
- The defendant shall report as directed to the U.S. Pretrial Service

Agency,

- The defendant shall report as directed for all Court appearances,
- The defendant shall not commit any state or federal crime.

IT IS SO STIPULATED.

Dated: March 10, 2017                               EILEEN M. DECKER
                                                    United States Attorney

                                                    */s/ Sara Heidel*
                                                    Sara Heidel
                                                    Assistant United States Attorney

Dated: March 10, 2017                               */s/ Joel C. Koury*
                                                    JOEL C. KOURY
                                                    Attorney for Defendant
                                                    HEON-CHEOL CHI