*United States Pretrial Services*

United States District Court
Central District of California

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

March 16, 2017

FILED
CLERK, U.S. DISTRICT COURT
03/16/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: CIO           DEPUTY

United States District Court
Los Angeles, California

**Re: Release Order Authorization**
**Defendant: Chi, Heon-Cheol**
**Docket #:2:16CR00824-001**

To Whom It May Concern:

On March 15, 2017, the defendant's bond was set by the Honorable Alicia G. Rosenberg. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Dalayna Ecklund
Location Monitoring Technician
951-315-5584