FILED

2017 MAR 15 AM 11:32

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF v. | 16 CR 824 - jfw |
| Heon-Cheol Chi | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, **Heon-Cheol Chi**_____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☑ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __3rd__ day of __March__, 20__17__
at __Los Angeles, CA__
*(City and State)*

X _____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, __Hongyul Ryoo__, am fluent in written and spoken English and __Korean__ languages. I accurately translated this form from English into __Korean__ to declarant __Heon-cheol Chi__ on this date.

Date: __3-3-2017__

_____
*Interpreter*

CR-37 (05/15)  DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS