## DECLARATION OF POONAM G. KUMAR

I, Poonam Kumar, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of <u>United States v. Heon Cheol Chi</u>, CR No. 16-824(A)-JFW. I make this declaration in support of the government's Notice Re: Expert Opinion.

2. For the Court's convenience, I attach four documents which the government believes are referenced in the Expert Opinion obtained by the government from Professor Joongi Kim.

3. Exhibit 1 is a true and correct copy of the Act on the Establishment, Operation and Fostering of Government-Funded Science and Technology Research Institutes, Etc. and its English translation, which I believe to be referenced as STRIA on pages 10, 11, and 13 in Professor Joongi Kim's Expert Opinion.

4. Exhibit 2 is a true and correct copy of the 2015 KIGAM Annual Report, which I believe to be referenced in footnotes 29 and 32 of Professor Joongi Kim's Expert Opinion.

5. Exhibit 3 is a true and correct copy of Article 129 of the Criminal Act and a certified English translation, which I believe to be referenced on pages 1 through 14 of Professor Joongi Kim's Expert Opinion.

//
//

6. Exhibit 4 is a true and correct copy of a relevant excerpt of the Enforcement Decree of the Act on the Establishment, Operation and Fostering of Government-Funded Science and Technology Research Institutions and a certified English translation, which I believe to be referenced on pages 13 and 14 of Professor Joongi Kim's Expert Opinion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 24, 2017.

/s/ *Poonam G. Kumar*

POONAM G. KUMAR