# EXHIBIT 1

# ACT ON THE ESTABLISHMENT, OPERATION AND FOSTERING OF GOVERNMENT-FUNDED SCIENCE AND TECHNOLOGY RESEARCH INSTITUTES, ETC.

# 과학기술분야 정부출연연구기관 등의 설립ㆍ운영 및 육성에 관한 법률

Act No. 7219, Sep. 23, 2004
Amended by Act No. 8077, Dec. 26, 2006
Act No. 8852, Feb. 29, 2008
Act No. 10767, jun. 7, 2011
Act No. 10970, Jul. 25, 2011
Act No. 11145, Dec. 31, 2011
Act No. 11690, Mar. 23, 2013
Act No. 11713, Mar. 23, 2013
Act No. 11719, Apr. 5, 2013
Act No. 12870, Dec. 30, 2014

신규제정 2004. 9. 23 법률 제 7219 호
개정 2006. 12. 26 법률 제 8077 호
2008. 2. 29 법률 제 8852 호
2011. 6. 7 법률 제 10767 호
2011. 7. 25 법률 제 10970 호
2011. 12. 31 법률 제 11145 호
2013. 3. 23 법률 제 11690 호
2013. 3. 23 법률 제 11713 호
2013. 4. 5 법률 제 11719 호
2014. 12. 30 법률 제 12870 호

## CHAPTER I GENERAL PROVISIONS

### Article 1 (Purpose)

The purpose of this Act is to seek the establishment of an effective national innovation system for science and technology and the business rationalization of management and development of Government-funded research institutes specializing in science and technology, by providing for fundamentals regarding the establishment, support, fostering, systematic management, and responsible operation of Government-funded research institutes specializing in science and technology.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### Article 2 (Definitions)

The term "Government-funded science and technology research institute" in this Act means an institute established mainly for research into science and technology with Government funding.
[This Article Wholly Amended by Act No. 12674, May 28, 2014]

### Article 3 (Restriction on Establishment of Research Institutes)

No Government-funded science and technology research institute (hereinafter referred to as "research institute") shall be established in breach of this Act. <Amended by Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### Article 4 (Corporate Entity)

Each research institute and the National Research Council of Science and Technology (hereinafter referred to as the "Research Council"), established pursuant to this Act, shall be a corporation. <Amended by Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### Article 5 (Operating Funds)

(1)Research institutes or the Research Council shall be operated with contributions from the Government and revenue from other sources.
(2)The Government may provide research institutes and the Research Council with contributions to cover expenses incurred in incorporating and operating them, within the budget.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### Article 6 (Business Year)

The business year of a research institute or the Research Council shall coincide with the fiscal year of the Government.

### Article 7 (Free Rental, etc. of State-Owned Property)

If necessary for the establishment and operation of research institutes and the Research Council, the Government may lend or transfer state-owned property and commodities without consideration, or permit them to use or enjoy such property and commodities free of charge, as prescribed by Presidential Decree, notwithstanding the State Property Act and the Commodity Management Act.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

## CHAPTER II RESEARCH INSTITUTES

## 제1장 총칙

### 제1조(목적)

이 법은 과학기술분야 정부출연연구기관의 설립ㆍ지원ㆍ육성과 체계적인 관리 및 책임경영에 관한 기본적인 사항을 정함으로써 효과적인 국가 과학기술 혁신체제의 구축과 과학기술분야 정부출연연구기관의 경영 합리화 및 발전을 도모함을 목적으로 한다.
[전문개정 2011.6.7]

### 제2조(정의)

이 법에서 "과학기술분야 정부출연연구기관"이란 정부가 출연하고 과학기술 분야의 연구를 주된 목적으로 하는 기관을 말한다.
[전문개정 2014.5.28]

### 제3조(연구기관의 설립 제한)

이 법에 따르지 아니하고는 과학기술분야 정부출연연구기관(이하 "연구기관"이라 한다)을 설립하지 못한다. <개정 2014.5.28>
[전문개정 2011.6.7]

### 제4조(법인격)

이 법에 따라 설립되는 연구기관 및 국가과학기술연구회(이하 "연구회"라 한다)는 법인으로 한다. <개정 2014.5.28>
[전문개정 2011.6.7]

### 제5조(운영 재원)

①연구기관 및 연구회는 정부의 출연금과 그 밖의 수익금으로 운영한다.
②정부는 연구기관 및 연구회의 설립ㆍ운영에 드는 경비에 충당하기 위하여 예산의 범위에서 연구기관 및 연구회에 출연금을 지급할 수 있다.
[전문개정 2011.6.7]

### 제6조(사업연도)

연구기관 및 연구회의 사업연도는 정부의 회계연도에 따른다.

### 제7조(국유재산의 무상대부 등)

정부는 연구기관 및 연구회의 설립ㆍ운영을 위하여 필요한 경우 「국유재산법」과 「물품관리법」에도 불구하고 대통령령으로 정하는 바에 따라 국유재산 및 물품을 무상으로 대부ㆍ양여하거나 사용ㆍ수익하게 할 수 있다.
[전문개정 2011.6.7]

## 제2장 연구기관

**Article 8 (Incorporation of Research Institutes)**

(1)The research institutes incorporated pursuant to this Act shall be as listed in the attached Table.
(2)A research institute shall come into existence upon registration for its incorporation at the seat of its principal place of business.
(3)The matters to be registered at the time of incorporation under paragraph (2) shall be as follows:
1.Objectives (including the fields of research; hereinafter the same shall apply);
2.Name;
3.Principal place of business;
4.Name and address of the president of the research institute;
5.Method of giving public notice.
(4)Necessary matters regarding the procedure to prepare the incorporation of a research institute shall be prescribed by Presidential Decree.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제8조(연구기관의 설립)**

①이 법에 따라 설립되는 연구기관은 별표와 같다.
②연구기관은 주된 사무소의 소재지에서 설립등기를 함으로써 성립한다.
③제2항에 따른 설립등기 사항은 다음 각 호와 같다.
1.목적(연구 분야를 포함한다. 이하 같다)
2.명칭
3.주된 사무소
4.연구기관의 장의 성명과 주소
5.공고의 방법
④연구기관의 설립 준비절차에 관하여 필요한 사항은 대통령령으로 정한다.
[전문개정 2011.6.7]

**Article 9 (Articles of Incorporation)**

(1)The articles of incorporation of a research institute shall include the following matters:
1.Objectives;
2.Name;
3.Principal place of business;
4.Matters regarding business affairs and the execution thereof;
5.Matters regarding property and accounting;
6.Matters regarding executive officers and employees;
7.Matters regarding the amendment of articles of incorporation;
8.Matters regarding dissolution;
9.Matters regarding the method of public notice.
(2)When a research institute intends to amend its articles of incorporation, it shall obtain approval thereof from the Research Council. <Amended by Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제9조(정관)**

①연구기관의 정관에는 다음 각 호의 사항이 포함되어야 한다.
1.목적
2.명칭
3.주된 사무소의 소재지
4.업무 및 그 집행에 관한 사항
5.재산 및 회계에 관한 사항
6.임원 및 직원에 관한 사항
7.정관의 변경에 관한 사항
8.해산에 관한 사항
9.공고의 방법에 관한 사항
②연구기관의 정관을 변경하려면 연구회의 승인을 받아야 한다. <개정 2014.5.28>
[전문개정 2011.6.7]

**Article 10 (Guarantee of Autonomous Management, etc.)**

(1)Each research institute shall be guaranteed independence and autonomy in research and management.
(2)The head of a research institute (hereinafter referred to as the "president of a research institute") shall take measures necessary for the innovation in the management of the research institute.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제10조(자율적 경영의 보장 등)**

①연구기관은 연구와 경영에서 독립성과 자율성이 보장된다.
②연구기관의 장(이하 "원장"이라 한다)은 연구기관의 경영 혁신을 위하여 필요한 조치를 하여야 한다.
[전문개정 2011.6.7]

**Article 11 (Executive Officers and their Duties)**

(1)Each research institute shall have one person appointed as its president.
(2)The president of a research institute shall represent the research institute and take responsibility for the management thereof.
(3)The president of a research institute shall present its operational goals to the Research Council for approval thereof by the deadline prescribed by Presidential Decree. <Amended by Act No. 12674, May 28, 2014>
(4)If the president of a research institute is unable to perform his/her duties for inevitable reasons, the person specified by the articles of incorporation of the research institute shall act on his/her behalf. <Amended by Act No. 12674, May 28, 2014>
(5)Each research institute may have one auditor, appointed as prescribed by Presidential Decree.
(6)The auditor shall audit business operations and accounting of the relevant research institute.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제11조(임원과 그 직무)**

①연구기관에는 원장 1명을 둔다.
②원장은 이사로서 연구기관을 대표하고, 그 경영의 책임을 진다.
③원장은 임명된 날부터 대통령령으로 정하는 기간 이내에 연구기관의 경영 목표를 연구회에 제출하고, 그 승인을 받아야 한다. <개정 2014.5.28>
④원장이 부득이한 사유로 직무를 수행할 수 없는 경우에는 연구기관의 정관으로 정하는 사람이 그 직무를 대행한다. <개정 2014.5.28>
⑤연구기관에는 대통령령으로 정하는 바에 따라 감사(감사) 1명을 둘 수 있다.
⑥감사는 연구기관의 업무 및 회계를 감사(감사)한다.
[전문개정 2011.6.7]

**Article 12 (Appointment and Dismissal of Executive Officers and their Term of Office)**

(1)The president and the auditor of a research institute shall be appointed and dismissed by the chairperson of the Research Council following a resolution by its board of directors. <Amended by Act No. 12674, May 28, 2014>
(2)When the president of a research institute is to be appointed pursuant to paragraph (1), candidates shall be publicly invited or recommended by the committee for the recommendation of presidents of research institutes prescribed by Presidential Decree. <Amended by Act No. 12674, May 28, 2014>
(3)The president of a research institute shall be a standing executive officer, and his/her term of office shall be three years.
(4)The term of office of each auditor shall be three years.
(5)Further matters regarding the appointment and dismissal of presidents and auditors of research institutes shall be prescribed by Presidential Decree.

