# EXHIBIT 3

## CRIMINAL ACT

[Act No. 14178]

Article 129 (Acceptance of Bribe and Advance Acceptance)

(1) A public official or an arbitrator who receives, demands or promises to accept a bribe in connection with his/her duties, shall be punished by imprisonment for not more than five years or suspension of qualifications for not more than ten years.

(2) If a person who is to become a public official or an arbitrator receives, demands or promises to accept a bribe in response to a solicitation, in connection with the duty which he/she is to perform and he/she actually becomes a public official or arbitrator, imprisonment for not more than three years or suspension of qualifications for not more than seven years shall be imposed.

형법

[법률 제14178호]

제129조(수뢰, 사전수뢰)

(1) 공무원 또는 중재인이 그 직무에 관하여 뇌물을 수수, 요구 또는 약속한 때에는 5년 이하의 징역 또는 10년 이하의 자격정지에 처한다.

(2) 공무원 또는 중재인이 될 자가 그 담당할 직무에 관하여 청탁을 받고 뇌물을 수수, 요구 또는 약속한 후 공무원 또는 중재인이 된 때에는 3년 이하의 징역 또는 7년 이하의 자격정지에 처한다.