# EXHIBIT 4

## ENFORCEMENT DECREE OF THE ACT ON THE ESTABLISHMENT, OPERATION AND FOSTERING OF GOVERNMENT-FUNDED SCIENCE AND TECHNOLOGY RESEARCH INSTITUTIONS

Article 34 (Scope of Employees Deemed Public Officials for Purposes of Penal Provisions)

The term "employees as determined by the Presidential Decree," as used in Article 35 of this Act, refers to researchers of research institutions and the Research Council and their employees who are at or above the level of manager.

과학기술분야 정부출연연구기관 등의 설립·운영 및 육성에 관한 법률 시행령

제34조 (벌칙적용에 있어서 공무원으로 의제되는 직원의 범위) 법 제35조에서 "대통령령이 정하는 직원"이라 함은 연구기관 및 연구회의 연구원 및 과장급 이상의 직원을 말한다.

6