1       UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

4

5   UNITED STATES OF AMERICA,          )
                                       )
6                       Plaintiff,     )
                                       )
7          vs.                         )    Case No. CR 16-824 JFW
                                       )
8   HEON-CHEOL CHI,                    )         VOLUME 1
                                       )       (Pages 1 - 149)
9                       Defendant.     )
    _____)

10

11

12                  REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 1
13                 TUESDAY, JULY 11, 2017
                          8:35 A.M.
14                 LOS ANGELES, CALIFORNIA

15

16

17

18

19

20

21

22   _____

        MYRA L. PONCE, CSR 11544, RPR, RMR, RDR, CRR
23           FEDERAL OFFICIAL COURT REPORTER
             350 WEST 1ST STREET, SUITE 4455
24           LOS ANGELES, CALIFORNIA 90012
                MYRAPONCE@SBCGLOBAL.NET
25

                  UNITED STATES DISTRICT COURT

```
 1                     APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4        SANDRA R. BROWN
          Acting United States Attorney
 5        BY:  POONAM KUMAR
              Assistant United States Attorney
 6        312 North Spring Street
          Los Angeles, California  90012
 7
          DEPARTMENT OF JUSTICE
 8        BY:  DAVID M. FUHR
          BY:  ANNA G. KAMINSKA
 9            Assistant United States Attorneys
          1400 New York Avenue NW
10        Washington, DC  20005

11

12    FOR THE DEFENDANT:

13        LAW OFFICES OF JOEL C. KOURY
          BY:  JOEL C. KOURY
14            Attorney at law
          3435 Ocean Park Boulevard, Suite 107-50
15        Santa Monica, California  90405

16        KAYE MCLANE BEDNARSKI & LITT, LLP
          BY:  MARILYN E. BEDNARSKI
17        BY:  KEVIN J. LAHUE
              Attorneys at Law
18        234 East Colorado Boulevard, Suite 230
          Pasadena, California  91101
19
          LAW OFFICES OF RICHARD W. RAYNOR
20        BY:  RICHARD W. RAYNOR
              Attorney at Law
21        800 South Pacific Coast Highway, Suite 8-284
          Redondo Beach, California  90277
22

23
      ALSO PRESENT:
24
          KATHY SIM, Certified Korean Interpreter
25        SOYOUN MCCONNELL, Certified Korean Interpreter
```

**UNITED STATES DISTRICT COURT**

1          **TUESDAY, JULY 11, 2017; 8:35 A.M.**

2              **LOS ANGELES, CALIFORNIA**

3                    **VOLUME 1**

4                       ---

5          THE COURTROOM DEPUTY:  Calling CR 16-824(A) JFW,

6     United States of America vs. Heon-Cheol Chi.

7          Counsel, please state your appearance.

8          MS. KUMAR:  Good morning, Your Honor.  Poonam Kumar,

9     Anna Kaminska, and David Fuhr on behalf of the United States.

10    With us at counsel table is Special Agent Jeffrey Coleman of

11    the FBI, as well as Antonio Julio Nuñez, a paralegal with the

12    Department of Justice.

13         MS. BEDNARSKI:  Good morning, Your Honor.

14    Joel Koury, present with Dr. -- Mr. Chi who is utilizing the

15    services of a Korean language interpreter.  Also present is

16    Kevin LaHue, Marilyn Bednarski, and Richard Raynor.

17         THE COURT:  Could the interpreter please announce

18    her appearance and spell her name and confirm that her oath is

19    on file.

20         INTERPRETER SIM:  Good morning, Your Honor.  This is

21    Kathy Sim, Korean language interpreter.  The name is spelled

22    K-a-t-h-y, S-i-m.

23         INTERPRETER MCCONNELL:  Good morning, Your Honor.

24    Korean language interpreter Soyoun McConnell, spelled

25    S-o-y-o-u-n, M-c-C-o-n-n-e-l-l.

**UNITED STATES DISTRICT COURT**

1          THE COURT:  And why do we have two interpreters here

2    today?

3          INTERPRETER SIM:  Your Honor, for the purpose of the

4    trial, the interpreters would have to switch every 20 minutes

5    or so to be able to interpret simultaneously.

6          THE COURT:  Okay.  All right.

7          The panel will be down here approximately

8    9:00 o'clock, so I want to spend some time with counsel with

9    respect to the jury selection.

10          You've been provided with a copy of the -- of the

11    questionnaire that I intend to use -- actually, two

12    questionnaires, the short-form questionnaire and the long-form

13    questionnaire, as well as the jury seating chart that indicates

14    the seats that will be occupied by the -- by the jurors.

15          Shannon will read the names of the witnesses who may

16    be called to testify at trial.

17          Do you have the list, Shannon?

18          THE COURTROOM DEPUTY:  Yes.

19          THE COURT:  Okay.  So she has each of the lists.

20          What I will do is I will make some brief

21    introductory comments to the members of the -- of the panel.

22    During those comments, I will ask counsel to introduce

23    themselves to the members of the panel as well as anyone seated

24    at counsel table.  And rather than have everybody stand up and

25    announce their names, we'll just have lead counsel stand up and

```
 1  indicate all of those individuals who are present at counsel
 2  table.
 3          Obviously, the purpose in doing that is to find out
 4  whether or not any of the members of the panel have any
 5  knowledge or familiarity with any of the participants during
 6  the trial.
 7          Then I will ask Shannon to read the names of the
 8  witnesses, again, to find out from the panel whether or not
 9  they have any knowledge or familiarity with any of the
10  witnesses.  I will then explain to the jury the nature of the
11  charge as well as the First Superseding Indictment.
12          We have an agreed summary of the -- of the First
13  Superseding Indictment that appears as Docket No. 129.  I'll
14  ask the Government at the appropriate time to read the summary
15  of the Indictment.
16          Then I'll call 12 jurors into the box, and I will
17  conduct the voir dire of each one of those jurors.
18          We have a limited amount of space for any sidebar,
19  if there's an issue that we need to discuss with a prospective
20  juror.  So I'm not going to have -- there's just simply not
21  room to have all of the people who are seated at respective
22  counsel tables to come over.
23          So if you want to have two attorneys come over,
24  that's fine.  But we're not going to have the entire posse come
25  over.  We just simply don't have the room.
```

1          With respect to the peremptory challenges, the

2   defense will have ten.  The Government will have six.  I have a

3   modified use-it-or-lose-it policy on passing or accepting the

4   jury.  If you pass or accept the jury, you will be deemed to

5   have exercised one peremptory challenge.  However, a pass may

6   be restored upon request as to any new juror not seated at the

7   time of the pass.

8          In other words, if you run out of peremptories and a

9   juror comes into the box, you have not had an opportunity to

10  challenge, you may request the Court for permission to use an

11  unexhausted peremptory challenge to a new juror.

12         I intend to select two alternates.  You have one

13  peremptory challenge for each -- each alternate -- or no, a

14  total of one peremptory challenge for the two alternates.

15         When both sides pass consecutively or run out of

16  challenges, we'll have a jury, and the clerk will swear the

17  jury.

18         As we're going through the voir dire of the -- of

19  the panel, if there's a new juror that is -- replaces a juror

20  who's been seated, when that voir dire is completed, if you

21  think any further follow-up is necessary or if you have a

22  challenge for cause, simply announce, after I complete my

23  voir dire of the new juror, that you request a sidebar

24  conference.  If no sidebar is requested, I will assume that no

25  further follow-up is required and that counsel pass for cause

```
 1    as to that new juror.  On certain occasions, I may ask if
 2    counsel pass for cause.
 3            The time estimate in this case was originally three
 4    days.  Based upon the witness lists that have been filed in
 5    this case, it doesn't seem to me that we're going to be able to
 6    try this case in three days.
 7            So I intend to tell the jury that we estimate that
 8    this case is going to take five days to try; although, as we go
 9    on during the course of this trial, I think some of these
10    estimates for these witnesses are excessive.  But we'll deal
11    with that as we go through the trial.
12            As to opening statements, how long is the Government
13    going to need for opening statement?
14            MR. FUHR:  Your Honor, I believe the Government will
15    be about 15 minutes max, between 10 and 15 minutes.
16            THE COURT:  And who is going to be making the
17    opening statement?
18            MR. FUHR:  I will do the opening statement for the
19    Government.
20            THE COURT:  All right.  And what about the defense?
21            MR. KOURY:  It's closer to 30 minutes, and I'll be
22    making the opening.
23            THE COURT:  All right.  That's all that I have with
24    respect to the jury selection or other issues that I wanted to
25    discuss with counsel this morning.
```

**UNITED STATES DISTRICT COURT**

1            Does anybody have any questions with respect to the

2    jury selection?

3            MR. KOURY:  No, thank you, Your Honor.

4            MS. KUMAR:  No, Your Honor.

5            THE COURT:  All right.  The pretrial exhibit

6    stipulation, the first is the Joint Pretrial Exhibit

7    Stipulation that was filed on July 3rd.  It appears as

8    Docket No. 114.  There are a huge number of exhibits.

9            I will admit -- pre-admit all of the exhibits to

10   which there is no objection.  But I'm going to wait to identify

11   those until they're actually offered by counsel during the

12   course of the trial.  I'm not sure if you're really going to

13   use all of these or not, to the extent that -- if you don't use

14   them during the course of the trial, they're not going back to

15   the jury room.  It's just going to be confusing.

16           So as we go through, just offer an exhibit, and then

17   I will make a ruling if there's an objection from the pretrial

18   exhibit stipulation and, if not, I'll just simply admit the

19   exhibit.

20           Once the exhibit is admitted into evidence -- this

21   applies to both sides -- you can use it for any purpose.  So

22   you don't need to ask me if you can display the exhibit.  You

23   can just go ahead and display it, so long as it's in evidence.

24           A good practice -- because it's -- well, is to

25   identify -- once the exhibit is received into evidence, to

1   indicate, when you're dealing with that exhibit, that it has

2   been received into evidence.  And if you're dealing with an

3   exhibit that has not been admitted into evidence, the proper

4   way to refer to that exhibit is it's been marked for

5   identification because that, then, will allow me to know that

6   it's been marked for identification, and we're going to have to

7   deal with its admission.

8           I have looked at the Defense Pretrial Exhibit

9   Stipulation or list that was filed on July 10th,

10  Document No. 143.  And there are several objections to those

11  exhibits, which I will deal with during the course of -- during

12  the course of the trial.

13          The other issues relate to the filings yesterday

14  relating to the proffer with respect to the defense legal

15  expert.  I looked at the proffer.  I've also looked at the

16  Government's response that was filed last night.  And I will

17  make a ruling hopefully after lunch today.

18          But my tentative indication is that the defense

19  expert will not be permitted to testify, but I haven't

20  completed my analysis yet.

21          The supplemental memorandum of law we can discuss at

22  an appropriate -- at an appropriate point in time.

23          We do have a Motion in Limine No. 8 that's pending,

24  to preclude the defendant's recently designated expert

25  witnesses, Mr. Knudson.  I see that he's on the exhibit list

```
 1   with a reference that he's an expert who will only be called to

 2   rebut the Government witnesses testimony.  That remains to

 3   be -- that remains to be seen.

 4            I thought that on Friday I excluded him because

 5   counsel hadn't filed an offer of proof.

 6            MS. BEDNARSKI:  Your Honor, my understanding of that

 7   ruling was as an affirmative witness.  I'm sorry if I

 8   misunderstood.

 9            Since we haven't heard from Agent Zimmerman, we

10   noted the exception for the Court that we may need to call him,

11   depending on what her testimony is.

12            THE COURT:  All right.  Well, we'll deal with that.

13            The other is --

14            MS. BEDNARSKI:  Your Honor, just on that question.

15            THE COURT:  Yes.

16            MS. BEDNARSKI:  Will I be allowed to have

17   Mr. Knudson in the courtroom during Agent Zimmerman's

18   testimony?

19            THE COURT:  No.

20            The other individual is this seismology expert, the

21   last name is A-v-o-u-a-c.  I indicated -- I believe I indicated

22   on Friday that I would give counsel a deadline to file the

23   offer of proof for that witness after the Government's

24   non-expert, Ms. Gee, testified.  But it seems to me, based upon

25   the witness statements -- I assume that you produced those
```

1    witness statements to defense counsel.

2              MS. KUMAR:  Yes, Your Honor.

3              THE COURT:  It seems to me, based upon the witness

4    statements, they should be able to fashion whatever offer of

5    proof you think is appropriate without having to listen to her

6    testimony.

7              MR. KOURY:  Well, she's testifying today.  That's

8    our first witness.  That's my understanding.

9              THE COURT:  Well, I hope so.

10             MR. KOURY:  Well, also, we received new 302 on that

11   witness yesterday.  And -- and I'm simply asking the Court to

12   wait until after the witness testifies before setting --

13   setting a deadline for me to file an offer of proof.

14   Obviously, I'm involved in the trial, so I can't do it while

15   I'm here before the Court.

16             THE COURT:  Well, that's the problem.  I should

17   have -- I should have anticipated that you already had the

18   witness statement on Friday and required you to file the offer

19   of proof.

20             But I will -- I'll defer that until after the

21   witness -- the Government witness testifies.  But you're going

22   to have to do it today.  You've got four lawyers in this case,

23   so somebody can undertake that responsibility tonight.

24             MR. KOURY:  I'm wondering if we can have -- file

25   first thing in the morning.

1          THE COURT:  No.  You'll do it -- it may be first

2    thing in the morning because it may be after midnight.

3          MR. KOURY:  Okay.  All right.

4          THE COURT:  All right.

5          MR. KOURY:  The trial to conclude today?

6          THE COURT:  Pardon me?

7          MR. KOURY:  Are you referencing when the trial will

8    conclude today?

9          THE COURT:  No.  Today, as you know from the

10   criminal trial order, we'll take the normal lunch break, then

11   we'll go until 5:00 o'clock.  And then each trial day

12   thereafter, the hours are 8:00 to 2:00, with two short breaks.

13         All right.  And I encourage counsel at every point

14   in the proceeding to reevaluate the amount of time you're going

15   to need with these witnesses.  And, for example, I think the --

16   I think we discussed this before.  You're not going to call

17   your legal -- quote, "legal expert"; correct?

18         MS. KUMAR:  Your Honor, we do not anticipate,

19   depending on the Court's tentative ruling.  If the Court were

20   to permit the expert, defense expert to testify, we will do so,

21   but we can do that tomorrow morning, if needed.

22         THE COURT:  All right.  So we've got -- I think we

23   talked about Ms. Zimmerman and the two-hour estimate.  I assume

24   that you've had a chance to meet with her and refine the length

25   of time that you're going to need to examine her?

1        MS. KUMAR:  Yes, Your Honor.  We're doing our best

2   to streamline all of our witnesses for the Court.

3        THE COURT:  And "streamline" means -- what? --

4   cutting it in half?

5        MS. KUMAR:  Yes, Your Honor.

6        THE COURT:  Okay.  And I see there's these other --

7   these other witnesses, Mr. Lee with respect to the New Jersey

8   address, we've got the FDIC, we've got B of A, and we've got

9   Mr. Hamilton from Merrill Lynch.

10       Are there any stipulations as to those witnesses?

11       MS. KUMAR:  Your Honor, we are working towards a

12  testimonial stipulation for Mr. Czeranko, the FDIC custodian --

13  that's C-z-e-r-a-n-k-o.  And I anticipate hopefully that we'll

14  have that signed, but I don't -- do not believe we have been

15  able to reach a stipulation as to the other remaining

16  witnesses.

17       THE COURT:  And the Bank of America witness is

18  simply going to do what?  Establish the -- let me look at the

19  summary.

20       MS. KUMAR:  Your Honor, both Mr. Hamilton and

21  Mr. Jackson will be addressing the "in or affecting interstate

22  commerce" element, discussing the locations of the banks, the

23  process by which checks are cleared, and the like.  We offer --

24  we did offer to stipulate to that fact, but defendant has not

25  yet indicated a willingness to do so.

 1          THE COURT:  Aren't those -- my memory of the

 2     pretrial exhibit stipulation, aren't the majority of those

 3     exhibits agreed to, coming into evidence?

 4          MS. KUMAR:  Yes.  They're not custodians of records,

 5     Your Honor.  They're designed to address, sort of, where Bank

 6     of America is situated, where the checks in Merrill Lynch were

 7     deposited based on the reading of the check, where the account

 8     is housed based on the account number, information that isn't

 9     readily provable from the bank exhibits themselves.

10          THE COURT:  All right.  And the defense, with

11     respect to all of the witnesses that are included on your

12     witness list, those witnesses who are coming from South Korea

13     are on their way or they're here?

14          MS. BEDNARSKI:  They are on their way.

15          THE COURT:  Okay.  Is there any that have indicated

16     to you that they're not going to be able to attend?

17          MS. BEDNARSKI:  No, sir.

18          THE COURT:  All right.  Okay.  We will then wait for

19     the panel, and I will come out and we'll begin the jury

20     selection.

21          All right.  We'll be in recess.

22          MS. BEDNARSKI:  Your Honor, I have one question

23     about the voir dire.

24          THE COURT:  Sure.

25          MS. BEDNARSKI:  Um, both sides submitted some

 1    voir dire questions, and I'm wondering if the Court has -- can

 2    give both sides an idea of what areas it's going to cover in

 3    addition to the just general questions that were part of the

 4    handout.

 5            THE COURT:  Well, I tried to capture what I thought

 6    was important in each of the -- each of -- each side's

 7    questions.  And the voir dire that I will conduct will be based

 8    upon -- primarily based upon the individual juror's response.

 9    And I think we'll be able to cover -- I understand what each

10    side wants.  And I think, once I hear what the responses are of

11    the individual jurors, I'll be able to follow up with follow-up

12    questions.

13            MS. BEDNARSKI:  Thank you very much.

14            THE COURT:  All right.  We'll be in recess.

15            (Break taken.)

16            (In the presence of the prospective jurors:)

17            THE COURTROOM DEPUTY:  Jury Trial Day 1,

18    CR 16-824(A) JFW, United States of America vs. Heon-Cheol Chi.

19            THE COURT:  All right.  Members of the panel, good

20    morning.  I'd like to welcome you to this courtroom.  We're

21    here this morning for the important task of selecting a jury to

22    try a criminal case.

23            As you probably know, at the beginning of any court

24    case, the first step involves the selection of jurors who are

25    going to hear the case.

1          During the selection process, I will ask you

2   questions about your background, experience, and state of mind

3   to determine whether you're qualified to be a juror in this

4   case.  "Qualified" simply means that you can be fair and

5   impartial and you can decide this case based upon the evidence

6   presented in this courtroom and on nothing else.

7          During this process, there's no such thing as a

8   right or wrong answer, only answers that are complete or

9   incomplete.  Therefore, I request that you please answer all of

10  my questions fully and completely.

11         In this case, you'll be sitting as the judges of the

12  facts.  All parties have the right to expect that you'll

13  perform your role fairly and impartially and not because of any

14  bias or prejudice you may bring into the courtroom.

15         If there's any reason why you might be biased or

16  prejudiced in any way, you must disclose such reasons when

17  you're asked to do so.

18         In asking you questions, I want to make it clear

19  that I have no intention of trying to embarrass anyone or

20  invade your privacy or the privacy of your family members or

21  close personal friends.  If you have something that you think

22  the lawyers and I should know but you do not wish to discuss in

23  the presence of the entire panel in open court, just let me

24  know, and we'll discuss that matter at sidebar.

25         Now, in order to begin this process, I'd like to

**UNITED STATES DISTRICT COURT**

```
 1    introduce you to the parties and counsel in this case.  And I'm

 2    going to ask lead counsel for the Government to stand and

 3    introduce themselves and all persons seated at counsel table.

 4              MS. KUMAR:  Good morning, everyone.  My name is

 5    Poonam Kumar.  I'm an Assistant United States Attorney here in

 6    Los Angeles.  With me at counsel table is Anna Kaminska from

 7    the Department of Justice, David Fuhr, also from the Department

 8    of Justice, Special Agent Jeffrey Coleman of the Federal Bureau

 9    of Investigation, and Antonio Nuñez from the Department of

10    Justice.  He's a paralegal.

11              THE COURT:  All right.  The question I have for the

12    members of the panel, if you think that you know or have any

13    knowledge of any of the individuals that were introduced to

14    you, just please raise your hand.

15              All right.  I see no hands that were raised.

16              Now I'm going to ask lead counsel for the defendant

17    to please stand and introduce himself and all persons seated at

18    his table.

19              MR. KOURY:  Thank you, Your Honor.

20              Good morning.  My name is Joel Koury.  I represent

21    Dr. Heon-Cheol Chi.

22              Mr. Chi, could you stand up so they can get a better

23    look at you?  Thank you.

24              This is Mr. Chi.  Also --

25              You can have a seat now.
```

```
 1              Also seated at counsel table is Kevin LaHue,

 2   Marilyn Bednarski, and Richard Raynor.  These three people are

 3   attorneys representing Mr. Chi, including myself.  Thank you.

 4              THE COURT:  All right.  I have the same question for

 5   the members of the panel.  Does anyone know or think they know

 6   any of the individuals who have just been introduced?  If so,

 7   please raise your hand.

 8              I see no hands raised.

 9              All right.  Now, during the trial of this case, the

10   following persons may be called as witnesses to testify on

11   behalf of the parties.  And I'm going to ask Shannon, our

12   courtroom deputy, to read the names of those witnesses.

13              And the purpose in reading these names is to find

14   out if any members of the panel have any knowledge or think

15   they know of any of the names that -- of the people who are

16   going to be testifying today.

17              THE COURTROOM DEPUTY:  Dr. Lind Gee,

18   Dr. Christopher Potts, Michelle Harrington, Professor

19   Joongi Kim, Natalie Pearce, Jeffrey Jackson, Steve Hamilton,

20   Lindsay Zimmerman, Yongkoo Lee, James Czeranko, FBI Special

21   Agent Jeffrey Coleman, Jean-Phillipe Avouac, Heon Chi,

22   Byung Cheol Kim, Byung Wook Kim, Hyu Han Kim, Carl Knudson,

23   Tai Sup Lee, In Sup Lim, Jung Ho Park, Myung Sun Roh,

24   Jin Soo Shin.

25              THE COURT:  All right.  Do any members of the panel
```

1    think that they know or have any familiarity with any of the

2    names that have been read to you by Shannon?  If so, please

3    raise your hand.

4            All right.  No hands have been raised.

5            Now, the charges against the defendant in this case

6    are set forth in a First Superseding Indictment.  An indictment

7    is simply a formal method of accusing a defendant of a crime.

8    It is not evidence of any kind against the accused.

9            I'm going to -- there's a summary that has been

10   prepared of the First Superseding Indictment, agreed-upon

11   summary.  And I'm going to ask the prosecutor to read to you

12   the summary of the Indictment to determine whether or not any

13   of you have any knowledge of the facts of this case.

14           MS. KUMAR:  Defendant Heon-Cheol Chi has been

15   charged in a First Superseding Indictment with six counts of

16   money laundering, namely, engaging in monetary transactions in

17   property of a value greater than $10,000, allegedly derived

18   from a specified unlawful activity, specifically Article 129 of

19   South Korea's criminal code which criminalizes bribery of

20   public officials.

21           The Indictment alleges that between at least 2003

22   until in or around 2015, defendant illegally demanded and

23   received bribes from two companies in connection with his

24   duties at various times as a principal researcher of the Korea

25   Institute of Geoscience and Mineral Resources, also known as

1  KIGAM, and as the director of KIGAM's Earthquake Research

2  Center.

3          The Indictment alleges the defendant then engaged in

4  six different monetary transactions between May 2012 and

5  November 2016 using property of a value greater than $10,000,

6  which was allegedly derived from a violation of Article 129 of

7  South Korea's criminal code.

8          The Indictment is a document that gives defendant

9  notice of the charges against him.  The Indictment is not

10  evidence.

11          Defendant Heon-Cheol Chi has pleaded not guilty to

12  all of the charged crimes, denies that he is guilty of

13  committing any of them, and he is presumed innocent.

14          THE COURT:  All right.  Let me ask any members of

15  the panel if you have any knowledge of the facts of this case.

16  If so, please raise your hand.

17          All right.  Seeing no hands raised.

18          As the prosecutor indicated, the defendant has

19  entered a plea of not guilty to the charges that are alleged in

20  the First Superseding Indictment.  And it will be the question

21  of his guilt or innocence of the charges that you'll be asked

22  to decide if you're selected as a trial juror in this case.

23          The fact that the defendant is here in court for

24  this trial or that charges have been brought against him is no

25  evidence whatsoever of the defendant's guilt.  The jurors are

1    to consider only evidence properly received in this courtroom

2    in determining the guilt or innocence of the defendant.  Until

3    and unless this is done, the presumption of innocence applies.

4            I can tell you that in every criminal case brought

5    in this country, it's the Government, the prosecution, that has

6    the burden of proving the defendant's guilt with respect to any

7    charge brought, and it must be proven beyond a reasonable

8    doubt.

9            A defendant is presumed to be innocent of the

10   charges.  The defendant is not required to prove that he is

11   innocent.  As a result, if I were to stop at this point in the

12   proceedings and ask you to vote on the guilt or innocence of

13   this defendant, you would have to vote not guilty.  This

14   illustrates the presumption of innocence, no matter the nature

15   of the crimes charged in the Indictment.

16           Now, I'm going to ask Shannon to call 12 names, and

17   those individuals will take a seat in the jury box.  As your

18   name is called, please come forward and take a seat in the jury

19   box.

20           Prospective Juror No. 1 should take the seat in the

21   top row closest to the audience, and we will fill the first six

22   seats on the top row.  Thereafter, Prospective Juror No. 7 will

23   take the seat on the bottom row closest to the -- closest to

24   the audience.

25           Please remember to bring your questionnaires that

```
 1    have been provided to you by Shannon and, more importantly,

 2    make sure that you read those questionnaires because I'm going

 3    to use those questionnaires when I conduct the individual

 4    voir dire of the jurors.

 5            When you enter the jury box, you'll also find

 6    another questionnaire, and this is a juror background

 7    information questionnaire which consists of seven questions.

 8    And what I will ask you to do is to read that questionnaire.

 9    And then when we begin the voir dire of the individual jurors,

10    I'll simply ask the juror, prospective juror, to give me the

11    information called for by the short-form questionnaire.

12            Now, before these names are called by Shannon, I

13    want to give you an instruction that is a very important

14    instruction, and that is that, from this point forward until

15    this trial is over, you're not to discuss anything about this

16    case with anyone, including your fellow jurors, members of your

17    family, people involved in the trial, or anyone else, nor are

18    you permitted to allow others to discuss the case with you.

19            If anyone approaches you and tries to talk to you

20    about the case, please let me know about it immediately by

21    giving a signed note to our courtroom deputy.

22            A juror who violates my instructions jeopardizes the

23    fairness of these proceedings which could result in a mistrial,

24    which means that we'd have to start the entire process over

25    again.
```

1          During your jury service and until I accept your

2     verdict, you may not use any electronic device, Internet,

3     Internet service, text or instant message service, blog, Web

4     site, such as Facebook, YouTube, or Twitter, to communicate to

5     anyone any information about this case or to conduct any

6     research about this case.

7          This is an extremely important instruction that I

8     will -- I will be giving to you several times during the course

9     of the trial.

10          All right.  Shannon, if you'd please call 12

11     prospective jurors.

12          THE COURTROOM DEPUTY:  Brad Kurtz, please take

13     Seat No. 1.  Hema Sood, please take Seat No. 2.  John Charles

14     Lundgren, please take Juror Seat No. 3.  Sylvia Torres, please

15     take Juror Seat No. 4.  Beatrice Mazariego, please take

16     Seat No. 5.  Dale Stone-Gross, please take Juror Seat No. 6.

17     Laura Ramirez, please take Seat No. 7.  Armando Lorenzo Smith,

18     please take Juror Seat No. 8.  William Marcelo, please take

19     Juror Seat No. 9.  Oscar Juarez, please take Juror Seat No. 10.

20     Joshua Tad Zepeda, please take Juror Seat No. 11.  Carol Ann

21     Lombardini, please take Juror Seat No. 12.

22          THE COURT:  All right.  Let me address this to the

23     panel in the audience.

24          I'm going to ask questions of prospective jurors

25     seated in the jury box, but these questions are directed to all

of the jurors in the courtroom because if any of the

prospective jurors seated in the jury box are excused, a

replacement will be called.  And I'll ask that person, without

repeating all of the prior questions, whether any of the

questions relate to the new juror.

Therefore, it's important that each of you listen

carefully to the questions that will be asked and keep in mind

any of the questions which call for an affirmative response on

your part or other explanations.

Also, it's important that you all remain in the

courtroom during the questioning of the jurors in the jury box.

We'll take a break this morning.  But until we take our break,

you're all to remain in the courtroom.  When we do take our

break, keep in mind my instruction that you're not to discuss

this case with anyone.

All right.  I'm now going to address the jurors who

have been seated in the jury box.

And the first issue that I want to discuss with you

is the ability to serve.  Although we can never be precise as

to how long the trial is going to take, we expect that the

presentation of all phases of this case, including the opening

statements, the evidence and argument, and the instructions

will last approximately four to five days, plus deliberations.

Our daily schedule will be as follows:  Every day,

except today, we'll be in session from 8:00 a.m. until

1   2:00 p.m., with two short breaks.  Today we'll meet until noon,

2   we'll have a lunch break and resume after lunch at 1:15 and

3   continue to 5:00 o'clock.

4           During your deliberations, the hours will change

5   slightly.  We'll deliberate from 8:00 to 4:00 o'clock, and

6   lunch will be provided to you in the jury room.

7           So the -- again, the hours are from each day -- from

8   tomorrow on will be from 8:00 to 2:00.  The reason I do that

9   is, over the years, the jurors have come to appreciate that

10  schedule because it allows the jurors to hopefully avoid some

11  of the ungodly traffic in getting into downtown L.A.  And also

12  leaving at 2:00, if you have to go back to work, you can go

13  back to work and, if you don't, you have the rest of the day

14  available to you.

15          So the question I have for the members of the panel

16  who are seated in the jury box is, bearing in mind the

17  importance of a trial by jury, do any of you have any reasons

18  why you feel that jury service for this period of time or

19  during those hours would pose an undue hardship for you as

20  defined in the questionnaire that was provided to you this

21  morning?  If so, please raise your hand, and I'll consider any

22  excuse that you may have.

23          All right.  Juror No. 2, let's approach sidebar.

24          (At sidebar in the presence of

25           Prospective Juror Sood:)

1          THE COURT:  This is a microphone, so try to keep

2    your voice up so the court reporter can hear you.

3          PROSPECTIVE JUROR SOOD:  I --

4          THE COURT:  I can't hear you.

5          PROSPECTIVE JUROR SOOD:  So basically I have school

6    on Monday.  So how long is this going to take?

7          THE COURT:  You have what on Monday?

8          PROSPECTIVE JUROR SOOD:  I start school on Monday.

9          THE COURT:  School?  Okay.  What school are you --

10          PROSPECTIVE JUROR SOOD:  It's at Pierce College.

11          THE COURT:  Okay.  And this case will probably go

12    through next Monday.  There's a good chance.  We're all trying

13    to work very hard to get it done this week, but it may be that

14    we'll be in session next Monday.

15          PROSPECTIVE JUROR SOOD:  Do I get, like, an excuse

16    from that or --

17          THE COURT:  I can -- if you have an excuse from the

18    Court, then you'll be excused from school?

19          PROSPECTIVE JUROR SOOD:  Because it's summer school,

20    so it lasts for five weeks.  So missing that one day, I drop

21    the whole thing.  That's why.

22          THE COURT:  Okay.  And you can't make up the -- you

23    can't make up the day?

24          PROSPECTIVE JUROR SOOD:  That's the first day of

25    summer school.  No.

```
 1                 THE COURT:  Okay.  Why don't you take -- go over
 2      there.
 3                 (At sidebar out of the presence of
 4                  Prospective Juror Sood:)
 5                 THE COURT:  Does anybody have any objection to
 6      excusing her?
 7                 MR. KOURY:  Stipulate.
 8                 MS. KUMAR:  No, Your Honor.
 9                 (At sidebar in the presence of
10                  Prospective Juror Sood:)
11                 THE COURT:  All right.  You'll be excused for this
12      trial, but you go back to the jury room and see if somebody
13      else can use your services.
14                 (At sidebar out of the presence of the jury:)
15                 THE COURT:  We might as well take the other one.
16      Might as well while we're here.
17                 (In the presence of the prospective jurors:)
18                 THE COURT:  Who is the other juror?  Who has a
19      problem?  Juror No. -- Juror No. 6, if you'll come over here,
20      please.
21                 (At sidebar in the presence of
22                  Prospective Juror Stone-Gross:)
23                 THE COURT:  Good morning.
24                 PROSPECTIVE JUROR STONE-GROSS:  Good morning.
25                 THE COURT:  This is a microphone over here.  So if
```

```
 1    you could stand closer to the microphone because the court

 2    reporter needs to take down what we're saying here.

 3              And if you can tell us your name and indicate to us

 4    what your issue is with respect to the ability to serve.

 5              PROSPECTIVE JUROR STONE-GROSS:  Okay.  My name is

 6    Dale Stone-Gross.  I live in Valencia.  I have freeway phobia.

 7    I put it on my questionnaire.  I cannot drive the freeway.

 8    Um --

 9              THE COURT:  I share your problem, but I do it every

10    day.

11              PROSPECTIVE JUROR STONE-GROSS:  Well, but I don't

12    and I can't.  And I had my husband drive me down here this

13    morning.  He says he will not do it again.  My husband drives

14    the freeway every day to L.A.  He says he will not do it again.

15              Um, I get extremely stressed when I drive the

16    freeway.  If I were forced to drive down here, by the time I

17    got here, I would be so beside myself, I wouldn't be able to

18    listen to the evidence.

19              Um --

20              THE COURT:  Is there any public transportation

21    that's available?

22              PROSPECTIVE JUROR STONE-GROSS:  I don't know.  I

23    know -- I think there's Metrolink.  I think it goes to

24    Union Station.  I would probably have to take an Uber from

25    there.  I don't really feel safe doing that.
```

```
 1              THE COURT:  Okay.  Why don't you step over to the
 2    side here.
 3              (At sidebar out of the presence of
 4               Prospective Juror Stone-Gross:)
 5              THE COURT:  I'll hear from counsel.
 6              MS. BEDNARSKI:  I would excuse her if the Court's
 7    willing to, but I wouldn't want somebody who's --
 8              THE COURT:  Yeah.  All right.
 9              MS. KUMAR:  I agree, Your Honor.
10              THE COURT:  I think she should be released.
11              All right.  I don't remember any other hands being
12    raised.  So we'll go back to -- we'll continue.
13              (In the presence of the prospective jurors:)
14              THE COURT:  All right.  Shannon, if you would please
15    call two additional jurors to take Seat Nos. 2 and 6.
16              THE COURTROOM DEPUTY:  Angelica Babudro, please take
17    Juror Seat No. 2.  Annabelle Adaro Anadeo, please take Juror
18    Seat No. 6.
19              THE COURT:  All right.  Good morning to our two new
20    members of the panel.
21              Do either of you have any issues with respect to the
22    amount of time it's going to take to try this case or the
23    Court's hours?
24              All right.  Juror No. 6 does.  All right.  Why don't
25    we approach sidebar.
```

```
1              Juror No. 2, you don't have any problems; correct?
2              PROSPECTIVE JUROR BABUDRO:  (No audible response.)
3              THE COURT:  Okay.
4              (At sidebar in the presence of
5               Prospective Juror Anadeo:)
6              THE COURT:  Very quick.  Did you run over here?
7              This is a microphone.  And if you'll keep your voice
8   up.
9              What's the issue with respect to your ability to
10  serve?
11             PROSPECTIVE JUROR ANADEO:  Number one, I -- as I
12  heard the Indictment statement --
13             THE COURT:  Uh-huh.
14             PROSPECTIVE JUROR ANADEO:  -- I just hate corruption
15  right away.
16             THE COURT:  That's a different issue.
17             PROSPECTIVE JUROR ANADEO:  Oh.  Okay.
18             THE COURT:  That's an issue as to whether or not you
19  can be a fair and impartial juror.  What I'm asking now is
20  whether or not you have any issues with respect to being able
21  to be here for the length of time the trial will take or the
22  hours.
23             PROSPECTIVE JUROR ANADEO:  Okay.  I work two jobs,
24  and I work weekends also.  I'm a nurse.  I do visit patients at
25  home.  I'm a home health nurse.  So I have a financial
```

1   obligation to my family, also, because I do have two jobs.

2          THE COURT:  Okay.  And does your employer pay for

3   your time when you're on jury service?

4          Who is your employer?

5          PROSPECTIVE JUROR ANADEO:  Providence Health and

6   Services.  They do pay, yeah.  My first job pays.  My second

7   job doesn't.

8          THE COURT:  Okay.  Well, the -- what is your second

9   job?  Do you work independently of any employer as a nurse

10  practitioner or as a nurse?

11         PROSPECTIVE JUROR ANADEO:  As a nurse.  Yeah.  We

12  get paid per visit.

13         THE COURT:  And who pays you for the services that

14  you perform on your second job?

15         PROSPECTIVE JUROR ANADEO:  The company.

16         THE COURT:  Okay.

17         PROSPECTIVE JUROR ANADEO:  But not for the jury

18  duty, no.

19         THE COURT:  That's a different company?

20         PROSPECTIVE JUROR ANADEO:  Yes.

21         THE COURT:  Okay.  Well, this case is -- is going to

22  be over in about five days.  And you're going to have to

23  demonstrate to me that it's going to be financially -- a

24  financial hardship for you to serve on the jury.  So you have

25  to explain to me why.

```
 1              PROSPECTIVE JUROR ANADEO:  Oh.  Then it will affect
 2   my income.  It would be lesser.  And I have -- it's, like, just
 3   enough set.  You know, whatever I earn for the week, it's kind
 4   of just really enough to make my obligations for my family.
 5              THE COURT:  Okay.  Why don't you step over on the
 6   side.
 7              (At sidebar out of the presence of
 8               Prospective Juror Anadeo:)
 9              MR. KOURY:  Stipulate.
10              MS. KUMAR:  No objection, Your Honor.
11              THE COURT:  All right.  Please come back.
12              (At sidebar in the presence of
13               Prospective Juror Anadeo:)
14              THE COURT:  Okay.  I'm going to -- I'm going to
15   excuse you based upon financial hardship.  And I want you to
16   report back to the jury room and explain to them that you do
17   have this financial hardship so they can make an adjustment in
18   their records.  Okay?
19              PROSPECTIVE JUROR ANADEO:  Okay.
20              THE COURT:  All right.  Have a good day.
21              (In the presence of the prospective jurors:)
22              THE COURT:  All right.  Shannon, if you'll please
23   call another juror to take Seat No. 6.
24              THE COURTROOM DEPUTY:  Kelly Elizabeth Riggs, please
25   take Juror Seat No. 6.
```

```
 1              THE COURT:  All right.  Good morning.
 2              Do you have any issues with respect to the length of
 3    trial or the hours of the trial?
 4              PROSPECTIVE JUROR RIGGS:  No.
 5              THE COURT:  All right.  Thank you very much.
 6              All right.  I am now going to begin asking the
 7    members of the panel who are seated in the jury box a number of
 8    questions.  As I indicated before, it's not my intent to pry
 9    unnecessarily into your personal lives or affairs.  These
10    questions are simply asked to discover if you have any
11    preconceived opinions that you might find difficult to lay
12    aside.
13              And again, as I indicated at the outset, if you have
14    any matter that you wish to discuss at sidebar, just let me
15    know, and we'll have a conversation at sidebar.
16              So I'm going to begin with Juror No. 1.  I'm going
17    to ask Juror No. 1 to take the microphone and provide us with
18    the background information that's called for by the short-form
19    questionnaires, 1 through -- Questions 1 through 7.
20              Good morning, sir.
21              PROSPECTIVE JUROR KURTZ:  Hi.  Brad Kurtz.  I live
22    in Westchester on the west side.  I have a bachelor's degree in
23    arts.  I have a small ad agency in Culver City.  I'm a creative
24    director/principal there.  No military service.  I'm married.
25    I live with my wife.  My wife is a homemaker.  Two children.
```

```
 1   One's 20, one is 17.  I have been called for jury service but
 2   never been seated.
 3            THE COURT:  All right.  And how long have you been
 4   self-employed?
 5            PROSPECTIVE JUROR KURTZ:  I had a -- my own --
 6   co-owned my own small agency for about 20 years now.
 7            THE COURT:  All right.  And do you have any
 8   affirmative responses to any of the questions on the -- on the
 9   longer questionnaire?
10            PROSPECTIVE JUROR KURTZ:  Um, there's -- I mean, I
11   used to -- I don't know if this is important, and I'll just put
12   it out there.  But I used to know the former U.S. Attorney for
13   California -- I mean, I used to have a -- know her family, went
14   to school with the family, so if that means anything.  That's
15   the only different response I'd have to any of those questions.
16            THE COURT:  All right.  Which former United States
17   Attorney was it?
18            PROSPECTIVE JUROR KURTZ:  Eileen Decker Jacoby.
19            THE COURT:  All right.  And did you have any
20   personal relationship with her, or is it only through your
21   family?
22            PROSPECTIVE JUROR KURTZ:  Through my family and, as
23   well, friendship.
24            THE COURT:  All right.  And is there anything about
25   that friendship that would prevent you from being fair and
```

 1    impartial in this case?

 2              PROSPECTIVE JUROR KURTZ:  I don't think so.

 3              THE COURT:  All right.  You have to be -- you have

 4    to be certain.  You can't get through the middle of the trial

 5    and say, gee, I --

 6              PROSPECTIVE JUROR KURTZ:  Understood.  I just wanted

 7    to put it out there.

 8              THE COURT:  No, I understand that.  But I need you

 9    to confirm to us that there's nothing about that relationship

10    that would prevent you from being fair and impartial in this

11    case and judging this case solely on the evidence.

12              PROSPECTIVE JUROR KURTZ:  That's true.

13              THE COURT:  All right.  Anything else?

14              PROSPECTIVE JUROR KURTZ:  No.

15              THE COURT:  All right.  If you'll pass the

16    microphone down to Juror No. -- Juror No. 2.

17              Good morning.

18              PROSPECTIVE JUROR BABUDRO:  Hi.  My name is

19    Angela Babudro.  I live in Sun Valley.  I have a bachelor's

20    degree.  I work for an ad agency.  I'm an art director.

21    Married.  No children.  And no prior jury service.

22              THE COURT:  All right.  And how long have you been

23    employed by your current employer?

24              PROSPECTIVE JUROR BABUDRO:  A little over a year.

25              THE COURT:  And prior to that, where were you

1    employed?

2              PROSPECTIVE JUROR BABUDRO:  Transamerica.

3              THE COURT:  And what did you do for Transamerica?

4              PROSPECTIVE JUROR BABUDRO:  Internal marketing.

5              THE COURT:  And how long did you work for

6    Transamerica?

7              PROSPECTIVE JUROR BABUDRO:  About three-and-a-half

8    years.

9              THE COURT:  And prior to that?

10             PROSPECTIVE JUROR BABUDRO:  Um -- um, I was at an

11   entertainment agency in Burbank.

12             THE COURT:  All right.  And is your husband

13   employed?

14             PROSPECTIVE JUROR BABUDRO:  Yes.

15             THE COURT:  And what does he do?

16             PROSPECTIVE JUROR BABUDRO:  Pre-press.

17             THE COURT:  And could you describe what that --

18             PROSPECTIVE JUROR BABUDRO:  Um -- um, he prepares

19   files for printing for the entertainment industry.

20             THE COURT:  All right.  Has he worked for a company?

21             PROSPECTIVE JUROR BABUDRO:  Yes.

22             THE COURT:  And what company does he work for?

23             PROSPECTIVE JUROR BABUDRO:  It's called Multi

24   Packaging Solutions.

25             THE COURT:  All right.  And how long has he worked

1    there?

2              PROSPECTIVE JUROR BABUDRO:  Almost 20 years.

3              THE COURT:  All right.  And I believe you indicated

4    that you have no prior jury service; is that correct?

5              PROSPECTIVE JUROR BABUDRO:  Yes.

6              THE COURT:  All right.  And with respect to the

7    longer questionnaire, do you have any affirmative responses to

8    any of the questions on that questionnaire?

9              PROSPECTIVE JUROR BABUDRO:  I do not.

10             THE COURT:  All right.  Thank you very much.  If

11   you'll pass the microphone down to Juror No. 3.

12             Good morning, sir.

13             PROSPECTIVE JUROR LUNDGREN:  Good morning.

14             John Lundgren.  Simi Valley, California.  High

15   school.  Self-employed.  Married.  No children.  No prior jury

16   service.

17             THE COURT:  All right.  And how long have you been

18   self-employed, and what is the nature of your self-employment?

19             PROSPECTIVE JUROR LUNDGREN:  Twenty-five years.

20   It's a small -- small business.  Motorcycle business.

21             THE COURT:  All right.  Sales or repairs?

22             PROSPECTIVE JUROR LUNDGREN:  Both.

23             THE COURT:  Both.  All right.

24             And does your wife work outside the home?

25             PROSPECTIVE JUROR LUNDGREN:  Yes.

```
1              THE COURT:  And what does she do?

2              PROSPECTIVE JUROR LUNDGREN:  Administrative

3  assistant.

4              THE COURT:  And for -- for what company?

5              PROSPECTIVE JUROR LUNDGREN:  Walt Disney.

6              THE COURT:  And how long has she been employed at

7  Walt Disney?

8              PROSPECTIVE JUROR LUNDGREN:  Thirty years.

9              THE COURT:  All right.  Do you have any affirmative

10  responses to any of the questions in the longer questionnaire?

11             PROSPECTIVE JUROR LUNDGREN:  No.

12             THE COURT:  All right.  Thank you very much.  If

13  you'll pass the microphone down to Juror No. 4.

14             Good morning.

15             PROSPECTIVE JUROR TORRES:  Good morning.  My name is

16  Sylvia Torres.  I live in Compton.  I went to high school only.

17  I work for a school.  And my -- and I am a teacher's aide.  I

18  am married.  And I have one son who's 34.  And, um, I never

19  served jury.

20             THE COURT:  You've never served on a jury before?

21             PROSPECTIVE JUROR TORRES:  Huh-uh.

22             THE COURT:  All right.  How long have you worked as

23  a teacher's aide?

24             PROSPECTIVE JUROR TORRES:  Uh, I've been working

25  there for -- this will be 29 years.
```

**UNITED STATES DISTRICT COURT**

```
1                 THE COURT:  Twenty-nine.  So you're getting ready to

2      retire?

3                 PROSPECTIVE JUROR TORRES:  Almost.  Yes.

4                 THE COURT:  All right.  And what school do you --

5      what school district -- Compton school district?

6                 PROSPECTIVE JUROR TORRES:  It's St. Albert the

7      Great.  It's a private school, Catholic school.

8                 THE COURT:  Okay.  And you've been with that school

9      for 29 years?

10                PROSPECTIVE JUROR TORRES:  Yes.

11                THE COURT:  All right.  And does your -- is your

12     husband employed?

13                PROSPECTIVE JUROR TORRES:  Yes.

14                THE COURT:  And what does he do?

15                PROSPECTIVE JUROR TORRES:  He's -- he's, um, a

16     construction worker.

17                THE COURT:  All right.  And does he work for a

18     company, or does he --

19                PROSPECTIVE JUROR TORRES:  Yeah.

20                THE COURT:  Is he self-employed?

21                PROSPECTIVE JUROR TORRES:  No.  He works for Bradco.

22                THE COURT:  And what kind of construction work does

23     he do?

24                PROSPECTIVE JUROR TORRES:  Um, he basically does

25     kitchens, remodeling bathrooms.
```

```
 1                THE COURT:  All right.

 2                PROSPECTIVE JUROR TORRES:  Kitchens.

 3                THE COURT:  Does your son live with you?

 4                PROSPECTIVE JUROR TORRES:  Yes.

 5                THE COURT:  And is he employed?

 6                PROSPECTIVE JUROR TORRES:  Yes.

 7                THE COURT:  What does he do?

 8                PROSPECTIVE JUROR TORRES:  He works for UPS.

 9                THE COURT:  All right.  And the longer

10   questionnaire, do you have any affirmative responses to any of

11   the questions in the longer questionnaire?

12                PROSPECTIVE JUROR TORRES:  Um -- um, No. 4.

13                THE COURT:  All right.  And --

14                PROSPECTIVE JUROR TORRES:  But --

15                THE COURT:  You want to discuss it at sidebar?

16                PROSPECTIVE JUROR TORRES:  Yeah.  Please.

17                THE COURT:  Sure.

18                (At sidebar in the presence of

19                 Prospective Juror Torres:)

20                THE COURT:  This is a microphone so the court

21   reporter can take down what you say.  So you have to try to

22   speak into the microphone.  Okay?

23                PROSPECTIVE JUROR TORRES:  Okay.

24                THE COURT:  All right.

25                PROSPECTIVE JUROR TORRES:  Okay.  So No. 4, I don't
```

UNITED STATES DISTRICT COURT

```
 1    know if that applies to me, but, um, I am now a victim of
 2    identity theft.
 3               THE COURT:  Okay.
 4               PROSPECTIVE JUROR TORRES:  So I don't know if that
 5    applies to me.  So right now, I'm really going through some
 6    stuff, emotional and -- you know, I don't know.  I just don't
 7    know what's going on with me.  So --
 8               THE COURT:  How recent was this identity theft?
 9    When did you discover it?
10               PROSPECTIVE JUROR TORRES:  A week ago.
11               THE COURT:  A week ago?
12               PROSPECTIVE JUROR TORRES:  Yeah.  Because I just
13    went to go through all kinds of stuff.  I'm starting to notify
14    everybody.  And now I did a police report, and I also -- now
15    I'm going to go to the SSI and see if I can get my social
16    security changed.
17               THE COURT:  No, I --
18               PROSPECTIVE JUROR TORRES:  Because --
19               THE COURT:  -- I understand.  My wife was a victim
20    of identity theft.
21               PROSPECTIVE JUROR TORRES:  Jesus, it's not funny at
22    all.
23               THE COURT:  No, it's not.  It's not.
24               PROSPECTIVE JUROR TORRES:  We tried to do some good,
25    and this is what I get.
```

1          THE COURT:  All right.  The question -- and I'm

2    sorry you're experiencing this.  And I know what you're

3    experiencing, and it's a colossal mess trying to --

4          PROSPECTIVE JUROR TORRES:  It sure is.

5          THE COURT:  -- correct this.

6          But can you put that aside and sit as a fair and

7    impartial juror in this case and decide this case solely on the

8    evidence presented?

9          PROSPECTIVE JUROR TORRES:  Right now, I don't think

10   so.

11         THE COURT:  And why not?

12         PROSPECTIVE JUROR TORRES:  Because, you see, I'm

13   nervous.  I --

14         THE COURT:  Well, I know you're nervous.

15   Everybody's nervous.  But the question is -- and I realize what

16   you're going through, the emotions that you're going through,

17   but this case has nothing to do with identity theft.

18         PROSPECTIVE JUROR TORRES:  Okay.

19         THE COURT:  And there's going to be evidence that's

20   going to be produced during the course of the trial.  You're

21   going to sit, listen to the evidence, and you're going to make

22   a determination as to that evidence based upon the instructions

23   that I give you.

24         PROSPECTIVE JUROR TORRES:  Okay.

25         THE COURT:  So can you do that?

```
 1                  PROSPECTIVE JUROR TORRES:  I'll try.
 2                  THE COURT:  Well, you've got to tell all these
 3       lawyers that you can do that and you'll give their clients a
 4       fair trial.  You can do that?
 5                  PROSPECTIVE JUROR TORRES:  Yes.
 6                  THE COURT:  Okay.  Thank you.
 7                  PROSPECTIVE JUROR TORRES:  So go back and sit down?
 8                  THE COURT:  Go back and sit down.
 9                  (In the presence of the prospective jurors:)
10                  THE COURT:  All right.  We're now to Juror No. 5.
11       Do you have the microphone?  You do.  Thank you.
12                  Good morning.
13                  PROSPECTIVE JUROR MAZARIEGO:  Good morning.
14                  My name is Beatrice Mazariego.  And I live in
15       Lancaster, California.  High school diploma with an interior
16       designer degree and P&C license, which is fire and casualty.  I
17       work for Shaffer Insurance Services.  I'm a commercial
18       underwriter.  No military service.  I'm engaged, live with my
19       fiance.  My fiance works for Northrop Grumman.  He's an
20       engineer.  I have two children.  My oldest is a 15-year-old
21       girl and my boy is a 12-year-old.  I never served on a jury.
22                  THE COURT:  Okay.  Thank you very much for that
23       information.
24                  And how long have you been employed by -- I believe
25       you said Shaffer Insurance?
```

1          PROSPECTIVE JUROR MAZARIEGO:  Yes, sir.  Three

2    years.

3          THE COURT:  Three years.  And prior to that?

4          PROSPECTIVE JUROR MAZARIEGO:  I worked for Best Buy

5    Auto Insurance and, prior to that, with Freeway Insurance for

6    12 years.

7          THE COURT:  All right.  And could you describe the

8    general natures -- nature of your duties and responsibilities

9    at Shaffer Insurance?

10          PROSPECTIVE JUROR MAZARIEGO:  Commercial

11    underwriter.  I have to check the commercial policies for

12    truckers, businesses, make sure that everything is correct on

13    the application before it goes out to the carrier.

14          THE COURT:  All right.  And you -- I believe you

15    indicated that your fiance is an engineer with Northrop.  How

16    long has he been with Northrop?

17          PROSPECTIVE JUROR MAZARIEGO:  Approximately seven

18    years.

19          THE COURT:  And before that, what did he do?

20          PROSPECTIVE JUROR MAZARIEGO:  He served the country

21    in the Navy for 26 years.

22          THE COURT:  All right.  And do you have any

23    affirmative responses to any of the questions on the longer

24    questionnaire?

25          PROSPECTIVE JUROR MAZARIEGO:  I actually would like

```
 1   to discuss No. 4.
 2              THE COURT:  Okay.  You want to do that at sidebar?
 3              PROSPECTIVE JUROR MAZARIEGO:  Yes, sir.
 4              THE COURT:  All right.
 5              (At sidebar in the presence of
 6               Prospective Juror Mazariego:)
 7              THE COURT:  All right.  This is a microphone, so try
 8   to speak into the microphone.  Okay?
 9              PROSPECTIVE JUROR MAZARIEGO:  Okay.
10              THE COURT:  All right.  So tell us about No. 4.
11              PROSPECTIVE JUROR MAZARIEGO:  My daughter was not
12   sexually abused, but she was touched by my brother-in-law about
13   four years ago.  So he's in prison.
14              THE COURT:  And was there a prosecution as a result
15   of that event?  Was there a trial?
16              PROSPECTIVE JUROR MAZARIEGO:  Yes, sir.
17              THE COURT:  Okay.  And did you testify during the
18   course of the trial?
19              PROSPECTIVE JUROR MAZARIEGO:  I didn't.
20              THE COURT:  Okay.
21              PROSPECTIVE JUROR MAZARIEGO:  My daughter did and my
22   dad.  He was a witness.
23              THE COURT:  All right.  I'm sorry to hear about
24   that.
25              Is there anything about that event that would
```

```
 1    prevent you from being fair and impartial in this case?

 2              PROSPECTIVE JUROR MAZARIEGO:  No, sir.

 3              THE COURT:  Okay.  All right.  Thank you very much.

 4              (In the presence of the prospective jurors:)

 5              THE COURT:  All right.  And the microphone is now

 6    with Juror No. 6.

 7              Good morning.

 8              PROSPECTIVE JUROR RIGGS:  Good morning.

 9              My name is Kelly Elizabeth Riggs.  I live in

10    West L.A.  I hold a master's degree in education.  I work for

11    Aspire Public Schools as a teacher.  Single.  No prior jury

12    service.

13              THE COURT:  All right.  And how long have you

14    worked -- what school district did you say?

15              PROSPECTIVE JUROR RIGGS:  I work for Aspire Public

16    Schools.  It's a charter group.

17              THE COURT:  Oh.  It's charter.

18              All right.  And how long have you worked there?

19              PROSPECTIVE JUROR RIGGS:  Three years.

20              THE COURT:  And prior to that, where did you work?

21              PROSPECTIVE JUROR RIGGS:  Los Feliz Charter School

22    for the Arts.

23              THE COURT:  All right.  So you've been in education

24    all your professional career?

25              PROSPECTIVE JUROR RIGGS:  Correct.
```

**UNITED STATES DISTRICT COURT**

 1          THE COURT:  All right.  Do you have any affirmative

 2    responses to any of the questions on the longer questionnaire?

 3          PROSPECTIVE JUROR RIGGS:  For No. 4, I once had a

 4    check stolen from the mail, a rent check, washed and cashed.

 5          THE COURT:  All right.  Is there anything about that

 6    event that would prevent you from being fair and impartial in

 7    this case?

 8          PROSPECTIVE JUROR RIGGS:  No.

 9          THE COURT:  All right.  Anything else?

10          PROSPECTIVE JUROR RIGGS:  No.

11          THE COURT:  All right.  Thank you very much.  We'll

12    pass the microphone down to Juror No. 7.

13          Good morning.

14          PROSPECTIVE JUROR RAMIREZ:  Good morning.

15          My name is Laura Ramirez --

16          THE COURT:  If you could hold the microphone -- we

17    have a defective sound system in this courtroom.  As many of

18    you probably know, we've been -- this is a new courthouse.  And

19    unfortunately, the sound system is defective and it hasn't been

20    replaced.

21          So we have to make sure that everybody hears.  So if

22    you can speak directly into the microphone, I'd appreciate it.

23          PROSPECTIVE JUROR RAMIREZ:  Okay.

24          THE COURT:  All right.  Thank you.

25          PROSPECTIVE JUROR RAMIREZ:  So my name is

```
 1    Laura Ramirez.  And I'm from Pomona.  And I recently got my
 2    associate's degree in child development.  And I work also for
 3    Mt. SAC college in the, um -- in the child development center
 4    as an assistant teacher for about, um, three and four months --
 5    three years and four months.  And I'm married.  My husband, he
 6    works in -- he's a roofer for 20-plus years.  He works for the
 7    company Certified Roofers Application.  And I have two
 8    children.  One's 14, and the other one's 11.  And I've never
 9    done jury duty before.
10              THE COURT:  All right.  When you say "Mt. SAC,"
11    that's Mt. San Antonio --
12              PROSPECTIVE JUROR RAMIREZ:  San Antonio College.
13              THE COURT:  San Antonio College.
14              PROSPECTIVE JUROR RAMIREZ:  Yeah, in Walnut.
15              THE COURT:  And you've been there for three years, a
16    little over three years?
17              PROSPECTIVE JUROR RAMIREZ:  Correct.
18              THE COURT:  Prior to that, where were you employed?
19              PROSPECTIVE JUROR RAMIREZ:  I run my own family
20    child care from my own home for about eight years.
21              THE COURT:  Okay.  And with respect to the longer
22    questionnaire, do you have any affirmative responses to any of
23    the questions?
24              PROSPECTIVE JUROR RAMIREZ:  No, sir.
25              THE COURT:  All right.  Thank you very much.  If
```

**UNITED STATES DISTRICT COURT**

```
 1   you'd pass the microphone down to Juror No. 8.
 2              Good morning.
 3              PROSPECTIVE JUROR SMITH:  Good morning.
 4              Name, Armando Smith.  I live in Arcadia.  I have a
 5   high school education.  I work for Arcadia Parks and
 6   Recreation.  I am a recreation activity leader.  I have no
 7   military service.  I'm single.  I live with my parents.  My
 8   father is an L.A. fireman, and my mom does not work.  I have no
 9   children.  I have no prior jury service.
10              THE COURT:  All right.  How long has your dad been a
11   fireman?
12              PROSPECTIVE JUROR SMITH:  Thirty-six years.
13              THE COURT:  Must be pretty busy nowadays.
14              PROSPECTIVE JUROR SMITH:  Not as much.
15              THE COURT:  All right.  Do you have any affirmative
16   responses to any of the questions on the longer questionnaire?
17              PROSPECTIVE JUROR SMITH:  Number 4, I've been mugged
18   twice.
19              THE COURT:  All right.  And is there anything about
20   either of those experiences which would prevent you from being
21   fair and impartial in this case?
22              PROSPECTIVE JUROR SMITH:  No.
23              THE COURT:  Okay.  All right.  If you'd pass the
24   microphone down to Juror No. 9, please.
25              Good morning.
```

```
 1              PROSPECTIVE JUROR MARCELO:  Good morning.
 2              My name is William Marcelo.  I live in Whittier.  I
 3     have a high school diploma.  I'm employed by Local 300, and I'm
 4     a bobcat operator.  I served four years in the Navy.  I live
 5     with my girlfriend.  She -- she works in the County of Orange
 6     doing Obamacare applications or something like that.  I've
 7     never served -- I don't have any kids.  No jury service.  And I
 8     have been arrested.
 9              THE COURT:  All right.  Why don't we -- that's in
10     response to the longer questionnaire.
11              PROSPECTIVE JUROR MARCELO:  Yeah.
12              THE COURT:  All right.  Do you want to discuss that
13     at sidebar?
14              PROSPECTIVE JUROR MARCELO:  Yeah.
15              THE COURT:  Okay.
16              (At sidebar in the presence of
17               Prospective Juror Marcelo:)
18              PROSPECTIVE JUROR MARCELO:  Hello.
19              So I've been arrested for --
20              THE COURT:  Wait.  This is a microphone that we need
21     to speak into.  Okay?
22              PROSPECTIVE JUROR MARCELO:  Okay.  I've been
23     arrested for DUI.
24              THE COURT:  Uh-huh.
25              PROSPECTIVE JUROR MARCELO:  Brandishing a deadly
```

1    weapon, public intoxication, and controlled substance.

2              THE COURT:  All at one time?

3              PROSPECTIVE JUROR MARCELO:  No, no.

4              THE COURT:  Okay.

5              PROSPECTIVE JUROR MARCELO:  I think the longest --

6    the controlled substance was the first one, and that's over and

7    done with.

8              THE COURT:  All right.

9              PROSPECTIVE JUROR MARCELO:  And then the most recent

10   one was, I think, the DUI.

11             THE COURT:  None of them were felonies; right?

12             PROSPECTIVE JUROR MARCELO:  I think the controlled

13   substance was a felony and the DUI.

14             THE COURT:  And has the felony been expunged?

15             PROSPECTIVE JUROR MARCELO:  It hasn't been expunged

16   yet, but I've put the paperwork in for it already.

17             THE COURT:  Okay.  How long ago was that?

18             PROSPECTIVE JUROR MARCELO:  The paperwork, how long

19   has it been?

20             THE COURT:  The convictions.

21             PROSPECTIVE JUROR MARCELO:  Probably, like, 2002.

22             THE COURT:  Why don't you give the years of the

23   various convictions.  Start with the controlled substance.

24             PROSPECTIVE JUROR MARCELO:  That was 2002.  And then

25   I think brandishing a deadly weapon might have been 2004.  And

1    then --

2              THE COURT:  You were convicted of that also?

3              PROSPECTIVE JUROR MARCELO:  Yeah.

4              THE COURT:  Okay.

5              PROSPECTIVE JUROR MARCELO:  And then DUI was 2013.

6              THE COURT:  And you were convicted of that, or did

7    you plead guilty?

8              PROSPECTIVE JUROR MARCELO:  Yeah.  I pleaded guilty,

9    and they gave me, you know, the program and all of that.

10             THE COURT:  Okay.

11             PROSPECTIVE JUROR MARCELO:  And then the public

12   intoxication was, I think, 2012.

13             THE COURT:  2012.

14             PROSPECTIVE JUROR MARCELO:  Yeah.

15             THE COURT:  And did you go to trial, or did you --

16             PROSPECTIVE JUROR MARCELO:  I just pled guilty.

17             THE COURT:  Okay.  On the other two, did you plead

18   guilty or did you go to trial?

19             PROSPECTIVE JUROR MARCELO:  I pled guilty on all of

20   them.

21             THE COURT:  Okay.  Did you serve any time in jail?

22             PROSPECTIVE JUROR MARCELO:  For the controlled

23   substance, they gave me prop and all that.

24             THE COURT:  I don't --

25             PROSPECTIVE JUROR MARCELO:  Prop 36.

53

```
 1                THE COURT:  What is that?
 2                PROSPECTIVE JUROR MARCELO:  It's, like, a class.
 3                THE COURT:  Oh.  It was a class.  So you didn't do
 4     any time in custody?
 5                PROSPECTIVE JUROR MARCELO:  No.
 6                THE COURT:  Okay.
 7                PROSPECTIVE JUROR MARCELO:  And then for the DUI, I
 8     didn't do any time, just, I guess, an overnighter.
 9                THE COURT:  Okay.
10                PROSPECTIVE JUROR MARCELO:  And for the brandishing,
11     I did do some time.  I did, like, I think a month before
12     they -- I pled guilty.
13                THE COURT:  You were in pretrial custody?
14                PROSPECTIVE JUROR MARCELO:  Yeah.
15                THE COURT:  Okay.  All right.  Is there anything
16     about those events that would prevent you from being fair and
17     impartial in this case?
18                PROSPECTIVE JUROR MARCELO:  No.
19                THE COURT:  You could judge this case fairly on the
20     evidence that's presented and follow my instructions?
21                PROSPECTIVE JUROR MARCELO:  Yeah.
22                THE COURT:  Okay.
23                PROSPECTIVE JUROR MARCELO:  All right.
24                THE COURT:  Anything else?
25                PROSPECTIVE JUROR MARCELO:  No.  That's it.
```

1            THE COURT:  All right.  Any counsel have any

2    follow-up?

3            MR. KOURY:  Did you complete the Proposition 36

4    program?

5            PROSPECTIVE JUROR MARCELO:  Yeah.

6            MR. KOURY:  Thank you.

7            THE COURT:  Okay.  All right.  Thanks.

8            (In the presence of the prospective jurors:)

9            THE COURT:  All right.  Let's pass the microphone

10   down to Juror No. 10, please.

11           PROSPECTIVE JUROR JUAREZ:  My name is Oscar Juarez.

12   I'm from Oxnard.  I have a high school diploma.  I work for

13   Westcor.  I'm an assistant operator on a four color rotary

14   die-cut.  No military service.  I'm single.  I live with my

15   parents.  My mom works for a doctor's office.  She's a

16   secretary.  My dad's a truck driver.  And I've never been on

17   jury duty.

18           THE COURT:  All right.  And how long have you worked

19   for your current employer?

20           PROSPECTIVE JUROR JUAREZ:  I've been with them

21   since -- for two years.

22           THE COURT:  And could you describe for us the

23   general nature of your duties and responsibilities at work?

24           PROSPECTIVE JUROR JUAREZ:  We run a machine that

25   makes boxes for produce fields.

```
 1                 THE COURT:  Okay.  And what's your role in that?
 2                 PROSPECTIVE JUROR JUAREZ:  Operate the machine, make
 3       sure everything runs good.
 4                 THE COURT:  Okay.  And prior to that, where were you
 5       employed?
 6                 PROSPECTIVE JUROR JUAREZ:  I was at a -- a company
 7       that made boxes as well but -- until they closed down.
 8                 THE COURT:  All right.  And how long were you with
 9       that company?
10                 PROSPECTIVE JUROR JUAREZ:  I was with them for a
11       year and a half.
12                 THE COURT:  And prior to that, where did you work?
13                 PROSPECTIVE JUROR JUAREZ:  Prior to that, I was
14       barely graduating.
15                 THE COURT:  Okay.  All right.  And do you have any
16       affirmative responses to any of the questions on the longer
17       questionnaire?
18                 PROSPECTIVE JUROR JUAREZ:  Yeah.  If we could meet
19       at the sidebar, please.
20                 THE COURT:  Sure.  Which numbers, though?  Tell me
21       which numbers.
22                 PROSPECTIVE JUROR JUAREZ:  1 and 2.
23                 THE COURT:  Okay.
24                 (At sidebar in the presence of
25                  Prospective Juror Juarez:)
```

1          THE COURT:  You have to wait until everybody gets

2     here.

3          And this is a microphone.  Try to speak into the

4     microphone.  Okay?

5          PROSPECTIVE JUROR JUAREZ:  All right.

6          THE COURT:  All right.  You can take it in any order

7     you want.

8          PROSPECTIVE JUROR JUAREZ:  Basically my family was

9     investigated for a hit-and-run collision because we had a car

10    that fit the description of the car that was in the -- being in

11    the -- yeah, they investigated my whole family, me, searched

12    the whole house.  So due to that, I have strong negative

13    feelings for the criminal justice system.

14         THE COURT:  Okay.  And which agency conducted the

15    search of your -- of your parents' home?

16         PROSPECTIVE JUROR JUAREZ:  I think it was Oxnard

17    Police Department.

18         THE COURT:  Okay.  And how long ago was that?

19         PROSPECTIVE JUROR JUAREZ:  About two years.

20         THE COURT:  All right.  And was there any charge or

21    anything brought --

22         PROSPECTIVE JUROR JUAREZ:  No.

23         THE COURT:  -- as a result of that?

24         PROSPECTIVE JUROR JUAREZ:  No charges.

25         THE COURT:  Because your family wasn't involved.

```
 1              PROSPECTIVE JUROR JUAREZ:  No.

 2              THE COURT:  So it was a mistake on the part of the

 3   officers.

 4              PROSPECTIVE JUROR JUAREZ:  Yeah.

 5              THE COURT:  You say you have a negative experience.

 6   Were you mistreated?

 7              PROSPECTIVE JUROR JUAREZ:  Yeah.  I was mistreated.

 8              THE COURT:  How were you mistreated by the officers?

 9              PROSPECTIVE JUROR JUAREZ:  They took my phone.  They

10   lied to me to make me give them the code and said I would get

11   it back within, like, a couple of weeks.  I never got it back.

12              THE COURT:  Okay.

13              PROSPECTIVE JUROR JUAREZ:  I just got an iPhone 6

14   too, so --

15              THE COURT:  All right.  Well, this case, obviously,

16   is not involved with the Oxnard Police Department.  I assume

17   that your negative feelings is directed to the Oxnard Police

18   Department.

19              PROSPECTIVE JUROR JUAREZ:  Correct.

20              THE COURT:  This case is a federal case.  It has an

21   FBI agent who's going to testify and has nothing to do with the

22   local law enforcement.

23              PROSPECTIVE JUROR JUAREZ:  Okay.

24              THE COURT:  So my question for you is, given the

25   circumstances of this case, that we're just dealing with the
```

1    federal crime, with federal law enforcement officers who you

2    have no reason to have any --

3              PROSPECTIVE JUROR JUAREZ:  Yeah.  Problems with.

4              THE COURT:  -- problems with, can you be fair and

5    impartial in this case?

6              PROSPECTIVE JUROR JUAREZ:  Yes.

7              THE COURT:  Okay.  All right.  Thank you very much.

8              (In the presence of the prospective jurors:)

9              THE COURT:  All right.  Pass the microphone down to

10   Juror No. 11.

11             Good morning, sir.

12             PROSPECTIVE JUROR ZEPEDA:  Good morning.

13             My name is Josh Zepeda.  I live in Santa Maria,

14   California.  I have a high school education.  I'm employed by a

15   company called Atlas Copco Mafi-Trench.  I'm a CAD drafter for

16   them in their engineering department.  I'm married.  My wife is

17   in human resources for a small contract company on Vandenberg

18   Air Force Base.  I have no children.  And I have served on jury

19   duty once.

20             THE COURT:  All right.  And how long did you serve

21   on the jury?

22             PROSPECTIVE JUROR ZEPEDA:  2006.

23             THE COURT:  And without telling us the result or --

24   of the jury's decision -- first of all, was it a civil or

25   criminal case?

```
 1              PROSPECTIVE JUROR ZEPEDA:  I'd probably say
 2    criminal.  It was a DUI.
 3              THE COURT:  It was a DUI.
 4              Did the jury reach a verdict in that case?
 5              PROSPECTIVE JUROR ZEPEDA:  No.
 6              THE COURT:  Okay.  And how long have you been
 7    employed by your current employer?
 8              PROSPECTIVE JUROR ZEPEDA:  Ten years.
 9              THE COURT:  And could you tell us -- I missed the
10    name of the company.
11              PROSPECTIVE JUROR ZEPEDA:  Atlas Copco Mafi-Trench.
12              THE COURT:  That's a mouthful.
13              PROSPECTIVE JUROR ZEPEDA:  Yes.
14              THE COURT:  What are your duties and
15    responsibilities at work?
16              PROSPECTIVE JUROR ZEPEDA:  I work in their drafting
17    department.  I'm a checker.  I check everyone's work.
18              THE COURT:  And drafting of --
19              PROSPECTIVE JUROR ZEPEDA:  Of rotating assembly
20    parts.  We build turbo expanders.
21              THE COURT:  How long have you been with the company?
22    Ten years?
23              PROSPECTIVE JUROR ZEPEDA:  Ten years.
24              THE COURT:  And where did you work prior to that?
25              PROSPECTIVE JUROR ZEPEDA:  Prior to that, I was a
```

```
 1   hair stylist.
 2              THE COURT:  Okay.  And the drafting service that you
 3   provide the company, that takes a special training or degree?
 4              PROSPECTIVE JUROR ZEPEDA:  It was a two-year, like,
 5   training kind of course, a certificate program.
 6              THE COURT:  And what -- where did you attend that
 7   course?
 8              PROSPECTIVE JUROR ZEPEDA:  Allan Hancock College.
 9              THE COURT:  All right.  And how long ago was that?
10              PROSPECTIVE JUROR ZEPEDA:  2006.
11              THE COURT:  All right.  And do you have any
12   affirmative responses to any of the questions on the longer
13   questionnaire?
14              PROSPECTIVE JUROR ZEPEDA:  No, but I have a question
15   about the hardship question, No. 3.
16              THE COURT:  You're looking at the same questionnaire
17   that -- Question No. 3 on the longer questionnaire?
18              PROSPECTIVE JUROR ZEPEDA:  Yeah.  On the first --
19              THE COURT:  Oh.  You're talking about the
20   instructions.
21              PROSPECTIVE JUROR ZEPEDA:  Yeah.
22              THE COURT:  Yes.  Okay.  You want to discuss that
23   at -- that's simply for your informational purposes.  It's
24   really not -- it's really not designed to be a question.
25              PROSPECTIVE JUROR ZEPEDA:  Oh.  Because I forgot to
```

```
 1   raise my hand when it was -- for the hardship or if I could --
 2              THE COURT:  Oh.  Okay.  Why don't you -- why don't
 3   we go over to sidebar, then.
 4              (At sidebar in the presence of
 5               Prospective Juror Zepeda:)
 6         PROSPECTIVE JUROR ZEPEDA:  Sorry about that.
 7              THE COURT:  That's all right.  We have to wait until
 8   they all arrive.
 9         PROSPECTIVE JUROR ZEPEDA:  Okay.
10              THE COURT:  Okay.  So I take it that what you're
11   indicating now is that, when I asked if it would be a hardship
12   for you to serve, you didn't raise your hand.
13         PROSPECTIVE JUROR ZEPEDA:  Because I didn't think
14   about it at the time because I was going to be okay with it.
15   But what happened is I had my gall bladder removed in November.
16   And ever since then, I can't really, like -- I -- like, right
17   now I'm not really eating food because when I do eat food, it's
18   like a 50/50 if I have to run to the restroom.  It's like a
19   science project, everything I have to eat.  So I don't know if
20   I'd have to, like, leave at any time in the middle of stuff.
21   So --
22              THE COURT:  Well, we certainly can accommodate that.
23   I mean, we do -- we do take breaks.  We all -- maybe not have
24   the same degree of urgency or necessity.  But certainly during
25   the course of the trial, if there's something that -- if there
```

```
 1   was -- if you feel it necessary to take a recess, we can
 2   certainly accommodate that.
 3             PROSPECTIVE JUROR ZEPEDA:  That's fine.  I just
 4   wanted to let you know --
 5             THE COURT:  No, I appreciate that.  Okay.
 6             PROSPECTIVE JUROR ZEPEDA:  -- thinking I didn't want
 7   to be two days in and everyone's, like, what's wrong with this
 8   guy?
 9             THE COURT:  All right.  Is it okay with you?
10             PROSPECTIVE JUROR ZEPEDA:  If it's okay with you
11   guys.
12             THE COURT:  Okay.
13             PROSPECTIVE JUROR ZEPEDA:  And that's it.  I just go
14   back?
15             THE COURT:  Yes.
16             (In the presence of the prospective jurors:)
17             THE COURT:  All right.  And if you'll pass the
18   microphone down, please, to Juror No. 12.
19             Good morning.
20             PROSPECTIVE JUROR LOMBARDINI:  Good morning.
21             My name is Carol Lombardini.  I live in
22   Pacific Palisades.  I have a J.D.  I work for the Alliance of
23   Motion Picture and Television Producers.  I'm an attorney.  Uh,
24   I have no military service.  I am married, uh, and live with my
25   husband, who is also an attorney.  We have two children, age 29
```

```
 1   and age 27.  And I have previously served on a criminal jury,
 2   which did not reach a verdict.
 3              THE COURT:  All right.  How long ago did you serve
 4   on that jury?
 5              PROSPECTIVE JUROR LOMBARDINI:  A long time ago.
 6              THE COURT:  Do you remember the nature of the
 7   charge?
 8              PROSPECTIVE JUROR LOMBARDINI:  Yes.
 9              THE COURT:  What was the nature of the charge?
10              PROSPECTIVE JUROR LOMBARDINI:  It was a DUI.
11              THE COURT:  All right.  And could you describe for
12   us the nature of your -- of your -- of the law practice?
13              PROSPECTIVE JUROR LOMBARDINI:  Yes.  I'm a -- I've
14   worked for Trade Association which negotiates collecting
15   bargaining agreements for the motion picture industry, and I am
16   the chief negotiator.
17              THE COURT:  And how long have you been doing that?
18              PROSPECTIVE JUROR LOMBARDINI:  Thirty-five years.
19              THE COURT:  All right.  And your husband is also an
20   attorney.  What area of law does he practice?
21              PROSPECTIVE JUROR LOMBARDINI:  He's also a labor
22   lawyer.
23              THE COURT:  And does he work for a firm or --
24              PROSPECTIVE JUROR LOMBARDINI:  Yes.
25              THE COURT:  And what's the name of the firm?
```

1          PROSPECTIVE JUROR LOMBARDINI:  Mitchell,

2    Silberberg & Knupp.

3          THE COURT:  All right.  And how long has he been

4    with the firm?

5          PROSPECTIVE JUROR LOMBARDINI:  Ever since he

6    graduated from law school in 1977.  So whatever that is,

7    40 years.

8          THE COURT:  All right.  And both getting ready to

9    retire?

10          PROSPECTIVE JUROR LOMBARDINI:  He is.

11          THE COURT:  All right.  Other than the obvious

12    question on the long-form questionnaire, do you have any other

13    affirmative responses?

14          PROSPECTIVE JUROR LOMBARDINI:  Just to No. 4.  I

15    have been the victim of theft.

16          THE COURT:  All right.  And is there anything about

17    that event that would prevent you from being fair and impartial

18    in this case?

19          PROSPECTIVE JUROR LOMBARDINI:  No.

20          THE COURT:  All right.  Thank you very much.

21          Let me see counsel at sidebar.

22          (At sidebar out of the presence

23           of the prospective jurors:)

24          THE COURT:  All right.  I think we have an excellent

25    panel.  I don't expect any peremptory challenges out of this

```
 1   panel.
 2           But before we get to that, do you have any
 3   challenges for cause?
 4           MS. KUMAR:  Yes.  Your Honor, we would challenge for
 5   cause No. 10, Mr. Juarez, who specifically stated that he had
 6   negative feelings towards law enforcement.  And while the Court
 7   did clarify that --
 8           THE COURT:  Not only did I clarify, I totally
 9   rehabilitated him.  So your request is denied.
10           MS. KUMAR:  Very well, Your Honor.
11           THE COURT:  All right.  So now we're going to begin
12   with the exercise of the peremptory challenges.  Are we going
13   to have any?
14           MS. BEDNARSKI:  I thought --
15           THE REPORTER:  I'm sorry, counsel, I can't hear you.
16           MS. BEDNARSKI:  I thought you were going to ask them
17   questions about the issues that counsel raised, like, about
18   feelings about --
19           THE COURT:  I've covered everything I'm going to
20   cover.
21           MS. BEDNARSKI:  All right.  Can I have a minute with
22   Mr. Koury?
23           THE COURT:  Sure.  I mean, we're going to exercise
24   peremptory challenges, we exercise them in open court with the
25   challenges at sidebar.  The Government goes first.
```

 1            MS. KUMAR:  Your Honor, the Government would ask the

 2    Court to thank and excuse Juror No. 10.

 3            THE COURT:  Okay.  I mean, you can do it in open

 4    court.

 5            MS. KUMAR:  Okay.

 6            THE COURT:  Okay.  Then we'll go to the defense.

 7            MR. KOURY:  Okay.

 8            (In the presence of the prospective jurors:)

 9            THE COURT:  All right.  Ladies and gentlemen, the

10    lawyers are now going to exercise what we call peremptory

11    challenges.  And each side is entitled to a certain number of

12    peremptory challenges to prospective jurors seated in the jury

13    box.

14            A peremptory challenge allows counsel to remove a

15    prospective juror that counsel believes should not sit as a

16    juror in this case.  A peremptory challenge is one for which no

17    cause or reason need be given.

18            So we're going to begin the process of the exercise

19    of peremptory challenges.  The Government has the first

20    peremptory challenge.

21            MS. KUMAR:  Your Honor, the Government would request

22    that the Court thank and excuse Juror No. 10.

23            THE COURT:  All right.  Let's call another juror to

24    take Seat No. 10.

25            Would you leave your questionnaire -- just leave it

1    on the --

2              PROSPECTIVE JUROR JUAREZ:  On the chair?

3              THE COURT:  Put it right here on the court

4    reporter's -- leave that one on the seat, and give the other

5    one to the courtroom deputy.

6              All right.  Shannon, let's call a juror to take Seat

7    No. 10.

8              THE COURTROOM DEPUTY:  Joseph Andrew Doyle, please

9    take Seat No. 10.

10             THE COURT:  Good morning, sir.

11             I realize you haven't seen the short questionnaire

12   that's on the bench.  So if you'd take a look at it and provide

13   us with your responses, please.

14             PROSPECTIVE JUROR DOYLE:  My name is Joseph Doyle.

15   I live in the Palmdale area.  I have a high school education.

16   My employer is Anheuser Busch.  I work as a machinist.  I've

17   worked there for 30 years.  I was in the military for three

18   years.  I was a helicopter pilot.  I'm married.  I have eight

19   children.

20             You want me to go through the ages?

21             THE COURT:  No.  That's okay.  I have to ask you

22   their birthdays, which I'm sure you're --

23             PROSPECTIVE JUROR DOYLE:  Yeah, just give me the --

24   no prior jury service.

25             THE COURT:  The question with respect to the

 1   children, however, is:  Do any of those children live at home

 2   with you?

 3              PROSPECTIVE JUROR DOYLE:  Yes.  My youngest son

 4   lives at home with me.

 5              THE COURT:  And how old is he?

 6              PROSPECTIVE JUROR DOYLE:  27.

 7              THE COURT:  And is he employed?

 8              PROSPECTIVE JUROR DOYLE:  No.  He goes to school.

 9              THE COURT:  Okay.  All right.  Continue, please.

10              PROSPECTIVE JUROR DOYLE:  And as I said, there's no

11   jury service.

12              THE COURT:  All right.  And does your wife work

13   outside the home?

14              PROSPECTIVE JUROR DOYLE:  No.

15              THE COURT:  Okay.  And do you have any affirmative

16   responses to any of the questions on the longer questionnaire?

17              PROSPECTIVE JUROR DOYLE:  Yeah.  I'd like a sidebar

18   on one of the questions.

19              THE COURT:  Okay.

20              (At sidebar in the presence of

21               Prospective Juror Doyle:)

22              PROSPECTIVE JUROR DOYLE:  Okay.

23              THE COURT:  This is a microphone, if you'd try to

24   speak into there.

25              PROSPECTIVE JUROR DOYLE:  Speak right into here?

```
 1                THE COURT:  Yes.

 2                PROSPECTIVE JUROR DOYLE:  Okay.  Well, my son was

 3      arrested for spousal abuse and convicted without a trial.  So

 4      that's a "yes" response --

 5                THE COURT:  All right.

 6                PROSPECTIVE JUROR DOYLE:  -- to the one about arrest

 7      and conviction.

 8                THE COURT:  Okay.  I'm sorry.  I didn't mean to

 9      interrupt you.

10                How long ago did that occur?

11                PROSPECTIVE JUROR DOYLE:  Three years ago.

12                THE COURT:  And when you said he was -- he was

13      convicted without a trial, does that mean he entered a plea of

14      guilty?

15                PROSPECTIVE JUROR DOYLE:  Yes.

16                THE COURT:  Okay.  And so there wasn't any trial for

17      anybody to testify in; is that correct?

18                PROSPECTIVE JUROR DOYLE:  That's correct.

19                THE COURT:  Okay.  Is there anything about that

20      event or that experience that would prevent you from being fair

21      and impartial and judging this case solely on the evidence in

22      this case?

23                PROSPECTIVE JUROR DOYLE:  There might be because I

24      felt it was unfair.  He pleaded guilty to save me from going

25      bankrupt.  So that bothered me a little bit.
```

```
 1              THE COURT:  Okay.

 2              PROSPECTIVE JUROR DOYLE:  I felt like he -- I know

 3    he's innocent, but there's nothing I can do about it.

 4              THE COURT:  Did he have an attorney?

 5              PROSPECTIVE JUROR DOYLE:  Yeah.  We had an attorney

 6    for him.

 7              THE COURT:  Okay.

 8              PROSPECTIVE JUROR DOYLE:  And that was the problem.

 9    He knew it was going to cost -- we already paid quite a few

10    thousand dollars, and we were going to have to pay a lot more.

11    So he said he wouldn't put up with that.

12              THE COURT:  Okay.  And with respect to that event --

13    obviously, this case is entirely different.  There's going to

14    be evidence that's going to be produced in this case by both

15    the defense and the Government.  I'm going to be giving you

16    instructions.  Can you listen to that evidence and judge this

17    case fairly and impartially and follow instructions?

18              PROSPECTIVE JUROR DOYLE:  Yeah.  It shouldn't have

19    any effect on this case at all.  It's just something I had to

20    answer.

21              THE COURT:  No, I appreciate that.

22              Okay.  Thank you.

23              (In the presence of the prospective jurors:)

24              THE COURT:  All right.  The next peremptories are

25    with the defense.
```

```
 1                MS. BEDNARSKI:  Thank you, Your Honor.  The defense
 2    would thank and excuse Juror No. 12.
 3                THE COURT:  All right.  Thank you very much for your
 4    participation this morning.
 5                PROSPECTIVE JUROR LOMBARDINI:  You're welcome.
 6                THE COURT:  And let's -- why don't we go ahead and
 7    exercise your next peremptory.
 8                MS. BEDNARSKI:  The defense would also thank and
 9    excuse Juror No. 5.  Thank you.
10                THE COURT:  All right.  Let's select two additional
11    jurors, one to take Seat No. 5 and one to take Seat No. 12.
12                And thank you very much for your participation this
13    morning.
14                THE COURTROOM DEPUTY:  Erik Rodriguez, please take
15    Juror Seat No. 12.  James Kenneth Chilton, please take Juror
16    Seat No. 5.
17                THE COURT:  All right.  Let's take our new Juror
18    No. 5 first.
19                If you'd provide us with your background
20    information, please.
21                PROSPECTIVE JUROR CHILTON:  My name is Ken Chilton.
22    Although, you had it correct, James Kenneth Chilton is my full
23    name.  Area of residence, West Los Angeles.  I have a
24    bachelor's degree.  My employer is Farmers Insurance.  I am an
25    investment analyst.  I do not have military service.  I am
```

```
 1    married.  I am not divorced, nor single.  And the occupation of
 2    the adults living with me is my wife, she is a literary agent.
 3    Children, two, 3, and 5.
 4              THE COURT:  And have you ever served on a jury
 5    before?
 6              PROSPECTIVE JUROR CHILTON:  No.
 7              THE COURT:  All right.  And how long have you worked
 8    for your current employer?
 9              PROSPECTIVE JUROR CHILTON:  Four years.
10              THE COURT:  And where did you work prior to that?
11              PROSPECTIVE JUROR CHILTON:  An investment bank.
12              THE COURT:  And were you self-employed, or were you
13    working for a company?
14              PROSPECTIVE JUROR CHILTON:  I was working for a
15    company.
16              THE COURT:  What was the name of the company?
17              PROSPECTIVE JUROR CHILTON:  Chilton & Associates.
18              THE COURT:  All right.  And do you have any
19    affirmative responses to any of the questions on the longer
20    questionnaire?
21              PROSPECTIVE JUROR CHILTON:  Yes.
22              THE COURT:  And which numbers?
23              PROSPECTIVE JUROR CHILTON:  Four.
24              THE COURT:  All right.  And do you want to discuss
25    that at sidebar?
```

1            PROSPECTIVE JUROR CHILTON:  I don't know that that's

2      necessary for No. 4, but there are others that I would --

3            THE COURT:  All right.  Well, then, let's discuss

4      the others at sidebar.

5                (At sidebar in the presence of

6                 Prospective Juror Chilton:)

7            THE COURT:  All right.  Can you come forward?  This

8      is a microphone.  If you'd keep your voice up a little so we

9      can hear you.

10            What is the -- your responses, which question

11      numbers?

12            PROSPECTIVE JUROR CHILTON:  Sure.  For No. 4, I've

13      had a couple of bicycles stolen.

14            THE COURT:  Okay.  There's nothing about that that

15      would prevent you from being fair and impartial in this case?

16            PROSPECTIVE JUROR CHILTON:  No.

17            THE COURT:  Okay.

18            PROSPECTIVE JUROR CHILTON:  Um, I do have other

19      issues and -- for 11 and possibly 12.

20            THE COURT:  Okay.  And what are those issues?

21            PROSPECTIVE JUROR CHILTON:  I'm a little

22      uncomfortable, but I respect the Court and the defense.  But I

23      have major problems with our current legal system.

24            THE COURT:  All right.  And what are those problems?

25            PROSPECTIVE JUROR CHILTON:  I think generally the

1    process of prosecution is incredibly unethical.

2              THE COURT:  And why do you hold that belief?

3              PROSPECTIVE JUROR CHILTON:  I don't think that you

4    can do wrong to correct wrongs.

5              THE COURT:  I don't follow you.

6              PROSPECTIVE JUROR CHILTON:  Well, what I'd say is

7    that it seems to me that the process of collecting information

8    about people and manipulating people in this process, it's

9    really not acceptable.

10             THE COURT:  Well, what experience do you have to

11   allow you to form that opinion or belief?  Have you been a

12   party of a lawsuit or legal proceedings before that would allow

13   you to make that determination?

14             PROSPECTIVE JUROR CHILTON:  No.  I'm an analyst.  I

15   read the tea leaves.  I read public information.

16             THE COURT:  So do you think that you could be fair

17   and impartial and judge this case based upon the evidence and

18   the Court's instruction?

19             PROSPECTIVE JUROR CHILTON:  Frankly, I think I would

20   be very biased in favor of the defense.

21             THE COURT:  And why is that?

22             PROSPECTIVE JUROR CHILTON:  Well, among other

23   things, I don't think this is a violent crime.  Um, and I think

24   that -- as I mentioned before, there's an extraordinary degree

25   of overreach.

```
 1              THE COURT:  But you have no basis in this case to
 2    make that determination.  You don't know any of the evidence.
 3    You don't know what's happened in this case in terms of the
 4    investigation.
 5              PROSPECTIVE JUROR CHILTON:  You're absolutely
 6    correct.
 7              THE COURT:  So how can you make that determination?
 8              Is this something you're telling us so you can get
 9    out of jury duty, or are these -- is this something that you
10    believe in and want to communicate to the -- to the Court?
11    Because I, quite frankly, can't follow what you're talking
12    about.
13              PROSPECTIVE JUROR CHILTON:  I understand.  These are
14    deeply held beliefs.  I -- I think that it's a matter of
15    political philosophy.
16              THE COURT:  So, in other words, if somebody came in
17    and burglarized your house, you would -- your position would be
18    that person doesn't need to be prosecuted.  That person doesn't
19    need to be arrested.  And whatever they did, because it was a
20    nonviolent crime, could go uncharged?
21              PROSPECTIVE JUROR CHILTON:  I would disagree with
22    that, actually.  I would think that as long as the prosecution
23    didn't create new evils, then it would be reasonable to charge
24    and try to pursue that person.
25              THE COURT:  And that person would be entitled to a
```

```
 1   jury trial --

 2              PROSPECTIVE JUROR CHILTON:  Absolutely.

 3              THE COURT:  -- and that person would be entitled to

 4   have 12 jurors --

 5              PROSPECTIVE JUROR CHILTON:  Yes.

 6              THE COURT:  -- who would be fair and impartial and

 7   listen to the evidence.

 8              PROSPECTIVE JUROR CHILTON:  I fully agree on that

 9   last part.

10              THE COURT:  Okay.  So I don't understand why you

11   can't be a fair and impartial juror in this case.  This case

12   doesn't involve violence.  It involves, as the -- as you heard

13   from the summary of the Indictment.

14              PROSPECTIVE JUROR CHILTON:  That's -- I don't know

15   what to say.  I mean --

16              THE COURT:  Well, what you need to tell me is --

17   because I'm trying to find out and I'm trying to explore your

18   views to determine whether or not -- because remember, you took

19   an oath --

20              PROSPECTIVE JUROR CHILTON:  Yes.

21              THE COURT:  -- to tell the truth during the course

22   of the -- of the Court's questioning.  So I'm trying to make a

23   make a determination as to whether or not these are --

24              PROSPECTIVE JUROR CHILTON:  Okay.  Something I've

25   read about is parallel construction in terms of how
```

```
 1    prosecutions come to finding information that they then do not
 2    use in court but they use to decide who's -- whether or not
 3    they're going to prosecute.
 4             THE COURT:  All right.  But what is --
 5             PROSPECTIVE JUROR CHILTON:  I find that incredibly
 6    unethical.
 7             THE COURT:  Okay.  But there's no evidence -- you
 8    haven't heard any evidence in this case.
 9             PROSPECTIVE JUROR CHILTON:  I know, but the problem
10    is that I won't hear the full story.
11             THE COURT:  So you're a conspiracy theorist who
12    believes that the Government is engaging in some gigantic
13    conspiracy.
14             So, in other words, are you telling me that you're
15    not going to be able to give these prosecutors a fair trial?
16    Is that what you're telling me the bottom line is, that you
17    would be biased and prejudiced against the prosecution's case
18    and couldn't render a fair and impartial verdict?  Because
19    that's the bottom line we're talking about.
20             PROSPECTIVE JUROR CHILTON:  I think so.
21             THE COURT:  You think what?  You can or you cannot?
22             PROSPECTIVE JUROR CHILTON:  I think I cannot.
23             THE COURT:  Okay.  All right.  Why don't you step
24    over to the side.
25             PROSPECTIVE JUROR CHILTON:  Sorry.
```

```
 1              THE COURT:  That's all right.
 2              (At sidebar out of the presence of
 3               Prospective Juror Chilton:)
 4              THE REPORTER:  Excuse me, I can't hear.
 5              THE COURT:  All right.  This juror will be excused
 6  for cause with the agreement of the -- agreement of the
 7  parties.
 8              MR. KOURY:  I think it's just an excuse.
 9              THE COURT:  Huh?
10              MR. KOURY:  I think it's just an excuse.  He's just
11  making stuff up.
12              (At sidebar in the presence of
13               Prospective Juror Chilton:)
14              THE COURT:  All right.  If you'll put your stuff
15  back on the chair and go back to the jury room.  Tell the jury
16  commissioner of your beliefs because it's silly to have you
17  continue to be called for jury service if those beliefs are
18  truly held.  All right?
19              PROSPECTIVE JUROR CHILTON:  I do truly believe it.
20              THE COURT:  All right.
21              (In the presence of the prospective jurors:)
22              THE COURT:  All right.  Let's call another juror,
23  Shannon, to fill Seat No. 5.
24              THE COURTROOM DEPUTY:  William Pasillas, please take
25  Juror Seat No. 5.
```

**UNITED STATES DISTRICT COURT**

1          THE COURT:  All right.  So we have -- all right.

2    I'm going to conduct the voir dire of Juror No. 5 and 12.  Let

3    me take No. 5 first.

4          Good morning, sir.

5          PROSPECTIVE JUROR PASILLAS:  Good morning.

6          THE COURT:  If you'll provide us with your

7    background information, please.

8          PROSPECTIVE JUROR PASILLAS:  My name is

9    William Pasillas.  I live in East L.A.  I have a high school

10   diploma.  I currently work for a company called Exclusive --

11   I'm a caretaker, tutor, I guess.  I wear a lot of hats.  No

12   military service.  Single.  I live at home with my parents.  My

13   dad's retired, and my mom works at a, like, laundry factory,

14   labor kind of thing.  No children.  I've been called for jury,

15   but I never served on a jury.

16         THE COURT:  All right.  Before your father retired,

17   what did he do?

18         PROSPECTIVE JUROR PASILLAS:  Factory work as well.

19         THE COURT:  All right.  And how long have you been

20   employed by your current employer?

21         PROSPECTIVE JUROR PASILLAS:  Three years.

22         THE COURT:  And could you describe for us the

23   general nature of your duties and responsibilities at work?

24         PROSPECTIVE JUROR PASILLAS:  Um, I help people with

25   mental disabilities, just, like, if they're going to school, I

1    tutor them or -- just help them out with daily life.

2              THE COURT:  All right.  Are these -- what age --

3    what age group?

4              PROSPECTIVE JUROR PASILLAS:  About 18 to 30.

5              THE COURT:  All right.  And do you have any

6    affirmative responses to any of the questions on the longer

7    questionnaire?

8              PROSPECTIVE JUROR PASILLAS:  Yeah.  Number 2,

9    Number 4.

10             THE COURT:  All right.  Do you want to discuss those

11   at sidebar?

12             PROSPECTIVE JUROR PASILLAS:  Yes.

13             (At sidebar in the presence of

14              Prospective Juror Pasillas:)

15             THE COURT:  All right.  Come forward and tell us

16   what the answers are to 2 and 4.

17             PROSPECTIVE JUROR PASILLAS:  So for No. 2, I

18   currently have a brother-in-law who was deported.  He has an

19   open case right now, trying to get back in the country.  I

20   guess not much with that case, pretty straightforward.

21             THE COURT:  Okay.

22             PROSPECTIVE JUROR PASILLAS:  Number 4, I've been the

23   victim of a crime multiple times.  Called the police, nothing

24   ever happened.

25             THE COURT:  Is there anything about either of those

1    events that would prevent you from being fair and impartial in

2    this case?

3              PROSPECTIVE JUROR PASILLAS:  No.

4              THE COURT:  Can you judge this case solely on the

5    evidence and the instructions that I'll give you?

6              PROSPECTIVE JUROR PASILLAS:  Yes.

7              THE COURT:  And can you tell all these lawyers that

8    you can give their clients a fair trial?

9              PROSPECTIVE JUROR PASILLAS:  Yes.

10             THE COURT:  All right.  Thank you very much.

11             (In the presence of the prospective jurors:)

12             THE COURT:  All right.  Now we'll take Juror No. 12.

13             Good morning, sir.

14             PROSPECTIVE JUROR RODRIGUEZ:  Good morning,

15    Your Honor.

16             THE COURT:  Can you give us your background

17    information, please.

18             PROSPECTIVE JUROR RODRIGUEZ:  Yes, sir.  My name is

19    Erik Rodriguez.  I live in Hawthorne.  I have a high school

20    diploma with some college education.  Currently I work for a

21    hotel in Hollywood called The James, but it will be changed to

22    The Jeremy in a couple of days.  Yeah, I know.  I'm a security

23    manager, been there -- or no, no military service.  I'm single.

24    Well, girlfriend, but I live alone.  No children.  Never worked

25    on a -- never been called for jury duty.

```
 1                    THE COURT:  All right.  And how long have you worked
 2      for your current employer?
 3                    PROSPECTIVE JUROR RODRIGUEZ:  I've been there for
 4      three months.  And prior to that, I was with the Marriott for a
 5      little under nine years.  About eight years, 11 months.
 6                    THE COURT:  And your position at the Marriott was?
 7                    PROSPECTIVE JUROR RODRIGUEZ:  Safety and security
 8      manager as well.
 9                    THE COURT:  All right.  And do you have any
10      affirmative responses to any of the longer -- any of the
11      questions on the longer questionnaire?
12                    PROSPECTIVE JUROR RODRIGUEZ:  Yes.  Number 1.
13                    THE COURT:  All right.  And you want to discuss that
14      at sidebar?
15                    PROSPECTIVE JUROR RODRIGUEZ:  Yes.
16                    THE COURT:  Okay.
17                    (At sidebar in the presence of
18                     Prospective Juror Rodriguez:)
19                    THE COURT:  Wait until the troops arrive.
20                    PROSPECTIVE JUROR RODRIGUEZ:  Got you.
21                    THE COURT:  All right.  Number one, why don't you
22      tell us your -- your response.
23                    PROSPECTIVE JUROR RODRIGUEZ:  It was 2007 for a DUI
24      and 2009 for the same offense, DUI.
25                    THE COURT:  Okay.  And did you go to trial on either
```

1    of those?

2              PROSPECTIVE JUROR RODRIGUEZ:  No.

3              THE COURT:  You pled guilty?

4              PROSPECTIVE JUROR RODRIGUEZ:  Yes.

5              THE COURT:  To both of them?

6              PROSPECTIVE JUROR RODRIGUEZ:  To both, correct.

7              THE COURT:  All right.  Is there anything about

8    those two events that would prevent you from being fair and

9    impartial in this case?

10             PROSPECTIVE JUROR RODRIGUEZ:  No.  No.

11             I did have a question, though, about the hardship

12   because we just -- right now, we're in the process of new

13   ownership change.

14             THE COURT:  Right.

15             PROSPECTIVE JUROR RODRIGUEZ:  So I'm not sure how

16   their jury services will work.  Because I'm actually in the

17   process of getting my new contract to sign, and that's going

18   through this week.  So I don't know what -- if there's any

19   reimbursement whatsoever.  So five days is going to put me in a

20   little hole.

21             THE COURT:  Are you reimbursed now for your jury

22   service through your current employer?

23             PROSPECTIVE JUROR RODRIGUEZ:  Um, very minimal.

24   It's not a lot.

25             THE COURT:  Okay.  So you -- are you -- are you

1    telling us that it would be a financial hardship --

2              PROSPECTIVE JUROR RODRIGUEZ:  Yes.

3              THE COURT:  -- for you to sit on the jury?

4              PROSPECTIVE JUROR RODRIGUEZ:  Yes.  For four or five

5    days, especially with the new ownership change.

6              THE COURT:  And what's the nature of the financial

7    hardship?  I'm sure you have a healthy bank account that you

8    could --

9              PROSPECTIVE JUROR RODRIGUEZ:  I wish I could, but --

10   I wish I did.  But when I transferred from the Marriott to this

11   current job, I was out for a week because, again, it was --

12   this hotel's been kind of a burden, unfortunately.  So it went

13   from one ownership to another.  I've changed ownerships two or

14   three different times in the three months I've been there.

15             THE COURT:  All right.  Why don't you step over to

16   the side.

17             (At sidebar out of the presence of

18              Prospective Juror Rodriguez:)

19             THE COURT:  Any objection to releasing him?

20             MS. KUMAR:  No, Your Honor.

21             THE COURT:  All right.

22             All right.  You can go.

23             (In the presence of the prospective jurors:)

24             THE COURT:  All right.  Let's call a juror to take

25   Seat No. 12.

1          THE COURTROOM DEPUTY:  George Bernard Smith, please

2   take Seat No. 12.

3          THE COURT:  Good morning, sir.

4          PROSPECTIVE JUROR SMITH:  Good morning.

5          THE COURT:  If you'll take a moment and look at the

6   background questionnaire, and then if you'll provide us the

7   information provided by the questionnaire.

8          PROSPECTIVE JUROR SMITH:  George B. Smith.  I live

9   in Sherman Oaks, California.  I have a B.A.  I work at the

10  California Institute of the Arts, which is a private arts

11  college in Valencia.  I'm married.  My wife works in property

12  management.  And I have one -- one son, 8 years old.  I have

13  served on a prior jury in 2007, I believe it was.

14         THE COURT:  Was it criminal or civil case?

15         PROSPECTIVE JUROR SMITH:  Criminal.

16         THE COURT:  What was the nature of the charge, if

17  you remember?

18         PROSPECTIVE JUROR SMITH:  It was a shanking in a

19  prison setting.

20         THE COURT:  All right.  And was the jury -- did the

21  jury reach a verdict in that case?

22         PROSPECTIVE JUROR SMITH:  Yes, they did.

23         THE COURT:  All right.  Any other jury experience?

24         PROSPECTIVE JUROR SMITH:  Uh, no.  I've been called

25  many times, though.

 1          THE COURT:  And could you describe for us the

 2   general nature of your duties and responsibilities with your --

 3   with your employer?

 4          PROSPECTIVE JUROR SMITH:  I'm the Associate Vice

 5   President/Chief Operating Officer for the school.  So I handle

 6   facility management, risk management, insurance, campus safety,

 7   you know, generally risk management and business operations.

 8          THE COURT:  All right.  And how long have you been

 9   employed with that employer?

10          PROSPECTIVE JUROR SMITH:  Ten years.

11          THE COURT:  Okay.  And prior to that, what did you

12   do?

13          PROSPECTIVE JUROR SMITH:  Similar position at the

14   American Film Institute.

15          THE COURT:  All right.  And do you have any

16   affirmative responses to any of the questions on the longer

17   questionnaire?

18          PROSPECTIVE JUROR SMITH:  Yes.  4 and 5.  I have --

19   my car was stolen from in front of my house and returned,

20   thankfully.  And, No. 5, I have training in threat assessment

21   through the FBI.  And I work closely with Special Agent

22   Jeff Kumhio.  And I'm a member of their target committee.  So I

23   just -- not official training but the threat assessment side of

24   it is something that I've been training on.

25          THE COURT:  All right.  And is there anything about

**UNITED STATES DISTRICT COURT**

1    either of those -- either -- first of all, being a victim of a

2    crime that would prevent you from being fair and impartial in

3    this case?

4              PROSPECTIVE JUROR SMITH:  No, sir.

5              THE COURT:  And would your training in threat

6    assessment prevent you from being fair and impartial in this

7    case?

8              PROSPECTIVE JUROR SMITH:  No, sir.

9              THE COURT:  All right.  Ladies and gentlemen, we're

10   going to take a quick break.

11             And keep in mind the instruction that I've

12   previously given to you and that is you are not to discuss this

13   case with anyone, nor are you to do any research with anyone

14   with respect to this case.

15             We'll be in recess for ten minutes.

16             THE COURTROOM DEPUTY:  All rise.  Court is in

17   recess.

18             (Break taken.)

19             (In the presence of the prospective jurors:)

20             THE COURT:  We're back in session.  All counsel are

21   present.  The defendant is present.

22             The next peremptory is with the Government.

23             MS. KUMAR:  Your Honor, the Government would request

24   that the Court thank and excuse Juror No. 10.

25             THE COURT:  All right.  Let's call another juror to

1    take Seat No. 10.

2              THE COURTROOM DEPUTY:  Zaw Tun Naing, please take

3    Seat No. 10.

4              THE COURT:  All right.  Good morning, sir.

5              If you'll take the microphone and provide us with

6    your background information, I'd appreciate it.

7              PROSPECTIVE JUROR NAING:  Oh, good morning.

8              My name is Zaw Tun Naing.  I live in West Covina

9    High School.  And I got my bachelor of chemistry recently.  I'm

10   not -- I'm unemployed because I volunteer -- I also volunteer

11   as an assistant coach for cross-country and track and field for

12   Covina High School.  My -- I don't have occupation.  No

13   military service.  I'm single.  I'm living with my parents.  I

14   don't have any children.  This is my first time doing a jury

15   service.

16             THE COURT:  All right.  Let me go back because I --

17   I missed the first part.  Where did you graduate from?

18             PROSPECTIVE JUROR NAING:  Cal Poly Pomona.

19             THE COURT:  And when did you graduate?

20             PROSPECTIVE JUROR NAING:  Last month.

21             THE COURT:  Last month.  Congratulations.

22             What was your degree in?

23             PROSPECTIVE JUROR NAING:  Bachelor of chemistry.

24             THE COURT:  All right.  And you're currently

25   unemployed, but you're acting as a volunteer?

```
 1              PROSPECTIVE JUROR NAING:  Yeah.  I always volunteer.
 2              THE COURT:  Pardon me?
 3              PROSPECTIVE JUROR NAING:  I always volunteer for
 4   five years during my college.
 5              THE COURT:  All right.  And where do you volunteer?
 6   What agency do you volunteer with?
 7              PROSPECTIVE JUROR NAING:  I just volunteer at Covina
 8   High School.
 9              THE COURT:  Okay.  And you're a volunteer as a swing
10   coach?
11              PROSPECTIVE JUROR NAING:  Oh, no.  Assistant coach
12   for cross-country and track and field.
13              THE COURT:  Okay.  All right.  And on the longer
14   questionnaire, do you have any affirmative or "yes" answers to
15   any of those questions?
16              PROSPECTIVE JUROR NAING:  No.
17              THE COURT:  All right.  Thank you very much.
18              Oh.  Let me ask you a question.  Are your parents
19   employed?
20              PROSPECTIVE JUROR NAING:  Oh, yes.
21              THE COURT:  And what does your dad do?
22              PROSPECTIVE JUROR NAING:  My dad is a truck driver
23   at Paul Seth.
24              THE COURT:  All right.  And how long has he done
25   that?
```

1          PROSPECTIVE JUROR NAING:  More than 12 years.

2          THE COURT:  Okay.  And how about your mom?  Is she

3    employed outside the home?

4          PROSPECTIVE JUROR NAING:  Yes.  She's -- she works

5    at a nursing/retirement home.

6          THE COURT:  All right.  And how long has she worked

7    at the retirement home?

8          PROSPECTIVE JUROR NAING:  Maybe eight years.

9          THE COURT:  Okay.  All right.  Thank you very much.

10          The next peremptory is with the defense.

11          MS. BEDNARSKI:  Thank you, Your Honor.  Defense

12    would thank and excuse Juror No. 11, Mr. Zepeda.

13          THE COURT:  All right.  Let's call another juror to

14    take Seat No. 11.

15          THE COURTROOM DEPUTY:  Chukwuemeka Ofoegbu, please

16    take Seat No. 11.

17          THE COURT:  Good morning, sir.

18          PROSPECTIVE JUROR OFOEGBU:  Good morning.

19          THE COURT:  And if you'll take a look at the

20    background questionnaire, and please give us your information

21    when you're ready.

22          PROSPECTIVE JUROR OFOEGBU:  My name is

23    Chukwuemeka Ofoegbu.  And area of residence is Carson.  And

24    graduation is -- highest education is high school.  My employer

25    is Home Depot.  And no military experience.  I'm not married.

```
 1    No kids.  And I stay with my parents.  And no children.  And no

 2    prior jury service.

 3              THE COURT:  All right.  And how long have you worked

 4    at Home Depot?

 5              PROSPECTIVE JUROR OFOEGBU:  A little over a year.

 6              THE COURT:  And prior to that, where did you work?

 7              PROSPECTIVE JUROR OFOEGBU:  No -- I wasn't working.

 8              THE COURT:  Okay.  And what do you do at Home Depot?

 9              PROSPECTIVE JUROR OFOEGBU:  I work in the paint

10    department.

11              THE COURT:  Okay.  All right.  And are your parents

12    employed?

13              PROSPECTIVE JUROR OFOEGBU:  Um, I stay with my mom.

14    Yes, she's a -- she's a -- she works at a school.

15              THE COURT:  All right.  And what does she do at the

16    school?

17              PROSPECTIVE JUROR OFOEGBU:  She's a teacher.

18              THE COURT:  All right.  And do you have any

19    affirmative responses to any of the questions on the longer

20    questionnaire?

21              PROSPECTIVE JUROR OFOEGBU:  No.

22              THE COURT:  All right.  Thank you very much.

23              The defense has the next peremptory.

24              MS. BEDNARSKI:  Thank you, Your Honor.  The defense

25    would thank and excuse Juror No. 12, Mr. Smith.
```

1          THE COURT:  All right.  Let's call another juror to

2     take Seat No. 12.

3          THE COURTROOM DEPUTY:  Jade Pernell, please take

4     Seat No. 12.

5          THE COURT:  Good morning.

6          PROSPECTIVE JUROR PERNELL:  Good morning,

7     Your Honor.

8          THE COURT:  When you're ready, if you'll give us

9     your background information, please.

10          PROSPECTIVE JUROR PERNELL:  Okay.  My name is

11     Jade Pernell.  I live in Venice.  Highest education is high

12     school, some college.  I'm divorced.  I'm living with my

13     parents currently, but that's temporary.  And their occupation

14     is -- my dad right now is on disability, but my mother is a

15     preschool TA.

16          THE COURT:  All right.  And what is your occupation?

17          PROSPECTIVE JUROR PERNELL:  I work as a fundraiser

18     for the ACLU, the Sierra Club, and the Greenpeace.

19          THE COURT:  All right.  And do you work for each of

20     those organizations?  Are you paid by them?  Or do you work for

21     a company that provides services to each of those

22     organizations?

23          PROSPECTIVE JUROR PERNELL:  I work for a

24     teleservices company that provides services for each of those

25     organizations.

```
 1                THE COURT:  What's the name of the company?

 2                PROSPECTIVE JUROR PERNELL:  SD&A.

 3                THE COURT:  And how long have you worked for that

 4   company?

 5                PROSPECTIVE JUROR PERNELL:  A little less than a

 6   year.

 7                THE COURT:  And prior to that, what did you do?

 8                PROSPECTIVE JUROR PERNELL:  I also worked at the

 9   school my mother works at.

10                THE COURT:  And what did you do at the school?

11                PROSPECTIVE JUROR PERNELL:  A teacher's aide as

12   well.

13                THE COURT:  All right.  And how long were you a

14   teacher's aide?

15                PROSPECTIVE JUROR PERNELL:  Eight years.

16                THE COURT:  And could you tell us the general nature

17   of your -- of your fundraising activities?

18                PROSPECTIVE JUROR PERNELL:  Um, I call donors and

19   known philanthropists and keep them up-to-date as to current

20   events that are getting repealed with the new administration

21   and how they can contribute and help with that.

22                THE COURT:  All right.  And was your ex-husband

23   employed?

24                PROSPECTIVE JUROR PERNELL:  Yes.

25                THE COURT:  And what did he do?
```

```
 1                  PROSPECTIVE JUROR PERNELL:  He was an engineer.
 2                  THE COURT:  All right.  And where did he work?
 3                  PROSPECTIVE JUROR PERNELL:  We were in Kentucky, so
 4       he was doing some kind of, like, piping and things of that
 5       nature.
 6                  THE COURT:  All right.  And do you have any
 7       affirmative responses to any of the questions in the longer
 8       questionnaire?
 9                  PROSPECTIVE JUROR PERNELL:  Yeah.  Unfortunately, I
10       have a few.
11                  THE COURT:  Which numbers?
12                  PROSPECTIVE JUROR PERNELL:  Um, let's see here.  I
13       have, um, 3, and I also have -- the last one, I believe, is 12.
14                  THE COURT:  All right.  Why don't we discuss those
15       at sidebar.
16                  PROSPECTIVE JUROR PERNELL:  Okay.
17                  (At sidebar in the presence of
18                   Prospective Juror Pernell:)
19                  PROSPECTIVE JUROR PERNELL:  Hi.
20                  THE COURT:  Hi.  All right.  Why don't we go right
21       to No. 12.
22                  PROSPECTIVE JUROR PERNELL:  Number 12.  Well
23       obviously --
24                  THE COURT:  You have to get closer to the microphone
25       here.
```

1          PROSPECTIVE JUROR PERNELL:  Oh.  I will brutally be

2    honest.  Uh, the work that I do is about, like -- like

3    embezzlement in different things.  Like, I call about different

4    things that people do that affects the environment.  I --

5    extorting money and different -- you know, just different

6    things like that and how it has an effect on the environment.

7          THE COURT:  I thought you were a fundraiser.

8          PROSPECTIVE JUROR PERNELL:  I am.  But that's part

9    of my script, to talk about that to the philanthropists.

10          THE COURT:  Okay.  So what do you -- I'm a

11    philanthropist.  What do you tell me about what's going on?

12          PROSPECTIVE JUROR PERNELL:  Oh.  Just, like, how --

13    just different corporations or, like, they embezzle money and

14    they pass repeals and different things for their own pockets

15    that affect the environment.  So I just feel like I wouldn't

16    be, you know -- I don't think I would be 100 percent unbiased.

17          THE COURT:  Well, which way?  I mean, you don't know

18    any of the evidence in this case.  All you know is what was

19    read to you in the statement of the Indictment, which is not

20    evidence.

21          I mean, do you have a bias against the defense or

22    against the Government?  Or -- I don't understand what the bias

23    is.

24          PROSPECTIVE JUROR PERNELL:  The bias is, like,

25    whenever I hear something about someone doing some kind of --

1   I'm not going to say extortion but just some kind of -- I

2   forgot the wordage that they use.  But it just kind of -- it

3   just always puts a bad taste in my mouth and I can't really say

4   that I'll be 100 percent, like --

5           THE COURT:  But you're obviously a very intelligent

6   person.  You can sit here and you can listen to the evidence.

7           PROSPECTIVE JUROR PERNELL:  I know.

8           THE COURT:  And I'm going to give you instructions.

9   And you can apply those instructions to the evidence and come

10  up with a fair verdict, can't you?

11          PROSPECTIVE JUROR PERNELL:  I don't know if I can

12  come up with a fair verdict definitively.

13          THE COURT:  Well, who do you favor?  I mean, you say

14  you have a bias, but you haven't told us what the bias is.

15          PROSPECTIVE JUROR PERNELL:  Well, I mean, I have a

16  favor to the people that are disenfranchised behind corporate

17  greed or just individual greed.  It's just --

18          THE COURT:  Okay.  But there's no corporate greed

19  involved in this case.

20          PROSPECTIVE JUROR PERNELL:  I know.  But there's an

21  individual greed.  I mean, wasn't he laundering something?

22          THE COURT:  But isn't that what -- that's what

23  you're going to be called upon to decide.  So you automatically

24  think that somebody -- when somebody's indicted,

25  notwithstanding what I told you this morning, that the

```
 1   Indictment isn't any evidence of guilt, that all of a sudden,
 2   because you're indicted, that you're guilty.  That's your bias?
 3             PROSPECTIVE JUROR PERNELL:  Maybe a little bit.
 4             THE COURT:  Pardon me?
 5             PROSPECTIVE JUROR PERNELL:  Maybe a little bit.
 6             THE COURT:  Well, it's -- that's what I'm trying to
 7   understand.
 8             PROSPECTIVE JUROR PERNELL:  Yes.
 9             THE COURT:  Because we want somebody who can be a
10   fair and impartial juror, who can listen to the evidence -- and
11   I'm going to give you instructions -- and apply the
12   instructions to the evidence.  And you have to tell these folks
13   that you can give their respective clients, both the defense
14   and the Government, a fair trial.  Can you do that?
15             PROSPECTIVE JUROR PERNELL:  No.
16             THE COURT:  Okay.  Why don't you step over there.
17             (At sidebar out of the presence of
18              Prospective Juror Pernell:)
19             THE COURT:  All right.  Based on that, any objection
20   from the defense?
21             MS. KUMAR:  No objection from the Government,
22   Your Honor.
23             THE COURT:  From the defense.  You want her on.
24             MR. KOURY:  I can live with her.
25             THE COURT:  You're objecting?
```

1        MR. KOURY:  No.

2        THE COURT:  Okay.

3        (In the presence of the prospective jurors:)

4        THE COURT:  All right.  Thank you very much.

5        Let's call another juror to take Seat No. 12.

6        THE COURTROOM DEPUTY:  Elaine Truong Yeu, please

7   take Seat No. 12.

8        THE COURT:  Good morning.

9        PROSPECTIVE JUROR TRUONG YEU:  Good morning,

10  Your Honor.

11       THE COURT:  If you will take the question -- the

12  background questionnaire and provide us with your background

13  information when you're ready.

14       PROSPECTIVE JUROR TRUONG YEU:  My name is

15  Elaine Truong Yeu.  I live in Cerritos.  A degree in

16  accounting.  I currently work with U.S. Postal Service as a

17  mail carrier for 29 years.  Married.  My husband is

18  self-employed for a restaurant.  Uh, I have two girls, 21 and

19  25.  The 25 years old currently work for Pacman as an

20  infosystems analyst.  The 21 years old currently in New York

21  study for fashion designer.

22       THE COURT:  All right.

23       PROSPECTIVE JUROR TRUONG YEU:  And I have served

24  jury duty before.  The verdict is reached.

25       THE COURT:  Okay.  And was it a criminal case or

```
 1   civil case?
 2              PROSPECTIVE JUROR TRUONG YEU:  Both.
 3              THE COURT:  Both.
 4              And how long ago did you -- how long ago did you
 5   serve in the criminal case?
 6              PROSPECTIVE JUROR TRUONG YEU:  Criminal case, long
 7   time ago.  More than 15 years.
 8              THE COURT:  All right.  Do you remember the nature
 9   of the charge?
10              PROSPECTIVE JUROR TRUONG YEU:  Malpractice.
11              THE COURT:  Doctor malpractice?  Lawyer malpractice?
12              PROSPECTIVE JUROR TRUONG YEU:  Doctor malpractice.
13              THE COURT:  Okay.  And the -- that wasn't a criminal
14   case.  That was a civil case?
15              PROSPECTIVE JUROR TRUONG YEU:  Death involved, so I
16   assume it's criminal.
17              THE COURT:  All right.  What was the other case?
18   What was the nature of the other case?
19              PROSPECTIVE JUROR TRUONG YEU:  The other two are DUI
20   and then home invasion.
21              THE COURT:  All right.  And I believe you said you
22   have a degree in accounting.
23              PROSPECTIVE JUROR TRUONG YEU:  Yes, I do.
24              THE COURT:  All right.  And what did you do for the
25   United States Postal Service?
```

```
 1                PROSPECTIVE JUROR TRUONG YEU:  Mail carrier.
 2                THE COURT:  Okay.  All right.  And do you have any
 3    affirmative responses to any of the questions on the longer
 4    questionnaire?
 5                PROSPECTIVE JUROR TRUONG YEU:  No, sir.
 6                THE COURT:  All right.  All right.  Thank you very
 7    much.
 8                The next peremptory is with the Government.
 9                MS. KUMAR:  Your Honor, the Government would request
10    that the Court thank and excuse Juror No. 4.
11                THE COURT:  All right.  Let's call a juror to take
12    Seat No. 4.
13                THE COURTROOM DEPUTY:  Bianca Herrera, please take
14    Juror Seat No. 4.
15                THE COURT:  Good morning.
16                PROSPECTIVE JUROR HERRERA:  Good morning.
17                THE COURT:  If you'll provide us with your
18    background information, please.
19                PROSPECTIVE JUROR HERRERA:  Bianca Herrera.
20    Residence is Carson.  I have an associate's in psychology.  I'm
21    employed by Lucille's.  I'm just a server.  I have no military
22    service.  I'm not married.  I am living with my parents whose
23    occupation is -- my mom is a manager at Home Depot.  My father
24    is a manager in a global refurbishing company.  No children.
25    And no prior jury service.
```

**UNITED STATES DISTRICT COURT**

```
1           THE COURT:  All right.  And I missed your current
2    occupation.
3           PROSPECTIVE JUROR HERRERA:  I'm a waitress at
4    Lucille's.
5           THE COURT:  All right.  And where were you employed
6    prior to that?
7           PROSPECTIVE JUROR HERRERA:  A lot of other
8    restaurants, small jobs.
9           THE COURT:  Okay.  All right.  And do you have any
10   affirmative responses to any of the questions on the longer
11   questionnaire?
12          PROSPECTIVE JUROR HERRERA:  Number 4.
13          THE COURT:  All right.  Do you want to discuss that
14   at sidebar or --
15          PROSPECTIVE JUROR HERRERA:  No.  That's okay.
16          THE COURT:  All right.  When were you -- you were a
17   victim of a crime?
18          PROSPECTIVE JUROR HERRERA:  Burglary.
19          THE COURT:  All right.  How long ago?
20          PROSPECTIVE JUROR HERRERA:  There's numerous
21   occasions, uh, one of them starting maybe ten years ago,
22   nearest one maybe three years ago.
23          THE COURT:  All right.
24          PROSPECTIVE JUROR HERRERA:  A hit-and-run as well.
25          THE COURT:  Is there anything about those
```

```
 1    unfortunate events that would prevent you from being fair in

 2    this case?

 3              PROSPECTIVE JUROR HERRERA:  No.

 4              THE COURT:  Okay.  All right.  Thank you very much.

 5              The next peremptory is with the defense.

 6              MS. BEDNARSKI:  Thank you, Your Honor.  The defense

 7    would thank and excuse Juror No. 10, Mr. Naing.  Thank you.

 8              THE COURT:  All right.  Let's call another juror to

 9    take Seat No. 10.

10              THE COURTROOM DEPUTY:  Rebeca Lourdes Acevedo,

11    please take Seat No. 10.

12              THE COURT:  Good morning.

13              PROSPECTIVE JUROR ACEVEDO:  Hi.  Good morning.

14              My name is Rebeca Acevedo.  I'm from

15    West Los Angeles.  I have a Ph.D.  I work for Loyola Marymount

16    University as a professor and chair of the department.  I'm

17    married with two kids.  The older is 23, and the youngest is

18    19.  One is living in upper San Fran- -- upper California.  I

19    haven't had any previous service.

20              THE COURT:  All right.  And do you live with

21    anybody?

22              PROSPECTIVE JUROR ACEVEDO:  Oh, yes.  My husband is

23    also a professor at Claremont McKenna.

24              THE COURT:  All right.  And what -- I missed the

25    department that you are the chair of at Loyola Marymount --
```

1          PROSPECTIVE JUROR ACEVEDO:  Foreign languages and

2    literature.

3          THE COURT:  And how long have you been employed at

4    Loyola Marymount?

5          PROSPECTIVE JUROR ACEVEDO:  Twenty-one years.

6          THE COURT:  All right.  And your husband, what

7    subject does he teach?

8          PROSPECTIVE JUROR ACEVEDO:  Yes.  He's at Claremont

9    McKenna as a professor at the foreign languages department.

10          THE COURT:  All right.  Do you have any affirmative

11    responses to the questions on the longer questionnaire?

12          PROSPECTIVE JUROR ACEVEDO:  No, I don't.

13          THE COURT:  All right.  Thank you very much.

14          The sixth peremptory is with the defense.

15          MS. BEDNARSKI:  Thank you, Your Honor.  The defense

16    would thank and excuse Juror No. 12, Ms. Truong.

17          THE COURT:  All right.  All right.  Let's call a

18    juror to take Seat No. 12.

19          THE COURTROOM DEPUTY:  Michelle Roslyn Levine,

20    please take Seat No. 12.

21          THE COURT:  Good morning.

22          PROSPECTIVE JUROR LEVINE:  Hi.  Good morning.

23          THE COURT:  When you're ready, if you'll provide us

24    with your background information, please.

25          PROSPECTIVE JUROR LEVINE:  My name is

```
 1   Michelle Roslyn Levine.  I live in -- I live in Agoura Hills.
 2   Um, I have a high school diploma and some college.  Um, I'm a
 3   server at Jinky's Cafe.  I'm single.  I have no children.  And
 4   no prior jury service.
 5              THE COURT:  All right.  I'm sorry.  Do you live
 6   at -- do you live by yourself?
 7              PROSPECTIVE JUROR LEVINE:  I'm sorry.  I live with
 8   my mom.
 9              THE COURT:  Okay.  And what does your mom do?
10              PROSPECTIVE JUROR LEVINE:  She's a nurse.
11              THE COURT:  Okay.  And where does she practice?
12              PROSPECTIVE JUROR LEVINE:  She -- she's had several
13   jobs.  Um, but she just landed a job at a surgery center, and
14   she does home health as well.
15              THE COURT:  All right.  And do you have any
16   affirmative responses to any of the questions on the longer
17   questionnaire?
18              PROSPECTIVE JUROR LEVINE:  No.
19              THE COURT:  All right.  Thank you very much.
20              The Government has the next peremptory challenge.
21              MS. KUMAR:  The Government would request that the
22   Court thank and excuse Juror No. 3.
23              THE COURT:  All right.  Let's pick another juror to
24   fill Seat No. 3.
25              THE COURTROOM DEPUTY:  Terrie Lynn Solomon, please
```

```
 1   take Juror Seat No. 3.
 2              THE COURT:  Good morning.
 3              PROSPECTIVE JUROR SOLOMON:  Good morning.
 4              My name is Terrie Solomon.  I live in Palos Verdes.
 5   I have a master's degree in speech pathology.  I am currently
 6   retired.  I have no military service.  I am married.  I have
 7   two children.  One is 24, one is 21.  Neither one living with
 8   me, which is a good thing.  I have, um -- my husband is
 9   employed as a commercial real estate broker.
10              THE COURT:  And is he living with you?
11              PROSPECTIVE JUROR SOLOMON:  And he is living with me
12   at the moment.  I have prior jury service.  Both cases were
13   criminal.  Both reached a verdict.  One was a DUI case, and the
14   other was a drug-related incident.
15              THE COURT:  All right.  And how long did you work in
16   the area of speech pathology?
17              PROSPECTIVE JUROR SOLOMON:  I worked in brain injury
18   rehabilitation for 14 years.
19              THE COURT:  And were you employed by -- did you have
20   an employer or --
21              PROSPECTIVE JUROR SOLOMON:  I did.  Well, several
22   different employers but through the process, the last one being
23   Long Beach Memorial Hospital.
24              THE COURT:  All right.  And do you have any
25   affirmative responses to any of the questionnaires on the
```

```
 1    longer questionnaire?
 2              PROSPECTIVE JUROR SOLOMON:  Only to No. 4, which was
 3    a theft situation and also a personal assault.
 4              THE COURT:  And would any -- would that event or
 5    did -- would that event prevent you from being fair and
 6    impartial in this case?
 7              PROSPECTIVE JUROR SOLOMON:  No.  Not at all.
 8              THE COURT:  All right.  Thank you very much.
 9              The next peremptory is with the defense.
10              MS. BEDNARSKI:  Thank you, Your Honor.  The jury --
11    the defense would thank and excuse Juror No. 3, Ms. Solomon.
12              THE COURT:  All right.  Thank you very much.
13              Let's call another juror to take Seat No. 3.
14              THE COURTROOM DEPUTY:  Janette Alvarez, please take
15    Juror Seat No. 3.
16              THE COURT:  Good morning.
17              PROSPECTIVE JUROR ALVAREZ:  Good morning.  Good
18    morning.
19              THE COURT:  If you would provide us with your
20    background information, please.
21              PROSPECTIVE JUROR ALVAREZ:  My name is
22    Janette Alvarez.  I live in Long Beach.  I have a master's
23    degree in urban planning.  I do city planning and economic
24    development for the City of Alhambra.  No military service.
25    I'm married.  I live with my husband.  No children.  And I
```

```
 1   haven't served on a jury.
 2              THE COURT:  And how long have you worked for your
 3   current employer?
 4              PROSPECTIVE JUROR ALVAREZ:  Twelve years.
 5              THE COURT:  And is your husband employed?
 6              PROSPECTIVE JUROR ALVAREZ:  Yes.
 7              THE COURT:  And what does he do?
 8              PROSPECTIVE JUROR ALVAREZ:  He's an attorney.
 9              THE COURT:  And what type of law does he practice?
10              PROSPECTIVE JUROR ALVAREZ:  He does municipal law
11   and represents the water agency.
12              THE COURT:  All right.  And does he work for a firm,
13   or does he have his own practice?
14              PROSPECTIVE JUROR ALVAREZ:  Self-employed.
15              THE COURT:  All right.  And other than the obvious,
16   do you have any affirmative responses to any of the questions
17   in the longer questionnaire?
18              PROSPECTIVE JUROR ALVAREZ:  No.
19              THE COURT:  All right.  Thank you very much.
20              The next peremptory is with the defense.
21              MS. BEDNARSKI:  Thank you, Your Honor.  The defense
22   would ask that Juror No. 3, Ms. Alvarez, be excused.
23              THE COURT:  All right.  Let's call another juror for
24   Seat No. 3.
25              THE COURTROOM DEPUTY:  Winter Eddins, please take
```

```
 1   Seat No. 3.
 2             THE COURT:  Good morning.
 3             PROSPECTIVE JUROR EDDINS:  Good morning, Your Honor.
 4             THE COURT:  When you're ready, if you'll give us
 5   your background information, please.
 6             PROSPECTIVE JUROR EDDINS:  Sure.  My name is
 7   Winter Eddins.  I live in Granada Hills, California.  I have a
 8   communication -- communications bachelor's degree from
 9   Cal State Northridge.  I am first an artist, but I'm employed
10   for two companies, LAUSD and Vaughn Charter as a substitute
11   teacher.  No military service.  I am in a relationship.  And no
12   children.  No prior jury service.
13             THE COURT:  And does your -- do you live alone?
14             PROSPECTIVE JUROR EDDINS:  And I live with my
15   mother.  She is an L.V.N.  She does home health.
16             THE COURT:  Okay.  And your significant other?
17             PROSPECTIVE JUROR EDDINS:  Yes.
18             THE COURT:  Occupation?
19             PROSPECTIVE JUROR EDDINS:  He works for a
20   retrofitting company.  He does inspections for real estate,
21   houses.
22             THE COURT:  How long have you worked for the two
23   school districts?
24             PROSPECTIVE JUROR EDDINS:  Four years.
25             THE COURT:  And prior to that?
```

```
 1                PROSPECTIVE JUROR EDDINS:  I was in -- I was in

 2   college.

 3                THE COURT:  Okay.

 4                PROSPECTIVE JUROR EDDINS:  Actually, I worked for

 5   Red Bull.  I was on their marketing team.  I was a Wings

 6   member.

 7                THE COURT:  Do you have any affirmative response to

 8   any of the questions --

 9                PROSPECTIVE JUROR EDDINS:  Yes.  2, 4, 5, 6, 7, and

10   12.

11                THE COURT:  All right.

12                (At sidebar in the presence of

13                 Prospective Juror Eddins:)

14                THE COURT:  Hi.  This is a microphone, and you have

15   to keep your voice up so the court reporter can hear you.

16                PROSPECTIVE JUROR EDDINS:  Okay.

17                THE COURT:  All right.

18                PROSPECTIVE JUROR EDDINS:  Yes.

19                THE COURT:  Why don't we go right to the -- you have

20   No. 12.

21                PROSPECTIVE JUROR EDDINS:  I do have No. 12.

22                THE COURT:  Okay.  Why don't we go right to No. 12.

23                PROSPECTIVE JUROR EDDINS:  Okay.  Well, it's because

24   of the other ones that I feel --

25                THE COURT:  All right.  Then I'll let you take them
```

**UNITED STATES DISTRICT COURT**

1    in any order you want to take them.

2            PROSPECTIVE JUROR EDDINS:  Okay.  My dad is a

3    sheriff for the Los Angeles -- he is a sergeant for the

4    Los Angeles Sheriff's Department for 30 years.  My brother --

5    my brother is in a case right now.  He is charged with -- he's

6    charged with rape.  Um -- and, yes, I've been a victim of

7    domestic violence.

8            And, um, as far as positive credibility for a law

9    enforcement officer -- I talked about my dad and stuff.  So I

10   have, um, certain feelings for law enforcement.  But also,

11   because my brother is in a case, I do kind of feel impartial as

12   a juror.

13           THE COURT:  So what you're telling me, based upon

14   all of those circumstances, that it's going to be difficult for

15   you to be fair and impartial in this case?

16           PROSPECTIVE JUROR EDDINS:  Yes.

17           THE COURT:  Okay.  I realize that you're upset.

18   It's not my intention to --

19           PROSPECTIVE JUROR EDDINS:  I know.

20           THE COURT:  -- make you upset.  I'm just trying to

21   probe as to whether or not you can be fair and impartial in

22   this case.  And if you -- you tell us that you can't, then I

23   will -- I will excuse you.  So you can't.

24           PROSPECTIVE JUROR EDDINS:  I can't.

25           THE COURT:  All right.

```
 1              PROSPECTIVE JUROR EDDINS:  Okay.

 2              THE COURT:  Okay.  Any objection?

 3              MS. KUMAR:  No, Your Honor.

 4              THE COURT:  All right.

 5              PROSPECTIVE JUROR EDDINS:  Thank you.

 6              (In the presence of the prospective jurors:)

 7              THE COURT:  All right.  Let's call another juror for

 8   Seat No. 3.

 9              THE COURTROOM DEPUTY:  David Cervantes, please take

10   Juror Seat No. 3.

11              THE COURT:  Good morning, sir.

12              PROSPECTIVE JUROR CERVANTES:  Good morning,

13   Your Honor.

14              THE COURT:  When you're ready, if you'll provide us

15   with your background information, please.

16              PROSPECTIVE JUROR CERVANTES:  My name is

17   David Cervantes.  I live in Fontana.  High school diploma.

18   Some college.  I work at Huntington Hospital.  I do valet.

19   Engaged.  No children.  No prior jury service.  And I'm

20   21 years old.

21              THE COURT:  All right.  And do you have any

22   affirmative responses to any of the questions on the longer

23   questionnaire?

24              PROSPECTIVE JUROR CERVANTES:  Number 2.

25              THE COURT:  All right.  Do you want to discuss that
```

```
 1  at sidebar?
 2            PROSPECTIVE JUROR CERVANTES:  Yes, please.
 3            THE COURT:  Okay.
 4            (At sidebar in the presence of
 5             Prospective Juror Cervantes:)
 6            THE COURT:  If you'd get a little closer to the
 7  microphone here.
 8            PROSPECTIVE JUROR CERVANTES:  Um, so most of my
 9  family members are gang related.
10            THE COURT:  Okay.
11            MR. KOURY:  I'm sorry, Your Honor.  I couldn't hear.
12  I'm sorry.
13            THE COURT:  He said that his family members are gang
14  related.
15            PROSPECTIVE JUROR CERVANTES:  Most of them.  They're
16  from Mexico.  They're deep in -- so they mostly have criminal
17  offenses.
18            THE COURT:  Okay.  But you're not a -- you don't
19  have any criminal offenses.
20            PROSPECTIVE JUROR CERVANTES:  No, not me.
21            THE COURT:  And you're not a member of a gang.
22            PROSPECTIVE JUROR CERVANTES:  No.  Not me, sir.
23            THE COURT:  And this case doesn't have any
24  implications or have any -- there's no charge of any -- any
25  conduct with respect to gangs.
```

**UNITED STATES DISTRICT COURT**

```
 1              PROSPECTIVE JUROR CERVANTES:  Okay.
 2              THE COURT:  So with that, can you be fair and
 3    impartial in this case?
 4              PROSPECTIVE JUROR CERVANTES:  Yeah.
 5              THE COURT:  Okay.
 6              PROSPECTIVE JUROR CERVANTES:  Sounds good.
 7              THE COURT:  I forgot to ask you, you're employed by
 8    Huntington Hospital --
 9              PROSPECTIVE JUROR CERVANTES:  Yes.
10              THE COURT:  -- as a valet.  How long have you worked
11    there?
12              PROSPECTIVE JUROR CERVANTES:  For about three years.
13              THE COURT:  And prior to that, where did you work?
14              PROSPECTIVE JUROR CERVANTES:  That's my first job,
15    Huntington.
16              THE COURT:  All right.  Thank you.
17              MR. KOURY:  Just curious, I don't know what he does.
18              THE COURT:  Valet.
19              MR. KOURY:  Cars?
20              THE COURT:  Yes.
21              PROSPECTIVE JUROR CERVANTES:  Yeah.  Pretty much
22    cars.
23              (In the presence of the prospective jurors:)
24              THE COURT:  All right.  The next peremptory is with
25    the Government.
```

1            MS. KUMAR:  Your Honor, the Government would request

2    the Court thank and excuse Juror No. 11.

3            THE COURT:  All right.  Let's call a juror to take

4    Seat No. 11.

5            THE COURTROOM DEPUTY:  Marshalle Lavette

6    Weatherspoon, please take Seat No. 11.

7            THE COURT:  Good morning.

8            PROSPECTIVE JUROR WEATHERSPOON:  Good morning,

9    Your Honor.

10            THE COURT:  When you're ready, if you'll give us

11    your background information, please.

12            PROSPECTIVE JUROR WEATHERSPOON:  Yes.  My name is

13    Marshalle Lavette Weatherspoon.  I live in the city of

14    Long Beach.  Um, I have a degree in computer-aided drafting and

15    some college.  I am currently a preschool teacher.  And I have

16    been employed with my current employer for over ten years.  I

17    am soon to be divorced.  Um, I have three children, ages 18,

18    16, and 14.  No prior jury service.

19            THE COURT:  All right.  And do you teach elementary

20    school?

21            PROSPECTIVE JUROR WEATHERSPOON:  No.  I'm a

22    preschool teacher at a private preschool.

23            THE COURT:  Preschool.

24            PROSPECTIVE JUROR WEATHERSPOON:  Yes.

25            THE COURT:  All right.  And your about-to-be-ex

```
 1   husband, is he employed?
 2            PROSPECTIVE JUROR WEATHERSPOON:  Yes, Your Honor.
 3            THE COURT:  And where is he employed?
 4            PROSPECTIVE JUROR WEATHERSPOON:  Um, he is a
 5   sergeant for the L.A. County Sheriff's Department.
 6            THE COURT:  Okay.  And do you have any -- other than
 7   the obvious, do you have any affirmative responses to any of
 8   the questions on the longer questionnaire?
 9            PROSPECTIVE JUROR WEATHERSPOON:  No, Your Honor.
10            THE COURT:  All right.  Given the fact that your
11   about-to-be-ex husband is a police officer, is that going to
12   affect your ability to be fair and impartial in this case?
13            PROSPECTIVE JUROR WEATHERSPOON:  No, Your Honor.
14            THE COURT:  All right.  The next peremptory is with
15   the defense.
16            MS. BEDNARSKI:  Thank you, Your Honor.  The defense
17   will accept the jury panel.
18            THE COURT:  All right.  The Government has one
19   remaining peremptory challenge.
20            MS. KUMAR:  The Government would request the Court
21   thank and excuse Juror No. 4, please.
22            THE COURT:  All right.  Let's call a new juror to
23   take Seat No. 4.
24            THE COURTROOM DEPUTY:  Brigida Ornelas Crooks,
25   please take Seat No. 4.
```

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  Good morning.
 2              PROSPECTIVE JUROR CROOKS:  Good morning.
 3              THE COURT:  If you would give us your background
 4    information, please.
 5              PROSPECTIVE JUROR CROOKS:  Certainly.
 6              My name is Brigida Ornelas Crooks.  I live in
 7    Carpinteria, California.  I have a master's degree in nursing.
 8    I work for Santa Barbara Cottage Hospital as an emergency room
 9    manager.  I have no military service.  I am married.  I have
10    four adult children, not living with me.  I have been summoned
11    but never served.
12              THE COURT:  All right.  And how long have you worked
13    in your current -- for your current employer?
14              PROSPECTIVE JUROR CROOKS:  Twenty-seven years.
15              THE COURT:  And is your husband employed?
16              PROSPECTIVE JUROR CROOKS:  Yes, he is.
17              THE COURT:  What does he do?
18              PROSPECTIVE JUROR CROOKS:  He's a tile designer and
19    contractor.
20              THE COURT:  All right.  And do you have any
21    affirmative responses to any of the questions in the longer
22    questionnaire?
23              PROSPECTIVE JUROR CROOKS:  Yes.  Number 5.
24              THE COURT:  Number 5?
25              PROSPECTIVE JUROR CROOKS:  Yes.
```

1            THE COURT:  All right.  And do you want to

2    discuss -- do you want to discuss this at sidebar?

3            PROSPECTIVE JUROR CROOKS:  No.  My oldest son works

4    for Santa Barbara Police Department.

5            THE COURT:  All right.  And is there anything about

6    the fact that he is a law enforcement officer --

7            PROSPECTIVE JUROR CROOKS:  No.

8            THE COURT:  Is he a law enforcement officer?

9            PROSPECTIVE JUROR CROOKS:  Yes.

10            THE COURT:  Is there anything about that that would

11    prevent you from being fair and impartial in this case?

12            PROSPECTIVE JUROR CROOKS:  No.

13            THE COURT:  All right.  The defense has a -- one

14    remaining peremptory.

15            MS. BEDNARSKI:  Thank you, Your Honor.  The defense

16    will thank and excuse Juror No. 4, Ms. Crooks.

17            THE COURT:  All right.  Let's call another juror to

18    take Seat No. 4.

19            THE COURTROOM DEPUTY:  Olga Marquez, please take

20    Seat No. 4.

21            THE COURT:  Good morning.

22            PROSPECTIVE JUROR MARQUEZ:  Good morning,

23    Your Honor.

24            THE COURT:  When you're ready, if you'll give us

25    your background information, please.

```
 1                PROSPECTIVE JUROR MARQUEZ:  My name is Olga Marquez.
 2   I live in the city of Azusa.  Um, highest education is high
 3   school, some college.  My employer is Los Angeles County
 4   district attorneys.  I'm a legal assistant there.  No military
 5   service.  I'm married.  I have three kids, ages 6, 8, and 14.
 6   And I have not done jury duty before.
 7                THE COURT:  All right.  How long have you worked for
 8   the District Attorney's Office?
 9                PROSPECTIVE JUROR MARQUEZ:  Fifteen years.
10                THE COURT:  And are you assigned to -- currently
11   assigned to a particular unit in criminal?
12                PROSPECTIVE JUROR MARQUEZ:  Criminal.
13                THE COURT:  And what types of crimes are prosecuted
14   in that unit?
15                PROSPECTIVE JUROR MARQUEZ:  Um, DUIs, uh, drug -- I
16   mean, all criminal.  We have so much stuff.
17                THE COURT:  All right.  And is there anything about
18   the fact that you work for the District Attorney's Office that
19   would prevent you from being fair and impartial in this case?
20                PROSPECTIVE JUROR MARQUEZ:  Yes.
21                THE COURT:  All right.  Why don't we discuss that at
22   sidebar.
23                (At sidebar in the presence of
24                 Prospective Juror Marquez:)
25                THE COURT:  All right.  Come forward.  Tell us why
```

```
 1    you would be unable to sit as a fair and impartial juror in
 2    this case.
 3                PROSPECTIVE JUROR MARQUEZ:  Just because --
 4                THE COURT:  You have to keep your voice up.
 5                PROSPECTIVE JUROR MARQUEZ:  Just because I've been
 6    in --
 7                THE COURT:  You've been what?
 8                PROSPECTIVE JUROR MARQUEZ:  I've been in law
 9    enforcement for 15 years.  I read all this stuff.  I -- I'm
10    kind of more on the law enforcement side, just --
11                THE COURT:  So you don't think you can sit and
12    listen to this evidence and make a determination as to the
13    credibility of the witnesses and then listen to my instructions
14    and apply those instructions and come up with a fair verdict?
15                PROSPECTIVE JUROR MARQUEZ:  I mean, I'm going to be
16    honest, I --
17                THE COURT:  No.  We want you to be honest.
18                PROSPECTIVE JUROR MARQUEZ:  Yeah.  No, I don't think
19    I can.
20                THE COURT:  Any objection?
21                MR. KOURY:  No.
22                MS. KUMAR:  No, Your Honor.
23                THE COURT:  All right.  Thank you very much.
24                (In the presence of the prospective jurors:)
25                THE COURT:  All right.  Let's call another juror to
```

```
 1   take Seat No. 4.
 2            THE COURTROOM DEPUTY:  John Cameron Guild, please
 3   take Seat No. 4.
 4            THE COURT:  Good morning, sir.
 5            PROSPECTIVE JUROR GUILD:  Good morning.
 6            THE COURT:  Would you provide us with your
 7   background information, please.
 8            PROSPECTIVE JUROR GUILD:  My name is John Cameron
 9   Guild.  I live in Lancaster.  I've got an associate's of
10   science degree.  I work for Los Angeles County Department of
11   Public Works in survey mapping.  I was in the Naval Reserve in
12   the Seabees.  I'm married.  I have -- my wife's son lives with
13   us, my oldest -- or middle son is living with us, his
14   girlfriend, and our oldest son and his son will be moving back
15   in within a couple of days.
16            THE COURT:  You have a house full.
17            PROSPECTIVE JUROR GUILD:  Yes.
18            Um, my wife works for Lancaster School District.
19            THE COURT:  And what does she do there?
20            PROSPECTIVE JUROR GUILD:  They've changed the name
21   of her job.  It was a clerk -- categorical program specialist.
22            THE COURT:  All right.
23            PROSPECTIVE JUROR GUILD:  She basically takes care
24   of the testing, supplies purchasing for the school.
25            THE COURT:  All right.  And could you describe for
```

1    us the general duties and responsibilities that you have in the

2    Public Works division?

3              PROSPECTIVE JUROR GUILD:  I work at the survey

4    public counter, and I am the Web site administrator for our

5    land records information Web site.

6              THE COURT:  And the survey public counter, what does

7    that entail?

8              PROSPECTIVE JUROR GUILD:  We -- we maintain all

9    survey records for Los Angeles County.

10             THE COURT:  Okay.  All right.  And how long have you

11   been employed by the -- by L.A. County?

12             PROSPECTIVE JUROR GUILD:  Going on 32 years.

13             THE COURT:  And do you have any affirmative

14   responses to any of the questions on the longer questionnaire?

15             PROSPECTIVE JUROR GUILD:  No.

16             THE COURT:  All right.  Thank you very much.

17             I don't see that any of the counsel have any

18   peremptory challenges left.

19             MR. KOURY:  Your Honor, we would like to approach.

20             THE COURT:  As to what?

21             MR. KOURY:  Requesting an additional one for the one

22   that we passed on.

23             THE COURT:  All right.  I will grant that.

24             MS. BEDNARSKI:  Your Honor, the defense will thank

25   and excuse Juror No. 4, Mr. Guild.

1            THE COURT:  All right.  Let's seat another juror in

2      Seat No. 4.

3            THE COURTROOM DEPUTY:  Gail Oliver, please take

4      Seat No. 4.

5            THE COURT:  Good morning.

6            PROSPECTIVE JUROR OLIVER:  Good morning, Your Honor.

7            THE COURT:  If you would give us the background

8      information, please.  You have one of those questionnaires

9      there?

10            PROSPECTIVE JUROR OLIVER:  Is it this one?

11            My name is Gail Oliver.  I live in Lynwood,

12     California.  Highest education is 12th, some college.  I work

13     for Daylight Transport, a transportation company.  Um, I've

14     been married for 46 years.  Um, three children, all too old to

15     talk about.  No prior jury service.  I've been called before

16     but never served.

17            THE COURT:  All right.

18            PROSPECTIVE JUROR OLIVER:  And no criminal past.

19            THE COURT:  How long have you worked for your

20     current employer?

21            PROSPECTIVE JUROR OLIVER:  Seventeen years.

22            THE COURT:  And could you describe for us the

23     general nature of your duties and responsibilities.

24            PROSPECTIVE JUROR OLIVER:  Yes.  Credit and

25     collection.

1          THE COURT:  All right.  And is your husband

2     employed?

3          PROSPECTIVE JUROR OLIVER:  No.  He retired last

4     year.  He worked for 20 years for ABF.  Prior to that, he

5     worked for about 16 years for Overnight Transportation.

6          THE COURT:  And what did he do at those jobs?

7          PROSPECTIVE JUROR OLIVER:  Terminal manager.

8          THE COURT:  All right.  And do you have any

9     affirmative responses to any of the questions of the longer

10    questionnaire?

11         PROSPECTIVE JUROR OLIVER:  Is that this one?  Uh,

12    no.

13         THE COURT:  All right.  Thank you very much.

14         That concludes the exercise of the peremptory

15    challenges.

16         And is there any reason why this jury should not be

17    impaneled?

18         MS. KUMAR:  No, Your Honor.

19         MS. BEDNARSKI:  No, sir.

20         THE COURT:  All right.  Let's swear the jury.

21         THE COURTROOM DEPUTY:  Please rise.  Raise your

22    right hands.

23         Ladies and gentlemen, do you and each of you

24    solemnly swear and/or affirm that you will well and truly try

25    the cause now before this Court and a true verdict therein

**UNITED STATES DISTRICT COURT**

    1   render according to the evidence and the instructions of the

    2   Court, so help you God?

    3               THE JURORS:  (Collectively)  I do.

    4               THE COURTROOM DEPUTY:  Thank you.  Please be seated.

    5               THE COURT:  All right.  We're going to seat two

    6   alternate jurors.  So let's call two alternates.  The first

    7   alternate will take the seat at the end of the row on the top,

    8   and the second alternate will take the seat on the bottom.

    9               THE COURTROOM DEPUTY:  Luz Sanchez, please take

   10   Alternate Seat No. 1.  Natasha Ashe, please take Alternate

   11   Seat No. 2.

   12               THE COURT:  Let's start with Alternate No. 1.  Good

   13   morning.

   14               PROSPECTIVE JUROR SANCHEZ:  Good morning.

   15               THE COURT:  If you'd provide us with your background

   16   information, please.

   17               PROSPECTIVE JUROR SANCHEZ:  My name is Luz Sanchez.

   18   I live in Downey.  I graduated high school.  And I'm currently

   19   going to Mount Saint Mary's for a nursing degree.  I work right

   20   now at Ralphs in the Starbucks.  No military service.  Not

   21   married.  I'm single.  I live with my parents.  They own a

   22   restaurant.  I don't have children.  Um, this is my first time

   23   being called for jury duty.

   24               THE COURT:  All right.  And do you have any

   25   affirmative responses to any of the questions on the longer

```
 1   questionnaire?
 2              PROSPECTIVE JUROR SANCHEZ:  No.
 3              THE COURT:  All right.  Thank you very much.
 4              Let's now go to Alternate No. 2.
 5              Good morning.
 6              PROSPECTIVE JUROR ASHE:  Good morning, Your Honor.
 7              My name is Natasha Ashe.  I live in Thousand Oaks.
 8   I have a bachelor's degree in business economics.  My current
 9   employer is Property Management Professionals, LLC.  I've been
10   working there for about two weeks but previously was with
11   Sherwood Valley Homeowners Association.  It's the same
12   location.  And then, not married, so single.  Live with my
13   parents and two siblings.  My father is a supervising probation
14   officer of investigations.  My mom is a manager with PathPoint
15   and works with developmentally disabled adults.  My sister
16   works for the same company.  And my brother -- I actually do
17   not know his occupation.  He's got his MBA and works for a
18   couple different companies.  No children.  And first jury
19   service.
20              THE COURT:  All right.  And could you describe for
21   us the general nature of your duties and responsibilities at
22   work?
23              PROSPECTIVE JUROR ASHE:  Yes.  So we manage a lake
24   and have two golf courses behind a gated company.  And I do
25   administrative work, doing watercraft registration and
```

1    everything under the sun.

2         THE COURT:  All right.  And do you have any

3    affirmative responses to any of the questions on the longer

4    questionnaire?

5         PROSPECTIVE JUROR ASHE:  Besides the obvious, yes.

6         THE COURT:  Pardon me?

7         PROSPECTIVE JUROR ASHE:  I said besides the obvious.

8    My dad's a probation officer, yes.

9         THE COURT:  All right.  Which number?

10        PROSPECTIVE JUROR ASHE:  Um --

11        THE COURT:  You want to discuss them at sidebar?

12        PROSPECTIVE JUROR ASHE:  Sure.  Sure.

13        THE COURT:  It's up to you.

14        PROSPECTIVE JUROR ASHE:  Yeah.

15        THE COURT:  Okay.

16             (At sidebar in the presence of

17              Prospective Juror Ashe:)

18        THE COURT:  This is a microphone.  Keep your voice

19    up.

20             All right.  So which numbers?

21        PROSPECTIVE JUROR ASHE:  I don't even remember the

22    numbers.

23        THE COURT:  Okay.  Just tell us what the issue is.

24        PROSPECTIVE JUROR ASHE:  Yeah.  Well, I mean, my --

25    I'm very close with my dad, and I know a lot about his legal

1    involvement, being a supervising probation officer in

2    investigations.  So, I mean, I have experience with that

3    information, and I feel like I'll be biased with any sort of

4    jury service.

5            THE COURT:  Okay.  Well, let's discuss that a little

6    bit because you're obviously very intelligent.  And we're going

7    to have witnesses testify in this case, both for the defense

8    and for the Government.  It's going to be your job to determine

9    the credibility of those witnesses and find the facts and then

10   apply the instructions that I give -- as I give them to you and

11   deliberate with your fellow jurors to arrive at a verdict if

12   you can.

13           Can you do that?

14           PROSPECTIVE JUROR ASHE:  I would like to say that I

15   would, but I still feel like I would have bias.

16           THE COURT:  What would be your bias?

17           PROSPECTIVE JUROR ASHE:  I don't know that I would

18   be able to confidently review all of the information that was

19   presented and still give a, I guess, positive response to the

20   defense.

21           THE COURT:  Okay.  All right.  Why don't you step

22   aside.  If you'll step over there.

23           (At sidebar out of the presence of

24            Prospective Juror Ashe:)

25           THE COURT:  Based on that, I think there's no need

```
 1    to keep her here.
 2                MS. KUMAR:  Yes, Your Honor.
 3                MS. BEDNARSKI:  Okay.
 4                (In the presence of the prospective jurors:)
 5                THE COURT:  Okay.  Let's call another name to take
 6    Alternate Juror Seat No. 2.
 7                THE COURTROOM DEPUTY:  Pamela Jones, please take
 8    Alternate Seat No. 2.
 9                THE COURT:  Good morning.
10                PROSPECTIVE JUROR JONES:  Good morning.
11                THE COURT:  Almost afternoon.
12                If you'll give us your background information.
13                PROSPECTIVE JUROR JONES:  My name is Pamela Jones.
14    I'm from Los Angeles, California.  I have an educational degree
15    from USC.  Um, I work for L.A. Unified School District.  I'm a
16    school teacher.  I have no military service.  I'm a single mom
17    of a 13-year-old with a reading and writing disability.
18                THE COURT:  Do you have any prior jury service?
19                PROSPECTIVE JUROR JONES:  Been -- been -- some but
20    never sat in trial.
21                THE COURT:  Okay.  And how long have you worked for
22    your current employer?
23                PROSPECTIVE JUROR JONES:  Fifteen years.
24                THE COURT:  And do you have any affirmative
25    responses to any of the questions in the longer questionnaire?
```

1          PROSPECTIVE JUROR JONES:  Yes.  Number 4.  I think

2    it's Number 4.

3          THE COURT:  All right.  And do you want to discuss

4    that at sidebar?

5          PROSPECTIVE JUROR JONES:  Yes.

6          THE COURT:  Or -- it's up to you.

7          PROSPECTIVE JUROR JONES:  Yes, I do.

8          THE COURT:  Okay.

9          (At sidebar in the presence of

10          Prospective Juror Jones:)

11         PROSPECTIVE JUROR JONES:  I wanted to clarify that

12   my -- my disabled son --

13         THE COURT:  Speak into the mic.

14         PROSPECTIVE JUROR JONES:  Oh.  My disabled son was

15   jumped October 2016.  It was gang related.  And I was

16   disappointed because the law excused the several boys that

17   jumped my son because they were minors.  So there was no

18   consequences or repercussions.

19         So that really hurt me in terms of the law, that the

20   law would have so many loopholes or excuses for a person's

21   behavior.  You know, they were -- uh, what do they call it?

22   There were areas of checkoffs, the reason why they could not

23   prosecute or do nothing to those several children.

24         My son's arm was broke.  So they took none of that

25   into consideration.  So my son was left with a broken arm.

He's still going to counseling for that.

THE COURT:  All right.  Let me stop you.

Can you put that aside and judge this case based on the evidence that will be put on during the course of this trial?

PROSPECTIVE JUROR JONES:  You know, I was thinking about that while I was sitting there.  And my thing was not being knowledgeable of the law.  And I would hate to look at a certain person's behavior and not know how that does not fit with the law.  I don't know if that makes any sense.

THE COURT:  Well, in this case, there's going to be evidence produced by the witnesses, and there will be documents.  And there is nothing to decide about violence -- there's no violence involved in this case.

PROSPECTIVE JUROR JONES:  But if I don't understand the law, like some of the things you were saying --

THE COURT:  Well, you'll understand the law because I'm going to give you very clear instructions in terms of what the law is you apply to the case.  Your job is to listen to the witnesses and make a determination as to the credibility of the witnesses and review all of the evidence, and then I will give you the instructions as to the law.  And you have to follow those instructions and apply those instructions --

PROSPECTIVE JUROR JONES:  Even if I don't agree with them?

```
 1              THE COURT:  That's right.  Even if you don't agree
 2     with them.  Can you do that?
 3              PROSPECTIVE JUROR JONES:  Well, that is just like
 4     with my son.  I didn't agree with the law, and they sent those
 5     boys to walk free.
 6              THE COURT:  But that was different.  That is what we
 7     call a prosecutorial decision where somebody, for whatever
 8     reason -- and obviously, you think the reason is inappropriate,
 9     and I don't necessarily disagree with you.  But that's a
10     prosecutorial decision.
11              This is a decision with respect to following the
12     law.  And the law is going to be in the instructions that I
13     give you.
14              Can you do that?  Can you be a fair and impartial
15     juror?
16              PROSPECTIVE JUROR JONES:  Well, if you're telling me
17     that I have to do something, that means I'm doing it because
18     you're telling me to do it.
19              THE COURT:  No, I'm asking -- well, I'm asking you
20     to follow the law.  We have spent a lot of time preparing jury
21     instructions in this case.
22              PROSPECTIVE JUROR JONES:  Yes.
23              THE COURT:  And the law is going to be set forth in
24     those instructions.  So I'm telling you --
25              PROSPECTIVE JUROR JONES:  I have to follow the law.
```

1          THE COURT:  You have to follow the law.

2          PROSPECTIVE JUROR JONES:  As they did, they followed

3    the law and let those boys go.

4          THE COURT:  No, they made a discretionary decision

5    as to whether or not to bring charges.  We're way beyond that

6    in this case.  Charges have been brought.  Now it's a

7    determination of the jury to determine guilt or innocence.

8          PROSPECTIVE JUROR JONES:  Like you said, I have to

9    follow the law.

10          THE COURT:  Yes, you have to follow my instructions.

11    Can you do that?

12          PROSPECTIVE JUROR JONES:  I will have to.

13          THE COURT:  Yes, you have to, but there's going to

14    be no one sitting in the jury room with a gun to your head.

15          So if you have some -- some subjective intent of

16    going into the jury room and saying that "I don't care what he

17    instructs me, I'm not going to follow those instructions," that

18    would be improper.

19          PROSPECTIVE JUROR JONES:  Correct.

20          THE COURT:  And you're not going to do that, are

21    you?

22          PROSPECTIVE JUROR JONES:  I can't.

23          THE COURT:  You cannot.  So you would follow my

24    instructions?

25          PROSPECTIVE JUROR JONES:  I have to.

1          THE COURT:  Okay.  All right.  So you can tell these

2    lawyers that you can give their client a fair and -- fair and

3    impartial trial?

4          PROSPECTIVE JUROR JONES:  I have to because you said

5    I have to follow the law.  So I have to follow the law.

6          THE COURT:  No.  No.  Following the law is different

7    because there's credibility issues that -- and facts to be

8    found which are in the province to the jury to do.  That's your

9    determination.  That has nothing to do with the law.

10          There's going to be a witness who's going to testify

11    to Version A of an event and perhaps a person who's going to

12    testify that they witnessed the same but it's a different --

13    their version is different.  That's what the jury does, makes

14    determinations as to who's right and who's wrong.  And once you

15    find those facts, then you apply the law as I give it to you.

16          I need to know if you can do that.  These lawyers

17    need to know because this is a very important trial for both of

18    them.

19          PROSPECTIVE JUROR JONES:  I'll follow the law.  I'll

20    say I have to follow the law.

21          THE COURT:  Okay.  All right.  So you can be a fair

22    and impartial juror?

23          PROSPECTIVE JUROR JONES:  I have to.  I have to

24    follow the law.

25          THE COURT:  Okay.  Why don't you step over there.

```
 1                    (At sidebar out of the presence of
 2                     Prospective Juror Jones:)
 3              MS. KUMAR:  Your Honor, I do have some concerns.
 4    She seemed to --
 5              THE COURT:  Yeah.  I'm not sure.  I don't think
 6    she's going to be an adequate juror.
 7              MS. BEDNARSKI:  I think she's just having trouble
 8    coming up with the words.  I think she can be fair.
 9              THE COURT:  And she doesn't admit that she can be
10    fair.  That's the problem.
11              Okay.  We'll let her go.
12                    (At sidebar in the presence of
13                     Prospective Juror Jones:)
14              THE COURT:  All right.  Thank you very much.
15                    (In the presence of the prospective jurors:)
16              THE COURT:  All right.  Let's call another juror to
17    take Alternate Seat No. 2.
18              THE COURTROOM DEPUTY:  Franco Ostad, please take
19    Alternate Seat No. 2.
20              PROSPECTIVE JUROR OSTAD:  Good morning.
21              THE COURT:  Good morning.
22              Give us your background information, please.
23              PROSPECTIVE JUROR OSTAD:  My name is Franco Farshid
24    Pourostadkar.  Now it's Ostad.  Residence, I live in Torrance.
25    Some college.  Self-employed.  I'm in the jewelry business at
```

```
 1    this moment.  Before, I was working for my family in the
 2    Oriental rug business.  And no children.  Engaged.  I take care
 3    of her daughters.  And currently, I take care of my dad.
 4    He's -- he has cancer.
 5              THE COURT:  All right.  And so you're self-employed;
 6    is that correct?
 7              PROSPECTIVE JUROR OSTAD:  Yes.
 8              THE COURT:  And in the -- not only the jewelry
 9    business but the Oriental rug business?  Or both?
10              PROSPECTIVE JUROR OSTAD:  Oh, that was before.
11              THE COURT:  Before.
12              PROSPECTIVE JUROR OSTAD:  Oriental -- you know, with
13    my relative.  And now I'm in the jewelry business.
14              THE COURT:  All right.  And do you have any
15    affirmative responses to any of the questions on the longer
16    questionnaire?
17              PROSPECTIVE JUROR OSTAD:  Yes.
18              THE COURT:  Which numbers?
19              PROSPECTIVE JUROR OSTAD:  Um, several.
20              THE COURT:  All right.  Why don't we discuss them at
21    sidebar.
22              PROSPECTIVE JUROR OSTAD:  Okay.
23              (At sidebar in the presence of
24               Prospective Juror Ostad:)
25              PROSPECTIVE JUROR OSTAD:  About the military.
```

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  Pardon me?
 2              PROSPECTIVE JUROR OSTAD:  About the -- having
 3   training for military.  Not in United States.
 4              THE COURT:  Okay.
 5              PROSPECTIVE JUROR OSTAD:  Training in different
 6   country.
 7              THE COURT:  All right.  Which country?
 8              PROSPECTIVE JUROR OSTAD:  Iran.
 9              THE COURT:  Okay.
10              PROSPECTIVE JUROR OSTAD:  And I have training before
11   I escaped from Iran.  I was a refugee.  Only for three months.
12              THE COURT:  Okay.
13              PROSPECTIVE JUROR OSTAD:  Before I become drafted to
14   war and then escaped.
15              THE COURT:  All right.
16              PROSPECTIVE JUROR OSTAD:  And then --
17              THE COURT:  Looking at this questionnaire, do you
18   have any "yes" answers to any of the questions on this
19   questionnaire?
20              PROSPECTIVE JUROR OSTAD:  Um, that was one of them.
21   And then another question was -- no.  That's it.
22              THE COURT:  Okay.  All right.  Thank you very much.
23              PROSPECTIVE JUROR OSTAD:  All right.
24              (In the presence of the prospective jurors:)
25              THE COURT:  All right.  The Government has a
```

```
 1    peremptory to the alternates.

 2              MS. KUMAR:  Your Honor, the Government is -- is okay

 3    with the panel as currently constituted.

 4              THE COURT:  All right.  The defense?

 5              MS. BEDNARSKI:  Thank you, Your Honor.

 6              Your Honor, we would ask the Court to thank and

 7    excuse Alternate Juror No. 2, Mr. Ostad.

 8              THE COURT:  All right.  Let's call another juror to

 9    take Alternate No. 2's seat.

10              THE COURTROOM DEPUTY:  Matthew Chavez, please take

11    Alternate Seat No. 2.

12              THE COURT:  Good morning.

13              PROSPECTIVE JUROR CHAVEZ:  Good morning, Your Honor.

14              THE COURT:  If you'd provide us with your background

15    information, please.

16              PROSPECTIVE JUROR CHAVEZ:  My name is

17    Matthew Chavez.  I live in Diamond Bar.  High school education

18    and some college.  Currently employed by UPS.  No military.  I

19    have a girlfriend.  We live together.

20              THE COURT:  All right.  What does she do?

21              PROSPECTIVE JUROR CHAVEZ:  She works for Starbucks.

22              THE COURT:  Okay.  Have you had any prior jury

23    experience?

24              PROSPECTIVE JUROR CHAVEZ:  No.

25              THE COURT:  All right.  And how long have you worked
```

1    for UPS?

2            PROSPECTIVE JUROR CHAVEZ:  Uh, three months.

3            THE COURT:  And where did you work prior to that?

4            PROSPECTIVE JUROR CHAVEZ:  Entertainment company

5    with West Coast Customs.

6            THE COURT:  And what did you do for the

7    entertainment company?

8            PROSPECTIVE JUROR CHAVEZ:  Set up a truss structure

9    and pretty much, like --

10           THE COURT:  All right.  What do you do for UPS?

11           PROSPECTIVE JUROR CHAVEZ:  Package handler.

12           THE COURT:  Okay.  And do you have any affirmative

13   responses to any of the questions on the longer questionnaire?

14           PROSPECTIVE JUROR CHAVEZ:  Yes.

15           THE COURT:  Which numbers?

16           PROSPECTIVE JUROR CHAVEZ:  Number 5.

17           THE COURT:  All right.

18           PROSPECTIVE JUROR CHAVEZ:  My father worked for the

19   DEA, and my mother and father also work for LAPD.

20           THE COURT:  I'm sorry.  Your mother works for LAPD?

21           PROSPECTIVE JUROR CHAVEZ:  Yes.

22           THE COURT:  All right.  And your father works for

23   the DEA?

24           PROSPECTIVE JUROR CHAVEZ:  Did.

25           THE COURT:  Did.

**UNITED STATES DISTRICT COURT**

1          PROSPECTIVE JUROR CHAVEZ:  Now he works for LAPD.

2          THE COURT:  So he retired from the DEA and works for

3   LAPD?

4          PROSPECTIVE JUROR CHAVEZ:  Yeah.

5          THE COURT:  Is there anything about the fact that

6   your family members are members of law enforcement that would

7   prevent you from being fair and impartial in this case?

8          PROSPECTIVE JUROR CHAVEZ:  No, sir.

9          THE COURT:  All right.  Any reason why we shouldn't

10  impanel the alternates?

11         MS. KUMAR:  No, Your Honor.

12         MS. BEDNARSKI:  No, sir.

13         THE COURT:  All right.  Let's swear the alternates.

14         THE COURTROOM DEPUTY:  Please rise.  Raise your

15  right hand.

16         Do each of you as alternate jurors solemnly swear

17  that you will well and truly try the cause now before the Court

18  and a true verdict therein render according to the evidence and

19  the instructions of the Court, so help you God?

20         THE ALTERNATE JURORS:  (Collectively) I do.

21         THE COURT:  All right.  Ladies and gentlemen of the

22  audience, I want to thank you very much for your participation

23  today.  And if you'll leave your questionnaires on the bench

24  and then report back to the jury commissioner's office, perhaps

25  there's another court that can utilize your services.

1          All right.  I'm going to take just a few minutes to

2   give some preliminary instructions to the jury.

3          Ladies and gentlemen, you're now the jury in this

4   case, and I want to take a few minutes to tell you something

5   about your duties as jurors and give you some preliminary

6   instructions.

7          What I will now say is intended to serve as an

8   introduction to the trial of the entire case.  It is not a

9   substitute for the detailed instructions on the law, which I

10  will give you at the end of the case before you retire to

11  deliberate on your verdict.

12         As we discussed, this is a criminal case brought by

13  the United States Government.  The charges against the

14  defendant are contained in the First Superseding Indictment,

15  which has been summarized for you.  The Indictment is simply

16  the description of the charges made by the Government against

17  the defendant, and it is not evidence of anything.

18         At the conclusion of the trial, I will tell you in

19  detail what the Government must prove in order to convict the

20  defendant.  For the moment, I would just ask you to remember

21  that throughout the trial, the defendant is presumed innocent,

22  and the Government has the burden of proving guilt beyond a

23  reasonable doubt.

24         The burden of proof beyond a reasonable doubt is

25  different than the burden imposed on the plaintiff in a civil

1    case and it is on the Government until the very end of the

2    case.  I will tell you more when I instruct you at the

3    conclusion of the case concerning this burden.

4           For the moment, I will just say that this burden

5    means that the defendant and his lawyers need not present any

6    evidence in this case if they choose not to do so.  They could

7    sit in silence throughout all these proceedings without ever

8    saying a word, and you could draw no inference against the

9    defendant.  You cannot find a defendant guilty unless and until

10   you are unanimously convinced beyond a reasonable doubt of his

11   guilt based upon the evidence in this case.

12          Now, the evidence you are to consider in deciding

13   what the facts are consists of the following:

14          The sworn testimony of any witnesses, the exhibits

15   which are received into evidence, and any facts to which all of

16   the lawyers stipulate.

17          The following things are not evidence, and you must

18   not consider them as evidence in deciding the facts of this

19   case:

20          Statements and arguments of the attorneys, questions

21   and objections of the attorneys, testimony that I instruct you

22   to disregard, and anything you may see or hear when the court

23   is not in session, even if what you see or hear is done or said

24   by one of the parties or by one of the witnesses.

25          Some evidence is admitted for a limited purpose

only.  When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and for no other.

Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.  Circumstantial evidence is indirect evidence, that is, it's proof of one or more facts from which one can find another fact.  You are to consider both direct and circumstantial evidence.  The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

There are rules of evidence which control what can be received into evidence.  When a lawyer asks a question or offers an exhibit into evidence and the lawyer on the other side thinks it's not permitted by the rules of evidence, that lawyer may object.

If I overrule the objection, the question may be answered or the exhibit received.  If I sustain the objection, the question cannot be answered and the exhibit cannot be received.  Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer would have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence.  That

means that when you're deciding this case, you must not

consider the evidence which I told you to disregard.

In deciding the facts in this case, you may have to

decide which testimony to believe and which testimony not to

believe.  You may believe everything a witness says or part of

it or none of it.

In considering the testimony of any witness, you may

take into account the following:

The opportunity and ability of the witness to see or

hear or know the things testified to;

The witness's memory;

The witness's manner while testifying;

The witness's interest in the outcome of the case

and any bias or prejudice;

Whether other evidence contradicted the witness's

testimony;

The reasonableness of the witness's testimony in

light of all of the evidence;

And any other factors that bear on believability.

The weight of the evidence as to a fact does not

necessarily depend on the number of witnesses who testify.

At the end of the trial, you will have to make your

decision based upon what you recall of the evidence.  Although

we have a court reporter here, you will not have a written

transcript of the trial testimony to review during your

1    deliberations.  Therefore, you must pay close attention to the

2    testimony as it is given.

3          On the other hand, any papers and/or tangible

4    exhibits received into evidence during the trial will be

5    available to you for study during your deliberations.

6          If you wish, you may take notes to help you remember

7    what the witnesses said.  If you do take notes, please keep

8    them to yourself until you and your fellow jurors go to the

9    jury room to decide the case.  Do not let note-taking interfere

10   with your important duty of listening carefully to all of the

11   evidence and evaluating the credibility of the witnesses.  When

12   you leave, your notes should be left in the jury room.

13         Whether or not you take notes, you should rely on

14   your own memory of what was said.  Notes are only to assist

15   your memory.  You should never be overly influenced by your

16   notes.

17         Let me take a moment to explain that neither the

18   parties nor the attorneys are permitted to talk to the jurors

19   outside of these formal proceedings in the courtroom, even to

20   offer a friendly greeting.  So if you happen to see them

21   outside of this courtroom, they will and should ignore you.

22   Please do not take offense.  They will only be acting properly

23   by doing so.

24         In the same vein, I instruct you not to approach any

25   of the attorneys or engage them in conversation, whether about

1   this case or about any other subject.

2         Now I'm going to provide you with some important

3   rules about your conduct as jurors.

4         First, you're not to discuss this case with anyone,

5   including your fellow jurors, members of your family, people

6   involved in the trial, or anyone else, nor are you allowed to

7   permit others to discuss the case with you.  As I indicated

8   earlier this morning, if anyone approaches you and tries to

9   talk to you about the case, please let me know about it

10  immediately.

11        Although I do not anticipate there will be any news

12  stories about this case, you must not read any news stories or

13  articles or listen to any radio or television reports about the

14  case or about anyone who has anything to do with it.

15        Third, do not do any research or make any

16  investigation on your own about the matters relating to this

17  case or this type of case.  This means, for example, that you

18  must not consult reference works, dictionaries, or search the

19  Internet for additional information.  You must decide this case

20  based only on the evidence presented in the courtroom and my

21  instructions about the law.  It would be improper for you to

22  try to supplement that information on your own.

23        You should not concern yourself with or consider

24  possible punishment that might be imposed if you return a

25  verdict of guilty.

1          If you need to communicate with me, simply give a

2    signed note to the clerk to give to me.

3          And finally, do not make up your mind about what the

4    verdict should be until after you've gone to the jury room to

5    decide the case and you and your fellow jurors have discussed

6    the evidence.  Keep an open mind throughout the course of this

7    trial.

8          Now, the trial is going to proceed in the following

9    manner:

10         First, the parties will have an opportunity to make

11   opening statements.  The Government will make an opening

12   statement at the beginning of the case.  The defendant will

13   also make an opening statement, following the Government's

14   opening statement.

15         The opening statements simply serve as an

16   introduction to the evidence which the party making the opening

17   statement intends to produce during the course of the trial.

18   After the opening statements, the Government will introduce

19   evidence which it believes supports the charges contained in

20   the First Superseding Indictment.  The Government will present

21   witnesses, and the defendant's lawyer may cross-examine those

22   witnesses.  The Government may also offer documents and other

23   exhibits into evidence.

24         After the Government has presented its case, the

25   defendant may present evidence but is not required to do so.

```
1    The burden or obligation, as you'll be told many times during
2    the course of this trial, is always on the Government to prove
3    each and every element of the offense charged beyond a
4    reasonable doubt.
5            All right.  We're now going to take a recess for
6    lunch, and we'll come back at 1:30.  And then we'll hear the
7    opening statements of the Government and the defense.  And then
8    we'll begin with the witness testimony.
9            All right.  You can bring the jury to the jury room.
10           (Out of the presence of the jury:)
11           THE COURT:  The record will reflect that the jury
12   has left.
13           Is there anything counsel want to take up -- oh.
14   Let me ask you a question.  Does the Government or the defense
15   intend to use any demonstrative charts or graphs in connection
16   with their opening statements?
17           MS. KUMAR:  Yes, Your Honor.  We've exchanged those,
18   and I believe the parties are in agreement with the ones to be
19   used.
20           THE COURT:  Okay.  I appreciate that.
21           One of the things that I forgot to mention to you,
22   but I'm sure counsel are aware, I don't have bench conferences
23   during the trial.  So if you ask me for a bench conference, the
24   answer is going to be no.  If you have anything that you want
25   to take up with the Court, just let Shannon know, and I'll take
```

```
1   it up at a recess or some other appropriate time.

2              So we'll see you at 1:30 for the opening statements.

3              (Noon recess taken.)

4              (Volume 1 concluded at 12:24 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6              I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17             DATED THIS 12TH DAY OF JULY, 2017.

18

19

20                  /S/ MYRA L. PONCE

21      _____
           MYRA L. PONCE, CSR NO. 11544, CRR, RDR
22            FEDERAL OFFICIAL COURT REPORTER

23

24

25

**UNITED STATES DISTRICT COURT**

**$**

**$10,000** [2] - 19:17, 20:5

**1**

**1** [13] - 3:3, 15:17, 21:20, 23:13, 33:16, 33:17, 33:19, 55:22, 82:12, 124:10, 124:12, 148:4
**10** [15] - 7:15, 23:19, 54:10, 65:5, 66:2, 66:22, 66:24, 67:7, 67:9, 87:24, 88:1, 88:3, 102:7, 102:9, 102:11
**100** [2] - 95:16, 96:4
**10TH** [1] - 9:9
**11** [12] - 3:1, 23:20, 48:8, 58:10, 73:19, 82:5, 90:12, 90:14, 90:16, 114:2, 114:4, 114:6
**114** [1] - 8:8
**12** [31] - 5:16, 21:16, 23:10, 23:21, 44:6, 62:18, 71:2, 71:11, 71:15, 73:19, 76:4, 79:2, 81:12, 84:25, 85:2, 90:1, 91:25, 92:2, 92:4, 94:13, 94:21, 94:22, 98:5, 98:7, 103:16, 103:18, 103:20, 109:10, 109:20, 109:21, 109:22
**12-YEAR-OLD** [1] - 43:21
**129** [3] - 5:13, 19:18, 20:6
**12:24** [1] - 148:4
**12TH** [1] - 122:12
**13-YEAR-OLD** [1] - 128:17
**14** [4] - 48:8, 105:18, 114:18, 118:5
**143** [1] - 9:10
**15** [4] - 7:15, 99:7, 119:9
**15-YEAR-OLD** [1] - 43:20
**16** [2] - 114:18, 123:5
**16-824(A** [2] - 3:5, 15:18
**17** [1] - 34:1
**18** [2] - 80:4, 114:17
**19** [1] - 102:18
**1977** [1] - 64:6

**2**

**2** [20] - 23:13, 25:23, 29:15, 29:17, 30:1, 35:16, 55:22, 80:8, 80:16, 80:17, 109:9, 111:24, 124:11, 125:4, 128:6, 128:8, 134:17, 134:19, 137:7, 137:11
**2'S** [1] - 137:9
**20** [5] - 4:4, 34:1, 34:6, 37:2, 123:4
**20-PLUS** [1] - 48:6
**2002** [2] - 51:21, 51:24
**2003** [1] - 19:21
**2004** [1] - 51:25
**2006** [2] - 58:22, 60:10
**2007** [2] - 82:23, 85:13
**2009** [1] - 82:24
**2012** [3] - 20:4, 52:12, 52:13
**2013** [1] - 52:5
**2015** [1] - 19:22
**2016** [2] - 20:5, 129:15
**2017** [1] - 3:1
**21** [4] - 98:18, 98:20, 105:7, 111:20
**23** [1] - 102:17
**24** [1] - 105:7
**25** [2] - 98:19
**26** [1] - 44:21
**27** [2] - 63:1, 68:6
**29** [4] - 38:25, 39:9, 62:25, 98:17
**2:00** [4] - 12:12, 25:1, 25:8, 25:12

**3**

**3** [17] - 23:14, 37:11, 60:15, 60:17, 72:3, 94:13, 104:22, 104:24, 105:1, 106:11, 106:13, 106:15, 107:22, 107:24, 108:1, 111:8, 111:10
**30** [4] - 7:21, 67:17, 80:4, 110:4
**300** [1] - 50:3
**302** [1] - 11:10
**32** [1] - 121:12
**34** [1] - 38:18
**36** [2] - 52:25, 54:3
**3RD** [1] - 8:7

**4**

**4** [34] - 23:15, 38:13, 40:12, 40:25, 45:1, 45:10, 47:3, 49:17, 64:14, 73:2, 73:12, 80:9, 80:16, 80:22, 86:18, 100:10, 100:12, 100:14, 101:12, 106:2, 109:9, 115:21, 115:23, 115:25, 117:16, 117:18, 117:20, 120:1, 120:3, 121:25, 122:2, 122:4, 129:1, 129:2
**40** [1] - 64:7
**46** [1] - 122:14
**4:00** [1] - 25:5

**5**

**5** [17] - 23:16, 43:10, 71:9, 71:11, 71:16, 71:18, 72:3, 78:23, 78:25, 79:2, 79:3, 86:18, 86:20, 109:9, 116:23, 116:24, 138:16
**50/50** [1] - 61:18
**5:00** [2] - 12:11, 25:3

**6**

**6** [11] - 23:16, 27:19, 29:15, 29:18, 29:24, 32:23, 32:25, 46:6, 57:13, 109:9, 118:5

**7**

**7** [5] - 21:22, 23:17, 33:19, 47:12, 109:9

**8**

**8** [5] - 9:23, 23:18, 49:1, 85:12, 118:5
**8:00** [4] - 12:12, 24:25, 25:5, 25:8
**8:35** [1] - 3:1

**9**

**9** [2] - 23:19, 49:24
**9:00** [1] - 4:8

**A**

**A-V-O-U-A-C** [1] -

10:21
**A.M** [1] - 3:1
**A.M** [1] - 24:25
**ABF** [1] - 123:4
**ABILITY** [5] - 24:19, 28:4, 30:9, 115:12, 143:9
**ABLE** [11] - 4:5, 7:5, 11:4, 13:15, 14:16, 15:9, 15:11, 28:17, 30:20, 77:15, 127:18
**ABOUT-TO-BE-EX** [2] - 114:25, 115:17
**ABSOLUTELY** [2] - 75:5, 76:2
**ABUSE** [1] - 69:3
**ABUSED** [1] - 45:12
**ACCEPT** [3] - 6:4, 23:1, 115:17
**ACCEPTABLE** [1] - 74:9
**ACCEPTING** [1] - 6:3
**ACCOMMODATE** [2] - 61:22, 62:2
**ACCORDING** [2] - 124:1, 139:18
**ACCOUNT** [4] - 14:7, 14:8, 84:7, 143:8
**ACCOUNTING** [2] - 98:16, 99:22
**ACCUSED** [1] - 19:8
**ACCUSING** [1] - 19:7
**ACEVEDO** [2] - 102:10, 102:14
**ACEVEDO** [6] - 102:13, 102:22, 103:1, 103:5, 103:8, 103:12
**ACLU** [1] - 92:18
**ACTING** [2] - 88:25, 144:22
**ACTIVITIES** [1] - 93:17
**ACTIVITY** [2] - 19:18, 49:6
**AD** [2] - 33:23, 35:20
**ADARO** [1] - 29:17
**ADDITION** [1] - 15:3
**ADDITIONAL** [4] - 29:15, 71:10, 121:21, 145:19
**ADDRESS** [4] - 13:8, 14:5, 23:22, 24:16
**ADDRESSING** [1] - 13:21
**ADEQUATE** [1] - 134:6
**ADJUSTMENT** [1] - 32:17
**ADMINISTRATION** [1]

- 93:20
**ADMINISTRATIVE** [2] - 38:2, 125:25
**ADMINISTRATOR** [1] - 121:4
**ADMISSION** [1] - 9:7
**ADMIT** [4] - 8:9, 8:18, 134:9
**ADMITTED** [4] - 8:20, 9:3, 141:25, 142:2
**ADULT** [1] - 116:10
**ADULTS** [2] - 72:2, 125:15
**AFFAIRS** [1] - 33:9
**AFFECT** [3] - 32:1, 95:15, 115:12
**AFFECTING** [1] - 13:21
**AFFECTS** [1] - 95:4
**AFFIRM** [1] - 123:24
**AFTERNOON** [1] - 128:11
**AGE** [4] - 82:25, 63:1, 80:2, 80:3
**AGENCY** [7] - 33:23, 34:6, 35:20, 36:11, 56:14, 89:6, 107:11
**AGENT** [6] - 3:10, 10:9, 10:17, 17:8, 18:21, 86:21
**AGENT** [2] - 57:21, 72:2
**AGES** [3] - 67:20, 114:17, 118:5
**AGO** [16] - 41:10, 41:11, 45:13, 51:17, 56:18, 60:9, 63:3, 63:5, 69:10, 69:11, 99:4, 99:7, 101:19, 101:21, 101:22
**AGOURA** [1] - 104:1
**AGREE** [5] - 29:9, 76:8, 130:24, 131:1, 131:4
**AGREED** [3] - 5:12, 14:3, 19:10
**AGREED-UPON** [1] - 19:10
**AGREEMENT** [3] - 78:6, 147:18
**AGREEMENTS** [1] - 63:15
**AHEAD** [2] - 8:23, 71:6
**AIDE** [4] - 38:17, 38:23, 93:11, 93:14
**AIDED** [1] - 114:14
**AIR** [1] - 58:18
**ALBERT** [1] - 39:6
**ALHAMBRA** [1] -

106:24
**ALLAN** [1] - 60:8
**ALLEGED** [1] - 20:19
**ALLEGEDLY** [2] - 19:17, 20:6
**ALLEGES** [2] - 19:21, 20:3
**ALLIANCE** [1] - 62:22
**ALLOW** [4] - 9:5, 22:18, 74:11, 74:12
**ALLOWED** [2] - 10:16, 145:6
**ALLOWS** [2] - 25:10, 66:14
**ALMOST** [3] - 37:2, 39:3, 128:11
**ALONE** [2] - 81:24, 108:13
**ALTERNATE** [1] - 139:20
**ALTERNATE** [11] - 124:10, 124:12, 125:4, 128:6, 128:8, 134:17, 134:19, 137:7, 137:9, 137:11
**ALTERNATE** [5] - 6:13, 124:6, 124:7, 124:8, 139:16
**ALTERNATES** [6] - 6:12, 6:14, 124:6, 137:1, 139:10, 139:13
**ALVAREZ** [3] - 106:14, 106:22, 107:22
**ALVAREZ** [8] - 106:17, 106:21, 107:4, 107:6, 107:8, 107:10, 107:14, 107:18
**AMERICA** [4] - 3:6, 13:17, 14:6, 15:18
**AMERICAN** [1] - 86:14
**AMOUNT** [3] - 5:18, 12:14, 29:22
**ANADEO** [4] - 29:17, 30:5, 32:8, 32:13
**ANADEO** [11] - 30:11, 30:14, 30:17, 30:23, 31:5, 31:11, 31:15, 31:17, 31:20, 32:1, 32:19
**ANALYSIS** [1] - 9:20
**ANALYST** [3] - 71:25, 74:14, 98:20
**ANDREW** [1] - 67:8
**ANGELA** [1] - 35:19
**ANGELES** [9] - 67:6, 71:23, 102:15, 110:3, 110:4, 118:3,

120:10, 121:9, 128:14
**ANGELES** [1] - 3:2
**ANGELICA** [1] - 29:16
**ANHEUSER** [1] - 67:16
**ANN** [1] - 23:20
**ANNA** [2] - 3:9, 17:6
**ANNABELLE** [1] - 29:17
**ANNOUNCE** [3] - 3:17, 4:25, 6:22
**ANSWER** [5] - 16:8, 16:9, 70:20, 142:22, 147:24
**ANSWERED** [2] - 142:19, 142:20
**ANSWERS** [4] - 16:8, 80:16, 89:14, 136:18
**ANTICIPATE** [3] - 12:18, 13:13, 145:11
**ANTICIPATED** [1] - 11:17
**ANTONIO** [5] - 3:11, 17:9, 48:11, 48:12, 48:13
**APPEARANCE** [2] - 3:7, 3:18
**APPLICATION** [1] - 44:13
**APPLICATION** [1] - 48:7
**APPLICATIONS** [1] - 50:6
**APPLIES** [4] - 8:21, 21:3, 41:1, 41:5
**APPLY** [7] - 96:9, 97:11, 119:14, 127:10, 130:19, 130:23, 133:15
**APPRECIATE** [6] - 25:9, 47:22, 62:5, 70:21, 88:6, 147:20
**APPROACH** [4] - 25:23, 29:25, 121:19, 144:24
**APPROACHES** [2] - 22:19, 145:8
**APPROPRIATE** [5] - 5:14, 9:22, 11:5, 148:1
**ARCADIA** [2] - 49:4, 49:5
**AREA** [5] - 63:20, 67:15, 71:23, 90:23, 105:16
**AREAS** [2] - 15:2, 129:22
**ARGUMENT** [1] - 24:22

**ARGUMENTS** [1] - 141:20
**ARM** [2] - 129:24, 129:25
**ARMANDO** [2] - 23:17, 49:4
**ARREST** [1] - 69:6
**ARRESTED** [5] - 50:8, 50:19, 50:23, 69:3, 75:19
**ARRIVE** [3] - 61:8, 82:19, 127:11
**ART** [1] - 35:20
**ARTICLE** [2] - 19:18, 20:6
**ARTICLES** [1] - 145:13
**ARTIST** [1] - 108:9
**ARTS** [2] - 46:22, 85:10
**ARTS** [2] - 33:23, 85:10
**ASHE** [11] - 125:6, 125:23, 126:5, 126:7, 126:10, 126:12, 126:14, 126:21, 126:24, 127:14, 127:17
**ASHE** [4] - 124:10, 125:7, 126:17, 127:24
**ASIDE** [4] - 33:12, 42:6, 127:22, 130:3
**ASPIRE** [2] - 46:11, 46:15
**ASSAULT** [1] - 106:3
**ASSEMBLY** [1] - 59:19
**ASSESSMENT** [3] - 86:20, 86:23, 87:6
**ASSIGNED** [2] - 118:10, 118:11
**ASSIST** [1] - 144:14
**ASSISTANT** [6] - 38:3, 48:4, 54:13, 88:11, 89:11, 118:4
**ASSISTANT** [1] - 17:5
**ASSOCIATE** [1] - 86:4
**ASSOCIATE'S** [3] - 48:2, 100:20, 120:9
**ASSOCIATES** [1] - 72:17
**ASSOCIATION** [2] - 63:14, 125:11
**ASSUME** [5] - 6:24, 10:25, 12:23, 57:16, 99:16
**ATLAS** [2] - 58:15, 59:11
**ATTEND** [2] - 14:16,

60:6
**ATTENTION** [1] - 144:1
**ATTORNEY** [3] - 17:5, 34:12, 34:17
**ATTORNEY** [6] - 62:23, 62:25, 63:20, 70:4, 70:5, 107:8
**ATTORNEY'S** [2] - 118:8, 118:18
**ATTORNEYS** [7] - 5:23, 18:3, 118:4, 141:20, 141:21, 144:18, 144:25
**AUDIBLE** [1] - 30:2
**AUDIENCE** [4] - 21:21, 21:24, 23:23, 139:22
**AUTO** [1] - 44:5
**AUTOMATICALLY** [1] - 96:23
**AVAILABLE** [3] - 25:14, 28:21, 144:5
**AVOID** [1] - 25:10
**AVOUAC** [1] - 18:21
**AWARE** [1] - 147:22
**AZUSA** [1] - 118:2

## B

**B.A** [1] - 85:9
**BABUDRO** [2] - 29:16, 35:19
**BABUDRO** [15] - 30:2, 35:18, 35:24, 36:2, 36:4, 36:7, 36:10, 36:14, 36:16, 36:18, 36:21, 36:23, 37:2, 37:5, 37:9
**BACHELOR** [2] - 88:9, 88:23
**BACHELOR'S** [5] - 33:22, 35:19, 71:24, 108:8, 125:8
**BACKGROUND** [26] - 16:2, 22:6, 33:18, 71:19, 79:7, 81:16, 85:6, 88:6, 90:20, 92:9, 98:12, 100:18, 103:24, 106:20, 108:5, 111:15, 114:11, 116:3, 117:25, 120:7, 122:7, 124:15, 128:12, 134:22, 137:14
**BAD** [1] - 96:3
**BANK** [2] - 13:17, 14:5
**BANK** [3] - 14:9, 72:11, 84:7

**BANKRUPT** [1] - 69:25
**BANKS** [1] - 13:22
**BAR** [1] - 137:17
**BARBARA** [2] - 116:8, 117:4
**BARELY** [1] - 55:14
**BARGAINING** [1] - 63:15
**BASE** [1] - 58:18
**BASED** [18] - 7:4, 10:24, 11:3, 14:7, 14:8, 15:7, 15:8, 16:5, 32:15, 42:22, 74:17, 97:19, 110:13, 127:25, 130:3, 141:11, 143:23, 145:20
**BASIS** [1] - 75:1
**BATHROOMS** [1] - 39:25
**BEACH** [3] - 105:23, 106:22, 114:14
**BEAR** [1] - 143:19
**BEARING** [1] - 25:16
**BEATRICE** [2] - 23:15, 43:14
**BECOME** [1] - 136:13
**BEDNARSKI** [29] - 3:13, 10:6, 10:14, 10:16, 14:14, 14:17, 14:22, 14:25, 15:13, 29:6, 65:14, 65:16, 65:21, 71:1, 71:8, 90:11, 91:24, 102:6, 103:15, 106:10, 107:21, 115:16, 117:15, 121:24, 123:19, 128:3, 134:7, 137:5, 139:12
**BEDNARSKI** [2] - 3:16, 18:2
**BEGIN** [4] - 14:19, 16:25, 22:9, 33:6, 33:16, 65:11, 66:18, 147:8
**BEGINNING** [2] - 15:23, 146:12
**BEHALF** [2] - 3:9, 18:11
**BEHAVIOR** [2] - 129:21, 130:9
**BEHIND** [2] - 96:16, 125:24
**BELIEF** [2] - 74:2, 74:11
**BELIEFS** [3] - 75:14, 78:16, 78:17
**BELIEVABILITY** [1] - 143:19

**BELIEVES** [3] - 66:15, 77:12, 146:19
**BENCH** [4] - 67:12, 139:23, 147:22, 147:23
**BERNARD** [1] - 85:1
**BESIDE** [1] - 28:17
**BEST** [1] - 44:4
**BEST** [1] - 13:1
**BETTER** [1] - 17:22
**BETWEEN** [3] - 7:15, 19:21, 20:4
**BEYOND** [6] - 21:7, 132:5, 140:22, 140:24, 141:10, 147:3
**BIANCA** [2] - 100:13, 100:19
**BIAS** [10] - 16:14, 95:21, 95:22, 95:24, 96:14, 97:2, 127:15, 127:16, 143:14
**BIASED** [4] - 16:15, 74:20, 77:17, 127:3
**BICYCLES** [1] - 73:13
**BIRTHDAYS** [1] - 67:22
**BIT** [4] - 69:25, 97:3, 97:5, 127:6
**BLADDER** [1] - 61:15
**BLOG** [1] - 23:3
**BOBCAT** [1] - 50:4
**BOTHERED** [1] - 69:25
**BOTTOM** [4] - 21:23, 77:16, 77:19, 124:8
**BOX** [12] - 5:16, 6:9, 21:17, 21:19, 22:5, 23:25, 24:2, 24:11, 24:17, 25:16, 33:7, 66:13
**BOXES** [2] - 54:25, 55:7
**BOY** [1] - 43:21
**BOYS** [3] - 129:16, 131:5, 132:3
**BRAD** [2] - 23:12, 33:21
**BRADCO** [1] - 39:21
**BRAIN** [1] - 105:17
**BRANDISHING** [3] - 50:25, 51:25, 53:10
**BREAK** [6] - 12:10, 24:12, 24:14, 25:2, 87:10
**BREAK** [2] - 15:15, 87:18
**BREAKS** [3] - 12:12, 25:1, 61:23
**BRIBERY** [1] - 19:19

**BRIBES** [1] - 19:23
**BRIEF** [1] - 4:20
**BRIGIDA** [2] - 115:24, 116:6
**BRING** [4] - 16:14, 21:25, 132:5, 147:9
**BROKE** [1] - 129:24
**BROKEN** [1] - 129:25
**BROKER** [1] - 105:9
**BROTHER** [6] - 45:12, 80:18, 110:4, 110:5, 110:11, 125:16
**BROTHER-IN-LAW** [2] - 45:12, 80:18
**BROUGHT** [6] - 20:24, 21:4, 21:7, 56:21, 132:6, 140:12
**BRUTALLY** [1] - 95:1
**BUILD** [1] - 59:20
**BULL** [1] - 109:5
**BURBANK** [1] - 36:11
**BURDEN** [8] - 21:6, 84:12, 140:22, 140:24, 140:25, 141:3, 141:4, 147:1
**BUREAU** [1] - 17:8
**BURGLARIZED** [1] - 75:17
**BURGLARY** [1] - 101:18
**BUSCH** [1] - 67:16
**BUSINESS** [9] - 37:20, 86:7, 125:8, 134:25, 135:2, 135:9, 135:13
**BUSINESSES** [1] - 44:12
**BUSY** [1] - 49:13
**BUY** [1] - 44:4
**BYUNG** [1] - 18:22

## C

**C-Z-E-R-A-N-K-O** [1] - 13:13
**CAD** [1] - 58:15
**CAFE** [1] - 104:3
**CAL** [2] - 88:18, 108:9
**CALIFORNIA** [11] - 34:13, 37:14, 43:15, 58:14, 85:9, 85:10, 102:18, 108:7, 116:7, 122:12, 128:14
**CALIFORNIA** [1] - 3:2
**CAMERON** [2] - 120:2, 120:8
**CAMPUS** [1] - 86:6
**CANCER** [1] - 135:4
**CANNOT** [7] - 28:7, 77:21, 77:22,

132:23, 141:9, 142:20
**CAPTURE** [1] - 15:5
**CAR** [3] - 56:9, 56:10, 86:19
**CARE** [5] - 48:20, 120:23, 132:16, 135:2, 135:3
**CAREER** [1] - 46:24
**CAREFULLY** [2] - 24:7, 144:10
**CARETAKER** [1] - 79:11
**CARL** [1] - 18:22
**CAROL** [2] - 23:20, 62:21
**CARPINTERIA** [1] - 116:7
**CARRIER** [3] - 44:13, 98:17, 100:1
**CARS** [2] - 113:19, 113:22
**CARSON** [2] - 90:23, 100:20
**CASE** [130] - 7:3, 7:5, 7:6, 7:8, 11:22, 15:22, 15:24, 15:25, 16:4, 16:5, 16:11, 17:1, 18:9, 19:5, 19:13, 20:15, 20:22, 21:4, 22:16, 22:18, 22:20, 23:5, 23:6, 24:15, 24:21, 26:11, 29:22, 31:21, 35:1, 35:11, 42:7, 42:17, 46:1, 47:7, 49:21, 53:17, 53:19, 57:15, 57:20, 57:25, 58:5, 58:25, 59:4, 64:18, 66:16, 69:21, 69:22, 70:13, 70:14, 70:17, 70:19, 73:15, 74:17, 75:1, 75:3, 76:11, 77:8, 77:17, 80:19, 80:20, 81:2, 81:4, 83:9, 85:14, 85:21, 87:3, 87:7, 87:13, 87:14, 95:18, 96:19, 98:25, 99:1, 99:5, 99:6, 99:14, 99:17, 99:18, 102:2, 105:13, 106:6, 110:5, 110:11, 110:15, 110:22, 112:23, 113:3, 115:12, 117:11, 118:19, 119:2, 127:7, 130:3, 130:11, 130:14, 130:19, 131:21,

132:6, 139:7, 140:4, 140:8, 140:10, 140:12, 141:1, 141:2, 141:3, 141:6, 141:11, 141:19, 143:1, 143:3, 143:13, 144:9, 145:1, 145:4, 145:7, 145:9, 145:12, 145:14, 145:17, 145:19, 146:5, 146:12, 146:24
**CASES** [1] - 105:12
**CASHED** [1] - 47:4
**CASUALTY** [1] - 43:16
**CATEGORICAL** [1] - 120:21
**CATHOLIC** [1] - 39:7
**CENTER** [2] - 48:3, 104:13
**CENTER** [1] - 20:2
**CERRITOS** [1] - 98:15
**CERTAIN** [5] - 7:1, 35:4, 66:11, 110:10, 130:9
**CERTAINLY** [4] - 61:22, 61:24, 62:2, 116:5
**CERTIFICATE** [1] - 60:5
**CERTIFIED** [1] - 48:7
**CERVANTES** [3] - 111:9, 111:17, 112:5
**CERVANTES** [15] - 111:12, 111:16, 111:24, 112:2, 112:8, 112:15, 112:20, 112:22, 113:1, 113:4, 113:6, 113:9, 113:12, 113:14, 113:21
**CHAIR** [4] - 67:2, 78:15, 102:16, 102:25
**CHALLENGE** [12] - 6:5, 6:10, 6:11, 6:13, 6:14, 6:22, 65:4, 66:14, 66:16, 66:20, 104:20, 115:19
**CHALLENGES** [12] - 6:1, 6:16, 64:25, 65:3, 65:12, 65:24, 65:25, 66:11, 66:12, 66:19, 121:18, 123:15
**CHANCE** [2] - 12:24, 26:12
**CHANGE** [3] - 25:4, 83:13, 84:5
**CHANGED** [4] - 41:16,

81:21, 84:13, 120:20
**CHARGE** [9] - 5:11, 21:7, 56:20, 63:7, 63:9, 75:23, 85:16, 99:9, 112:24
**CHARGED** [6] - 19:15, 20:12, 21:15, 110:5, 110:6, 147:3
**CHARGES** [12] - 19:5, 20:9, 20:19, 20:21, 20:24, 21:10, 56:24, 132:5, 132:6, 140:13, 140:16, 146:19
**CHARLES** [1] - 23:13
**CHART** [1] - 4:13
**CHARTER** [2] - 46:16, 46:17
**CHARTER** [2] - 46:21, 108:10
**CHARTS** [1] - 147:15
**CHAVEZ** [2] - 137:10, 137:17
**CHAVEZ** [16] - 137:13, 137:16, 137:21, 137:24, 138:2, 138:4, 138:8, 138:11, 138:14, 138:16, 138:18, 138:21, 138:24, 139:1, 139:4, 139:8
**CHECK** [5] - 14:7, 44:11, 47:4, 59:17
**CHECKER** [1] - 59:17
**CHECKOFFS** [1] - 129:22
**CHECKS** [2] - 13:23, 14:6
**CHEMISTRY** [2] - 88:9, 88:23
**CHEOL** [6] - 3:6, 15:18, 17:21, 18:22, 19:14, 20:11
**CHI** [10] - 3:6, 3:14, 15:18, 17:21, 17:22, 17:24, 18:3, 18:21, 19:14, 20:11
**CHIEF** [1] - 63:16
**CHILD** [3] - 48:2, 48:3, 48:20
**CHILDREN** [29] - 33:25, 35:21, 37:15, 43:20, 48:8, 49:9, 58:18, 62:25, 67:19, 68:1, 72:3, 79:14, 81:24, 88:14, 91:1, 100:24, 104:3, 105:7, 106:25, 108:12, 111:19, 114:17, 116:10,

122:14, 124:22, 125:18, 129:23, 135:2

**CHILTON** [7] - 71:15, 71:21, 71:22, 72:17, 73:6, 78:3, 78:13

**CHILTON** [34] - 71:21, 72:6, 72:9, 72:11, 72:14, 72:17, 72:21, 72:23, 73:1, 73:12, 73:16, 73:18, 73:21, 73:25, 74:3, 74:6, 74:14, 74:19, 74:22, 75:5, 75:13, 75:21, 76:2, 76:5, 76:8, 76:14, 76:20, 76:24, 77:5, 77:9, 77:20, 77:22, 77:25, 78:19

**CHOOSE** [1] - 141:6

**CHRISTOPHER** [1] - 18:18

**CHUKWUEMEKA** [2] - 90:15, 90:23

**CIRCUMSTANCES** [2] - 57:25, 110:14

**CIRCUMSTANTIAL** [3] - 142:4, 142:7, 142:9

**CITY** [3] - 106:23, 114:13, 118:2

**CITY** [2] - 33:23, 106:24

**CIVIL** [5] - 58:24, 85:14, 99:1, 99:14, 140:25

**CLAREMONT** [2] - 102:23, 103:8

**CLARIFY** [3] - 65:7, 65:8, 129:11

**CLASS** [2] - 53:2, 53:3

**CLEAR** [2] - 16:18, 130:18

**CLEARED** [1] - 13:23

**CLERK** [3] - 6:16, 120:21, 146:2

**CLIENT** [1] - 133:2

**CLIENTS** [3] - 43:3, 81:8, 97:13

**CLOSE** [3] - 16:21, 126:25, 144:1

**CLOSED** [1] - 55:7

**CLOSELY** [1] - 86:21

**CLOSER** [4] - 7:21, 28:1, 94:24, 112:6

**CLOSEST** [3] - 21:21, 21:23

**CLUB** [1] - 92:18

**CO** [1] - 34:6

**CO-OWNED** [1] - 34:6

**COACH** [1] - 88:11,

89:10, 89:11

**COAST** [1] - 138:5

**CODE** [3] - 19:19, 20:7, 57:10

**COLEMAN** [3] - 3:10, 17:8, 18:21

**COLLECTING** [2] - 63:14, 74:7

**COLLECTION** [1] - 122:25

**COLLECTIVELY** [1] - 139:20

**COLLECTIVELY** [1] - 124:3

**COLLEGE** [13] - 48:3, 81:20, 85:11, 89:4, 92:12, 104:2, 109:2, 111:18, 114:15, 118:3, 122:12, 134:25, 137:18

**COLLEGE** [4] - 26:10, 48:12, 48:13, 60:8

**COLLISION** [1] - 56:9

**COLOR** [1] - 54:13

**COLOSSAL** [1] - 42:3

**COMING** [3] - 14:3, 14:12, 134:8

**COMMENTS** [2] - 4:21, 4:22

**COMMERCE** [1] - 13:22

**COMMERCIAL** [4] - 43:17, 44:10, 44:11, 105:9

**COMMISSIONER** [1] - 78:16

**COMMISSIONER'S** [1] - 139:24

**COMMITTEE** [1] - 86:22

**COMMITTING** [1] - 20:13

**COMMUNICATE** [3] - 23:4, 75:10, 146:1

**COMMUNICATION** [1] - 108:8

**COMMUNICATIONS** [1] - 108:8

**COMPANIES** [3] - 19:23, 108:10, 125:18

**COMPANY** [29] - 31:15, 31:19, 36:20, 36:22, 38:4, 39:18, 48:7, 55:6, 55:9, 58:15, 58:17, 59:10, 59:21, 60:3, 72:13, 72:15, 72:16, 79:10, 92:21, 92:24, 93:1, 93:4, 100:24,

108:20, 122:13, 125:16, 125:24, 138:4, 138:7

**COMPLETE** [3] - 6:22, 16:8, 54:3

**COMPLETED** [2] - 6:20, 9:20

**COMPLETELY** [1] - 16:10

**COMPTON** [2] - 38:16, 39:5

**COMPUTER** [1] - 114:14

**COMPUTER-AIDED** [1] - 114:14

**CONCERN** [1] - 145:23

**CONCERNING** [1] - 141:3

**CONCERNS** [1] - 134:3

**CONCLUDE** [2] - 12:5, 12:8

**CONCLUDED** [1] - 148:4

**CONCLUDES** [1] - 123:14

**CONCLUSION** [2] - 140:18, 141:3

**CONDUCT** [7] - 5:17, 15:7, 22:3, 23:5, 79:2, 112:25, 145:3

**CONDUCTED** [1] - 56:14

**CONFERENCE** [2] - 6:24, 147:23

**CONFERENCES** [1] - 147:22

**CONFIDENTLY** [1] - 127:18

**CONFIRM** [2] - 3:18, 35:9

**CONFUSING** [1] - 8:15

**CONGRATULATION S** [1] - 88:21

**CONNECTION** [2] - 19:23, 147:15

**CONSECUTIVELY** [1] - 6:15

**CONSEQUENCES** [1] - 129:18

**CONSIDER** [8] - 21:1, 25:21, 141:12, 141:18, 142:2, 142:9, 143:2, 145:23

**CONSIDERATION** [1] - 129:25

**CONSIDERING** [1] - 143:7

**CONSISTS** [2] - 22:7, 141:13

**CONSPIRACY** [2] - 77:11, 77:13

**CONSTITUTED** [1] - 137:3

**CONSTRUCTION** [3] - 39:16, 39:22, 76:25

**CONSULT** [1] - 145:18

**CONTAINED** [2] - 140:14, 146:19

**CONTINUE** [4] - 25:3, 29:12, 68:9, 78:17

**CONTRACT** [2] - 58:17, 83:17

**CONTRACTOR** [1] - 116:19

**CONTRADICTED** [1] - 143:15

**CONTRIBUTE** [1] - 93:21

**CONTROL** [1] - 142:13

**CONTROLLED** [5] - 51:1, 51:6, 51:12, 51:23, 52:22

**CONVERSATION** [2] - 33:15, 144:25

**CONVICT** [1] - 140:19

**CONVICTED** [4] - 52:2, 52:6, 69:3, 69:13

**CONVICTION** [1] - 69:7

**CONVICTIONS** [2] - 51:20, 51:23

**CONVINCED** [1] - 141:10

**COPCO** [2] - 58:15, 59:11

**COPY** [1] - 4:10

**CORPORATE** [2] - 96:16, 96:18

**CORPORATIONS** [1] - 95:13

**CORRECT** [16] - 12:17, 30:1, 37:4, 42:5, 44:12, 46:25, 48:17, 57:19, 69:17, 69:18, 71:22, 74:4, 75:6, 83:6, 132:19, 135:6

**CORRUPTION** [1] - 30:14

**COST** [1] - 70:9

**COTTAGE** [1] - 116:8

**COUNSEL** [33] - 3:7, 3:10, 4:8, 4:22, 4:24, 4:25, 5:1, 5:22, 6:25, 7:2, 7:25, 8:11, 10:5,

10:22, 11:1, 12:13, 17:1, 17:2, 17:3, 17:6, 17:16, 18:1, 29:5, 54:1, 64:21, 65:15, 65:17, 66:14, 66:15, 87:20, 121:17, 147:13, 147:22

**COUNSELING** [1] - 130:1

**COUNTER** [2] - 121:4, 121:6

**COUNTRY** [7] - 21:5, 44:20, 80:19, 88:11, 89:12, 136:6, 136:7

**COUNTS** [1] - 19:15

**COUNTY** [6] - 50:5, 115:5, 118:3, 120:10, 121:9, 121:11

**COUPLE** [5] - 57:11, 73:13, 81:22, 120:15, 125:18

**COURSE** [16] - 7:9, 8:12, 8:14, 9:11, 9:12, 23:8, 42:20, 45:18, 60:5, 60:7, 61:25, 76:21, 130:4, 146:6, 146:17, 147:2

**COURSES** [1] - 125:24

**COURT** [718] - 3:17, 4:1, 4:6, 4:19, 7:16, 7:20, 7:23, 8:5, 10:12, 10:15, 10:19, 11:3, 11:9, 11:16, 12:1, 12:4, 12:6, 12:9, 12:22, 13:3, 13:6, 13:17, 14:1, 14:10, 14:15, 14:18, 14:24, 15:5, 15:14, 15:19, 17:11, 18:4, 18:25, 20:14, 23:22, 26:1, 26:4, 26:7, 26:9, 26:11, 26:17, 26:22, 27:1, 27:5, 27:11, 27:15, 27:18, 27:23, 27:25, 28:9, 28:20, 29:1, 29:5, 29:8, 29:10, 29:14, 29:19, 30:3, 30:6, 30:13, 30:16, 30:18, 31:2, 31:8, 31:13, 31:16, 31:19, 31:21, 32:5, 32:11, 32:14, 32:20, 32:22, 33:1, 33:5, 34:3, 34:7, 34:16, 34:19, 34:24, 35:3, 35:8, 35:13, 35:15, 35:22, 35:25,

36:3, 36:5, 36:9,
36:12, 36:15, 36:17,
36:20, 36:22, 36:25,
37:3, 37:6, 37:10,
37:17, 37:21, 37:23,
38:1, 38:4, 38:6,
38:9, 38:12, 38:20,
38:22, 39:1, 39:4,
39:8, 39:11, 39:14,
39:17, 39:20, 39:22,
40:1, 40:3, 40:5,
40:7, 40:9, 40:13,
40:15, 40:17, 40:20,
40:24, 41:3, 41:8,
41:11, 41:17, 41:19,
41:23, 42:1, 42:5,
42:11, 42:14, 42:19,
42:25, 43:2, 43:6,
43:8, 43:10, 43:22,
44:3, 44:7, 44:14,
44:19, 44:22, 45:2,
45:4, 45:7, 45:10,
45:14, 45:17, 45:20,
45:23, 46:3, 46:5,
46:13, 46:17, 46:20,
46:23, 47:1, 47:5,
47:9, 47:11, 47:16,
47:24, 48:10, 48:13,
48:15, 48:18, 48:21,
48:25, 49:10, 49:13,
49:15, 49:19, 49:23,
50:9, 50:12, 50:15,
50:20, 50:24, 51:2,
51:4, 51:8, 51:11,
51:14, 51:17, 51:20,
51:22, 52:2, 52:4,
52:6, 52:10, 52:13,
52:15, 52:17, 52:21,
52:24, 53:1, 53:3,
53:6, 53:9, 53:13,
53:15, 53:19, 53:22,
53:24, 54:1, 54:7,
54:9, 54:18, 54:22,
55:1, 55:4, 55:8,
55:12, 55:15, 55:20,
55:23, 56:1, 56:6,
56:14, 56:18, 56:20,
56:23, 56:25, 57:2,
57:5, 57:8, 57:12,
57:15, 57:20, 57:24,
58:4, 58:7, 58:9,
58:20, 58:23, 59:3,
59:6, 59:9, 59:12,
59:14, 59:18, 59:21,
59:24, 60:2, 60:6,
60:9, 60:11, 60:16,
60:19, 60:22, 61:2,
61:7, 61:10, 61:22,
62:5, 62:9, 62:12,
62:15, 62:17, 63:3,
63:6, 63:9, 63:11,

63:17, 63:19, 63:23,
63:25, 64:3, 64:8,
64:11, 64:16, 64:20,
64:24, 65:8, 65:11,
65:19, 65:23, 66:3,
66:6, 66:9, 66:23,
67:3, 67:10, 67:21,
67:25, 68:5, 68:7,
68:9, 68:12, 68:15,
68:19, 68:23, 69:1,
69:5, 69:8, 69:12,
69:16, 69:19, 70:1,
70:4, 70:7, 70:12,
70:21, 70:24, 71:3,
71:6, 71:10, 71:17,
72:4, 72:7, 72:10,
72:12, 72:16, 72:18,
72:22, 72:24, 73:3,
73:7, 73:14, 73:17,
73:20, 73:24, 74:2,
74:5, 74:10, 74:16,
74:21, 75:1, 75:7,
75:16, 75:25, 76:3,
76:6, 76:10, 76:16,
76:21, 77:4, 77:7,
77:11, 77:21, 77:23,
78:1, 78:5, 78:9,
78:14, 78:20, 78:22,
79:1, 79:6, 79:16,
79:19, 79:22, 80:2,
80:5, 80:10, 80:15,
80:21, 80:25, 81:4,
81:7, 81:10, 81:12,
81:16, 82:1, 82:6,
82:9, 82:13, 82:16,
82:19, 82:21, 82:25,
83:3, 83:5, 83:7,
83:14, 83:21, 83:25,
84:3, 84:6, 84:15,
84:19, 84:21, 84:24,
85:3, 85:5, 85:14,
85:16, 85:20, 85:23,
86:1, 86:8, 86:11,
86:15, 86:25, 87:5,
87:9, 87:20, 87:25,
88:4, 88:16, 88:19,
88:21, 88:24, 89:2,
89:5, 89:9, 89:13,
89:17, 89:21, 89:24,
90:2, 90:6, 90:9,
90:13, 90:17, 90:19,
91:3, 91:6, 91:8,
91:11, 91:15, 91:18,
91:22, 92:1, 92:5,
92:8, 92:16, 92:19,
93:1, 93:3, 93:7,
93:10, 93:13, 93:16,
93:22, 93:25, 94:2,
94:6, 94:11, 94:14,
94:20, 94:24, 95:7,
95:10, 95:17, 96:5,

96:8, 96:13, 96:18,
96:22, 97:4, 97:6,
97:9, 97:16, 97:19,
97:23, 97:25, 98:2,
98:4, 98:8, 98:11,
98:22, 98:25, 99:3,
99:8, 99:11, 99:13,
99:17, 99:21, 99:24,
100:2, 100:6,
100:11, 100:15,
100:17, 101:1,
101:5, 101:9,
101:13, 101:16,
101:19, 101:23,
101:25, 102:4,
102:8, 102:12,
102:20, 102:24,
103:3, 103:6,
103:10, 103:13,
103:17, 103:21,
103:23, 104:5,
104:9, 104:11,
104:15, 104:19,
104:23, 105:2,
105:10, 105:15,
105:19, 105:24,
106:4, 106:8,
106:12, 106:16,
106:19, 107:2,
107:5, 107:7, 107:9,
107:12, 107:15,
107:19, 107:23,
108:2, 108:4,
108:13, 108:16,
108:18, 108:22,
108:25, 109:3,
109:7, 109:11,
109:14, 109:17,
109:19, 109:22,
109:25, 110:13,
110:17, 110:20,
110:25, 111:2,
111:4, 111:7,
111:11, 111:14,
111:21, 111:25,
112:3, 112:6,
112:10, 112:13,
112:18, 112:21,
112:23, 113:2,
113:5, 113:7,
113:10, 113:13,
113:16, 113:18,
113:20, 113:24,
114:3, 114:7,
114:10, 114:19,
114:23, 114:25,
115:3, 115:6,
115:10, 115:14,
115:18, 115:22,
116:1, 116:3,
116:12, 116:15,

116:17, 116:20,
116:24, 117:1,
117:5, 117:8,
117:10, 117:13,
117:17, 117:21,
117:24, 118:7,
118:10, 118:13,
118:17, 118:21,
118:25, 119:4,
119:7, 119:11,
119:17, 119:20,
119:23, 119:25,
120:4, 120:6,
120:16, 120:19,
120:22, 120:25,
121:6, 121:10,
121:13, 121:16,
121:20, 121:23,
122:1, 122:5, 122:7,
122:17, 122:19,
122:22, 123:1,
123:6, 123:8,
123:13, 123:20,
124:5, 124:12,
124:15, 124:24,
125:3, 125:20,
126:2, 126:6, 126:9,
126:11, 126:13,
126:15, 126:18,
126:23, 127:5,
127:16, 127:21,
127:25, 128:5,
128:9, 128:11,
128:18, 128:21,
128:24, 129:3,
129:6, 129:8,
129:13, 130:2,
130:11, 130:17,
131:1, 131:6,
131:19, 131:23,
132:1, 132:4,
132:10, 132:13,
132:20, 132:23,
133:1, 133:6,
133:21, 133:25,
134:5, 134:9,
134:14, 134:16,
134:21, 135:5,
135:8, 135:11,
135:14, 135:18,
135:20, 136:1,
136:4, 136:7, 136:9,
136:12, 136:15,
136:17, 136:22,
136:25, 137:4,
137:8, 137:12,
137:14, 137:20,
137:22, 137:25,
138:3, 138:6,
138:10, 138:12,
138:15, 138:17,

138:20, 138:22,
138:25, 139:2,
139:5, 139:9,
139:13, 139:21,
147:11, 147:20
**COURT** [15] - 15:23,
16:23, 20:23, 26:2,
28:1, 40:20, 65:24,
66:4, 67:3, 77:2,
87:16, 109:15,
139:25, 141:22,
143:24
**COURT** [24] - 6:10,
10:10, 11:11, 11:15,
12:19, 13:2, 15:1,
26:18, 65:6, 66:2,
66:22, 73:22, 75:10,
87:24, 100:10,
104:22, 114:2,
115:20, 123:25,
124:2, 137:6,
139:17, 139:19,
147:25
**COURT'S** [5] - 12:19,
29:6, 29:23, 74:18,
76:22
**COURTHOUSE** [1] -
47:18
**COURTROOM** [35] -
3:5, 4:18, 15:17,
18:17, 23:12, 29:16,
32:24, 67:8, 71:14,
78:24, 85:1, 87:16,
88:2, 90:15, 92:3,
98:6, 100:13,
102:10, 103:19,
104:25, 106:14,
107:25, 111:9,
114:5, 115:24,
117:19, 120:2,
122:3, 123:21,
124:4, 124:9, 128:7,
134:18, 137:10,
139:14
**COURTROOM** [15] -
10:17, 15:20, 16:6,
16:14, 18:12, 21:1,
22:21, 24:1, 24:11,
24:13, 47:17, 67:5,
144:19, 144:21,
145:20
**COVER** [3] - 15:2,
15:9, 65:20
**COVERED** [1] - 65:19
**COVINA** [3] - 88:8,
88:12, 89:7
**CR** [2] - 3:5, 15:18
**CREATE** [1] - 75:23
**CREATIVE** [1] - 33:23
**CREDIBILITY** [6] -

110:8, 119:13, 127:9, 130:20, 133:7, 144:11
**CREDIT** [1] - 122:24
**CRIME** [7] - 19:7, 58:1, 74:23, 75:20, 80:23, 87:2, 101:17
**CRIMES** [3] - 20:12, 21:15, 118:13
**CRIMINAL** [24] - 12:10, 15:22, 19:19, 20:7, 21:4, 56:13, 58:25, 59:2, 63:1, 85:14, 85:15, 98:25, 99:5, 99:6, 99:13, 99:16, 105:13, 112:16, 112:19, 118:11, 118:12, 118:16, 122:18, 140:12
**CRIMINALIZES** [1] - 19:19
**CROOKS** [2] - 115:24, 116:6
**CROOKS** [11] - 116:2, 116:5, 116:14, 116:16, 116:18, 116:23, 116:25, 117:3, 117:7, 117:9, 117:12
**CROOKS** [1] - 117:16
**CROSS** [3] - 88:11, 89:12, 146:21
**CROSS-COUNTRY** [2] - 88:11, 89:12
**CROSS-EXAMINE** [1] - 146:21
**CULVER** [1] - 33:23
**CURIOUS** [1] - 113:17
**CURRENT** [18] - 35:23, 54:19, 59:7, 72:8, 73:23, 79:20, 82:2, 83:22, 84:11, 93:19, 101:1, 107:3, 114:16, 116:13, 122:20, 125:8, 128:22
**CUSTODIAN** [1] - 13:12
**CUSTODIANS** [1] - 14:4
**CUSTODY** [2] - 53:4, 53:13
**CUSTOMS** [1] - 138:5
**CUT** [1] - 54:14
**CUTTING** [1] - 13:4
**CZERANKO** [2] - 13:12, 18:20

# D

**DAD** [9] - 45:22, 49:10, 89:21, 89:22, 92:14, 110:2, 110:9, 126:25, 135:3
**DAD'S** [3] - 54:16, 79:13, 126:8
**DAILY** [2] - 24:24, 80:1
**DALE** [2] - 23:16, 28:6
**DATE** [1] - 93:19
**DAUGHTER** [2] - 45:11, 45:21
**DAUGHTERS** [1] - 135:3
**DAVID** [4] - 3:9, 17:7, 111:9, 111:17
**DAYLIGHT** [1] - 122:13
**DAYS** [10] - 7:4, 7:6, 7:8, 24:23, 31:22, 62:7, 81:22, 83:19, 84:5, 120:15
**DEA** [3] - 138:19, 138:23, 139:2
**DEADLINE** [2] - 10:22, 11:13
**DEADLY** [2] - 50:25, 51:25
**DEAL** [4] - 7:10, 9:7, 9:11, 10:12
**DEALING** [3] - 9:1, 9:2, 57:25
**DEATH** [1] - 99:15
**DECIDE** [11] - 16:5, 20:22, 42:7, 77:2, 96:23, 130:13, 142:11, 143:4, 144:9, 145:19, 146:5
**DECIDING** [4] - 141:12, 141:18, 143:1, 143:3
**DECISION** [6] - 58:24, 131:7, 131:10, 131:11, 132:4, 143:23
**DECKER** [1] - 34:18
**DEEMED** [1] - 6:4
**DEEP** [1] - 112:16
**DEEPLY** [1] - 75:14
**DEFECTIVE** [2] - 47:17, 47:19
**DEFENDANT** [25] - 13:24, 17:16, 19:5, 19:7, 19:14, 19:22, 20:3, 20:8, 20:11, 20:18, 20:23, 21:2, 21:9, 21:10, 21:13, 87:21, 140:14,

140:17, 140:20, 140:21, 141:5, 141:9, 146:12, 146:25
**DEFENDANT'S** [4] - 9:24, 20:25, 21:6, 146:21
**DEFENSE** [1] - 9:8
**DEFENSE** [40] - 6:2, 7:20, 9:14, 9:18, 11:1, 12:20, 14:10, 66:6, 70:15, 70:25, 71:1, 71:8, 73:22, 74:20, 90:10, 90:11, 91:23, 91:24, 95:21, 97:13, 97:20, 97:23, 102:5, 102:6, 103:14, 103:15, 106:9, 106:11, 107:20, 107:21, 115:15, 115:16, 117:13, 117:15, 121:24, 127:7, 127:20, 137:4, 147:7, 147:14
**DEFER** [1] - 11:20
**DEFINED** [1] - 25:20
**DEFINITIVELY** [1] - 96:12
**DEGREE** [21] - 33:22, 35:20, 43:16, 46:10, 48:2, 60:3, 61:24, 71:24, 74:24, 88:22, 98:15, 99:22, 105:5, 106:23, 108:8, 114:14, 116:7, 120:10, 124:19, 125:8, 128:14
**DELIBERATE** [3] - 25:5, 127:11, 140:11
**DELIBERATIONS** [4] - 24:23, 25:4, 144:1, 144:5
**DEMANDED** [1] - 19:22
**DEMONSTRATE** [1] - 31:23
**DEMONSTRATIVE** [1] - 147:15
**DENIED** [1] - 65:9
**DENIES** [1] - 20:12
**DEPARTMENT** [11] - 3:12, 17:7, 17:9, 56:17, 57:16, 57:18, 110:4, 115:5, 117:4, 120:10
**DEPARTMENT** [6] - 58:16, 59:17, 91:10, 102:16, 102:25, 103:9

**DEPORTED** [1] - 80:18
**DEPOSITED** [1] - 14:7
**DEPOT** [4] - 90:25, 91:4, 91:8, 100:23
**DEPUTY** [3] - 18:12, 22:21, 67:5
**DEPUTY** [35] - 3:5, 4:18, 15:17, 18:17, 23:12, 29:16, 32:24, 67:8, 71:14, 78:24, 85:1, 87:16, 88:2, 90:15, 92:3, 98:6, 100:13, 102:10, 103:19, 104:25, 106:14, 107:25, 111:9, 114:5, 115:24, 117:19, 120:2, 122:3, 123:21, 124:4, 124:9, 128:7, 134:18, 137:10, 139:14
**DERIVED** [2] - 19:17, 20:6
**DESCRIBE** [9] - 36:17, 44:7, 54:22, 63:11, 79:22, 86:1, 120:25, 122:22, 125:20
**DESCRIPTION** [2] - 56:10, 140:16
**DESIGNATED** [1] - 9:24
**DESIGNED** [2] - 14:5, 60:24
**DESIGNER** [3] - 43:16, 98:21, 116:18
**DETAIL** [1] - 140:19
**DETAILED** [1] - 140:9
**DETERMINATION** [9] - 42:22, 74:13, 75:2, 75:7, 76:23, 119:12, 130:20, 132:7, 133:9
**DETERMINATIONS** [1] - 133:14
**DETERMINE** [5] - 16:3, 19:12, 76:18, 127:8, 132:7
**DETERMINING** [1] - 21:2
**DEVELOPMENT** [3] - 48:2, 48:3, 106:24
**DEVELOPMENTALLY** [1] - 125:15
**DEVICE** [1] - 23:2
**DIAMOND** [1] - 137:17
**DICTIONARIES** [1] - 145:18
**DIE** [1] - 54:14

**DIE-CUT** [1] - 54:14
**DIFFERENT** [20] - 20:4, 30:16, 31:19, 34:15, 70:13, 84:14, 95:3, 95:5, 95:13, 95:14, 105:22, 125:18, 131:6, 133:6, 133:12, 133:13, 136:5, 140:25
**DIFFICULT** [2] - 33:11, 110:14
**DIPLOMA** [7] - 43:15, 50:3, 54:12, 79:10, 81:20, 104:2, 111:17
**DIRE** [10] - 5:17, 6:18, 6:20, 6:23, 14:23, 15:1, 15:7, 22:4, 22:9, 79:2
**DIRECT** [4] - 142:4, 142:5, 142:9
**DIRECTED** [2] - 23:25, 57:17
**DIRECTLY** [1] - 47:22
**DIRECTOR** [2] - 20:1, 35:20
**DIRECTOR/ PRINCIPAL** [1] - 33:24
**DISABILITIES** [1] - 79:25
**DISABILITY** [2] - 92:14, 128:17
**DISABLED** [3] - 125:15, 129:12, 129:14
**DISAGREE** [2] - 75:21, 131:9
**DISAPPOINTED** [1] - 129:16
**DISCLOSE** [1] - 16:16
**DISCOVER** [2] - 33:10, 41:9
**DISCRETIONARY** [1] - 132:4
**DISCUSS** [31] - 5:19, 7:25, 9:21, 16:22, 16:24, 22:15, 22:18, 24:14, 24:18, 33:14, 40:15, 45:1, 50:12, 60:22, 72:24, 73:3, 80:10, 82:13, 87:12, 94:14, 101:13, 111:25, 117:2, 118:21, 126:11, 127:5, 129:3, 135:20, 145:4, 145:7
**DISCUSSED** [3] - 12:16, 140:12, 146:5
**DISCUSSING** [1] -

13:22
**DISENFRANCHISED** [1] - 96:16
**DISNEY** [2] - 38:5, 38:7
**DISPLAY** [2] - 8:22, 8:23
**DISREGARD** [3] - 141:22, 142:25, 143:2
**DISTRICT** [4] - 118:8, 118:18, 120:18, 128:15
**DISTRICT** [4] - 39:5, 46:14, 118:4
**DISTRICTS** [1] - 108:23
**DIVISION** [1] - 121:2
**DIVORCED** [3] - 72:1, 92:12, 114:17
**DOCKET** [2] - 5:13, 8:8
**DOCTOR** [2] - 99:11, 99:12
**DOCTOR'S** [1] - 54:15
**DOCUMENT** [1] - 20:8
**DOCUMENT** [1] - 9:10
**DOCUMENTS** [2] - 130:13, 146:22
**DOLLARS** [1] - 70:10
**DOMESTIC** [1] - 110:7
**DONE** [7] - 21:3, 26:13, 48:9, 51:7, 89:24, 118:6, 141:23
**DONORS** [1] - 93:18
**DOUBT** [5] - 21:8, 140:23, 140:24, 141:10, 147:4
**DOWN** [17] - 4:7, 28:2, 28:12, 28:16, 35:16, 37:11, 38:13, 40:21, 43:7, 43:8, 47:12, 49:1, 49:24, 54:10, 55:7, 58:9, 62:18
**DOWNEY** [1] - 124:18
**DOWNTOWN** [1] - 25:11
**DOYLE** [3] - 67:8, 67:14, 68:21
**DOYLE** [20] - 67:14, 67:23, 68:3, 68:6, 68:8, 68:10, 68:14, 68:17, 68:22, 68:25, 69:2, 69:6, 69:11, 69:15, 69:18, 69:23, 70:2, 70:5, 70:8, 70:18
**DR** [4] - 3:14, 17:21, 18:17, 18:18
**DRAFTED** [1] - 136:13

**DRAFTER** [1] - 58:15
**DRAFTING** [4] - 59:16, 59:18, 60:2, 114:14
**DRAW** [1] - 141:8
**DRIVE** [4] - 28:7, 28:12, 28:15, 28:16
**DRIVER** [2] - 54:16, 89:22
**DRIVES** [1] - 28:13
**DROP** [1] - 26:20
**DRUG** [2] - 105:14, 118:15
**DRUG-RELATED** [1] - 105:14
**DUE** [1] - 56:12
**DUI** [12] - 50:23, 51:10, 51:13, 52:5, 53:7, 59:2, 59:3, 63:10, 82:23, 82:24, 99:19, 105:13
**DUIS** [1] - 118:15
**DURING** [28] - 4:22, 5:5, 7:9, 8:11, 8:14, 9:11, 10:17, 16:1, 16:7, 18:9, 23:1, 23:8, 24:11, 25:4, 25:19, 42:20, 45:17, 61:24, 76:21, 89:4, 130:4, 143:25, 144:4, 144:5, 146:17, 147:1, 147:23
**DUTIES** [10] - 19:24, 44:8, 54:23, 59:14, 79:23, 86:2, 121:1, 122:23, 125:21, 140:5
**DUTY** [10] - 31:18, 48:9, 54:17, 58:19, 75:9, 81:25, 98:24, 118:6, 124:23, 144:10

# E

**EARN** [1] - 32:3
**EARTHQUAKE** [1] - 20:1
**EAST** [1] - 79:9
**EAT** [2] - 61:17, 61:19
**EATING** [1] - 61:17
**ECONOMIC** [1] - 106:23
**ECONOMICS** [1] - 125:8
**EDDINS** [3] - 107:25, 108:7, 109:13
**EDDINS** [19] - 108:3, 108:6, 108:14, 108:17, 108:19,

108:24, 109:1, 109:4, 109:9, 109:16, 109:18, 109:21, 109:23, 110:2, 110:16, 110:19, 110:24, 111:1, 111:5
**EDUCATION** [11] - 46:10, 46:23, 49:5, 58:14, 67:15, 81:20, 90:24, 92:11, 118:2, 122:12, 137:17
**EDUCATIONAL** [1] - 128:14
**EFFECT** [2] - 70:19, 95:6
**EIGHT** [5] - 48:20, 67:18, 82:5, 90:8, 93:15
**EILEEN** [1] - 34:18
**EITHER** [6] - 29:21, 49:20, 80:25, 82:25, 87:1
**ELAINE** [2] - 98:6, 98:15
**ELECTRONIC** [1] - 23:2
**ELEMENT** [2] - 13:22, 147:3
**ELEMENTARY** [1] - 114:19
**ELIZABETH** [2] - 32:24, 46:9
**EMBARRASS** [1] - 16:19
**EMBEZZLE** [1] - 95:13
**EMBEZZLEMENT** [1] - 95:3
**EMERGENCY** [1] - 116:8
**EMOTIONAL** [1] - 41:6
**EMOTIONS** [1] - 42:16
**EMPLOYED** [43] - 34:4, 35:23, 36:1, 36:13, 37:15, 37:18, 38:6, 39:12, 39:20, 40:5, 43:24, 48:18, 50:3, 55:5, 58:14, 59:7, 68:7, 72:12, 79:20, 86:9, 89:19, 90:3, 91:12, 93:23, 98:18, 100:21, 101:5, 103:3, 105:9, 105:19, 107:5, 107:14, 108:9, 113:7, 114:16, 115:1, 115:3, 116:15, 121:11, 123:2, 134:25, 135:5, 137:18

**EMPLOYER** [23] - 31:2, 31:4, 31:9, 35:23, 54:19, 59:7, 67:16, 71:24, 72:8, 79:20, 82:2, 83:22, 86:3, 86:9, 90:24, 105:20, 107:3, 114:16, 116:13, 118:3, 122:20, 125:9, 128:22
**EMPLOYERS** [1] - 105:22
**EMPLOYMENT** [1] - 37:18
**ENCOURAGE** [1] - 12:13
**END** [4] - 124:7, 140:10, 141:1, 143:22
**ENFORCEMENT** [10] - 57:22, 58:1, 65:6, 110:9, 110:10, 117:6, 117:8, 119:9, 119:10, 139:6
**ENGAGE** [1] - 144:25
**ENGAGED** [4] - 20:3, 43:18, 111:19, 135:2
**ENGAGING** [2] - 19:16, 77:12
**ENGINEER** [3] - 43:20, 44:15, 94:1
**ENGINEERING** [1] - 58:16
**ENTAIL** [1] - 121:7
**ENTER** [1] - 22:5
**ENTERED** [2] - 20:19, 69:13
**ENTERTAINMENT** [4] - 36:11, 36:19, 138:4, 138:7
**ENTIRE** [4] - 5:24, 16:23, 22:24, 140:8
**ENTIRELY** [1] - 70:13
**ENTITLED** [3] - 66:11, 75:25, 76:3
**ENVIRONMENT** [3] - 95:4, 95:6, 95:15
**EQUAL** [1] - 142:10
**ERIK** [2] - 71:14, 81:19
**ESCAPED** [2] - 136:11, 136:14
**ESPECIALLY** [1] - 84:5
**ESTABLISH** [1] - 13:18
**ESTATE** [2] - 105:9, 108:20
**ESTIMATE** [3] - 7:3, 7:7, 12:23

**ESTIMATES** [1] - 7:10
**EVALUATING** [1] - 144:11
**EVENT** [9] - 45:15, 45:25, 47:6, 64:17, 69:20, 70:12, 106:4, 106:5, 133:11
**EVENTS** [5] - 53:16, 81:1, 83:8, 93:20, 102:1
**EVIDENCE** [75] - 8:20, 8:23, 8:25, 9:2, 9:3, 14:3, 16:5, 19:8, 20:10, 20:25, 21:1, 24:22, 28:18, 35:11, 42:8, 42:19, 42:21, 42:22, 53:20, 69:21, 70:14, 70:16, 74:17, 75:2, 76:7, 77:7, 77:8, 81:5, 95:18, 95:20, 96:6, 96:9, 97:1, 97:10, 97:12, 119:12, 124:1, 130:4, 130:12, 130:21, 139:18, 140:17, 141:6, 141:11, 141:12, 141:15, 141:17, 141:18, 141:25, 142:1, 142:4, 142:5, 142:7, 142:10, 142:12, 142:13, 142:14, 142:15, 142:16, 142:24, 142:25, 143:2, 143:15, 143:18, 143:20, 143:23, 144:4, 144:11, 145:20, 146:6, 146:16, 146:19, 146:23, 146:25
**EVILS** [1] - 75:23
**EX** [3] - 93:22, 114:25, 115:11
**EX-HUSBAND** [1] - 93:22
**EXAMINE** [2] - 12:25, 146:21
**EXAMPLE** [2] - 12:15, 145:17
**EXCELLENT** [1] - 64:24
**EXCEPT** [1] - 24:25
**EXCEPTION** [1] - 10:10
**EXCESSIVE** [1] - 7:10
**EXCHANGED** [1] - 147:17
**EXCLUDED** [1] - 10:4
**EXCLUSIVE** [1] -

79:10
**EXCUSE** [26] - 25:22, 26:15, 26:17, 29:6, 32:15, 66:2, 66:22, 71:2, 71:9, 78:4, 78:8, 78:10, 87:24, 90:12, 91:25, 100:10, 102:7, 103:16, 104:22, 106:11, 110:23, 114:2, 115:21, 117:16, 121:25, 137:7
**EXCUSED** [6] - 24:2, 26:18, 27:11, 78:5, 107:22, 129:16
**EXCUSES** [1] - 129:20
**EXCUSING** [1] - 27:6
**EXERCISE** [7] - 65:12, 65:23, 65:24, 66:10, 66:18, 71:7, 123:14
**EXERCISED** [1] - 6:5
**EXHIBIT** [15] - 8:5, 8:16, 8:18, 8:19, 8:20, 8:22, 8:25, 9:1, 9:3, 9:4, 9:25, 14:2, 142:15, 142:19, 142:20
**EXHIBIT** [2] - 8:6, 9:8
**EXHIBITS** [8] - 8:8, 8:9, 9:11, 14:3, 14:9, 141:14, 144:4, 146:23
**EXPANDERS** [1] - 59:20
**EXPECT** [3] - 16:12, 24:20, 64:25
**EXPERIENCE** [8] - 16:2, 57:5, 69:20, 74:10, 85:23, 90:25, 127:2, 137:23
**EXPERIENCES** [1] - 49:20
**EXPERIENCING** [2] - 42:2, 42:3
**EXPERT** [9] - 9:15, 9:19, 9:24, 10:1, 10:20, 10:24, 12:17, 12:20
**EXPLAIN** [4] - 5:10, 31:25, 32:16, 144:17
**EXPLANATIONS** [1] - 24:9
**EXPLORE** [1] - 76:17
**EXPUNGED** [2] - 51:14, 51:15
**EXTENT** [1] - 8:13
**EXTORTING** [1] - 95:5
**EXTORTION** [1] - 96:1
**EXTRAORDINARY** [1]

- 74:24
**EXTREMELY** [2] - 23:7, 28:15

## F

**FACEBOOK** [1] - 23:4
**FACILITY** [1] - 86:6
**FACT** [9] - 13:24, 20:23, 115:10, 117:6, 118:18, 139:5, 142:5, 142:9, 143:20
**FACTORS** [1] - 143:19
**FACTORY** [2] - 79:13, 79:18
**FACTS** [11] - 16:12, 19:13, 20:15, 127:9, 133:7, 133:15, 141:13, 141:15, 141:18, 142:8, 143:3
**FAIR** [45] - 16:4, 30:19, 34:25, 35:10, 42:6, 43:4, 46:1, 47:6, 49:21, 53:16, 58:4, 64:17, 69:20, 73:15, 74:16, 76:6, 76:11, 77:15, 77:18, 81:1, 81:8, 83:8, 87:2, 87:6, 96:10, 96:12, 97:10, 97:14, 102:1, 106:5, 110:15, 110:21, 113:2, 115:12, 117:11, 118:19, 119:1, 119:14, 131:14, 133:2, 133:21, 134:8, 134:10, 139:7
**FAIRLY** [3] - 16:13, 53:19, 70:17
**FAIRNESS** [1] - 22:23
**FAMILIARITY** [3] - 5:5, 5:9, 19:1
**FAMILY** [17] - 16:20, 22:17, 31:1, 32:4, 34:13, 34:14, 34:21, 34:22, 48:19, 56:8, 56:11, 56:25, 112:9, 112:13, 135:1, 139:6, 145:5
**FAR** [1] - 110:8
**FARMERS** [1] - 71:24
**FARSHID** [1] - 134:23
**FASHION** [2] - 11:4, 98:21
**FATHER** [7] - 49:8, 79:16, 100:23, 125:13, 138:18, 138:19, 138:22

**FAVOR** [3] - 74:20, 96:13, 96:16
**FBI** [4] - 3:11, 18:20, 57:21, 86:21
**FDIC** [2] - 13:8, 13:12
**FEDERAL** [1] - 17:8
**FEDERAL** [3] - 57:20, 58:1
**FEELINGS** [5] - 56:13, 57:17, 65:6, 65:18, 110:10
**FELIZ** [1] - 46:21
**FELLOW** [5] - 22:16, 127:11, 144:8, 145:5, 146:5
**FELONIES** [1] - 51:11
**FELONY** [2] - 51:13, 51:14
**FELT** [2] - 69:24, 70:2
**FEW** [4] - 70:9, 94:10, 140:1, 140:4
**FIANCE** [3] - 43:19, 44:15
**FIELD** [2] - 88:11, 89:12
**FIELDS** [1] - 54:25
**FIFTEEN** [2] - 118:9, 128:23
**FILE** [5] - 3:19, 10:22, 11:13, 11:18, 11:24
**FILED** [5] - 7:4, 8:7, 9:9, 9:16, 10:5
**FILES** [1] - 36:19
**FILINGS** [1] - 9:13
**FILL** [3] - 21:21, 78:23, 104:24
**FILM** [1] - 86:14
**FINALLY** [1] - 146:3
**FINANCIAL** [6] - 30:25, 31:24, 32:15, 32:17, 84:1, 84:6
**FINANCIALLY** [1] - 31:23
**FINE** [2] - 5:24, 62:3
**FIRE** [1] - 43:16
**FIREMAN** [2] - 49:8, 49:11
**FIRM** [4] - 63:23, 63:25, 64:4, 107:12
**FIRST** [8] - 5:11, 5:12, 19:6, 19:10, 19:15, 20:20, 140:14, 146:20
**FIRST** [26] - 8:6, 11:8, 11:25, 12:1, 15:24, 21:21, 24:18, 26:24, 31:6, 51:6, 58:24, 60:18, 65:25, 66:19, 71:18, 79:3, 87:1, 88:14, 88:17, 108:9,

113:14, 124:6, 124:22, 125:18, 145:4, 146:10
**FIT** [2] - 56:10, 130:9
**FIVE** [9] - 7:8, 24:23, 26:20, 31:22, 37:19, 63:18, 83:19, 84:4, 89:4
**FOLKS** [1] - 97:12
**FOLLOW** [22] - 6:21, 6:25, 15:11, 53:20, 54:2, 70:17, 74:5, 75:11, 130:22, 131:20, 131:25, 132:1, 132:9, 132:10, 132:17, 132:23, 133:5, 133:19, 133:20, 133:24
**FOLLOW-UP** [4] - 6:21, 6:25, 15:11, 54:2
**FOLLOWED** [1] - 132:2
**FOLLOWING** [8] - 18:10, 131:11, 133:6, 141:13, 141:17, 143:8, 146:8, 146:13
**FOLLOWS** [1] - 24:24
**FONTANA** [1] - 111:17
**FOOD** [2] - 61:17
**FORCE** [1] - 58:18
**FORCED** [1] - 28:16
**FOREIGN** [2] - 103:1, 103:9
**FORGOT** [4] - 60:25, 96:2, 113:7, 147:21
**FORM** [6] - 4:12, 22:11, 33:18, 64:12, 74:11
**FORMAL** [2] - 19:7, 144:19
**FORMER** [3] - 34:12, 34:16
**FORTH** [2] - 19:6, 131:23
**FORWARD** [5] - 21:18, 22:14, 73:7, 80:15, 118:25
**FOUR** [12] - 11:22, 24:23, 45:13, 48:4, 48:5, 50:4, 54:13, 72:9, 72:23, 84:4, 108:24, 116:10
**FRAN** [1] - 102:18
**FRANCO** [2] - 134:18, 134:23
**FRANKLY** [2] - 74:19, 75:11

**FREE** [1] - 131:5
**FREEWAY** [1] - 44:5
**FREEWAY** [4] - 28:6, 28:7, 28:14, 28:16
**FRIDAY** [3] - 10:4, 10:22, 11:18
**FRIENDLY** [1] - 144:20
**FRIENDS** [1] - 16:21
**FRIENDSHIP** [2] - 34:23, 34:25
**FRONT** [1] - 86:19
**FUHR** [2] - 3:9, 17:7
**FUHR** [2] - 7:14, 7:18
**FULL** [3] - 71:22, 77:10, 120:16
**FULLY** [2] - 16:10, 76:8
**FUNDRAISER** [2] - 92:17, 95:7
**FUNDRAISING** [1] - 93:17
**FUNNY** [1] - 41:21

## G

**GAIL** [2] - 122:3, 122:11
**GALL** [1] - 61:15
**GANG** [4] - 112:9, 112:13, 112:21, 129:15
**GANGS** [1] - 112:25
**GATED** [1] - 125:24
**GEE** [2] - 10:24, 35:5
**GEE** [1] - 18:17
**GENERAL** [9] - 15:3, 44:8, 54:23, 79:23, 86:2, 93:16, 121:1, 122:23, 125:21
**GENERALLY** [2] - 73:25, 86:7
**GENTLEMEN** [5] - 66:9, 87:9, 123:23, 139:21, 140:3
**GEORGE** [2] - 85:1, 85:8
**GEOSCIENCE** [1] - 19:25
**GIGANTIC** [1] - 77:12
**GIRL** [1] - 43:21
**GIRLFRIEND** [4] - 50:5, 81:24, 120:14, 137:19
**GIRLS** [1] - 98:18
**GIVEN** [5] - 57:24, 66:17, 87:12, 115:10, 144:2
**GLOBAL** [1] - 100:24
**GOD** [2] - 124:2,

139:19
GOLF [1] - 125:24
GOVERNMENT [44] - 5:14, 6:2, 7:12, 7:14, 7:19, 10:2, 11:21, 17:2, 21:5, 65:25, 66:1, 66:19, 66:21, 70:15, 77:12, 87:22, 87:23, 95:22, 97:14, 97:21, 100:8, 100:9, 104:20, 104:21, 113:25, 114:1, 115:18, 115:20, 127:8, 136:25, 137:2, 140:13, 140:16, 140:19, 140:22, 141:1, 146:11, 146:18, 146:20, 146:22, 146:24, 147:2, 147:7, 147:14
GOVERNMENT'S [3] - 9:16, 10:23, 146:13
GRADUATE [2] - 88:17, 88:19
GRADUATED [2] - 64:6, 124:18
GRADUATING [1] - 55:14
GRADUATION [1] - 90:24
GRANADA [1] - 108:7
GRANT [1] - 121:23
GRAPHS [1] - 147:15
GREAT [1] - 39:7
GREATER [2] - 19:17, 20:5
GREED [4] - 96:17, 96:18, 96:21
GREENPEACE [1] - 92:18
GREETING [1] - 144:20
GROSS [4] - 23:16, 27:22, 28:6, 29:4
GROSS [4] - 27:24, 28:5, 28:11, 28:22
GROUP [2] - 46:16, 80:3
GRUMMAN [1] - 43:19
GUESS [5] - 53:8, 79:11, 80:20, 127:19, 142:22
GUILD [3] - 120:2, 120:9, 121:25
GUILD [9] - 120:5, 120:8, 120:17, 120:20, 120:23, 121:3, 121:8, 121:12, 121:15

GUILT [9] - 20:21, 20:25, 21:2, 21:6, 21:12, 97:1, 132:7, 140:22, 141:11
GUILTY [16] - 20:11, 20:12, 20:19, 21:13, 52:7, 52:8, 52:16, 52:18, 52:19, 53:12, 69:14, 69:24, 83:3, 97:2, 141:9, 145:25
GUN [1] - 132:14
GUY [1] - 62:8
GUYS [1] - 62:11

**H**

HAIR [1] - 60:1
HALF [3] - 13:4, 36:7, 55:11
HAMILTON [3] - 13:9, 13:20, 18:19
HAN [1] - 18:22
HANCOCK [1] - 60:8
HAND [9] - 17:14, 18:7, 19:3, 20:16, 25:21, 61:1, 61:12, 139:15, 144:3
HANDLE [1] - 86:5
HANDLER [1] - 138:11
HANDOUT [1] - 15:4
HANDS [6] - 17:15, 18:8, 19:4, 20:17, 29:11, 123:22
HARD [1] - 26:13
HARDSHIP [10] - 25:19, 31:24, 32:15, 32:17, 60:15, 61:1, 61:11, 83:11, 84:1, 84:7
HARRINGTON [1] - 18:18
HATE [2] - 30:14, 130:8
HATS [1] - 79:11
HAWTHORNE [1] - 81:19
HEAD [1] - 132:14
HEALTH [3] - 30:25, 104:14, 108:15
HEALTH [1] - 31:5
HEALTHY [1] - 84:7
HEAR [17] - 15:10, 15:25, 26:2, 26:4, 29:5, 45:23, 65:15, 73:9, 77:10, 78:4, 95:25, 109:15, 112:11, 141:22, 141:23, 143:10, 147:6
HEARD [5] - 10:9,

30:12, 76:12, 77:8, 142:6
HEARS [1] - 47:21
HELD [2] - 75:14, 78:18
HELICOPTER [1] - 67:18
HELLO [1] - 50:18
HELP [6] - 79:24, 80:1, 93:21, 124:2, 139:19, 144:6
HEMA [1] - 23:13
HEON [6] - 3:6, 15:18, 17:21, 18:21, 19:14, 20:11
HEON-CHEOL [5] - 3:6, 15:18, 17:21, 19:14, 20:11
HERRERA [2] - 100:13, 100:19
HERRERA [10] - 100:16, 100:19, 101:3, 101:7, 101:12, 101:15, 101:18, 101:20, 101:24, 102:13, 103:22, 109:14
HIGH [17] - 37:14, 38:16, 43:15, 49:5, 50:3, 54:12, 58:14, 67:15, 79:9, 81:19, 90:24, 92:11, 104:2, 111:17, 118:2, 124:18, 137:17
HIGH [3] - 88:9, 88:12, 89:8
HIGHEST [4] - 90:24, 92:11, 118:2, 122:12
HILLS [2] - 104:1, 108:7
HIMSELF [1] - 17:17
HIT [2] - 56:9, 101:24
HIT-AND-RUN [2] - 56:9, 101:24
HO [1] - 18:23
HOLD [3] - 46:10, 47:16, 74:2
HOLE [1] - 83:20
HOLLYWOOD [1] - 81:21
HOME [4] - 90:25, 91:4, 91:8, 100:23
HOME [15] - 30:25, 37:24, 48:20, 56:15, 68:1, 68:4, 68:13, 79:12, 90:3, 90:5, 90:7, 99:20, 104:14,

108:15
HOMEMAKER [1] - 33:25
HOMEOWNERS [1] - 125:11
HONEST [3] - 95:2, 119:16, 119:17
HONOR [60] - 3:8, 3:13, 3:20, 3:23, 4:3, 7:14, 8:3, 8:4, 10:6, 10:14, 11:2, 12:18, 13:1, 13:5, 13:11, 13:20, 14:5, 14:22, 17:19, 27:8, 29:9, 32:10, 65:4, 65:10, 66:1, 66:21, 71:1, 81:15, 84:20, 87:23, 90:11, 91:24, 92:7, 97:22, 98:10, 100:9, 102:6, 103:15, 106:10, 107:21, 108:3, 111:3, 111:13, 112:11, 114:1, 114:9, 115:2, 115:9, 115:13, 115:16, 117:15, 117:23, 119:22, 121:19, 121:24, 122:6, 123:18, 125:6, 128:2, 134:3, 137:2, 137:5, 137:6, 137:13, 139:11, 147:17
HOPE [1] - 11:9
HOPEFULLY [3] - 9:17, 13:13, 25:10
HOSPITAL [4] - 105:23, 111:18, 113:8, 116:8
HOTEL [1] - 81:21
HOTEL'S [1] - 84:12
HOUR [1] - 12:23
HOURS [7] - 12:12, 25:4, 25:7, 25:19, 29:23, 30:22, 33:3
HOUSE [4] - 56:12, 75:17, 86:19, 120:16
HOUSED [1] - 14:8
HOUSES [1] - 108:21
HUGE [1] - 8:8
HUMAN [1] - 58:17
HUNTINGTON [3] - 111:18, 113:8, 113:15
HURT [1] - 129:19
HUSBAND [18] - 28:12, 28:13, 36:12, 39:12, 48:5, 62:25, 63:19, 93:22, 98:17, 102:22, 103:6,

105:8, 106:25, 107:5, 115:1, 115:11, 116:15, 123:1
HYU [1] - 18:22

**I**

IDEA [1] - 15:2
IDENTIFICATION [2] - 9:5, 9:6
IDENTIFY [2] - 8:10, 8:25
IDENTITY [4] - 41:2, 41:8, 41:20, 42:17
IGNORE [3] - 142:22, 142:25, 144:21
ILLEGALLY [1] - 19:22
ILLUSTRATES [1] - 21:14
IMMEDIATELY [2] - 22:20, 145:10
IMPANEL [1] - 139:10
IMPANELED [1] - 123:17
IMPARTIAL [35] - 16:5, 30:19, 35:1, 35:10, 42:7, 46:1, 47:6, 49:21, 53:17, 58:5, 64:17, 69:21, 73:15, 74:17, 76:6, 76:11, 77:18, 81:1, 83:9, 87:2, 87:6, 97:10, 106:6, 110:11, 110:15, 110:21, 113:3, 115:12, 117:11, 118:19, 119:1, 131:14, 133:3, 133:22, 139:7
IMPARTIALLY [2] - 16:13, 70:17
IMPLICATIONS [1] - 112:24
IMPORTANCE [1] - 25:17
IMPORTANT [10] - 15:6, 15:21, 22:13, 23:7, 24:6, 24:10, 34:11, 133:17, 144:10, 145:2
IMPORTANTLY [1] - 22:1
IMPOSED [2] - 140:25, 145:24
IMPROPER [2] - 132:18, 145:21
INAPPROPRIATE [1] - 131:8

INCIDENT [1] - 105:14
INCLUDED [1] - 14:11
INCLUDING [4] - 18:3, 22:16, 24:21, 145:5
INCOME [1] - 32:2
INCOMPLETE [1] - 16:9
INCREDIBLY [2] - 74:1, 77:5
INDEPENDENTLY [1] - 31:9
INDICATE [3] - 5:1, 9:1, 28:3
INDICATED [10] - 10:21, 13:25, 14:15, 20:18, 33:8, 33:13, 37:3, 44:15, 145:7
INDICATES [1] - 4:13
INDICATING [1] - 61:11
INDICATION [1] - 9:18
INDICTED [2] - 96:24, 97:2
INDICTMENT [1] - 19:6
INDICTMENT [20] - 5:11, 5:13, 5:15, 19:6, 19:10, 19:12, 19:15, 19:21, 20:3, 20:8, 20:9, 20:20, 21:15, 30:12, 76:13, 95:19, 97:1, 140:14, 140:15, 146:20
INDIRECT [1] - 142:7
INDIVIDUAL [7] - 10:20, 15:8, 15:11, 22:3, 22:9, 96:17, 96:21
INDIVIDUALS [4] - 5:1, 17:13, 18:6, 21:17
INDUSTRY [2] - 36:19, 63:15
INFERENCE [1] - 141:8
INFLUENCED [1] - 144:15
INFORMATION [36] - 14:8, 22:7, 22:11, 23:5, 33:18, 43:23, 71:20, 74:7, 74:15, 77:1, 79:7, 81:17, 85:7, 88:6, 90:20, 92:9, 98:13, 100:18, 103:24, 106:20, 108:5, 111:15, 114:11, 116:4, 117:25, 120:7, 121:5, 122:8, 124:16, 127:3,

127:18, 128:12, 134:22, 137:15, 145:19, 145:22
INFORMATIONAL [1] - 60:23
INFOSYSTEMS [1] - 98:20
INJURY [1] - 105:17
INNOCENCE [6] - 20:21, 21:2, 21:3, 21:12, 21:14, 132:7
INNOCENT [5] - 20:13, 21:9, 21:11, 70:3, 140:21
INSPECTIONS [1] - 108:20
INSTANT [1] - 23:3
INSTITUTE [3] - 19:25, 85:10, 86:14
INSTRUCT [4] - 141:2, 141:21, 142:1, 144:24
INSTRUCTION [6] - 22:13, 22:14, 23:7, 24:14, 74:18, 87:11
INSTRUCTIONS [31] - 22:22, 24:22, 42:22, 53:20, 60:20, 70:16, 70:17, 81:5, 96:8, 96:9, 97:11, 97:12, 119:13, 119:14, 124:1, 127:10, 130:18, 130:22, 130:23, 131:12, 131:21, 131:24, 132:10, 132:17, 132:24, 139:19, 140:2, 140:6, 140:9, 145:21
INSTRUCTS [1] - 132:17
INSURANCE [1] - 86:6
INSURANCE [6] - 43:17, 43:25, 44:5, 44:9, 71:24
INTELLIGENT [2] - 96:5, 127:6
INTEND [4] - 4:11, 6:12, 7:7, 147:15
INTENDED [1] - 140:7
INTENDS [1] - 146:17
INTENT [2] - 33:8, 132:15
INTENTION [2] - 16:19, 110:18
INTEREST [1] - 143:13
INTERFERE [1] - 144:9
INTERIOR [1] - 43:15

INTERNAL [1] - 36:4
INTERNET [3] - 23:2, 23:3, 145:19
INTERPRET [1] - 4:5
INTERPRETER [4] - 3:15, 3:17, 3:21, 3:24
INTERPRETER [3] - 3:20, 3:23, 4:3
INTERPRETERS [2] - 4:1, 4:4
INTERRUPT [1] - 69:9
INTERSTATE [1] - 13:21
INTOXICATION [2] - 51:1, 52:12
INTRODUCE [5] - 4:22, 17:1, 17:3, 17:17, 146:18
INTRODUCED [2] - 17:13, 18:6
INTRODUCTION [2] - 140:8, 146:16
INTRODUCTORY [1] - 4:21
INVADE [1] - 16:20
INVASION [1] - 99:20
INVESTIGATED [2] - 56:9, 56:11
INVESTIGATION [2] - 75:4, 145:16
INVESTIGATION [1] - 17:9
INVESTIGATIONS [2] - 125:14, 127:2
INVESTMENT [2] - 71:25, 72:11
INVOLVE [1] - 76:12
INVOLVED [8] - 11:14, 22:17, 56:25, 57:16, 96:19, 99:15, 130:14, 145:6
INVOLVEMENT [1] - 127:1
INVOLVES [2] - 15:24, 76:12
IPHONE [1] - 57:13
IRAN [2] - 136:8, 136:11
ISSUE [7] - 5:19, 24:18, 28:4, 30:9, 30:16, 30:18, 126:23
ISSUES [9] - 7:24, 9:13, 29:21, 30:20, 33:2, 65:17, 73:19, 73:20, 133:7
ITEM [1] - 142:1

**J**

J.D [1] - 62:22
JACKSON [2] - 13:21, 18:19
JACOBY [1] - 34:18
JADE [1] - 92:3
JADE [1] - 92:11
JAIL [1] - 52:21
JAMES [4] - 18:20, 71:15, 71:22, 81:21
JANETTE [2] - 106:14, 106:22
JEAN [1] - 18:21
JEAN-PHILLIPE [1] - 18:21
JEFF [1] - 86:22
JEFFREY [4] - 3:10, 17:8, 18:19, 18:21
JEOPARDIZES [1] - 22:22
JEREMY [1] - 81:22
JERSEY [1] - 13:7
JESUS [1] - 41:21
JEWELRY [3] - 134:25, 135:8, 135:13
JFW [2] - 3:5, 15:18
JIN [1] - 18:24
JINKY'S [1] - 104:3
JOB [10] - 31:6, 31:7, 31:9, 31:14, 84:11, 104:13, 113:14, 120:21, 127:8, 130:19
JOBS [5] - 30:23, 31:1, 101:8, 104:13, 123:6
JOEL [2] - 3:14, 17:20
JOHN [4] - 23:13, 37:14, 120:2, 120:8
JOINT [1] - 8:6
JONES [5] - 128:7, 128:13, 129:10, 134:2, 134:13
JONES [25] - 128:10, 128:13, 128:19, 128:23, 129:1, 129:5, 129:7, 129:11, 129:14, 130:6, 130:15, 130:24, 131:3, 131:16, 131:22, 131:25, 132:2, 132:8, 132:12, 132:19, 132:22, 132:25, 133:4, 133:19, 133:23
JOONGI [1] - 18:19
JOSEPH [2] - 67:8,

67:14
JOSH [1] - 58:13
JOSHUA [1] - 23:20
JUAREZ [25] - 54:11, 54:20, 54:24, 55:2, 55:6, 55:10, 55:13, 55:18, 55:22, 56:5, 56:8, 56:16, 56:19, 56:22, 56:24, 57:1, 57:4, 57:7, 57:9, 57:13, 57:19, 57:23, 58:3, 58:6, 67:2
JUAREZ [4] - 23:19, 54:11, 55:25, 65:5
JUDGE [5] - 53:19, 70:16, 74:17, 81:4, 130:3
JUDGES [1] - 16:11
JUDGING [2] - 35:11, 69:21
JULIO [1] - 3:11
JULY [2] - 8:7, 9:9
JULY [1] - 3:1
JUMPED [2] - 129:15, 129:17
JUNG [1] - 18:23
JUROR [51] - 5:20, 6:6, 6:9, 6:11, 6:19, 6:23, 7:1, 16:3, 20:22, 22:6, 22:10, 22:22, 24:5, 27:18, 30:19, 32:23, 42:7, 66:15, 66:16, 66:23, 67:6, 76:11, 78:5, 78:22, 84:24, 87:25, 90:13, 92:1, 97:10, 98:5, 100:11, 102:8, 103:18, 104:23, 106:13, 107:23, 110:12, 111:7, 114:3, 115:22, 117:17, 119:1, 119:25, 122:1, 131:15, 133:22, 134:6, 134:16, 137:8
JUROR [92] - 21:20, 21:22, 23:14, 23:15, 23:16, 23:18, 23:19, 23:20, 23:21, 25:23, 25:25, 27:4, 27:10, 27:19, 27:22, 29:4, 29:17, 29:24, 30:1, 30:5, 32:8, 32:13, 32:25, 33:16, 33:17, 35:16, 37:11, 38:13, 40:19, 43:10, 45:6, 46:6, 47:12, 49:1, 49:24, 50:17, 54:10, 55:25, 58:10, 61:5, 62:18, 66:2, 66:22,

68:21, 71:2, 71:9, 71:15, 71:17, 73:6, 78:3, 78:13, 78:25, 79:2, 80:14, 81:12, 82:18, 84:18, 87:24, 90:12, 91:25, 94:18, 97:18, 100:10, 100:14, 102:7, 103:16, 104:22, 105:1, 106:11, 106:15, 107:22, 109:13, 111:10, 112:5, 114:2, 115:21, 117:16, 118:24, 121:25, 126:17, 127:24, 128:6, 129:10, 134:2, 134:13, 135:24, 137:7

**JUROR** [570] - 26:3, 26:5, 26:8, 26:10, 26:15, 26:19, 26:24, 27:24, 28:5, 28:11, 28:22, 30:2, 30:11, 30:14, 30:17, 30:23, 31:5, 31:11, 31:15, 31:17, 31:20, 32:1, 32:19, 33:4, 33:21, 34:5, 34:10, 34:18, 34:22, 35:2, 35:6, 35:12, 35:14, 35:18, 35:24, 36:2, 36:4, 36:7, 36:10, 36:14, 36:16, 36:18, 36:21, 36:23, 37:2, 37:5, 37:9, 37:13, 37:19, 37:22, 37:25, 38:2, 38:5, 38:8, 38:11, 38:15, 38:21, 38:24, 39:3, 39:6, 39:10, 39:13, 39:15, 39:19, 39:21, 39:24, 40:2, 40:4, 40:6, 40:8, 40:12, 40:14, 40:16, 40:23, 40:25, 41:4, 41:10, 41:12, 41:18, 41:21, 41:24, 42:4, 42:9, 42:12, 42:18, 42:24, 43:1, 43:5, 43:7, 43:13, 44:1, 44:4, 44:10, 44:17, 44:20, 44:25, 45:3, 45:9, 45:11, 45:16, 45:19, 45:21, 46:2, 46:8, 46:15, 46:19, 46:21, 46:25, 47:3, 47:8, 47:10, 47:14, 47:23, 47:25, 48:12, 48:14, 48:17, 48:19, 48:24, 49:3, 49:12, 49:14, 49:17, 49:22,

50:1, 50:11, 50:14, 50:18, 50:22, 50:25, 51:3, 51:5, 51:9, 51:12, 51:15, 51:18, 51:21, 51:24, 52:3, 52:5, 52:8, 52:11, 52:14, 52:16, 52:19, 52:22, 52:25, 53:2, 53:5, 53:7, 53:10, 53:14, 53:18, 53:21, 53:23, 53:25, 54:5, 54:11, 54:20, 54:24, 55:2, 55:6, 55:10, 55:13, 55:18, 55:22, 56:5, 56:8, 56:16, 56:19, 56:22, 56:24, 57:1, 57:4, 57:7, 57:9, 57:13, 57:19, 57:23, 58:3, 58:6, 58:12, 58:22, 59:1, 59:5, 59:8, 59:11, 59:13, 59:16, 59:19, 59:23, 59:25, 60:4, 60:8, 60:10, 60:14, 60:18, 60:21, 60:25, 61:6, 61:9, 61:13, 62:3, 62:6, 62:10, 62:13, 62:20, 63:5, 63:8, 63:10, 63:13, 63:18, 63:21, 63:24, 64:1, 64:5, 64:10, 64:14, 64:19, 67:2, 67:14, 67:23, 68:3, 68:6, 68:8, 68:10, 68:14, 68:17, 68:22, 68:25, 69:2, 69:6, 69:11, 69:15, 69:18, 69:23, 70:2, 70:5, 70:8, 70:18, 71:5, 71:21, 72:6, 72:9, 72:11, 72:14, 72:17, 72:21, 72:23, 73:1, 73:12, 73:16, 73:18, 73:21, 73:25, 74:3, 74:6, 74:14, 74:19, 74:22, 75:5, 75:13, 75:21, 76:2, 76:5, 76:8, 76:14, 76:20, 76:24, 77:5, 77:9, 77:20, 77:22, 77:25, 78:19, 79:5, 79:8, 79:18, 79:21, 79:24, 80:4, 80:8, 80:12, 80:17, 80:22, 81:3, 81:6, 81:9, 81:14, 81:18, 82:3, 82:7, 82:12, 82:15, 82:20, 82:23, 83:2, 83:4, 83:6, 83:10, 83:15, 83:23, 84:2, 84:4, 84:9, 85:4, 85:8,

85:15, 85:18, 85:22, 85:24, 86:4, 86:10, 86:13, 86:18, 87:4, 87:8, 88:7, 88:18, 88:20, 88:23, 89:1, 89:3, 89:7, 89:11, 89:16, 89:20, 89:22, 90:1, 90:4, 90:8, 90:18, 90:22, 91:5, 91:7, 91:9, 91:13, 91:17, 91:21, 92:6, 92:10, 92:17, 92:23, 93:2, 93:5, 93:8, 93:11, 93:15, 93:18, 93:24, 94:1, 94:3, 94:9, 94:12, 94:16, 94:19, 94:22, 95:1, 95:8, 95:12, 95:24, 96:7, 96:11, 96:15, 96:20, 97:3, 97:5, 97:8, 97:15, 98:9, 98:14, 98:23, 99:2, 99:6, 99:10, 99:12, 99:15, 99:19, 99:23, 100:1, 100:5, 100:16, 100:19, 101:3, 101:7, 101:12, 101:15, 101:18, 101:20, 101:24, 102:3, 102:13, 102:22, 103:1, 103:5, 103:8, 103:12, 103:22, 103:25, 104:7, 104:10, 104:12, 104:18, 105:3, 105:11, 105:17, 105:21, 106:2, 106:7, 106:17, 106:21, 107:4, 107:6, 107:8, 107:10, 107:14, 107:18, 108:3, 108:6, 108:14, 108:17, 108:19, 108:24, 109:1, 109:4, 109:9, 109:16, 109:18, 109:21, 109:23, 110:2, 110:16, 110:19, 110:24, 111:1, 111:5, 111:12, 111:16, 111:24, 112:2, 112:8, 112:15, 112:20, 112:22, 113:1, 113:4, 113:6, 113:9, 113:12, 113:14, 113:21, 114:8, 114:12, 114:21, 114:24,

115:2, 115:4, 115:9, 115:13, 116:2, 116:5, 116:14, 116:16, 116:18, 116:23, 116:25, 117:3, 117:7, 117:9, 117:12, 117:22, 118:1, 118:9, 118:12, 118:15, 118:20, 119:3, 119:5, 119:8, 119:15, 119:18, 120:5, 120:8, 120:17, 120:20, 120:23, 121:3, 121:8, 121:12, 121:15, 122:6, 122:10, 122:18, 122:21, 122:24, 123:3, 123:7, 123:11, 124:14, 124:17, 125:2, 125:6, 125:23, 126:5, 126:7, 126:10, 126:12, 126:14, 126:21, 126:24, 127:14, 127:17, 128:10, 128:13, 128:19, 128:23, 129:1, 129:5, 129:7, 129:11, 129:14, 130:6, 130:15, 130:24, 131:3, 131:16, 131:22, 131:25, 132:2, 132:8, 132:12, 132:19, 132:22, 132:25, 133:4, 133:19, 133:23, 134:20, 134:23, 135:7, 135:10, 135:12, 135:17, 135:19, 135:22, 135:25, 136:2, 136:5, 136:8, 136:10, 136:13, 136:16, 136:20, 136:23, 137:13, 137:16, 137:21, 137:24, 138:2, 138:4, 138:8, 138:11, 138:14, 138:16, 138:18, 138:21, 138:24, 139:1, 139:4, 139:8

**JUROR'S** [1] - 15:8

**JURORS** [2] - 124:3, 139:20

**JURORS** [53] - 4:14, 5:16, 5:17, 15:11,

15:16, 15:24, 20:25, 22:4, 22:9, 22:16, 23:11, 23:24, 24:1, 24:2, 24:11, 24:16, 25:9, 25:10, 27:17, 29:13, 29:15, 32:21, 43:9, 46:4, 54:8, 58:8, 62:16, 64:23, 66:8, 66:12, 70:23, 71:11, 76:4, 78:21, 81:11, 84:23, 87:19, 98:3, 111:6, 113:23, 119:24, 124:6, 127:11, 128:4, 134:15, 136:24, 139:16, 140:5, 144:8, 144:18, 145:3, 145:5, 146:5

**JURY** [106] - 4:9, 4:13, 5:10, 6:4, 6:16, 6:17, 7:7, 7:24, 8:2, 8:15, 14:19, 15:17, 15:21, 21:17, 21:18, 22:5, 23:1, 23:25, 24:2, 24:11, 24:17, 25:6, 25:16, 25:17, 25:18, 27:12, 27:14, 31:3, 31:17, 31:24, 32:16, 33:7, 34:1, 35:21, 37:4, 37:15, 38:19, 38:20, 43:21, 46:11, 48:9, 49:9, 50:7, 54:17, 58:18, 58:21, 59:4, 63:1, 63:4, 66:12, 67:24, 68:11, 72:4, 75:9, 76:1, 78:15, 78:17, 79:14, 79:15, 81:25, 83:16, 83:21, 84:3, 85:13, 85:20, 85:21, 85:23, 88:14, 91:2, 98:24, 100:25, 104:4, 105:12, 106:10, 107:1, 108:12, 111:19, 114:18, 115:17, 118:6, 122:15, 123:16, 123:20, 124:23, 125:18, 127:4, 128:18, 132:7, 132:14, 132:16, 133:8, 133:13, 137:22, 139:24, 140:2, 140:3, 144:9, 144:12, 146:4, 147:9, 147:10, 147:11

**JURY'S** [1] - 58:24

**JUSTICE** [4] - 3:12, 17:7, 17:8, 17:10

JUSTICE [1] - 56:13

**K**

KAMINSKA [2] - 3:9, 17:6
KATHY [1] - 3:21
KATHY [1] - 3:22
KEEP [13] - 24:7, 24:14, 26:1, 30:7, 73:8, 87:11, 93:19, 109:15, 119:4, 126:18, 128:1, 144:7, 146:6
KELLY [2] - 32:24, 46:9
KEN [1] - 71:21
KENNETH [2] - 71:15, 71:22
KENTUCKY [1] - 94:3
KEVIN [2] - 3:16, 18:1
KIDS [4] - 50:7, 91:1, 102:17, 118:5
KIGAM [1] - 20:1
KIGAM'S [1] - 20:1
KIM [4] - 18:19, 18:22
KIND [12] - 19:8, 32:3, 39:22, 60:5, 79:14, 84:12, 94:4, 95:25, 96:1, 96:2, 110:11, 119:10
KINDS [1] - 41:13
KITCHENS [2] - 39:25, 40:2
KNOWLEDGE [6] - 5:5, 5:9, 17:13, 18:14, 19:13, 20:15
KNOWLEDGEABLE [1] - 130:8
KNOWN [2] - 19:25, 93:19
KNUDSON [3] - 9:25, 10:17, 18:22
KNUPP [1] - 64:2
KOREA [2] - 14:12, 19:24
KOREA'S [2] - 19:19, 20:7
KOREAN [3] - 3:15, 3:21, 3:24
KOURY [24] - 7:21, 8:3, 11:7, 11:10, 11:24, 12:3, 12:5, 12:7, 17:19, 27:7, 32:9, 54:3, 54:6, 66:7, 78:8, 78:10, 97:24, 98:1, 112:11, 113:17, 113:19, 119:21, 121:19, 121:21

KOURY [3] - 3:14, 17:20, 65:22
KUMAR [34] - 3:8, 8:4, 11:2, 12:18, 13:1, 13:5, 13:11, 13:20, 14:4, 17:4, 19:14, 27:8, 29:9, 32:10, 65:4, 65:10, 66:1, 66:5, 66:21, 84:20, 87:23, 97:21, 100:9, 104:21, 111:3, 114:1, 115:20, 119:22, 123:18, 128:2, 134:3, 137:2, 139:11, 147:17
KUMAR [2] - 3:8, 17:5
KUMHIO [1] - 86:22
KURTZ [2] - 23:12, 33:21
KURTZ [9] - 33:21, 34:5, 34:10, 34:18, 34:22, 35:2, 35:6, 35:12, 35:14

**L**

L.A [8] - 25:11, 28:14, 46:10, 49:8, 79:9, 115:5, 121:11, 128:15
L.V.N [1] - 108:15
LABOR [2] - 63:21, 79:14
LADIES [5] - 66:9, 87:9, 123:23, 139:21, 140:3
LAHUE [2] - 3:16, 18:1
LAKE [1] - 125:23
LANCASTER [3] - 43:15, 120:9, 120:18
LAND [1] - 121:5
LANDED [1] - 104:13
LANGUAGE [3] - 3:15, 3:21, 3:24
LANGUAGES [2] - 103:1, 103:9
LAPD [4] - 138:19, 138:20, 139:1, 139:3
LAST [9] - 9:16, 10:21, 24:23, 76:9, 88:20, 88:21, 94:13, 105:22, 123:3
LASTS [1] - 26:20
LAUNDERING [2] - 19:16, 96:21
LAUNDRY [1] - 79:13
LAURA [3] - 23:17, 47:15, 48:1
LAUSD [1] - 108:10
LAVETTE [2] - 114:5,

114:13
LAW [47] - 9:21, 45:12, 57:22, 58:1, 63:12, 63:20, 64:6, 65:6, 80:18, 107:9, 107:10, 110:8, 110:10, 117:6, 117:8, 119:8, 119:10, 129:16, 129:19, 129:20, 130:8, 130:10, 130:16, 130:17, 130:19, 130:22, 131:4, 131:12, 131:20, 131:23, 131:25, 132:1, 132:3, 132:9, 133:5, 133:6, 133:9, 133:15, 133:19, 133:20, 133:24, 139:6, 140:9, 142:10, 145:21
LAWSUIT [1] - 74:12
LAWYER [6] - 63:22, 99:11, 142:14, 142:15, 142:17, 146:21
LAWYERS [9] - 11:22, 16:22, 43:3, 66:10, 81:7, 133:2, 133:16, 141:5, 141:16
LAY [1] - 33:11
LEAD [3] - 4:25, 17:2, 17:16
LEADER [1] - 49:6
LEAST [1] - 19:21
LEAVE [6] - 61:20, 66:25, 67:4, 139:23, 144:12
LEAVES [1] - 74:15
LEAVING [1] - 25:12
LEE [3] - 13:7, 18:20, 18:23
LEFT [4] - 121:18, 129:25, 144:12, 147:12
LEGAL [7] - 9:14, 12:17, 73:23, 74:12, 118:4, 126:25
LENGTH [3] - 12:24, 30:21, 33:2
LESS [1] - 93:5
LESSER [1] - 32:2
LEVINE [2] - 103:19, 104:1
LEVINE [6] - 103:22, 103:25, 104:7, 104:10, 104:12, 104:18
LICENSE [1] - 43:16

LIED [1] - 57:10
LIFE [1] - 80:1
LIGHT [1] - 143:18
LIM [1] - 18:23
LIMINE [1] - 9:23
LIMITED [4] - 5:18, 141:25, 142:2, 142:3
LIND [1] - 18:17
LINDSAY [1] - 18:20
LINE [2] - 77:16, 77:19
LIST [4] - 4:17, 9:9, 9:25, 14:12
LISTEN [12] - 11:5, 24:6, 28:18, 42:21, 70:16, 76:7, 96:6, 97:10, 119:12, 119:13, 130:19, 145:13
LISTENING [1] - 144:10
LISTS [2] - 4:19, 7:4
LITERARY [1] - 72:2
LITERATURE [1] - 103:2
LIVE [53] - 28:6, 33:21, 33:25, 35:19, 38:16, 40:3, 43:14, 43:18, 46:9, 49:4, 49:7, 50:2, 50:4, 54:14, 58:13, 62:21, 62:24, 67:15, 68:1, 79:9, 79:12, 81:19, 81:24, 85:8, 88:8, 92:11, 97:24, 98:15, 102:20, 104:1, 104:5, 104:6, 104:7, 105:4, 106:22, 106:25, 108:7, 108:13, 108:14, 111:17, 114:13, 116:6, 118:2, 120:9, 122:11, 124:18, 124:21, 125:7, 125:12, 134:24, 137:17, 137:19
LIVES [3] - 33:9, 68:4, 120:12
LIVING [10] - 72:2, 88:13, 92:12, 100:22, 102:18, 105:7, 105:10, 105:11, 116:10, 120:12
LLC [1] - 125:9
LOCAL [1] - 57:22
LOCAL [1] - 50:3
LOCATION [1] - 125:12
LOCATIONS [1] - 13:22

LOMBARDINI [2] - 23:21, 62:21
LOMBARDINI [14] - 62:20, 63:5, 63:8, 63:10, 63:13, 63:18, 63:21, 63:24, 64:1, 64:5, 64:10, 64:14, 64:19, 71:5
LONG-FORM [2] - 4:12, 64:12
LONGEST [1] - 51:5
LOOK [6] - 13:18, 17:23, 67:12, 85:5, 90:19, 130:8
LOOKED [3] - 9:8, 9:15
LOOKING [2] - 60:16, 136:17
LOOPHOLES [1] - 129:20
LORENZO [1] - 23:17
LOS [10] - 17:6, 46:21, 71:23, 102:15, 110:3, 110:4, 118:3, 120:10, 121:9, 128:14
LOS [1] - 3:2
LOSE [1] - 6:3
LOURDES [1] - 102:10
LOYOLA [3] - 102:15, 102:25, 103:4
LUCILLE'S [2] - 100:21, 101:4
LUNCH [6] - 9:17, 12:10, 25:2, 25:6, 147:6
LUNDGREN [2] - 23:14, 37:14
LUNDGREN [8] - 37:13, 37:19, 37:22, 37:25, 38:2, 38:5, 38:8, 38:11
LUZ [2] - 124:9, 124:17
LYNCH [2] - 13:9, 14:6
LYNN [1] - 104:25
LYNWOOD [1] - 122:11

**M**

M-C-C-O-N-N-E-L-L [1] - 3:25
MACHINE [2] - 54:24, 55:2
MACHINIST [1] - 67:16
MAFI [2] - 58:15, 59:11

**MAFI-TRENCH** [2] - 58:15, 59:11
**MAIL** [3] - 47:4, 98:17, 100:1
**MAINTAIN** [1] - 121:8
**MAJOR** [1] - 73:23
**MAJORITY** [1] - 14:2
**MALPRACTICE** [4] - 99:10, 99:11, 99:12
**MANAGE** [1] - 125:23
**MANAGEMENT** [4] - 85:12, 86:6, 86:7
**MANAGEMENT** [1] - 125:9
**MANAGER** [7] - 81:23, 82:8, 100:23, 100:24, 116:9, 123:7, 125:14
**MANIPULATING** [1] - 74:8
**MANNER** [2] - 143:12, 146:9
**MAPPING** [1] - 120:11
**MARCELO** [33] - 50:1, 50:11, 50:14, 50:18, 50:22, 50:25, 51:3, 51:5, 51:9, 51:12, 51:15, 51:18, 51:21, 51:24, 52:3, 52:5, 52:8, 52:11, 52:14, 52:16, 52:19, 52:22, 52:25, 53:2, 53:5, 53:7, 53:10, 53:14, 53:18, 53:21, 53:23, 53:25, 54:5
**MARCELO** [3] - 23:18, 50:2, 50:17
**MARIA** [1] - 58:13
**MARILYN** [2] - 3:16, 18:2
**MARKED** [2] - 9:4, 9:6
**MARKETING** [2] - 36:4, 109:5
**MARQUEZ** [3] - 117:19, 118:1, 118:24
**MARQUEZ** [11] - 117:22, 118:1, 118:9, 118:12, 118:15, 118:20, 119:3, 119:5, 119:8, 119:15, 119:18
**MARRIED** [22] - 33:24, 35:21, 37:15, 38:18, 48:5, 58:16, 62:24, 67:18, 72:1, 85:11, 90:25, 98:17, 100:22, 102:17, 105:6, 106:25, 116:9, 118:5,

120:12, 122:14, 124:21, 125:12
**MARRIOTT** [3] - 82:4, 82:6, 84:10
**MARSHALLE** [2] - 114:5, 114:13
**MARY'S** [1] - 124:19
**MARYMOUNT** [3] - 102:15, 102:25, 103:4
**MASTER'S** [4] - 46:10, 105:5, 106:22, 116:7
**MATTER** [4] - 16:24, 21:14, 33:14, 75:14
**MATTERS** [1] - 145:16
**MATTHEW** [2] - 137:10, 137:17
**MAX** [1] - 7:15
**MAZARIEGO** [3] - 23:15, 43:14, 45:6
**MAZARIEGO** [14] - 43:13, 44:1, 44:4, 44:10, 44:17, 44:20, 44:25, 45:3, 45:9, 45:11, 45:16, 45:19, 45:21, 46:2
**MBA** [1] - 125:17
**MCCONNELL** [1] - 3:23
**MCCONNELL** [1] - 3:24
**MCKENNA** [2] - 102:23, 103:9
**MEAN** [17] - 34:10, 34:13, 61:23, 65:23, 66:3, 69:8, 69:13, 76:15, 95:17, 95:21, 96:13, 96:15, 96:21, 118:16, 119:15, 126:24, 127:2
**MEANS** [8] - 13:3, 16:4, 22:24, 34:14, 131:17, 141:5, 143:1, 145:17
**MEET** [3] - 12:24, 25:1, 55:18
**MEMBER** [3] - 86:22, 109:6, 112:21
**MEMBERS** [19] - 4:21, 4:23, 5:4, 15:19, 16:20, 17:12, 18:5, 18:14, 18:25, 20:14, 22:16, 25:15, 29:20, 33:7, 112:9, 112:13, 139:6, 145:5
**MEMORANDUM** [1] - 9:21
**MEMORIAL** [1] - 105:23
**MEMORY** [4] - 14:1,

143:11, 144:14, 144:15
**MENTAL** [1] - 79:25
**MENTION** [1] - 147:21
**MENTIONED** [1] - 74:24
**MERRILL** [2] - 13:9, 14:6
**MESS** [1] - 42:3
**MESSAGE** [1] - 23:3
**METHOD** [1] - 19:7
**METROLINK** [1] - 28:23
**MEXICO** [1] - 112:16
**MIC** [1] - 129:13
**MICHELLE** [3] - 18:18, 103:19, 104:1
**MICROPHONE** [32] - 26:1, 27:25, 28:1, 30:7, 33:17, 35:16, 37:11, 38:13, 40:20, 40:22, 43:11, 45:7, 45:8, 46:5, 47:12, 47:16, 47:22, 49:1, 49:24, 50:20, 54:9, 56:3, 56:4, 58:9, 62:18, 68:23, 73:8, 88:5, 94:24, 109:14, 112:7, 126:18
**MIDDLE** [3] - 35:4, 61:20, 120:13
**MIDNIGHT** [1] - 12:2
**MIGHT** [7] - 16:15, 27:15, 27:16, 33:11, 51:25, 69:23, 145:24
**MILITARY** [22] - 33:24, 43:18, 49:7, 54:14, 62:24, 67:17, 71:25, 79:12, 81:23, 88:13, 90:25, 100:21, 105:6, 106:24, 108:11, 116:9, 118:4, 124:20, 128:16, 135:25, 136:3, 137:18
**MIND** [7] - 16:2, 24:7, 24:14, 25:16, 87:11, 146:3, 146:6
**MINERAL** [1] - 19:25
**MINIMAL** [1] - 83:23
**MINORS** [1] - 129:17
**MINUTE** [1] - 65:21
**MINUTES** [7] - 4:4, 7:15, 7:21, 87:15, 140:1, 140:4
**MISSED** [1] - 59:9, 88:17, 101:1, 102:24
**MISSING** [1] - 26:20
**MISTAKE** [1] - 57:2
**MISTREATED** [3] -

57:6, 57:7, 57:8
**MISTRIAL** [1] - 22:23
**MISUNDERSTOOD** [1] - 10:8
**MITCHELL** [1] - 64:1
**MODIFIED** [1] - 6:3
**MOM** [10] - 49:8, 54:15, 79:13, 90:2, 91:13, 100:23, 104:8, 104:9, 125:14, 128:16
**MOMENT** [6] - 85:5, 105:12, 135:1, 140:20, 141:4, 144:17
**MONDAY** [5] - 26:6, 26:7, 26:8, 26:12, 26:14
**MONETARY** [2] - 19:16, 20:4
**MONEY** [3] - 19:16, 95:5, 95:13
**MONTH** [3] - 53:11, 88:20, 88:21
**MONTHS** [7] - 48:4, 48:5, 82:4, 82:5, 84:14, 136:11, 138:2
**MORNING** [93] - 3:8, 3:13, 3:20, 3:23, 7:25, 11:25, 12:2, 12:21, 15:20, 15:21, 17:4, 17:20, 24:12, 25:21, 27:23, 27:24, 28:13, 29:19, 33:1, 33:20, 35:17, 37:12, 37:13, 38:14, 38:15, 43:12, 43:13, 46:7, 46:8, 47:13, 47:14, 49:2, 49:3, 49:25, 50:1, 58:11, 58:12, 62:19, 62:20, 67:10, 71:4, 71:13, 79:4, 79:5, 81:13, 81:14, 85:3, 85:4, 88:4, 88:7, 90:17, 90:18, 92:5, 92:6, 96:25, 98:8, 98:9, 100:15, 100:16, 102:12, 102:13, 103:21, 103:22, 105:2, 105:3, 106:16, 106:17, 106:18, 108:2, 108:3, 111:11, 111:12, 114:7, 114:8, 116:1, 116:2, 117:21, 117:22, 120:4, 120:5, 122:5, 122:6, 124:13, 124:14, 125:5, 125:6, 128:9,

128:10, 134:20, 134:21, 137:12, 137:13, 145:8
**MOST** [3] - 51:9, 112:8, 112:15
**MOSTLY** [1] - 112:16
**MOTHER** [5] - 92:14, 93:9, 108:15, 138:19, 138:20
**MOTION** [1] - 63:15
**MOTION** [2] - 9:23, 62:23
**MOTORCYCLE** [1] - 37:20
**MOUNT** [1] - 124:19
**MOUTH** [1] - 96:3
**MOUTHFUL** [1] - 59:12
**MOVING** [1] - 120:14
**MR** [26] - 7:14, 7:18, 7:21, 8:3, 11:7, 11:10, 11:24, 12:3, 12:5, 12:7, 17:19, 27:7, 32:9, 54:3, 54:6, 66:7, 78:8, 78:10, 97:24, 98:1, 112:11, 113:17, 113:19, 119:21, 121:19, 121:21
**MS** [63] - 3:8, 3:13, 8:4, 10:6, 10:14, 10:16, 11:2, 12:18, 13:1, 13:5, 13:11, 13:20, 14:4, 14:14, 14:17, 14:22, 14:25, 15:13, 17:4, 19:14, 27:8, 29:6, 29:9, 32:10, 65:4, 65:10, 65:14, 65:16, 65:21, 66:1, 66:5, 66:21, 71:1, 71:8, 84:20, 87:23, 90:11, 91:24, 97:21, 100:9, 102:6, 103:15, 104:21, 106:10, 107:21, 111:3, 114:1, 115:16, 115:20, 117:15, 119:22, 121:24, 123:18, 123:19, 128:2, 128:3, 134:3, 134:7, 137:2, 137:5, 139:11, 139:12, 147:17
**MT** [3] - 48:3, 48:10, 48:11
**MUGGED** [1] - 49:17
**MULTI** [1] - 36:23
**MULTIPLE** [1] - 80:23
**MUNICIPAL** [1] -

107:10
**MUST** [13] - 16:16, 21:7, 49:13, 140:19, 141:17, 142:2, 142:22, 143:1, 144:1, 145:12, 145:18, 145:19
**MYUNG** [1] - 18:23

## N

**NAING** [3] - 88:2, 88:8, 102:7
**NAING** [14] - 88:7, 88:18, 88:20, 88:23, 89:1, 89:3, 89:7, 89:11, 89:16, 89:20, 89:22, 90:1, 90:4, 90:8
**NAME** [50] - 3:18, 3:21, 10:21, 17:4, 17:20, 21:18, 28:3, 28:5, 35:18, 38:15, 43:14, 46:9, 47:15, 47:25, 49:4, 50:2, 54:11, 58:13, 59:10, 62:21, 63:25, 67:14, 71:21, 71:23, 72:16, 79:8, 81:18, 88:8, 90:22, 92:10, 93:1, 98:14, 102:14, 103:25, 105:4, 106:21, 108:6, 111:16, 114:12, 116:6, 118:1, 120:8, 120:20, 122:11, 124:17, 125:7, 128:5, 128:13, 134:23, 137:16
**NAMELY** [1] - 19:16
**NAMES** [9] - 4:15, 4:25, 5:7, 18:12, 18:13, 18:15, 19:2, 21:16, 22:12
**NATALIE** [1] - 18:19
**NATASHA** [2] - 124:10, 125:7
**NATURE** [18] - 5:10, 21:14, 37:18, 44:8, 54:23, 63:6, 63:9, 63:12, 79:23, 84:6, 85:16, 86:2, 93:16, 94:5, 99:8, 99:18, 122:23, 125:21
**NATURES** [1] - 44:8
**NAVAL** [1] - 120:11
**NAVY** [2] - 44:21, 50:4
**NEAREST** [1] - 101:22
**NECESSARILY** [2] - 131:9, 143:21

**NECESSARY** [3] - 6:21, 62:1, 73:2
**NECESSITY** [1] - 61:24
**NEED** [17] - 5:19, 7:13, 8:22, 10:10, 12:15, 12:25, 35:8, 50:20, 66:17, 75:18, 75:19, 76:16, 127:25, 133:16, 133:17, 141:5, 146:1
**NEEDED** [1] - 12:21
**NEEDS** [1] - 28:2
**NEGATIVE** [4] - 56:12, 57:5, 57:17, 65:6
**NEGOTIATES** [1] - 63:14
**NEGOTIATOR** [1] - 63:16
**NERVOUS** [3] - 42:13, 42:14, 42:15
**NEVER** [16] - 24:19, 34:2, 38:18, 38:20, 43:21, 48:8, 50:7, 54:16, 57:11, 79:15, 81:24, 81:25, 116:11, 122:16, 128:20, 144:15
**NEW** [16] - 6:6, 6:11, 6:19, 6:23, 7:1, 11:10, 24:5, 29:19, 47:18, 71:17, 75:23, 83:12, 83:17, 84:5, 93:20, 115:22
**NEW** [2] - 13:7, 98:20
**NEWS** [2] - 145:11, 145:12
**NEXT** [14] - 26:12, 26:14, 70:24, 71:7, 87:22, 90:10, 91:23, 100:8, 102:5, 104:20, 106:9, 107:20, 113:24, 115:14
**NIGHT** [1] - 9:16
**NINE** [2] - 39:1, 82:5
**NON** [1] - 10:24
**NON-EXPERT** [1] - 10:24
**NONE** [3] - 51:11, 129:24, 143:6
**NONVIOLENT** [1] - 75:20
**NOON** [2] - 25:1, 148:3
**NORMAL** [1] - 12:10
**NORTHRIDGE** [1] - 108:9
**NORTHROP** [3] - 43:19, 44:15, 44:16

**NOS** [1] - 29:15
**NOTE** [3] - 22:21, 144:9, 146:2
**NOTE-TAKING** [1] - 144:9
**NOTED** [1] - 10:10
**NOTES** [6] - 144:6, 144:7, 144:12, 144:13, 144:14, 144:16
**NOTHING** [10] - 16:6, 35:9, 42:17, 57:21, 70:3, 73:14, 80:23, 129:23, 130:13, 133:9
**NOTICE** [1] - 20:9
**NOTIFY** [1] - 41:13
**NOTWITHSTANDING** [1] - 96:25
**NOVEMBER** [2] - 20:5, 61:15
**NOWADAYS** [1] - 49:13
**NUMBER** [6] - 80:8, 80:9, 80:22, 82:12, 82:21, 129:2
**NUMBER** [15] - 8:8, 14:8, 30:11, 33:7, 49:17, 66:11, 94:22, 101:12, 111:24, 116:23, 116:24, 126:9, 129:1, 138:16, 143:21
**NUMBERS** [9] - 55:20, 55:21, 72:22, 73:11, 94:11, 126:20, 126:22, 135:18, 138:15
**NUMEROUS** [1] - 101:20
**NURSE** [6] - 30:24, 30:25, 31:9, 31:10, 31:11, 104:10
**NURSING** [2] - 116:7, 124:19
**NURSING/ RETIREMENT** [1] - 90:5
**NUÑEZ** [2] - 3:11, 17:9

## O

**O'CLOCK** [4] - 4:8, 12:11, 25:3, 25:5
**OAKS** [2] - 85:9, 125:7
**OATH** [2] - 3:18, 76:19
**OBAMACARE** [1] - 50:6
**OBJECT** [1] - 142:17
**OBJECTING** [1] -

97:25
**OBJECTION** [12] - 8:10, 8:17, 27:5, 32:10, 84:19, 97:19, 97:21, 111:2, 119:20, 142:18, 142:19, 142:21
**OBJECTIONS** [2] - 9:10, 141:21
**OBLIGATION** [2] - 31:1, 147:1
**OBLIGATIONS** [1] - 32:4
**OBVIOUS** [5] - 64:11, 107:15, 115:7, 126:5, 126:7
**OBVIOUSLY** [6] - 5:3, 11:14, 57:15, 70:13, 94:23, 96:5, 127:6, 131:8
**OCCASIONS** [2] - 7:1, 101:21
**OCCUPATION** [8] - 72:1, 88:12, 92:13, 92:16, 100:23, 101:2, 108:18, 125:17
**OCCUPIED** [1] - 4:14
**OCCUR** [1] - 69:10
**OCTOBER** [1] - 129:15
**OFFENSE** [3] - 82:24, 144:22, 147:3
**OFFENSES** [2] - 112:17, 112:19
**OFFER** [10] - 8:16, 10:5, 10:23, 11:4, 11:13, 11:18, 13:23, 13:24, 144:20, 146:22
**OFFERED** [1] - 8:11
**OFFERS** [1] - 142:15
**OFFICE** [2] - 118:8, 118:18
**OFFICE** [2] - 54:15, 139:24
**OFFICER** [1] - 86:5
**OFFICER** [7] - 110:9, 115:11, 117:6, 117:8, 125:14, 126:8, 127:1
**OFFICERS** [3] - 57:3, 57:8, 58:1
**OFFICIAL** [1] - 86:23
**OFFICIALS** [1] - 19:20
**OFOEGBU** [2] - 90:15, 90:23
**OFOEGBU** [8] - 90:18, 90:22, 91:5, 91:7, 91:9, 91:13, 91:17,

91:21
**OLD** [6] - 68:5, 85:12, 98:19, 98:20, 111:20, 122:14
**OLDER** [1] - 102:17
**OLDEST** [4] - 43:20, 117:3, 120:13, 120:14
**OLGA** [2] - 117:19, 118:1
**OLIVER** [2] - 122:3, 122:11
**OLIVER** [8] - 122:6, 122:10, 122:18, 122:21, 122:24, 123:3, 123:7, 123:11
**ONCE** [6] - 8:20, 8:25, 15:10, 47:3, 58:19, 133:14
**ONE** [48] - 5:17, 6:5, 6:12, 6:14, 14:22, 26:20, 27:15, 30:11, 34:1, 38:18, 51:2, 51:6, 51:10, 66:16, 67:4, 67:5, 68:18, 69:6, 71:11, 82:21, 84:13, 85:12, 94:13, 101:21, 101:22, 102:18, 103:5, 105:7, 105:13, 105:22, 115:18, 117:13, 121:21, 122:8, 122:10, 123:11, 132:14, 136:20, 141:24, 142:8, 147:21
**ONE'S** [3] - 34:1, 48:8
**ONES** [2] - 109:24, 147:18
**OPEN** [5] - 16:23, 65:24, 66:3, 80:19, 146:6
**OPENING** [16] - 7:12, 7:13, 7:17, 7:18, 7:22, 24:21, 146:11, 146:13, 146:14, 146:15, 146:16, 146:18, 147:7, 147:16, 148:2
**OPERATE** [1] - 55:2
**OPERATING** [1] - 86:5
**OPERATIONS** [1] - 86:7
**OPERATOR** [2] - 50:4, 54:13
**OPINION** [1] - 74:11
**OPINIONS** [1] - 33:11
**OPPORTUNITY** [5] - 6:9, 143:9, 146:10
**ORANGE** [1] - 50:5

**ORDER** [6] - 12:10, 16:25, 56:6, 110:1, 140:19, 142:24
**ORGANIZATIONS** [3] - 92:20, 92:22, 92:25
**ORIENTAL** [1] - 135:2, 135:9, 135:12
**ORIGINALLY** [1] - 7:3
**ORNELAS** [2] - 115:24, 116:6
**OSCAR** [2] - 23:19, 54:11
**OSTAD** [4] - 134:18, 134:24, 135:24, 137:7
**OSTAD** [17] - 134:20, 134:23, 135:7, 135:10, 135:12, 135:17, 135:19, 135:22, 135:25, 136:2, 136:5, 136:8, 136:10, 136:13, 136:16, 136:20, 136:23
**OUTCOME** [1] - 143:13
**OUTSET** [1] - 33:13
**OUTSIDE** [5] - 37:24, 68:13, 90:3, 144:19, 144:21
**OVERLY** [1] - 144:15
**OVERNIGHT** [1] - 123:5
**OVERNIGHTER** [1] - 53:8
**OVERREACH** [1] - 74:25
**OVERRULE** [1] - 142:18
**OWN** [10] - 34:5, 34:6, 48:19, 48:20, 95:14, 107:13, 124:21, 144:14, 145:16, 145:22
**OWNED** [1] - 34:6
**OWNERSHIP** [3] - 83:13, 84:5, 84:13
**OWNERSHIPS** [1] - 84:13
**OXNARD** [4] - 54:12, 56:16, 57:16, 57:17

**P**

**P&C** [1] - 43:16
**P.M** [2] - 25:1, 148:4
**PACIFIC** [1] - 62:22
**PACKAGE** [1] - 138:11
**PACKAGING** [1] -

36:24
**PACMAN** [1] - 98:19
**PAID** [3] - 31:12, 70:9, 92:20
**PAINT** [1] - 91:9
**PALISADES** [1] - 62:22
**PALMDALE** [1] - 67:15
**PALOS** [1] - 105:4
**PAMELA** [2] - 128:7, 128:13
**PANEL** [22] - 4:7, 4:21, 4:23, 5:4, 5:8, 6:19, 14:19, 15:19, 16:23, 17:12, 18:5, 18:14, 18:25, 20:15, 23:23, 25:15, 29:20, 33:7, 64:25, 65:1, 115:17, 137:3
**PAPERS** [1] - 144:3
**PAPERWORK** [2] - 51:16, 51:18
**PARALEGAL** [2] - 3:11, 17:10
**PARALLEL** [1] - 76:25
**PARDON** [5] - 12:6, 89:2, 97:4, 126:6, 136:1
**PARENTS** [11] - 49:7, 54:15, 79:12, 88:13, 89:18, 91:1, 91:11, 92:13, 100:22, 124:21, 125:13
**PARENTS'** [1] - 56:15
**PARK** [1] - 18:23
**PARKS** [1] - 49:5
**PART** [7] - 15:3, 24:9, 57:2, 76:9, 88:17, 95:8, 143:5
**PARTICIPANTS** [1] - 5:5
**PARTICIPATION** [3] - 71:4, 71:12, 139:22
**PARTICULAR** [1] - 118:11
**PARTIES** [8] - 16:12, 17:1, 18:11, 78:7, 141:24, 144:18, 146:10, 147:18
**PARTS** [1] - 59:20
**PARTY** [2] - 74:12, 146:16
**PASILLAS** [3] - 78:24, 79:9, 80:14
**PASILLAS** [13] - 79:5, 79:8, 79:18, 79:21, 79:24, 80:4, 80:8, 80:12, 80:17, 80:22, 81:3, 81:6, 81:9

**PASS** [16] - 6:4, 6:5, 6:7, 6:15, 6:25, 7:2, 35:15, 37:11, 38:13, 47:12, 49:1, 49:23, 54:9, 58:9, 62:17, 95:14
**PASSED** [1] - 121:22
**PASSING** [1] - 6:3
**PAST** [1] - 122:18
**PATHOLOGY** [2] - 105:5, 105:16
**PATHPOINT** [1] - 125:14
**PATIENTS** [1] - 30:24
**PAUL** [1] - 89:23
**PAY** [4] - 31:2, 31:6, 70:10, 144:1
**PAYS** [2] - 31:6, 31:13
**PEARCE** [1] - 18:19
**PENDING** [1] - 9:23
**PEOPLE** [10] - 5:21, 18:2, 18:15, 22:17, 74:8, 79:24, 95:4, 96:16, 145:5
**PER** [1] - 31:12
**PERCENT** [2] - 95:16, 96:4
**PEREMPTORIES** [2] - 6:8, 70:24
**PEREMPTORY** [31] - 6:1, 6:5, 6:11, 6:13, 6:14, 64:25, 65:12, 65:24, 66:10, 66:12, 66:14, 66:16, 66:19, 66:20, 71:7, 87:22, 90:10, 91:23, 100:8, 102:5, 103:14, 104:20, 106:9, 107:20, 113:24, 115:14, 115:19, 117:14, 121:18, 123:14, 137:1
**PERFORM** [2] - 16:13, 31:14
**PERHAPS** [2] - 133:11, 139:24
**PERIOD** [1] - 25:18
**PERMISSION** [1] - 6:10
**PERMIT** [2] - 12:20, 145:7
**PERMITS** [1] - 142:10
**PERMITTED** [4] - 9:19, 22:18, 142:16, 144:18
**PERNELL** [4] - 92:3, 92:11, 94:18, 97:18
**PERNELL** [30] - 92:6, 92:10, 92:17, 92:23, 93:2, 93:5, 93:8,

93:11, 93:15, 93:18, 93:24, 94:1, 94:3, 94:9, 94:12, 94:16, 94:19, 94:22, 95:1, 95:8, 95:12, 95:24, 96:7, 96:11, 96:15, 96:20, 97:3, 97:5, 97:8, 97:15
**PERSON** [8] - 24:3, 75:18, 75:24, 75:25, 76:3, 96:6, 133:11
**PERSON'S** [2] - 129:20, 130:9
**PERSONAL** [4] - 16:21, 33:9, 34:20, 106:3
**PERSONALLY** [1] - 142:6
**PERSONS** [3] - 17:3, 17:17, 18:10
**PH.D** [1] - 102:15
**PHASES** [1] - 24:21
**PHILANTHROPIST** [1] - 95:11
**PHILANTHROPISTS** [2] - 93:19, 95:9
**PHILLIPE** [1] - 18:21
**PHILOSOPHY** [1] - 75:15
**PHOBIA** [1] - 28:6
**PHONE** [1] - 57:9
**PICK** [1] - 104:23
**PICTURE** [1] - 62:23
**PICTURE** [1] - 63:15
**PIERCE** [1] - 26:10
**PILOT** [1] - 67:18
**PIPING** [1] - 94:4
**PLAINTIFF** [1] - 140:25
**PLANNING** [2] - 106:23
**PLEA** [2] - 20:19, 69:13
**PLEAD** [2] - 52:7, 52:17
**PLEADED** [3] - 20:11, 52:8, 69:24
**PLED** [4] - 52:16, 52:19, 53:12, 83:3
**PLUS** [1] - 24:23
**POCKETS** [1] - 95:14
**POINT** [4] - 9:22, 12:13, 21:11, 22:14
**POLICE** [3] - 41:14, 80:23, 115:11
**POLICE** [4] - 56:17, 57:16, 57:17, 117:4
**POLICIES** [1] - 44:11
**POLICY** [1] - 6:3
**POLITICAL** [1] - 75:15

**POLY** [1] - 88:18
**POMONA** [2] - 48:1, 88:18
**POONAM** [2] - 3:8, 17:5
**POSE** [1] - 25:19
**POSITION** [3] - 75:17, 82:6, 86:13
**POSITIVE** [2] - 110:8, 127:19
**POSSE** [1] - 5:24
**POSSIBLE** [1] - 145:24
**POSSIBLY** [1] - 73:19
**POSTAL** [2] - 98:16, 99:25
**POTTS** [1] - 18:18
**POUROSTADKAR** [1] - 134:24
**PRACTICE** [6] - 8:24, 63:12, 63:20, 104:11, 107:9, 107:13
**PRACTITIONER** [1] - 31:10
**PRE** [2] - 8:9, 36:16
**PRE-ADMIT** [1] - 8:9
**PRE-PRESS** [1] - 36:16
**PRECISE** [1] - 24:19
**PRECLUDE** [1] - 9:24
**PRECONCEIVED** [1] - 33:11
**PREJUDICE** [2] - 16:14, 143:14
**PREJUDICED** [2] - 16:16, 77:17
**PRELIMINARY** [2] - 140:2, 140:5
**PREPARED** [1] - 19:10
**PREPARES** [1] - 36:18
**PREPARING** [1] - 131:20
**PRESCHOOL** [5] - 92:15, 114:15, 114:22, 114:23
**PRESENCE** [57] - 15:16, 16:23, 25:24, 27:3, 27:9, 27:14, 27:17, 27:21, 29:3, 29:13, 30:4, 32:7, 32:12, 32:21, 40:18, 43:9, 45:5, 46:4, 50:16, 54:8, 55:24, 58:8, 61:4, 62:16, 64:22, 66:8, 68:20, 70:23, 73:5, 78:2, 78:12, 78:21, 80:13,

81:11, 82:17, 84:17, 84:23, 87:19, 94:17, 97:17, 98:3, 109:12, 111:6, 112:4, 113:23, 118:23, 119:24, 126:16, 127:23, 128:4, 129:9, 134:1, 134:12, 134:15, 135:23, 136:24, 147:10

**PRESENT** [8] - 3:14, 3:15, 5:1, 87:21, 141:5, 146:20, 146:25

**PRESENTATION** [1] - 24:21

**PRESENTED** [6] - 16:6, 42:8, 53:20, 127:19, 145:20, 146:24

**PRESIDENT/CHIEF** [1] - 86:5

**PRESS** [1] - 36:16

**PRESUMED** [3] - 20:13, 21:9, 140:21

**PRESUMPTION** [2] - 21:3, 21:14

**PRETRIAL** [4] - 8:5, 8:17, 14:2, 53:13

**PRETRIAL** [2] - 8:6, 9:8

**PRETTY** [4] - 49:13, 80:20, 113:21, 138:9

**PREVENT** [18] - 34:25, 35:10, 46:1, 47:6, 49:20, 53:16, 64:17, 69:20, 73:15, 81:1, 83:8, 87:2, 87:6, 102:1, 106:5, 117:11, 118:19, 139:7

**PREVIOUS** [1] - 102:19

**PREVIOUSLY** [3] - 63:1, 87:12, 125:10

**PRIMARILY** [1] - 15:8

**PRINCIPAL** [1] - 19:24

**PRINTING** [1] - 36:19

**PRISON** [2] - 45:13, 85:19

**PRIVACY** [2] - 16:20

**PRIVATE** [3] - 39:7, 85:10, 114:22

**PROBATION** [3] - 125:13, 126:8, 127:1

**PROBE** [1] - 110:21

**PROBLEM** [6] - 11:16, 27:19, 28:9, 70:8, 77:9, 134:10

**PROBLEMS** [5] - 30:1, 58:3, 58:4, 73:23, 73:24

**PROCEED** [1] - 146:8

**PROCEEDING** [1] - 12:14

**PROCEEDINGS** [5] - 21:12, 22:23, 74:12, 141:7, 144:19

**PROCESS** [12] - 13:23, 16:1, 16:7, 16:25, 22:24, 66:18, 74:1, 74:7, 74:8, 83:12, 83:17, 105:22

**PRODUCE** [2] - 54:25, 146:17

**PRODUCED** [4] - 10:25, 42:20, 70:14, 130:12

**PRODUCERS** [1] - 62:23

**PROFESSIONAL** [1] - 46:24

**PROFESSIONALS** [1] - 125:9

**PROFESSOR** [3] - 102:16, 102:23, 103:9

**PROFESSOR** [1] - 18:18

**PROFFER** [2] - 9:14, 9:15

**PROGRAM** [4] - 52:9, 54:4, 60:5, 120:21

**PROJECT** [1] - 61:19

**PROOF** [8] - 10:5, 10:23, 11:5, 11:13, 11:19, 140:24, 142:5, 142:8

**PROP** [1] - 52:23

**PROP** [1] - 52:25

**PROPER** [1] - 9:3

**PROPERLY** [2] - 21:1, 144:22

**PROPERTY** [1] - 125:9

**PROPERTY** [3] - 19:17, 20:5, 85:11

**PROPOSITION** [1] - 54:3

**PROSECUTE** [2] - 77:3, 129:23

**PROSECUTED** [2] - 75:18, 118:13

**PROSECUTION** [4] - 21:5, 45:14, 74:1, 75:22

**PROSECUTION'S** [1] - 77:17

**PROSECUTIONS** [1] -

77:1

**PROSECUTOR** [2] - 19:11, 20:18

**PROSECUTORIAL** [2] - 131:7, 131:10

**PROSECUTORS** [1] - 77:15

**PROSPECTIVE** [31] - 5:19, 15:16, 21:20, 22:10, 23:11, 23:24, 24:2, 27:17, 29:13, 32:21, 43:9, 46:4, 54:8, 58:8, 62:16, 64:23, 66:8, 66:12, 66:15, 70:23, 78:21, 81:11, 84:23, 87:19, 98:3, 111:6, 113:23, 119:24, 128:4, 134:15, 136:24

**PROSPECTIVE** [570] - 26:3, 26:5, 26:8, 26:10, 26:15, 26:19, 26:24, 27:24, 28:5, 28:11, 28:22, 30:2, 30:11, 30:14, 30:17, 30:23, 31:5, 31:11, 31:15, 31:17, 31:20, 32:1, 32:19, 33:4, 33:21, 34:5, 34:10, 34:18, 34:22, 35:2, 35:6, 35:12, 35:14, 35:18, 35:24, 36:2, 36:4, 36:7, 36:10, 36:14, 36:16, 36:18, 36:21, 36:23, 37:2, 37:5, 37:9, 37:13, 37:19, 37:22, 37:25, 38:2, 38:5, 38:8, 38:11, 38:15, 38:21, 38:24, 39:3, 39:6, 39:10, 39:13, 39:15, 39:19, 39:21, 39:24, 40:2, 40:4, 40:6, 40:8, 40:12, 40:14, 40:16, 40:23, 40:25, 41:4, 41:10, 41:12, 41:18, 41:21, 41:24, 42:4, 42:9, 42:12, 42:18, 42:24, 43:1, 43:5, 43:7, 43:13, 44:1, 44:4, 44:10, 44:17, 44:20, 44:25, 45:3, 45:9, 45:11, 45:16, 45:19, 45:21, 46:2, 46:8, 46:15, 46:19, 46:21, 46:25, 47:3, 47:8, 47:10, 47:14, 47:23, 47:25, 48:12, 48:14, 48:17, 48:19, 48:24, 49:3,

49:12, 49:14, 49:17, 49:22, 50:1, 50:11, 50:14, 50:18, 50:22, 50:25, 51:3, 51:5, 51:9, 51:12, 51:15, 51:18, 51:21, 51:24, 52:3, 52:5, 52:8, 52:11, 52:14, 52:16, 52:19, 52:22, 52:25, 53:2, 53:5, 53:7, 53:10, 53:14, 53:18, 53:21, 53:23, 53:25, 54:5, 54:11, 54:20, 54:24, 55:2, 55:6, 55:10, 55:13, 55:18, 55:22, 56:5, 56:8, 56:16, 56:19, 56:22, 56:24, 57:1, 57:4, 57:7, 57:9, 57:13, 57:19, 57:23, 58:3, 58:6, 58:12, 58:22, 59:1, 59:5, 59:8, 59:11, 59:13, 59:16, 59:19, 59:23, 59:25, 60:4, 60:8, 60:10, 60:14, 60:18, 60:21, 60:25, 61:6, 61:9, 61:13, 62:3, 62:6, 62:10, 62:13, 62:20, 63:5, 63:8, 63:10, 63:13, 63:18, 63:21, 63:24, 64:1, 64:5, 64:10, 64:14, 64:19, 67:2, 67:14, 67:23, 68:3, 68:6, 68:8, 68:10, 68:14, 68:17, 68:22, 68:25, 69:2, 69:6, 69:11, 69:15, 69:18, 69:23, 70:2, 70:5, 70:8, 70:18, 71:5, 71:21, 72:6, 72:9, 72:11, 72:14, 72:17, 72:21, 72:23, 73:1, 73:12, 73:16, 73:18, 73:21, 73:25, 74:3, 74:6, 74:14, 74:19, 74:22, 75:5, 75:13, 75:21, 76:2, 76:5, 76:8, 76:14, 76:20, 76:24, 77:5, 77:9, 77:20, 77:22, 77:25, 78:19, 79:5, 79:8, 79:18, 79:21, 79:24, 80:4, 80:8, 80:12, 80:17, 80:22, 81:3, 81:6, 81:9, 81:14, 81:18, 82:3, 82:7, 82:12, 82:15, 82:20, 82:23, 83:2, 83:4, 83:6, 83:10, 83:15, 83:23, 84:2,

84:4, 84:9, 85:4, 85:8, 85:15, 85:18, 85:22, 85:24, 86:4, 86:10, 86:13, 86:18, 87:4, 87:8, 88:7, 88:18, 88:20, 88:23, 89:1, 89:3, 89:7, 89:11, 89:16, 89:20, 89:22, 90:1, 90:4, 90:8, 90:18, 90:22, 91:5, 91:7, 91:9, 91:13, 91:17, 91:21, 92:6, 92:10, 92:17, 92:23, 93:2, 93:5, 93:8, 93:11, 93:15, 93:18, 93:24, 94:1, 94:3, 94:9, 94:12, 94:16, 94:19, 94:22, 95:1, 95:8, 95:12, 95:24, 96:7, 96:11, 96:15, 96:20, 97:3, 97:5, 97:8, 97:15, 98:9, 98:14, 98:23, 99:2, 99:6, 99:10, 99:12, 99:15, 99:19, 99:23, 100:1, 100:5, 100:16, 100:19, 101:3, 101:7, 101:12, 101:15, 101:18, 101:20, 101:24, 102:3, 102:13, 102:22, 103:1, 103:5, 103:8, 103:12, 103:22, 103:25, 104:7, 104:10, 104:12, 104:18, 105:3, 105:11, 105:17, 105:21, 106:2, 106:7, 106:17, 106:21, 107:4, 107:6, 107:8, 107:10, 107:14, 107:18, 108:3, 108:6, 108:14, 108:17, 108:19, 108:24, 109:1, 109:4, 109:9, 109:16, 109:18, 109:21, 109:23, 110:2, 110:16, 110:19, 110:24, 111:1, 111:5, 111:12, 111:16, 111:24, 112:2, 112:8, 112:15, 112:20, 112:22, 113:1, 113:4, 113:6, 113:9, 113:12, 113:14, 113:21, 114:8, 114:12,

2

114:21, 114:24, 115:2, 115:4, 115:9, 115:13, 116:2, 116:5, 116:14, 116:16, 116:18, 116:23, 116:25, 117:3, 117:7, 117:9, 117:12, 117:22, 118:1, 118:9, 118:12, 118:15, 118:20, 119:3, 119:5, 119:8, 119:15, 119:18, 120:5, 120:8, 120:17, 120:20, 120:23, 121:3, 121:8, 121:12, 121:15, 122:6, 122:10, 122:18, 122:21, 122:24, 123:3, 123:7, 123:11, 124:14, 124:17, 125:2, 125:6, 125:23, 126:5, 126:7, 126:10, 126:12, 126:14, 126:21, 126:24, 127:14, 127:17, 128:10, 128:13, 128:19, 128:23, 129:1, 129:5, 129:7, 129:11, 129:14, 130:6, 130:15, 130:24, 131:3, 131:16, 131:22, 131:25, 132:2, 132:8, 132:12, 132:19, 132:22, 132:25, 133:4, 133:19, 133:23, 134:20, 134:23, 135:7, 135:10, 135:12, 135:17, 135:19, 135:22, 135:25, 136:2, 136:5, 136:8, 136:10, 136:13, 136:16, 136:20, 136:23, 137:13, 137:16, 137:21, 137:24, 138:2, 138:4, 138:8, 138:11, 138:14, 138:16, 138:18, 138:21, 138:24, 139:1, 139:4, 139:8
**PROSPECTIVE** [32] - 21:22, 25:25, 27:4, 27:10, 27:22, 29:4, 30:5, 32:8, 32:13,

40:19, 45:6, 50:17, 55:25, 61:5, 68:21, 73:6, 78:3, 78:13, 80:14, 82:18, 84:18, 94:18, 97:18, 109:13, 112:5, 118:24, 126:17, 127:24, 129:10, 134:2, 134:13, 135:24
**PROVABLE** [1] - 14:9
**PROVE** [3] - 21:10, 140:19, 147:2
**PROVEN** [1] - 21:7
**PROVIDE** [16] - 33:17, 60:3, 67:12, 71:19, 79:6, 85:6, 88:5, 98:12, 100:17, 103:23, 106:19, 111:14, 120:6, 124:15, 137:14, 145:2
**PROVIDED** [5] - 4:10, 22:1, 25:6, 25:20, 85:7
**PROVIDENCE** [1] - 31:5
**PROVIDES** [2] - 92:21, 92:24
**PROVINCE** [1] - 133:8
**PROVING** [2] - 21:6, 140:22
**PRY** [1] - 33:8
**PSYCHOLOGY** [1] - 100:20
**PUBLIC** [4] - 46:11, 46:15, 120:11, 121:2
**PUBLIC** [7] - 19:20, 28:20, 51:1, 52:11, 74:15, 121:4, 121:6
**PUNISHMENT** [1] - 145:24
**PURCHASING** [1] - 120:24
**PURPOSE** [7] - 4:3, 5:3, 8:21, 18:13, 141:25, 142:2, 142:3
**PURPOSES** [1] - 60:23
**PURSUE** [1] - 75:24
**PUT** [11] - 28:7, 34:11, 35:7, 42:6, 51:16, 67:3, 70:11, 78:14, 83:19, 130:3, 130:4
**PUTS** [1] - 96:3

## Q

**QUALIFIED** [2] - 16:3, 16:4

**QUESTIONING** [2] - 24:11, 76:22
**QUESTIONNAIRE** [57] - 4:11, 4:12, 4:13, 22:6, 22:7, 22:8, 22:11, 25:20, 28:7, 34:9, 37:7, 37:8, 38:10, 40:10, 40:11, 44:24, 47:2, 48:22, 49:16, 50:10, 55:17, 60:13, 60:16, 60:17, 64:12, 66:25, 67:11, 68:16, 72:20, 80:7, 82:11, 85:6, 85:7, 86:17, 89:14, 90:20, 91:20, 94:8, 98:12, 100:4, 101:11, 103:11, 104:17, 106:1, 107:17, 111:23, 115:8, 116:22, 121:14, 123:10, 125:1, 126:4, 128:25, 135:16, 136:17, 136:19, 138:13
**QUESTIONNAIRES** [8] - 4:12, 21:25, 22:2, 22:3, 33:19, 105:25, 122:8, 139:23
**QUESTIONS** [1] - 33:19
**QUESTIONS** [56] - 8:1, 15:1, 15:3, 15:7, 15:12, 16:2, 16:10, 16:18, 22:7, 23:24, 23:25, 24:4, 24:5, 24:7, 24:8, 33:8, 33:10, 34:8, 34:15, 37:8, 38:10, 40:11, 44:23, 47:2, 48:23, 49:16, 55:16, 60:12, 65:17, 68:16, 68:18, 72:19, 80:6, 82:11, 86:16, 89:15, 91:19, 94:7, 100:3, 101:10, 103:11, 104:16, 107:16, 109:8, 111:22, 115:8, 116:21, 121:14, 123:9, 124:25, 126:3, 128:25, 135:15, 136:18, 138:13, 141:20
**QUICK** [2] - 30:6, 87:10
**QUITE** [2] - 70:9, 75:11
**QUOTE** [1] - 12:17

## R

**RADIO** [1] - 145:13
**RAISE** [9] - 17:14, 18:7, 19:3, 20:16, 25:21, 61:1, 61:12, 123:21, 139:14
**RAISED** [6] - 17:15, 18:8, 19:4, 20:17, 29:12, 65:17
**RALPHS** [1] - 124:20
**RAMIREZ** [8] - 47:14, 47:23, 47:25, 48:12, 48:14, 48:17, 48:19, 48:24
**RAMIREZ** [3] - 23:17, 47:15, 48:1
**RAPE** [1] - 110:6
**RATHER** [1] - 4:24
**RAYNOR** [2] - 3:16, 18:2
**REACH** [4] - 13:15, 59:4, 63:2, 85:21
**REACHED** [2] - 98:24, 105:13
**READ** [14] - 4:15, 5:7, 5:14, 18:12, 19:2, 19:11, 22:2, 22:8, 74:15, 76:25, 95:19, 119:9, 145:12
**READILY** [1] - 14:9
**READING** [3] - 14:7, 18:13, 128:17
**READY** [10] - 39:1, 64:8, 90:21, 92:8, 98:13, 103:23, 108:4, 111:14, 114:10, 117:24
**REAL** [2] - 105:9, 108:20
**REALIZE** [3] - 42:15, 67:11, 110:17
**REALLY** [11] - 8:12, 28:25, 32:4, 41:5, 60:24, 61:16, 61:17, 74:9, 96:3, 129:19
**REASON** [9] - 16:15, 25:8, 58:2, 66:17, 123:16, 129:22, 131:8, 139:9
**REASONABLE** [6] - 21:7, 75:23, 140:23, 140:24, 141:10, 147:4
**REASONABLENESS** [1] - 143:17
**REASONS** [2] - 16:16, 25:17
**REBECA** [2] - 102:10, 102:14

**REBUT** [1] - 10:2
**RECEIVED** [10] - 8:25, 9:2, 11:10, 19:23, 21:1, 141:15, 142:14, 142:19, 142:21, 144:4
**RECENT** [2] - 41:8, 51:9
**RECENTLY** [3] - 9:24, 48:1, 88:9
**RECESS** [8] - 14:21, 15:14, 62:1, 87:15, 87:17, 147:5, 148:1, 148:3
**RECORD** [2] - 142:25, 147:11
**RECORDS** [4] - 14:4, 32:18, 121:5, 121:9
**RECREATION** [1] - 49:6
**RECREATION** [1] - 49:6
**RED** [1] - 109:5
**REEVALUATE** [1] - 12:14
**REFER** [1] - 9:4
**REFERENCE** [2] - 10:1, 145:18
**REFERENCING** [1] - 12:7
**REFINE** [1] - 12:24
**REFLECT** [1] - 147:11
**REFUGEE** [1] - 136:11
**REFURBISHING** [1] - 100:24
**REGISTRATION** [1] - 125:25
**REHABILITATED** [1] - 65:9
**REHABILITATION** [1] - 105:18
**REIMBURSED** [1] - 83:21
**REIMBURSEMENT** [1] - 83:19
**RELATE** [2] - 9:13, 24:5
**RELATED** [4] - 105:14, 112:9, 112:14, 129:15
**RELATING** [2] - 9:14, 145:16
**RELATIONSHIP** [3] - 34:20, 35:9, 108:11
**RELATIVE** [1] - 135:13
**RELEASED** [1] - 29:10
**RELEASING** [1] - 84:19
**RELY** [1] - 144:13

**REMAIN** [2] - 24:10, 24:13
**REMAINING** [3] - 13:15, 115:19, 117:14
**REMAINS** [2] - 10:2, 10:3
**REMEMBER** [9] - 21:25, 29:11, 63:6, 76:18, 85:17, 99:8, 126:21, 140:20, 144:6
**REMODELING** [1] - 39:25
**REMOVE** [1] - 66:14
**REMOVED** [1] - 61:15
**RENDER** [3] - 77:18, 124:1, 139:18
**RENT** [1] - 47:4
**REPAIRS** [1] - 37:21
**REPEALED** [1] - 93:20
**REPEALS** [1] - 95:14
**REPEATING** [1] - 24:4
**REPERCUSSIONS** [1] - 129:18
**REPLACED** [1] - 47:20
**REPLACEMENT** [1] - 24:3
**REPLACES** [1] - 6:19
**REPORT** [3] - 32:16, 41:14, 139:24
**REPORTER** [2] - 65:15, 78:4
**REPORTER** [5] - 26:2, 28:2, 40:21, 109:15, 143:24
**REPORTER'S** [1] - 67:4
**REPORTS** [1] - 145:13
**REPRESENT** [1] - 17:20
**REPRESENTING** [1] - 18:3
**REPRESENTS** [1] - 107:11
**REQUEST** [11] - 6:6, 6:10, 6:23, 16:9, 65:9, 66:21, 87:23, 100:9, 104:21, 114:1, 115:20
**REQUESTED** [1] - 6:24
**REQUESTING** [1] - 121:21
**REQUIRED** [4] - 6:25, 11:18, 21:10, 146:25
**RESEARCH** [1] - 20:1
**RESEARCH** [3] - 23:6, 87:13, 145:15

**RESEARCHER** [1] - 19:24
**RESERVE** [1] - 120:11
**RESIDENCE** [4] - 71:23, 90:23, 100:20, 134:24
**RESOURCES** [1] - 58:17
**RESOURCES** [1] - 19:25
**RESPECT** [21] - 4:9, 6:1, 7:24, 8:1, 9:14, 13:7, 14:11, 21:6, 28:4, 29:21, 30:9, 30:20, 33:2, 37:6, 48:21, 67:25, 70:12, 73:22, 87:14, 112:25, 131:11
**RESPECTIVE** [2] - 5:21, 97:13
**RESPONSE** [10] - 9:16, 15:8, 24:8, 30:2, 34:15, 50:10, 69:4, 82:22, 109:7, 127:19
**RESPONSES** [37] - 15:10, 34:8, 37:7, 38:10, 40:10, 44:23, 47:2, 48:22, 49:16, 55:16, 60:12, 64:13, 67:13, 68:16, 72:19, 73:10, 80:6, 82:10, 86:16, 91:19, 94:7, 100:3, 101:10, 103:11, 104:16, 105:25, 107:16, 111:22, 115:7, 116:21, 121:14, 123:9, 124:25, 126:3, 128:25, 135:15, 138:13
**RESPONSIBILITIES** [8] - 44:8, 54:23, 59:15, 79:23, 86:2, 121:1, 122:23, 125:21
**RESPONSIBILITY** [1] - 11:23
**REST** [1] - 25:13
**RESTAURANT** [2] - 98:18, 124:22
**RESTAURANTS** [1] - 101:8
**RESTORED** [1] - 6:6
**RESTROOM** [1] - 61:18
**RESULT** [5] - 21:11, 22:23, 45:14, 56:23, 58:23
**RESUME** [1] - 25:2

**RETIRE** [3] - 39:2, 64:9, 140:10
**RETIRED** [5] - 79:13, 79:16, 105:6, 123:3, 139:2
**RETIREMENT** [1] - 90:7
**RETROFITTING** [1] - 108:20
**RETURN** [1] - 145:24
**RETURNED** [1] - 86:19
**REVIEW** [3] - 127:18, 130:21, 143:25
**RICHARD** [2] - 3:16, 18:2
**RIGGS** [2] - 32:24, 46:9
**RIGGS** [9] - 33:4, 46:8, 46:15, 46:19, 46:21, 46:25, 47:3, 47:8, 47:10
**RISE** [3] - 87:16, 123:21, 139:14
**RISK** [2] - 86:6, 86:7
**RODRIGUEZ** [4] - 71:14, 81:19, 82:18, 84:18
**RODRIGUEZ** [17] - 81:14, 81:18, 82:3, 82:7, 82:12, 82:15, 82:20, 82:23, 83:2, 83:4, 83:6, 83:10, 83:15, 83:23, 84:2, 84:4, 84:9
**ROH** [1] - 18:23
**ROLE** [2] - 16:13, 55:1
**ROOFER** [1] - 48:6
**ROOFERS** [1] - 48:7
**ROOM** [14] - 5:21, 5:25, 8:15, 25:6, 27:12, 32:16, 78:15, 116:8, 132:14, 132:16, 144:9, 144:12, 146:4, 147:9
**ROSLYN** [2] - 103:19, 104:1
**ROTARY** [1] - 54:13
**ROTATING** [1] - 59:19
**ROW** [4] - 21:21, 21:22, 21:23, 124:7
**RUG** [2] - 135:2, 135:9
**RULES** [3] - 142:13, 142:16, 145:3
**RULING** [4] - 8:17, 9:17, 10:7, 12:19
**RUN** [6] - 6:8, 6:15, 30:6, 48:19, 54:24, 56:9, 61:18, 101:24
**RUNS** [1] - 55:3

**S**

**S-I-M** [1] - 3:22
**SAC** [2] - 48:3, 48:10
**SAFE** [1] - 28:25
**SAFETY** [2] - 82:7, 86:6
**SAINT** [1] - 124:19
**SALES** [1] - 37:21
**SAN** [4] - 48:11, 48:12, 48:13, 102:18
**SANCHEZ** [2] - 124:9, 124:17
**SANCHEZ** [3] - 124:14, 124:17, 125:2
**SANTA** [3] - 58:13, 116:8, 117:4
**SAT** [1] - 128:20
**SAVE** [1] - 69:24
**SAW** [1] - 142:6
**SCHEDULE** [2] - 24:24, 25:10
**SCHOOL** [6] - 46:21, 88:9, 88:12, 89:8, 120:18, 128:15
**SCHOOL** [45] - 26:5, 26:8, 26:9, 26:18, 26:19, 26:25, 34:14, 37:15, 38:16, 38:17, 39:4, 39:5, 39:7, 39:8, 43:15, 46:14, 49:5, 50:3, 54:12, 58:14, 64:6, 67:15, 68:8, 79:9, 79:25, 81:19, 86:5, 90:24, 91:14, 91:16, 92:12, 93:9, 93:10, 104:2, 108:23, 111:17, 114:20, 118:3, 120:24, 124:18, 128:16, 137:17
**SCHOOLS** [2] - 46:11, 46:16
**SCIENCE** [2] - 61:19, 120:10
**SCRIPT** [1] - 95:9
**SD&A** [1] - 93:2
**SEABEES** [1] - 120:12
**SEARCH** [2] - 56:15, 145:18
**SEARCHED** [1] - 56:11
**SEAT** [67] - 23:13, 23:14, 23:15, 23:16, 23:17, 23:18, 23:19, 23:20, 23:21, 29:15, 29:17, 29:18, 32:23, 32:25, 66:24, 67:6, 67:9, 71:11, 71:15,

71:16, 78:23, 78:25, 84:25, 85:2, 88:1, 88:3, 90:14, 90:16, 92:2, 92:4, 98:5, 98:7, 100:12, 100:14, 102:9, 102:11, 103:18, 103:20, 104:24, 105:1, 106:13, 106:15, 107:24, 108:1, 111:8, 111:10, 114:4, 114:6, 115:23, 115:25, 117:18, 117:20, 120:1, 120:3, 122:2, 122:4, 124:10, 124:11, 128:6, 128:8, 134:17, 134:19, 137:11
**SEAT** [11] - 17:25, 21:17, 21:18, 21:20, 21:23, 67:4, 122:1, 124:5, 124:7, 124:8, 137:9
**SEATED** [15] - 4:23, 5:21, 6:6, 6:20, 17:3, 17:17, 18:1, 23:25, 24:2, 24:17, 25:16, 33:7, 34:2, 66:12, 124:4
**SEATING** [1] - 4:13
**SEATS** [2] - 4:14, 21:22
**SECOND** [4] - 31:6, 31:8, 31:14, 124:8
**SECRETARY** [1] - 54:16
**SECURITY** [3] - 41:16, 81:22, 82:7
**SEE** [15] - 9:25, 13:6, 17:15, 18:8, 27:12, 41:15, 42:12, 64:21, 94:12, 121:17, 141:22, 141:23, 143:9, 144:20, 148:2
**SEEING** [1] - 20:17
**SEEM** [1] - 7:5
**SEISMOLOGY** [1] - 10:20
**SELECT** [2] - 6:12, 71:10
**SELECTED** [1] - 20:22
**SELECTING** [1] - 15:21
**SELECTION** [6] - 4:9, 7:24, 8:2, 14:20, 15:24, 16:1
**SELF** [10] - 34:4, 37:15, 37:18, 39:20,

72:12, 98:18, 107:14, 134:25, 135:5
**SELF-EMPLOYED** [9] - 34:4, 37:15, 37:18, 39:20, 72:12, 98:18, 107:14, 134:25, 135:5
**SELF-EMPLOYMENT** [1] - 37:18
**SENSE** [1] - 130:10
**SENT** [1] - 131:4
**SERGEANT** [2] - 110:3, 115:5
**SERVE** [11] - 24:19, 28:4, 30:10, 31:24, 52:21, 58:20, 61:12, 63:3, 99:5, 140:7, 146:15
**SERVED** [15] - 38:19, 38:20, 43:21, 44:20, 50:4, 50:7, 58:18, 63:1, 72:4, 79:15, 85:13, 98:23, 107:1, 116:11, 122:16
**SERVER** [2] - 100:21, 104:3
**SERVICE** [47] - 23:1, 23:3, 25:18, 31:3, 33:24, 34:1, 35:21, 37:4, 37:16, 43:18, 46:12, 49:7, 49:9, 50:7, 54:14, 60:2, 62:24, 67:24, 68:11, 71:25, 78:17, 79:12, 81:23, 83:22, 88:13, 88:15, 91:2, 100:22, 100:25, 102:19, 104:4, 105:6, 105:12, 106:24, 108:11, 108:12, 111:19, 114:18, 116:9, 118:5, 122:15, 124:20, 125:19, 127:4, 128:16, 128:18
**SERVICE** [2] - 98:16, 99:25
**SERVICES** [2] - 31:6, 43:17
**SERVICES** [7] - 3:15, 27:13, 31:13, 83:16, 92:21, 92:24, 139:25
**SESSION** [4] - 24:25, 26:14, 87:20, 141:23
**SET** [4] - 19:6, 32:3, 131:23, 138:8
**SETH** [1] - 89:23
**SETTING** [3] - 11:12,

11:13, 85:19
**SEVEN** [3] - 22:7, 44:17, 116:14
**SEVENTEEN** [1] - 122:21
**SEVERAL** [7] - 9:10, 23:8, 104:12, 105:21, 129:16, 129:23, 135:19
**SEXUALLY** [1] - 45:12
**SHAFFER** [3] - 43:17, 43:25, 44:9
**SHANKING** [1] - 85:18
**SHANNON** [14] - 4:15, 4:17, 5:7, 18:11, 19:2, 21:16, 22:1, 22:12, 23:10, 29:14, 32:22, 67:6, 78:23, 147:25
**SHARE** [1] - 28:9
**SHERIFF** [1] - 110:3
**SHERIFF'S** [2] - 110:4, 115:5
**SHERMAN** [1] - 85:9
**SHERWOOD** [1] - 125:11
**SHIN** [1] - 18:24
**SHORT** [6] - 4:12, 12:12, 22:11, 25:1, 33:18, 67:11
**SHORT-FORM** [3] - 4:12, 22:11, 33:18
**SIBLINGS** [1] - 125:13
**SIDE** [10] - 15:10, 29:2, 32:6, 33:22, 66:11, 77:24, 84:16, 86:23, 119:10, 142:16
**SIDE'S** [1] - 15:6
**SIDEBAR** [61] - 5:18, 6:23, 6:24, 16:24, 25:23, 25:24, 27:3, 27:9, 27:14, 27:21, 29:3, 29:25, 30:4, 32:7, 32:12, 33:14, 33:15, 40:15, 40:18, 45:2, 45:5, 50:13, 50:16, 55:19, 55:24, 61:3, 61:4, 64:21, 64:22, 65:25, 68:17, 68:20, 72:25, 73:4, 73:5, 78:2, 78:12, 80:11, 80:13, 82:14, 82:17, 84:17, 94:15, 94:17, 97:17, 101:14, 109:12, 112:1, 112:4, 117:2, 118:22, 118:23, 126:11, 126:16, 127:23, 129:4,

129:9, 134:1, 134:12, 135:21, 135:23
**SIDES** [4] - 6:15, 8:21, 14:25, 15:2
**SIERRA** [1] - 92:18
**SIGN** [1] - 83:17
**SIGNED** [3] - 13:14, 22:21, 146:2
**SIGNIFICANT** [1] - 108:16
**SILBERBERG** [1] - 64:2
**SILENCE** [1] - 141:7
**SILLY** [1] - 78:16
**SIM** [2] - 3:20, 4:3
**SIM** [1] - 3:21
**SIMI** [1] - 37:14
**SIMILAR** [1] - 86:13
**SIMPLY** [14] - 5:20, 5:25, 6:22, 8:18, 11:11, 13:18, 16:4, 19:7, 22:10, 33:10, 60:23, 140:15, 146:1, 146:15
**SIMULTANEOUSLY** [1] - 4:5
**SINGLE** [11] - 46:11, 49:7, 54:14, 72:1, 79:12, 81:23, 88:13, 104:3, 124:21, 125:12, 128:16
**SISTER** [1] - 125:15
**SIT** [10] - 42:6, 42:21, 43:7, 43:8, 66:15, 84:3, 96:6, 119:1, 119:11, 141:7
**SITE** [3] - 23:4, 121:4, 121:5
**SITTING** [3] - 16:11, 130:7, 132:14
**SITUATED** [1] - 14:6
**SITUATION** [1] - 106:3
**SIX** [5] - 6:2, 19:15, 20:4, 21:21, 49:12
**SIXTH** [1] - 103:14
**SLIGHTLY** [1] - 25:5
**SMALL** [6] - 33:23, 34:6, 37:20, 58:17, 101:8
**SMITH** [5] - 23:17, 49:4, 85:1, 85:8, 91:25
**SMITH** [17] - 49:3, 49:12, 49:14, 49:17, 49:22, 85:4, 85:8, 85:15, 85:18, 85:22, 85:24, 86:4, 86:10, 86:13, 86:18, 87:4, 87:8

**SOCIAL** [1] - 41:15
**SOLELY** [4] - 35:11, 42:7, 69:21, 81:4
**SOLEMNLY** [2] - 123:24, 139:16
**SOLOMON** [3] - 104:25, 105:4, 106:11
**SOLOMON** [6] - 105:3, 105:11, 105:17, 105:21, 106:2, 106:7
**SOLUTIONS** [1] - 36:24
**SOMEONE** [1] - 95:25
**SOMETIMES** [1] - 142:24
**SON** [15] - 38:18, 40:3, 68:3, 69:2, 85:12, 117:3, 120:12, 120:13, 120:14, 129:12, 129:14, 129:17, 129:25, 131:4
**SON'S** [1] - 129:24
**SOO** [1] - 18:24
**SOOD** [7] - 26:3, 26:5, 26:8, 26:10, 26:15, 26:19, 26:24
**SOOD** [4] - 23:13, 25:25, 27:4, 27:10
**SOON** [1] - 114:17
**SORRY** [12] - 10:7, 42:2, 45:23, 61:6, 65:15, 69:8, 77:25, 104:5, 104:7, 112:11, 112:12, 138:20
**SORT** [2] - 14:5, 127:3
**SOUND** [2] - 47:17, 47:19
**SOUNDS** [1] - 113:6
**SOUTH** [3] - 14:12, 19:19, 20:7
**SOYOUN** [1] - 3:24
**SOYOUN** [1] - 3:25
**SPACE** [1] - 5:18
**SPECIAL** [1] - 60:3
**SPECIAL** [4] - 3:10, 17:8, 18:20, 86:21
**SPECIALIST** [1] - 120:21
**SPECIFICALLY** [2] - 19:18, 65:5
**SPECIFIED** [1] - 19:18
**SPEECH** [2] - 105:5, 105:16
**SPELL** [1] - 3:18
**SPELLED** [2] - 3:21, 3:24

**SPEND** [1] - 4:8
**SPENT** [1] - 131:20
**SPOUSAL** [1] - 69:3
**SSI** [1] - 41:15
**ST** [1] - 39:6
**STAND** [6] - 4:24, 4:25, 17:2, 17:17, 17:22, 28:1
**STARBUCKS** [2] - 124:20, 137:21
**START** [4] - 22:24, 26:8, 51:23, 124:12
**STARTING** [2] - 41:13, 101:21
**STATE** [1] - 108:9
**STATE** [2] - 3:7, 16:2
**STATEMENT** [10] - 7:13, 7:17, 7:18, 11:18, 30:12, 95:19, 146:12, 146:13, 146:14, 146:17
**STATEMENTS** [12] - 7:12, 10:25, 11:1, 11:4, 24:22, 141:20, 146:11, 146:15, 146:18, 147:7, 147:16, 148:2
**STATES** [8] - 3:6, 3:9, 15:18, 17:5, 34:16, 99:25, 136:3, 140:13
**STATION** [1] - 28:24
**STAY** [2] - 91:1, 91:13
**STEP** [9] - 15:24, 29:1, 32:5, 77:23, 84:15, 97:16, 127:21, 127:22, 133:25
**STEVE** [1] - 18:19
**STILL** [3] - 127:15, 127:19, 130:1
**STIPULATE** [4] - 13:24, 27:7, 32:9, 141:16
**STIPULATION** [5] - 8:6, 8:18, 13:12, 13:15, 14:2
**STIPULATION** [2] - 8:7, 9:9
**STIPULATIONS** [1] - 13:10
**STOLEN** [3] - 47:4, 73:13, 86:19
**STONE** [4] - 27:24, 28:5, 28:11, 28:22
**STONE** [4] - 23:16, 27:22, 28:6, 29:4
**STONE-GROSS** [4] - 27:24, 28:5, 28:11, 28:22
**STONE-GROSS** [4] - 23:16, 27:22, 28:6,

29:4
**STOP** [2] - 21:11, 130:2
**STORIES** [2] - 145:12
**STORY** [1] - 77:10
**STRAIGHTFORWAR D** [1] - 80:20
**STREAMLINE** [2] - 13:2, 13:3
**STRESSED** [1] - 28:15
**STRICKEN** [1] - 142:24
**STRONG** [1] - 56:12
**STRUCTURE** [1] - 138:8
**STUDY** [2] - 98:21, 144:5
**STUFF** [8] - 41:6, 41:13, 61:20, 78:11, 78:14, 110:9, 118:16, 119:9
**STYLIST** [1] - 60:1
**SUBJECT** [2] - 103:7, 145:1
**SUBJECTIVE** [1] - 132:15
**SUBMITTED** [1] - 14:25
**SUBSTANCE** [5] - 51:1, 51:6, 51:13, 51:23, 52:23
**SUBSTITUTE** [2] - 108:10, 140:9
**SUDDEN** [1] - 97:1
**SUMMARIZED** [1] - 140:15
**SUMMARY** [7] - 5:12, 5:14, 13:19, 19:9, 19:11, 19:12, 76:13
**SUMMER** [2] - 26:19, 26:25
**SUMMONED** [1] - 116:10
**SUN** [2] - 18:23, 35:19
**SUN** [1] - 126:1
**SUP** [2] - 18:23
**SUPERSEDING** [8] - 5:11, 5:13, 19:6, 19:10, 19:15, 20:20, 140:14, 146:20
**SUPERVISING** [2] - 125:13, 127:1
**SUPPLEMENT** [1] - 145:22
**SUPPLEMENTAL** [1] - 9:21
**SUPPLIES** [1] - 120:24
**SUPPORTS** [1] - 146:19

**SURGERY** [1] - 104:13
**SURVEY** [4] - 120:11, 121:3, 121:6, 121:9
**SUSTAIN** [2] - 142:19, 142:21
**SWEAR** [5] - 6:16, 123:20, 123:24, 139:13, 139:16
**SWING** [1] - 89:9
**SWITCH** [1] - 4:4
**SWORN** [1] - 141:14
**SYLVIA** [2] - 23:14, 38:16
**SYSTEM** [4] - 47:17, 47:19, 56:13, 73:23

## T

**TA** [1] - 92:15
**TABLE** [7] - 3:10, 4:24, 5:2, 17:3, 17:6, 17:18, 18:1
**TABLES** [1] - 5:22
**TAD** [1] - 23:20
**TAI** [1] - 18:23
**TANGIBLE** [1] - 144:3
**TARGET** [1] - 86:22
**TASK** [1] - 15:21
**TASTE** [1] - 96:3
**TEA** [1] - 74:15
**TEACH** [2] - 103:7, 114:19
**TEACHER** [7] - 46:11, 48:4, 91:17, 108:11, 114:15, 114:22, 128:16
**TEACHER'S** [4] - 38:17, 38:23, 93:11, 93:14
**TEAM** [1] - 109:5
**TELESERVICES** [1] - 92:24
**TELEVISION** [1] - 62:23
**TELEVISION** [1] - 145:13
**TEMPORARY** [1] - 92:13
**TEN** [8] - 6:2, 59:8, 59:22, 59:23, 86:10, 87:15, 101:21, 114:16
**TENTATIVE** [2] - 9:18, 12:19
**TERMINAL** [1] - 123:7
**TERMS** [4] - 75:3, 76:25, 129:19, 130:18
**TERRIE** [2] - 104:25,

105:4
**TESTIFIED** [2] - 10:24, 143:10
**TESTIFIES** [2] - 11:12, 11:21
**TESTIFY** [11] - 4:16, 9:19, 12:20, 18:10, 45:17, 57:21, 69:17, 127:7, 133:10, 133:12, 143:21
**TESTIFYING** [3] - 11:7, 18:16, 143:12
**TESTIMONIAL** [1] - 13:12
**TESTIMONY** [15] - 10:2, 10:11, 10:18, 11:6, 141:14, 141:21, 142:5, 143:4, 143:7, 143:16, 143:17, 143:25, 144:2, 147:8
**TESTING** [1] - 120:24
**TEXT** [1] - 23:3
**THANKFULLY** [1] - 86:20
**THE** [757] - 3:5, 3:17, 4:1, 4:6, 4:18, 4:19, 7:16, 7:20, 7:23, 8:5, 10:12, 10:15, 10:19, 11:3, 11:9, 11:16, 12:1, 12:4, 12:6, 12:9, 12:22, 13:3, 13:6, 13:17, 14:1, 14:10, 14:15, 14:18, 14:24, 15:5, 15:14, 15:17, 15:19, 17:11, 18:4, 18:17, 18:25, 20:14, 23:12, 23:22, 26:1, 26:4, 26:7, 26:9, 26:11, 26:17, 26:22, 27:1, 27:5, 27:11, 27:15, 27:18, 27:23, 27:25, 28:9, 28:20, 29:1, 29:5, 29:8, 29:10, 29:14, 29:16, 29:19, 30:3, 30:6, 30:13, 30:16, 30:18, 31:2, 31:8, 31:13, 31:16, 31:19, 31:21, 32:5, 32:11, 32:14, 32:20, 32:22, 32:24, 33:1, 33:5, 34:3, 34:7, 34:16, 34:19, 34:24, 35:3, 35:8, 35:13, 35:15, 35:22, 35:25, 36:3, 36:5, 36:9, 36:12, 36:15, 36:17, 36:20, 36:22, 36:25, 37:3, 37:6, 37:10, 37:17,

37:21, 37:23, 38:1, 38:4, 38:6, 38:9, 38:12, 38:20, 38:22, 39:1, 39:4, 39:8, 39:11, 39:14, 39:17, 39:20, 39:22, 40:1, 40:3, 40:5, 40:7, 40:9, 40:13, 40:15, 40:17, 40:20, 40:24, 41:3, 41:8, 41:11, 41:17, 41:19, 41:23, 42:1, 42:5, 42:11, 42:14, 42:19, 42:25, 43:2, 43:6, 43:8, 43:10, 43:22, 44:3, 44:7, 44:14, 44:19, 44:22, 45:2, 45:4, 45:7, 45:10, 45:14, 45:17, 45:20, 45:23, 46:3, 46:5, 46:13, 46:17, 46:20, 46:23, 47:1, 47:5, 47:9, 47:11, 47:16, 47:24, 48:10, 48:13, 48:15, 48:18, 48:21, 48:25, 49:10, 49:13, 49:15, 49:19, 49:23, 50:9, 50:12, 50:15, 50:20, 50:24, 51:2, 51:4, 51:8, 51:11, 51:14, 51:17, 51:20, 51:22, 52:2, 52:4, 52:6, 52:10, 52:13, 52:15, 52:17, 52:21, 52:24, 53:1, 53:3, 53:6, 53:9, 53:13, 53:15, 53:19, 53:22, 53:24, 54:1, 54:7, 54:9, 54:18, 54:22, 55:1, 55:4, 55:8, 55:12, 55:15, 55:20, 55:23, 56:1, 56:6, 56:14, 56:18, 56:20, 56:23, 56:25, 57:2, 57:5, 57:8, 57:12, 57:15, 57:20, 57:24, 58:4, 58:7, 58:9, 58:20, 58:23, 59:3, 59:6, 59:9, 59:12, 59:14, 59:18, 59:21, 59:24, 60:2, 60:6, 60:9, 60:11, 60:16, 60:19, 60:22, 61:2, 61:7, 61:10, 61:22, 62:5, 62:9, 62:12, 62:15, 62:17, 63:3, 63:6, 63:9, 63:11, 63:17, 63:19, 63:23, 63:25, 64:3, 64:8, 64:11, 64:16, 64:20, 64:24, 65:8, 65:11, 65:15,

65:19, 65:23, 66:3, 66:6, 66:9, 66:23, 67:3, 67:8, 67:10, 67:21, 67:25, 68:5, 68:7, 68:9, 68:12, 68:15, 68:19, 68:23, 69:1, 69:5, 69:8, 69:12, 69:16, 69:19, 70:1, 70:4, 70:7, 70:12, 70:21, 70:24, 71:3, 71:6, 71:10, 71:14, 71:17, 72:4, 72:7, 72:10, 72:12, 72:16, 72:18, 72:22, 72:24, 73:3, 73:7, 73:14, 73:17, 73:20, 73:24, 74:2, 74:5, 74:10, 74:16, 74:21, 75:1, 75:7, 75:16, 75:25, 76:3, 76:6, 76:10, 76:16, 76:21, 77:4, 77:7, 77:11, 77:21, 77:23, 78:1, 78:4, 78:5, 78:9, 78:14, 78:20, 78:22, 78:24, 79:1, 79:6, 79:16, 79:19, 79:22, 80:2, 80:5, 80:10, 80:15, 80:21, 80:25, 81:4, 81:7, 81:10, 81:12, 81:16, 82:1, 82:6, 82:9, 82:13, 82:16, 82:19, 82:21, 82:25, 83:3, 83:5, 83:7, 83:14, 83:21, 83:25, 84:3, 84:6, 84:15, 84:19, 84:21, 84:24, 85:1, 85:3, 85:5, 85:14, 85:16, 85:20, 85:23, 86:1, 86:8, 86:11, 86:15, 86:25, 87:5, 87:9, 87:16, 87:20, 87:25, 88:2, 88:4, 88:16, 88:19, 88:21, 88:24, 89:2, 89:5, 89:9, 89:13, 89:17, 89:21, 89:24, 90:2, 90:6, 90:9, 90:13, 90:15, 90:17, 90:19, 91:3, 91:6, 91:8, 91:11, 91:15, 91:18, 91:22, 92:1, 92:3, 92:5, 92:8, 92:16, 92:19, 93:1, 93:3, 93:7, 93:10, 93:13, 93:16, 93:22, 93:25, 94:2, 94:6, 94:11, 94:14, 94:20, 94:24, 95:7, 95:10, 95:17, 96:5, 96:8, 96:13, 96:18,

96:22, 97:4, 97:6,
97:9, 97:16, 97:19,
97:23, 97:25, 98:2,
98:4, 98:6, 98:8,
98:11, 98:22, 98:25,
99:3, 99:8, 99:11,
99:13, 99:17, 99:21,
99:24, 100:2, 100:6,
100:11, 100:13,
100:15, 100:17,
101:1, 101:5, 101:9,
101:13, 101:16,
101:19, 101:23,
101:25, 102:4,
102:8, 102:10,
102:12, 102:20,
102:24, 103:3,
103:6, 103:10,
103:13, 103:17,
103:19, 103:21,
103:23, 104:5,
104:9, 104:11,
104:15, 104:19,
104:23, 104:25,
105:2, 105:10,
105:15, 105:19,
105:24, 106:4,
106:8, 106:12,
106:14, 106:16,
106:19, 107:2,
107:5, 107:7, 107:9,
107:12, 107:15,
107:19, 107:23,
107:25, 108:2,
108:4, 108:13,
108:16, 108:18,
108:22, 108:25,
109:3, 109:7,
109:11, 109:14,
109:17, 109:19,
109:22, 109:25,
110:13, 110:17,
110:20, 110:25,
111:2, 111:4, 111:7,
111:9, 111:11,
111:14, 111:21,
111:25, 112:3,
112:6, 112:10,
112:13, 112:18,
112:21, 112:23,
113:2, 113:5, 113:7,
113:10, 113:13,
113:16, 113:18,
113:20, 113:24,
114:3, 114:5, 114:7,
114:10, 114:19,
114:23, 114:25,
115:3, 115:6,
115:10, 115:14,
115:18, 115:22,
115:24, 116:1,

116:3, 116:12,
116:15, 116:17,
116:20, 116:24,
117:1, 117:5, 117:8,
117:10, 117:13,
117:17, 117:19,
117:21, 117:24,
118:7, 118:10,
118:13, 118:17,
118:21, 118:25,
119:4, 119:7,
119:11, 119:17,
119:20, 119:23,
119:25, 120:2,
120:4, 120:6,
120:16, 120:19,
120:22, 120:25,
121:6, 121:10,
121:13, 121:16,
121:20, 121:23,
122:1, 122:3, 122:5,
122:7, 122:17,
122:19, 122:22,
123:1, 123:6, 123:8,
123:13, 123:20,
123:21, 124:3,
124:4, 124:5, 124:9,
124:12, 124:15,
124:24, 125:3,
125:20, 126:2,
126:6, 126:9,
126:11, 126:13,
126:15, 126:18,
126:23, 127:5,
127:16, 127:21,
127:25, 128:5,
128:7, 128:9,
128:11, 128:18,
128:21, 128:24,
129:3, 129:6, 129:8,
129:13, 130:2,
130:11, 130:17,
131:1, 131:6,
131:19, 131:23,
132:1, 132:4,
132:10, 132:13,
132:20, 132:23,
133:1, 133:6,
133:21, 133:25,
134:5, 134:9,
134:14, 134:16,
134:18, 134:21,
135:5, 135:8,
135:11, 135:14,
135:18, 135:20,
136:1, 136:4, 136:7,
136:9, 136:12,
136:15, 136:17,
136:22, 136:25,
137:4, 137:8,
137:10, 137:12,

137:14, 137:20,
137:22, 137:25,
138:3, 138:6,
138:10, 138:12,
138:15, 138:17,
138:20, 138:22,
138:25, 139:2,
139:5, 139:9,
139:13, 139:14,
139:20, 139:21,
147:11, 147:20

**THEFT** [6] - 41:2, 41:8,
41:20, 42:17, 64:15,
106:3

**THEMSELVES** [3] -
4:23, 14:9, 17:3

**THEORIST** [1] - 77:11

**THEREAFTER** [2] -
12:12, 21:22

**THEREFORE** [3] -
16:9, 24:6, 144:1

**THEREIN** [2] - 123:25,
139:18

**THEY'VE** [1] - 120:20

**THINKING** [2] - 62:6,
130:6

**THINKS** [1] - 142:16

**THIRD** [1] - 145:15

**THIRTY** [3] - 38:8,
49:12, 63:18

**THIRTY-FIVE** [1] -
63:18

**THIRTY-SIX** [1] -
49:12

**THOUSAND** [1] -
70:10

**THOUSAND** [1] -
125:7

**THREAT** [3] - 86:20,
86:23, 87:5

**THREE** [24] - 7:3, 7:6,
18:2, 36:7, 44:1,
44:3, 46:19, 48:4,
48:5, 48:15, 48:16,
67:17, 69:11, 79:21,
82:4, 84:14, 101:22,
113:12, 114:17,
118:5, 122:14,
136:11, 138:2

**THREE-AND-A-HALF**
[1] - 36:7

**THROUGHOUT** [3] -
140:21, 141:7, 146:6

**TILE** [1] - 116:18

**TODAY** [11] - 4:2,
9:17, 11:7, 11:22,
12:5, 12:8, 12:9,
18:16, 24:25, 25:1,
139:23

**TOGETHER** [1] -

137:19

**TOMORROW** [2] -
12:21, 25:8

**TONIGHT** [1] - 11:23

**TOOK** [3] - 57:9,
76:18, 129:24

**TOP** [3] - 21:21, 21:22,
124:7

**TORRANCE** [1] -
134:24

**TORRES** [3] - 23:14,
38:16, 40:19

**TORRES** [34] - 38:15,
38:21, 38:24, 39:3,
39:6, 39:10, 39:13,
39:15, 39:19, 39:21,
39:24, 40:2, 40:4,
40:6, 40:8, 40:12,
40:14, 40:16, 40:23,
40:25, 41:4, 41:10,
41:12, 41:18, 41:21,
41:24, 42:4, 42:9,
42:12, 42:18, 42:24,
43:1, 43:5, 43:7

**TOTAL** [1] - 6:14

**TOTALLY** [1] - 65:8

**TOUCHED** [1] - 45:12

**TOWARDS** [2] - 13:11,
65:6

**TRACK** [2] - 88:11,
89:12

**TRADE** [1] - 63:14

**TRAFFIC** [1] - 25:11

**TRAINING** [9] - 60:3,
60:5, 86:20, 86:23,
86:24, 87:5, 136:3,
136:5, 136:10

**TRANSACTIONS** [2] -
19:16, 20:4

**TRANSAMERICA** [3] -
36:2, 36:3, 36:6

**TRANSCRIPT** [1] -
143:25

**TRANSFERRED** [1] -
84:10

**TRANSPORT** [1] -
122:13

**TRANSPORTATION**
[2] - 28:20, 122:13

**TRANSPORTATION**
[1] - 123:5

**TRENCH** [2] - 58:15,
59:11

**TRIAL** [1] - 15:17

**TRIAL** [57] - 4:4, 4:16,
5:6, 7:9, 7:11, 8:12,
8:14, 9:12, 11:14,
12:5, 12:7, 12:10,
12:11, 18:9, 20:22,
20:24, 22:15, 22:17,

23:9, 24:20, 25:17,
27:12, 30:21, 33:3,
35:4, 42:20, 43:4,
45:15, 45:18, 52:15,
52:18, 61:25, 69:3,
69:13, 69:16, 76:1,
77:15, 81:8, 82:25,
97:14, 128:20,
130:5, 133:3,
133:17, 140:8,
140:18, 140:21,
143:22, 143:25,
144:4, 145:6, 146:7,
146:8, 146:17,
147:2, 147:23

**TRIED** [2] - 15:5,
41:24

**TRIES** [2] - 22:19,
145:8

**TROOPS** [1] - 82:19

**TROUBLE** [1] - 134:7

**TRUCK** [2] - 54:16,
89:22

**TRUCKERS** [1] -
44:12

**TRUE** [3] - 35:12,
123:25, 139:18

**TRULY** [4] - 78:18,
78:19, 123:24,
139:17

**TRUONG** [3] - 98:6,
98:15, 103:16

**TRUONG** [12] - 98:9,
98:14, 98:23, 99:2,
99:6, 99:10, 99:12,
99:15, 99:19, 99:23,
100:1, 100:5

**TRUSS** [1] - 138:8

**TRUTH** [1] - 76:21

**TRY** [14] - 7:6, 7:8,
15:22, 26:1, 29:22,
40:21, 43:1, 45:7,
56:3, 68:23, 75:24,
123:24, 139:17,
145:22

**TRYING** [9] - 16:19,
26:12, 42:3, 76:17,
76:22, 80:19, 97:6,
110:20

**TUESDAY** [1] - 3:1

**TUN** [2] - 88:2, 88:8

**TURBO** [1] - 59:20

**TUTOR** [2] - 79:11,
80:1

**TWELVE** [1] - 107:4

**TWENTY** [4] - 37:19,
39:1, 103:5, 116:14

**TWENTY-FIVE** [1] -
37:19

**TWENTY-NINE** [1] -

39:1
**TWENTY-ONE** [1] - 103:5
**TWENTY-SEVEN** [1] - 116:14
**TWICE** [1] - 49:18
**TWITTER** [1] - 23:4
**TWO** [37] - 4:1, 4:11, 5:23, 6:12, 6:14, 12:12, 12:23, 19:23, 25:1, 29:15, 29:19, 30:23, 31:1, 33:25, 43:20, 48:7, 52:17, 54:21, 56:19, 60:4, 62:7, 62:25, 71:10, 72:3, 83:8, 84:13, 98:18, 99:19, 102:17, 105:7, 108:10, 108:22, 124:5, 124:6, 125:10, 125:13, 125:24
**TWO-HOUR** [1] - 12:23
**TWO-YEAR** [1] - 60:4
**TYPE** [2] - 107:9, 145:17
**TYPES** [1] - 118:13

**U**

**U.S** [2] - 34:12, 98:16
**UBER** [1] - 28:24
**UNABLE** [1] - 119:1
**UNANIMOUSLY** [1] - 141:10
**UNBIASED** [1] - 95:16
**UNCHARGED** [1] - 75:20
**UNCOMFORTABLE** [1] - 73:22
**UNDER** [2] - 82:5, 126:1
**UNDERSTOOD** [1] - 35:6
**UNDERTAKE** [1] - 11:23
**UNDERWRITER** [2] - 43:18, 44:11
**UNDUE** [1] - 25:19
**UNEMPLOYED** [2] - 88:10, 88:25
**UNETHICAL** [2] - 74:1, 77:6
**UNEXHAUSTED** [1] - 6:11
**UNFAIR** [1] - 69:24
**UNFORTUNATE** [1] - 102:1
**UNFORTUNATELY**

[3] - 47:19, 84:12, 94:9
**UNGODLY** [1] - 25:11
**UNIFIED** [1] - 128:15
**UNION** [1] - 28:24
**UNIT** [2] - 118:11, 118:14
**UNITED** [8] - 3:6, 3:9, 15:18, 17:5, 34:16, 99:25, 136:3, 140:13
**UNIVERSITY** [1] - 102:16
**UNLAWFUL** [1] - 19:18
**UNLESS** [2] - 21:3, 141:9
**UNNECESSARILY** [1] - 33:9
**UP** [30] - 4:24, 4:25, 6:21, 6:25, 15:11, 17:22, 26:2, 26:22, 26:23, 30:8, 54:2, 70:11, 73:8, 78:11, 93:19, 96:10, 96:12, 109:15, 119:4, 119:14, 126:13, 126:19, 129:6, 134:8, 138:8, 146:3, 147:13, 147:25, 148:1
**UP-TO-DATE** [1] - 93:19
**UPPER** [2] - 102:18
**UPS** [4] - 40:8, 137:18, 138:1, 138:10
**UPSET** [2] - 110:17, 110:20
**URBAN** [1] - 106:23
**URGENCY** [1] - 61:24
**USC** [1] - 128:15
**USE-IT-OR-LOSE-IT** [1] - 6:3
**UTILIZE** [1] - 139:25
**UTILIZING** [1] - 3:14

**V**

**VALENCIA** [2] - 28:6, 85:11
**VALET** [3] - 111:18, 113:10, 113:18
**VALLEY** [3] - 35:19, 37:14, 125:11
**VALUE** [2] - 19:17, 20:5
**VANDENBERG** [1] - 58:17
**VARIOUS** [2] - 19:24, 51:23
**VAUGHN** [1] - 108:10

**VEIN** [1] - 144:24
**VENICE** [1] - 92:11
**VERDES** [1] - 105:4
**VERDICT** [16] - 23:2, 59:4, 63:2, 77:18, 85:21, 96:10, 96:12, 98:24, 105:13, 119:14, 123:25, 127:11, 139:18, 140:11, 145:25, 146:4
**VERSION** [1] - 133:11
**VERSION** [1] - 133:13
**VICE** [1] - 86:4
**VICTIM** [7] - 41:1, 41:19, 64:15, 80:23, 87:1, 101:17, 110:6
**VIEWS** [1] - 76:18
**VIOLATES** [1] - 22:22
**VIOLATION** [1] - 20:6
**VIOLENCE** [4] - 76:12, 110:7, 130:13, 130:14
**VIOLENT** [1] - 74:23
**VISIT** [2] - 30:24, 31:12
**VOICE** [6] - 26:2, 30:7, 73:8, 109:15, 119:4, 126:18
**VOIR** [10] - 5:17, 6:18, 6:20, 6:23, 14:23, 15:1, 15:7, 22:4, 22:9, 79:2
**VOLUME** [1] - 3:3
**VOLUME** [1] - 148:4
**VOLUNTEER** [9] - 88:10, 88:25, 89:1, 89:3, 89:5, 89:6, 89:7, 89:9
**VOTE** [2] - 21:12, 21:13
**VS** [2] - 3:6, 15:18

**W**

**WAIT** [7] - 8:10, 11:12, 14:18, 50:20, 56:1, 61:7, 82:19
**WAITRESS** [1] - 101:3
**WALK** [1] - 131:5
**WALNUT** [1] - 48:14
**WALT** [2] - 38:5, 38:7
**WANTS** [1] - 15:10
**WAR** [1] - 136:14
**WASHED** [1] - 47:4
**WATER** [1] - 107:11
**WATERCRAFT** [1] - 125:25
**WEAPON** [2] - 51:1, 51:25

**WEAR** [1] - 79:11
**WEATHERSPOON** [2] - 114:6, 114:13
**WEATHERSPOON** [8] - 114:8, 114:12, 114:21, 114:24, 115:2, 115:4, 115:9, 115:13
**WEB** [3] - 23:3, 121:4, 121:5
**WEEK** [6] - 26:13, 32:3, 41:10, 41:11, 83:18, 84:11
**WEEKENDS** [1] - 30:24
**WEEKS** [3] - 26:20, 57:11, 125:10
**WEIGHT** [3] - 142:10, 142:11, 143:20
**WELCOME** [2] - 15:20, 71:5
**WEST** [1] - 33:22
**WEST** [5] - 46:10, 71:23, 88:8, 102:15, 138:5
**WESTCHESTER** [1] - 33:22
**WESTCOR** [1] - 54:13
**WHATSOEVER** [2] - 20:25, 83:19
**WHITTIER** [1] - 50:2
**WHOLE** [3] - 26:21, 56:11, 56:12
**WIFE** [9] - 33:25, 37:24, 41:19, 58:16, 68:12, 72:2, 85:11, 120:18
**WIFE'S** [1] - 120:12
**WILLIAM** [4] - 23:18, 50:2, 78:24, 79:9
**WILLING** [1] - 29:7
**WILLINGNESS** [1] - 13:25
**WINGS** [1] - 109:5
**WINTER** [1] - 107:25
**WINTER** [1] - 108:7
**WISH** [5] - 16:22, 33:14, 84:9, 84:10, 144:6
**WITNESS** [22] - 7:4, 10:7, 10:23, 10:25, 11:1, 11:3, 11:8, 11:11, 11:12, 11:18, 11:21, 13:17, 14:12, 45:22, 133:10, 142:6, 143:5, 143:7, 143:9, 147:8
**WITNESS'S** [5] - 143:11, 143:12, 143:13, 143:15,

143:17
**WITNESSED** [1] - 133:12
**WITNESSES** [28] - 4:15, 5:8, 5:10, 7:10, 9:25, 10:2, 12:15, 13:2, 13:7, 13:10, 13:16, 14:11, 14:12, 18:10, 18:12, 119:13, 127:7, 127:9, 130:12, 130:20, 130:21, 141:14, 141:24, 143:21, 144:7, 144:11, 146:21, 146:22
**WONDERING** [2] - 11:24, 15:1
**WOOK** [1] - 18:22
**WORD** [1] - 141:8
**WORDAGE** [1] - 96:2
**WORDS** [4] - 6:8, 75:16, 77:14, 134:8
**WORKER** [1] - 39:16
**WORKS** [2] - 120:11, 121:2
**WORKS** [24] - 39:21, 40:8, 43:19, 48:6, 50:5, 54:15, 79:13, 85:11, 90:4, 91:14, 93:9, 108:19, 117:3, 120:18, 125:15, 125:16, 125:17, 137:21, 138:20, 138:22, 139:1, 139:2, 145:18
**WRITING** [1] - 128:17
**WRITTEN** [1] - 143:24
**WRONGS** [1] - 74:4

**Y**

**YEAR** [6] - 35:24, 55:11, 60:4, 91:5, 93:6, 123:4
**YEARS** [66] - 25:9, 34:6, 36:8, 37:2, 37:19, 38:8, 38:25, 39:9, 44:2, 44:3, 44:6, 44:18, 44:21, 45:13, 46:19, 48:5, 48:6, 48:15, 48:16, 48:20, 49:12, 50:4, 51:22, 54:21, 56:19, 59:8, 59:22, 59:23, 63:18, 64:7, 67:17, 67:18, 69:11, 72:9, 79:21, 82:5, 85:12, 86:10, 89:4, 90:1, 90:8, 93:15, 98:17,

98:19, 98:20, 99:7,
101:21, 101:22,
103:5, 105:18,
107:4, 108:24,
110:4, 111:20,
113:12, 114:16,
116:14, 118:9,
119:9, 121:12,
122:14, 122:21,
123:4, 123:5, 128:23
**YESTERDAY** [2] -
9:13, 11:11
**YEU** [2] - 98:6, 98:15
**YEU** [12] - 98:9, 98:14,
98:23, 99:2, 99:6,
99:10, 99:12, 99:15,
99:19, 99:23, 100:1,
100:5
**YONGKOO** [1] - 18:20
**YORK** [1] - 98:20
**YOUNGEST** [2] - 68:3,
102:17
**YOURSELF** [3] -
104:6, 144:8, 145:23
**YOUTUBE** [1] - 23:4

## Z

**ZAW** [2] - 88:2, 88:8
**ZEPEDA** [4] - 23:20,
58:13, 61:5, 90:12
**ZEPEDA** [25] - 58:12,
58:22, 59:1, 59:5,
59:8, 59:11, 59:13,
59:16, 59:19, 59:23,
59:25, 60:4, 60:8,
60:10, 60:14, 60:18,
60:21, 60:25, 61:6,
61:9, 61:13, 62:3,
62:6, 62:10, 62:13
**ZIMMERMAN** [3] -
10:9, 12:23, 18:20
**ZIMMERMAN'S** [1] -
10:17