**제12조(임원의 임면 및 임기)**

①원장 및 감사는 연구회 이사회의 의결을 거쳐 이사장이 임면(임면)한다. <개정 2014.5.28>
②제1항에 따라 원장을 임명할 때에는 그 후보자를 공개모집하거나 대통령령으로 정하는 원장 추천위원회의 추천을 받아야 한다. <개정 2014.5.28>
③원장은 상임(상임)으로 하며, 그 임기는 3년으로 한다.
④감사의 임기는 3년으로 한다.
⑤원장 및 감사의 임면에 관한 구체적인 사항은 대통령령으로 정한다.
⑥이사장은 제2항에도 불구하고 제28조제1항에 따른 연구기관의 평가 결과 원장 재임기간 중 해당 연구기관의 연구 실적 및 경영 내용이 대통령령으로 정하는 기준에 해당하는 경우에는 해당 원장을 재선임할 수 있다. 이 경우 이사회는 제24조제2항 단서에도 불구하고 연구회 재적이사 3분의 2 이상의 찬성으로 의결하여야 한다. <신설 2014.5.28>

(6)Notwithstanding paragraph (2), where the research outcomes and business management achievements of a research institute during its president's term of office are found to satisfy the standards prescribed by Presidential Decree following an evaluation of the research institute conducted pursuant to Article 28 (1), the chairperson may reappoint the relevant president. In such cases, the board of directors shall adopt a resolution thereon with the affirmative vote of at least 2/3 of all the incumbent directors of the Research Council, notwithstanding the proviso to Article 24 (2). <Newly Inserted by Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

[전문개정 2011.6.7]

### Article 12-2 (Restriction on Application by or Recommendation of Incumbent Directors for President)

No director (including the chairperson) of the Research Council as at the date the board of directors of the Research Council resolves on the plan for appointment of the president of a research institute pursuant to Article 12 (2), shall be eligible to participate in public campaigning for the president of the relevant research institute or be recommended as a candidate for president.
[This Article Newly Inserted by Act No. 12674, May 28, 2014]

### 제12조의2(재직 중인 이사의 원장 응모 및 추천의 제한)

연구회 이사회에서 제12조제2항에 따른 연구기관의 원장 선임계획을 의결하는 날 현재 연구회의 이사(이사장을 포함한다)인 사람은 해당 연구기관의 원장 공개모집에 응하거나 원장 후보로 추천될 수 없다.
[본조신설 2014.5.28]

### Article 13 (Approval, etc. of Budgets and Business Plans)

(1)Each year, the head of each central administrative agency may present to the Minister of Science, Information and Communications Technology (ICT) and Future Planning a written opinion on the order of priority of tasks deemed appropriate for each research institute's research and the budget required for such tasks, as prescribed by Presidential Decree. <Amended by Act No. 11713, Mar. 23, 2013>

(2)The Minister of Science, ICT and Future Planning shall comprehensively review the written opinion presented pursuant to paragraph (1) and notify the Research Council of the guidelines for matters that apply where a research institute requests a budget for the following business year (hereafter referred to as "guidelines for requesting budgets" in this Article) by not later than March 31 each year, and the Research Council shall notify each affiliated research institute thereof. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014; Act No. 12870, Dec. 30, 2014>

(3)A research institute shall formulate a budget request and a business plan for the following business year in accordance with the guidelines for requesting budgets by the deadline prescribed by Presidential Decree and shall submit them to the Research Council. <Amended by Act No. 12674, May 28, 2014>

(4)The Research Council shall examine the budget request and the business plan submitted pursuant to paragraph (3). In such cases, if deemed necessary to coordinate and rearrange similar or overlapping functions of research institutes (including the incorporation, merger, and dissolution of research institutes), it may adjust the budget requests and business plans for the following business year submitted by research institutes. <Amended by Act No. 12674, May 28, 2014>

(5)The Research Council shall compile budget requests and business plans of research institutes after examining them pursuant to paragraph (4) and submit them to the Minister of Science, ICT and Future Planning by the deadline prescribed by Presidential Decree, and the Minister of Science, ICT and Future Planning shall notify the head of a central administrative agency thereof. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>

(6)When the State budget is established, each research institute shall submit its budget and business plan for the pertinent business year to the Research Council for approval thereof, as stipulated by the Research Council's articles of association. <Amended by Act No. 12674, May 28, 2014>

(7)When a research institute intends to revise any essential detail of the budget or business plan approved pursuant to paragraph (6), it shall submit the revised budget or business plan, clearly stating the details of and reasons for the revision, to the Research Council for approval thereof. <Amended by Act No. 12674, May 28, 2014>

(8)The Research Council shall submit the budgets and business plans approved pursuant to paragraph (6) to the Minister of Science, ICT and Future Planning, as prescribed by Presidential Decree. The same shall apply where the Research Council approves the revision under paragraph (7). <Amended by Act No. 11713, Mar. 23, 2013>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### 제13조(예산 및 사업계획의 승인 등)

①중앙행정기관의 장은 매년 연구기관에서 연구하는 것이 타당하다고 인정하는 과제에 대한 우선순위와 필요한 예산 등을 적은 의견서를 대통령령으로 정하는 바에 따라 미래창조과학부장관에게 제출할 수 있다. <개정 2013.3.23>

②미래창조과학부장관은 제1항에 따라 제출된 의견서 등을 종합적으로 검토하여 매년 3월 31일까지 다음 사업연도 연구기관의 예산 요구 시 적용되는 사항에 관한 기준(이하 이 조에서 "예산요구기준"이라 한다)을 연구회에 통보하여야 하며, 연구회는 이를 연구기관에 통보하여야 한다. <개정 2013.3.23, 2014.5.28, 2014.12.30>

③연구기관은 대통령령으로 정하는 기간 이내에 예산요구기준에 따라 다음 사업연도의 예산요구서 및 사업계획서를 작성하여 연구회에 제출하여야 한다. <개정 2014.5.28>

④연구회는 제3항에 따라 제출된 예산요구서 및 사업계획서를 심의하여야 한다. 이 경우 연구기관 간 유사・중복 기능의 조정 및 정비(연구기관의 신설・통합 및 해산을 포함한다)가 필요하면 연구기관의 다음 사업연도 예산요구 및 사업계획을 조정할 수 있다. <개정 2014.5.28>

⑤연구회는 제4항에 따라 심의한 연구기관의 예산요구서 및 사업계획서를 총괄하여 대통령령으로 정하는 기간 이내에 미래창조과학부장관에게 제출하여야 하며, 미래창조과학부장관은 이를 중앙행정기관의 장에게 통보하여야 한다. <개정 2013.3.23, 2014.5.28>

⑥연구기관은 국가의 예산이 성립되었을 때에는 연구회의 정관으로 정하는 바에 따라 해당 사업연도의 예산 및 사업계획을 연구회에 제출하고, 그 승인을 받아야 한다. <개정 2014.5.28>

⑦연구기관은 제6항에 따라 승인받은 예산 또는 사업계획의 중요한 내용을 변경하려면 미리 변경할 내용 및 사유를 구체적으로 밝힌 예산 또는 사업계획을 연구회에 제출하고, 그 승인을 받아야 한다. <개정 2014.5.28>

⑧연구회는 대통령령으로 정하는 바에 따라 제6항에 따라 승인한 예산 및 사업계획을 미래창조과학부장관에게 제출하여야 한다. 제7항에 따라 변경승인한 경우에도 또한 같다. <개정 2013.3.23>
[전문개정 2011.6.7]

### Article 14 (Accounting Principles)

A research institute's accounts shall clearly indicate its business performance and increases, decreases, and changes in its property values in accordance with the accounting principles prescribed by the Government.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### 제14조(회계원칙)

연구기관의 회계에는 정부가 정하는 회계원칙에 따라 경영성과와 재산의 증감 및 변동 상태가 명백히 표시되어야 한다.
[전문개정 2011.6.7]

#### Article 15 (Submission of Settlement of Accounts)

(1)After the close of each business year, a research institute shall submit a statement of settlement of accounts for the preceding business year to the Research Council for approval thereof, as stipulated by the Research Council's articles of association. <Amended by Act No. 12674, May 28, 2014>

(2)The statement of settlement of accounts under paragraph (1) shall be accompanied by the following documents:

1.Financial statements and annexes thereto;

2.Other documents necessary for clarification of the details of the settlement of accounts.

(3)The Research Council shall compile the statement of settlement of accounts submitted by research institutes and approved by it under paragraph (1) and shall submit them to the Minister of Science, ICT and Future Planning by the deadline prescribed by Presidential Decree. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>

(4)The Minister of Science, ICT and Future Planning shall submit the settlement of accounts for each fiscal year of the research institutes under his/her jurisdiction to the National Assembly, by not later than 120 days before the beginning of the next fiscal year. <Amended by Act No. 11713, Mar. 23, 2013>

[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

#### 제15조(결산서의 제출)

①연구기관은 매 사업연도가 끝난 후 연구회의 정관으로 정하는 바에 따라 전(전) 사업연도의 결산서를 연구회에 제출하고, 그 승인을 받아야 한다. <개정 2014.5.28>

②제1항의 결산서에는 다음 각 호의 서류를 첨부하여야 한다.

1.재무제표와 그 부속서류

2.그 밖에 결산의 내용을 명확하게 하기 위하여 필요한 서류

③연구회는 제1항에 따라 승인된 연구기관의 결산서를 총괄하여 대통령령으로 정하는 기간 이내에 미래창조과학부장관에게 제출하여야 한다. <개정 2013.3.23, 2014.5.28>

④미래창조과학부장관은 소관 연구기관의 결산서를 회계연도마다 다음 다음 회계연도가 시작되기 120일 전까지 국회에 제출한다. <개정 2013.3.23>

[전문개정 2011.6.7]

#### Article 16 (External Audits)

Each research institute shall undergo an accounting audit conducted each business year by a certified public accountant (including an accounting corporation; hereinafter the same shall apply) designated by the Research Council and shall disclose the results thereof to the public. <Amended by Act No. 12674, May 28, 2014>

[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

#### 제16조(외부감사)

연구기관은 사업연도마다 연구회가 지정하는 공인회계사(회계법인을 포함한다. 이하 같다)의 회계감사를 받아야 하며, 그 결과를 공표하여야 한다. <개정 2014.5.28>

[전문개정 2011.6.7]

#### Article 17 (Dissolution, etc. of Research Institutes)

(1)A research institute shall be dissolved in any of the following cases:

1.If the Research Council deems, following its evaluation of achievements in research and business management of a research institute, that it is impossible for the relevant research institute to accomplish its purposes;

2.If the Research Council acknowledges that the business for which the research institute is incorporated is advisable to be carried out directly by a State agency, or by any corporation, organization, or individual other than the research institute;

3.If an event specified as a ground for dissolution in the research institute's articles of incorporation occurs.

(2)When an event specified in paragraph (1) 1 or 2 as a ground for dissolution occurs, the Minister of Science, ICT and Future Planning may order the dissolution of the relevant research institute at the request of the Research Council. <Amended by Act No. 11713, Mar. 23, 2013>

(3)Where the Minister of Science, ICT and Future Planning intends to issue an order to dissolve a research institute under paragraph (2), he/she shall hold a hearing thereon. <Amended by Act No. 11713, Mar. 23, 2013>

(4)Where a research institute is dissolved under paragraph (1) or (2), the Minister of Science, ICT and Future Planning shall report such to the competent Standing Committee of the National Assembly. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>

(5)Where a research institute is dissolved under paragraph (1) or (2), or where part of its functions is abolished under Article 24 (2) 4, its residual property shall escheat to the national treasury or may be contributed to another research institute governed by this Act.

[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

#### 제17조(연구기관의 해산 등)

①연구기관은 다음 각 호의 어느 하나에 해당하는 경우에는 해산한다.

1.연구기관의 연구 실적 및 경영 내용에 대한 평가 결과 해당 연구기관의 목적 달성이 불가능하다고 연구회가 인정하는 경우

2.연구기관의 목적사업을 국가기관이 직접 수행하거나 해당 연구기관 외의 법인ㆍ단체 또는 개인이 수행하는 것이 바람직하다고 연구회가 인정하는 경우

3.해당 연구기관의 정관으로 정한 해산 사유가 발생한 경우

②미래창조과학부장관은 제1항제1호 또는 제2호에 따른 해산 사유가 발생하였을 때에는 연구회의 요청에 따라 해당 연구기관의 해산을 명할 수 있다. <개정 2013.3.23>

③미래창조과학부장관은 제2항에 따라 연구기관의 해산을 명하려면 청문을 하여야 한다. <개정 2013.3.23>

④미래창조과학부장관은 제1항 및 제2항에 따라 연구기관이 해산한 경우에는 국회 소관 상임위원회에 보고하여야 한다. <개정 2013.3.23, 2014.5.28>

⑤연구기관이 제1항 및 제2항에 따라 해산하거나 제24조제2항제4호에 따라 기능의 일부가 폐지되는 경우, 남은 재산은 국고로 귀속되거나 이 법에 따른 다른 연구기관에 출연할 수 있다.

[전문개정 2011.6.7]

### CHAPTER III RESEARCH COUNCIL

### 제3장 연구회

#### Article 18 (Incorporation of the Research Council)

(1)The Minister of Science, ICT and Future Planning shall incorporate the Research Council in order to support, foster, and systematically administrate research institutes. <Amended by Act No. 12674, May 28, 2014>

(2)The Research Council shall come into existence upon registration for incorporation at the seat of its principal place of business.

(3)The matters to be registered at the time of incorporation under paragraph (2) shall be as follows:

1.Purposes;

2.Name;

3.Principal place of business;

4.Names and addresses of executive officers;

5.Method of giving public notice.

#### 제18조(연구회의 설립)

①미래창조과학부장관은 연구기관을 지원ㆍ육성하고 체계적으로 관리하기 위하여 연구회를 설립한다. <개정 2014.5.28>

②연구회는 주된 사무소의 소재지에서 설립등기를 함으로써 성립한다.

③제2항에 따른 설립등기 사항은 다음 각 호와 같다.

1.목적

2.명칭

3.주된 사무소

4.임원의 성명과 주소

5.공고의 방법

[전문개정 2011.6.7]

[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**Article 19 (Duties of the Research Council)**

(1)The Research Council shall examine the obstacles that research institutes commonly face in the fields of personnel management, budget, evaluation, project management, etc. and shall provide assistance to research institutes for their mutual cooperation in the process of overcoming such obstacles.
(2)In coordinating and rearranging the functions of research institutes under Article 21, the Research Council shall endeavor to avoid causing any hindrance to the creation of a stable research environment, fully considering the objectives of incorporation, characteristics of business affairs, etc. of research institutes.
[This Article Wholly Amended by Act No. 12674, May 28, 2014]

**제19조(연구회의 책무)**

①연구회는 인사・예산・평가・사업관리 등에 있어 연구기관 공통의 애로 사항을 조사하고 이의 해결을 위하여 연구기관이 상호 협력할 수 있도록 지원하여야 한다.
②연구회는 제21조에 따라 연구기관의 기능을 조정하거나 정비하는 경우 연구기관의 설립목적 및 업무특성 등을 충분히 고려하여 안정적 연구환경 조성에 지장이 없도록 노력하여야 한다.
[전문개정 2014.5.28]

**Article 20 (Articles of Association)**

(1)The articles of association of the Research Council shall include the following matters:
1.Objectives;
2.Name;
3.Principal place of business;
4.Matters regarding business affairs and the execution thereof;
5.Matters regarding property and accounting;
6.Matters regarding executive officers and employees;
7.Matters regarding the board of directors;
8.Matters regarding the amendment of the articles of association;
9.Matters regarding the recommendation of presidents of affiliated research institutes;
10.Matters regarding dissolution;
11.Matters regarding the method of public notice;
12.Matters regarding the secretariat.
(2)An amendment to any essential provision specified by Presidential Decree in the articles of association of the Research Council shall be subject to a resolution by its board of directors thereon and authorization by the Minister of Science, ICT and Future Planning. <Amended by Act No. 11713, Mar. 23, 2013>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제20조(정관)**

①연구회의 정관에는 다음 각 호의 사항이 포함되어야 한다.
1.목적
2.명칭
3.주된 사무소의 소재지
4.업무 및 그 집행에 관한 사항
5.재산 및 회계에 관한 사항
6.임원 및 직원에 관한 사항
7.이사회에 관한 사항
8.정관의 변경에 관한 사항
9.원장의 추천에 관한 사항
10.해산에 관한 사항
11.공고의 방법에 관한 사항
12.사무기구에 관한 사항
②연구회의 정관 중 대통령령으로 정하는 중요 사항의 변경은 이사회의 의결을 거쳐 미래창조과학부장관의 인가를 받아야 한다. <개정 2013.3.23>
[전문개정 2011.6.7]

**Article 21 (Scope of Business)**

The Research Council shall conduct the following business activities in order to attain the purpose prescribed in Article 1: <Amended by Act No. 12674, May 28, 2014>
1.Planning for research and the direction-setting for the development of research institutes;
2.Coordination and rearrangement of functions of research institutes (including the incorporation, merger, and dissolution of research institutes);
3.Evaluation of achievements in research and business management of research institutes;
4.Assistance for collaborative research between research institutes;
5.Assistance for the improvement of research institutes' achievements in research and the diffusion of research outcome;
6.Proposal of policies for national innovation in science and technology and the enhancement of competitiveness;
7.Other business activities necessary for the accomplishment of the Research Council's objectives.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제21조(사업)**

연구회는 제1조의 목적을 달성하기 위하여 다음 각 호의 사업을 한다. <개정 2014.5.28>
1.연구 기획과 연구기관의 발전방향에 관한 기획
2.연구기관의 기능 조정 및 정비(연구기관의 신설・통합 및 해산을 포함한다)
3.연구기관의 연구 실적 및 경영 내용에 대한 평가
4.연구기관 간의 협동연구를 위한 지원
5.연구기관의 연구성과 제고와 성과 확산을 위한 지원
6.국가 과학기술분야의 혁신 및 경쟁력 강화를 위한 정책의 제안
7.그 밖에 연구회의 목적 달성을 위하여 필요한 사업
[전문개정 2011.6.7]

**Article 22 (Executive Officers and Their Duties)**

(1)The Research Council shall have not more than 20 directors, including one chairperson and one auditor. <Amended by Act No. 12674, May 28, 2014>
(2)Executive officers other than the chairperson shall serve as non-standing executive officers.
(3)The chairperson shall represent the Research Council and administer all its business affairs.
(4)The auditor shall audit the Research Council's business affairs and accounts.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제22조(임원과 그 직무)**

①연구회에 이사장 1명을 포함한 20명 이내의 이사와 감사 1명을 둔다. <개정 2014.5.28>
②이사장을 제외한 임원은 비상근(비상근)으로 한다.
③이사장은 연구회를 대표하고, 그 업무를 총괄한다.
④감사는 연구회의 업무 및 회계를 감사한다.
[전문개정 2011.6.7]

**Article 23 (Appointment of Executive Officers and Their Term of Office)**

(1)The chairperson of the Research Council shall be appointed by the President of the Republic of Korea on the recommendation of the Minister of Science, ICT and Future Planning, from among persons recommended by the committee for the recommendation of the chairperson prescribed by Presidential Decree. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>
(2)

**제23조(임원의 선임 및 임기)**

①이사장은 대통령령으로 정하는 이사장 추천위원회가 추천하는 사람 중에서 미래창조과학부장관의 제청으로 대통령이 임명한다. <개정 2013.3.23, 2014.5.28>
②이사(이사장은 제외한다)는 대통령령으로 정하는 사람(이하 "당연직이사"라 한다)과 산업계・연구계・학계 등의 추천을 받아 이사회의 의결을 거쳐 미래창조과학부장관이 임명하는 사람이 된다. <개정 2013.3.23>

Directors (excluding the chairperson) shall be persons specified by Presidential Decree (hereinafter referred to as "ex officio directors") and persons appointed by the Minister of Science, ICT and Future Planning following a resolution by the board of directors with recommendation from the industrial circles, research institutes, and academic circles. <Amended by Act No. 11713, Mar. 23, 2013>
(3)The auditor shall be appointed by the Minister of Science, ICT and Future Planning. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 11719, Apr. 5, 2013>
(4)The term of office of the chairperson, directors (excluding *ex officio* directors), and the auditor shall be three years, respectively.
(5)Matters necessary for the recommendation of the chairperson and directors (excluding *ex officio* directors) under paragraphs (1) and (2) shall be prescribed by Presidential Decree.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

③감사는 미래창조과학부장관이 임명한다. <개정 2013.3.23, 2013.4.5>
④이사장・이사(당연직이사는 제외한다) 및 감사의 임기는 3년으로 한다.
⑤제1항 및 제2항에 따른 이사장 및 이사(당연직이사는 제외한다)의 추천에 필요한 사항은 대통령령으로 정한다.
[전문개정 2011.6.7]

**Article 23-2 (Dismissal of Executive Officers)**

The appointing authority may dismiss an executive officer (excluding *ex officio* directors) in any of the following cases:
1.If an executive officer falls under any of subparagraphs 1 through 6 of Article 33 of the State Public Officials Act;
2.If an executive officer is found significantly lacking in managerial capabilities as an executive officer of the Research Council, following the evaluation under Article 29 (3);
3.If an executive officer ceases to be able to perform his/her duties for a long time due to a physical or mental disorder;
4.If an executive officer inflicts severe loss to the Research Council in breach of an Act or the Research Council's articles of association;
5.If an executive officer severely offends decency in or out of office or is found significantly lacking in good qualities.
[This Article Newly Inserted by Act No. 11719, Apr. 5, 2013]

**제23조의2(임원의 해임)**

임명권자는 임원(당연직이사는 제외한다)이 다음 각 호의 어느 하나에 해당하는 경우에는 그 임원을 해임할 수 있다.
1.「국가공무원법」 제33조제1호부터 제6호까지의 어느 하나에 해당하게 된 경우
2.제29조제3항에 따른 평가 결과 연구회 임원으로서의 관리능력이 현저히 부족하다고 판단되는 경우
3.신체상・정신상 질환으로 장기간 직무를 감당하지 못하게 된 경우
4.법률 또는 연구회의 정관을 위반하여 연구회에 현저한 손해를 입힌 경우
5.직무 내외를 막론하고 품위를 현저히 손상하는 행위를 하거나 자질이 현저히 부족하다고 판단되는 경우
[본조신설 2013.4.5]

**Article 24 (Board of Directors)**

(1)There shall be established in the Research Council a board of directors.
(2)A resolution on any of the following matters requires the attendance of a majority of current directors and affirmative votes of a majority of the directors present at the meeting: Provided, That, a resolution on a matter specified in subparagraphs 2 and 4 requires affirmative votes by a majority of incumbent directors: <Amended by Act No. 12674, May 28, 2014>
1.Approval of a budget, settlement of accounts, or business plan of the Research Council or of a research institute;
2.Appointment or dismissal of the president or auditor of a research institute;
3.Approval of a research institute's business goals;
4.Adjustment and rearrangement of functions of research institutes (including the incorporation, merger, and dissolution of research institutes);
5.Evaluation of achievements in research and business management of research institutes;
6.Measures necessary for collaborative research between research institutes;
7.Proposal of policies for national innovation in science and technology and the enhancement of competitiveness;
8.Other matters stipulated by the articles of association.
(3)The board of directors shall be comprised of directors, including the chairperson.
(4)The chairperson shall convoke and preside over meetings of the board of directors.
(5)The auditor may attend directors' meetings and express his/her opinions at such meetings.
(6)Other matters necessary for the board of directors shall be stipulated by the articles of association.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제24조(이사회)**

①연구회에 이사회를 둔다.
②다음 각 호의 사항은 재적이사 과반수의 출석과 출석이사 과반수의 찬성으로 의결한다. 다만, 제2호 및 제4호의 사항은 재적이사 과반수의 찬성으로 의결한다. <개정 2014.5.28>
1.연구회 및 연구기관의 예산・결산 및 사업계획의 승인에 관한 사항
2.연구기관의 원장 및 감사의 임면에 관한 사항
3.연구기관의 경영 목표 승인에 관한 사항
4.연구기관의 기능 조정 및 정비(연구기관의 신설・통합 및 해산을 포함한다)에 관한 사항
5.연구기관의 연구 실적 및 경영 내용의 평가에 관한 사항
6.연구기관 간의 협동연구를 위하여 필요한 조치에 관한 사항
7.국가 과학기술분야의 혁신 및 경쟁력 강화를 위한 정책의 제안에 관한 사항
8.그 밖에 정관으로 정하는 사항
③이사회는 이사장을 포함한 이사로 구성한다.
④이사장은 이사회를 소집하고 그 의장이 된다.
⑤감사는 이사회에 출석하여 의견을 진술할 수 있다.
⑥그 밖에 이사회에 관하여 필요한 사항은 정관으로 정한다.
[전문개정 2011.6.7]

**Article 25 (Planning and Evaluation Committee and Management Advisory Conference)**

(1)The Research Council may form a planning and evaluation committee composed of experts in relevant fields, to assist the Research Council in coordinating functions of research institutes and evaluating research institutes as well as to provide advice on the direction-setting for long-term development in the fields of research under its jurisdiction. <Amended by Act No. 12674, May 28, 2014>
(2)The Research Council may organize a Management Advisory Conference comprised of the chairperson, directors, and the presidents of research institutes to provide advice on decision-making with regard to major policies. <Amended by Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제25조(기획평가위원회 및 경영협의회)**

①연구기관 간의 기능 조정업무와 연구기관에 대한 평가업무를 지원하고, 연구기관의 장기 발전방향에 대한 자문에 응하게 하기 위하여 연구회에 관련 분야 전문가 등으로 구성되는 기획평가위원회를 둘 수 있다. <개정 2014.5.28>
②연구회의 주요 정책 결정에 관한 자문에 응하게 하기 위하여 연구회에 이사장・이사와 연구기관의 원장으로 구성되는 경영협의회를 둘 수 있다. <개정 2014.5.28>
[전문개정 2011.6.7]

**Article 26 (Secretariat)**

(1)The Research Council shall have a secretariat to carry out its administrative affairs.

**제26조(사무기구)**

①연구회의 사무를 처리하기 위하여 연구회에 사무기구를 둔다.

(2)The organization of the secretariat, the scope of duties and the budget of the secretariat, and other necessary matters shall be stipulated by the articles of association.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

②사무기구의 조직, 직무 범위, 예산, 그 밖에 필요한 사항은 정관으로 정한다.
[전문개정 2011.6.7]

### Article 27 (Submission, etc. of Budget Requests)

(1)The Research Council shall submit to the Minister of Science, ICT and Future Planning, a budget request for contributions for the following business year, as prescribed by Presidential Decree. <Amended by Act No. 11713, Mar. 23, 2013>
(2)The Research Council shall report to the Minister of Science, ICT and Future Planning on the following matters, as prescribed by Presidential Decree: <Amended by Act No. 11713, Mar. 23, 2013>
1.A business plan and budget for each business year;
2.A business performance report for each business year and the closing statement of revenue and expenditure for each business year audited by a certified public accountant.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### 제27조(예산요구서의 제출 등)

①연구회는 사업연도마다 대통령령으로 정하는 바에 따라 다음 사업연도의 출연금 예산요구서를 미래창조과학부장관에게 제출하여야 한다. <개정 2013.3.23>
②연구회는 대통령령으로 정하는 바에 따라 다음 각 호의 사항에 대하여 미래창조과학부장관에게 보고하여야 한다. <개정 2013.3.23>
1.사업연도별 사업계획 및 예산
2.사업연도별 사업실적과 공인회계사의 회계감사를 받은 사업연도별 세입・세출 결산
[전문개정 2011.6.7]

### Article 28 (Evaluation of Research Institutes)

(1)The Research Council shall evaluate research outcomes and business management achievements of each research institute in a fair and objective manner, as prescribed by Presidential Decree. <Amended by Act No. 12674, May 28, 2014>
(2)The Research Council shall submit the results of evaluation under paragraph (1) to the Minister of Science, ICT and Future Planning and the National Science and Technology Council, as prescribed by Presidential Decree. <Amended by Act No. 10970, Jul. 25, 2011; Act No. 11713, Mar. 23, 2013>
(3)The Minister of Science, ICT and Future Planning shall compile reports on the evaluation results submitted pursuant to paragraph (2) and submit them to the competent Standing Committee of the National Assembly. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### 제28조(연구기관의 평가)

①연구회는 연구기관의 연구 실적과 경영 내용을 대통령령으로 정하는 바에 따라 공정하고 객관적으로 평가하여야 한다. <개정 2014.5.28>
②연구회는 제1항에 따른 평가 결과를 대통령령으로 정하는 바에 따라 미래창조과학부장관과 국가과학기술심의회에 제출하여야 한다. <개정 2011.7.25, 2013.3.23>
③미래창조과학부장관은 제2항에 따라 제출된 평가 결과를 총괄하여 국회 소관 상임위원회에 제출하여야 한다. <개정 2013.3.23, 2014.5.28>
[전문개정 2011.6.7]

## CHAPTER IV SUPPLEMENTARY PROVISIONS

## 제4장 보칙

### Article 29 (Supervisory Authority, etc.)

(1)The Minister of Science, ICT and Future Planning shall serve as the supervisory authority over research institutes and the Research Council. <Amended by Act No. 11713, Mar. 23, 2013>
(2)When the Minister of Science, ICT and Future Planning supervises business activities and budgets of the Research Council and research institutes, he/she shall seek an opinion thereon from the National Science and Technology Council established under Article 9 of the Framework Act on Science and Technology. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>
(3)The Minister of Science, ICT and Future Planning shall evaluate the Research Council's performance with regard to the assistance to and administration of research institutes under Article 19 as well as its business activities specified in any subparagraph of Article 21 and shall submit a report on the results of evaluation to the National Science and Technology Council. <Amended by Act No. 10970, Jul. 25, 2011; Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>
(4)The Minister of Science, ICT and Future Planning shall submit the results of the evaluation under paragraph (3) to the competent Standing Committee of the National Assembly. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### 제29조(감독관청 등)

①미래창조과학부장관은 연구기관 및 연구회의 감독관청이 된다. <개정 2013.3.23>
②미래창조과학부장관은 연구회와 연구기관의 사업 및 예산을 감독할 때에 「과학기술기본법」 제9조에 따른 국가과학기술심의회의 의견을 들어야 한다. <개정 2013.3.23, 2014.5.28>
③미래창조과학부장관은 연구회의 제19조에 따른 연구기관에 대한 지원・관리 및 제21조 각 호의 어느 하나에 해당하는 사업 등에 대하여 평가하고 그 평가 결과를 국가과학기술심의회에 제출하여야 한다. <개정 2011.7.25, 2013.3.23, 2014.5.28>
④미래창조과학부장관은 제3항에 따른 평가 결과를 국회 소관 상임위원회에 제출하여야 한다. <개정 2013.3.23, 2014.5.28>
[전문개정 2011.6.7]

### Article 30 (Entrustment of Business Affairs)

(1)A research institute or the Research Council may entrust part of its business affairs to a corporation, organization, or individual.
(2)Matters necessary for the method and guidelines for the entrustment of business affairs under paragraph (1) and the criteria for the selection of a trustee shall be prescribed by Presidential Decree.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

### 제30조(업무의 위탁)

①연구기관 및 연구회는 그 업무의 일부를 법인・단체 또는 개인에게 위탁할 수 있다.
②제1항에 따른 업무 위탁의 방법・기준 및 수탁자의 선정 기준에 관하여 필요한 사항은 대통령령으로 정한다.
[전문개정 2011.6.7]

### Article 31 (Duty of Confidentiality)

A current or former executive officer or employee of a research institute or the Research Council, a certified public accountant who conducts accounting audit under Article 16 or 27 (2) 2, or a person who carries out a business affair entrusted by a research institute or the Research Council under Article 30 shall not divulge

### 제31조(비밀 유지의 의무)

연구기관과 연구회의 임원이나 직원 또는 그 직(직)에 있었던 사람, 제16조 및 제27조제2항제2호에 따른 회계감사를 수행하는 공인회계사, 제30조에 따라 연구기관 및 연구회의 위탁을 받아 그 업무를 수행하는 자는 직무상 알게 된 비밀을 누설하거나 다른 용도로 사용하여서는 아니 된다.
[전문개정 2011.6.7]

confidential information acquired in the course of performing his/her duties or use such confidential information for any purpose other than performing his/her duties.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**Article 31-2 (Prohibition of Use of Same Name)**

(1)No person, other than a research institute under this Act, shall use the name of a research institute incorporated under this Act.
(2)No person, other than the Research Council under this Act, shall use the name "National Research Council of Science and Technology".
[This Article Newly Inserted by Act No. 12674, May 28, 2014]

**제31조의2(동일 명칭의 사용 금지)**

①이 법에 따른 연구기관이 아닌 자는 이 법에 따라 설립된 연구기관의 명칭을 사용하지 못한다.
②이 법에 따른 연구회가 아닌 자는 국가과학기술연구회라는 명칭을 사용하지 못한다.
[본조신설 2014.5.28]

**Article 32 (Expansion of Exchange of Human Resources)**

Research institutes and the Research Council shall endeavor to exchange human resources for the efficient promotion of collaborative and convergent research and development, etc., and shall formulate proactive support measures for the human resources exchanged. <Amended by Act No. 12674, May 28, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제32조(인력 교류의 확대)**

연구기관 및 연구회는 협동·융합연구개발 등의 효율적 추진을 위하여 소속 인력을 교류할 수 있도록 노력하여야 하며, 교류 인력에 대한 적극적인 지원시책을 수립하여야 한다. <개정 2014.5.28>
[전문개정 2011.6.7]

**Article 33 (Establishment of Graduate School Universities)**

(1)Research institutes under this Act and the research institutes specified by Presidential Decree from among Government-funded research institutes incorporated pursuant to any Act other than this Act, may jointly found a graduate school university defined in Article 30 of the Higher Education Act (hereinafter referred to as "graduate school university") with authorization therefor from the Minister of Education in order to train human resources for research. <Amended by Act No. 11713, Mar. 23, 2013>
(2)A graduate school university shall be deemed a joint institute annexed to research institutes under paragraph (1).
(3)The Minister of Science, ICT and Future Planning may designate other research institutes in addition to the research institutes set forth in paragraph (1) to allow them to participate in providing the curriculum in a graduate school university (hereafter referred to as "participating institutes" in this Article). Necessary matters in such cases, including the qualification and scope of participating institutes and the procedure for the designation of participating institutes, shall be prescribed by Presidential Decree. <Amended by Act No. 11713, Mar. 23, 2013>
(4)A steering committee comprised of executive officers, etc. of the Research Council and the research institutes under paragraph (1), shall be established in a graduate school university as an organization to deliberate and resolve on the appointment of faculty members of the graduate school university and other important matters specified by Presidential Decree regarding the operation of the graduate school university.
(5)Matters resolved on by the steering committee shall be deemed resolved on by the Research Council and the board of directors of the research institutes under paragraph (1).
(6)Matters necessary for the appointment of the head of a graduate school university, the organization and operation of a steering committee, etc. shall be prescribed by Presidential Decree.
(7)Article 5 shall apply *mutatis mutandis* to financial resources for the operation and management of a graduate school university.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제33조(대학원대학의 설립)**

①연구기관과 이 법 외의 법률에 따라 설립된 정부출연연구기관 중 대통령령으로 정하는 연구기관은 공동으로 전문 연구인력을 양성하기 위하여 교육부장관의 인가를 받아 「고등교육법」 제30조에 따른 대학원대학(이하 "대학원대학"이라 한다)을 설립할 수 있다. <개정 2013.3.23>
②대학원대학은 제1항에 따른 연구기관의 공동 부설기관으로 한다.
③미래창조과학부장관은 제1항에 따른 연구기관 외에 다른 연구기관을 지정하여 대학원대학의 교육과정에 참여(이하 이 조에서 "참여기관"이라 한다)하게 할 수 있다. 이 경우 참여기관의 자격·범위 및 지정절차 등 필요한 사항은 대통령령으로 정한다. <개정 2013.3.23>
④대학원대학의 교원 임명 등 대통령령으로 정하는 운영에 관한 중요 사항을 심의·의결하기 위하여 대학원대학에 연구회 및 제1항에 따른 연구기관의 임원 등이 참여하는 운영위원회를 둔다.
⑤운영위원회에서 의결된 사항은 연구회 및 제1항에 따른 연구기관 이사회의 의결을 거친 것으로 본다.
⑥대학원대학의 장의 선임, 운영위원회의 구성 및 운영 등 필요한 사항은 대통령령으로 정한다.
⑦대학원대학의 운용재원에 관하여는 제5조를 준용한다.
[전문개정 2011.6.7]

**Article 33-2 (Degree Courses, etc. of Graduate School Universities)**

(1)A graduate school university shall provide courses for doctoral degrees and master degrees.
(2)Matters regarding the years required for completing a course of study under paragraph (1), semesters, number of school days, curriculum, the prescribed number of students, qualification for faculty members, etc. shall be determined by the steering committee under Article 33 (4), as prescribed by Presidential Decree, and shall be reported to the Minister of Education and the Minister of Science, ICT and Future Planning. <Amended by Act No. 11713, Mar. 23, 2013; Act No. 12844, Nov. 19, 2014>
(3)Except as otherwise provided in this Act, the Higher Education Act shall apply to the conferment of master's and doctoral degrees under paragraph (1), the qualification for admission, the method of admission, etc. In such cases, "head of a graduate school university" shall be construed as "president" as defined in the Higher Education Act.
[This Article Newly Inserted by Act No. 10767, Jun. 7, 2011]

**제33조의2(대학원대학의 학위과정 등)**

①대학원대학에 박사학위 및 석사학위의 과정을 둔다.
②제1항에 따른 과정별 수업연한·학기·수업일수·교과 및 학생의 정원, 교원의 자격 등에 관한 사항은 대통령령으로 정하는 바에 따라 제33조제4항에 따른 운영위원회에서 정하고 교육부장관과 미래창조과학부장관에게 보고하여야 한다. <개정 2013.3.23, 2014.11.19>
③제1항의 박사학위 및 석사학위 과정의 학위수여, 입학자격 및 입학방법 등에 관하여는 이 법에 특별한 규정이 있는 경우를 제외하고는 「고등교육법」에 따른다. 이 경우 대학원대학의 장은 「고등교육법」에 따른 총장으로 본다.
[본조신설 2011.6.7]

**Article 34 (Provisions Applicable Mutatis Mutandis)**

Except as provided in this Act, the provisions of the Civil Act on incorporated foundations shall apply *mutatis mutandis* to the research institutes and the

**제34조(준용규정)**

Research Council. In such cases, "competent authority" in the Civil Act shall be construed as "Minister of Science, ICT and Future Planning". <Amended by Act No. 11713, Mar. 23, 2013>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

연구기관 및 연구회에 관하여 이 법에 규정된 것을 제외하고는 「민법」 중 재단법인에 관한 규정을 준용한다. 이 경우 「민법」 중 "주무관청"은 "미래창조과학부장관"으로 본다. <개정 2013.3.23>
[전문개정 2011.6.7]

**Article 35 (Legal Fiction of Deeming Public Officials for Application of Penalty Provisions)**
Executive officers and employees of research institutes and the Research Council shall be deemed public officials for the purposes of applying any provision of Articles 129 through 132 of the Criminal Act to them. <Amended by Act No. 12870, Dec. 30, 2014>
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제35조(벌칙 적용 시의 공무원 의제)**
연구기관 및 연구회의 임직원은 「형법」 제129조부터 제132조까지의 규정을 적용하는 경우 공무원으로 본다. <개정 2014.12.30>
[전문개정 2011.6.7]

**Article 35-2 (Notification of Commencement of Investigation by Investigation Agency, etc.)**
When the Board of Audit and Inspection, prosecution, police, or any other investigation agency commences and completes an examination or investigation related to any of the duties of an executive officer or employee of a research institute or of the Research Council, it shall notify the president of the relevant research institute or the chairperson of the Research Council, of the relevant matters and the outcomes thereof within ten days from the commencement and also from the completion of the examination or investigation.
[This Article Newly Inserted by Act No. 12870, Dec. 30, 2014]

**제35조의2(수사기관 등의 수사 개시 통보)**
감사원과 검찰ㆍ경찰, 그 밖의 수사기관은 연구기관 또는 연구회의 임직원에 대하여 직무와 관련된 사건에 관한 조사나 수사를 시작한 때와 이를 마친 때에는 10일 이내에 연구기관의 원장 또는 연구회의 이사장에게 해당 사실과 결과를 통보하여야 한다.
[본조신설 2014.12.30]

## CHAPTER V PENALTY PROVISIONS

## 제5장 벌칙

**Article 36 (Penalty Provisions)**
Any person who violates Article 31 shall be punished by imprisonment with labor not exceeding two years or by a fine not exceeding five million won.
[This Article Wholly Amended by Act No. 10767, Jun. 7, 2011]

**제36조(벌칙)**
제31조를 위반한 자는 2년 이하의 징역 또는 500만원 이하의 벌금에 처한다.
[전문개정 2011.6.7]

**Article 37 (Administrative Fines)**
(1)Any person who violates Article 31-2 shall be subject to an administrative fine not exceeding three million won.
(2)Administrative fines referred to in paragraph (1), shall be imposed and collected by the Minister of Science, ICT and Future Planning, as prescribed by Presidential Decree.
[This Article Newly Inserted by Act No. 12674, May 28, 2014]

**제37조(과태료)**
①제31조의2를 위반한 자에게는 300만원 이하의 과태료를 부과한다.
②제1항에 따른 과태료는 대통령령으로 정하는 바에 따라 미래창조과학부장관이 부과ㆍ징수한다.
[본조신설 2014.5.28]

## ADDENDA

**Article 1 (Enforcement Date)**
This Act shall enter into force one month after the date of its promulgation.

**Article 2 (Transitional Measure concerning Research Councils and Research Institutes)**
The Korea Research Council of Fundamental Science and Technology, the Korea Research Council for Industrial Science and Technology, the Korea Research Council of Public Science and Technology, and the following research institutes incorporated pursuant to the Act on the Establishment, Operation and Fostering of Government-Funded Research Institutes, Etc. and existing as at the time this Act enters into force, shall be deemed research councils and research institutes incorporated pursuant to this Act. In such cases, "Korea Food Research and Development Institute" under subparagraph 12, shall be construed as "Korea Food Research Institute":

1.Korea Institute of Science and Technology;
2.Korea Basic Science Institute;
3.Korea Astronomy and Space Science Institute;
4.Korea Research Institute of Bioscience and Biotechnology;
5.Korea Institute of Science and Technology Information;
6.Korea Institute of Oriental Medicine;
7.Korea Institute of Industrial Technology;
8.Electronics and Telecommunications Research Institute;
9.Korea Institute of Construction Technology;
10.Korea Railroad Research Institute;
11.Korea Research Institute of Standards and Science;
12.Korea Food Research and Development Institute;
13.Korea Institute of Ocean Science and Technology;
14.Korea Institute of Geoscience and Mineral Resources;
15.Korea Institute of Machinery and Materials;
16.Korea Aerospace Research Institute;
17.Korea Institute of Energy Research;
18.Korea Electrotechnology Research Institute;
19.Korea Research Institute of Chemical Technology.

## 부칙 <제7219호,2004.9.23>

**제1조 (시행일)**
이 법은 공포후 1월이 경과한 날부터 시행한다.

**제2조 (연구회 및 연구기관에 관한 경과조치)**
이 법 시행 당시 정부출연연구기관등의설립ㆍ운영및육성에관한법률에 의하여 설립된 기초기술연구회ㆍ산업기술연구회ㆍ공공기술연구회 및 다음 각호의 연구기관은 이 법에 의하여 설립된 연구회 및 연구기관으로 본다. 이 경우 제12호의 한국식품개발연구원은 한국식품연구원으로 본다.

1.한국과학기술연구원
2.한국기초과학지원연구원
3.한국천문연구원
4.한국생명공학연구원
5.한국과학기술정보연구원
6.한국한의학연구원
7.한국생산기술연구원
8.한국전자통신연구원
9.한국건설기술연구원
10.한국철도기술연구원
11.한국표준과학연구원
12.한국식품개발연구원
13.한국해양연구원
14.한국지질자원연구원
15.한국기계연구원
16.한국항공우주연구원
17.한국에너지기술연구원
18.한국전기연구원
19.한국화학연구원

**제3조 (임원에 대한 경과조치)**
이 법 시행 당시 정부출연연구기관등의설립ㆍ운영및육성에관한법률에 의하여 설립된 기초기술연구회ㆍ산업기술연구회ㆍ공공기술연구회 및 부칙 제2조 각호에

**Article 3 (Transitional Measure concerning Executive Officers)**

Executive officers of the Korea Research Council of Fundamental Science and Technology, the Korea Research Council for Industrial Science and Technology and the Korea Research Council of Public Science and Technology incorporated pursuant to the Act on the Establishment, Operation and Fostering of Government-Funded Research Institutes and existing at the time this Act enters into force, and executive officers of the research institutes set forth in Article 2, in service at the time this Act enters into force, shall be deemed appointed pursuant to this Act: *Provided*, That their term of service shall be limited to the term of office as remaining under previous provisions.

**Article 4 Omitted.**

**Article 5 (Relationship to Other Statutes)**

A citation of the Act on the Establishment, Operation and Fostering of Government-Funded Research Institutes in regard to the field of science and technology by any other statute in force at the time this Act enters into force shall be deemed a citation of this Act in lieu of the previous Act.

규정된 연구기관의 임원은 이 법에 의하여 임명된 것으로 본다. 다만, 그 임기는 종전의 규정에 의한 잔임기간으로 한다.

제4조 (다른 법률의 개정)

①정부출연연구기관등의설립・운영및육성에관한법률중 다음과 같이 개정한다.

제3조

에 단서를 다음과 같이 신설한다.
다만, 과학기술분야 연구기관의 설립에 관하여는 따로 법률로 정한다.
제8조의2를 삭제한다.
제13조제2항 후단을 삭제한다.
제18조제1항제3호 내지 제5호를 각각 삭제한다.
제29조제2항을 삭제한다.
제29조제3항중 "경제사회연구회 및 인문사회연구회의 경우에는 기획예산처장관에게, 기초기술연구회・산업기술연구회 및 공공기술연구회의 경우에는 국가과학기술위원회 및 기획예산처장관에게 각각 통보한다"를 "기획예산처장관에게 통보한다"로 한다.
제30조제2항중 "경제사회연구회・인문사회연구회・기초기술연구회・산업기술연구회 또는 공공기술연구회"를 "경제사회연구회 또는 인문사회연구회"로 한다.
별표중 제17호, 제18호, 제21호 내지 제25호, 제30호 내지 제38호, 제40호 내지 제42호를 각각 삭제한다.

②정부산하기관관리기본법중 다음과 같이 개정한다.
별표 제4호를 다음과 같이 한다.

4.정부출연연구기관등의설립・운영및육성에관한법률 제2조 및 과학기술분야 정부출연연구기관등의설립・운영및육성에관한법률 제2조의 규정에 의한 정부출연연구기관 및 연구회

③협동연구개발촉진법중 다음과 같이 개정한다.
제2조제4호중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

④기초과학연구진흥법중 다음과 같이 개정한다.
제6조제1항제4호중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑤민・군겸용기술사업촉진법중 다음과 같이 개정한다.
제7조제2항제4호중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑥국가과학기술자문회의법중 다음과 같이 개정한다.
제7조중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑦기술이전촉진법중 다음과 같이 개정한다.
제2조제5호중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑧중소기업기술혁신촉진법중 다음과 같이 개정한다.
제11조제1항제4호를 다음과 같이 한다.

4.과학기술분야정부출연연구기관등의설립・운영및육성에관한법률에 의한 한국생산기술연구원

⑨유통산업발전법중 다음과 같이 개정한다.
제23조제2항중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "정부출연연구기관등의설립・운영및육성에관한법률 또는 과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑩산업기술기반조성에관한법률중 다음과 같이 개정한다.
제5조제2항제6호 및 제7호중 "정부출연연구기관등의설립・운영및육성에관한법률"을 각각 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑪산업발전법중 다음과 같이 개정한다.
제22조제1항제3호 및 제24조제1항제2호중 "정부출연연구기관등의설립・운영및육성에관한법률"을 각각 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.
제24조제1항제7호를 삭제한다.

⑫항공우주산업개발촉진법중 다음과 같이 개정한다.
제19조제2항중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑬부품・소재전문기업등의육성에관한특별조치법중 다음과 같이 개정한다.
제9조제1항제1호 각목외의 부분중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑭계량에관한법률중 다음과 같이 개정한다.
제27조제2항중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

⑮국가표준기본법중 다음과 같이 개정한다.
제13조제1항중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

<16>환경친화적산업구조로의전환촉진에관한법률중 다음과 같이 개정한다.

제6조제2항제5호중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

<17>환경기술개발및지원에관한법률중 다음과 같이 개정한다.

제5조제1항제3호를 다음과 같이 한다.

3.정부출연연구기관등의설립・운영및육성에관한법률 또는 과학기술분야정부출연연구기관등의설립・운영및육성에관한법률에 의하여 설립된 정부출연연구기관

<18>철도산업발전기본법중 다음과 같이 개정한다.

제11조제3항중 "정부출연연구기관등의설립・운영및육성에관한법률"을 "과학기술분야정부출연연구기관등의설립・운영및육성에관한법률"로 한다.

<19>교통체계효율화법중 다음과 같이 개정한다.

제2조제8호 다목을 다음과 같이 한다.

다.정부출연연구기관등의설립・운영및육성에관한법률 또는 과학기술분야정부출연연구기관등의설립・운영및육성에관한법률에 의하여 설립된 정부출연연구기관 등

<20>수산물품질관리법중 다음과 같이 개정한다.

제4조제5항제2호 라목을 다음과 같이 한다.

라.정부출연연구기관등의설립・운영및육성에관한법률에 의한 한국해양수산개발원 및 과학기술분야정부출연연구기관등의설립・운영및육성에관한법률에 의한 한국식품연구원

**제5조 (다른 법령과의 관계)**

이 법 시행 당시 다른 법령에서 과학기술분야와 관련하여 정부출연연구기관등의설립・운영및육성에관한법률을 인용하고 있는 경우에는 그에 갈음하여 이 법을 인용한 것으로 본다.

## ADDENDA

**Article 1 (Enforcement Date)**

This Act shall enter into force three months after the date of its promulgation.

**Article 2 (Repeal of Other Act)**

The Korean Atomic Energy Research Institute Act shall be repealed.

**Article 3 (Transitional Measures concerning Succession to Rights and Obligations)**

(1)"Korean Atomic Energy Research Institute" incorporated pursuant to the previous Korean Atomic Energy Research Institute Act and existing at the time this Act enters into force (hereinafter referred to as the "Korean Atomic Energy Research Institute") shall be construed as "Korea Atomic Energy Research Institute" incorporated pursuant to this Act (hereinafter referred to as the "Korean Atomic Energy Research Institute").

(2)The name of the Korean Atomic Energy Research Institute in its register and other official books at the time this Act enters into force shall be deemed the name of the Korea Atomic Energy Research Institute: *Provided*, That the foregoing shall not apply to the name of the Korean Atomic Energy Research Institute in its register and other official books regarding the property, rights, and obligations, on which the board of directors of the Korean Atomic Energy Research Institute resolved to sell or transfer to the Korea Institute of Radiological and Medical Sciences incorporated pursuant to the Radiation and Radioisotope Use Promotion Act.

**Article 4 (Transitional Measures concerning Executive Officers)**

(1)The president and the auditor of the Korean Atomic Energy Research Institute in service at the time this Act enters into force shall be deemed the president and the auditor of the Korea Atomic Energy Research Institute: *Provided*, That their term of office shall be limited to the term of office remaining under Article 11 (1) of the previous Korean Atomic Energy Research Institute Act.

(2)Directors of the Korean Atomic Energy Research Institute in service at the time this Act enters into force shall be deemed dismissed simultaneously with the enforcement of this Act.

**Article 5 (Transitional Measure concerning Penalty Provisions)**

Acts done before this Act enters into force shall be governed by the previous penalty provisions of Article 23 of the Korean Atomic Energy Research Institute Act, in application of penalty provisions to such acts.

**Article 6 Omitted.**

**Article 7 (Relationship to Other Statutes)**

A citation of the previous Korean Atomic Energy Research Center Act or the Korean Atomic Energy Research Center by any other statute in force at the time this Act enters into force shall be deemed a citation of this Act or the Korea Atomic Energy Research Institute in lieu of the previous Act or the previous research center.

## 부칙 <제8077호,2006.12.26>

**제1조 (시행일)**

이 법은 공포 후 3개월이 경과한 날부터 시행한다.

**제2조 (다른 법률의 폐지)**

한국원자력연구소법은 이를 폐지한다.

**제3조 (권리・의무의 승계에 관한 경과조치)**

①이 법 시행당시 종전의 「한국원자력연구소법」에 따라 설립된 한국원자력연구소(이하 "한국원자력연구소"라 한다)는 이 법에 따라 설립된 한국원자력연구원(이하 "한국원자력연구원"이라 한다)으로 본다.

②이 법 시행당시 한국원자력연구소의 등기부 그 밖의 공부상의 명의는 이를 한국원자력연구원의 명의로 본다. 다만, 한국원자력연구소 이사회에서 「방사선 및 방사성동위원소 이용진흥법」에 따라 설립된 한국원자력의학원에 양도 또는 인계하기로 의결한 재산과 권리・의무에 관한 등기부 그 밖의 공부에 표시된 명의는 그러하지 아니하다.

**제4조 (임원에 관한 경과조치)**

①이 법 시행당시 한국원자력연구소의 소장 및 감사는 각각 한국원자력연구원의 원장 및 감사로 본다. 다만, 그 임기는 종전의 「한국원자력연구소법」 제11조제1항에 따른 임기의 잔임기간으로 한다.

②이 법 시행당시 한국원자력연구소의 이사는 이 법 시행과 동시에 해임된 것으로 본다.

**제5조 (벌칙에 관한 경과조치)**

종전의 「한국원자력연구소법」 제23조에서 정한 이 법 시행전의 행위에 대한 벌칙의 적용에 있어서는 종전의 규정에 따른다.

**제6조 (다른 법률의 개정)**

원자력시설등의방호및방사능방재대책법 일부를 다음과 같이 개정한다.

제45조제1항 각 호 외의 부분 중 "한국원자력연구소법에 따른 한국원자력연구소"를 "「과학기술분야 정부출연연구기관 등의 설립・운영 및 육성에 관한 법률」에 따른 한국원자력연구원"으로 한다.

**제7조 (다른 법령과의 관계)**

이 법 시행당시 다른 법령에서 종전의 「한국원자력연구소법」 또는 한국원자력연구소를 인용하고 있는 경우에는 그에 갈음하여 이 법 또는 한국원자력연구원을 각각 인용한 것으로 본다.

### ADDENDA

**Article 1 (Enforcement Date)**
This Act shall enter into force on the date of its promulgation. (Proviso Omitted.)

**Articles 2 through 7 Omitted.**

### 부칙(정부조직법) <제8852호,2008.2.29>

**제1조(시행일)**
이 법은 공포한 날부터 시행한다. 다만, ···<생략>···, 부칙 제6조에 따라 개정되는 법률 중 이 법의 시행 전에 공포되었으나 시행일이 도래하지 아니한 법률을 개정한 부분은 각각 해당 법률의 시행일부터 시행한다.

**제2조부터 제5조까지 생략**

**제6조(다른 법률의 개정)**
①부터 <119> 까지 생략
<120>과학기술분야 정부출연연구기관 등의 설립·운영 및 육성에 관한 법률 일부를 다음과 같이 개정한다.
제13조제1항 중 "과학기술부장관"을 "감독관청의 장(제29조제1항의 구분에 따른 감독관청의 장을 말한다. 이하 같다)"으로 하고, 같은 조 제2항 전단·후단, 같은 조 제5항·제8항 전단 중 "과학기술부장관"을 각각 "감독관청의 장"으로 한다.
제18조제1항제3호를 삭제한다.
제28조제2항 중 "과학기술부장관 및 기획예산처장관"을 "감독관청의 장 및 기획재정부장관"으로 하고, 같은 조 제3항 중 "과학기술부장관"을 "감독관청의 장"으로 한다.
제29조제1항을 다음과 같이 한다.
①교육과학기술부장관은 제18조제1항제1호에 따른 기초기술연구회 및 그 소속기관의 감독관청이 되고, 지식경제부장관은 같은 항 제2호에 따른 산업기술연구회 및 그 소속기관의 감독관청이 된다.
제29조제2항 중 "과학기술부장관"을 "감독관청의 장"으로 하고, 같은 조 제3항 중 "과학기술부장관"을 "감독관청의 장"으로, "기획예산처장관"을 "기획재정부장관"으로 하며, 같은 조 제4항 중 "과학기술부장관"을 "감독관청의 장"으로 한다.
제15조제3항·제4항, 제17조제2항부터 제4항까지, 제20조제2항, 제23조제1항부터 제3항까지, 제27조제1항·제2항 각 호 외의 부분 및 제34조 후단 중 "과학기술부장관"을 각각 "감독관청의 장"으로 한다.
제33조 중 "교육인적자원부장관"을 "교육과학기술부장관"으로 한다.

### ADDENDUM

This Act shall enter into force six months after the date of its promulgation.

### 부칙을 다음과 같이 한다.

이 법 시행 당시 종전의 제18조제1항제3호에 의한 공공기술연구회의 권리와 의무는 같은 조 제1항제1호 및 제2호의 기초기술연구회와 산업기술연구회가 각각 승계한다.
<121>부터 <760> 까지 생략

**제7조 생략**

### ADDENDA

**Article 1 (Enforcement Date)**
This Act shall enter into force on the date of its promulgation. (Proviso Omitted.)

**Articles 2 and 3 Omitted.**

### 부칙 <제10767호,2011.6.7>

이 법은 공포 후 6개월이 경과한 날부터 시행한다.

### ADDENDA

**Article 1 (Enforcement Date)**
This Act shall enter into force six months after the date of its promulgation.

**Articles 2 through 11 Omitted.**

### 부칙(국가연구개발사업 등의 성과평가 및 성과관리에 관한 법률) <제10970호, 2011.7.25>

**제1조(시행일)**
이 법은 공포한 날부터 시행한다. 다만, 부칙 제3조제2항은 2011년 12월 8일부터 시행한다.

**제2조 생략**

**제3조(다른 법률의 개정)**
①과학기술분야 정부출연연구기관 등의 설립·운영 및 육성에 관한 법률 일부를 다음과 같이 개정한다.
제28조제2항 및 제29조제3항 중 "기획재정부장관에게"를 각각 "국가과학기술위원회에"로 한다.
②법률 제10767호 과학기술분야 정부출연연구기관 등의 설립·운영 및 육성에 관한 법률 일부개정법률 일부를 다음과 같이 개정한다.
제28조제2항 및 제29조제3항 중 "기획재정부장관에게"를 각각 "국가과학기술위원회에"로 한다.

### ADDENDA

**Article 1 (Enforcement Date)**
(1)This Act shall enter into force on the date of its promulgation.
(2)Omitted.

### 부칙(한국해양과학기술원법) <제11145호, 2011.12.31>

**제1조(시행일)**
이 법은 공포 후 6개월이 경과한 날부터 시행한다.

**제2조부터 제9조까지 생략**

**Articles 2 through 7 Omitted.**

**제10조(다른 법률의 개정)**
과학기술분야 정부출연연구기관 등의 설립ㆍ운영 및 육성에 관한 법률 일부를 다음과 같이 개정한다.
별표의 기관명란 중 제13호를 삭제한다.

**제11조 생략**

## ADDENDA

**Article 1 (Enforcement Date)**
This Act shall enter into force on the date of its promulgation.

**Articles 2 through 7 Omitted.**

## 부칙(정부조직법) <제11690호, 2013.3.23>

**제1조(시행일)**
①이 법은 공포한 날부터 시행한다.
②생략

**제2조부터 제5조까지 생략**

**제6조(다른 법률의 개정)**
①부터 <20>까지 생략
<21>과학기술분야 정부출연연구기관 등의 설립ㆍ운영 및 육성에 관한 법률 일부를 다음과 같이 개정한다.
제13조제1항 중 "감독관청의 장(제29조제1항의 구분에 따른 감독관청의 장을 말한다. 이하 같다)"을 "미래창조과학부장관"으로 한다.
제13조제2항 전단 및 후단, 같은 조 제5항, 같은 조 제8항 전단, 제15조제3항ㆍ제4항, 제17조제2항부터 제4항까지, 제20조제2항, 제23조제1항ㆍ제2항ㆍ제3항, 제27조제1항, 같은 조 제2항 각 호 외의 부분, 제28조제2항ㆍ제3항, 제29조제2항부터 제4항까지 및 제34조 후단 중 "감독관청의 장"을 각각 "미래창조과학부장관"으로 한다.
제29조제1항을 다음과 같이 한다.
①미래창조과학부장관은 연구기관 및 연구회의 감독관청이 된다.
제29조제3항 중 "통보한다"를 "제출하여야 한다"로 한다.
제33조제1항 중 "교육과학기술부장관"을 "교육부장관"으로 하고, 같은 조 제3항 전단 중 "교육과학기술부장관"을 "미래창조과학부장관"으로 한다.
제33조의2제2항 중 "교육과학기술부장관"을 "미래창조과학부장관과 교육부장관"으로 한다.
<22>부터<710>까지 생략

**제7조 생략**

## ADDENDUM

This Act shall enter into force on the date of its promulgation.

## 부칙(과학기술기본법) <제11713호, 2013.3.23>

**제1조(시행일)**
이 법은 공포한 날부터 시행한다.

**제2조부터 제5조까지 생략**

**제6조(다른 법률의 개정)**
①과학기술분야 정부출연연구기관 등의 설립ㆍ운영 및 육성에 관한 법률 일부를 다음과 같이 개정한다.
제13조제2항 후단, 제28조제2항, 제29조제2항 및 제29조제3항 중 "국가과학기술위원회"를 각각 "국가과학기술심의회"로 한다.
②부터 <28>까지 생략

## ADDENDA

**Article 1 (Enforcement Date)**
This Act shall enter into force one month after the date of its promulgation.

**Article 2 (Preparation for Establishment of the Research Council)**
(1)The Minister of Science, ICT and Future Planning shall commission incorporators before this Act enters into force for them to deal with the affairs related to the establishment of the Research Council.
(2)The incorporation committee shall be comprised of not more than 10 incorporators, and the chairperson of the incorporation committee shall be appointed by the Minister of Science, ICT and Future Planning from among the incorporators.
(3)The incorporation committee shall prepare the articles of association of the Research Council and obtain approval thereof from the Minister of Science, ICT and Future Planning.
(4)Notwithstanding Article 23, the chairperson of the Research Council in service as at the time the Research Council is incorporated, shall be appointed by the President of the Republic of Korea on the recommendation of the Minister of Science, ICT and Future Planning from among three persons recommended by the incorporation committee comprised of incorporators.
(5)

## 부칙 <제11719호,2013.4.5>

이 법은 공포한 날부터 시행한다.

Notwithstanding Article 23, directors of the Research Council (excluding *ex officio* directors) in service as at the time the Research Council is incorporated, shall be appointed by the Minister of Science, ICT and Future Planning on the recommendation of the incorporation committee comprised of incorporators.

(6)When the approval referred to in paragraph (3) is obtained, incorporators shall, without delay, complete the registration of the incorporation of the Research Council in their joint names and shall hand over business affairs to the chairperson referred to in paragraph (4).

(7)Incorporators shall be deemed dismissed when the handover of business affairs is completed under paragraph (6).

**Article 3 (Special Provisions concerning Term of Office of Directors of the Research Council)**

(1)Notwithstanding Article 23 (4), the term of office of directors (excluding the chairperson and *ex officio* directors) of the Research Council in service as at the time the Research Council is incorporated, shall be determined differently by the period of one, two, or three years for each director.

(2)Matters necessary for the determination of term of office under paragraph (1) shall be stipulated by the articles of association of the Research Council.

**Article 4 (Transitional Measures concerning Succession, etc. of Rights and Obligations)**

(1)Notwithstanding the provisions of the Civil Act on the dissolution and liquidation of a corporation, the Korea Research Council of Fundamental Science and Technology and the Korea Research Council for Industrial Science and Technology as at the time this Act enters into force, shall be deemed dissolved, and the National Research Council of Science and Technology to be incorporated under the amended provisions of Article 18 (1) shall succeed to all the rights and obligations of the Korea Research Council of Fundamental Science and Technology and the Korea Research Council for Industrial Science and Technology.

(2)The names of the Korea Research Council of Fundamental Science and Technology and the Korea Research Council for Industrial Science and Technology on their registries and other official books shall be deemed the name of the National Research Council of Science and Technology to be incorporated under the amended provisions of Article 18 (1).

**Article 5 (Transitional Measures concerning Executive Officers and Employees)**

(1)The term of office of executive officers of the Korea Research Council of Fundamental Science and Technology and the Korea Research Council for Industrial Science and Technology shall be deemed terminated at the time this Act enters into force.

(2)Employees of the Korea Research Council of Fundamental Science and Technology and the Korea Research Council for Industrial Science and Technology shall be deemed appointed as employees of the National Research Council of Science and Technology at the time this Act enters into force.

**Article 6 (Relationship to Other Acts)**

Where any other Acts cite the Korea Research Council of Fundamental Science and Technology and the Korea Research Council for Industrial Science and Technology at the time this Act enters into force, it shall be deemed to have cited the National Research Council of Science and Technology to be incorporated under the amended provisions of Article 18 (1).

## ADDENDA

**Article 1 (Enforcement Date)**

This Act shall enter into force on the date of its promulgation: *Provided*, That from among the Acts amended pursuant to Article 6 of the Addenda, the amendments to the Acts which have been promulgated before this Act enters into force but the enforcement dates of which have yet to arrive shall enter into force on the enforcement date of the relevant Act.

**Articles 2 through 7 Omitted.**

## 부칙 <제12674호,2014.5.28>

**제1조(시행일)**

이 법은 공포 후 1개월이 경과한 날부터 시행한다.

**제2조(연구회의 설립준비)**

①미래창조과학부장관은 이 법 시행 전에 설립위원을 위촉하여 연구회의 설립에 관한 사무를 처리하게 하여야 한다.

②설립위원회는 미래창조과학부장관이 위촉하는 10명 이내의 설립위원으로 구성되며, 설립위원장은 설립위원 중에서 미래창조과학부장관이 임명한다.

③설립위원회는 연구회의 정관을 작성하여 미래창조과학부장관의 인가를 받아야 한다.

④설립 당시 연구회의 이사장은 제23조에도 불구하고 설립위원으로 구성하는 설립위원회가 3배수로 추천하는 사람 중에서 미래창조과학부장관의 제청으로 대통령이 임명한다.

⑤설립 당시 연구회의 이사(당연직 이사를 제외한다)는 제23조에도 불구하고 설립위원으로 구성하는 설립위원회의 추천으로 미래창조과학부장관이 임명한다.

⑥설립위원은 제3항에 따른 인가를 받은 때에는 지체 없이 연명(연명)으로 연구회의 설립등기를 한 후 제4항에 따른 이사장에게 사무를 인계하여야 한다.

⑦설립위원은 제6항에 따른 사무인계가 끝난 때에는 해촉된 것으로 본다.

제3조(연구회 이사의 임기에 관한 특례)
①제23조제4항에도 불구하고 설립 당시 연구회의 이사(이사장과 당연직 이사는 제외한다)의 임기는 각 이사별로 1년・2년 또는 3년으로 달리 정하여야 한다.
②제1항에 따라 임기를 정함에 있어서 필요한 사항은 연구회의 정관으로 정한다.

제4조(권리・의무의 승계 등에 관한 경과조치)
①이 법 시행 당시 기초기술연구회와 산업기술연구회는 「민법」 중 법인의 해산 및 청산에 관한 규정에도 불구하고 해산된 것으로 보며, 기초기술연구회와 산업기술연구회의 모든 권리와 의무는 제18조제1항의 개정규정에 따라 설립되는 국가과학기술연구회가 승계한다.
②이 법 시행 당시 기초기술연구회와 산업기술연구회의 등기부, 그 밖의 공부상의 명의는 제18조제1항의 개정규정에 따라 설립되는 국가과학기술연구회의 명의로 본다.

제5조(임직원에 대한 경과조치)
①기초기술연구회 및 산업기술연구회의 임원은 이 법 시행 당시 그 임기가 종료된 것으로 본다.
②기초기술연구회, 산업기술연구회의 직원은 이 법 시행 당시 국가과학기술연구회의 직원으로 임용된 것으로 본다.

제6조(다른 법률과의 관계)
이 법 시행 당시 다른 법률에서 기초기술연구회 또는 산업기술연구회를 인용하고 있는 경우에는 제18조제1항의 개정규정에 따라 설립되는 국가과학기술연구회를 인용한 것으로 본다.

## ADDENDA

**Article 1 (Enforcement Date)**
This Act shall enter into force on the date of its promulgation.

**Article 2 (Applicability to Notification of Commencement, etc. of Investigation)**
The amended provisions of Article 35-2 shall apply, beginning with examinations or investigations commenced after this Act enters into force.

## 부칙(정부조직법) <제12844호, 2014.11.19>

제1조(시행일)
이 법은 공포한 날부터 시행한다. 다만, 부칙 제6조에 따라 개정되는 법률 중 이 법 시행 전에 공포되었으나 시행일이 도래하지 아니한 법률을 개정한 부분은 각각 해당 법률의 시행일부터 시행한다.

제2조부터 제5조까지 생략

제6조(다른 법률의 개정)
①부터 ⑪까지 생략
⑫과학기술분야 정부출연연구기관 등의 설립・운영 및 육성에 관한 법률 일부를 다음과 같이 개정한다.
제33조의2제2항 중 "미래창조과학부장관과 교육부장관"을 "교육부장관과 미래창조과학부장관"으로 한다.
⑬부터 <258>까지 생략

제7조 생략