1  **UNITED STATES DISTRICT COURT**

2  **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

3  **HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE**

4

5  **UNITED STATES OF AMERICA,**          )

6                    **Plaintiff,**          )     **Case No.**

7        **vs.**                         )     **CR 16-00824**

8  **HEON-CHEOL CHI,**                    )     **PAGES 150 to 293**
                                          )     **VOLUME 2**
9                    **Defendant.**          )
   _____)

10

11

12

13              **REPORTER'S TRANSCRIPT OF**
                     **TRIAL DAY 1**
14            **TUESDAY, JULY 11, 2017**
                      **1:35 P.M.**
15            **LOS ANGELES, CALIFORNIA**

16

17

18

19

20

21

22  _____

23        **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
            FEDERAL OFFICIAL COURT REPORTER
24           350 WEST 1ST STREET, SUITE 4455
             LOS ANGELES, CALIFORNIA 90012
25              MIRANDAALGORRI@GMAIL.COM

1                    **APPEARANCES OF COUNSEL:**

2

3   **FOR THE PLAINTIFF:**

4       SANDRA R. BROWN
        Acting United States Attorney
5       BY:  POONAM KUMAR
        Assistant United States Attorney
6       United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012

8       DEPARTMENT OF JUSTICE
        BY:  DAVID M. FUHR
9       BY:  ANNA G. KAMINSKA
        1400 New York Avenue NW
10      Washington DC, 20005

11

    **FOR THE DEFENDANT:**
12

        LAW OFFICES OF JOEL C. KOURY
13      BY:  JOEL C. KOURY
        3435 Ocean Park Boulevard
14      Suite 107-50
        Santa Monica, California 90405
15

        KAYE MCLANE BEDNARSKI & LITT, LLP
16      BY:  MARILYN E. BEDNARSKI
        BY:  KEVIN LAHUE
17      234 East Colorado Boulevard
        Suite 230
18      Pasadena, California 91101

19      LAW OFFICES OF RICHARD W. RAYNOR
        BY:  RICHARD W. RAYNOR
20      800 South Pacific Coast Highway
        Suite 8-284
21      Redondo Beach, California 90277

22

        CERTIFIED KOREAN INTERPRETERS
23      KATHY SIM
        SOYOUN MCCONNELL

24

25

**UNITED STATES DISTRICT COURT**

1

<u>**I N D E X**</u>

2

3

**TUESDAY, JULY 11, 2017; VOLUME 2**

4

5

<u>**Chronological Index of Witnesses**</u>

6

7

Witnesses:_____        Page

8

9    GEE, Ph.D., Lind

10       Direct examination by Ms. Kumar            178
         Cross-examination by Mr. Koury            197
11       Redirect examination by Ms. Kumar         221
         Recross-examination by Mr. Koury          226

12

13   POTTS, Ph.D., Christopher Graeme

14       Direct examination by Ms. Kaminska        228

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

```
1                          EXHIBITS

2

3              TUESDAY, JULY 11, 2017; VOLUME 2

4
                                           For      In
5    Exhibits                              ID       EVD

6    20    KIGAM Annual Report                      183

7    52    Advice Agreement                         240

8    53    KIGAM Agreement                          252

9    54    Sales Commissions Document               257

10   55    Sales Commissions Document               259

11   57    Invoices to Guralp                       246

12   58    Business Cards                           250

13   118   E-mail                                   215

14   130   E-mail                                   217

15   179   E-mail                                   269

16   185   E-mail                                   271

17   188   E-mail                                   279

18   209   E-mail                                   191

19   258   Letter of Cooperation                    188

20   259   E-mail                                   193

21   260   E-mail                                   193

22   509   Photograph                               205

23

24

25
```

**UNITED STATES DISTRICT COURT**

```
 1              LOS ANGELES, CALIFORNIA; TUESDAY, JULY 11, 2017

 2                           1:35 P.M.

 3                              ---

 4

 5         (The following proceedings were held in

 6          open court out of the presence of the jury:)

 7              THE COURT:  All right.  All counsel and the

 8   defendant are present.  Shannon is bringing in the jury, and we

 9   will begin with the Government's opening statement.

10              Do you want to pull that screen closer to the

11   jury?

12              MS. KUMAR:  We had talked about that, Your Honor,

13   with Shannon, and she said --

14              THE COURT:  It doesn't move?

15              MS. KUMAR:  I think it requires court IT.

16              THE COURT:  Okay.  Well, they have their

17   individual monitors.  We're living in a world where nothing in

18   this courtroom works.  So it's day-to-day.

19         (The following proceedings were held in

20          open court in the presence of the jury:)

21              THE COURT:  All right.  Welcome, ladies and

22   gentlemen.  As I indicated to you prior to the lunch break,

23   when we get back, we'll have the lawyers make their opening

24   statements.  We'll begin with the Government.

25              MR. FUHR:  This is a case about greed and
```

1  corruption.  It's a case about a public official from
2  South Korea who has used his position by taking more than
3  $1 million in bribes from two companies.  And we are here
4  because he then abused the U.S. banking system by hiding those
5  bribes in a bank account right here in the Los Angeles area.
6            That official, the defendant, is Heon-Cheol Chi.
7  He was the director and principal researcher at the Earthquake
8  Research Center of the Korea Institute of Geoscience and
9  Mineral Resources or how we will refer to it during trial,
10  KIGAM.  And as the evidence during this trial will show you, he
11  knew that in his position he was not allowed to take the legal
12  payments or bribes.
13            As he admitted in this e-mail from 2014, *I am a*
14  *governmental officer, and I should not have any contact with a*
15  *private company.*  Ladies and gentlemen, during the course of
16  this trial, you will see that the defendant was right.  It was
17  illegal.  And he knew that it was illegal, but he did it
18  anyway.  The evidence will show that the defendant received
19  payments worth $1 million from two companies and that those
20  payments were bribes and that he then funneled those payments
21  to his bank account in the United States and through the
22  United States.  And that, ladies and gentlemen, is money
23  laundering.
24            As a director of the Korean Geoscience Institute,
25  the defendant was entrusted by the people of South Korea with

1    tremendous responsibilities measuring and detecting

2    earthquakes, measuring and detecting nuclear tests.  And at

3    this institute he bought equipment to measure movements of the

4    earth or seismic events, seismic activities.  And he tested

5    equipment, and he certified it for other users, other customers

6    in Korea.

7            You see, the defendant lived in Korea, and he

8    worked in Korea.  And the evidence will show he had a bank

9    account in Korea.  The evidence will also show, though, that he

10   directed the two companies -- they are Guralp Systems Limited

11   from the United Kingdom in England and Kinemetrics, Inc., here

12   in Pasadena -- that he directed those two companies to make

13   those two payments into his personal bank account right here in

14   California far away from Korea, far away from his employer.

15           And from that account at Bank of America here in

16   California, he then sent money to his investment account in

17   New York City with Merrill Lynch, and for those transfers, for

18   sending the money from here in California to New York, for that

19   he's been charged with money laundering.

20           During the trial, you will hear and see evidence,

21   you will see documents, and you will hear witnesses, and that

22   evidence will show you precisely how the defendant's scheme

23   worked, how he abused his position of trust by giving

24   preferential treatment, by favoring two companies in exchange

25   for those bribes.

1            The evidence will show that, under these secret

2   agreements he had with these companies, he was getting bribes

3   whenever those companies were making sales in Korea.  The

4   products that the company sold in Korea, he was getting bribes.

5   The more they sold, the more money he made.  And, indeed, the

6   evidence will show you that he received more in bribes than

7   from his regular salary at KIGAM, his employer.

8            So what did the companies get in return for all

9   of this?  The evidence will show you, ladies and gentlemen,

10  that he abused his position in order to give them favorable

11  treatment, business advantages over their competitors, and he

12  really did it in two principal ways.  First, he purchased

13  equipment from Guralp and from Kinemetrics for his own employer

14  at KIGAM, and he also recommended that other institutions,

15  other customers in Korea, buy the same equipment.  And, second,

16  he gave inside information to these two companies that helped

17  them win contracts, that helped them win bids, and that helped

18  them pass KIGAM's certifications.

19           And you will see that this paid off for these

20  companies.  During the time that they paid bribes to the

21  defendant, they made millions in sales in South Korea.

22           Ladies and gentlemen, you will see that, in

23  repeatedly abusing his public position, the defendant knew he

24  was acting illegally.  You will hear from witnesses, witnesses

25  like Chris Potts.  Dr. Potts is a current chairman and CEO of

```
 1   Guralp, the company from England.  And Dr. Potts will testify
 2   here that the defendant himself admitted to him that he was a
 3   government official and that the payments were illegal and that
 4   he hid, that he concealed, that he kept secret those payments
 5   from his employer.
 6              You will also hear from Natalie Pearce.
 7   Natalie Pearce is the former sales manager responsible for Asia
 8   at Guralp, the English company.  Ms. Pearce will be testifying
 9   here under a non-prosecution agreement with the Government.
10   Ms. Pearce will tell you how the defendant told her to delete
11   e-mails, to delete e-mails that referenced the payments or that
12   referenced his relationship with the company.  And you will see
13   those e-mails yourself.  Ms. Pearce will tell you how the
14   defendant told her not to mention their relationship, not to
15   mention the payments to other people from KIGAM, from his
16   employer.  And you will see those e-mails.
17              Ms. Pearce will tell you that the defendant
18   submitted false invoices, invoices that contained a false
19   address, an address in New Jersey even though the defendant
20   lived in South Korea.  And she will tell you that the defendant
21   instructed her to prepare cash, thousands of dollars in cash,
22   when he would come to Guralp and he would pick it up there.
23   And you will see those e-mails.
24              All those e-mails will tell you about the
25   defendant's scheme in his very own words.  You will see e-mails
```

1    in which the defendant admitted that he was a government

2    official and that he was not allowed to help companies

3    privately.  You will see that the defendant deleted e-mails,

4    that he deleted e-mails that contained references to the

5    payments because he was not allowed to take those payments.

6              You will also see contracts.  You will see that

7    the defendant on behalf of KIGAM signed a contract with both

8    Guralp and Kinemetrics, but you will also see that he signed

9    his own side agreements, his own secret side agreements, and

10   it's under these side agreements that he was paid the million

11   dollars into his bank account.  That $1 million that he

12   received from these companies did not go to KIGAM.  That

13   $1 million, as you will see and as the evidence will show, went

14   right into his bank account right here in California.  And as

15   he admitted in his own words, he knew that the side agreement

16   was illegal, and you will see that e-mail.

17             And, finally, ladies and gentlemen, you will see

18   what happened to those bribes.  The evidence will show you how

19   the defendant laundered those payments through the U.S. banking

20   system in violation of U.S. law.  You will see the defendant's

21   bank records, and you will hear testimony from a forensic

22   accountant from the FBI who will summarize those bank records

23   for you.  And you will see the flow of money from Guralp and

24   Kinemetrics to the defendant's bank account here in California,

25   that $1 million.  And then you will see how half of that money

1    is sent to the defendant's investment account in New York City

2    and that most of the rest the defendant spent in Korea after

3    funneling it through the U.S. banking system.

4              You will also see, ladies and gentlemen, that

5    virtually all of the money that was paid into his bank account

6    here in the Los Angeles area, that virtually all of that money

7    came from either Guralp or Kinemetrics.

8              As I said at the outset, this is a case about

9    greed and about corruption.  It's a case about a public servant

10   from South Korea who abused his position in order to get bribes

11   from companies in return for giving them business advantages

12   and who then abused the U.S. banking system by hiding and

13   spending those bribe payments here in the U.S.

14             The Court will instruct you at the end of this

15   case that it is a crime to use the U.S. banking system to hide

16   bribes from other countries, and that is why we are here.  The

17   evidence will show that the defendant directed his bribes to be

18   paid into his account here, and then he spent -- moved some of

19   that money, half of that money, from here in California to

20   New York, and for that he has been charged with six counts of

21   money laundering.

22             After you have seen the documents and after you

23   have heard from the witnesses, my colleague, Ms. Kaminska, will

24   stand before you, and she will ask you to hold the defendant

25   accountable for his crimes.  She will ask you to render the

```
1    only verdict that is consistent with the evidence in this case,
2    and that is to find the defendant guilty on all six counts.
3                   Thank you.
4                   THE COURT:  All right.  Thank you very much.
5                   Now we will hear from the defense.
6                   MR. KOURY:  Thank you, Your Honor.
7                   Good afternoon.  Thank you for your patience in
8    sitting here.  You're going to hear evidence in this case.
9    You're going to hear evidence that Dr. Chi is a Korean
10   seismologist.  He works at an organization.  That organization
11   is called KIGAM.  It's a research institute.  I think the
12   closest thing that you will hear that's analogous in this
13   country is Cal Tech in Pasadena.  It's an institute where other
14   scientists like Dr. Chi go and they do their work and they work
15   in collaboration with businesses.  They do research.  They also
16   will at times share their research with oil companies, mineral
17   companies.  They also will share their research with
18   governments, and they will work -- you will hear that Dr. Chi
19   worked there for almost 23 years.  He's an expert in this
20   field.
21                   You're going to hear that KIGAM's main mission,
22   as they describe it, is to observe, collect, and manage various
23   types of geologic data that is essential for understanding
24   geologic phenomena and for efficient harnessing of natural
25   resources.  I was not a science major, but I'm going to try to
```

```
 1    explain what I think the evidence is going to show.
 2              They're going to tell you that what their
 3    research institute does is they do scientific research.  They
 4    determine where earthquake faults are.  They plot maps.  They
 5    determine where mineral deposits or other kinds of oil deposits
 6    or natural gas deposits are located.  They tell people where
 7    earthquake faults are so that governments or businesses can
 8    make decisions about what kind of buildings to build or what
 9    kind of roads to put through there or how they reinforce it.
10              Now, let me just back up a second.  You're going
11    to hear -- pardon me.  Now, you're going to hear from one
12    witness shortly named Lind Gee who works for the United States
13    Geologic Society.  Ms. Gee works for that agency which is part
14    of the United States Government.  And because it's part of the
15    United States Government, they dictate to her what her
16    responsibilities are.  Makes sense.  They tell her this is what
17    you can do.  This is what you can't do.
18              But you're going to hear from witnesses that say
19    KIGAM is different than working for the government.  They're a
20    scientific research institute that is allowed to do private
21    use.  They're allowed and at times they're even encouraged to
22    go out and get private business contracts.  They do have
23    government projects that they work on, but they're a private
24    employer, and they, KIGAM, define what their employees are
25    allowed to do.  They're the ones that say what the duties of
```

 1    their employees are.

 2              Dr. Chi has worked for that organization for

 3    23 plus years.  He's a seismologist.  They're going to tell

 4    you -- the witnesses that you hear, are going to tell you that

 5    what he does is he analyzes data.  He interprets data.  And

 6    that data is about seismic activity.  We're familiar with this

 7    living in Southern California.  We're going to hear similar

 8    kinds of evidence.  We're going to hear that Dr. Chi, when an

 9    earthquake happens, people come to him and they say, where was

10    the epicenter?  And he's going to go out and explain how he

11    collects this data, sits at a screen all day long with

12    information on the screen, and he determines where the earth

13    moved, how far away it was, how fast it moved.

14              The one thing that's a little different from what

15    we're all used to that he does is, because he's in South Korea,

16    which shares a border with North Korea, that there is nuclear

17    testing that goes on just a couple miles north of their border.

18    And one of his primary responsibilities at KIGAM is to monitor

19    activity and determine was that an earthquake or was that

20    North Korea exploding a bomb?  And he supplies that information

21    to countries around the world.

22              Now, you're going to hear that a scientist like

23    Dr. Chi is only as good as the information that he can get

24    access to.  Scientists need data.  They need information, and

25    they need information from different stations.  You're going to

1    hear that the way they work is, if there is an activity, they

2    have to go to multiple stations around, and then they give

3    these very complex measurements which I can't even begin to

4    understand or explain to you, and they use these complex

5    formulas to figure out where exactly an earthquake or a seismic

6    activity happened, how deep it was.  But they're only as good

7    as the data they get.  And the way scientists get data is they

8    need more sites.  They need them all over.

9              In 1994, there were very few seismic collection

10   sites in South Korea.  I think there were four or five.  You're

11   going to hear that from the evidence.  And the reason why there

12   were so few is because they're very, very expensive because

13   they use very expensive equipment.  The equipment has different

14   parts.  There is a sensor.  There is an accelerator.  There is

15   a recorder.

16             And in 1994 some of you have probably seen movies

17   or something about an earthquake happening, and you would see a

18   piece of paper scrolling in a squiggly line on a piece of

19   paper.  That was kind of the technology in 1994.  And the

20   technology developed over the years, and it got better and more

21   computerized.  But as I said, there were four stations in Korea

22   at the time, and the reason why these sensors, these devices

23   that they stick into the ground -- they almost look like

24   something that goes up to the moon because they have to be

25   protected from water and elements, and they put them at the

1    bottom of the ocean and dig down deep hundreds and hundreds of

2    feet into the earth and bury them.  Sometimes this equipment

3    costs as much as $50,000 for one part.  Because they were so

4    expensive, it was very hard to get more stations, and Dr. Chi,

5    as a scientist, needed more information so that he could do his

6    job.

7              So what he did was in 1996 he went and searched

8    out one of the pioneers, a man by the name of Dr. Joe Steim who

9    now teaches at Harvard.  Dr. Steim was the inventor and founder

10   of a certain type of recorder, this machine basically, that

11   changed the signal that came from the sensor so that it was now

12   electronic and digital.  It could be sent over radio lines or

13   phone lines.  Dr. Steim was the inventor.  Dr. Chi went to him,

14   approached him, and said here's my vision.  I want to get more

15   stations in Korea.  I need your help.  Your equipment is so

16   good, but it's so expensive.  Can we do something?

17             And one other thing that's really important that

18   you're going to hear about is, when you get all these pieces of

19   equipment, it's kind of like when you buy a computer.  You have

20   to program it, and you have to install it.  It doesn't come out

21   of the box ready to go.  And sometimes the cost of building one

22   of these sites, you may spend 100,000, 150,000 on the

23   equipment, but you may spend 150,000 just making sure that the

24   equipment is properly programmed and installed.

25             So Dr. Chi went to Dr. Steim, and he said, we

**UNITED STATES DISTRICT COURT**

1    need more stations in Korea.  What can you do to help us?  What

2    can I do to help you?  And Dr. Steim said, you are the perfect

3    candidate because Dr. Chi had just graduated from Texas A&M

4    with a degree in geology.  He was young, he was enthusiastic,

5    he was energetic, and he was perfect.

6              So Dr. Steim said, why don't we have a contract?

7    Dr. Chi at the time was working for KIGAM.  He said, why don't

8    we have a contract?  It's going to be in two parts.  The one

9    part says that KIGAM, your company -- your research institute

10   will be responsible for installing and integrating the systems.

11   So you provide the engineers and whatever else -- the

12   electricians to install the systems.  And we'll -- I will pay

13   for that.

14             Also, I will pay you to help define what kind of

15   configurations they need, which equipment -- what type of

16   equipment options they need because the equipment comes in

17   different sensors and different rates -- what kind of sensors

18   and communication will work with my recorders.  You review the

19   technical specifications and logistics.

20             And at the time this was only a vision that

21   Dr. Chi had.  The vision was to come up with an early

22   warning -- earthquake warning system in Korea.  It's a big

23   network where, when an earthquake happens, they have enough

24   time to tell people stop the train.  That was Dr. Chi's vision,

25   and that's why he approached Dr. Steim.

1             And so they came up with this contract, and

2    you're going to see it.  You're going to have it, and you're

3    going to be able to read it carefully.  The contract says that

4    Joe Steim is going to appoint Dr. Chi as the technical advisor

5    to Quanterra.  Quanterra was the company that Dr. Steim founded

6    to sell his instruments.  And in Korea there is a need for

7    coordination of technical issues.  And in order to assure

8    compatible operational equipment, it is best carried out by a

9    professional engaged in the field.  That professional is

10   Dr. Chi.  That's what the contract said.

11             So I want you to be a technical advisor.  You

12   will consult with customers to define the system and the

13   appropriate election of options, define the additional

14   equipment, sensors and communication equipment so it all works

15   together.  You will review the technical specifications and

16   logistics of all orders and make sure its technical and

17   procedural compatibility.  It means, in other words, that it's

18   going to work with the early warning system that you're trying

19   to build.

20             Now, someone -- and it clears up in the last

21   section -- will be responsible for the installation and

22   integration at sites designed by the customers.  That someone

23   is in blue.  That someone is KIGAM.  Dr. Chi's employer will be

24   an official party to any contract.  Dr. Chi's employer will be

25   the one responsible for installation and integration.  But

1    Dr. Chi will be paid compensation for the other items in 1 and

2    2, selecting the equipment, making sure it meets the

3    specifications.

4              So these were the responsibilities.  It was a

5    responsibility by KIGAM, and there was a responsibility by

6    Dr. Chi to do these two different parts of the contract.  And

7    what did they get out of it?  Well, KIGAM, Dr. Chi's employer,

8    was going to get -- they were going to be paid by the

9    customers -- if an oil company says we want a seismic site here

10   or a dam or a local city wants to have a seismic site, they

11   would pay KIGAM to install the seismic station.

12             The other thing that KIGAM got out of it was a

13   significant discount on the equipment.  Remember, I told you

14   some of this equipment cost $50,000.  And the other thing that

15   KIGAM got was the technical details which is very, very

16   valuable.  If you know how an iPhone works, that's really

17   critically valuable.  And KIGAM got that kind of access.  What

18   did Dr. Chi get out of it?  Well, he got paid for his technical

19   advice.  So he was going to get paid.  Seemed like the perfect

20   solution.

21             But the other thing that he got out of it was

22   that he got more data stations because he knew that you aren't

23   going to be able to see -- to see all the seismic activity

24   based on three or four data stations alone.  And so he knew

25   that, if there were more data stations, he would be able to

1    better do his job.  It was the perfect situation.

2              Later on another company came in called

3    Kinemetrics.  I'm going to try to abbreviate.  I know it's --

4    all these long names are hard to follow.  I'm going to refer to

5    it as KMI.  KMI comes in and takes over Quanterra and adopts

6    the same two contracts that Joe Steim and Quanterra had worked

7    out with Dr. Chi because the people at KMI said this helps us,

8    it helps you, it's perfect.  We're going to keep doing it.

9              There was a problem though, and the problem was

10   that KMI's equipment is so expensive.  It is the most reliable

11   equipment out there.  Think of it as the Bentley of sensors.

12   Like I said, some of their sensors cost $50,000.

13             Dr. Chi knew that he needs lots of data stations,

14   and he lives in a developing country, and they don't have the

15   money to spend top dollar for the best sensor.  And sometimes,

16   frankly, he also knew you don't need the best sensor.  You just

17   need a good, reliable one.  So he went out, investigated, and

18   he checked with various sources.

19             One of the places that he regularly relies on is

20   the United States Geological Society, the U.S.'s official

21   government agency that deals with this information.  He said,

22   what equipment do you use?  We use KMI equipment.  Great.  We

23   have a contract, so we're going to use that too.  What else do

24   you use?  Well, we use this equipment called Guralp.  I'm going

25   to use GSL for you so I don't have to keep saying Guralp.

1    Well, where is that made?  That's made in Britain.

2              So Dr. Chi is a young man, traveled all the way

3    to Britain and met with the founder and inventor of the Guralp

4    sensors.  That's the gentleman on the right.  And he showed

5    Mr. Guralp his contract with Kinemetrics.  And he said, your

6    sensors are really good.  They're also much less costly than

7    the KMI sensors.  I had this contract with them.  Can I get a

8    contract with you too?  What do you think?  And the founder

9    said, absolutely.  I'd love to have you do the same thing.  And

10   they came up with initially a handwritten contract and then

11   came up with a typewritten contract.

12             Mr. Guralp had him sign a typewritten contract

13   virtually identical to the contract that he had with KMI and

14   Quanterra.  So, once again, he now had this contract with GSL

15   like the one with KMI, and he knew about it because he actually

16   showed him the old KMI contract.  He's going to do the exact

17   same things -- help him pick out equipment, help customers pick

18   out equipment.  KIGAM will be in charge of installing and

19   integrating the systems.  You're going to see copies of those

20   contracts, and you're going to hear how the language is the

21   same.  You're going to also hear how they knew about Quanterra.

22   They knew about KMI.  They were fine with it.

23             At the end of the meeting, everybody was excited

24   about this new opportunity.  You're going to hear how, after

25   they signed that contract, Mr. Guralp, the gentleman the second

from the left, posed for a picture outside.  To Mr. Guralp's

right, the person the second from the right, is Dr. Chi.  The

person on the end of the right is a Dr. Park who was also

present that day when the contract was signed.  The person at

the far left you're going to hear from.  That person is -- went

by the name Nathan Pearce at the time.  Now that person is

going to testify under the name of Natalie Pearce today or

tomorrow.

They were all there.  They all saw the contract.

They all took the picture.  Then Dr. Chi and Dr. Park went back

to Korea.  When they got back to Korea, KIGAM was really

excited.  They were excited at this opportunity.  Dr. Park and

Dr. Chi put together an announcement, sent it out to the other

employees, did a PowerPoint demonstration, talked to other

employees about what they did and the contract they had, and

they said the great thing about this is we now get the

opportunity to get these sensors at a fraction of their cost,

and we can start building more data sites around the country.

As a result of those contracts, KMI sold far more

sensors in Korea than they ever did before.  GSL, the

moderately priced sensors, sold far more than they ever did

before.  KIGAM got access to the technology and got

substantially discounted equipment.  You're going to hear

during the course of the trial that at times they got $50,000

sensors for half price.  And if you can get two sensors for

1    50,000, you're much, much better off than one.

2            And you're going to hear that Dr. Chi got paid

3    for the technical consulting that he did over the course of the

4    next 14 or 15 years, and he got paid well.  He's highly -- he's

5    highly educated.  He provides extremely technical, complex

6    information that few other people can provide in the world and

7    probably very, very, very few in Korea.  So he made almost

8    $100,000 a year although he didn't make that money initially.

9    It was very little initially.  Although once the tsunami hit a

10   few years ago and it caused massive damage and the tsunami was

11   triggered by an earthquake, suddenly Korea said, we'd better

12   spend some more money building more sensors so we have a better

13   early warning system, and then the number of sensors needed

14   exploded, and that's when Dr. Chi made most of the money.

15           So you're going to hear that the public, Dr. Chi,

16   KIGAM, everyone benefited.  And that would be the end of the

17   story, and you would all be saying, why are we here?  Well, let

18   me tell you why we are here.  Because a few years ago

19   Cansun Guralp, who had built the company practically out of a

20   garage, who knew every employee, sold his company to an

21   investment company.

22           This investment company came in and gave him some

23   cash and then promised to give him another $12 million later on

24   in the future.  And that investment company put in a new Chief

25   Executive Officer, a man named Chris Potts, who's going to come

1    in here and, I expect, testify.  And as part of his

2    compensation, Mr. Potts got 6 percent of the GSL stock.  And

3    buried inside the contract when they sold -- when Guralp sold

4    the company to the new investment company was a clause that

5    said, if they find something illegal, if they find that

6    Mr. Guralp or anybody did something illegal, they don't have to

7    pay that $12 million.  They get the company with a $12 million

8    discount.

9            So Mr. Potts, who had a $12 million incentive

10   that he personally would benefit by 6 percent, started going

11   over the books, and Dr. Chi walked into the trap and submitted

12   some bills to Mr. Potts.  Remember, I said the number of

13   sensors had increased dramatically following the tsunami.

14   Well, Dr. Chi submitted a bill for a couple hundred thousand

15   dollars, and Mr. Potts didn't want to pay that money, but he

16   couldn't just say forget it.  So he started digging.  And he

17   found e-mails that he thought, aha, these e-mails show

18   something fishy is going on.  And he started pressing the

19   authorities to file a criminal case.

20           Now, I've already talked about Mr. Potts'

21   personal financial incentive, but what he focused on was at

22   times Dr. Chi would embellish his own status, and at times he

23   would say things he should never have said, things like I'm a

24   government official.  But you're also going to hear and you're

25   also going to have the context because all the time, whenever

1    he said something like that, it was when some salesperson said,

2    you know what we'd like to do, we'd like to do an advertising

3    campaign where the name KIGAM is promoted around as endorsing

4    our products.  And he's doing this via e-mail; so he's not

5    going to explain, no, we shouldn't be doing that.  No, I

6    couldn't bear -- no.  So instead, he got lazy, and he basically

7    said -- he wrote back, no, you can't do it.  I'm a government

8    official.  I'm a government official.  Can't do that.  Okay.

9    That's the end of it.  All right.  We're not going to use the

10   KIGAM name in advertising.

11             You're going to hear from people from KIGAM, from

12   Korea coming here, presidents, past and present -- past and

13   recent, director of the earthquake center, seismologists,

14   technicians, auditors, they're going to come in here, and

15   they're going to tell you a few things.  They're going to tell

16   you, yes, this is a public research institute, but we are not

17   part of the government of Korea.  Yes, we're a public research

18   institute, but our purpose is to work collaboratively with

19   business.  They're also going to tell you it's not uncommon to

20   have technical advice contracts.  That's not something that's

21   out of the ordinary.  We're a collection of scientists that

22   help make business work better in Korea.  That's what we do.

23             They're also going to tell you that, when it

24   comes to the idea that Dr. Chi did something wrong or corrupt

25   by approving bids, that's not how it works.  They're going to

1    tell you that the bid process is done by highly qualified

2    scientists and specialists.  It's a rigorous process.  They put

3    this equipment through all these tests.  And then the actual

4    bid is not done by KIGAM.  It's done by somebody else, some

5    other agency, and that Dr. Chi is not part, has nothing to do

6    with the bidding of projects.

7              As far as the certifying of equipment, you're

8    going to hear that the same witnesses from KIGAM is going to

9    say this is a rigorous scientific process.  We put the

10   equipment through various tests.  We record the data.  We have

11   results.  We share the data.  And they're also going to tell

12   you that, when a company fails or passes, it's no big secret.

13   It's not some secret you have to hide.  You failed the test.

14   The readings are not high enough or not sensitive enough.  You

15   need a better power supply.  Or, hey, you passed the test.

16             And then one thing you're going to hear -- pardon

17   me.  The one thing you're not going to hear is you're not going

18   to hear that Dr. Chi ever altered, manipulated any data ever to

19   benefit any company.

20             And last, you're going to hear from the KIGAM

21   witnesses who are going to tell you that they define what

22   Dr. Chi's duties are.  They're going to tell you that his

23   duties are seismic analysis and interpretation, and they're

24   going to tell you that that's exactly what he does when he

25   works at KIGAM.  And they're going to tell you that his advice

1    and his work greatly substantially benefited KIGAM, GSL, KMI,

2    and Korea.

3             You're going to hear how Chris Potts spent

4    hundreds of thousands pursuing this investigation, how he's

5    worked with British authorities, how he's got a lawsuit

6    pending, how he's met with the U.S. Government.  And I'm not

7    sure what he's going to say to me.  I don't know if he's going

8    to say he believes Dr. Chi is really a Korean governmental

9    official or not.  He may.  And he's going to tell you --

10   hopefully he'll be honest and say he stands to make a

11   substantial amount of money if the litigation is successful.

12            In conclusion, I think it's going to be clear

13   that, after you hear all the evidence, you're going to conclude

14   that Dr. Chi exaggerated his status in his e-mails and he did

15   try to keep earnings from other people, co-workers, and he kept

16   his earnings in the U.S.  That shouldn't be terribly

17   surprising.  I think it seems obvious, if you're going to --

18   where would you want to keep your money?  In a U.S. bank or in

19   a bank in a country that's unstable and developing?

20            You're going to hear that he provided significant

21   advice and benefits, and he was paid well for it.  Like I said,

22   he made -- over the course of 14 years, he made almost a

23   million dollars.

24            But the other thing that you're going to hear --

25   and this is critical -- is that he was never paid to make a

1    corrupt decision, and he never made a corrupt decision that

2    related to any of his KIGAM duties, and that is important

3    because it's not a crime to keep your money in the

4    United States.  It's only a crime if that money came from

5    something illegal.

6              And at the end of the case, you're going to have

7    to decide whether it came from something illegal.  And I think

8    at the end of the case you're going to conclude that Dr. Chi

9    never was bribed, was never paid to violate his duties.  And if

10   he is not guilty of bribery, then he is not guilty of money

11   laundering.

12             Thank you.

13             THE COURT:  All right.  Government, call your

14   first witness.

15             MS. KUMAR:  Your Honor, the Government calls

16   Dr. Lind Gee to the stand.

17             THE CLERK:  Please raise your right hand.

18             Do you solemnly state that the testimony you may

19   give in the cause now pending before this court shall be the

20   truth, the whole truth, and nothing but the truth, so help you

21   God?

22             THE WITNESS:  I do.

23             THE CLERK:  Thank you.  Be seated.

24             Please state and spell your name for the record.

25             THE WITNESS:  My name is Lind Gee.  My first name

```
 1     is spelled L-i-n-d.  My last name is spelled G-e-e.

 2                 THE COURT:  All right.  You may proceed.

 3                       LIND GEE, PH.D.,

 4                 GOVERNMENT'S WITNESS, SWORN:

 5                    DIRECT EXAMINATION

 6     BY MS. KUMAR:

 7          Q     Good afternoon.  Could you please describe your

 8     educational background to the jury.

 9          A     Yes.  I have a Ph.D. in geophysics from the

10     Massachusetts Institute of Technology.

11          Q     How are you currently employed?

12          A     I work for the United States Geological Survey

13     known as the USGS.

14          Q     What is the USGS?

15          A     The USGS is part of the Department of Interior

16     like the National Park Service.  It's a bureau, but it's a

17     science-focused bureau that addresses problems related to the

18     earth, geology, minerals, maps, earthquakes, volcanos, floods,

19     a broad range of earth-related issues.

20          Q     Do you work with one of those areas you just

21     described?

22          A     Yes.  I work in the earthquake program within the

23     USGS.

24          Q     Where are you -- what is your current position at

25     USGS?
```

1        A        I'm based in Menlo Park, California, and I'm

2    chief of the earthquake monitoring project.  As part of that, I

3    oversee earthquake monitoring operations in Northern and

4    Central California.  We do that in collaboration with

5    UC Berkeley.  The analogy here in Southern California is

6    there's a USGS in Pasadena that works with Cal Tech on

7    earthquake monitoring.

8                  I also oversee the National Strong Motion

9    Network.  That's a national network focused on instrumenting

10    structures so we can improve performance or better understand

11    how buildings perform during earthquakes.

12        Q        How long have you been in your current position?

13        A        Just about two-and-a-half years.

14        Q        And prior to this position, how were you

15    employed?

16        A        I was hired by the USGS in 2005 to be the

17    scientist in charge at the Albuquerque Seismological

18    Laboratory, the ASL.

19        Q        And how long were you employed at ASL?

20        A        Just a little over nine years.

21        Q        Can you describe for us what ASL is?

22        A        Sure.  The ASL is a field office of the USGS

23    located in Albuquerque, New Mexico.  And it's a facility that

24    does two things primarily.  It's responsible for operating

25    several seismic networks.  These are groups of seismic

1    stations, and they range from the global scale to the regional

2    scale.

3              It also operates an instrument testing and

4    development facility where they take seismic equipment,

5    primarily from manufacturers or developed by universities, and

6    do testing on it.

7         Q    You used the word "seismic" just a few minutes

8    ago.  Can you describe for us what you mean by that?

9         A    So seismic -- well, maybe the right way to start

10   is seismology is the field of studying earthquakes, kind of

11   primarily focused on using the waves created by earthquakes to

12   study earthquakes in the interior of the earth.

13        Q    And you used the phrase "seismic stations."  What

14   are those?

15        A    So seismic station refers to a point on the

16   ground where we have installed instruments in order to record

17   ground motions.  It usually consists of sensors, sometimes one,

18   sometimes several, in order to ensure that we can record the

19   full range of ground motion.

20             A recording instrument -- the internal slang we

21   tend to use, we call them data loggers.  It's essentially a

22   computer that connects to the sensors and provides local

23   storage of the data -- well, digitizes the signal, provides

24   local storage, and in most cases supports the communication

25   software to transmit the data to a central site for processing.

1    So then there's telecommunications equipment, and then, of

2    course, power systems to make all this run.

3         Q        In addition to detecting earthquakes, are seismic

4    equipment that you just described used to detect any other type

5    of ground movement?

6         A        Yes.  All kinds of things.  Earthquakes, of

7    course, are the most obvious, but there are volcanos,

8    explosions, whether it's a chemical explosion in a quarry or a

9    nuclear explosion.  And honestly, buses driving down the street

10   cause seismic waves; so there are many different sources.

11        Q        During the course of your employment at USGS,

12   have you had the occasion to learn and meet with other similar

13   institutes focusing on seismic movement?

14        A        Yes.  There is some really broad and active

15   community of people, institutions around the world engaged in

16   these activities.  Most of them are sponsored by national

17   governments, but in many cases universities both in the

18   United States and around the world are involved in research on

19   these problems, and there are many mechanisms for communicating

20   and sharing ideas.

21        Q        Is one of those mechanisms conferences of people

22   who study similar areas?

23        A        Sure.  There are a couple major conferences where

24   people interested in these problems get together.

25        Q        During your time at ASL, would there be visits

1    from people across the world?

2         A       Yes.  The ASL has been around for over 50 years.

3    They were involved in major employment of seismic stations in

4    the early '60s.  And it's -- it has a long history of hosting

5    visitors from around the world.

6         Q       During your time at USGS and specifically at ASL,

7    have you interacted with an institute called the Korea

8    Institute of Geoscience and Mineral Resources?

9         A       Yes.  I've met several people from KIGAM, that

10   institute.

11        Q       You know it by the name KIGAM, K-I-G-A-M?

12        A       That's correct.

13        Q       Do you have any understanding whether there's a

14   relationship between KIGAM and the Korean government?

15        A       Yes.  My understanding is that KIGAM is an -- is

16   an institution of the Korean government.

17                MR. KOURY:  Objection.  Lacks foundation.

18                THE COURT:  Motion to strike is denied.

19        Q       BY MS. KUMAR:  You stated earlier you had the

20   occasion to meet representatives of KIGAM; is that right?

21        A       Yes.

22        Q       Can you please tell the jury, based on those

23   meetings and your employment at USGS, what your understanding

24   is of the focus of KIGAM?

25        A       Sure.  My understanding, based on discussions

1    with the personnel I met, is that KIGAM is an institution

2    primarily focused on research and a wide variety of geoscience

3    topics as their title suggests.  They do, as I understand it,

4    have an Earthquake Research Center, and KIGAM serves as a

5    national data center for the Comprehensive Test-Ban Treaty.

6         Q    Okay.  We'll come back to that.

7              To your knowledge, are there other institutes in

8    Korea which also focus on earthquake research?

9         A    Sure.  The Korean Meteorological Agency, KMA, is

10   another group in Korea that the ASL has had a long history

11   with.  ASL collaborates with KMA on the operation of a seismic

12   station in Korea.

13             MS. KUMAR:  Your Honor, at this time the

14   Government would move to admit the exhibit previously

15   identified as Exhibit 20 and pursuant to the parties' pretrial

16   exhibit stipulation.

17             THE COURT:  All right.  Exhibit 20 will be

18   received into evidence.

19        (Received into evidence Exhibit No. 20.)

20        Q    BY MS. KUMAR:  Dr. Gee, I'd like to direct your

21   attention to the first page of Exhibit 20.  Specifically, the

22   upper left-hand corner.

23        A    Yes.

24        Q    Can you read what it says there?

25        A    It says, "Annual Report 2015."

1          Q        And if I can direct your attention to the bottom

2    right-hand corner, if you can read the institute for which this

3    is the annual report.

4          A        Korea Institute of Geoscience and Mineral

5    Resources.

6          Q        I'd now like to direct your attention to page 5

7    of this exhibit and to the second paragraph therein.  Could you

8    please read that paragraph for us.

9          A        Sure.

10                 "Founded in 1918, KIGAM marks its 100th

11   anniversary in 2018.  KIGAM is the sole government-funded

12   geological research institution in Korea where topnotch

13   geoscience research is ongoing.  At KIGAM, Korea's finest

14   geology experts are in charge of researching the stable

15   utilization of future energy and mineral resources, land and

16   environment preservation, and the creation of a new science

17   field with its basis in geoscience technology.  All of these

18   efforts are for the Korea's industrial development and the

19   contented lives of people in Korea."

20         Q        I'd now like to direct your attention to page 6

21   of this exhibit, specifically the third paragraph.  In that

22   paragraph is something you referenced earlier, the CTBTO.  Do

23   you see the reference to that?

24         A        Yes, I do.

25         Q        Can you describe for the jury what the CTBTO is?

1    A    So a moment ago I referred to the Comprehensive

2   Test-Ban Treaty or CTBTO.  The CTBT was adopted by the U.N. in

3   the mid 1990s.  It is a complete ban on nuclear explosions.

4   There are a number of nations who are signatory to that, but

5   that treaty has not entered into force.  The CTBTO, the

6   Comprehensive Test-Ban Treaty Organization is the group that,

7   when the treaty enters into the force, be responsible for

8   monitoring.  They began developing their protocols following

9   the adoption of the treaty so -- that's a long answer.  I

10   apologize.  It is an organization in Vienna whose

11   responsibilities will be to monitor the CTBT when it enters its

12   force.

13    Q    You mentioned earlier, in relation to the CTBTO,

14   a national data center.  Can you describe for us what that is?

15    A    Yes.  As part of this CTBT and the monitoring

16   protocols, nations are allowed to have national data centers.

17   The CTBTO has set up a multiple tier of instruments for

18   monitoring the treaty of which seismic stations are a part.

19   All the data go to Vienna, and then are shared with the

20   national data centers where each nation can have its experts

21   review the data as well.

22    Q    Are you aware of whether there is a national data

23   center in Korea?

24    A    My understanding is that KIGAM is that national

25   data center.

1        Q        I'd like to now turn your attention to page 17 of

2   this document, Exhibit 20.  I'm sorry.  Page 14.  There we go.

3                On the bottom of the last two sentences, if you

4   could read for us, Dr. Gee, the sentence beginning with "The

5   Earthquake Research Center."

6        A        Sure.  "The Earthquake Research Center operates a

7   nationwide seismic acoustic network with cooperative stations

8   in neighboring countries in order to monitor seismic activity

9   and artificial blasts.  Moreover, the research center is

10  developing new technologies for early earthquake warning and

11  seismic hazard monitoring systems.

12       Q        You earlier talked about seismic stations.  There

13  is a reference in here to cooperative stations in neighboring

14  countries.  Do different countries operating seismic stations

15  share that data?

16       A        That -- so there's a long history of

17  collaboration internationally on seismic stations, and much of

18  the data -- for example, the United States through the global

19  seismographic network operates seismic stations in, I think,

20  narrowly 70 countries, and those are -- data are open and

21  widely shared.  They're available to anyone.

22                Not all seismic data is considered open.  Not all

23  seismic data is shared.  We try to encourage that.  We feel

24  that really strengthens the community overall, but it's not

25  true in all cases.

1      Q      And to be clear, the seismic information that in

2  the case of USGS is shared where is that information derived

3  from?

4      A      The data that I was referring to would be the

5  wave forms recorded by the seismic sensors at the stations.

6      Q      And those are the equipment you talked about

7  earlier, the sensor and the digitizer; is that correct?

8      A      That is correct.

9      Q      I'd like to now turn your attention to page 157

10 of Exhibit 20.  And if we could blow up towards the bottom.

11             Could you read the name that appears on the left

12 side of the area that's blown up?

13     A      Sure.  So under the title "Earthquake Research

14 Center" is Chi, Heon-Cheol.

15     Q      And what's the title for Mr. Chi?

16     A      Principal researcher/director.

17     Q      During your time at USGS and specifically at ASL,

18 have you had occasion to meet with Heon-Cheol Chi?

19     A      Yes.  I met with him three times.

20     Q      When was the first time you met with him?

21     A      My first time was in November 2006.

22     Q      Where did this meeting take place?

23     A      It took place in Albuquerque, New Mexico, at the

24 ASL.

25     Q      At the time were you the scientist in charge of

```
 1    the ASL?

 2         A      Yes.

 3         Q      I'd like to direct your attention --

 4                At this time, Your Honor, the Government moves to

 5    enter into evidence the exhibit previously identified, marked

 6    for identification 258 pursuant to the parties' pretrial

 7    stipulation.

 8                THE COURT:  There is no objection to that?

 9                MR. KOURY:  Let me review it.  No.

10                THE COURT:  258 will be received into evidence.

11           (Received into evidence Exhibit No. 258.)

12         Q      BY MS. KUMAR:  Directing your attention to 258,

13    Dr. Gee, do you recognize this document?

14         A      Yes.  This is a letter of cooperation that I

15    signed with Dr. Chi during his first visit while I was

16    scientist in charge of ASL in 2006.

17         Q      If you could read the title of the document for

18    us.

19         A      "Letter of cooperation between the USGS and

20    KIGAM."

21         Q      And if I could direct your attention to the first

22    paragraph, could you read that paragraph for us?

23                THE COURT:  I don't think we need to read the

24    paragraphs.  Everybody can read it on their own.

25                MS. KUMAR:  Very well.
```

**UNITED STATES DISTRICT COURT**

1          Q       Can I direct your attention to the second

2     paragraph, Dr. Gee?

3                  THE COURT:  You can leave it on the screen so

4     everybody can see it.

5          Q       BY MS. KUMAR:  Dr. Gee, is this a description of

6     the MOU that you signed with Dr. Chi?

7          A       So the MOU was a previously existing document

8     between the USGS and KIGAM, and that had been signed in 2002

9     before I arrived at ASL.

10         Q       What was this particular document intended to

11    describe?

12         A       The letter of cooperation which I signed in 2016.

13    Oh, sorry.  The text you have highlighted is a description of

14    the MOU.

15         Q       Okay.  If we could direct your attention to the

16    second paragraph here, what do you understand the MOU to be

17    covering, generally speaking?

18                 What was the purpose of the MOU?  I'm sorry.

19    What was the purpose of the letter of cooperation?

20         A       Yes.  So the letter of cooperation was to address

21    data sharing between KIGAM and the USGS.  Dr. Chi was

22    interested in having this letter of cooperation that agreed to

23    provide data from a station that the USGS operates in China in

24    collaboration with the China Earthquake Administration.

25         Q       And there is a reference in this particular

```
1    paragraph to a KIGAM station TJN.

2         A       Yes.

3         Q       Are you aware of the location of that station?

4         A       I don't remember the exact details at the time,

5    but we discussed several stations, and this one was identified

6    as one the USGS would be interested in.

7         Q       Is that a station you understood to be controlled

8    by KIGAM?

9         A       Yes.

10        Q       You earlier said the types of equipment that was

11   installed include sensors, data acquisition systems, and

12   processing software.  Are you familiar with the manufacturers

13   of such equipment?

14        A       Yes.  USGS works with a number of manufacturers.

15        Q       Could you name the -- some of the companies with

16   which you are familiar?

17        A       Sure.  So this is a subset of what are many, but

18   Kinemetrics, Nanometrics, a company called Revtech that's since

19   been bought by Trimble, Guralp, GeoSIG.  These are some of the

20   more major manufacturers, but there are many others I didn't

21   list.

22        Q       So after this meeting in 2006, did you have

23   another meeting with individuals from KIGAM?

24        A       Yes.

25        Q       And when did that meeting take place?
```

**UNITED STATES DISTRICT COURT**

```
 1        A       That meeting took place in June 2009.

 2        Q       And was Dr. Chi part of that visit?

 3        A       Yes, he was.

 4                MS. KUMAR:  At this time, Your Honor, the

 5   Government would move the exhibit previously marked for

 6   identification as 209 pursuant to the parties' pretrial exhibit

 7   stipulation.

 8                THE COURT:  All right.  Any objection?

 9                MR. KOURY:  No, Your Honor.

10                THE COURT:  209 will be received into evidence.

11          (Received into evidence Exhibit No. 209.)

12        Q       BY MS. KUMAR:  If we could highlight for you the

13   top portion of the e-mail.  Do you recognize this document?

14        A       Yes.

15        Q       What is it?

16        A       It's an e-mail from Dr. Chi -- I'm sorry -- to

17   Dr. Chi from Bob Hutt who was a scientist working with me at

18   ASL at that time.

19        Q       Are you a recipient of this e-mail as well?

20        A       Yes, I am.

21        Q       If we could direct your attention to the second

22   e-mail in this string that begins at 225.

23                Do you understand this to be the prior e-mail in

24   the chain?

25        A       Yes.
```

**UNITED STATES DISTRICT COURT**

 1          Q       And who is the sender of the e-mail?

 2          A       Dr. Chi.

 3          Q       And who is the recipient -- who is listed in the

 4     first line?

 5          A       The e-mail is addressed to Dr. Bob who is

 6     Dr. Bob Hutt.

 7          Q       And is this a -- to your knowledge, is this an

 8     e-mail describing the visit that Dr. Chi proposed to have in

 9     June of 2009?

10          A       Yes.  He was visiting ASL as well as the USGS in

11     Menlo Park in making arrangements for the trip.

12          Q       And if we go a few lines down to June 23rd where

13     it says "Visit ASL in order to --"

14          A       Yes.

15          Q       There are various topics listed there including

16     learning how to calibrate and maintain seismic instruments,

17     gathering information on any internal requirements.  Do you

18     understand that to be a general summary of the topics discussed

19     during the visit?

20          A       Yes.

21                  MS. KUMAR:  At this time, Your Honor, the

22     Government would move to admit Exhibit 259 pursuant to the

23     parties' pretrial stipulation.

24                  THE COURT:  Any objection to 259?  Any objection

25     to 259?

**UNITED STATES DISTRICT COURT**

```
 1               MR. KOURY:  There's a relevance objection,
 2     Your Honor.
 3               THE COURT:  I can't hear you.
 4               MR. KOURY:  Relevance.
 5               THE COURT:  259 will be received into evidence.
 6          (Received into evidence Exhibit No. 259.)
 7          Q    BY MS. KUMAR:  If we could pull 259 up on the
 8     screen for Dr. Gee.
 9               Dr. Gee, do you recognize this document?
10          A    Yes.
11          Q    What is it?
12          A    It's an e-mail from someone we understood to be a
13     colleague of Dr. Chi's inviting Dr. Hutt to visit KIGAM in
14     2012.
15          Q    Do you understand whether that meeting took
16     place?
17          A    Yes, it did.
18               MS. KUMAR:  I would like to -- at this point the
19     Government would move to admit Exhibit 260 into evidence
20     pursuant to the parties' pretrial stipulation.
21               THE COURT:  Any objection to 260?
22               MR. KOURY:  No.
23               THE COURT:  All right.  260 will be received into
24     evidence.
25          (Received into evidence Exhibit No. 260.)
```

1      Q      BY MS. KUMAR:  Dr. Gee, do you recognize this

2  document?

3      A      Yes.  This is an e-mail sent to me from Bob Hutt

4  following his return from Korea.

5             MS. KUMAR:  And if we could enlarge the first

6  part of the document.

7      Q      Do you understand that Dr. Hutt met with various

8  people at KIGAM during his time there?

9      A      Yes.

10     Q      And was one of the people he met with Dr. Chi?

11     A      Yes.

12     Q      And is this an e-mail summarizing his visit when

13 he returned to you?

14     A      Yes.

15     Q      Could you identify how Dr. Hutt listed Dr. Chi's

16 title?

17     A      He describes him in this e-mail as head of the

18 ERC.

19     Q      What do you understand the ERC to be?

20     A      Earlier in the e-mail ERC is defined as the

21 Earthquake Research Center.

22     Q      If we could look further up in that e-mail on the

23 blown-up portion where the ERC is defined, could you describe

24 for the jury what Dr. Hutt described were the topics of the

25 meeting?

1    A        You wish me to read that or just --

2    Q        Yes.

3    A        "I was invited by Dr. Geunyoung Kim, a researcher

4    in their Earthquake Research Center, ERC, to come and talk

5    about seismometer and accelerometer testing, data quality

6    control, and the use of digital weather transmitters at seismic

7    stations."

8    Q        Directing your attention to the third to the last

9    paragraph in this e-mail beginning with "I asked about their

10   relationship with KMA," can you describe for the jury how many

11   stations Dr. Hutt stated KIGAM operated in South Korea?

12   A        At the time of this report, Bob reported that

13   KIGAM had 43 realtime stations.

14   Q        What's a realtime station?

15   A        It's a term we use to refer to stations that have

16   communications, and they're transmitting data continuously.

17   Q        And these are similar to the stations we

18   discussed earlier; is that right?

19   A        Yes.

20   Q        And they also have sensors and other seismic

21   equipment along the lines you described?

22   A        Yes.

23   Q        Including those made by Guralp, that type of

24   equipment made by Guralp and Kinemetrics?

25   A        And the other companies, yes.  Uh-huh.

**UNITED STATES DISTRICT COURT**

1      Q      Was there a time that you met with

2  representatives of KIGAM again?

3      A      Yes.  There was a -- excuse me.  There was a

4  visit in 2014 in August, I believe.

5      Q      And where did the visit take place?

6      A      At the Albuquerque seismological lab.

7      Q      And do you recall what the topic areas for that

8  visit were?

9      A      The topic included -- this was a different group,

10  and it included, in addition to Dr. Chi, a representative from

11  KMA and a representative from another organization that I have

12  forgotten.  One of the topics was seismic -- maintenance of

13  seismic stations, instrumentation.  I think calibrations may

14  have been on the agenda.  That was a topic we were very

15  actively engaged in at that time.  And there may have also been

16  discussions related to instrument requirements.

17      Q      What do you mean by "instrument requirements"?

18      A      Specifications for instruments.

19             MS. KUMAR:  At this time, Your Honor, no further

20  questions.

21             THE COURT:  All right.  Cross-examination.

22             MR. KOURY:  Thank you, Your Honor.

23             Your Honor, I have a series of exhibits I would

24  like to share with the witness.  May I approach your CRD?

25             THE COURT:  Do you have a binder?

```
 1                    MR. KOURY:  I don't have a binder.  I have a
 2    collection.
 3                    THE COURT:  All right.
 4                         CROSS-EXAMINATION
 5    BY MR. KOURY:
 6          Q       Good afternoon, Ms. Gee.
 7                    Now, if I understand correctly, you actually work
 8    for United States Geological Society which is part of the
 9    Department of Interior; correct?
10          A       Geological Survey.
11          Q       Pardon me.  Which is part of the Department of
12    Interior?
13          A       Correct.
14          Q       So you're a federal employee?
15          A       I am.
16          Q       And you have a federal ID?
17          A       I do.
18          Q       And you're part of the federal retirement plan
19    and get your paycheck from the United States Treasury?
20                    MS. KUMAR:  Objection, Your Honor.  Relevance.
21                    THE COURT:  Sustained.
22          Q       BY MR. KOURY:  Now, you said that your agency
23    will contract with private research institutes periodically?
24          A       Say that again, please.
25          Q       Occasionally you work with private research
```

UNITED STATES DISTRICT COURT

```
 1   institutes like Cal Tech?

 2        A      Private universities, yes.

 3        Q      You are familiar with Cal Tech?

 4        A      I am.

 5        Q      And it is a private university, is it not?

 6        A      It is.

 7        Q      Now, you have indicated to us that it's your

 8   belief that KIGAM is part of the Korean government?

 9        A      Yes.  That was my understanding.  The --

10        Q      Have you ever been to their campus?

11        A      I have not.

12        Q      Have you ever spoke to their president?

13        A      No, I have not.

14        Q      Have you -- well, let me draw your attention to

15   an Exhibit 534.

16               It's before the witness.  The witness should have

17   it.

18               There's a folder in front of you.  534 should be

19   marked?

20        A      All right.

21        Q      Do you have that in front of you?

22        A      Yes.  I guess.

23        Q      This is marked as "KIGAM message from the

24   president," is it not?

25        A      Yes, it is.
```

**UNITED STATES DISTRICT COURT**

```
 1          Q       Do you see where it says at the bottom -- does
 2   the Court need a copy?
 3                  THE COURT:  Yeah.  I'm supposed to have copies of
 4   all the defense exhibits.  Go ahead.
 5          Q       BY MR. KOURY:  Do you see the last paragraph
 6   where it says, "KIGAM was established as a national geological
 7   survey of Korea on May 22nd, 1918"?
 8          A       Yes.  I see that.
 9          Q       "And later it developed as a government branch
10   research organization 1947 through '76."
11                  Do you see that?
12          A       I do.
13          Q       And now if you turn to the next page, "It's grown
14   into a government-funded independent R&D institute 1976 to
15   present."
16          A       That's what this document says, yes.
17          Q       Is there a difference between an independent R&D
18   institute and a government institute, in your opinion?
19          A       I wouldn't be able to speak to that in Korea.  I
20   mean, I don't know.
21          Q       Okay.  Now, you just a few minutes ago were
22   looking at Exhibit 260.
23          A       Is that in this stack?
24          Q       It's also in the same stack.
25          A       All right.
```

**UNITED STATES DISTRICT COURT**

1          Q        That was an e-mail from Bob Hutt

2    December 18, 2012.

3          A        Correct.  Yes, I see that.

4          Q        And Mr. Hutt talked about how he met with Dr. Chi

5    and others; correct?

6          A        Correct.

7          Q        And he told you that KIGAM is primarily a

8    research organization, did he not?

9          A        Yes.

10         Q        And he said that they have 43 seismic stations,

11   and that was as of 2012; correct?

12         A        Correct.

13         Q        And he said they share data.

14         A        Correct.

15         Q        And that's very important, is it not?

16         A        Yes.  Sharing data is very important, yes.

17         Q        I mean, in your field it's important to have more

18   data points.

19         A        Yes.  The more data, the better job we can do in

20   characterizing events.

21         Q        Now, I'm going to go back and ask you, in the

22   early '90s, say mid '90s, 1994, or maybe at the beginning of

23   the '90s, were recorders -- the kind you described here, were

24   they still using paper?

25         A        Not really.  There were -- sorry.  Would you

1    restate your question again?

2          Q      So in 1990, the recorders --

3          A      The recorders.  Okay.  Your voice drops a little

4    bit; so it's hard for me to hear.

5          Q      I apologize.

6          A      Well, there was some paper used in the 1990s.

7    Really not that much.  More recording on film and tape and

8    things like that.  But digital -- experiments with digital

9    began in the early 1980s and were beginning to outstrip the

10   older analog recording by that point in time.

11         Q      But they had to be replaced over time.

12         A      Absolutely.

13         Q      And the recorders, they would use a radio link at

14   times or other means to transmit the data?

15         A      Yes.  Some instruments -- at some sites data were

16   only recorded onsite and would be retrieved by an individual or

17   would use radio or other communication methods to get the data

18   out to some central processing location.

19         Q      Let me see if I understand it correctly.  If I

20   hear you, what you're saying is that some of the recorders

21   require people actually to physically go there and take an

22   instrument or take some device or piece of paper or something

23   back to a laboratory?

24         A      Yeah.  That's right.  Some of the early -- it

25   depended on the purpose of the seismic station.  So some

**UNITED STATES DISTRICT COURT**

1    seismic sites were designed only to record the strongest

2    earthquakes.  And so in those cases, the instruments just

3    recorded onsite, and someone would go and retrieve the data

4    when an earthquake of interest occurred.

5               Typically, though, for stations that are being

6    used in active earthquake monitoring, when you want to look at

7    big events and little events, then they would have some kind of

8    communication system in order to transmit the data to a central

9    processing facility.

10       Q       Now, Joe Steim was somewhat of a pioneer in the

11   industry, was he not?

12       A       Yes.

13       Q       And he was a pioneer because he helped to

14   transform what was analog data to digital data?

15       A       Yes.

16       Q       And that was a major breakthrough in the field of

17   seismology, was it not?

18       A       He was not the first person to do this, but he

19   designed one of the best data logger systems at that time,

20   uh-huh.

21       Q       And that system, he invented it and designed it

22   and marketed it, did he not?

23       A       He did.

24       Q       And that was through his company Quanterra?

25       A       Correct.

1      Q      And eventually Quanterra was purchased by KMI or

2  Kinemetrics?

3      A      Correct.

4      Q      Now, Kinemetrics or KMI, before they purchased

5  the Quanterra, their primary focus was on the sensors

6  themselves?

7              MS. KUMAR:  Objection, Your Honor.  Speculation.

8              THE COURT:  Pardon me?

9              MS. KUMAR:  Speculation.

10             THE COURT:  Overruled.

11             You can answer the question.

12             THE WITNESS:  Answer the question?

13             You asked whether KMI had previously focused on

14  sensors?

15     Q      BY MR. KOURY:  Correct.

16     A      To their purchase of Quanterra?

17     Q      Yes.

18     A      No.  That's not correct.  They purchased both

19  sensors and data loggers.

20     Q      There is an exhibit in front of you, 509.  Can I

21  ask you to take a look at it, please.

22     A      Yes.

23     Q      Do you recognize the person on the right in the

24  photograph?

25             A      I'm not sure.

**UNITED STATES DISTRICT COURT**

1      Q      Do you recognize the instrument that the person

2  on the right is holding?

3      A      It's hard for me to tell at this distance.  But

4  the photograph is labeled as a CMG-3TB which was a sensor made

5  by Guralp, and it looks like it has the right form factor.  But

6  it's not a very good photograph; so I can't be sure.

7      Q      Okay.  How about the instrument on the left?

8      A      So the left instrument is labeled as a KS36000,

9  and that looks, again, like the right form factor.  So that's

10  probably correct, but again, the photograph is rather poor.

11      Q      It is poor quality.

12             Who makes that instrument?

13      A      The KS36000 was made by a company called Geotek.

14      Q      And the CMG-3TB, that instrument sells for retail

15  about approximately $50,000?

16      A      You know what, I haven't purchased one for quite

17  a long time; so I don't know.  In my new job, I haven't

18  purchased one of these for years; so I couldn't speak to that.

19      Q      Okay.  They are fairly expensive, are they not?

20      A      Borehole instruments -- both of the instruments

21  in this photograph are meant to be deployed in boreholes, and

22  those tend to be very expensive, more expensive than surface

23  sensors.

24             MR. KOURY:  Your Honor, I seek permission to

25  publish the photo.

**UNITED STATES DISTRICT COURT**

```
 1                    THE COURT:  Are you going to move it into
 2     evidence?
 3                    MR. KOURY:  Yes.
 4                    THE COURT:  Any objection?
 5                    MS. KUMAR:  Your Honor, I think she said she
 6     wasn't really sure what was in the photograph.
 7                    THE COURT:  Pardon me?
 8                    MS. KUMAR:  I think she said she wasn't really
 9     sure what's in the photograph.
10                    THE COURT:  Well, she identified the two
11     instruments.
12                    MS. KUMAR:  Okay.
13                    THE COURT:  Do you have an objection?
14                    MS. KUMAR:  No objection, Your Honor.
15                    THE COURT:  Without objection, Exhibit 509 will
16     be received into evidence if that's Exhibit 509.
17            (Received into evidence Exhibit No. 509.)
18         Q     BY MR. KOURY:  Just to clarify, the instrument on
19     the right is the one next to the red line that we were talking
20     about, the CMG-3TB.  You think it is the CMG-3TB?
21         A     But I wouldn't swear to that because the quality
22     of the photograph is poor.
23         Q     Understood.
24                    Now, these instruments, for example, the
25     instrument on the right, if that's -- assuming that's correct
```

1    that that -- well, let me ask you.

2              Does that look like the ASL lab?

3         A    It's funny because the ASL has a KS -- excuse me,

4    a KS36000 mounted, as that photograph shows, with the circular

5    plate on the bottom, but that is not that -- that sensor, when

6    I worked at ASL, was in the conference room, and this is not a

7    conference room.  So it could be ASL, but I can't tell exactly

8    where it is.  Sorry.  I'm not certain.  But it could be ASL.

9         Q    So the instruments that we're talking about,

10   inside these little round tubes there are massive computer

11   components.

12             Is that true?

13        A    There's various electronic components.  The data

14   acquisition components of these sensors where the computers are

15   are actually typically located at the surface for the ASL.  So

16   they wouldn't necessarily be computer components in these

17   sensors, but there's a lot of electronic pieces in here.

18        Q    And these particular types of sensors, you

19   actually drill a deep hole, and you put them down into the

20   earth; is that correct?

21        A    Correct.

22        Q    How far deep do they go?

23        A    It depends on the budget.  The ASL typically

24   deployed borehole sensors at -- they shot for 100 meters or so,

25   approximately 300 feet.  That was the ideal.  That could not be

UNITED STATES DISTRICT COURT

1    attained in all circumstances.  Not all sensors are deployed at

2    those depths.  Many at shallower depths.  It depends.

3         Q        You indicated that this is just one component.

4    You need other things attached to it as well?

5         A        Correct.

6         Q        What's an accelerator?

7         A        An accelerometer --

8         Q        Accelerometer.  I'm sorry.

9         A        -- is a sensor that's designed to record the

10   strongest shaking from earthquakes.  It records acceleration.

11   It's less sensitive to small earthquakes, but it's designed to

12   record the largest earthquakes on scale.

13        Q        And you also need power supply?

14        A        Yes.

15        Q        And so out in the field would that include a

16   solar panel, or would it include an electric line or --

17        A        It depends on the situation.  Some sites are

18   remote.  Ideally we prefer to locate stations where -- away

19   from the population, and in those remote areas you need to

20   install power systems, and those will typically include solar

21   panels or wind generators, other things like that.

22        Q        You also need a recorder of some sort?

23        A        Correct.  Yes.

24        Q        And you need some way to transfer that data

25   that's on the recorder to a central --

```
 1          A       A communication system, yes.
 2          Q       Okay.  And so each one of those components can
 3   cost thousands of dollars at times?
 4          A       Correct.
 5          Q       And you have to build the system; is that right?
 6          A       Yes.
 7          Q       And you have to install it to make sure that it
 8   remains shielded from the elements and functioning properly?
 9          A       Yes.
10          Q       So when you pay for all of these different
11   components, at times the costs can be significant to actually
12   deploy and sell them?
13          A       Yes.
14          Q       And you need multiple sensors in different
15   situations.
16                  Is that true?
17          A       Yes.
18          Q       And the different sensors do different things.
19   Let me put it this way.
20                  Broadband Sensors are different than some
21   Short-Period Sensors.
22          A       Correct.
23          Q       And what's the benefit of Broadband Sensor versus
24   a Short-Period Sensor?
25          A       A Short-Period Sensor is designed to record
```

**UNITED STATES DISTRICT COURT**

```
 1    earthquakes in a very narrow and specific band of frequencies.
 2    They're relatively inexpensive and are a very cost-effective
 3    thing to do.  Broadband Sensors record over a broader range of
 4    frequencies and allow you to capture the full, to the extent
 5    possible, the full range of ground motion.  And that's their
 6    advantage, that one sensor can cover a broad range of
 7    frequencies.  So --
 8          Q      So -- pardon me.  I didn't mean to interrupt you.
 9          A      My lecturing stopped.  I apologize.
10          Q      So if I hear you, a Broadband Sensor is better
11    for scientific research to determine seismic waves and the
12    source and what they came from.  Is that --
13          A      I didn't say that, but that is one of the
14    advantages of Broadband Sensors is that they give a more
15    complete picture --
16          Q      Okay.
17          A      -- of the full earthquake.
18          Q      And a Short-Period Sensor, if I did hear
19    correctly, is more cost-effective?
20          A      Yes.  They're lower costs.  They're easier to
21    manufacture than the Broadband Sensor.
22          Q      So if a person were looking to install a sensor,
23    say, on a railroad, for example, and they just want to know
24    whether the tracks have been disrupted to the point where it's
25    unsafe, would a person planning to install a sensor be inclined
```

**UNITED STATES DISTRICT COURT**

1    to use one type of sensor versus another?

2                    MS. KUMAR:  Objection, Your Honor.  Speculation.

3                    THE COURT:  The objection is sustained.

4         Q         BY MR. KOURY:  Well, would one type -- if you're

5    selecting a sensor, would it be important to know what you're

6    trying to accomplish in choosing a sensor?

7         A         Yes.  You want to match the sensor for the goals

8    of the station.  Yes.

9         Q         Would it make sense to use a borehole sensor if

10   you're trying to install a station on a railroad track, for

11   example?

12        A         I have never encountered the railroad station

13   option.  It's true that in the urban environment we like

14   borehole stations because you can get away from surface sources

15   of noise, and that includes things like railway trains.

16        Q         If you're installing a sensor and you're trying

17   to find out if tracks are disrupted or there's been some other

18   kind of activity, would it be more cost-effective to use a

19   short-range sensor than borehole sensor?

20        A         So I'm not quite -- I can't speak to knowing if

21   the tracks had been disrupted because my guess is there's very

22   specific instrumentation that the railways use for that.  But

23   given the noisy environment in railway stations, that might

24   suggest a lower cost sensor compared to other choices.

25        Q         Now, when a person is selecting a sensor, are one

of the things you look at cost?  How you're going to deploy it?

Maybe balance cost versus performance?  What kind of energy is

available?  Are those the kind of factors that go into making a

choice of which sensor you're going to use?

     A     Yes.  The primary -- at least speaking for the

USGS and how we make these choices, it would depend on --

primarily on what is the target, what's the goal of this

station.  That's the primary factor.

          Other things that could come into play is how

close are nearer stations.  Are there other stations nearby

that we can take advantage of?  There are a number of factors

that would be considered.

     Q     And when researchers would come to the USGS and

visit with you and others, was it common for them to discuss

what particular instruments would be appropriate for different

projects that they were planning?

     A     Yes.  They would certainly talk -- have

discussions about the type of instrumentation they were using,

they were interested in knowing the types of instrumentation

that we were using.  There would be discussions about that,

yes.

     Q     And would there be discussions about how the type

of instruments are better for one purpose than another, for

example?

     A     Yes.  I think we would mostly have those

1    discussions in terms of how we use certain requirements,

2    specifications for selecting instruments, yes.

3         Q       So researchers and yourself at times would come

4    up with specifications and say this is a good specification to

5    make sure that this instrument does what we're asking it to do

6    in the field?

7         A       Could you state that question again, please?

8         Q       So when researchers would consult with you, you

9    might make suggestions about how to have a specification to

10   ensure that the instrument did what they were hoping to do in

11   the field?

12        A       No.  Not in that sense.  We could describe the

13   specifications that we used in order to get the

14   instrumentations that we wanted to deploy at our stations.  We

15   could only speak to our experience and tell them what we had

16   done.

17        Q       Do you remember in 2008 Dr. Chi reaching out to

18   you and Mr. Hutt in regard to a PC-based logger system?

19        A       Yes.

20        Q       And when he did reach out to you and Mr. Hutt, he

21   was reaching out to you to get your opinion about whether or

22   not that was an appropriate logger system for you?

23               MS. KUMAR:  Your Honor, hearsay.

24               THE COURT:  Overruled.

25               MR. KOURY:  I believe that means you can answer.

UNITED STATES DISTRICT COURT

 1                THE COURT:  You can answer the question.

 2                THE WITNESS:  Oh.  He -- the e-mail he sent to us

 3    asked whether we were using PC-based systems at ASL.

 4        Q     BY MR. KOURY:  And did he specifically ask if you

 5    were using them at permanent stations?

 6        A     He may have.  I don't recall whether he used that

 7    adjective or not.  I'm sorry.  I don't recall.  He may have.

 8        Q     In front of you there is an e-mail marked

 9    Exhibit 118.

10        A     Yes.  I have it.

11        Q     I would ask you to review it to yourself and ask

12    you the question again whether he commented about permanent

13    stations.

14        A     Yes.  He did ask whether we have had permanent

15    stations with PC-based data loggers.

16                THE COURT:  How much longer do you have?

17                MR. KOURY:  I have about 15 minutes.

18                THE COURT:  All right.  Well, let's take our

19    afternoon break.  The jury -- take the jury out, and we will be

20    in recess for 15 minutes.

21                THE CLERK:  All rise for the jury.

22           (The following proceedings were held in

23              open court out of the presence of the jury:)

24                THE COURT:  All right.  We will be back in

25    15 minutes.

**UNITED STATES DISTRICT COURT**

```
 1                (A recess was taken at 3:20 p.m.)

 2                (The following proceedings were held in

 3           open court out of the presence of the jury:)

 4                THE COURT:  The jury will be here in a second.

 5    You forgot to punch the exhibits with a large hole punch; so

 6    they're difficult to turn them.

 7                MR. KOURY:  I apologize, Your Honor.  We will

 8    remedy that.

 9                MR. LAHUE:  Your Honor, you mentioned you might

10    use the original exhibits.  I believe those are big hole

11    punches.

12                THE COURT:  So you have ten more minutes?

13                MR. KOURY:  Approximately, yes.

14                THE COURT:  Good.  You need to wrap it up.

15           (The following proceedings were held in

16           open court in the presence of the jury:)

17                THE COURT:  Welcome back, ladies and gentlemen.

18                The record will reflect the jury is present.  All

19    counsel and the defendant is present.

20                You may resume your cross-examination.

21                MR. KOURY:  Thank you.

22                Your Honor, at this time we're going to reference

23    Exhibit 118 of the Government's exhibits, specifically page 3.

24                THE COURT:  All right.

25                MR. KOURY:  I would move to admit it if the
```

UNITED STATES DISTRICT COURT

```
 1    Government has no objection.
 2                    MS. KUMAR:  No objection, Your Honor.
 3                    THE COURT:  Exhibit 118 will be admitted into
 4    evidence without objection.
 5              (Received into evidence Exhibit No. 118.)
 6         Q       BY MR. KOURY:  Ms. Gee, this was an e-mail that
 7    Dr. Chi sent to Dr. Bob Hutt -- is that correct? -- on 8 -- at
 8    8:24 a.m. April 17, 2008?
 9         A       Yes.
10         Q       And this is the one -- and this was an e-mail
11    referring down to the paragraph that begins "I was invited to
12    judge whether the PC-based data logger is acceptable or not"?
13         A       Yes.
14         Q       Right there.
15                    Dr. Chi also says in the next paragraph, "We
16    concluded to consult this issue to you."  And the following
17    paragraph he asks that he wants to know what your opinion on
18    this issue -- not yours but Mr. Hutt's opinion on this issue
19    and why to think.
20                    Is that what he wrote?
21         A       Yes.  That's the -- the sentence reads, "I want
22    to know your opinion on this issue with reasons why to think."
23         Q       And he specifically asked whether or not you had
24    permanent stations at free-field sites with PC-based data
25    loggers; right?
```

**UNITED STATES DISTRICT COURT**

```
 1          A         Correct.

 2          Q         Now, referencing page 2 of 3 of Exhibit 118, are

 3     you ready?

 4                    And Bob Hutt responded that we -- I assume he

 5     meant USGS -- does not use PC as a data logger on their global

 6     seismic network stations.

 7          A         Yes.  That's what's written there.

 8          Q         And that's, in his opinion, Mr. Hutt's opinion,

 9     because they hang or crash?

10          A         Well, the first is a statement that no PC-based

11     data loggers were used in the GSN or other stations operated by

12     ASL.  He then expressed the opinion that PC's are likely to

13     hang or crash at unknown times.

14          Q         Thank you.

15                    And then I'm going to reference Exhibit 209 of --

16     page 9 of the Government's exhibit, and I would move that it be

17     admitted.

18                    MS. KUMAR:  It's already in evidence.

19                    MR. KOURY:  It is.  Thank you.

20          Q         And then Dr. Chi responded to Mr. Hutt, "Thank

21     you for quick reliable comment.  I will distribute your comment

22     at today meeting."

23                    Is that right?

24          A         That's what's shown here, yes.

25                    MR. KOURY:  Your Honor, at this time I would like
```

 1    to reference People's 130 and move that it be admitted into

 2    evidence if it isn't already.

 3                    THE COURT:  130 or 230?

 4                    MR. KOURY:  130.

 5                    THE COURT:  Do you have any objection?

 6                    MS. KUMAR:  No objection, Your Honor.

 7                    THE COURT:  All right.  130 will be received into

 8    evidence.

 9         (Received into evidence Exhibit No. 130.)

10         Q     BY MR. KOURY:  Do you have it in front of you?

11         A     Yes.

12         Q     Now, you were on this e-mail chain

13    February 25, 2009, where Dr. Chi reached out to you and

14    Mr. Hutt again and a series of other people and asked -- he

15    wanted your -- I think help was misspelled -- verification

16    again.

17                    Do you recall that?

18         A     Yes.

19         Q     The next series of paragraphs he goes into issues

20    and specifically asks about the minimum requirements for

21    seismic data logger for free-field stations.

22                    Is that what he's asking about here?

23         A     It's a little interwoven because he is talking

24    both about structural monitoring and free-field stations.

25         Q     So, in summary, he's asking your opinion and

1    Mr. Hutt's opinion about various technological specific kind of

2    situations.

3         A    Yes.  I mean, this part of the e-mail seemed to

4    be providing background on a new law that had been passed and

5    its impact on earthquake monitoring in Korea.  But yes, he was

6    reaching out to the USGS for information.

7         Q    There's a section here that's a little bolder

8    than the other, the seismic data logger for free-field

9    stations.  Dr. Chi wrote to you that the PC is not approved as

10   a seismic data logger; is that right?

11        A    That's what this sentence says, yes.

12        Q    And he writes, "In the future, if USGS, JMA, or

13   NIED approve the PC-based system as a data logger, then it

14   should be considered in the requirement of Korea."

15             Who is JMA?

16        A    JMA is the Japanese Meteorological Agency.

17        Q    And who is NIED?

18        A    I'm not going to get their acronym right.  It is

19   a national organization in Japan that does research and

20   operates seismic stations.  I have forgotten what the acronym

21   stands for.

22        Q    And so he told you that, if it was -- he wrote in

23   this e-mail that if it was -- if those organizations thought

24   that a PC-based data logger was sufficient, then he believes

25   Korea should accept the results as well?

**UNITED STATES DISTRICT COURT**

219

```
 1          A       Yes.   That's how I interpreted his message, that

 2   they would consider PC-based systems if some of these other

 3   organizations were to adopt them.

 4          Q       And then he wrote later in the e-mail right here

 5   that, after the failure of the requirement evaluation, GeoSIG

 6   deleted the word PC in the previous catalogue on the home web

 7   page; right?

 8          A       Yes.   That's what that says.

 9          Q       And then a little further down where it begins,

10   "Frankly speaking, I don't know the CR-5P in detail because I

11   had no experience to use it."   It's about two paragraphs down.

12   Right there.

13          A       Yes.   I see that paragraph.

14                  THE COURT:   Two more minutes.

15                  MR. KOURY:   Thank you.

16          Q       "If your team goes to -- accepts the CR-5P, Korea

17   should follow your decision."

18                  Right?

19          A       Are you referring to --

20          Q       This paragraph right here.

21          A       The one that says "Therefore"?

22          Q       Yeah.   And he also wrote -- he did write that;

23   correct?

24          A       What he's asking for in that paragraph is some

25   protocol or agreement between Menlo Park and Albuquerque to
```

1    test and evaluate the GeoSIG CR-5P.  That's what he's

2    requesting.

3         Q       And he concludes with "Your ASL is the bible in

4    the earthquake observation.  We should follow the decision of

5    your team and take it into account."

6              Correct?

7         A       That is what is written there, yes.

8         Q       So it seems that he was deferring to your

9    institution's technical expertise in making his own decision.

10        A       Yes.  Certainly he was very interested from the

11   USGS in general and from the ASL specifically.

12        Q       And when Bob Hutt said that you don't use PC data

13   loggers, he was basically telling Dr. Chi that, in Mr. Hutt's

14   opinion, they weren't appropriate for the use in permanent

15   field stations.

16        A       What Bob was expressing was concern about a

17   system that might not have been fully designed for operating

18   under the conditions for earthquake monitoring systems.  There

19   was a follow-up e-mail from Bob that expanded on the PC-based

20   data logger system sometime in 2009 -- it may be part of this

21   e-mail trail actually -- that provided more information about

22   the instrumentation used more broadly by the USGS, not just at

23   ASL.

24        Q       But my point is Dr. Chi came to your organization

25   and Bob Hutt to ask your recommendation about which systems

**UNITED STATES DISTRICT COURT**

1    were appropriate?

2         A     Correct.

3         Q     And Bob Hutt shared his advice about what systems

4    were appropriate.

5         A     Yes.

6         Q     He made recommendations --

7         A     He --

8         Q     -- about which systems were appropriate.

9         A     He provided information about the type of systems

10   we use.  He also strongly encouraged KIGAM to do their own

11   testing of these systems and determine whether they would meet

12   their needs.

13        Q     Now, I know you're precluded from contracting as

14   a government employee.  Cal Tech researchers that you work with

15   at that university, do you know if they're allowed to contract

16   with private employers?

17             MS. KUMAR:  Objection, Your Honor.  Relevance.

18             THE COURT:  Sustained.

19             MR. KOURY:  I have nothing further.  Thank you,

20   Your Honor.

21             THE COURT:  All right.  Any redirect?

22             MS. KUMAR:  Briefly, Your Honor.

23                    **REDIRECT EXAMINATION**

24   BY MS. KUMAR:

25        Q     Dr. Gee, counsel spoke about two specific

222

```
 1    documents.  I'd like to first bring up Exhibit 118,

 2    specifically page 3 at the bottom.  The very last paragraph of

 3    page 3.

 4              Is this in the e-mail that Dr. Chi wrote to

 5    Dr. Hutt, Dr. Gee?

 6         A    Yes.

 7         Q    And in that e-mail in the first sentence, does it

 8    state, "I was invited to judge whether the PC-based data logger

 9    is acceptable or not"?

10         A    Yes.

11         Q    And it says -- it goes on to say that Dr. Chi

12    declared that it was not to be accepted; isn't that right?

13         A    Yes.

14         Q    And that the company issued to the board of audit

15    officially; isn't that right?

16         A    Yes.

17         Q    And then the next day there was going to be some

18    meeting at his institute, Dr. Chi's institute.

19              Is that right, Dr. Gee?

20         A    Yes.  That is what this says.

21         Q    Okay.  And in this e-mail about two paragraphs up

22    from that with the paragraph "As you knew," it says here,

23    "Almost all permanent stations in Korea were installed with a

24    Quanterra data logger."

25              Do you see that?
```

**UNITED STATES DISTRICT COURT**

1    A       Yes, I do.

2    Q       Are those numbers, Q4120, Q730, or Q330, are

3 those Quanterra product numbers?

4    A       Yes.  They're model numbers.

5    Q       And then he goes on to say, "Except for his

6 institute --" do you understand that to be KIGAM?

7    A       Yes.  I assumed it was KIGAM.

8    Q       "-- all other organizations should do open

9 bidding."

10           Do you see that?

11   A       Yes, I do.

12   Q       The e-mail about PC-based systems, Dr. Gee, which

13 company do you recall was the manufacturer of this PC-based

14 system?

15   A       My memory is that he was referring to GeoSIG.

16   Q       And GeoSIG is a competitor of Guralp; is that

17 right?

18           MR. KOURY:  I'm going to object as no foundation.

19 Speculation.

20           THE COURT:  Sustained.

21   Q       BY MS. KUMAR:  Does GeoSIG make sensors for

22 detecting earth movements, seismic events?

23   A       They -- they -- I'm sorry.  They may make

24 standalone sensors, but they certainly make combinations of

25 data loggers and sensors for recording seismic waves.

1       Q       And is that similar to products manufactured by

2  Guralp --

3       A       Similar to products manufactured by Guralp and

4  the other companies I mentioned earlier.

5               MR. KOURY:  I will object as irrelevant.

6               THE COURT:  Overruled.

7       Q       BY MS. KUMAR:  And if I can direct your attention

8  to the first page of this e-mail, the very top e-mail.

9               THE COURT:  You're still on 118?

10              MS. KUMAR:  I am, Your Honor.  118 at the very

11  top.  Actually, the full e-mail.  Sorry.  So the second e-mail.

12  Just the top part of the second e-mail.

13      Q       There is an e-mail here from May 30 of 2008.  Do

14  you see that?

15      A       Yes.

16      Q       And you're a recipient on that e-mail?

17      A       Yes.

18      Q       Who is the e-mail sent from?

19      A       It's sent from Dr. Chi.

20      Q       And who is it to?

21      A       Talhan Biro.

22      Q       Do you know who Talhan Biro is?

23      A       It was not a name I recognize.  The e-mail

24  address was one associated with GeoSIG.

25      Q       And then if I could direct your attention to the

1    top e-mail now, could you tell us where Dr. Chi then forwards

2    this e-mail?

3         A      It's forwarded to Nathan Pearce and

4    Cansun Guralp.

5         Q      I would like to now direct your attention to

6    Exhibit 130, specifically at the bottom of page 1.  The full

7    bottom half of the e-mail, please.

8                This is an e-mail that I believe counsel spoke

9    about from Dr. Chi to you and others; isn't that right?

10        A      Correct.

11        Q      From February of 2009; is that right?

12        A      Yes.

13        Q      And, again, this e-mail discusses the PC-based

14   system; is that right?

15        A      Yes.

16        Q      And who was the manufacturer of the system in

17   question in this particular e-mail, if you recall?

18        A      I think this is the one that we were -- that it

19   refers to the -- I'm sorry.  Can you show me that?

20        Q      Sure.  If I can direct your attention --

21        A      I don't want to be wrong.

22        Q      -- to page 2 to the very bottom of the e-mail.

23   We can pull up the bottom half.

24        A      Yes.  He's referring to GeoSIG in this e-mail.

25        Q      I would like to now direct your attention to the

 1   very top e-mail on the first page of Exhibit 130 and the whole
 2   first half of the page.
 3            Again, Dr. Gee, to whom does Dr. Chi then forward
 4   this e-mail regarding GeoSIG?
 5       A    It's sent to Cansun Guralp with a cc to
 6   Nathan Pearce.
 7            MS. KUMAR:  Thank you.  No further questions at
 8   this time.
 9            THE COURT:  May this witness be excused?
10            MR. KOURY:  I have a couple questions.
11            THE COURT:  All right.
12            MR. KOURY:  Thank you.
13                    **RECROSS-EXAMINATION**
14   BY MR. KOURY:
15       Q    Dr. Gee, I just want to clarify.
16            So Dr. Chi reached out to you and Mr. Hutt about
17   PC-based systems, and Mr. Hutt replied USGS doesn't use them
18   for that purpose.
19       A    No.  He replied that we -- that ASL did not use
20   those in the networks they operate.
21       Q    Understood.  So ASL -- he said ASL doesn't use
22   them?
23       A    Correct.
24       Q    And Dr. Chi said, well, I really trust.  You're
25   the -- ASL is the bible of what's the best system; correct?

**UNITED STATES DISTRICT COURT**

1        A        That is what -- how he expressed it, yes.

2        Q        And then he reported that GeoSIG deleted the

3    reference to PC from their web page.

4        A        Yes.  That's what his e-mail said, yes.  I have

5    no knowledge of that.

6        Q        But that's what he reported.

7                 Thank you.  I have nothing further.

8                 THE COURT:  All right.  May this witness be

9    excused?

10                MS. KUMAR:  Yes, Your Honor.

11                THE COURT:  All right.  Thank you.  Call your

12   next witness.

13                MS. KAMINSKA:  Your Honor, the Government calls

14   Dr. Christopher Potts.

15                THE CLERK:  Please raise your right hand.

16                Do you solemnly state that the testimony you may

17   give in the cause now pending before this court shall be the

18   truth, the whole truth, and nothing but the truth, so help you

19   God?

20                THE WITNESS:  I do.

21                THE CLERK:  Thank you.  Be seated.

22                Please state and spell your name for the record.

23                THE WITNESS:  My name is Christopher Graeme

24   Potts.  Christopher, C-h-r-i-s-t-o-p-h-e-r, Graeme,

25   G-r-a-e-m-e, Potts, P-o-t-t-s.

```
 1                    THE COURT:  All right.  Mr. Potts, will you pull
 2       the microphone closer to you.
 3                    You may proceed.
 4                CHRISTOPHER GRAEME POTTS, PH.D.,
 5                 GOVERNMENT'S WITNESS, SWORN:
 6                     DIRECT EXAMINATION
 7       BY MS. KAMINSKA:
 8            Q       Good afternoon, Mr. Potts.
 9                    Where do you work?
10            A       I work for Guralp Systems.
11            Q       For the purposes of today's testimony, can we
12       call that Guralp for short?
13            A       Yes.
14            Q       What is your title at Guralp?
15            A       I am executive chairman.
16            Q       What is Guralp, Dr. Potts?
17            A       We're a company that manufactures seismic
18       equipment.
19            Q       Where is your company located?
20            A       We're located in the U.K. in a town called
21       Aldermaston about 50 miles southwest of London.
22            Q       We'll get to Guralp in a minute.
23                    Tell the jury a little bit about your background.
24       Did you attend college?
25            A       Yes.  I did a first degree in physics.
```

1    Q       Did you obtain any degrees after that?

2    A       I did a Ph.D. in geophysics at Cambridge, and I

3  did an MBA in business at Cranfield.

4    Q       Dr. Potts, you mentioned that you're the

5  executive chairman at Guralp; is that right?

6    A       Yes.

7    Q       When did you begin working at Guralp?

8    A       December 2014.

9    Q       And when you came into the company in December of

10  2014, did you come in in the role of executive chairman?

11   A       That's right, yes.

12   Q       How did that come about?

13   A       Well, the investor in Guralp Systems is called

14  Primary Capital.  They're a private equity firm that invested

15  in the company in 2010.  I'd worked with them before from 2003

16  to 2006.  I also had a background in geophysics, and the

17  company is a geophysical instrument manufacturer.  So they felt

18  that that would be a good fit.  So they asked me if I would

19  consider becoming the executive chairman of the company.

20   Q       What are your duties and responsibilities as the

21  executive chairman?

22   A       Well, I chair the board of the three group

23  companies.  The three companies is Guralp Holdings which is the

24  top company.  There's one in the middle, Guralp Finance

25  Limited, and Guralp Systems Limited.  So I'm the chairman of

```
 1    those three boards, and I'm also the chief executive of Guralp

 2    Systems Limited.

 3         Q       Is Guralp a public or a private company?

 4         A       It's a private company.

 5         Q       Who started the company?

 6         A       Cansun Guralp started it in 1987.

 7         Q       How do you spell Cansun?

 8         A       Cansun, C-a-n-s-u-n.  It's spelled Cansun but

 9    pronounced Cansun.

10         Q       And when did Cansun Guralp start the company?

11         A       1987.

12         Q       So the company has been in business for about

13    30 years or so continuously; is that right?

14         A       That's right.

15         Q       What titles did Mr. Guralp hold at the company

16    after he started it?

17         A       Well, until the private equity firm invested in

18    2010, he was the managing director which is the same as the

19    chief executive.  Then he became -- I think the research and

20    development director would be the accurate title.

21         Q       How many employees does Guralp have?

22         A       120 at the moment.

23         Q       What would you say is its average annual revenue?

24         A       We're about $13.5 million on average of the last

25    five years or so.
```

1    Q       And, Dr. Potts, very briefly, what are the types

2    of products that Guralp sells?

3    A       Okay.  Well, we manufacture instruments that

4    detect very small ground movements, and these ground movements

5    are created by earthquakes or U.K. weapons tests.  They're very

6    sensitive instruments and can detect an event on the other side

7    of the earth.  So an earthquake a long way away, a nuclear

8    testing, our instruments can detect it.

9            We've got other instruments that can detect a

10   very large ground movement very close-up.  So, in essence,

11   they're instruments that detect ground movement generated by

12   explosions or earthquakes.

13   Q       And who are Guralp's main competitors in this

14   space?

15   A       There's probably four companies in the world.

16   There's one here in California, Kinemetrics.  There's one

17   called Nanometrics in Canada.  There's one called Revtech.  I

18   think they're based in Texas.  There's a company in Switzerland

19   called GeoSIG, and there's a couple companies in China that

20   produce similar instruments.

21   Q       And what are the products that Guralp sells

22   actually called?

23   A       Well, the sensors, the instruments that detect

24   that ground motion that I described are called seismometers or

25   sensors, and that's because they sense the ground motion.  We

**UNITED STATES DISTRICT COURT**

1    also manufacture digitizers that turn the signal from the

2    sensors into a digital signal, and they transmit it over a

3    network, or they store it on the device.

4         Q    And by -- and in terms of the sensor

5    specifically, are they known by any particular prefix?

6         A    Well, our sensors usually have CMG in front of

7    them which is Cansun's initials, but that doesn't mean anything

8    in particular.  It's just a Guralp insignia, I suppose.

9         Q    Where does Guralp sell its products?

10        A    Globally there's probably at least one Guralp

11   instrument in every country on earth.  So we provide them to

12   customers literally all over the world.

13        Q    Who are Guralp's customers?

14        A    I would say three main categories.  There are

15   organizations that are involved in research and seismology,

16   understanding earthquakes typically.  They could be

17   universities or research laboratories.  There's government

18   organizations that are involved in earthquake early warning or

19   actually nuclear weapons test monitoring.  And finally, civil

20   engineering companies who put our instruments on bridges or

21   tunnels or large buildings to monitor the effects of an

22   earthquake on a building.

23        Q    And can you give the jury an example of a

24   customer in the United States?

25        A    Well, USGS is a customer of ours in the U.S.

**UNITED STATES DISTRICT COURT**

1  PG&E, the electricity generating company, we have instruments

2  around the nuclear power station in California.  Texas

3  University do research in seismology.  Those sorts of

4  organizations.

5         Q       And in selling products globally, does Guralp

6  sell in Asia in particular?

7         A       Yes.  Asia is a big market.  Lots of earthquake

8  risk in Asia.  So we sell a lot of instruments in Asia.

9         Q       Does Guralp sell specifically in South Korea?

10        A       Yes, we do.

11        Q       Is that because South Korea is seismically

12 active?

13        A       It's not particularly seismically active itself.

14 On the west side is China which does have big seismic

15 earthquake risk.  On the east side is Japan which has a very

16 high earthquake risk.  Korea itself is not particularly

17 seismically active.  It is between two countries that are.

18 But, of course, there are weapons testing in North Korea.  So

19 there's a need for seismometers in South Korea.

20        Q       And what percentage of revenue would you estimate

21 comes from South Korea, in particular?

22        A       Well, until about 2014, it was somewhere between

23 9 and 10 percent.  Typically 10 percent.  The last three years

24 it's been higher, roughly 15 percent of our revenue.

25        Q       Could you give a rough estimate of Guralp's

**UNITED STATES DISTRICT COURT**

1   revenue from South Korea's sales between about 2003 and 2015?

2        A        I think about $8.5 million.

3        Q        And, Dr. Potts, how does Guralp carry out sales

4   in South Korea?

5        A        Well, South Korea is a very typical country from

6   our respect.  We sell via distributor for most of the customers

7   in South Korea.  So we have a local agent distributor who

8   represents us.  We also have a direct relationship with one

9   customer called KIGAM where we sell directly to KIGAM.

10        Q        And, Dr. Potts, we'll get to KIGAM in a moment.

11   But generally, what is the difference between selling to a

12   direct purchaser versus a distributor?

13        A        Well, with a distributor, we would actually sell

14   the instrument to the distributor, and they would resell it to

15   an end user.  So we would quote the distributor, and they would

16   buy it and resell it to the end user, and they might add other

17   products and services with the instrument.  With the direct

18   sale to a customer we would work with directly, we would sell

19   the instrument directly to them and have contracts with them

20   and sell the instrument to them, and they would pay us direct.

21        Q        Who are the employees at Guralp who help in the

22   sales process abroad?

23        A        Currently we have people called client

24   relationship managers, and they manage our relationships with

25   customers around the world, but they joined mostly in 2015.

1    Before that sales were handled mainly by Cansun Guralp himself,

2    and the sales manager was Nathan Pearce.

3         Q      During the period from about 2003 to 2015, who

4    was Guralp's sales manager in South Korea?

5         A      It was Nathan or Natalie Pearce as she now is.

6         Q      Is Nathan Pearce also known to you as

7    Natalie Pearce?

8         A      Yes, she is.  Just so you know, I knew her as

9    Nathan Pearce, and if I accidentally say him or Nathan, that's

10   because I sometimes will misremember that.  He is now

11   Natalie Pearce, and it's a she.

12        Q      So when you refer to Nathan Pearce or

13   Natalie Pearce, are you referring to the same person?

14        A      I am, yeah.

15        Q      How long was Ms. Pearce at the company?

16        A      I think about 20 years.  She graduated from first

17   degree.

18        Q      And, Dr. Potts, during the period starting in

19   about 2003 to the present, what, if any, policy did Guralp have

20   in place that prohibited employees from bribing government

21   officials in exchange for business?

22        A      Well, the only policy I know of --

23               MR. KOURY:  Objection.  Irrelevant.  403.

24               THE COURT:  Objection is overruled.

25               THE WITNESS:  The only policy I know of was

 1    written as a bribery and corruption policy which I saw when I

 2    joined the company which dates from around about 2012 which is

 3    a policy which was adopted by the board in 2012.

 4         Q     BY MS. KAMINSKA:  And, Dr. Potts, do you know

 5    what, if any, training Guralp provided to its employees in

 6    connection with that policy?

 7         A     Relatively little.  My understanding is -- I

 8    wasn't there at the time -- but my understanding is that there

 9    was a presentation --

10               MR. KOURY:  I'm going to object, it's

11    speculative.

12               THE COURT:  That objection will be sustained.

13         Q     BY MS. KAMINSKA:  Dr. Potts, are you familiar

14    with the defendant Heon-Cheol Chi?

15         A     Yes, I am.

16         Q     Can you identify him here in court today?

17         A     He's the gentleman sitting at the left of the

18    table.

19               THE COURT:  The record will reflect the witness

20    has identified the defendant.

21         Q     BY MS. KAMINSKA:  Did there come a time when you

22    learned for the first time about some payments going from

23    Guralp to Dr. Chi?

24         A     Yes.  There was a time when I learned about that.

25         Q     When did that come about?

**UNITED STATES DISTRICT COURT**

1        A        I became most aware of it in September, on

2    September the 7th, 2015.

3        Q        How did that discovery come about?

4        A        Well, I was having a meeting with Sian Warner who

5    is -- was their finance director or chief financial officer and

6    Phil Hill who is our engineering director.  We had a meeting

7    because we had a regular weekly meeting.  The other two members

8    of the management team were not there.  One,

9    Nathan/Natalie Pearce, was traveling in Thailand at the time,

10    and the other was on holiday.  So it was just Phil Hill,

11    myself, and Sian.

12            I wanted to have the meeting because Natalie had

13    resigned in August and I wanted to talk to them about the

14    transition that we were going to go through when she left and

15    also to prepare for the meeting with Dr. Chi.  He was visiting

16    the following week.  So I met with Sian and with Phil to talk

17    about the transition and also talk about the meeting the next

18    week.

19        Q        And what, if anything, did you discuss with

20    respect to Dr. Chi?

21        A        Well, Sian Warner asked who would sign off

22    Dr. Chi's invoices now that Nathan/Natalie had left, and

23    Andrew Bell, who was the previous CEO, had also left.  So she

24    wanted to know who would now sign off those invoices.

25        Q        And did you know the answer to that question at

1    the time?

2         A       No, I didn't know.  The first question was what

3    invoices?  What are the invoices for?  And she said for

4    consulting.  And I said, well, what consulting?  And I didn't

5    know for sure.  She said technical, I don't know.  And

6    Phil Hill was there, and he was engineering director, and he

7    did not know what the consulting was for.

8         Q       Did you learn anything about the size of the

9    payments that were relevant to Dr. Chi?

10        A       Well, I asked her then more questions.  I asked

11   to see the invoices, and she also pulled together a spreadsheet

12   showing a summary of the payments over the last few years from

13   2012 onwards.  And from that spreadsheet, it looked as though

14   we paid about $340,000 over those three or four years, but we

15   also had an accrual for about twice that much which is an

16   accounting term for money that we thought we would be paying

17   for future invoices, and that was a large amount of money I

18   thought.

19        Q       So just to be clear, is the accrual basically an

20   estimate of what the company thought it would owe Dr. Chi at

21   the time?

22        A       Yes.  In essence, that's right, yeah.

23        Q       And why was the size of the accrual of concern?

24        A       Because we're a relatively small company, and we

25   turn over about 13 and a half million dollars a year.  So an

1    accrual of several hundred thousand dollars for an individual

2    seemed like a large amount of money.

3         Q     And what, if anything, did the discovery of those

4    payments cause you to do?

5         A     Well, the first thing I did was ask Sian to find

6    the invoices and show them to me, and she also drew up that

7    spreadsheet I referred to.  And I asked her to call Andrew Bell

8    who had been the previous CEO because Sian said that Andrew was

9    aware of these payments and knew about them.  So she called

10   Andrew, and Andrew directed her to another spreadsheet which

11   showed payments going back to about 2005.  So I realized the

12   payments went all the way back to 2005 and right up to the

13   present day.  So that point I was concerned about what these

14   payments were.

15        Q     And, Dr. Potts, among the records that you

16   mentioned, did you review any agreements as part of your

17   investigation?

18        A     Well, when Natalie came back from her trip, which

19   was on the 14th of September, I had a meeting, a conversation,

20   with her.  And I asked her about this arrangement, and she said

21   there is a written agreement --

22              MR. KOURY:  Hearsay, Your Honor.

23              THE COURT:  Overruled.

24              THE WITNESS:  She said a written agreement.  And

25   we discovered that in a folder, and it's a one-page letter

```
1    which she -- which we looked at, and Sian and I looked at.  It
2    wasn't really a contract in the form --
3                   MR. KOURY:  Objection, Your Honor.  Asked and
4    answered.
5                   THE COURT:  Pardon me?
6                   MR. KOURY:  The question has been answered.  It's
7    nonresponsive at this point.
8                   THE COURT:  Yes.
9                   MS. KAMINSKA:  Your Honor, at this time the
10   Government would move into evidence Government Exhibit 52 as
11   per the parties' stipulation.
12                  THE COURT:  Any objection to 52?
13                  MR. KOURY:  No.
14                  THE COURT:  All right.  Exhibit 52 will be
15   received into evidence.
16        (Received into evidence Exhibit No. 52.)
17        Q     BY MS. KAMINSKA:  Dr. Potts, is Exhibit 52 the
18   one-page agreement to which you just referred?
19        A     Yes, it is.
20        Q     Let me draw your attention to the top of the
21   document.
22              Who was this agreement between according to the
23   terms at the top of the document?
24        A     Well, the right-hand side is the address of our
25   offices in the U.K.  On the right-hand side is Dr. Chi's name
```

**UNITED STATES DISTRICT COURT**

```
 1   with an address which is actually a KIGAM address, I believe.

 2        Q     Does this document itself refer to --

 3              MR. KOURY:  I would object, Your Honor, as lack

 4   of foundation.

 5              THE COURT:  I haven't heard the question yet.

 6              MR. KOURY:  The response was he believes that's

 7   the address but no personal knowledge.

 8              THE COURT:  All right.  Lay a foundation for it.

 9        Q     BY MS. KAMINSKA:  Dr. Potts, have you visited the

10   facility at KIGAM before?

11        A     Yes, I have.

12        Q     Are you familiar with where they are located?

13        A     Yes, I am.

14        Q     And is this one of the addresses that KIGAM used

15   as part of its --

16        A     This is not the address of the facility I visited

17   which was in Daejeon.  This was, I think, another address, an

18   older address, because this was 2003.

19        Q     All right.  And, Dr. Potts, turning your

20   attention to the bottom of the page --

21              THE COURT:  So you don't know whether or not this

22   was -- the address that's reflected on this agreement was an

23   address of KIGAM.

24              THE WITNESS:  I do because it's on his business

25   card which was stapled to the agreement.
```

```
1              THE COURT:  Okay.  Go ahead.
2        Q     BY MS. KAMINSKA:  Dr. Potts, turning your
3  attention to the bottom of the page containing the signatures,
4  do you recognize the signature on the right side of the page?
5        A     Yes.
6        Q     Who is that?
7        A     That's Cansun Guralp's.
8        Q     Okay.  And what date does he appear to have
9  signed this agreement?
10       A     The 4th of February, 2003.
11       Q     Okay.  And whose signature appears on the
12 left-hand side?
13       A     I believe it's Dr. Chi's.
14       Q     And, Dr. Potts, let me draw your attention to the
15 second full paragraph of the contract.
16       A     Uh-huh.
17       Q     The contract provides, "It has been agreed that
18 Dr. Chi and his working partners will be providing technical
19 advice and technical and installation support to Guralp systems
20 within the South Korean seismological market."
21             Did I read that correctly?
22       A     Yes, you did.
23       Q     Could you read the second two sentences for the
24 jury, please?
25       A     "Dr. Chi will be recommending Guralp Systems's
```

```
 1    products in general to South Korean seismological equipment
 2    uses in seismological institutions.  The interests of both
 3    parties will be upheld under all circumstances.  Guralp Systems
 4    products will be actively supported and recommended to the
 5    seismic community."
 6        Q    Dr. Potts, is there any reference in this
 7    document to KIGAM by its name?
 8        A    No.
 9        Q    What, if anything, struck you as unusual when you
10    looked at this document as part of your investigation?
11             MR. KOURY:  Objection.  Irrelevant.
12             THE COURT:  Overruled.
13             THE WITNESS:  Well, it was -- it was drawn to my
14    attention because it was set to be a contract.  It doesn't seem
15    to me to be a contract.  There's no evidence of payments, for
16    example, where to pay or what the payments would be for.  So it
17    didn't seem to me to be a contract, at least not in the sense
18    that I understood it.
19        Q    BY MS. KAMINSKA:  Does Guralp ever hire
20    consultants in the course of its business?
21        A    We do sometimes.  Not many but some.
22        Q    And so what type of work would a consultant for
23    Guralp typically do?
24        A    For example, we do use university in the UK to do
25    data interpretation for us.  We use a consultant to do
```

**UNITED STATES DISTRICT COURT**

1    marketing consultancy for us.  We have a health and safety

2    consultant to help us run health and safety processes and

3    procedures.  That sort of work.

4         Q       Based on your experience as the chairman of the

5    company, how is that consultant fee typically calculated?

6         A       Well, usually there is a contract that would say

7    what it is that the payments would be for.  So a statement of

8    work or definition of the task.  And you might pay for a fixed

9    piece of work, defined scope of work, delivery of a document.

10   Or you might pay for the day for work done.  So time and

11   materials, so time spent and number of days spent on it.  And

12   there might be a day rate included in that.

13        Q       And how does Guralp know when a payment for the

14   consultant is due?

15        A       Well, consultants normally raise an invoice and

16   send it in, and then the finance department would check it

17   against the original contract and maybe ask the business

18   manager who is responsible for that area to validate that the

19   work has been done.

20        Q       How specific typically is the description of work

21   in the invoice?

22        A       Usually fairly specific.  I mean, you normally

23   would be paying for something in particular --

24               MR. KOURY:  I'm going to object as irrelevant,

25   Your Honor.

**UNITED STATES DISTRICT COURT**

```
 1                THE COURT:  Overruled.

 2                THE WITNESS:  It could be for a particular piece

 3   of work, a delivery of a document or a delivery of a training

 4   course, for example.  Or it could be for the completion of five

 5   days' work on a project.  But it would be fairly clear what has

 6   been delivered for that.

 7        Q     BY MS. KAMINSKA:  And, Dr. Potts, how is a

 8   consultant typically paid?

 9        A     Electronic to a bank account.

10        Q     Is it typical for the business to pay a

11   consultant in cash?

12        A     No.  We wouldn't do that, certainly not now

13   anyway.

14        Q     Why not?

15        A     Cash payments can't be traced.  There's no

16   transaction.  You're never really sure where the money ends up.

17   It's bad business practice to pay in cash.

18        Q     And are the consulting fees typically called

19   advice fees at Guralp?

20        A     No.  I mean, most of our arrangements wouldn't

21   refer to advice fees.  There's only one context in which I will

22   recognize the phrase "advice fees."

23        Q     And so how did Government Exhibit 52 compare to

24   the kinds of consulting agreements that you previously had seen

25   at Guralp?
```

1      A      Well, it doesn't look like a consulting agreement

2   at all.  It looks like a letter saying that there would be a

3   cooperation and that there would be a degree of recommendation

4   of our products.  It actually doesn't appear to me to be a

5   contract.

6            MS. KAMINSKA:  Your Honor, at this time I would

7   move into evidence what has been identified as Government

8   Exhibit 57.

9            THE COURT:  All right.  Any objection to 57?

10           MR. KOURY:  No objection.

11           THE COURT:  57 will be received into evidence.

12       (Received into evidence Exhibit No. 57.)

13     Q      BY MS. KAMINSKA:  Dr. Potts, what, if any,

14  invoicing documents did you review in the course of your

15  investigation?

16     A      Well, the invoice I'm looking at is one of a set

17  of invoices that Sian showed me on the 7th of September, 2015.

18     Q      Who are these invoices to Guralp from?

19     A      Well, they're from Dr. Chi, top right-hand

20  corner, with an address in the U.S. addressed to us in the UK.

21     Q      And, Dr. Potts, what, if anything, did you find

22  unusual about the invoices contained here?

23     A      Well, the first thing is that --

24           MR. KOURY:  Objection, irrelevant.

25           THE COURT:  Overruled.

1          THE WITNESS:  The first thing is the address in

2    the top right-hand corner.  I mean, I know or I believe I know

3    that Dr. Chi works and lives in Korea.  I don't think he -- I

4    don't know, but I don't think he lives in New Jersey.

5          MR. KOURY:  Objection.  No foundation.

6          THE COURT:  You're going to have to lay a better

7    foundation.

8          Q     BY MS. KAMINSKA:  Dr. Potts, do you understand

9    Dr. Chi to live in South Korea?

10         A     Yes, I do.

11         Q     Have you visited him there?

12         A     Yes, I have.

13         Q     Do you understand Dr. Chi to work in South Korea?

14         A     Yes.

15         Q     Did you visit him at his offices?

16         A     Yes, I did.

17         Q     Did you ever know him to live in New Jersey?

18         A     No.

19         MR. KOURY:  Objection.  Speculation.

20         THE COURT:  Overruled.

21         Q     BY MS. KAMINSKA:  Do you know if he's ever done

22    work for Guralp in New Jersey?

23         A     Not to my knowledge, no.

24         Q     All right.  Dr. Potts, drawing your attention to

25    the chart in the middle of the page --

```
 1        A       Yeah.
 2        Q       -- what, if anything, about the description of
 3   the work and the units and their cost cause you any concern?
 4        A       Well, yes.  You can see that the document refers
 5   to 21 units of consultancy.  That's an unusual way of phrasing
 6   an invoice for consultancy.  It could be days.  It could be
 7   21 deliveries of something.  But 21 units each costing $1,000
 8   is an unusual way of quoting it.  And the description there
 9   appears as identical description on every single invoice.  And
10   actually, that description doesn't, to me, actually say
11   anything that means much technically at all, and it appears on
12   every invoice.
13              So my attention was drawn to the fact every
14   invoice is the same.  The numbers are all round numbers.  It's
15   all 21 times 1,000.  So it looked very unusual to me in terms
16   of what I would expect to see on a consulting agreement
17   invoice.
18        Q       And, finally, Dr. Potts, near the bottom of the
19   page, there's an indication about where payment would be made.
20        A       Yes.
21        Q       What is your understanding about where the
22   payments would go?
23        A       Well, you can see it is to a bank in California.
24        Q       Was there anything about that that caused you
25   concern at the time?
```

1        A        Well, yes.  Because paying somebody in a foreign

2   country from one in which they live and work is an unusual way

3   of making a payment.  On the face of it, the invoice itself

4   looked unusual and somewhat --

5                  MR. KOURY:  I'm going to object to the

6   characterization and ask it be stricken.

7                  THE COURT:  The objection is overruled.

8        Q        BY MS. KAMINSKA:  Dr. Potts, in looking at these

9   invoices, were you concerned about the arrangement with Dr. Chi

10   that was represented in here?

11        A        Yes, I was.  Yeah.

12        Q        And what was your concern?

13        A        Well, I didn't know at that point -- I mean, on

14   September 7 I didn't know for sure what it was that the

15   payments were for.  But because of where they were paid,

16   because of the way they were styled, I was concerned about what

17   they were, and I thought perhaps, you know, there could be some

18   other motivation for the payments.

19        Q        Dr. Potts, did you at the time understand Dr. Chi

20   to be affiliated with any entity?

21        A        Yes.  Yes, I did.

22        Q        And did you understand that entity to be KIGAM?

23        A        Yes.

24        Q        And does KIGAM stand for the Korea Institute of

25   Geoscience and Mineral Resources?

1      A      Yes, it does.

2      Q      And during the time period 2003 to the present,

3  what has been Guralp's commercial relationship with KIGAM?

4      A      KIGAM is a major customer of ours.  They buy our

5  instruments and use our instruments.

6      Q      And what did you understand Dr. Chi's position at

7  KIGAM to be?

8      A      Well, he was the director of the seismic research

9  center -- of the Earthquake Research Center at KIGAM.

10             MS. KAMINSKA:  Your Honor, at this time the

11  Government would move to admit Government Exhibit 58 into

12  evidence as per the parties' stipulation.

13             THE COURT:  All right.  Exhibit 58 will be

14  received into evidence without objection.

15         (Received into evidence Exhibit No. 58.)

16      Q      BY MS. KAMINSKA:  Dr. Potts, can you tell the

17  jury what this document represents?

18      A      There's two business cards, copies of two

19  business cards.

20      Q      Okay.  And turning your attention to the top

21  business card, does it appear to be the defendant's business

22  card?

23      A      Yes, it does.

24      Q      Okay.  And how does it characterize his title?

25      A      He's called seismologist.

1          Q        All right.  And what's the e-mail address

2     affiliated with the defendant?

3          A        It's chi@kigam.re.kr.

4          Q        And do you know when this business card was given

5     to someone at Guralp?

6          A        I don't know for sure when it was given to

7     someone at Guralp, but it was stapled to a copy of an agreement

8     which you showed me earlier, and we found that in the file when

9     we found the agreement that you showed me.

10         Q        All right.  What does the bottom business card

11    represent?

12         A        That's the business card that Dr. Chi gave me

13    himself in March 2015 when I met him for the first time.

14         Q        And what's the title listed for him on that

15    business card?

16         A        Director seismologist.

17         Q        And is the e-mail listed for him the same one as

18    you listed at the top?

19         A        Same one, yeah.

20         Q        And is the mobile for him 82 11 437 1011?

21         A        That's what it says on the card, yes.

22         Q        Dr. Potts, did you understand Guralp to have a

23    consulting arrangement with KIGAM, the entity?

24         A        As of that date, September the 7th, no, I didn't.

25    The only indication in that was the letter that we've already

1    looked at.

2         Q      Did there come a time when you learned about a

3    contract between Guralp and KIGAM, the entity?

4         A      Well, about a year later, once we had been

5    through a whole process of investigation, we found another

6    document that -- we only ever found it in paper form.  We never

7    found it in electronic form, and it was in a pile of documents

8    in a cupboard in the sales office.  And that was a longer

9    document, and that was more clearly a document involving a

10   relationship between Guralp Systems as a company and KIGAM as

11   an organization.

12              MS. KAMINSKA:  Your Honor, at this time I would

13   move into evidence Government Exhibit 53 as per the parties'

14   stipulation.

15              THE COURT:  All right.  Exhibit 53 will be

16   received into evidence without objection.

17          (Received into evidence Exhibit No. 53.)

18        Q      BY MS. KAMINSKA:  Dr. Potts, what is this

19   agreement?

20        A      This is the one we found in a cupboard about a

21   year later.

22        Q      And who is this agreement between?

23        A      Well, it's between Guralp Systems -- do you see

24   at the top it says "Between Guralp Systems Limited, hereafter

25   called GSL, and KIGAM."

1        Q       And turning your attention to the second page, do

2   you see the signatures on the page?

3        A       Yes.

4        Q       Who signed the agreement on behalf of Guralp?

5        A       Cansun Guralp did.

6        Q       And who signed it on behalf of KIGAM?

7        A       I believe it was Dr. Chi.

8        Q       And in what capacity does it say here that he

9   signed it?

10       A       He says principal researcher for Earthquake

11  Research Center.

12       Q       And what is the agreement dated?

13       A       November of 2003.

14       Q       Turning your attention back to the first page of

15  the document and, in particular, paragraph 1, it says, "KIGAM

16  will be the official representative for the installation and

17  maintenance of all products of GSL at Korea."

18               Did I read that correctly?

19       A       You did, yes.

20       Q       Could you read paragraph 4 to the jury.

21       A       Paragraph 4, "The installation is in principle

22  done by the client.  If client requests the agent to install

23  the system at site, the agent must officially request to KIGAM

24  to fulfill the installation.  In this case the installation fee

25  must be mentioned at the quotation for KIGAM.  The fee is

**UNITED STATES DISTRICT COURT**

```
 1    negotiable depending on the site condition and the required

 2    period."

 3         Q        Who, according to this agreement, would be

 4    receiving the payment from Guralp according to this paper?

 5         A        It would appear to me from that paragraph that

 6    KIGAM would be expected to be paid for doing work for a client.

 7         Q        And, Dr. Potts, were you aware of any payments

 8    going from Guralp to KIGAM, the institute?

 9         A        No.  I'm not aware of any payments going to

10    KIGAM.

11         Q        Can you tell us what relevance KIGAM has to

12    Guralp's business?

13         A        KIGAM is a large customer in South Korea, and

14    they're the equivalent of the geological survey in Korea.  So

15    they are a significant customer for us in quite a large market.

16         Q        What, if any, role does KIGAM have in certifying

17    Guralp's products?

18         A        I'm actually not sure --

19              MR. KOURY:  Foundation, Your Honor.

20              THE COURT:  Well, I think he's about to indicate

21    that he's not sure.

22              Go ahead.

23              THE WITNESS:  Yeah.  I'm not sure what the role

24    is.  I only know what Dr. Chi himself told me.

25         Q        BY MS. KAMINSKA:  What did Dr. Chi tell you
```

**UNITED STATES DISTRICT COURT**

1    about --

2              THE COURT:  Whoa.  The objection is sustained.

3    Q       BY MS. KAMINSKA:  Okay.  What, if any, role does

4    KIGAM have in purchasing Guralp's products?

5    A       KIGAM buys products to use themselves.  So they

6    are users of our equipment.

7    Q       And to your knowledge, does KIGAM have any

8    affiliation with the government of South Korea?

9    A       I believe it is funded by the government of

10   South Korea.

11   Q       Have you visited KIGAM?

12   A       I have, yeah.

13   Q       What was your impression of its facilities?

14   A       It's an impressive campus facility.  It has a

15   room, which is a control room, with screens that show seismic

16   data which is, I understand, where they brief the president of

17   South Korea if there is a nuclear weapons test.  It has

18   instrument test facilities.  It's got a quiet seismic area

19   where they can test seismic instruments.  But it's part of a

20   big campus environment where there is a whole range of

21   different departments involved in geological science.  And

22   there is a museum or exhibition area which is part of a public

23   outreach program, I imagine, to show the public all about the

24   geology and geophysics of South Korea.

25   Q       And what, if any, role are you aware of by

**UNITED STATES DISTRICT COURT**

1    Dr. Chi with respect to something called the CTBTO?

2         A       The CTBTO is the Comprehensive Test-Ban Treaty

3    Organization.  It's an organization set up by the

4    United Nations.  120 countries have joined the CTBTO.  It's an

5    organization whose role is to monitor for nuclear weapons

6    tests.

7                 So the CTBTO have an array of instruments around

8    the world.  We supply many of those instruments, many of those

9    sensors.  The data is gathered together, and if there's a

10   weapons test in Korea, for example, the data is collected and

11   sent out to whichever government wants to have it so that they

12   can evaluate whether or not that was a weapons test and how big

13   it was and where it was and so on.

14        Q       Dr. Potts, are you aware of what specific role

15   Dr. Chi had within that organization?

16        A       Dr. Chi, I believe, was on working group B which

17   is the technical working group of CTBTO, and it's the working

18   group where you have national representatives who advise on

19   technology for all CTBTO.

20        Q       What, if anything, did you learn as a result of

21   your investigation regarding how much Guralp was paying

22   Dr. Chi?

23        A       Well, Sian drew up a spreadsheet which summarized

24   the two spreadsheets that she showed me, and in total we paid

25   nearly a million dollars from 2003 through to 2015.

UNITED STATES DISTRICT COURT

1          MS. KAMINSKA:  At this time, Your Honor, the

2    Government would move into evidence Government Exhibit 54 as

3    per the parties' stipulation.

4          THE COURT:  Exhibit 54 will be received into

5    evidence without objection.

6          (Received into evidence Exhibit No. 54.)

7     Q     BY MS. KAMINSKA:  Dr. Potts, was this one of the

8    documents you reviewed as part of your investigation?

9     A     Yes.  Sian found this.  She was actually directed

10   to it by Andrew Bell who had been the CEO that had left a few

11   months before, and this is one of the documents she showed me.

12    Q     What is this document if you can read the title

13   at the top?

14    A     It's "Sales commission advice fee payments to

15   Dr. Chi."

16    Q     Who created it?

17    A     I'm not sure who created it.  I imagine a finance

18   function within GSL.

19    Q     And what time period did the payments to Dr. Chi

20   cover according to this spreadsheet?

21    A     Well, they start May 2005 and run right through

22   to effectively 2010.

23    Q     And, Dr. Potts, what, if any, reaction did you

24   have to seeing the summary of the payments on the spreadsheet?

25    A     Well, this caused me concern.  It actually caused

```
 1   Sian Warner, the finance director --
 2              MR. KOURY:  Objection.  Irrelevant.
 3              THE COURT:  Sustained.
 4              MR. KOURY:  And hearsay as to --
 5              THE COURT:  I already sustained the objection.
 6              MR. KOURY:  Thank you.  I didn't hear.  I
 7   apologize, Your Honor.
 8        Q     BY MS. KAMINSKA:  Drawing your attention to the
 9   top part of the spreadsheet --
10        A     Yes.
11        Q     -- did you have any concern at the time about the
12   cash payments that were reflected in the spreadsheet?
13        A     Yes.  Certainly.
14        Q     Why was that?
15        A     Because cash payments to anyone, as I said
16   earlier, are unusual, and we're never sure where the money ends
17   up.  So both I and Sian were concerned to see cash payments on
18   this list.
19        Q     Do you know if Korea has a banking system?
20        A     I'm sure it does, yes.
21        Q     Did you also review a summary of the payments to
22   Dr. Chi after 2010?
23        A     Yes.  Sian drew up another spreadsheet which
24   summarized, actually, the invoices that we looked at earlier
25   and the payments which were from right about 2012 onwards.
```

**UNITED STATES DISTRICT COURT**

1          MS. KAMINSKA:  All right.  At this time the

2     Government would move to admit Government Exhibit 55 into

3     evidence.

4          THE COURT:  All right.  That exhibit will be

5     received into evidence without objection.

6          (Received into evidence Exhibit No. 55.)

7          Q     BY MS. KAMINSKA:  Dr. Potts, is this the summary

8     that you were referring to after 2010?

9          A     Yes, it is.

10         Q     Could you describe what the numbers in the middle

11    of the page represent?

12         A     The top table is the amounts paid in each of

13    those years.  The left-hand corner is in dollars.  The

14    right-hand corner is in British pounds.  And then below that

15    you have the accrued commission.  It's the first column from

16    2009 to 2015, and that's because Sian, the finance director,

17    was estimating what it was that we would have to pay in the

18    future when the invoices finally arrived.

19         Q     And what was the number of the accrual according

20    to the spreadsheet?

21         A     Well, this accrual said over time the expectation

22    was that we would have about $685,000 to pay, and we had paid

23    343-, rounding it.

24         Q     And by this time, Dr. Potts, had you become more

25    concerned about the propriety of the payments going to Dr. Chi?

1        A        Well, this document I actually saw quite early

2  on, shortly after the 7th, and then the spreadsheet with the

3  long list since 2005 I saw later that week.  And certainly by

4  the end of the week I was thinking, yes, this is quite

5  concerning.  This goes back a long time.  Some of the payments

6  were in cash.  The invoices to me looked somewhat unusual at

7  least.  I said bogus but certainly unusual.  So I was quite

8  concerned about what they meant.  And actually neither Phil nor

9  anyone else, Sian, could tell me what it was that they were

10  actually being paid for.

11       Q        And what is your understanding at the time as to

12  what Dr. Chi was actually doing for the payments?

13       A        Well, I didn't have any understanding of what he

14  was doing.  So by the end of the week -- the end of the week of

15  the 7th, I had seen all this information, but I didn't know

16  what it was that the payments actually were for.

17       Q        Dr. Potts, have you ever met in person with

18  Dr. Chi?

19       A        Yes.

20       Q        How many times?

21       A        Four times.

22       Q        Did you speak with him in person every time you

23  met him?

24       A        Yes, I did.  Yes.

25       Q        What language did you speak every time you spoke?

```
 1        A       English.

 2        Q       Were you able to understand his English?

 3        A       Yes.

 4        Q       Did he appear to you to have trouble

 5   understanding English?

 6        A       No.  He seemed quite confident in English.

 7        Q       Did Dr. Chi on any occasion bring an interpreter

 8   to help him understand you?

 9        A       No, he didn't.

10        Q       Did you also exchange e-mails with Dr. Chi?

11        A       Several times, yes.

12        Q       In what language were those e-mails exchanged in?

13        A       In English.

14        Q       Did he ever send you documents in Korean that you

15   had to translate into English?

16        A       No.

17        Q       What was the date of your first meeting with

18   Dr. Chi?

19        A       It was March, 2015.  So a few months before the

20   September meeting that we've been talking about.  That was

21   shortly after I joined and Dr. Chi came to visit Guralp in

22   Aldermaston.  I was introduced to him for the first time.

23        Q       And what did the two of you discuss in the course

24   of that meeting?

25        A       The instructions.  I just joined as executive
```

1   chairman, so I was new to the firm.  So we talked a little bit

2   about my background and talked a little bit about his

3   background and his work.  And then he talked quite a while

4   about his recommendation that we more focus on K-EMT which is

5   one of the two distributors in Korea and that we should work

6   through K-EMT rather than through Heesong, which is the other

7   distributor.  I was a little bit confused.  I wasn't very

8   longing for the job.  My understanding was that these two

9   organizations were the same.  So I didn't know why it was that

10  he was pointing us towards one or the other.

11        Q     And was the meeting in connection with something

12  called the OBS project?

13        A     Yes.  The reason he visited was because we were

14  building ocean bottom seismometers for him.  These are seismic

15  instruments that sit on the bottom of the sea under maybe a

16  hundred meters of water, and they measure ground movements, but

17  it's under the sea.  They're quite expensive, quite hard to

18  deploy, quite hard to build.  We had an order to deliver one of

19  these, and he came over to talk to the technical team about

20  that project.  That was the main reason for his visit as I

21  understood it.

22        Q     And what was the next connection between Dr. Chi

23  and the project?

24        A     Well, it was -- he appeared to me to be the

25  leader and he --

```
 1                    MR. KOURY:  Objection, Your Honor, as
 2   speculation.
 3                    THE COURT:  That objection is sustained.
 4                    You have to rephrase your question.
 5        Q      BY MS. KAMINSKA:  Dr. Potts, with whom did you
 6   deal chiefly at KIGAM with respect to the OBS project?
 7        A      Well, I wasn't technically directly involved, but
 8   the technical team, the engineering team --
 9                    MR. KOURY:  I'm going to object to that as
10   hearsay.
11                    THE COURT:  Well, I don't think he has any
12   personal knowledge.
13                    MR. KOURY:  Lacks personal knowledge.
14                    THE COURT:  I will sustain that objection.
15        Q      BY MS. KAMINSKA:  Dr. Potts, when is the next
16   time that you met with Dr. Chi?
17        A      I think about a month later, maybe six weeks
18   later when I was traveling Asia Pacific and I spent two nights
19   and a day in South Korea.
20        Q      All right.  And did you have discussions with
21   Dr. Chi on that trip in South Korea?
22        A      Yes.  I met him in Daejeon.
23        Q      Who else was part of your discussions?
24        A      Well, I was picked up by the distributor, a
25   gentleman from Heesong, Jung Ho Park.  He drove me to Daejeon
```

**UNITED STATES DISTRICT COURT**

1    which is about a two-hour drive.  I stayed the night in

2    Daejeon, and in the morning, I spent the morning with our

3    distributor K-EMT.  And then we had lunch with Dr. Chi and two

4    K-EMT employees.

5                   And then after lunch we went to KIGAM's

6    headquarters.  I had a tour of KIGAM.  Dr. Chi started the

7    tour, and then one of his colleagues finished the tour off.

8    And then we went to the station, and Dr. Chi and I and one of

9    the K-EMT staff went on the train, about a 50-minute journey to

10   Seoul where we re-met Jung Ho Park.  I had a little driving

11   tour around Seoul, and then we met again back at the television

12   tower and went to the restaurant at the top of the television

13   tower for dinner.

14        Q    Were you ever alone with Dr. Chi on that trip?

15        A    No.  Hardly ever.

16        Q    All right.  Did you have any discussions with

17   Dr. Chi in relation to the 2000 agreement that we saw earlier?

18        A    No.

19        Q    From the one-page 2003 agreement that we saw

20   earlier?

21        A    No.

22        Q    Did you have any discussions about that agreement

23   in the presence of anyone from the distributor?

24        A    No.

25        Q    Did you have any discussions about that agreement

**UNITED STATES DISTRICT COURT**

```
 1    in front of anyone from KIGAM?

 2         A        No.

 3         Q        Dr. Potts, when was your third meeting with

 4    Dr. Chi?

 5         A        That was September of 2015.  The 15th of

 6    September, about a week after the meeting, we talked about how

 7    I met Phil and Sian, and Dr. Chi was visiting for the same

 8    reason he was there to visit, talk about the OBS project, tell

 9    the engineering team about the OBS project.

10         Q        All right.  And who else was part of that

11    discussion?

12         A        Well, I met with Dr. Chi for about an hour with

13    Natalie Pearce, and we had a conversation before he went to

14    talk to the engineering team.

15         Q        And what was the purpose of his visit at that

16    time?

17         A        It was to talk -- well, mainly to talk, as I

18    understood it, to talk to the engineering team about the

19    OBS project.

20         Q        What did you discuss with him about that?

21         A        Well, by that stage, you know, for about a week I

22    have been concerned about these payments.  I'd seen the

23    invoices, I'd seen the information you showed me on the

24    spreadsheets about the earlier payments.  I had spent some time

25    with Natalie Pearce the day before asking her about the
```

266

```
 1    payments, and my concerns were not alleviated, and I felt
 2    strongly that there was a genuine reason to be concerned about
 3    what these payments were.  They could, I thought, be bribes.
 4                    MR. KOURY:  Objection, Your Honor, as
 5    speculation.
 6                    THE COURT:  Overruled.
 7                    THE WITNESS:  Dr. Chi was a customer, a very
 8    important customer.  I wasn't absolutely sure of the situation
 9    after just a week.  So I decided that the best thing to do
10    would be to tell him that I did not want to carry on with this
11    arrangement, and that would be the most important thing because
12    it would be face-to-face.  So I could gage his reaction.  And
13    since he happened to be there, and obviously one doesn't meet
14    that often, I thought it was the right time to tell him, look,
15    I want to stop this arrangement.
16         Q     BY MS. KAMINSKA:  What, if anything, did Dr. Chi
17    tell you about KIGAM's affiliation with the South Korean
18    Government?
19         A     Well, Dr. Chi said that he gave advice to the
20    South Korean president on nuclear weapons testing.  He talked
21    about KIGAM's role as a scientific institute.
22         Q     What, if anything, did he tell you about being a
23    government employee?
24         A     He said he was a government employee because I
25    asked him that.  I mean, one of the things that was difficult
```

**UNITED STATES DISTRICT COURT**

1    for me to judge from what I had been told by Sian and by

2    Natalie was was he a government employee.  I had assumed he was

3    because my seeing him at KIGAM, and so I asked him, and he

4    said, yes, he was a government employee.

5         Q     What, if anything, did Dr. Chi tell you about

6    running the testing lab for suppliers?

7         A     Well, he said he did run a testing lab and he met

8    many suppliers and he gave them advice and feedback on their

9    products.

10        Q     What, if anything, did Dr. Chi tell you about

11   advising high level officials regarding equipment?

12        A     Well, he said that other departments in Korea or

13   other users of seismic equipment asked him for advice about

14   seismic equipment.

15        Q     What was his response to your desire to terminate

16   the payments to him?

17        A     Well, when I said that I didn't want to carry on

18   with this arrangement, I said I don't want to carry on with it

19   because it's inappropriate, and he wasn't quite sure what

20   inappropriate meant.  So I said, well, I think it's illegal,

21   and I think we'll end up in jail.  So that's how I phrased it.

22        Q     And what was his reaction to that statement?

23        A     He accepted it.  He didn't argue with it.

24        Q     Did he push back at all?

25        A     No.

UNITED STATES DISTRICT COURT

1      Q      What, if anything, did you discuss regarding a

2  new proposed agreement?

3      A      Well, we had lunch together, just Dr. Chi and I.

4  And we talked about his work, and we talked about his hope to

5  retire at 65 and carry on working until then.  And then we

6  talked about an internal agreement, an agreement between

7  Guralp Systems and KIGAM, so it would be an agreement between

8  us as a company and KIGAM as an institution, and he thought

9  that was a good route forward.

10     Q      All right.  And what, if anything, did he do in

11 order to -- or during that -- after lunch in order to check on

12 the status of that agreement?

13     A      Well, when we got back to the office after lunch,

14 he phoned someone.  He said it was his boss or his director --

15 I don't remember exactly the phrase -- and that he had agreed

16 that it was okay to have an official agreement between GSL and

17 KIGAM.

18     Q      Did you listen to the conversation?

19     A      Well, I heard it, but it was in Korean.  So I

20 don't know what it was.

21     Q      Do you know who he was actually calling?

22     A      I don't know for sure, no.

23     Q      And, Dr. Potts, you mentioned the accruals

24 earlier which was the money that was owed.

25     A      Yes.

1          Q       When you told Dr. Chi that you would not be

2    continuing the relationship, did he say anything about

3    enforcing the one-page agreement to make sure that he got paid?

4          A       No, he didn't.

5          Q       Did he point to the 2003 consulting agreement

6    between Guralp and KIGAM?

7          A       Nope.

8          Q       Did he call the payments to him anything in

9    particular?

10         A       They're always called advice fees.  You know, at

11   the stage when I first investigated them, I didn't realize the

12   exact name, but they are always referred to as advice fees.

13   They appear on documentation as advice fees.

14         Q       Dr. Potts, let me show you -- well, I will move

15   to admit into evidence Government's Exhibit 179 as per the

16   parties' stipulation.

17              THE COURT:  All right.  Exhibit 179 will be

18   received into evidence.

19          (Received into evidence Exhibit No. 179.)

20         Q       BY MS. KAMINSKA:  Let me just draw your attention

21   to the top half of the page.

22              Is this an e-mail from Dr. Chi to you dated

23   October 19, 2015?

24         A       Yes, it is.  Yeah.

25         Q       Do you recognize that e-mail address as belonging

```
1    to Dr. Chi?

2         A       Yes, it is.  Yeah.

3         Q       All right.  Can you read the first line of the

4    e-mail, please?

5         A       "How about you?  I want to ask you to keep the

6    same price list in Korea."

7         Q       Did you have an understanding at the time as to

8    what this referred to?

9         A       Well, we priced in the advice fee into all of our

10   quotes.  So the backing documents for our quotes is something

11   called a margin sheet, and a margin sheet just lists the costs

12   of an instrument.  And one of the things we add to the margin

13   sheet is the advice fee.  So it's on all of our quote sheets.

14   I had by that stage established that because we had started our

15   investigation.

16              So when I saw this, I could see that actually it

17   was logical, if you keep the price list the same, then you keep

18   the advice fee the same, and it says it on the next line.

19        Q       All right.  What does the third line read?

20        A       "Mr. Nathan Pearce should give the price list

21   with the advice fee in Korea to Ms. Clare Sweeney."

22        Q       And what was your understanding of that request?

23        A       Well, Clare Sweeney was the person that we told

24   Dr. Chi was taking over for Natalie Pearce, and he was

25   obviously making sure that she got the same price list that
```

 1    Natalie Pearce had used.

 2         Q      And to be clear, was it your understanding that

 3    the price of the products included Dr. Chi's advice fee?

 4         A      Yes, it was.  I mean, the reason that it was very

 5    obvious what she meant was -- because by that stage we had

 6    decided to take the advice fee out of the pricing.  We were

 7    uncomfortable with it being there.  So we started to deduct it

 8    and not include it in the pricing.  So it already started to

 9    price without the advice fee in.  So immediately we realized

10    the significance of that really.

11              MS. KAMINSKA:  The Government would move into

12    evidence Government Exhibit 185 as per the parties'

13    stipulation.

14              THE COURT:  All right.  Exhibit 185 will be

15    received into evidence without objection.

16         (Received into evidence Exhibit No. 185.)

17         Q      BY MS. KAMINSKA:  Dr. Potts, I want to turn your

18    attention to the exchanges in this e-mail.

19              Did you ultimately -- did you receive the e-mail

20    dated December 8, 2015, from Dr. Chi?

21         A      Yeah.  This is to me from Dr. Chi, yeah.

22         Q      Can you summarize the contents of this e-mail?

23         A      If you show it to me.

24              Yes.  This is an e-mail from Dr. Chi to

25    Clare Sweeney, in fact, saying initially that the e-mail

1    beneath the one at the top, which was forwarded to me, saying

2    that the quotation process that we had gone through for the new

3    OBS instrument had caused some problems within the tendering

4    process in KIGAM because the price of the final quote had gone

5    up compared to the price of the quote that we had actually sent

6    in September.  It clearly caused a problem with the tender

7    process.

8         Q     And, Dr. Potts, turning your attention to the

9    second page of the exhibit -- I'm sorry, the third -- toward

10   the bottom, with the sentence beginning "definitely," the

11   e-mail reads, "Definitely you should send the same or lower

12   quotation than before.  I recommend you to come back to the

13   quotation which I got when I visited you.  Then do discount

14   very small amount such as all numbers below 1,000 into zero

15   with the comment that," quote, "'the previous quotation was the

16   best offer with already full discount.'"  And the PS at the

17   bottom of the page reads, "Please do not disclose my e-mail to

18   outside" in parentheses "even my colleagues."

19        What was your understanding at the time as to

20   what Dr. Chi was communicating?

21        A     Well, this e-mail was --

22        MR. KOURY:  Objection.  Speculation, Your Honor.

23        THE COURT:  Overruled.

24        THE WITNESS:  Well, this e-mail was to

25   Clare Sweeney who had just taken over the responsibility for

**UNITED STATES DISTRICT COURT**

1    managing the relationship with KIGAM, and I believe Dr. Chi was

2    trying to help her to get the process back on track by telling

3    her what to do with the quotation, how it should look when it

4    came back including, actually, quoting this was the best offer.

5    At the bottom I think, because Clare was new, he is clearly

6    saying make sure you don't disclose this to other people.

7         Q    BY MS. KAMINSKA:  All right.  Dr. Potts, when was

8    your last and fourth meeting with Dr. Chi?

9         A    I met him at AGU which is American Geophysical

10   Union which is a conference that is held in San Francisco every

11   year.  It's the biggest geophysics conference of the year.  All

12   of the academics -- many of the clients go there.

13        Q    And who was part of your discussion with Dr. Chi

14   that day?

15        A    Just me.  Just me and him.

16        Q    All right.  What did you discuss on that

17   occasion?

18        A    Well, by then we're talking now about December of

19   2015 -- bear in mind that we had initially -- well, I had

20   initially had concerns raised in September.  We started an

21   investigation.  So we had already seen lots of e-mails.  So by

22   the time I got to meet him in San Francisco, there were several

23   things I wanted to clarify with him to make sure I really

24   understood them.

25        Q    Did you at any time reference your prior

1    discussion in September with Dr. Chi?

2         A       Well, that's one of the most important things I

3    wanted to clarify that it was very clear to him that I had made

4    myself clear that we were not going to pay the advice fees

5    anymore.  So I asked him, did you remember the conversation

6    when I told him we were not going to pay the advice fees

7    anymore?  And he said he did remember that.

8         Q       All right.  And in that conversation, Dr. Potts,

9    again, what, if anything, did Dr. Chi tell you about being a

10   government employee?

11        A       Well, again, that's something I wanted to

12   absolutely be clear about.  So I asked if he's a government

13   employee, and he said yes.

14        Q       Did he say it more than once?

15        A       I did check a few times.  I didn't endlessly ask

16   the question, but I did check to make sure.

17        Q       What, if anything, did he say about KIGAM being

18   government funded?

19        A       He said it's mostly government funded.  It does

20   have some funds from private companies, but it's mostly a

21   government-funded organization.

22        Q       What, if anything, did Dr. Chi tell you about who

23   at Guralp knew about his arrangement?

24        A       He said only Cansun Guralp and Natalie Pearce

25   knew about the arrangement because it was confidential.

**UNITED STATES DISTRICT COURT**

1          Q       What, if anything, did Dr. Chi tell you about

2     whether the distributor Heesong knew about the arrangement?

3          A       I asked him whether Heesong knew about it

4     because, again, that's something that wasn't clear to me.  In

5     the e-mails we had seen I wasn't sure.  So I said did Heesong

6     know about this, and he said no.

7          Q       What, if anything, did the defendant tell you

8     about whether anybody at KIGAM, his employer, knew about the

9     payments to him?

10         A       Well, again, I asked him that because that was a

11    very important thing, you know, whether or not they knew, and

12    he said, no, they don't.

13         Q       Did he ever say that the arrangement was illegal?

14         A       He said that it was confidential because it was

15    illegal.  And therefore, no one should know about it.  And, you

16    know, he was trying very hard, I think, to make sure that

17    people didn't find out about it, hence comments like "Please

18    delete this e-mail."

19         Q       Did he actually use the word "illegal"?

20         A       Yes, he did.  Yeah.

21         Q       What, if anything, did Dr. Chi tell you about

22    whether or not he got advice fees from any other company?

23         A       I asked him directly -- again, it's important to

24    know, I think, whether this was something that other people

25    did.  And he said no.

1    Q      Did he express any uncertainty at all about the

2  fact that KIGAM did not know about his arrangement?

3    A      He didn't.  He was quite emphatic about that.  I

4  think he was keen to make sure that I didn't think that he did.

5    Q      Was there any discussion regarding deleting

6  e-mails?

7    A      Well, I said to him it's not a good thing to ask

8  people to delete e-mails.  He said, well, it's important

9  because it's confidential.

10    Q      What, if anything, did you discuss regarding any

11  future advice fees going forward?

12    A      Well, we had already had the discussion in

13  September where we had talked about it and an official

14  arrangement, if you like, between GSL, Guralp Systems Limited,

15  and KIGAM.  And we talked about that again.  And I asked him a

16  few questions about what that might be like, and he described

17  to me what the commercial terms might look like.

18    Q      All right.  And, again, did he make any reference

19  to the one-page 2003 agreement that we spoke about earlier?

20    A      No, he didn't.

21    Q      Did he make any reference to the agreement

22  between Guralp and KIGAM, the entity?

23    A      No, he didn't.

24    Q      All right.  And what, if anything, did he explain

25  with respect to how an official arrangement going forward with

1    KIGAM would work?

2          A       Well, he asked me -- sorry.  I asked him what it

3    would broadly be like, and he said, well, we would pay KIGAM.

4    Half of what we pay KIGAM would go to the government because

5    the government already paid for the salaries and all the costs

6    of KIGAM, and then 15 percent of the other half would go to

7    Dr. Chi as the winner of the business, and the remainder would

8    go to KIGAM itself.  So that would be the structure of the

9    payments.  And he said that was the standard way that KIGAM

10   would do it.  That's their standard approach for these

11   arrangements.

12         Q       And with respect to the new proposed agreement,

13   was there any money contemplated from Guralp directly to

14   Dr. Chi?

15         A       No.

16         Q       And before that, where had Dr. Chi been receiving

17   advice fees from the company before you cut it off?

18         A       They had been paid into the U.S. bank account.

19         Q       What, if anything, did you find out about how the

20   advice fee on the instruments applied?

21         A       Well, there's a price list which we discovered

22   during our investigation which says, again, certain instruments

23   is $500 against other instruments is $1,000.  Large complex

24   instruments is 3,000 pounds which is about $4,000.

25         Q       Was there anything you discussed regarding

1    keeping consistency across pricing?

2        A        Well, he did talk to me at some length about the

3    importance of prices in Korea being the same.  All customers

4    should see the same price.  The price of the particular

5    instrument to KIGAM should be the price of the same instrument

6    should be to K-EMT or another client.  So prices should be kept

7    the same.  So if the customers compare prices, they always saw

8    the same price.

9        Q        And did you have any understanding at the time

10   why that request was being made?

11       A        Well, yes.  We knew that the --

12               MR. KOURY:  Objection, Your Honor.  Speculation.

13               THE COURT:  Overruled.

14               THE WITNESS:  We knew that we were pricing in the

15   advice fee.  It was on all the quote sheets or the backing

16   sheets.  So we knew we were pricing it in.  So it was entirely

17   logical to me that, if it was priced in, the last thing you

18   wanted to do was change the prices.  It was already there.  And

19   that seemed to be the principle of keeping the prices the same.

20       Q        BY MS. KAINSKA:  Dr. Potts, when was your next

21   contact with Dr. Chi?

22       A        By e-mail.  I don't remember exactly the date,

23   but early in February I think.

24               MS. KAMINSKA:  Your Honor, at this time the

25   Government would move into evidence Exhibit 188 as part of the

```
 1    parties' stipulation.
 2               THE COURT:  All right.  188 will be received into
 3    evidence without objection.
 4          (Received into evidence Exhibit No. 188.)
 5       Q       BY MS. KAMINSKA:  Mr. Potts, let me draw your
 6    attention to the next to the last page of the agreement which
 7    appears to be an e-mail from Dr. Chi to you on
 8    February 2nd, 2016.  Let me just zoom in on the first half of
 9    the page.
10               At the bottom of the first paragraph, Dr. Chi
11    writes to you, "I want to finalize and sign on two agreements
12    if possible."
13               Did I read that right?
14       A       Yeah.
15       Q       Can you then skip to the second paragraph and
16    read the sentence beginning with "even though."
17       A       "Even though these agreements are for justifying
18    the payments of the previous advice fee legally, I want to
19    supply the actual method and source code to support your
20    technical team to adapt it to your systems."
21       Q       And can you skip down to that next paragraph and
22    read the sentence beginning "The other."
23       A       "The other is consulting agreement and the
24    contents of what we discussed before.  By this agreement I and
25    my colleagues can help your agents openly and legally in Korea
```

**UNITED STATES DISTRICT COURT**

1    as well as your colleagues."

2         Q     And, Dr. Potts, what was your understanding of

3    this e-mail at the time?

4         A     Well, this was a covering e-mail --

5              MR. KOURY:  I'm going to object, Your Honor, as

6    no personal knowledge.

7              THE COURT:  Overruled.

8              You may answer the question.

9              THE WITNESS:  This was the covering e-mail which

10   had two draft documents with it.  So there was a draft license

11   agreement and a draft consulting agreement.  So it was a

12   covering e-mail describing, I guess, you know, the rationale

13   for that.  So two agreements which were attached, and these

14   would be the transition from the previous arrangement, the

15   secret arrangement, if you like, into a formal arrangement

16   between the two companies.

17        Q     BY MS. KAMINSKA:  And, Dr. Potts, drawing your

18   attention to the bottom half of the page where Dr. Chi lays out

19   some numbers, what was your understanding about what those

20   figures represented?

21        A     All right.  Those were the payments that would be

22   made under the new agreement.  So 50,000 pounds a year for the

23   licensing agreement which was for the intellectual property

24   license agreement.  Another was 40,000 for the consulting

25   agreement.  So in total 90,000 for a year.

UNITED STATES DISTRICT COURT

1      Q      And did you know why the services were valued at

2  that price?

3      A      No.  Not particularly.  It wasn't clear exactly

4  why the values were -- why the prices were put on those.

5      Q      All right.  And did you go ahead and review the

6  proposed agreements?

7      A      We looked at them.  We read them.  The first

8  thing is, as you can see, it's around about the same amounts of

9  money that we were paying through the previous private

10  agreement.  So it was changing that payment into a new form,

11  into an official agreement.  Roughly the same number.

12     Q      And, again, Dr. Potts, who was getting paid,

13  according to this agreement?

14     A      This was all payment to KIGAM.

15     Q      Was there anything that was authorizing Dr. Chi

16  to receive personal payment?

17     A      No.

18     Q      Do you know if the advice fees were tied to sales

19  of your product?

20     A      Well, the advice fees were calculated according

21  to the price sheets and according to the way we understood it,

22  as far as I understood it, as being so much per instrument.  So

23  $500 for one instrument, $1,000 for another instrument,

24  3,000 pounds for an OBS instrument, for example.

25     Q      And, Dr. Potts, did you respond to the proposal

```
 1   that Dr. Chi e-mailed you here?

 2        A       Yes, I did.  We responded by saying, no, we don't

 3   want to do this.  We decided we were not going to proceed with

 4   this.

 5        Q       And is that reflected in your e-mail to him on

 6   February 12, 2016?

 7        A       Yeah.  So I was trying to be very constructive

 8   saying we didn't want to proceed with this.  We still wanted to

 9   work with KIGAM.  We valued the relationship with KIGAM, but we

10   did not want to enter into these agreements.  We prefer to

11   operate on a case-by-case contract to sell instruments and

12   services, not a generic consulting or license arrangement.

13        Q       And did Dr. Chi reply to your e-mail?

14        A       Yes, he did.

15        Q       All right.  Let me draw your attention to the

16   e-mail dated February 15, 2016.

17                Is that Dr. Chi's response on that date?

18        A       Yeah.

19        Q       Okay.  The first line reads, "I strongly ask you

20   to take into account --"

21                THE COURT:  Excuse me.  Is this Exhibit 187?

22                MS. KAMINSKA:  This is 188, Your Honor.

23                THE COURT:  It is in evidence.  Go ahead.  I'm

24   sorry.

25        Q       BY MS. KAMINSKA:  The first line of that page
```

**UNITED STATES DISTRICT COURT**

1    reads, "I strongly ask you to take into account the spirit

2    previous contract and the present status."

3            A       Yeah.

4            Q       Could you read the third paragraph beginning with

5    "All these supportings" to the end of the e-mail?

6            A       "All these supportings have been done based on

7    the previous contract.  As mentioned before, the relevant

8    advice fee has already been imposed on your products.

9    Therefore, if you do not want my support anymore, we need some

10   transition plan to make a soft landing.  Personally, I have

11   spent my own time and effort to support your company, and the

12   relevant fee was already kept at your company.  So even in a

13   different way you need to pay it.  Moreover, there really is a

14   need for plan for soft landing.  I have never expected this

15   situation; so I am very embarrassed a lot.  Once again, please

16   give a chance and time for soft landing.  I hope to call you."

17           Q       Dr. Potts, what was your understanding of this

18   e-mail?

19                   MR. KOURY:  Objection.  Lack of personal

20   knowledge and speculation.

21                   THE COURT:  Overruled.

22                   THE WITNESS:  Well, already, it was a reaction

23   saying we didn't want to do it.  And it was little evidence of

24   sort of threat here almost, you know.  But it was more to the

25   point.  It was -- well, the previous agreement and the present

```
 1    status.  So on the previous agreement I was helping you.  I
 2    carried on helping you in expectation, perhaps, of this new
 3    agreement.  And everything was done based on what we had as an
 4    arrangement before in the previous contract.  Actually, you're
 5    collecting the advice fee.  You're still collecting the advice
 6    fee.  Therefore, you know, you have been collecting the advice
 7    fee.  I have been carrying on with the service.  So there
 8    should be some transition.  You carry on paying me for what I
 9    have done.  So even if you paid in a different way, you still
10    need to pay it, he says.
11              So it seemed to me to be an attempt to make sure
12    that we recognized that work was still being done.  We still
13    needed to pay for it even if under the old arrangement, being
14    the private, secret arrangement, that we needed to pay it
15    still.
16        Q     BY MS. KAMINSKA:  And, finally, Dr. Potts, let me
17    turn your attention to the very first page of the exhibit, and
18    let me point you to the top as to who it is between.
19              Is that an e-mail from Dr. Chi to Phil Hill on
20    February 15, 2016?
21        A     Yes, it is.
22        Q     Who is Phil Hill?
23        A     He is the engineering director.  I mentioned him
24    earlier.  He was in the meeting on the 7th of September with
25    Sian Warner.
```

1       Q       And did this e-mail follow your response to his

2    e-mail?

3       A       Within minutes, I think, yeah.  Very soon

4    afterwards.

5       Q       Drawing your attention to the third full

6    paragraph of that e-mail, could you read that out loud?

7       A       "I, and push my group, do the best to support

8    your agent and users in Korea.  At the cost of support, the

9    advice fee is added to the price of your products.  Next year

10   when all payments and services were done completely, the advice

11   fee is calculated later and paid as the cost of support."

12      Q       And could you read the first half of that next

13   paragraph beginning with "I visited your office."

14      A       "I visited your office in September last year.

15   At that time 80 percent of the 2014 year advice fee was paid,

16   and 20 percent was left.  Dr. Chris told me that he could not

17   accept the previous contract because it might be illegal.  He

18   said wanted to find some legal solution for my advice.  Yes, I

19   am a government officer, so I could not make any private

20   contracts.  Hence the previous one was illegal to me."

21      Q       All right.  And let me draw your attention to the

22   end of that e-mail which is contained in the next page.  And

23   can you read the paragraph at the bottom starting with, "I

24   really ask" to the bottom?

25      A       "I really ask some transition period for a soft

**UNITED STATES DISTRICT COURT**

1    landing for at least two years.  Your company already got that

2    amount from the 2015 advice fee.  I want to call you in order

3    to know your idea on this issue.  Frankly speaking, I am very

4    upset and embarrassed.  I am feeling to be pushed into

5    jeopardy."

6        Q        Dr. Potts, when was your last contact with

7    Dr. Chi, oral or written?

8        A        I think probably this was the last contact.

9    Yeah.  Probably these e-mail exchanges.

10       Q        Does Guralp to this day still have a relationship

11   with KIGAM, the entity?

12       A        Yes, we do.

13       Q        And what is the nature of that relationship?

14       A        Well, we delivered the first OBS.  We just

15   delivered the second -- sorry.  We delivered the second OBS,

16   and we just delivered the third OBS.  We had another OBS order

17   placed last December.  So there have been three OBSs, and

18   continue to work with them.  And those two OBSs, the ocean

19   bottom systems, they need to be deployed under the sea.  So we

20   sent engineers to Korea to help the client to deploy the

21   instrument, and we expect to do that during the next few

22   months.

23       Q        But to your knowledge, Dr. Potts, has Dr. Chi

24   received any payments since September of 2015?

25       A        No.  We didn't -- haven't paid anything since --

**UNITED STATES DISTRICT COURT**

```
 1    in fact, since April, May 2015.  But no.  We haven't paid

 2    anything since then.

 3          Q       And why did you cut off the personal payments to

 4    Dr. Chi?

 5                  MR. KOURY:  Objection.  Irrelevant.

 6                  THE COURT:  Overruled.

 7                  THE WITNESS:  Well, as I have described, I mean,

 8    I started this process of understanding in September.  I had

 9    concerns.  We then looked at the evidence and the information.

10    We retained some lawyers to help us investigate.  So lots of

11    e-mails from Dr. Chi with people in the company which said that

12    these are secret arrangement.  Please delete these e-mails.  He

13    referred to the nature of the work he was doing and his

14    colleagues not knowing about it.  And then when I met him in

15    San Francisco, he told me it was illegal.  He told me it was

16    confidential --

17                  MR. KOURY:  I'm going to object, Your Honor, it

18    is a narrative.

19                  THE COURT:  Sustained.

20          Q    BY MS. KAMINSKA:  Dr. Potts, did you end the

21    relationship with Dr. Chi because you were worried that the

22    payments constituted bribes?

23                  MR. KOURY:  Objection.

24                  THE COURT:  Overruled.

25                  THE WITNESS:  Yes.  I was very concerned they
```

```
 1   were bribes.  By the time we had gone through the whole
 2   investigation --
 3                MR. KOURY:  Objection, Your Honor.  Asked and
 4   answered.
 5                THE COURT:  Overruled.
 6                THE WITNESS:  It seemed to me that they were very
 7   likely to be bribes; so we started an investigation.  We had
 8   actually reported to the authorities, and the reason we had
 9   done that is because we thought we had done wrong and we
10   thought we had made payments we shouldn't have done.  We
11   thought we paid bribes.  So by the time we got to these
12   agreements, there's no way --
13                MR. KOURY:  Objection.  Narrative.
14                THE COURT:  Sustained.
15                MS. KAMINSKA:  No further questions, Your Honor.
16                THE COURT:  I take it you are going to have some
17   cross-examination.
18                MR. KOURY:  I have a few questions, yes.
19                THE COURT:  All right.  What we'll do is take our
20   evening break, and we'll resume tomorrow at 8:00 a.m.  So the
21   jury is going to be excused for the evening.
22                But before we take the break, let me give the
23   jury an instruction and that is we're about to take our first
24   evening recess, and I want to remind you of the instruction I
25   gave you earlier.
```

**UNITED STATES DISTRICT COURT**

1          Until this trial is over, you're not to discuss

2   this case with anyone including your fellow jurors, members of

3   your family, people involved in the trial, or anyone else.

4          More importantly, you are reminded that you're

5   not to conduct any research including any Internet searches

6   with respect to anything that may have taken place today.  You

7   can only judge this case based upon the evidence that was

8   produced during the course of this trial.

9          And, finally, you're reminded to keep an open

10  mind until all of the evidence has been received and you have

11  heard the arguments of counsel, the instructions of the Court,

12  and the views of your fellow jurors.

13         Now, tomorrow is our first day at 8:00 O'clock.

14  And as you can see, we can't start until you're all here.  So

15  please leave your homes with sufficient time so you can get

16  here because I intend to start promptly at 8:00 o'clock

17  tomorrow.  You can get here as early as you want.  I'm usually

18  here very early.  There will be coffee in the jury room, but I

19  can't guarantee how good it will be, but there will be coffee.

20  So drive safely, and have a pleasant evening.  We will see you

21  tomorrow morning.

22         (The following proceedings were held in

23         open court out of the presence of the jury:)

24         THE COURT:  All right.  The jury is not present.

25  There are a couple matters I want to discuss with counsel.

**UNITED STATES DISTRICT COURT**

```
 1                    MS. KUMAR:  Your Honor, may we excuse the
 2     witness?
 3                    THE COURT:  Sure.  Actually, no.  He needs to
 4     stay here because the court reporter needs to speak with him.
 5                    MS. KUMAR:  Okay.
 6                    THE COURT:  Does anybody object if he remains?
 7                    MR. KOURY:  As long as we don't talk about his
 8     testimony.
 9                    THE COURT:  We're not going to talk about his
10     testimony.
11                    What I was going to say is tomorrow we will meet
12     at 7:45, and I will give you my ruling on the proposed expert
13     that the defense submitted the offer of proof.  I will work on
14     it and finalize it this evening.
15                    With respect to the offer of proof with your
16     seismologist whose name I can never remember or pronounce, I
17     gave you -- I allowed you to examine Dr. Gee thinking that that
18     would be sufficient for your purposes and obviate the need to
19     call that witness.  Was I correct?  Counsel there is shaking
20     his head yes.
21                    MR. RAYNOR:  I was picking up my pen.
22                    MR. KOURY:  I appreciate that, Your Honor.
23                    THE COURT:  I don't see what can be gained based
24     upon what you propose she was going to testify to the last
25     document you filed.  If you want to file an offer of proof, you
```

**UNITED STATES DISTRICT COURT**

1    can, and I will rule on it.  I just think that you have

2    everything you could possibly get out of Dr. Gee.

3                MR. RAYNOR:  Your Honor, can we have one moment

4    to confer?

5                THE COURT:  Sure.

6         (Counsel confer.)

7                MR. KOURY:  I appreciate the Court giving us -- I

8    would still like to call Dr. Avouac, but we're not going to

9    file a supplemental.  We have already submitted a supplemental.

10   The Court knows what we'd like.

11               THE COURT:  Well, based on that offer of proof,

12   my tentative is not to allow her to testify.

13               MR. KOURY:  Yeah.

14               THE COURT:  So if you want to supplement it, you

15   can.

16               MR. KOURY:  Okay.

17               THE COURT:  You do want to supplement it?

18               MR. KOURY:  No.

19               THE COURT:  Okay.  All right.  Then I will

20   probably do a more formal ruling sometime tomorrow.  I'm not

21   sure I will be able to do it at 7:45 tomorrow.  If you want a

22   more formal ruling, I will give you one.  Do you want a more

23   formal one?

24               MR. KOURY:  I don't think that's necessary,

25   Your Honor.

```
 1              THE COURT:  Okay.  Can someone possibly enlighten
 2   me to the proposed jury instructions to be given during trial?
 3   Does anybody bother to read these documents before they're
 4   filed?  If you look at the filing on July 6, 2017,
 5   docket No. 35 -- and this is a joint document -- the proposed
 6   instruction during trial, No. 32, in the table of contents
 7   lists the stipulation of fact.  If you read the actual
 8   instruction that's attached, it starts out, "You're about to
 9   hear a recording in the Korean language."
10              MS. KUMAR:  My apologies, Your Honor.  We can
11   file an amended --
12              THE COURT:  My concern is, one -- and I hope that
13   you folks will start reading this stuff before you file it so I
14   don't have to figure out what you're trying to do.
15              The troublesome part of this was the exhibit --
16   the proposed Instruction 34, which is a transcript of a
17   recording in a foreign language, indicates that the
18   transcript -- the accuracy of the transcript is disputed in
19   this case.  That's at line 6 of Instruction No. 24.  Is there a
20   dispute?
21              MS. KUMAR:  We were able to come to a resolution,
22   Your Honor, I believe at this point for the recording the
23   Government intends to offer in its case in chief.  There is no
24   dispute.
25              THE COURT:  Is that correct?
```

```
 1                    MR. KOURY:  Yes.

 2                    MR. RAYNOR:  That's correct.

 3                    THE COURT:  Okay.  Well, it would be nice if

 4     you -- I do read these documents, and it would be nice if you

 5     can enlighten me before I spend time trying to figure out what

 6     you're trying to accomplish.

 7                    All right.  I don't have anything else.  If

 8     counsel have anything else they want to discuss, if not, we

 9     will see you at 7:45 tomorrow.

10                    MS. KUMAR:  Thank you, Your Honor.

11                    THE COURT:  All right.  We'll be in recess.

12               (Proceedings concluded at 5:08 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5              I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13    THE UNITED STATES.

14

15                            DATED THIS  12TH  DAY OF JULY, 2017.

16

17

18              /S/ MIRANDA ALGORRI
                _____
19              MIRANDA ALGORRI, CSR NO. 12743, CRR
                FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**

## $

**$1,000** [3] - 248:7, 277:23, 281:23
**$100,000** [1] - 172:8
**$12** [4] - 172:23, 173:7, 173:9
**$340,000** [1] - 238:14
**$4,000** [1] - 277:24
**$50,000** [5] - 165:3, 168:14, 169:12, 171:24, 204:15
**$500** [2] - 277:23, 281:23
**$685,000** [1] - 259:22

## '

**'60S** [1] - 182:4
**'76** [1] - 199:10
**'90S** [3] - 200:22, 200:23
**'THE** [1] - 272:15

## /

**/S** [1] - 294:18

## 1

**1** [9] - 150:13, 155:3, 155:19, 159:11, 159:13, 159:25, 168:1, 225:6, 253:15
**1,000** [2] - 248:15, 272:14
**10** [2] - 233:23
**100** [1] - 206:24
**100,000** [1] - 165:22
**100TH** [1] - 184:10
**1011** [1] - 251:20
**107-50** [1] - 151:14
**11** [5] - 150:13, 152:3, 153:3, 154:1, 251:20
**118** [9] - 153:13, 213:9, 214:23, 215:3, 215:5, 216:2, 222:1, 224:9, 224:10
**12** [1] - 282:6
**120** [2] - 230:22, 256:4
**12743** [2] - 150:23, 294:19
**12TH** [1] - 294:15
**13** [1] - 238:25
**13.5** [1] - 230:24
**130** [8] - 153:14, 217:1, 217:3, 217:4, 217:7, 217:9, 225:6, 226:1
**14** [3] - 172:4, 176:22, 186:2
**1400** [1] - 151:9
**14TH** [1] - 239:19
**15** [8] - 172:4, 213:17, 213:20, 213:25, 233:24, 277:6, 282:16, 284:20
**150** [1] - 150:8
**150,000** [2] - 165:22,

165:23
**157** [1] - 187:9
**15TH** [1] - 265:5
**16-00824** [1] - 150:7
**17** [2] - 186:1, 215:8
**178** [1] - 152:10
**179** [4] - 153:15, 269:15, 269:17, 269:19
**18** [1] - 200:2
**183** [1] - 153:6
**185** [4] - 153:16, 271:12, 271:14, 271:16
**187** [1] - 282:21
**188** [6] - 153:17, 153:19, 278:25, 279:2, 279:4, 282:22
**19** [1] - 269:23
**191** [1] - 153:18
**1918** [2] - 184:10, 199:7
**193** [2] - 153:20, 153:21
**1947** [1] - 199:10
**197** [1] - 152:10
**1976** [1] - 199:14
**1980S** [1] - 201:9
**1987** [2] - 230:6, 230:11
**1990** [1] - 201:2
**1990S** [2] - 185:3, 201:6
**1994** [4] - 164:9, 164:16, 164:19, 200:22
**1996** [1] - 165:7
**1:35** [2] - 150:14, 154:2
**1ST** [1] - 150:24

## 2

**2** [6] - 150:8, 152:3, 153:3, 168:2, 216:2, 225:22
**20** [9] - 153:6, 183:15, 183:17, 183:19, 183:21, 186:2, 187:10, 235:16, 285:16
**2000** [1] - 264:17
**20005** [1] - 151:10
**2002** [1] - 189:8
**2003** [12] - 229:15, 234:1, 235:3, 235:19, 241:18, 242:10, 250:2, 253:13, 256:25, 264:19, 269:5, 276:19
**2005** [5] - 179:16, 239:11, 239:12, 257:21, 260:3
**2006** [4] - 187:21, 188:16, 190:22, 229:16
**2008** [2] - 212:17, 215:8, 224:13
**2009** [6] - 191:1, 192:9, 217:13, 220:20, 225:11, 259:16
**2010** [5] - 229:15, 230:18, 257:22, 258:22, 259:8
**2012** [7] - 193:14, 200:2,

200:11, 236:2, 236:3, 238:13, 258:25
**2014** [6] - 155:13, 196:4, 229:8, 229:10, 233:22, 285:15
**2015** [17] - 183:25, 234:1, 234:25, 235:3, 237:2, 246:17, 251:13, 256:25, 259:16, 261:19, 265:5, 269:23, 271:20, 273:19, 286:2, 286:24, 287:1
**2016** [5] - 189:12, 279:8, 282:6, 282:16, 284:20
**2017** [6] - 150:13, 152:3, 153:3, 154:1, 292:4, 294:15
**2018** [1] - 184:11
**205** [1] - 153:22
**209** [5] - 153:18, 191:6, 191:10, 191:11, 216:15
**21** [4] - 248:5, 248:7, 248:15
**215** [1] - 153:13
**217** [1] - 153:14
**221** [1] - 152:11
**225** [1] - 191:22
**226** [1] - 152:11
**228** [1] - 152:14
**22ND** [1] - 199:7
**23** [2] - 161:19, 163:3
**230** [2] - 151:17, 217:3
**234** [1] - 151:17
**23RD** [1] - 192:12
**24** [1] - 292:19
**240** [1] - 153:7
**246** [1] - 153:11
**25** [1] - 217:13
**250** [1] - 153:12
**252** [1] - 153:8
**257** [1] - 153:9
**258** [5] - 153:19, 188:6, 188:10, 188:11, 188:12
**259** [8] - 153:10, 153:20, 192:22, 192:24, 192:25, 193:5, 193:6, 193:7
**260** [6] - 153:21, 193:19, 193:21, 193:23, 193:25, 199:22
**269** [1] - 153:15
**271** [1] - 153:16
**279** [1] - 153:17
**28** [1] - 294:8
**293** [1] - 150:8
**2ND** [1] - 279:8

## 3

**3** [4] - 214:23, 216:2, 222:2, 222:3
**3,000** [2] - 277:24, 281:24
**30** [2] - 224:13, 230:13

**300** [1] - 206:25
**312** [1] - 151:6
**32** [1] - 292:6
**34** [1] - 292:16
**343** [1] - 259:23
**3435** [1] - 151:13
**35** [1] - 292:5
**350** [1] - 150:24
**3:20** [1] - 214:1

## 4

**4** [4] - 253:20, 253:21
**40,000** [1] - 280:24
**403** [1] - 235:23
**43** [2] - 195:13, 200:10
**437** [1] - 251:20
**4455** [1] - 150:24
**4TH** [1] - 242:10

## 5

**5** [1] - 184:6
**50** [2] - 182:2, 228:21
**50,000** [2] - 172:1, 280:22
**50-MINUTE** [1] - 264:9
**509** [5] - 153:22, 203:20, 205:15, 205:16, 205:17
**52** [7] - 153:7, 240:10, 240:12, 240:14, 240:16, 240:17, 245:23
**53** [4] - 153:8, 252:13, 252:15, 252:17
**534** [2] - 198:15, 198:18
**54** [4] - 153:9, 257:2, 257:4, 257:6
**55** [3] - 153:10, 259:2, 259:6
**57** [5] - 153:11, 246:8, 246:9, 246:11, 246:12
**58** [4] - 153:12, 250:11, 250:13, 250:15
**5:08** [1] - 293:12

## 6

**6** [5] - 173:2, 173:10, 184:20, 292:4, 292:19
**65** [1] - 268:5

## 7

**7** [1] - 249:14
**70** [1] - 186:20
**753** [1] - 294:8
**7:45** [3] - 290:12, 291:21, 293:9
**7TH** [6] - 237:2, 246:17, 251:24, 260:2, 260:15, 284:24

**UNITED STATES DISTRICT COURT**

## 8

**8** [2] - 215:7, 271:20
**8-284** [1] - 151:20
**8.5** [1] - 234:2
**80** [1] - 285:15
**800** [1] - 151:20
**82** [1] - 251:20
**8:00** [3] - 288:20, 289:13, 289:16
**8:24** [1] - 215:8

## 9

**9** [2] - 216:16, 233:23
**90,000** [1] - 280:25
**90012** [2] - 150:24, 151:7
**90277** [1] - 151:21
**90405** [1] - 151:14
**91101** [1] - 151:18

## A

**A&M** [1] - 166:3
**A.M** [2] - 215:8, 288:20
**ABBREVIATE** [1] - 169:3
**ABLE** [7] - 167:3, 168:23, 168:25, 199:19, 261:2, 291:21, 292:21
**ABOVE** [1] - 294:11
**ABOVE-ENTITLED** [1] - 294:11
**ABROAD** [1] - 234:22
**ABSOLUTELY** [4] - 170:9, 201:12, 266:8, 274:12
**ABUSED** [5] - 155:4, 156:23, 157:10, 160:10, 160:12
**ABUSING** [1] - 157:23
**ACADEMICS** [1] - 273:12
**ACCELERATION** [1] - 207:10
**ACCELERATOR** [2] - 164:14, 207:6
**ACCELEROMETER** [3] - 195:5, 207:7, 207:8
**ACCEPT** [2] - 218:25, 285:17
**ACCEPTABLE** [2] - 215:12, 222:9
**ACCEPTED** [2] - 222:12, 267:23
**ACCEPTS** [1] - 219:16
**ACCESS** [3] - 163:24, 168:17, 171:22
**ACCIDENTALLY** [1] - 235:9
**ACCOMPLISH** [2] - 210:6, 293:6
**ACCORDING** [8] - 240:22, 254:3, 254:4, 257:20,

259:19, 281:13, 281:20, 281:21
**ACCOUNT** [17] - 155:5, 155:21, 156:9, 156:13, 156:15, 156:16, 159:11, 159:14, 159:24, 160:1, 160:5, 160:18, 220:5, 245:9, 277:18, 282:20, 283:1
**ACCOUNTABLE** [1] - 160:25
**ACCOUNTANT** [1] - 159:22
**ACCOUNTING** [1] - 238:16
**ACCRUAL** [6] - 238:15, 238:19, 238:23, 239:1, 259:19, 259:21
**ACCRUALS** [1] - 268:23
**ACCRUED** [1] - 259:15
**ACCURACY** [1] - 292:18
**ACCURATE** [1] - 230:20
**ACOUSTIC** [1] - 186:7
**ACQUISITION** [2] - 190:11, 206:14
**ACRONYM** [2] - 218:18, 218:20
**ACTING** [1] - 157:24
**ACTING** [1] - 151:4
**ACTIVE** [5] - 181:14, 202:6, 233:12, 233:13, 233:17
**ACTIVELY** [2] - 196:15, 243:4
**ACTIVITIES** [2] - 156:4, 181:16
**ACTIVITY** [7] - 163:6, 163:19, 164:1, 164:6, 168:23, 186:8, 210:18
**ACTUAL** [3] - 175:3, 279:19, 292:7
**ADAPT** [1] - 279:20
**ADD** [1] - 234:16, 270:12
**ADDED** [1] - 285:9
**ADDITION** [2] - 181:3, 196:10
**ADDITIONAL** [1] - 167:13
**ADDRESS** [17] - 158:19, 189:20, 224:24, 240:24, 241:1, 241:7, 241:16, 241:17, 241:18, 241:22, 241:23, 246:20, 247:1, 251:1, 269:25
**ADDRESSED** [2] - 192:5, 246:20
**ADDRESSES** [2] - 178:17, 241:14
**ADJECTIVE** [1] - 213:7
**ADMINISTRATION** [1] - 189:24
**ADMIT** [7] - 183:14, 192:22, 193:19, 214:25, 250:11, 259:2, 269:15
**ADMITTED** [7] - 155:13,

158:2, 159:1, 159:15, 215:3, 216:17, 217:1
**ADOPT** [1] - 219:3
**ADOPTED** [2] - 185:2, 236:3
**ADOPTION** [1] - 185:9
**ADOPTS** [1] - 169:5
**ADVANTAGE** [2] - 209:6, 211:11
**ADVANTAGES** [3] - 157:11, 160:11, 209:14
**ADVERTISING** [2] - 174:2, 174:10
**ADVICE** [42] - 168:19, 174:20, 175:25, 176:21, 221:3, 242:19, 245:19, 245:21, 245:22, 257:14, 266:19, 267:8, 267:13, 269:10, 269:12, 269:13, 270:9, 270:13, 270:18, 270:21, 271:3, 271:6, 271:9, 274:4, 274:6, 275:22, 276:11, 277:17, 277:20, 278:15, 279:18, 281:18, 281:20, 283:8, 284:5, 284:6, 285:9, 285:10, 285:15, 285:18, 286:2
**ADVICE** [1] - 153:7
**ADVISE** [1] - 256:18
**ADVISING** [1] - 267:11
**ADVISOR** [2] - 167:4, 167:11
**AFFILIATED** [2] - 249:20, 251:2
**AFFILIATION** [2] - 255:8, 266:17
**AFTERNOON** [5] - 161:7, 178:7, 197:6, 213:19, 228:8
**AFTERWARDS** [1] - 285:4
**AGENCY** [4] - 162:13, 169:21, 175:5, 197:22
**AGENCY** [2] - 183:9, 218:16
**AGENDA** [1] - 196:14
**AGENT** [4] - 234:7, 253:22, 253:23, 285:8
**AGENTS** [1] - 279:25
**AGO** [5] - 172:10, 172:18, 180:8, 185:1, 199:21
**AGREED** [3] - 189:22, 242:17, 268:15
**AGREEMENT** [2] - 153:7, 153:8
**AGREEMENT** [49] - 158:9, 159:15, 219:25, 239:21, 239:24, 240:18, 240:22, 241:22, 241:25, 242:9, 246:1, 248:16, 251:7, 251:9, 252:19, 252:22, 253:4, 253:12, 254:3, 264:17,

264:19, 264:22, 264:25, 268:2, 268:6, 268:7, 268:12, 268:16, 269:3, 269:5, 276:19, 276:21, 277:12, 279:6, 279:23, 279:24, 280:11, 280:22, 280:23, 280:24, 280:25, 281:10, 281:11, 281:13, 283:25, 284:1, 284:3
**AGREEMENTS** [12] - 157:2, 159:9, 159:10, 239:16, 245:24, 279:11, 279:17, 280:13, 281:6, 282:10, 288:12
**AGU** [1] - 273:9
**AHA** [1] - 173:17
**AHEAD** [5] - 199:4, 242:1, 254:22, 281:5, 282:23
**ALBUQUERQUE** [5] - 179:17, 179:23, 187:23, 196:6, 219:25
**ALDERMASTON** [2] - 228:21, 261:22
**ALGORRI** [4] - 150:23, 294:5, 294:18, 294:19
**ALLEVIATED** [1] - 266:1
**ALLOW** [2] - 209:4, 291:12
**ALLOWED** [9] - 155:11, 159:2, 159:5, 162:20, 162:21, 162:25, 185:16, 221:15, 290:17
**ALMOST** [5] - 161:19, 164:23, 172:7, 176:22, 283:24
**ALMOST** [1] - 222:23
**ALONE** [2] - 168:24, 264:14
**ALTERED** [1] - 175:18
**AMENDED** [1] - 292:11
**AMERICA** [1] - 150:5
**AMERICA** [1] - 156:15
**AMERICAN** [1] - 273:9
**AMOUNT** [5] - 176:11, 238:17, 239:2, 272:14, 286:2
**AMOUNTS** [2] - 259:12, 281:8
**ANALOG** [2] - 201:10, 202:14
**ANALOGOUS** [1] - 161:12
**ANALOGY** [1] - 179:5
**ANALYSIS** [1] - 175:23
**ANALYZES** [1] - 163:5
**AND** [3] - 294:6, 294:9, 294:11
**ANDREW** [6] - 237:23, 239:7, 239:8, 239:10, 257:10
**ANGELES** [3] - 151:7, 155:5, 160:6
**ANGELES** [3] - 150:14, 150:24, 154:1
**ANNA** [1] - 151:9

**ANNIVERSARY** [1] - 184:11

**ANNOUNCEMENT** [1] - 171:13

**ANNUAL** [2] - 153:6, 183:25

**ANNUAL** [2] - 184:3, 230:23

**ANSWER** [7] - 185:9, 203:11, 203:12, 212:25, 213:1, 237:25, 280:8

**ANSWERED** [3] - 240:4, 240:6, 288:4

**ANYWAY** [2] - 155:18, 245:13

**APOLOGIES** [1] - 292:10

**APOLOGIZE** [5] - 185:10, 201:5, 209:9, 214:7, 258:7

**APPEAR** [6] - 242:8, 246:4, 250:21, 254:5, 261:4, 269:13

**APPEARANCES** [1] - 151:1

**APPEARED** [1] - 262:24

**APPLIED** [1] - 277:20

**APPOINT** [1] - 167:4

**APPRECIATE** [2] - 290:22, 291:7

**APPROACH** [2] - 196:24, 277:10

**APPROACHED** [2] - 165:14, 166:25

**APPROPRIATE** [7] - 167:13, 211:15, 212:22, 220:14, 221:1, 221:4, 221:8

**APPROVE** [1] - 218:13

**APPROVED** [1] - 218:9

**APPROVING** [1] - 174:25

**APRIL** [2] - 215:8, 287:1

**AREA** [6] - 155:5, 160:6, 187:12, 244:18, 255:18, 255:22

**AREAS** [4] - 178:20, 181:22, 196:7, 207:19

**ARGUE** [1] - 267:23

**ARGUMENTS** [1] - 289:11

**ARRANGEMENT** [21] - 239:20, 249:9, 251:23, 266:11, 266:15, 267:18, 274:23, 274:25, 275:2, 275:13, 276:2, 276:14, 276:25, 280:14, 280:15, 282:12, 284:4, 284:13, 284:14, 287:12

**ARRANGEMENTS** [3] - 192:11, 245:20, 277:11

**ARRAY** [1] - 256:7

**ARRIVED** [2] - 189:9, 259:18

**ARTIFICIAL** [1] - 186:9

**ASIA** [6] - 158:7, 233:6, 233:7, 233:8, 263:18

**ASL** [33] - 179:18, 179:19, 179:21, 179:22, 181:25, 182:2, 182:6, 183:10, 183:11, 187:17, 187:24, 188:1, 188:16, 189:9, 191:18, 192:10, 192:13, 206:2, 206:3, 206:6, 206:7, 206:8, 206:15, 206:23, 213:3, 216:12, 220:3, 220:11, 220:23, 226:19, 226:21, 226:25

**ASSISTANT** [1] - 151:5

**ASSOCIATED** [1] - 224:24

**ASSUME** [1] - 216:4

**ASSUMED** [2] - 223:7, 267:2

**ASSUMING** [1] - 205:25

**ASSURE** [1] - 167:7

**ATTACHED** [3] - 207:4, 280:13, 292:8

**ATTAINED** [1] - 207:1

**ATTEMPT** [1] - 284:11

**ATTEND** [1] - 228:24

**ATTENTION** [39] - 183:21, 184:1, 184:6, 184:20, 186:1, 187:9, 188:3, 188:12, 188:21, 189:1, 189:15, 191:21, 195:8, 198:14, 224:7, 224:25, 225:5, 225:20, 225:25, 240:20, 241:20, 242:3, 242:14, 243:14, 247:24, 248:13, 250:20, 253:1, 253:14, 258:8, 269:20, 271:18, 272:8, 279:6, 280:18, 282:15, 284:17, 285:5, 285:21

**ATTORNEY** [2] - 151:4, 151:5

**AUDIT** [1] - 222:14

**AUDITORS** [1] - 174:14

**AUGUST** [2] - 196:4, 237:13

**AUTHORITIES** [3] - 173:19, 176:5, 288:8

**AUTHORIZING** [1] - 281:15

**AVAILABLE** [2] - 186:21, 211:3

**AVENUE** [1] - 151:9

**AVERAGE** [2] - 230:23, 230:24

**AVOUAC** [1] - 291:8

**AWARE** [8] - 185:22, 190:3, 237:1, 239:9, 254:7, 254:9, 255:25, 256:14

**B**

**BACKGROUND** [6] - 178:8, 218:4, 228:23, 229:16, 262:2, 262:3

**BACKING** [2] - 270:10, 278:15

**BAD** [1] - 245:17

**BALANCE** [1] - 211:2

**BAN** [1] - 185:3

**BAN** [4] - 183:5, 185:2, 185:6, 256:2

**BAND** [1] - 209:1

**BANK** [15] - 155:5, 155:21, 156:8, 156:13, 159:11, 159:14, 159:21, 159:22, 159:24, 160:5, 176:18, 176:19, 245:9, 248:23, 277:18

**BANK** [1] - 156:15

**BANKING** [6] - 155:4, 159:19, 160:3, 160:12, 160:15, 258:19

**BASED** [26] - 168:24, 179:1, 182:22, 182:25, 212:18, 213:3, 213:15, 215:12, 215:24, 216:10, 218:13, 218:24, 219:2, 220:19, 222:8, 223:12, 223:13, 225:13, 226:17, 231:18, 244:4, 283:6, 284:3, 289:7, 290:23, 291:11

**BASIS** [1] - 184:17

**BEACH** [1] - 151:21

**BEAR** [2] - 174:6, 273:19

**BECAME** [2] - 230:19, 237:1

**BECOME** [1] - 259:24

**BECOMING** [1] - 229:19

**BEDNARSKI** [2] - 151:15, 151:16

**BEGAN** [2] - 185:8, 201:9

**BEGIN** [4] - 154:9, 154:24, 164:3, 229:7

**BEGINNING** [9] - 186:4, 195:9, 200:22, 201:9, 272:10, 279:16, 279:22, 283:4, 285:13

**BEGINS** [3] - 191:22, 215:11, 219:9

**BEHALF** [3] - 159:7, 253:4, 253:6

**BELIEF** [1] - 198:8

**BELIEVES** [3] - 176:8, 218:24, 241:6

**BELL** [3] - 237:23, 239:7, 257:10

**BELONGING** [1] - 269:25

**BELOW** [2] - 259:14, 272:14

**BENEATH** [1] - 272:1

**BENEFIT** [3] - 173:10, 175:19, 208:23

**BENEFITED** [2] - 172:16, 176:1

**BENEFITS** [1] - 176:21

**BENTLEY** [1] - 169:11

**BERKELEY** [1] - 179:5

**BEST** [9] - 167:8, 169:15, 169:16, 202:19, 226:25, 266:9, 272:16, 273:4, 285:7

**BETTER** [12] - 164:20, 169:1, 172:1, 172:11, 172:12, 174:22, 175:15, 179:10, 200:19, 209:10, 211:23, 247:6

**BETWEEN** [24] - 182:14, 188:19, 189:8, 189:21, 199:17, 219:25, 233:17, 233:22, 234:1, 234:11, 240:22, 252:3, 252:10, 252:22, 252:23, 262:22, 268:6, 268:7, 268:16, 269:6, 276:14, 276:22, 280:16, 284:18

**BETWEEN** [1] - 252:24

**BIBLE** [2] - 220:3, 226:25

**BID** [2] - 175:1, 175:4

**BIDDING** [2] - 175:6, 223:9

**BIDS** [2] - 157:17, 174:25

**BIG** [8] - 166:22, 175:12, 202:7, 214:10, 233:7, 233:14, 255:20, 256:12

**BIGGEST** [1] - 273:11

**BILL** [1] - 173:14

**BILLS** [1] - 173:12

**BINDER** [2] - 196:25, 197:1

**BIRO** [2] - 224:21, 224:22

**BIT** [5] - 201:4, 228:23, 262:1, 262:2, 262:7

**BLASTS** [1] - 186:9

**BLOW** [1] - 187:10

**BLOWN** [2] - 187:12, 194:23

**BLOWN-UP** [1] - 194:23

**BLUE** [1] - 167:23

**BOARD** [3] - 222:14, 229:22, 236:3

**BOARDS** [1] - 230:1

**BOB** [13] - 191:17, 192:5, 192:6, 194:3, 195:12, 200:1, 215:7, 216:4, 220:12, 220:16, 220:19, 220:25, 221:3

**BOGUS** [1] - 260:7

**BOLDER** [1] - 218:7

**BOMB** [1] - 163:20

**BOOKS** [1] - 173:11

**BORDER** [2] - 163:16, 163:17

**BOREHOLE** [5] - 204:20, 206:24, 210:9, 210:14, 210:19

**BOREHOLES** [1] - 204:21

**BOSS** [1] - 268:14
**BOTHER** [1] - 292:3
**BOTTOM** [25] - 165:1, 184:1, 186:3, 187:10, 199:1, 206:5, 222:2, 225:6, 225:7, 225:22, 225:23, 241:20, 242:3, 248:18, 251:10, 262:14, 262:15, 272:10, 272:17, 273:5, 279:10, 280:18, 285:23, 285:24, 286:19
**BOUGHT** [2] - 156:3, 190:19
**BOULEVARD** [2] - 151:13, 151:17
**BOX** [1] - 165:21
**BRANCH** [1] - 199:9
**BREAK** [4] - 154:22, 213:19, 288:20, 288:22
**BREAKTHROUGH** [1] - 202:16
**BRIBE** [1] - 160:13
**BRIBED** [1] - 177:9
**BRIBERY** [2] - 177:10, 236:1
**BRIBES** [18] - 155:3, 155:5, 155:12, 155:20, 156:25, 157:2, 157:4, 157:6, 157:20, 159:18, 160:10, 160:16, 160:17, 266:3, 287:22, 288:1, 288:7, 288:11
**BRIBING** [1] - 235:20
**BRIDGES** [1] - 232:20
**BRIEF** [1] - 255:16
**BRIEFLY** [2] - 221:22, 231:1
**BRING** [2] - 222:1, 261:7
**BRINGING** [1] - 154:8
**BRITAIN** [2] - 170:1, 170:3
**BRITISH** [2] - 176:5, 259:14
**BROAD** [3] - 178:19, 181:14, 209:6
**BROADBAND** [6] - 208:20, 208:23, 209:3, 209:10, 209:14, 209:21
**BROADER** [1] - 209:3
**BROADLY** [2] - 220:22, 277:3
**BROWN** [1] - 151:4
**BUDGET** [1] - 206:23
**BUILD** [4] - 162:8, 167:19, 208:5, 262:18
**BUILDING** [5] - 165:21, 171:18, 172:12, 232:22, 262:14
**BUILDINGS** [3] - 162:8, 179:11, 232:21
**BUILT** [1] - 172:19
**BUREAU** [2] - 178:16, 178:17

**BURIED** [1] - 173:3
**BURY** [1] - 165:2
**BUSES** [1] - 181:9
**BUSINESS** [23] - 157:11, 160:11, 162:22, 174:19, 174:22, 229:3, 230:12, 235:21, 241:24, 243:20, 244:17, 245:10, 245:17, 250:18, 250:19, 250:21, 251:4, 251:10, 251:12, 251:15, 254:12, 277:7
**BUSINESS** [1] - 153:12
**BUSINESSES** [2] - 161:15, 162:7
**BUY** [4] - 157:15, 165:19, 234:16, 250:4
**BUYS** [1] - 255:5
**BY** [60] - 151:5, 151:8, 151:9, 151:13, 151:16, 151:16, 151:19, 178:6, 182:19, 183:20, 188:12, 189:5, 191:12, 193:7, 194:1, 197:5, 197:22, 199:5, 203:15, 205:18, 210:4, 213:4, 215:6, 217:10, 221:24, 223:21, 224:7, 226:14, 228:7, 236:4, 236:13, 236:21, 240:17, 241:9, 242:2, 243:19, 245:7, 246:13, 247:8, 247:21, 249:8, 250:16, 252:18, 254:25, 255:3, 257:7, 258:8, 259:7, 263:5, 263:15, 266:16, 269:20, 271:17, 273:7, 278:20, 279:5, 280:17, 282:25, 284:16, 287:20

## C

**C-A-N-S-U-N** [1] - 230:8
**CAL** [5] - 161:13, 179:6, 198:1, 198:3, 221:14
**CALCULATED** [3] - 244:5, 281:20, 285:11
**CALIBRATE** [1] - 192:16
**CALIBRATIONS** [1] - 196:13
**CALIFORNIA** [5] - 150:2, 150:14, 150:24, 154:1, 294:7
**CALIFORNIA** [17] - 151:7, 151:14, 151:18, 151:21, 156:14, 156:16, 156:18, 159:14, 159:24, 160:19, 163:7, 179:1, 179:4, 179:5, 231:16, 233:2, 248:23
**CAMBRIDGE** [1] - 229:2
**CAMPAIGN** [1] - 174:3
**CAMPUS** [3] - 198:10, 255:14, 255:20

**CANADA** [1] - 231:17
**CANDIDATE** [1] - 166:3
**CANSUN** [13] - 172:19, 225:4, 226:5, 230:6, 230:7, 230:8, 230:9, 230:10, 235:1, 242:7, 253:5, 274:24
**CANSUN'S** [1] - 232:7
**CAPACITY** [1] - 253:8
**CAPITAL** [1] - 229:14
**CAPTURE** [1] - 209:4
**CARD** [8] - 241:25, 250:21, 250:22, 251:4, 251:10, 251:12, 251:15, 251:21
**CARDS** [1] - 153:12
**CARDS** [2] - 250:18, 250:19
**CAREFULLY** [1] - 167:3
**CARRIED** [2] - 167:8, 284:2
**CARRY** [6] - 234:3, 266:10, 267:17, 267:18, 268:5, 284:8
**CARRYING** [1] - 284:7
**CASE** [18] - 154:25, 155:1, 160:8, 160:9, 160:15, 161:1, 161:8, 173:19, 177:6, 177:8, 187:2, 253:24, 282:11, 289:2, 289:7, 292:19, 292:23
**CASE** [1] - 150:6
**CASE-BY-CASE** [1] - 282:11
**CASES** [4] - 180:24, 181:17, 186:25, 202:2
**CASH** [10] - 158:21, 172:23, 245:11, 245:15, 245:17, 258:12, 258:15, 258:17, 260:6
**CATALOGUE** [1] - 219:6
**CATEGORIES** [1] - 232:14
**CAUSED** [6] - 172:10, 248:24, 257:25, 272:3, 272:6
**CC** [1] - 226:5
**CENTER** [7] - 174:13, 183:5, 185:14, 185:23, 185:25, 186:9, 250:9
**CENTER** [19] - 155:8, 183:4, 186:5, 186:6, 187:14, 194:21, 195:4, 250:9, 253:11
**CENTERS** [2] - 185:16, 185:20
**CENTRAL** [1] - 179:4
**CENTRAL** [4] - 180:25, 201:18, 202:8, 207:25
**CENTRAL** [2] - 150:2, 294:7
**CEO** [4] - 157:25, 237:23, 239:8, 257:10
**CERTAIN** [4] - 165:10, 206:8, 212:1, 277:22
**CERTAINLY** [7] - 211:17, 220:10, 223:24, 245:12, 258:13, 260:3, 260:7
**CERTIFICATE** [1] - 294:1

**CERTIFICATIONS** [1] - 157:18
**CERTIFIED** [1] - 151:22
**CERTIFIED** [1] - 156:5
**CERTIFY** [1] - 294:7
**CERTIFYING** [2] - 175:7, 254:16
**CHAIN** [2] - 191:24, 217:12
**CHAIR** [1] - 229:22
**CHAIRMAN** [9] - 157:25, 228:15, 229:5, 229:10, 229:19, 229:21, 229:25, 244:4, 262:1
**CHANCE** [1] - 283:16
**CHANGE** [1] - 278:18
**CHANGED** [1] - 165:11
**CHANGING** [1] - 281:10
**CHARACTERIZATION** [1] - 249:6
**CHARACTERIZE** [1] - 250:24
**CHARACTERIZING** [1] - 200:20
**CHARGE** [5] - 170:18, 179:17, 184:14, 187:25, 188:16
**CHARGED** [2] - 156:19, 160:20
**CHART** [1] - 247:25
**CHECK** [4] - 244:16, 268:11, 274:15, 274:16
**CHECKED** [1] - 169:18
**CHEMICAL** [1] - 181:8
**CHEOL** [1] - 150:8
**CHEOL** [4] - 155:6, 187:14, 187:18, 236:14
**CHI** [1] - 150:8
**CHI** [147] - 155:6, 161:9, 161:14, 161:18, 163:2, 163:8, 163:23, 165:4, 165:13, 165:25, 166:3, 166:7, 166:21, 167:4, 167:10, 168:1, 168:6, 168:18, 169:7, 169:13, 170:2, 171:2, 171:10, 171:13, 172:2, 172:14, 172:15, 173:11, 173:14, 173:22, 174:24, 175:5, 175:18, 176:8, 176:14, 177:8, 187:14, 187:15, 187:18, 188:15, 189:6, 189:21, 191:2, 191:16, 191:17, 192:2, 192:8, 194:10, 196:10, 200:4, 212:17, 215:7, 215:15, 216:20, 217:13, 218:9, 220:13, 220:24, 222:4, 222:11, 224:19, 225:1, 225:9, 226:3, 226:16, 226:24, 236:14, 236:23,

237:15, 237:20, 238:9,
238:20, 242:18, 242:25,
246:19, 247:3, 247:9,
247:13, 249:9, 249:19,
251:12, 253:7, 254:24,
254:25, 256:1, 256:15,
256:16, 256:22, 257:15,
257:19, 258:22, 259:25,
260:12, 260:18, 261:7,
261:10, 261:18, 261:21,
262:22, 263:16, 263:21,
264:3, 264:6, 264:8, 264:14,
264:17, 265:4, 265:7,
265:12, 266:7, 266:16,
266:19, 267:5, 267:10,
268:3, 269:1, 269:22, 270:1,
270:24, 271:20, 271:21,
271:24, 272:20, 273:1,
273:8, 273:13, 274:1, 274:9,
274:22, 275:1, 275:21,
277:7, 277:14, 277:16,
278:21, 279:7, 279:10,
280:18, 281:15, 282:1,
282:13, 284:19, 286:7,
286:23, 287:4, 287:11,
287:21

**CHI'S** [14] - 166:24, 167:23,
167:24, 168:7, 175:22,
193:13, 194:15, 222:18,
237:22, 240:25, 242:13,
250:6, 271:3, 282:17

**CHI@KIGAM.RE.KR** [1] -
251:3

**CHIEF** [5] - 179:2, 230:1,
230:19, 237:5, 292:23

**CHIEF** [1] - 172:24

**CHIEFLY** [1] - 263:6

**CHINA** [4] - 189:23, 189:24,
231:19, 233:14

**CHOICE** [1] - 211:4

**CHOICES** [2] - 210:24,
211:6

**CHOOSING** [1] - 210:6

**CHRIS** [4] - 157:25, 172:25,
176:3, 285:16

**CHRISTOPHER** [2] -
227:24, 228:4

**CHRISTOPHER** [4] -
152:13, 227:14, 227:23,
227:24

**CHRONOLOGICAL** [1] -
152:5

**CIRCULAR** [1] - 206:4

**CIRCUMSTANCES** [2] -
207:1, 243:3

**CITY** [1] - 168:10

**CITY** [2] - 156:17, 160:1

**CIVIL** [1] - 232:19

**CLARE** [5] - 270:21,
270:23, 271:25, 272:25,

273:5

**CLARIFY** [4] - 205:18,
226:15, 273:23, 274:3

**CLAUSE** [1] - 173:4

**CLEAR** [10] - 176:12, 187:1,
238:19, 245:5, 271:2, 274:3,
274:4, 274:12, 275:4, 281:3

**CLEARLY** [3] - 252:9,
272:6, 273:5

**CLEARS** [1] - 167:20

**CLERK** [5] - 177:17,
177:23, 213:21, 227:15,
227:21

**CLIENT** [6] - 234:23,
253:22, 254:6, 278:6, 286:20

**CLIENTS** [1] - 273:12

**CLOSE** [2] - 211:10, 231:10

**CLOSE-UP** [1] - 231:10

**CLOSER** [2] - 154:10,
228:2

**CLOSEST** [1] - 161:12

**CMG** [1] - 232:6

**CMG-3TB** [4] - 204:4,
204:14, 205:20

**CO** [1] - 176:15

**CO-WORKERS** [1] - 176:15

**COAST** [1] - 151:20

**CODE** [1] - 294:8

**CODE** [1] - 279:19

**COFFEE** [2] - 289:18,
289:19

**COLLABORATES** [1] -
183:11

**COLLABORATION** [4] -
161:15, 179:4, 186:17,
189:24

**COLLABORATIVELY** [1] -
174:18

**COLLEAGUE** [2] - 160:23,
193:13

**COLLEAGUES** [5] - 264:7,
272:18, 279:25, 280:1,
287:14

**COLLECT** [1] - 161:22

**COLLECTED** [1] - 256:10

**COLLECTING** [3] - 284:5,
284:6

**COLLECTION** [3] - 164:9,
174:21, 197:2

**COLLECTS** [1] - 163:11

**COLLEGE** [1] - 228:24

**COLORADO** [1] - 151:17

**COLUMN** [1] - 259:15

**COMBINATIONS** [1] -
223:24

**COMING** [1] - 174:12

**COMMENT** [3] - 216:21,
272:15

**COMMENTED** [1] - 213:12

**COMMENTS** [1] - 275:17

**COMMERCIAL** [2] - 250:3,
276:17

**COMMISSION** [2] - 257:14,
259:15

**COMMISSIONS** [2] - 153:9,
153:10

**COMMON** [1] - 211:14

**COMMUNICATING** [2] -
181:19, 272:20

**COMMUNICATION** [6] -
166:18, 167:14, 180:24,
201:17, 202:8, 208:1

**COMMUNICATIONS** [1] -
195:16

**COMMUNITY** [3] - 181:15,
186:24, 243:5

**COMPANIES** [25] - 155:3,
155:19, 156:10, 156:12,
156:24, 157:2, 157:3, 157:8,
157:16, 157:20, 159:2,
159:12, 160:11, 161:16,
161:17, 190:15, 195:25,
224:4, 229:23, 231:15,
231:19, 232:20, 274:20,
280:16

**COMPANY** [52] - 155:15,
157:4, 158:1, 158:8, 158:12,
166:9, 167:5, 168:9, 169:2,
172:19, 172:20, 172:21,
172:22, 172:24, 173:4,
173:7, 175:12, 175:19,
190:18, 202:24, 204:13,
222:14, 223:13, 228:17,
228:19, 229:9, 229:15,
229:17, 229:19, 229:24,
230:3, 230:4, 230:5, 230:10,
230:12, 230:15, 231:18,
233:1, 235:15, 236:2,
238:20, 238:24, 244:5,
252:10, 268:8, 275:22,
277:17, 283:11, 283:12,
286:1, 287:11

**COMPARE** [2] - 245:23,
278:7

**COMPARED** [2] - 210:24,
272:5

**COMPATIBILITY** [1] -
167:17

**COMPATIBLE** [1] - 167:8

**COMPENSATION** [2] -
168:1, 173:2

**COMPETITOR** [1] - 223:16

**COMPETITORS** [2] -
157:11, 231:13

**COMPLETE** [2] - 185:3,
209:15

**COMPLETELY** [1] - 285:10

**COMPLETION** [1] - 245:4

**COMPLEX** [4] - 164:3,
164:4, 172:5, 277:23

**COMPONENT** [1] - 207:3

**COMPONENTS** [6] -
206:11, 206:13, 206:14,
206:16, 208:2, 208:11

**COMPREHENSIVE** [4] -
183:5, 185:1, 185:6, 256:2

**COMPUTER** [4] - 165:19,
180:22, 206:10, 206:16

**COMPUTERIZED** [1] -
164:21

**COMPUTERS** [1] - 206:14

**CONCEALED** [1] - 158:4

**CONCERN** [8] - 220:16,
238:23, 248:3, 248:25,
249:12, 257:25, 258:11,
292:12

**CONCERNED** [9] - 239:13,
249:9, 249:16, 258:17,
259:25, 260:8, 265:22,
266:2, 287:25

**CONCERNING** [1] - 260:5

**CONCERNS** [3] - 266:1,
273:20, 287:9

**CONCLUDE** [2] - 176:13,
177:8

**CONCLUDED** [2] - 215:16,
293:12

**CONCLUDES** [1] - 220:3

**CONCLUSION** [1] - 176:12

**CONDITION** [1] - 254:1

**CONDITIONS** [1] - 220:18

**CONDUCT** [1] - 289:5

**CONFER** [2] - 291:4, 291:6

**CONFERENCE** [1] - 294:12

**CONFERENCE** [4] - 206:6,
206:7, 273:10, 273:11

**CONFERENCES** [2] -
181:21, 181:23

**CONFIDENT** [1] - 261:6

**CONFIDENTIAL** [4] -
274:25, 275:14, 276:9,
287:16

**CONFIGURATIONS** [1] -
166:15

**CONFORMANCE** [1] -
294:12

**CONFUSED** [1] - 262:7

**CONNECTION** [3] - 236:6,
262:11, 262:22

**CONNECTS** [1] - 180:22

**CONSIDER** [2] - 219:2,
229:19

**CONSIDERED** [3] - 186:22,
211:12, 218:14

**CONSISTENCY** [1] - 278:1

**CONSISTENT** [1] - 161:1

**CONSISTS** [1] - 180:17

**CONSTITUTED** [1] - 287:22

**CONSTRUCTIVE** [1] -
282:7

**CONSULT** [3] - 167:12, 212:8, 215:16
**CONSULTANCY** [3] - 244:1, 248:5, 248:6
**CONSULTANT** [7] - 243:22, 243:25, 244:2, 244:5, 244:14, 245:8, 245:11
**CONSULTANTS** [2] - 243:20, 244:15
**CONSULTING** [14] - 172:3, 238:4, 238:7, 245:18, 245:24, 246:1, 248:16, 251:23, 269:5, 279:23, 280:11, 280:24, 282:12
**CONTACT** [4] - 155:14, 278:21, 286:6, 286:8
**CONTAINED** [4] - 158:18, 159:4, 246:22, 285:22
**CONTAINING** [1] - 242:3
**CONTEMPLATED** [1] - 277:13
**CONTENTED** [1] - 184:19
**CONTENTS** [3] - 271:22, 279:24, 292:6
**CONTEXT** [2] - 173:25, 245:21
**CONTINUE** [1] - 286:18
**CONTINUING** [1] - 269:2
**CONTINUOUSLY** [2] - 195:16, 230:13
**CONTRACT** [40] - 159:7, 166:6, 166:8, 167:1, 167:3, 167:10, 167:24, 168:6, 169:23, 170:5, 170:7, 170:8, 170:10, 170:11, 170:12, 170:13, 170:14, 170:16, 170:25, 171:4, 171:9, 171:15, 173:3, 197:23, 221:15, 240:2, 242:15, 242:17, 243:14, 243:15, 243:17, 244:6, 244:17, 246:5, 252:3, 282:11, 283:2, 283:7, 284:4, 285:17
**CONTRACTING** [1] - 221:13
**CONTRACTS** [9] - 157:17, 159:6, 162:22, 169:6, 170:20, 171:19, 174:20, 234:19, 285:20
**CONTROL** [2] - 195:6, 255:15
**CONTROLLED** [1] - 190:7
**CONVERSATION** [5] - 239:19, 265:13, 268:18, 274:5, 274:8
**COOPERATION** [1] - 153:19
**COOPERATION** [7] - 188:14, 188:19, 189:12, 189:19, 189:20, 189:22,

246:3
**COOPERATIVE** [2] - 186:7, 186:13
**COORDINATION** [1] - 167:7
**COPIES** [3] - 170:19, 199:3, 250:18
**COPY** [2] - 199:2, 251:7
**CORNER** [6] - 183:22, 184:2, 246:20, 247:2, 259:13, 259:14
**CORRECT** [1] - 294:9
**CORRECT** [34] - 182:12, 187:7, 187:8, 197:9, 197:13, 200:3, 200:5, 200:6, 200:11, 200:12, 200:14, 202:25, 203:3, 203:15, 203:18, 204:10, 205:25, 206:20, 206:21, 207:5, 207:23, 208:4, 208:22, 215:7, 216:1, 219:23, 220:6, 221:2, 225:10, 226:23, 226:25, 290:19, 292:25, 293:2
**CORRECTLY** [5] - 197:7, 201:19, 209:19, 242:21, 253:18
**CORRUPT** [3] - 174:24, 177:1
**CORRUPTION** [3] - 155:1, 160:9, 236:1
**COST** [14] - 165:21, 168:14, 169:12, 171:17, 208:3, 209:2, 209:19, 210:18, 210:24, 211:1, 211:2, 248:3, 285:8, 285:11
**COST-EFFECTIVE** [3] - 209:2, 209:19, 210:18
**COSTING** [1] - 248:7
**COSTLY** [1] - 170:6
**COSTS** [5] - 165:3, 208:11, 209:20, 270:11, 277:5
**COUNSEL** [9] - 154:7, 214:19, 221:25, 225:8, 289:11, 289:25, 290:19, 291:6, 293:8
**COUNSEL** [1] - 151:1
**COUNTRIES** [8] - 160:16, 163:21, 186:8, 186:14, 186:20, 233:17, 256:4
**COUNTRY** [7] - 161:13, 169:14, 171:18, 176:19, 232:11, 234:5, 249:2
**COUNTS** [2] - 160:20, 161:2
**COUPLE** [6] - 163:17, 173:14, 181:23, 226:10, 231:19, 289:25
**COURSE** [13] - 155:15, 171:24, 172:3, 176:22, 181:2, 181:7, 181:11,

233:18, 243:20, 245:4, 246:14, 261:23, 289:8
**COURT** [127] - 150:1, 150:23, 154:7, 154:14, 154:16, 154:21, 161:4, 177:13, 178:2, 182:18, 183:17, 188:8, 188:10, 188:23, 189:3, 191:8, 191:10, 192:24, 193:3, 193:5, 193:21, 193:23, 196:21, 196:25, 197:3, 197:21, 199:3, 203:8, 203:10, 205:1, 205:4, 205:7, 205:10, 205:13, 205:15, 210:3, 212:24, 213:1, 213:16, 213:18, 213:24, 214:4, 214:12, 214:14, 214:17, 214:24, 215:3, 217:3, 217:5, 217:7, 219:14, 221:18, 221:21, 223:20, 224:6, 224:9, 226:9, 226:11, 227:8, 227:11, 228:1, 235:24, 236:12, 236:19, 239:23, 240:5, 240:8, 240:12, 240:14, 241:5, 241:8, 241:21, 242:1, 243:12, 245:1, 246:9, 246:11, 246:25, 247:6, 247:20, 249:7, 250:13, 252:15, 254:20, 255:2, 257:4, 258:3, 258:5, 259:4, 263:3, 263:11, 263:14, 266:6, 269:17, 271:14, 272:23, 278:13, 279:2, 280:7, 282:21, 282:23, 283:21, 287:6, 287:19, 287:24, 288:5, 288:14, 288:16, 288:19, 289:24, 290:3, 290:6, 290:9, 290:23, 291:5, 291:11, 291:14, 291:17, 291:19, 292:1, 292:12, 292:25, 293:3, 293:11, 294:6, 294:19
**COURT** [5] - 160:14, 199:2, 289:11, 291:7, 291:10
**COURT** [11] - 154:6, 154:15, 154:20, 177:19, 213:23, 214:3, 214:16, 227:17, 236:16, 289:23, 290:4
**COURTHOUSE** [1] - 151:6
**COURTROOM** [1] - 154:18
**COVER** [2] - 209:6, 257:20
**COVERING** [4] - 189:17, 280:4, 280:9, 280:12
**CR** [1] - 150:7
**CR-5P** [3] - 219:10, 219:16, 220:1
**CRANFIELD** [1] - 229:3
**CRASH** [2] - 216:9, 216:13

**CRD** [1] - 196:24
**CREATED** [4] - 180:11, 231:5, 257:16, 257:17
**CREATION** [1] - 184:16
**CRIME** [3] - 160:15, 177:3, 177:4
**CRIMES** [1] - 160:25
**CRIMINAL** [1] - 173:19
**CRITICAL** [1] - 176:25
**CRITICALLY** [1] - 168:17
**CROSS** [1] - 152:10
**CROSS** [3] - 196:21, 214:20, 288:17
**CROSS** [1] - 197:4
**CROSS-EXAMINATION** [1] - 152:10
**CROSS-EXAMINATION** [3] - 196:21, 214:20, 288:17
**CROSS-EXAMINATION** [1] - 197:4
**CRR** [2] - 150:23, 294:19
**CSR** [2] - 150:23, 294:19
**CTBT** [3] - 185:2, 185:11, 185:15
**CTBTO** [12] - 184:22, 184:25, 185:2, 185:5, 185:13, 185:17, 256:1, 256:2, 256:4, 256:7, 256:17, 256:19
**CUPBOARD** [2] - 252:8, 252:20
**CURRENT** [3] - 157:25, 178:24, 179:12
**CUSTOMER** [9] - 232:24, 232:25, 234:9, 234:18, 250:4, 254:13, 254:15, 266:7, 266:8
**CUSTOMERS** [12] - 156:5, 157:15, 167:12, 167:22, 168:9, 170:17, 232:12, 232:13, 234:6, 234:25, 278:3, 278:7
**CUT** [2] - 277:17, 287:3

---

**D**

**DAEJEON** [4] - 241:17, 263:22, 263:25, 264:2
**DAM** [1] - 168:10
**DAMAGE** [1] - 172:10
**DATA** [72] - 161:23, 163:5, 163:6, 163:11, 163:24, 164:7, 168:22, 168:24, 168:25, 169:13, 171:18, 175:10, 175:11, 175:18, 180:21, 180:23, 180:25, 183:5, 185:14, 185:16, 185:19, 185:20, 185:21, 185:22, 185:25, 186:15, 186:18, 186:20, 186:22,

186:23, 187:4, 189:21,
189:23, 190:11, 195:5,
195:16, 200:13, 200:16,
200:18, 200:19, 201:14,
201:15, 201:17, 202:3,
202:8, 202:14, 202:19,
203:19, 206:13, 207:24,
213:15, 215:12, 215:24,
216:5, 216:11, 217:21,
218:8, 218:10, 218:13,
218:24, 220:12, 220:20,
222:8, 222:24, 223:25,
243:25, 255:16, 256:9,
256:10
   **DATE** [5] - 242:8, 251:24,
261:17, 278:22, 282:17
   **DATED** [1] - 294:15
   **DATED** [4] - 253:12,
269:22, 271:20, 282:16
   **DATES** [1] - 236:2
   **DAVID** [1] - 151:8
   **DAY** [2] - 150:13, 294:15
   **DAY-TO-DAY** [1] - 154:18
   **DAYS** [2] - 244:11, 248:6
   **DAYS'** [1] - 245:5
   **DC** [1] - 151:10
   **DEAL** [1] - 263:6
   **DEALS** [1] - 169:21
   **DECEMBER** [6] - 200:2,
229:8, 229:9, 271:20,
273:18, 286:17
   **DECIDE** [1] - 177:7
   **DECIDED** [3] - 266:9,
271:6, 282:3
   **DECISION** [5] - 177:1,
219:17, 220:4, 220:9
   **DECISIONS** [1] - 162:8
   **DECLARED** [1] - 222:12
   **DEDUCT** [1] - 271:7
   **DEEP** [4] - 164:6, 165:1,
206:19, 206:22
   **DEFENDANT** [27] - 154:8,
155:6, 155:16, 155:18,
155:25, 156:7, 157:21,
157:23, 158:2, 158:10,
158:14, 158:17, 158:19,
158:20, 159:1, 159:3, 159:7,
159:19, 160:2, 160:17,
160:24, 161:2, 214:19,
236:14, 236:20, 251:2, 275:7
   **DEFENDANT** [1] - 151:11
   **DEFENDANT** [1] - 150:9
   **DEFENDANT'S** [6] -
156:22, 158:25, 159:20,
159:24, 160:1, 250:21
   **DEFENSE** [3] - 161:5,
199:4, 290:13
   **DEFERRING** [1] - 220:8
   **DEFINE** [5] - 162:24,
166:14, 167:12, 167:13,

175:21
   **DEFINED** [3] - 194:20,
194:23, 244:9
   **DEFINITELY** [1] - 272:10
   **DEFINITELY** [1] - 272:11
   **DEFINITION** [1] - 244:8
   **DEGREE** [4] - 166:4,
228:25, 235:17, 246:3
   **DEGREES** [1] - 229:1
   **DELETE** [5] - 158:10,
158:11, 275:18, 276:8,
287:12
   **DELETED** [4] - 159:3,
159:4, 219:6, 227:2
   **DELETING** [1] - 276:5
   **DELIVER** [1] - 262:18
   **DELIVERED** [5] - 245:6,
286:14, 286:15, 286:16
   **DELIVERIES** [1] - 248:7
   **DELIVERY** [3] - 244:9,
245:3
   **DEMONSTRATION** [1] -
171:14
   **DENIED** [1] - 182:18
   **DEPARTMENT** [3] - 178:15,
197:9, 197:11
   **DEPARTMENT** [1] - 151:8
   **DEPARTMENT** [1] - 244:16
   **DEPARTMENTS** [2] -
255:21, 267:12
   **DEPENDED** [1] - 201:25
   **DEPLOY** [5] - 208:12,
211:1, 212:14, 262:18,
286:20
   **DEPLOYED** [4] - 204:21,
206:24, 207:1, 286:19
   **DEPOSITS** [3] - 162:5,
162:6
   **DEPTHS** [2] - 207:2
   **DERIVED** [1] - 187:2
   **DESCRIBE** [11] - 161:22,
178:7, 179:21, 180:8,
184:25, 185:14, 189:11,
194:23, 195:10, 212:12,
259:10
   **DESCRIBED** [8] - 178:21,
181:4, 194:24, 195:21,
200:23, 231:24, 276:16,
287:7
   **DESCRIBES** [1] - 194:17
   **DESCRIBING** [2] - 192:8,
280:12
   **DESCRIPTION** [7] - 189:5,
189:13, 244:20, 248:2,
248:8, 248:9, 248:10
   **DESIGNED** [8] - 167:22,
202:1, 202:19, 202:21,
207:9, 207:11, 208:25,
220:17
   **DESIRE** [1] - 267:15

   **DETAIL** [1] - 219:10
   **DETAILS** [2] - 168:15,
190:4
   **DETECT** [7] - 181:4, 231:4,
231:6, 231:8, 231:9, 231:11,
231:23
   **DETECTING** [4] - 156:1,
156:2, 181:3, 223:22
   **DETERMINE** [6] - 162:4,
162:5, 163:19, 209:11,
221:11
   **DETERMINES** [1] - 163:12
   **DEVELOPED** [3] - 164:20,
180:5, 199:9
   **DEVELOPING** [4] - 169:14,
176:19, 185:8, 186:10
   **DEVELOPMENT** [3] -
180:4, 184:18, 230:20
   **DEVICE** [2] - 201:22, 232:3
   **DEVICES** [1] - 164:22
   **DICTATE** [1] - 162:15
   **DIFFERENCE** [2] - 199:17,
234:11
   **DIFFERENT** [19] - 162:19,
163:14, 163:25, 164:13,
166:17, 168:6, 181:10,
186:14, 196:9, 208:10,
208:14, 208:18, 208:20,
211:15, 255:21, 283:13,
284:9
   **DIFFICULT** [2] - 214:6,
266:25
   **DIG** [1] - 165:1
   **DIGGING** [1] - 173:16
   **DIGITAL** [6] - 165:12,
195:6, 201:8, 202:14, 232:2
   **DIGITIZER** [1] - 187:7
   **DIGITIZERS** [1] - 232:1
   **DIGITIZES** [1] - 180:23
   **DINNER** [1] - 264:13
   **DIRECT** [2] - 152:10,
152:14
   **DIRECT** [2] - 178:5, 228:6
   **DIRECT** [18] - 183:20,
184:1, 184:6, 184:20, 188:3,
188:21, 189:1, 189:15,
191:21, 224:7, 224:25,
225:5, 225:20, 225:25,
234:8, 234:12, 234:17,
234:20
   **DIRECTED** [5] - 156:10,
156:12, 160:17, 239:10,
257:9
   **DIRECTING** [2] - 188:12,
195:8
   **DIRECTLY** [6] - 234:9,
234:18, 234:19, 263:7,
275:23, 277:13
   **DIRECTOR** [14] - 155:7,
155:24, 174:13, 230:18,

230:20, 237:5, 237:6, 238:6,
250:8, 251:16, 258:1,
259:16, 268:14, 284:23
   **DISCLOSE** [2] - 272:17,
273:6
   **DISCOUNT** [4] - 168:13,
173:8, 272:13, 272:16
   **DISCOUNTED** [1] - 171:23
   **DISCOVERED** [2] - 239:25,
277:21
   **DISCOVERY** [2] - 237:3,
239:3
   **DISCUSS** [10] - 211:14,
237:19, 261:23, 265:20,
268:1, 273:16, 276:10,
289:1, 289:25, 293:8
   **DISCUSSED** [5] - 190:5,
192:18, 195:18, 277:25,
279:24
   **DISCUSSES** [1] - 225:13
   **DISCUSSION** [5] - 265:11,
273:13, 274:1, 276:5, 276:12
   **DISCUSSIONS** [11] -
182:25, 196:16, 211:18,
211:20, 211:22, 212:1,
263:20, 263:23, 264:16,
264:22, 264:25
   **DISPUTE** [2] - 292:20,
292:24
   **DISPUTED** [1] - 292:18
   **DISRUPTED** [3] - 209:24,
210:17, 210:21
   **DISTANCE** [1] - 204:3
   **DISTRIBUTE** [1] - 216:21
   **DISTRIBUTOR** [11] - 234:6,
234:7, 234:12, 234:13,
234:14, 234:15, 262:7,
263:24, 264:3, 264:23, 275:2
   **DISTRIBUTORS** [1] - 262:5
   **DISTRICT** [5] - 150:1,
150:2, 150:3, 294:6, 294:7
   **DIVISION** [1] - 150:2
   **DO** [1] - 294:7
   **DOCKET** [1] - 292:5
   **DOCUMENT** [27] - 186:2,
188:13, 188:17, 189:7,
189:10, 191:13, 193:9,
194:2, 194:6, 199:16,
240:21, 240:23, 241:2,
243:7, 243:10, 244:9, 245:3,
248:4, 250:17, 252:6, 252:9,
253:15, 257:12, 260:1,
290:25, 292:5
   **DOCUMENT** [2] - 153:9,
153:10
   **DOCUMENTATION** [1] -
269:13
   **DOCUMENTS** [12] - 156:21,
160:22, 222:1, 246:14,
252:7, 257:8, 257:11,

261:14, 270:10, 280:10, 292:3, 293:4

**DOLLAR** [1] - 169:15

**DOLLARS** [9] - 158:21, 159:11, 173:15, 176:23, 208:3, 238:25, 239:1, 256:25, 259:13

**DONE** [16] - 175:1, 175:4, 212:16, 244:10, 244:19, 247:21, 253:22, 283:6, 284:3, 284:9, 284:12, 285:10, 288:9, 288:10

**DOWN** [8] - 165:1, 181:9, 192:12, 206:19, 215:11, 219:9, 219:11, 279:21

**DR** [251] - 157:25, 158:1, 161:9, 161:14, 161:18, 163:2, 163:8, 163:23, 165:4, 165:8, 165:9, 165:13, 165:25, 166:2, 166:3, 166:6, 166:7, 166:21, 166:24, 166:25, 167:4, 167:5, 167:10, 167:23, 167:24, 168:1, 168:6, 168:7, 168:18, 169:7, 169:13, 170:2, 171:2, 171:3, 171:10, 171:12, 171:13, 172:2, 172:14, 172:15, 173:11, 173:14, 173:22, 174:24, 175:5, 175:18, 175:22, 176:8, 176:14, 177:8, 177:16, 183:20, 186:4, 188:13, 188:15, 189:2, 189:5, 189:6, 189:21, 191:2, 191:16, 191:17, 192:2, 192:5, 192:6, 192:8, 193:8, 193:9, 193:13, 194:1, 194:7, 194:10, 194:15, 194:24, 195:3, 195:11, 196:10, 200:4, 212:17, 215:7, 215:15, 216:20, 217:13, 218:9, 220:13, 220:24, 221:25, 222:4, 222:5, 222:11, 222:18, 222:19, 223:12, 224:19, 225:1, 225:9, 226:3, 226:15, 226:16, 226:24, 227:14, 228:16, 229:4, 231:1, 234:3, 234:10, 235:18, 236:4, 236:13, 236:23, 237:15, 237:20, 237:22, 238:9, 238:20, 239:15, 240:17, 240:25, 241:9, 241:19, 242:2, 242:13, 242:14, 242:18, 242:25, 243:6, 245:7, 246:13, 246:19, 246:21, 247:3, 247:8, 247:9, 247:13, 247:24, 248:18, 249:8, 249:9, 249:19, 250:6, 250:16, 251:12, 251:22,

252:18, 253:7, 254:7, 254:24, 254:25, 256:1, 256:14, 256:15, 256:16, 256:22, 257:7, 257:15, 257:19, 257:23, 258:22, 259:7, 259:24, 259:25, 260:12, 260:17, 260:18, 261:7, 261:10, 261:18, 261:21, 262:22, 263:5, 263:15, 263:16, 263:21, 264:3, 264:6, 264:8, 264:14, 264:17, 265:3, 265:4, 265:7, 265:12, 266:7, 266:16, 266:19, 267:5, 267:10, 268:3, 268:23, 269:1, 269:14, 269:22, 270:1, 270:24, 271:3, 271:17, 271:20, 271:21, 271:24, 272:8, 272:20, 273:1, 273:7, 273:8, 273:13, 274:1, 274:8, 274:9, 274:22, 275:1, 275:21, 277:7, 277:14, 277:16, 278:20, 278:21, 279:7, 279:10, 280:2, 280:17, 280:18, 281:12, 281:15, 281:25, 282:1, 282:13, 282:17, 283:17, 284:16, 284:19, 285:16, 286:6, 286:7, 286:23, 287:4, 287:11, 287:20, 287:21, 290:17, 291:2, 291:8

**DRAFT** [3] - 280:10, 280:11

**DRAMATICALLY** [1] - 173:13

**DRAW** [7] - 198:14, 240:20, 242:14, 269:20, 279:5, 282:15, 285:21

**DRAWING** [4] - 247:24, 258:8, 280:17, 285:5

**DRAWN** [2] - 243:13, 248:13

**DREW** [3] - 239:6, 256:23, 258:23

**DRILL** [1] - 206:19

**DRIVE** [2] - 264:1, 289:20

**DRIVING** [2] - 181:9, 264:10

**DROPS** [1] - 201:3

**DROVE** [1] - 263:25

**DUE** [1] - 244:14

**DURING** [23] - 155:9, 155:10, 155:15, 156:20, 157:20, 171:24, 179:11, 181:11, 181:25, 182:6, 187:17, 188:15, 192:19, 194:8, 235:3, 235:18, 250:2, 268:11, 277:22, 286:21, 289:8, 292:2, 292:6

**DUTIES** [6] - 162:25, 175:22, 175:23, 177:2,

177:9, 229:20

# E

**E-MAIL** [85] - 155:13, 159:16, 174:4, 191:13, 191:16, 191:19, 191:22, 191:23, 192:1, 192:5, 192:8, 193:12, 194:3, 194:12, 194:17, 194:20, 194:22, 195:9, 200:1, 213:2, 213:8, 215:6, 215:10, 217:12, 218:3, 218:23, 219:4, 220:19, 220:21, 222:4, 222:7, 222:21, 223:12, 224:8, 224:11, 224:12, 224:13, 224:16, 224:18, 224:23, 225:1, 225:2, 225:7, 225:8, 225:13, 225:17, 225:22, 225:24, 226:1, 226:4, 227:4, 251:1, 251:17, 269:22, 269:25, 270:4, 271:18, 271:19, 271:22, 271:24, 271:25, 272:11, 272:17, 272:21, 272:24, 275:18, 278:22, 279:7, 280:3, 280:4, 280:9, 280:12, 282:5, 282:13, 282:16, 283:5, 283:18, 284:19, 285:1, 285:2, 285:6, 285:22, 286:9

**E-MAIL** [8] - 153:13, 153:14, 153:15, 153:16, 153:17, 153:18, 153:20, 153:21

**E-MAILED** [1] - 282:1

**E-MAILS** [20] - 158:11, 158:13, 158:16, 158:23, 158:24, 158:25, 159:3, 159:4, 173:17, 176:14, 261:10, 261:12, 273:21, 275:5, 276:6, 276:8, 287:11, 287:12

**EARLY** [13] - 166:21, 167:18, 172:13, 182:4, 186:10, 200:22, 201:9, 201:24, 232:18, 260:1, 278:23, 289:17, 289:18

**EARNINGS** [2] - 176:15, 176:16

**EARTH** [10] - 156:4, 163:12, 165:2, 178:18, 178:19, 180:12, 206:20, 223:22, 231:7, 232:11

**EARTH-RELATED** [1] - 178:19

**EARTHQUAKE** [28] - 162:4, 162:7, 163:9, 163:19, 164:5, 164:17, 166:22, 166:23, 172:11, 174:13, 178:22,

179:2, 179:3, 179:7, 183:8, 186:10, 202:4, 202:6, 209:17, 218:5, 220:4, 220:18, 231:7, 232:18, 232:22, 233:7, 233:15, 233:16

**EARTHQUAKE** [10] - 155:7, 183:4, 186:5, 186:6, 187:13, 189:24, 194:21, 195:4, 250:9, 253:10

**EARTHQUAKES** [16] - 156:2, 178:18, 179:11, 180:10, 180:11, 180:12, 181:3, 181:6, 202:2, 207:10, 207:11, 207:12, 209:1, 231:5, 231:12, 232:16

**EASIER** [1] - 209:20

**EAST** [1] - 233:15

**EAST** [1] - 151:17

**EDUCATED** [1] - 172:5

**EDUCATIONAL** [1] - 178:8

**EFFECTIVE** [3] - 209:2, 209:19, 210:18

**EFFECTIVELY** [1] - 257:22

**EFFECTS** [1] - 232:21

**EFFICIENT** [1] - 161:24

**EFFORT** [1] - 283:11

**EFFORTS** [1] - 184:18

**EITHER** [1] - 160:7

**ELECTION** [1] - 167:13

**ELECTRIC** [1] - 207:16

**ELECTRICIANS** [1] - 166:12

**ELECTRICITY** [1] - 233:1

**ELECTRONIC** [5] - 165:12, 206:13, 206:17, 245:9, 252:7

**ELEMENTS** [2] - 164:25, 208:8

**EMBARRASSED** [2] - 283:15, 286:4

**EMBELLISH** [1] - 173:22

**EMPHATIC** [1] - 276:3

**EMPLOYED** [3] - 178:11, 179:15, 179:19

**EMPLOYEE** [9] - 172:20, 197:14, 221:14, 266:23, 266:24, 267:2, 267:4, 274:10, 274:13

**EMPLOYEES** [9] - 162:24, 163:1, 171:14, 171:15, 230:21, 234:21, 235:20, 236:5, 264:4

**EMPLOYER** [10] - 156:14, 157:7, 157:13, 158:5, 158:16, 162:24, 167:23, 167:24, 168:7, 275:8

**EMPLOYERS** [1] - 221:16

**EMPLOYMENT** [3] - 181:11, 182:3, 182:23

**EMT** [6] - 262:4, 262:6,

264:3, 264:4, 264:9, 278:6
**ENCOUNTERED** [1] - 210:12
**ENCOURAGE** [1] - 186:23
**ENCOURAGED** [2] - 162:21, 221:10
**END** [16] - 160:14, 170:23, 171:3, 172:16, 174:9, 177:6, 177:8, 234:15, 234:16, 260:4, 260:14, 267:21, 283:5, 285:22, 287:20
**ENDLESSLY** [1] - 274:15
**ENDORSING** [1] - 174:3
**ENDS** [2] - 245:16, 258:16
**ENERGETIC** [1] - 166:5
**ENERGY** [2] - 184:15, 211:2
**ENFORCING** [1] - 269:3
**ENGAGED** [3] - 167:9, 181:15, 196:15
**ENGINEERING** [8] - 232:20, 237:6, 238:6, 263:8, 265:9, 265:14, 265:18, 284:23
**ENGINEERS** [2] - 166:11, 286:20
**ENGLAND** [2] - 156:11, 158:1
**ENGLISH** [7] - 158:8, 261:1, 261:2, 261:5, 261:6, 261:13, 261:15
**ENLARGE** [1] - 194:5
**ENLIGHTEN** [2] - 292:1, 293:5
**ENSURE** [2] - 180:18, 212:10
**ENTER** [2] - 188:5, 282:10
**ENTERED** [1] - 185:5
**ENTERS** [2] - 185:7, 185:11
**ENTHUSIASTIC** [1] - 166:4
**ENTIRELY** [1] - 278:16
**ENTITLED** [1] - 294:11
**ENTITY** [6] - 249:20, 249:22, 251:23, 252:3, 276:22, 286:11
**ENTRUSTED** [1] - 155:25
**ENVIRONMENT** [4] - 184:16, 210:13, 210:23, 255:20
**EPICENTER** [1] - 163:10
**EQUIPMENT** [45] - 156:3, 156:5, 157:13, 157:15, 164:13, 165:2, 165:15, 165:19, 165:23, 165:24, 166:15, 166:16, 167:8, 167:14, 168:2, 168:13, 168:14, 169:10, 169:11, 169:22, 169:24, 170:17, 170:18, 171:23, 175:3, 175:7, 175:10, 180:4, 181:1,

181:4, 187:6, 190:10, 190:13, 195:21, 195:24, 228:18, 243:1, 255:6, 267:11, 267:13, 267:14
**EQUITY** [2] - 229:14, 230:17
**EQUIVALENT** [1] - 254:14
**ERC** [5] - 194:18, 194:19, 194:20, 194:23, 195:4
**ESSENCE** [2] - 231:10, 238:22
**ESSENTIAL** [1] - 161:23
**ESSENTIALLY** [1] - 180:21
**ESTABLISHED** [2] - 199:6, 270:14
**ESTIMATE** [3] - 233:20, 233:25, 238:20
**ESTIMATING** [1] - 259:17
**EVALUATE** [2] - 220:1, 256:12
**EVALUATION** [1] - 219:5
**EVD** [1] - 153:5
**EVENING** [5] - 288:20, 288:21, 288:24, 289:20, 290:14
**EVENT** [1] - 231:6
**EVENTS** [5] - 156:4, 200:20, 202:7, 223:22
**EVENTUALLY** [1] - 203:1
**EVIDENCE** [73] - 155:10, 155:18, 156:8, 156:9, 156:20, 156:22, 157:1, 157:6, 157:9, 159:13, 159:18, 160:17, 161:1, 161:8, 161:9, 162:1, 163:8, 164:11, 176:13, 183:18, 183:19, 188:5, 188:10, 188:11, 191:10, 191:11, 193:5, 193:6, 193:19, 193:24, 193:25, 205:2, 205:16, 205:17, 215:4, 215:5, 216:18, 217:2, 217:8, 217:9, 240:10, 240:15, 240:16, 243:15, 246:7, 246:11, 246:12, 250:12, 250:14, 250:15, 252:13, 252:16, 252:17, 257:2, 257:5, 257:6, 259:3, 259:5, 259:6, 269:15, 269:18, 269:19, 271:12, 271:15, 271:16, 278:25, 279:3, 279:4, 282:23, 283:23, 287:9, 289:7, 289:10
**EXACT** [3] - 170:16, 190:4, 269:12
**EXACTLY** [6] - 164:5, 175:24, 206:7, 268:15, 278:22, 281:3
**EXAGGERATED** [1] - 176:14

**EXAMINATION** [5] - 178:5, 197:4, 221:23, 226:13, 228:6
**EXAMINATION** [8] - 152:10, 152:10, 152:11, 152:11, 152:14, 196:21, 214:20, 288:17
**EXAMINE** [1] - 290:17
**EXAMPLE** [11] - 186:18, 205:24, 209:23, 210:11, 211:24, 232:23, 243:16, 243:24, 245:4, 256:10, 281:24
**EXCEPT** [1] - 223:5
**EXCHANGE** [3] - 156:24, 235:21, 261:10
**EXCHANGED** [1] - 261:12
**EXCHANGES** [2] - 271:18, 286:9
**EXCITED** [3] - 170:23, 171:12
**EXCUSE** [4] - 196:3, 206:3, 282:21, 290:1
**EXCUSED** [2] - 226:9, 227:9, 288:21
**EXECUTIVE** [1] - 172:25
**EXECUTIVE** [8] - 228:15, 229:5, 229:10, 229:19, 229:21, 230:1, 230:19, 261:25
**EXHIBIT** [13] - 183:14, 183:16, 184:7, 184:21, 188:5, 191:5, 191:6, 203:20, 216:16, 259:4, 272:9, 284:17, 292:15
**EXHIBIT** [54] - 183:15, 183:17, 183:19, 183:21, 186:2, 187:10, 188:11, 191:11, 192:22, 193:6, 193:19, 193:25, 198:15, 199:22, 205:15, 205:16, 205:17, 213:9, 214:23, 215:3, 215:5, 216:2, 216:15, 217:9, 222:1, 225:6, 226:1, 240:10, 240:14, 240:16, 240:17, 245:23, 246:8, 246:12, 250:11, 250:13, 250:15, 252:13, 252:15, 252:17, 257:2, 257:4, 257:6, 259:2, 259:6, 269:15, 269:17, 269:19, 271:12, 271:14, 271:16, 278:25, 279:4, 282:21
**EXHIBITION** [1] - 255:22
**EXHIBITS** [1] - 153:1
**EXHIBITS** [5] - 196:23, 199:4, 214:5, 214:10, 214:23
**EXHIBITS** [1] - 153:5
**EXISTING** [1] - 189:7
**EXPANDED** [1] - 220:19
**EXPECT** [3] - 173:1,

248:16, 286:21
**EXPECTATION** [2] - 259:21, 284:2
**EXPECTED** [2] - 254:6, 283:14
**EXPENSIVE** [9] - 164:12, 164:13, 165:4, 165:16, 169:10, 204:19, 204:22, 262:17
**EXPERIENCE** [3] - 212:15, 219:11, 244:4
**EXPERIMENTS** [1] - 201:8
**EXPERT** [2] - 161:19, 290:12
**EXPERTISE** [1] - 220:9
**EXPERTS** [2] - 184:14, 185:20
**EXPLAIN** [5] - 162:1, 163:10, 164:4, 174:5, 276:24
**EXPLODED** [1] - 172:14
**EXPLODING** [1] - 163:20
**EXPLOSION** [2] - 181:8, 181:9
**EXPLOSIONS** [3] - 181:8, 185:3, 231:12
**EXPRESS** [1] - 276:1
**EXPRESSED** [2] - 216:12, 227:1
**EXPRESSING** [1] - 220:16
**EXTENT** [1] - 209:4
**EXTREMELY** [1] - 172:5

# F

**FACE** [3] - 249:3, 266:12
**FACE-TO-FACE** [1] - 266:12
**FACILITIES** [2] - 255:13, 255:18
**FACILITY** [6] - 179:23, 180:4, 202:9, 241:10, 241:16, 255:14
**FACT** [5] - 248:13, 271:25, 276:2, 287:1, 292:7
**FACTOR** [3] - 204:5, 204:9, 211:8
**FACTORS** [2] - 211:3, 211:11
**FAILED** [1] - 175:13
**FAILS** [1] - 175:12
**FAILURE** [1] - 219:5
**FAIRLY** [3] - 204:19, 244:22, 245:5
**FALSE** [2] - 158:18
**FAMILIAR** [6] - 163:6, 190:12, 190:16, 198:3, 236:13, 241:12
**FAMILY** [1] - 289:3
**FAR** [9] - 156:14, 163:13, 171:5, 171:19, 171:21,

175:7, 206:22, 281:22
**FAST** [1] - 163:13
**FAULTS** [2] - 162:4, 162:7
**FAVORABLE** [1] - 157:10
**FAVORING** [1] - 156:24
**FBI** [1] - 159:22
**FEBRUARY** [8] - 217:13, 225:11, 242:10, 278:23, 279:8, 282:6, 282:16, 284:20
**FEDERAL** [3] - 197:14, 197:16, 197:18
**FEDERAL** [3] - 150:23, 294:5, 294:19
**FEE** [23] - 244:5, 253:24, 253:25, 257:14, 270:9, 270:13, 270:18, 270:21, 271:3, 271:6, 271:9, 277:20, 278:15, 279:18, 283:8, 283:12, 284:5, 284:6, 284:7, 285:9, 285:11, 285:15, 286:2
**FEEDBACK** [1] - 267:8
**FEES** [14] - 245:18, 245:19, 245:21, 245:22, 269:10, 269:12, 269:13, 274:4, 274:6, 275:22, 276:11, 277:17, 281:18, 281:20
**FEET** [2] - 165:2, 206:25
**FELLOW** [2] - 289:2, 289:12
**FELT** [2] - 229:17, 266:1
**FEW** [17] - 164:9, 164:12, 172:6, 172:7, 172:10, 172:18, 174:15, 180:7, 192:12, 199:21, 238:12, 257:10, 261:19, 274:15, 276:16, 286:21, 288:18
**FIELD** [15] - 161:20, 167:9, 179:22, 180:10, 184:17, 200:17, 202:16, 207:15, 212:6, 212:11, 215:24, 217:21, 217:24, 218:8, 220:15
**FIGURE** [3] - 164:5, 292:14, 293:5
**FIGURES** [1] - 280:20
**FILE** [6] - 173:19, 251:8, 290:25, 291:9, 292:11, 292:13
**FILED** [2] - 290:25, 292:4
**FILING** [1] - 292:4
**FILM** [1] - 201:7
**FINAL** [1] - 272:4
**FINALIZE** [2] - 279:11, 290:14
**FINALLY** [6] - 159:17, 232:19, 248:18, 259:18, 284:16, 289:9
**FINANCE** [2] - 237:5, 244:16, 257:17, 258:1, 259:16

**FINANCE** [1] - 229:24
**FINANCIAL** [2] - 173:21, 237:5
**FINE** [1] - 170:22
**FINEST** [1] - 184:13
**FINISHED** [1] - 264:7
**FIRM** [3] - 229:14, 230:17, 262:1
**FIRST** [41] - 157:12, 177:14, 177:25, 183:21, 187:20, 187:21, 188:15, 188:21, 192:4, 194:5, 202:18, 216:10, 222:1, 222:7, 224:8, 226:1, 226:2, 228:25, 235:16, 236:22, 238:2, 239:5, 246:23, 247:1, 251:13, 253:14, 259:15, 261:17, 261:22, 269:11, 270:3, 279:8, 279:10, 281:7, 282:19, 282:25, 284:17, 285:12, 286:14, 288:23, 289:13
**FISHY** [1] - 173:18
**FIT** [1] - 229:18
**FIVE** [3] - 164:10, 230:25, 245:4
**FIXED** [1] - 244:8
**FLOODS** [1] - 178:18
**FLOW** [1] - 159:23
**FOCUS** [4] - 182:24, 183:8, 203:5, 262:4
**FOCUSED** [6] - 173:21, 178:17, 179:9, 180:11, 183:2, 203:13
**FOCUSING** [1] - 181:13
**FOLDER** [2] - 198:18, 239:25
**FOLKS** [1] - 292:13
**FOLLOW** [5] - 169:4, 219:17, 220:4, 220:19, 285:1
**FOLLOW-UP** [1] - 220:19
**FOLLOWING** [11] - 154:5, 154:19, 173:13, 185:8, 194:4, 213:22, 214:2, 214:15, 215:16, 237:16, 289:22
**FOR** [4] - 151:3, 151:11, 294:6
**FORCE** [3] - 185:5, 185:7, 185:12
**FOREGOING** [1] - 294:9
**FOREIGN** [2] - 249:1, 292:17
**FORENSIC** [1] - 159:21
**FORGET** [1] - 173:16
**FORGOT** [1] - 214:5
**FORGOTTEN** [2] - 196:12, 218:20
**FORM** [6] - 204:5, 204:9, 240:2, 252:6, 252:7, 281:10

**FORMAL** [4] - 280:15, 291:20, 291:22, 291:23
**FORMAT** [1] - 294:11
**FORMER** [1] - 158:7
**FORMS** [1] - 187:5
**FORMULAS** [1] - 164:5
**FORWARD** [4] - 226:3, 268:9, 276:11, 276:25
**FORWARDED** [2] - 225:3, 272:1
**FORWARDS** [1] - 225:1
**FOUNDATION** [7] - 182:17, 223:18, 241:4, 241:8, 247:5, 247:7, 254:19
**FOUNDED** [2] - 167:5, 184:10
**FOUNDER** [3] - 165:9, 170:3, 170:8
**FOUR** [6] - 164:10, 164:21, 168:24, 231:15, 238:14, 260:21
**FOURTH** [1] - 273:8
**FRACTION** [1] - 171:17
**FRANCISCO** [3] - 273:10, 273:22, 287:15
**FRANKLY** [1] - 219:10
**FRANKLY** [2] - 169:16, 286:3
**FREE** [4] - 215:24, 217:21, 217:24, 218:8
**FREE-FIELD** [4] - 215:24, 217:21, 217:24, 218:8
**FREQUENCIES** [3] - 209:1, 209:4, 209:7
**FRONT** [7] - 198:18, 198:21, 203:20, 213:8, 217:10, 232:6, 265:1
**FUHR** [2] - 151:8, 154:25
**FULFILL** [1] - 253:24
**FULL** [9] - 180:19, 209:4, 209:5, 209:17, 224:11, 225:6, 242:15, 272:16, 285:5
**FULLY** [1] - 220:17
**FUNCTION** [1] - 257:18
**FUNCTIONING** [1] - 208:8
**FUNDED** [6] - 184:11, 199:14, 255:9, 274:18, 274:19, 274:21
**FUNDS** [1] - 274:20
**FUNNELED** [1] - 155:20
**FUNNELING** [1] - 160:3
**FUNNY** [1] - 206:3
**FUTURE** [6] - 172:24, 184:15, 218:12, 238:17, 259:18, 276:11

## G

**G-E-E** [1] - 178:1
**GAGE** [1] - 266:12

**GAINED** [1] - 290:23
**GARAGE** [1] - 172:20
**GAS** [1] - 162:6
**GATHERED** [1] - 256:9
**GATHERING** [1] - 192:17
**GEE** [2] - 152:9, 178:3
**GEE** [22] - 162:12, 162:13, 177:16, 177:25, 183:20, 186:4, 188:13, 189:2, 189:5, 193:8, 193:9, 194:1, 197:6, 215:6, 221:25, 222:5, 222:19, 223:12, 226:3, 226:15, 290:17, 291:2
**GENERAL** [3] - 192:18, 220:11, 243:1
**GENERALLY** [2] - 189:17, 234:11
**GENERATED** [1] - 231:11
**GENERATING** [1] - 233:1
**GENERATORS** [1] - 207:21
**GENERIC** [1] - 282:12
**GENTLEMAN** [4] - 170:4, 170:25, 236:17, 263:25
**GENTLEMEN** [8] - 154:22, 155:15, 155:22, 157:9, 157:22, 159:17, 160:4, 214:17
**GENUINE** [1] - 266:2
**GEOLOGIC** [2] - 161:23, 161:24
**GEOLOGIC** [1] - 162:13
**GEOLOGICAL** [5] - 184:12, 197:10, 199:6, 254:14, 255:21
**GEOLOGICAL** [3] - 169:20, 178:12, 197:8
**GEOLOGY** [4] - 166:4, 178:18, 184:14, 255:24
**GEOPHYSICAL** [1] - 273:9
**GEOPHYSICAL** [1] - 229:17
**GEOPHYSICS** [5] - 178:9, 229:2, 229:16, 255:24, 273:11
**GEOSCIENCE** [5] - 155:8, 155:24, 182:8, 184:4, 249:25
**GEOSCIENCE** [3] - 183:2, 184:13, 184:17
**GEOSIG** [11] - 190:19, 219:5, 220:1, 223:15, 223:16, 223:21, 224:24, 225:24, 226:4, 227:2, 231:19
**GEOTEK** [1] - 204:13
**GEUNYOUNG** [1] - 195:3
**GIVEN** [4] - 210:23, 251:4, 251:6, 292:2
**GLOBAL** [3] - 180:1, 186:18, 216:5
**GLOBALLY** [2] - 232:10, 233:5

**GOAL** [1] - 211:7
**GOALS** [1] - 210:7
**GOD** [2] - 177:21, 227:19
**GOVERNMENT** [34] - 158:3, 159:1, 162:19, 162:23, 169:21, 173:24, 174:7, 174:8, 174:17, 182:14, 182:16, 184:11, 198:8, 199:9, 199:14, 199:18, 221:14, 232:17, 235:20, 255:8, 255:9, 256:11, 266:23, 266:24, 267:2, 267:4, 274:10, 274:12, 274:18, 274:19, 274:21, 277:4, 277:5, 285:19
**GOVERNMENT** [30] - 154:24, 158:9, 162:14, 162:15, 176:6, 177:13, 177:15, 183:14, 188:4, 191:5, 192:22, 193:19, 215:1, 227:13, 240:10, 245:23, 246:7, 250:11, 252:13, 257:2, 259:2, 266:18, 271:11, 271:12, 278:25, 292:23
**GOVERNMENT'S** [4] - 154:9, 214:23, 216:16, 269:15
**GOVERNMENT'S** [2] - 178:4, 228:5
**GOVERNMENT-FUNDED** [3] - 184:11, 199:14, 274:21
**GOVERNMENTAL** [2] - 155:14, 176:8
**GOVERNMENTS** [3] - 161:18, 162:7, 181:17
**GRADUATED** [2] - 166:3, 235:16
**GRAEME** [3] - 152:13, 227:23, 227:24
**GRAEME** [2] - 227:25, 228:4
**GREAT** [2] - 169:22, 171:16
**GREATLY** [1] - 176:1
**GREED** [2] - 154:25, 160:9
**GROUND** [13] - 164:23, 180:16, 180:17, 180:19, 181:5, 209:5, 231:4, 231:10, 231:11, 231:24, 231:25, 262:16
**GROUP** [8] - 183:10, 185:6, 196:9, 229:22, 256:16, 256:17, 256:18, 285:7
**GROUPS** [1] - 179:25
**GROWN** [1] - 199:13
**GSL** [10] - 169:25, 170:14, 171:20, 173:2, 176:1, 252:25, 253:17, 257:18, 268:16, 276:14
**GSN** [1] - 216:11

**GUARANTEE** [1] - 289:19
**GUESS** [3] - 198:22, 210:21, 280:12
**GUILTY** [3] - 161:2, 177:10
**GURALP** [88] - 153:11, 156:10, 157:13, 158:1, 158:8, 158:22, 159:8, 159:23, 160:7, 169:24, 169:25, 170:3, 170:5, 170:12, 170:25, 172:19, 173:3, 173:6, 190:19, 195:23, 195:24, 204:5, 223:16, 224:2, 224:3, 225:4, 226:5, 228:10, 228:12, 228:14, 228:16, 228:22, 229:5, 229:7, 229:13, 229:23, 229:24, 229:25, 230:1, 230:3, 230:6, 230:10, 230:15, 230:21, 231:2, 231:21, 232:8, 232:9, 232:10, 233:5, 233:9, 234:3, 234:21, 235:1, 235:19, 236:5, 236:23, 242:19, 242:25, 243:3, 243:19, 243:23, 244:13, 245:19, 245:25, 246:18, 247:22, 251:5, 251:7, 251:22, 252:3, 252:10, 252:23, 252:24, 253:4, 253:5, 254:4, 254:8, 256:21, 261:21, 268:7, 269:6, 274:23, 274:24, 276:14, 276:22, 277:13, 286:10
**GURALP'S** [10] - 171:1, 231:13, 232:13, 233:25, 235:4, 242:7, 250:3, 254:12, 254:17, 255:4

**H**

**HALF** [14] - 159:25, 160:19, 171:25, 179:13, 225:7, 225:23, 226:2, 238:25, 269:21, 277:4, 277:6, 279:8, 280:18, 285:12
**HAND** [11] - 177:17, 183:22, 184:2, 227:15, 240:24, 240:25, 242:12, 246:19, 247:2, 259:13, 259:14
**HANDLED** [1] - 235:1
**HANDWRITTEN** [1] - 170:10
**HANG** [2] - 216:9, 216:13
**HARD** [7] - 165:4, 169:4, 201:4, 204:3, 262:17, 262:18, 275:16
**HARDLY** [1] - 264:15
**HARNESSING** [1] - 161:24
**HARVARD** [1] - 165:9
**HAZARD** [1] - 186:11

**HEAD** [2] - 194:17, 290:20
**HEADQUARTERS** [1] - 264:6
**HEALTH** [2] - 244:1, 244:2
**HEAR** [46] - 156:20, 156:21, 157:24, 158:6, 159:21, 161:5, 161:8, 161:9, 161:12, 161:18, 161:21, 162:11, 162:18, 163:4, 163:7, 163:8, 163:22, 164:1, 164:11, 165:18, 170:20, 170:21, 170:24, 171:5, 171:23, 172:2, 172:15, 173:24, 174:11, 175:8, 175:16, 175:17, 175:18, 175:20, 176:3, 176:13, 176:20, 176:24, 193:3, 201:4, 201:20, 209:10, 209:18, 258:6, 292:9
**HEARD** [4] - 160:23, 241:5, 268:19, 289:11
**HEARSAY** [4] - 212:23, 239:22, 258:4, 263:10
**HEESONG** [5] - 262:6, 263:25, 275:2, 275:3, 275:5
**HELD** [7] - 154:5, 154:19, 213:22, 214:2, 214:15, 273:10, 289:22
**HELD** [1] - 294:10
**HELP** [18] - 159:2, 165:15, 166:1, 166:2, 166:14, 170:17, 174:22, 177:20, 217:15, 227:18, 234:21, 244:2, 261:8, 273:2, 279:25, 286:20, 287:10
**HELPED** [4] - 157:16, 157:17, 202:13
**HELPING** [2] - 284:1, 284:2
**HELPS** [2] - 169:7, 169:8
**HENCE** [2] - 275:17, 285:20
**HEON** [1] - 150:8
**HEON** [4] - 155:6, 187:14, 187:18, 236:14
**HEON-CHEOL** [1] - 150:8
**HEON-CHEOL** [4] - 155:6, 187:14, 187:18, 236:14
**HEREAFTER** [1] - 252:24
**HEREBY** [1] - 294:7
**HID** [1] - 158:4
**HIDE** [2] - 160:15, 175:13
**HIDING** [2] - 155:4, 160:12
**HIGH** [3] - 175:14, 233:16, 267:11
**HIGHER** [1] - 233:24
**HIGHLIGHT** [1] - 191:12
**HIGHLIGHTED** [1] - 189:13
**HIGHLY** [3] - 172:4, 172:5, 175:1
**HIGHWAY** [1] - 151:20
**HILL** [5] - 237:6, 237:10,

238:6, 284:19, 284:22
**HIMSELF** [4] - 158:2, 235:1, 251:13, 254:24
**HIRE** [1] - 243:19
**HIRED** [1] - 179:16
**HISTORY** [3] - 182:4, 183:10, 186:16
**HIT** [1] - 172:9
**HO** [2] - 263:25, 264:10
**HOLD** [2] - 160:24, 230:15
**HOLDING** [1] - 204:2
**HOLDINGS** [1] - 229:23
**HOLE** [3] - 206:19, 214:5, 214:10
**HOLIDAY** [1] - 237:10
**HOME** [1] - 219:6
**HOMES** [1] - 289:15
**HONEST** [1] - 176:10
**HONESTLY** [1] - 181:9
**HONOR** [59] - 154:12, 161:6, 177:15, 183:13, 188:4, 191:4, 191:9, 192:21, 193:2, 196:19, 196:22, 196:23, 197:20, 203:7, 204:24, 205:5, 205:14, 210:2, 212:23, 214:7, 214:9, 214:22, 215:2, 216:25, 217:6, 221:17, 221:20, 221:22, 224:10, 227:10, 227:13, 239:22, 240:3, 240:9, 241:3, 244:25, 246:6, 250:10, 252:12, 254:19, 257:1, 258:7, 263:1, 266:4, 272:22, 278:12, 278:24, 280:5, 282:22, 287:17, 288:3, 288:15, 290:1, 290:22, 291:3, 291:25, 292:10, 292:22, 293:10
**HONORABLE** [1] - 150:3
**HOPE** [3] - 268:4, 283:16, 292:12
**HOPEFULLY** [1] - 176:10
**HOPING** [1] - 212:10
**HOSTING** [1] - 182:4
**HOUR** [2] - 264:1, 265:12
**HUNDRED** [3] - 173:14, 239:1, 262:16
**HUNDREDS** [3] - 165:1, 176:4
**HUTT** [22] - 191:17, 192:6, 193:13, 194:3, 194:7, 194:15, 194:24, 195:11, 200:1, 200:4, 212:18, 212:20, 215:7, 216:4, 216:20, 217:14, 220:12, 220:25, 221:3, 222:5, 226:16, 226:17
**HUTT'S** [4] - 215:18, 216:8, 218:1, 220:13

## I

**ID** [2] - 153:5, 197:16
**IDEA** [2] - 174:24, 286:3
**IDEAL** [1] - 206:25
**IDEALLY** [1] - 207:18
**IDEAS** [1] - 181:20
**IDENTICAL** [2] - 170:13, 248:9
**IDENTIFICATION** [2] - 188:6, 191:6
**IDENTIFIED** [6] - 183:15, 188:5, 190:5, 205:10, 236:20, 246:7
**IDENTIFY** [2] - 194:15, 236:16
**ILLEGAL** [15] - 155:17, 158:3, 159:16, 173:5, 173:6, 177:5, 177:7, 267:20, 275:13, 275:15, 275:19, 285:17, 285:20, 287:15
**ILLEGALLY** [1] - 157:24
**IMAGINE** [2] - 255:23, 257:17
**IMMEDIATELY** [1] - 271:9
**IMPACT** [1] - 218:5
**IMPORTANCE** [1] - 278:3
**IMPORTANT** [12] - 165:17, 177:2, 200:15, 200:16, 200:17, 210:5, 266:8, 266:11, 274:2, 275:11, 275:23, 276:8
**IMPORTANTLY** [1] - 289:4
**IMPOSED** [1] - 283:8
**IMPRESSION** [1] - 255:13
**IMPRESSIVE** [1] - 255:14
**IMPROVE** [1] - 179:10
**IN** [3] - 294:6, 294:10, 294:11
**INAPPROPRIATE** [2] - 267:19, 267:20
**INC** [1] - 156:11
**INCENTIVE** [2] - 173:9, 173:21
**INCLINED** [1] - 209:25
**INCLUDE** [5] - 190:11, 207:15, 207:16, 207:20, 271:8
**INCLUDED** [4] - 196:9, 196:10, 244:12, 271:3
**INCLUDES** [1] - 210:15
**INCLUDING** [5] - 192:15, 195:23, 273:4, 289:2, 289:5
**INCREASED** [1] - 173:13
**INDEED** [1] - 157:5
**INDEPENDENT** [2] - 199:14, 199:17
**INDEX** [1] - 152:5
**INDICATE** [1] - 254:20
**INDICATED** [3] - 154:22,

198:7, 207:3
**INDICATES** [1] - 292:17
**INDICATION** [2] - 248:19, 251:25
**INDIVIDUAL** [3] - 154:17, 201:16, 239:1
**INDIVIDUALS** [1] - 190:23
**INDUSTRIAL** [1] - 184:18
**INDUSTRY** [1] - 202:11
**INEXPENSIVE** [1] - 209:2
**INFORMATION** [18] - 157:16, 163:12, 163:20, 163:23, 163:24, 163:25, 165:5, 169:21, 172:6, 187:1, 187:2, 192:17, 218:6, 220:21, 221:9, 260:15, 265:23, 287:9
**INITIALS** [1] - 232:7
**INSIDE** [3] - 157:16, 173:3, 206:10
**INSIGNIA** [1] - 232:8
**INSTALL** [9] - 165:20, 166:12, 168:11, 207:20, 208:7, 209:22, 209:25, 210:10, 253:22
**INSTALLATION** [7] - 167:21, 167:25, 242:19, 253:16, 253:21, 253:24
**INSTALLED** [4] - 165:24, 180:16, 190:11, 222:23
**INSTALLING** [3] - 166:10, 170:18, 210:16
**INSTEAD** [1] - 174:6
**INSTITUTE** [6] - 155:8, 155:24, 178:10, 182:8, 184:4, 249:24
**INSTITUTE** [19] - 156:3, 161:11, 161:13, 162:3, 162:20, 166:9, 174:16, 174:18, 182:7, 182:10, 184:2, 199:14, 199:18, 222:18, 223:6, 254:8, 266:21
**INSTITUTES** [4] - 181:13, 183:7, 197:23, 198:1
**INSTITUTION** [4] - 182:16, 183:1, 184:12, 268:8
**INSTITUTION'S** [1] - 220:9
**INSTITUTIONS** [3] - 157:14, 181:15, 243:2
**INSTRUCT** [1] - 160:14
**INSTRUCTED** [1] - 158:21
**INSTRUCTION** [2] - 292:16, 292:19
**INSTRUCTION** [4] - 288:23, 288:24, 292:6, 292:8
**INSTRUCTIONS** [3] - 261:25, 289:11, 292:2
**INSTRUMENT** [30] - 180:3, 180:20, 196:16, 196:17, 201:22, 204:1, 204:7, 204:8,

204:12, 204:14, 205:18, 205:25, 212:5, 212:10, 229:17, 232:11, 234:14, 234:17, 234:19, 234:20, 255:18, 270:12, 272:3, 278:5, 281:22, 281:23, 281:24, 286:21
**INSTRUMENTATION** [5] - 196:13, 210:22, 211:18, 211:19, 220:22
**INSTRUMENTATIONS** [1] - 212:14
**INSTRUMENTING** [1] - 179:9
**INSTRUMENTS** [36] - 167:6, 180:16, 185:17, 192:16, 196:18, 201:15, 202:2, 204:20, 205:11, 205:24, 206:9, 211:15, 211:23, 212:2, 231:3, 231:6, 231:8, 231:9, 231:11, 231:20, 231:23, 232:20, 233:1, 233:8, 250:5, 255:19, 256:7, 256:8, 262:15, 277:20, 277:22, 277:23, 277:24, 282:11
**INTEGRATING** [2] - 166:10, 170:19
**INTEGRATION** [2] - 167:22, 167:25
**INTELLECTUAL** [1] - 280:23
**INTEND** [1] - 289:16
**INTENDED** [1] - 189:10
**INTENDS** [1] - 292:23
**INTERACTED** [1] - 182:7
**INTEREST** [1] - 202:4
**INTERESTED** [5] - 181:24, 189:22, 190:6, 211:19, 220:10
**INTERESTS** [1] - 243:2
**INTERIOR** [3] - 178:15, 197:9, 197:12
**INTERIOR** [1] - 180:12
**INTERNAL** [3] - 180:20, 192:17, 268:6
**INTERNATIONALLY** [1] - 186:17
**INTERNET** [1] - 289:5
**INTERPRETATION** [2] - 175:23, 243:25
**INTERPRETED** [1] - 219:1
**INTERPRETER** [1] - 261:7
**INTERPRETERS** [1] - 151:22
**INTERPRETS** [1] - 163:5
**INTERRUPT** [1] - 209:8
**INTERWOVEN** [1] - 217:23
**INTRODUCED** [1] - 261:22
**INVENTED** [1] - 202:21

**INVENTOR** [3] - 165:9, 165:13, 170:3
**INVESTED** [2] - 229:14, 230:17
**INVESTIGATE** [1] - 287:10
**INVESTIGATED** [2] - 169:17, 269:11
**INVESTIGATION** [12] - 176:4, 239:17, 243:10, 246:15, 252:5, 256:21, 257:8, 270:15, 273:21, 277:22, 288:2, 288:7
**INVESTMENT** [6] - 156:16, 160:1, 172:21, 172:22, 172:24, 173:4
**INVESTOR** [1] - 229:13
**INVITED** [3] - 195:3, 215:11, 222:8
**INVITING** [1] - 193:13
**INVOICE** [9] - 244:15, 244:21, 246:16, 248:6, 248:9, 248:12, 248:14, 248:17, 249:3
**INVOICES** [1] - 153:11
**INVOICES** [17] - 158:18, 237:22, 237:24, 238:3, 238:11, 238:17, 239:6, 246:17, 246:18, 246:22, 249:9, 258:24, 259:18, 260:6, 265:23
**INVOICING** [1] - 246:14
**INVOLVED** [7] - 181:18, 182:3, 232:15, 232:18, 255:21, 263:7, 289:3
**INVOLVING** [1] - 252:9
**IPHONE** [1] - 168:16
**IRRELEVANT** [7] - 224:5, 235:23, 243:11, 244:24, 246:24, 258:2, 287:5
**IS** [2] - 294:9, 294:11
**ISSUE** [5] - 215:16, 215:18, 215:22, 286:3
**ISSUED** [1] - 222:14
**ISSUES** [3] - 167:7, 178:19, 217:19
**IT** [1] - 154:15
**ITEMS** [1] - 168:1
**ITSELF** [5] - 233:13, 233:16, 241:2, 249:3, 277:8

## J

**JAIL** [1] - 267:21
**JAPAN** [2] - 218:19, 233:15
**JAPANESE** [1] - 218:16
**JEOPARDY** [1] - 286:5
**JERSEY** [4] - 158:19, 247:4, 247:17, 247:22
**JMA** [3] - 218:12, 218:15, 218:16

**JOB** [5] - 165:6, 169:1, 200:19, 204:17, 262:8
**JOE** [4] - 165:8, 167:4, 169:6, 202:10
**JOEL** [2] - 151:12, 151:13
**JOHN** [1] - 150:3
**JOINED** [5] - 234:25, 236:2, 256:4, 261:21, 261:25
**JOINT** [1] - 292:5
**JOURNEY** [1] - 264:9
**JUDGE** [4] - 215:12, 222:8, 267:1, 289:7
**JUDGE** [1] - 150:3
**JUDICIAL** [1] - 294:12
**JULY** [1] - 292:4
**JULY** [5] - 150:13, 152:3, 153:3, 154:1, 294:15
**JUNE** [3] - 191:1, 192:9, 192:12
**JUNG** [2] - 263:25, 264:10
**JURORS** [2] - 289:2, 289:12
**JURY** [28] - 154:6, 154:8, 154:11, 154:20, 178:8, 182:22, 184:25, 194:24, 195:10, 213:19, 213:21, 213:23, 214:3, 214:4, 214:16, 214:18, 228:23, 232:23, 242:24, 250:17, 253:20, 288:21, 288:23, 289:18, 289:23, 289:24, 292:2
**JUSTICE** [1] - 151:8
**JUSTIFYING** [1] - 279:17

# K

**K-EMT** [6] - 262:4, 262:6, 264:3, 264:4, 264:9, 278:6
**KAINSKA** [1] - 278:20
**KAMINSKA** [2] - 152:14, 160:23
**KAMINSKA** [43] - 151:9, 227:13, 228:7, 236:4, 236:13, 236:21, 240:9, 240:17, 241:9, 242:2, 243:19, 245:7, 246:6, 246:13, 247:8, 247:21, 249:8, 250:10, 250:16, 252:12, 252:18, 254:25, 255:3, 257:1, 257:7, 258:8, 259:1, 259:7, 263:5, 263:15, 266:16, 269:20, 271:11, 271:17, 273:7, 278:24, 279:5, 280:17, 282:22, 282:25, 284:16, 287:20, 288:15
**KATHY** [1] - 151:23
**KAYE** [1] - 151:15
**KEEN** [1] - 276:4

**KEEP** [9] - 169:8, 169:25, 176:15, 176:18, 177:3, 270:5, 270:17, 289:9
**KEEPING** [2] - 278:1, 278:19
**KEPT** [4] - 158:4, 176:15, 278:6, 283:12
**KEVIN** [1] - 151:16
**KIGAM** [123] - 153:6, 153:8, 155:10, 157:7, 157:14, 158:15, 159:7, 159:12, 161:11, 162:19, 162:24, 163:18, 166:7, 166:9, 167:23, 168:5, 168:7, 168:11, 168:12, 168:15, 168:17, 170:18, 171:11, 171:22, 172:16, 174:3, 174:10, 174:11, 175:4, 175:8, 175:20, 175:25, 176:1, 177:2, 182:9, 182:11, 182:14, 182:15, 182:20, 182:24, 183:1, 183:4, 184:10, 184:11, 184:13, 185:24, 188:20, 189:8, 189:21, 190:1, 190:8, 190:23, 193:13, 194:8, 195:11, 195:13, 196:2, 198:8, 198:23, 199:6, 200:7, 221:10, 223:6, 223:7, 234:9, 234:10, 241:1, 241:10, 241:14, 241:23, 243:7, 249:22, 249:24, 250:3, 250:4, 250:7, 250:9, 251:23, 252:3, 252:10, 252:25, 253:6, 253:15, 253:23, 253:25, 254:6, 254:8, 254:16, 255:4, 255:5, 255:7, 255:11, 263:6, 264:6, 265:1, 267:3, 268:7, 268:8, 268:17, 269:6, 272:4, 273:1, 274:17, 275:8, 276:2, 276:15, 276:22, 277:1, 277:3, 277:4, 277:6, 277:8, 277:9, 278:5, 281:14, 282:9, 286:11
**KIGAM'S** [5] - 157:18, 161:21, 264:5, 266:17, 266:21
**KIM** [1] - 195:3
**KIND** [14] - 162:8, 162:9, 164:19, 165:19, 166:14, 166:17, 168:17, 180:10, 200:23, 202:7, 210:18, 211:2, 211:3, 218:1
**KINDS** [4] - 162:5, 163:8, 181:6, 245:24
**KINEMETRICS** [12] - 156:11, 157:13, 159:8, 159:24, 160:7, 169:3, 170:5, 190:18, 195:24, 203:2,

203:4, 231:16
**KINGDOM** [1] - 156:11
**KMA** [4] - 183:9, 183:11, 195:10, 196:11
**KMI** [14] - 169:5, 169:7, 169:22, 170:7, 170:13, 170:15, 170:16, 170:22, 171:19, 176:1, 203:1, 203:4, 203:13
**KMI'S** [1] - 169:10
**KNOWING** [3] - 210:20, 211:19, 287:14
**KNOWLEDGE** [11] - 183:7, 192:7, 227:5, 241:7, 247:23, 255:7, 263:12, 263:13, 280:6, 283:20, 286:23
**KNOWN** [3] - 178:13, 232:5, 235:6
**KNOWS** [1] - 291:10
**KOREA** [83] - 155:2, 155:8, 155:25, 156:6, 156:7, 156:8, 156:9, 156:14, 157:3, 157:4, 157:15, 157:21, 158:20, 160:2, 160:10, 163:15, 163:16, 163:20, 164:10, 164:21, 165:15, 166:1, 166:22, 167:6, 171:11, 171:20, 172:7, 172:11, 174:12, 174:17, 174:22, 176:2, 182:7, 183:8, 183:10, 183:12, 184:4, 184:12, 184:19, 185:23, 194:4, 195:11, 199:7, 199:19, 218:5, 218:14, 218:25, 219:16, 222:23, 233:9, 233:11, 233:16, 233:18, 233:19, 233:21, 234:4, 234:5, 234:7, 235:4, 247:3, 247:9, 247:13, 249:24, 253:17, 254:13, 254:14, 255:8, 255:10, 255:17, 255:24, 256:10, 258:19, 262:5, 263:19, 263:21, 267:12, 270:6, 270:21, 278:3, 279:25, 285:8, 286:20
**KOREA'S** [3] - 184:13, 184:18, 234:1
**KOREAN** [1] - 151:22
**KOREAN** [14] - 155:24, 161:9, 176:8, 182:14, 182:16, 183:9, 198:8, 242:20, 243:1, 261:14, 266:17, 266:20, 268:19, 292:9
**KOURY** [79] - 151:12, 151:13, 161:6, 182:17, 188:9, 191:9, 193:1, 193:4, 193:22, 196:22, 197:1, 197:5, 197:22, 199:5, 203:15, 204:24, 205:3,

205:18, 210:4, 212:25, 213:4, 213:17, 214:7, 214:13, 214:21, 214:25, 215:6, 216:19, 216:25, 217:4, 217:10, 219:15, 221:19, 223:18, 224:5, 226:10, 226:12, 226:14, 235:23, 236:10, 239:22, 240:3, 240:6, 240:13, 241:3, 241:6, 243:11, 244:24, 246:10, 246:24, 247:5, 247:19, 249:5, 254:19, 258:2, 258:4, 258:6, 263:1, 263:9, 263:13, 266:4, 272:22, 278:12, 280:5, 283:19, 287:5, 287:17, 287:23, 288:3, 288:13, 288:18, 290:7, 290:22, 291:7, 291:13, 291:16, 291:18, 291:24, 293:1
**KOURY** [2] - 152:10, 152:11
**KS** [1] - 206:3
**KS36000** [3] - 204:8, 204:13, 206:4
**KUMAR** [44] - 151:5, 154:12, 154:15, 177:15, 178:6, 182:19, 183:13, 183:20, 188:12, 188:25, 189:5, 191:4, 191:12, 192:21, 193:7, 193:18, 194:1, 194:5, 196:19, 197:20, 203:7, 203:9, 205:5, 205:8, 205:12, 205:14, 210:2, 212:23, 215:2, 216:18, 217:6, 221:17, 221:22, 221:24, 223:21, 224:7, 224:10, 226:7, 227:10, 290:1, 290:5, 292:10, 292:21, 293:10
**KUMAR** [2] - 152:10, 152:11

# L

**L-I-N-D** [1] - 178:1
**LAB** [4] - 196:6, 206:2, 267:6, 267:7
**LABELED** [2] - 204:4, 204:8
**LABORATORIES** [1] - 232:17
**LABORATORY** [1] - 201:23
**LABORATORY** [1] - 179:18
**LACK** [2] - 241:3, 283:19
**LACKS** [2] - 182:17, 263:13
**LADIES** [8] - 154:21, 155:15, 155:22, 157:9, 157:22, 159:17, 160:4, 214:17

**LAHUE** [2] - 151:16, 214:9
**LAND** [1] - 184:15
**LANDING** [4] - 283:10, 283:14, 283:16, 286:1
**LANGUAGE** [5] - 170:20, 260:25, 261:12, 292:9, 292:17
**LARGE** [8] - 214:5, 231:10, 232:21, 238:17, 239:2, 254:13, 254:15, 277:23
**LARGEST** [1] - 207:12
**LAST** [18] - 167:20, 175:20, 178:1, 186:3, 195:8, 199:5, 222:2, 230:24, 233:23, 238:12, 273:8, 278:17, 279:6, 285:14, 286:6, 286:8, 286:17, 290:24
**LAUNDERED** [1] - 159:19
**LAUNDERING** [4] - 155:23, 156:19, 160:21, 177:11
**LAW** [2] - 151:12, 151:19
**LAW** [2] - 159:20, 218:4
**LAWSUIT** [1] - 176:5
**LAWYERS** [2] - 154:23, 287:10
**LAY** [2] - 241:8, 247:6
**LAYS** [1] - 280:18
**LAZY** [1] - 174:6
**LEADER** [1] - 262:25
**LEARN** [3] - 181:12, 238:8, 256:20
**LEARNED** [3] - 236:22, 236:24, 252:2
**LEARNING** [1] - 192:16
**LEAST** [5] - 211:5, 232:10, 243:17, 260:7, 286:1
**LEAVE** [2] - 189:3, 289:15
**LECTURING** [1] - 209:9
**LEFT** [14] - 171:1, 171:5, 183:22, 187:11, 204:7, 204:8, 236:17, 237:14, 237:22, 237:23, 242:12, 257:10, 259:13, 285:16
**LEFT-HAND** [3] - 183:22, 242:12, 259:13
**LEGAL** [2] - 155:11, 285:18
**LEGALLY** [2] - 279:18, 279:25
**LENGTH** [1] - 278:2
**LESS** [2] - 170:6, 207:11
**LETTER** [1] - 153:19
**LETTER** [9] - 188:14, 188:19, 189:12, 189:19, 189:20, 189:22, 239:25, 246:2, 251:25
**LEVEL** [1] - 267:11
**LICENSE** [3] - 280:10, 280:24, 282:12
**LICENSING** [1] - 280:23
**LIKELY** [2] - 216:12, 288:7

**LIMITED** [6] - 156:10, 229:25, 230:2, 252:24, 276:14
**LIND** [1] - 178:3
**LIND** [4] - 152:9, 162:12, 177:16, 177:25
**LINE** [10] - 164:18, 192:4, 205:19, 207:16, 270:3, 270:18, 270:19, 282:19, 282:25, 292:19
**LINES** [4] - 165:12, 165:13, 192:12, 195:21
**LINK** [1] - 201:13
**LIST** [8] - 190:21, 258:18, 260:3, 270:6, 270:17, 270:20, 270:25, 277:21
**LISTED** [6] - 192:3, 192:15, 194:15, 251:14, 251:17, 251:18
**LISTEN** [1] - 268:18
**LISTS** [2] - 270:11, 292:7
**LITERALLY** [1] - 232:12
**LITIGATION** [1] - 176:11
**LITT** [1] - 151:15
**LIVE** [3] - 247:9, 247:17, 249:2
**LIVED** [2] - 156:7, 158:20
**LIVES** [4] - 169:14, 184:19, 247:3, 247:4
**LIVING** [2] - 154:17, 163:7
**LLP** [1] - 151:15
**LOCAL** [4] - 168:10, 180:22, 180:24, 234:7
**LOCATE** [1] - 207:18
**LOCATED** [6] - 162:6, 179:23, 206:15, 228:19, 228:20, 241:12
**LOCATION** [2] - 190:3, 201:18
**LOGGER** [13] - 202:19, 212:18, 212:22, 215:12, 216:5, 217:21, 218:8, 218:10, 218:13, 218:24, 220:20, 222:8, 222:24
**LOGGERS** [7] - 180:21, 203:19, 213:15, 215:25, 216:11, 220:13, 223:25
**LOGICAL** [2] - 270:17, 278:17
**LOGISTICS** [2] - 166:19, 167:16
**LONDON** [1] - 228:21
**LONGING** [1] - 262:8
**LOOK** [11] - 164:23, 194:22, 202:6, 203:21, 206:2, 211:1, 246:1, 266:14, 273:3, 276:17, 292:4
**LOOKED** [11] - 238:13, 240:1, 243:10, 248:15, 249:4, 252:1, 258:24, 260:6,

281:7, 287:9
**LOOKING** [4] - 199:22, 209:22, 246:16, 249:8
**LOOKS** [3] - 204:5, 204:9, 246:2
**LOS** [3] - 150:14, 150:24, 154:1
**LOS** [3] - 151:7, 155:5, 160:6
**LOUD** [1] - 285:6
**LOVE** [1] - 172:19
**LOWER** [3] - 209:20, 210:24, 272:11
**LUNCH** [6] - 154:22, 264:3, 264:5, 268:3, 268:11, 268:13
**LYNCH** [1] - 156:17

---

# M

**MACHINE** [1] - 165:10
**MAIL** [93] - 153:13, 153:14, 153:15, 153:16, 153:17, 153:18, 153:20, 153:21, 155:13, 159:16, 174:4, 191:13, 191:16, 191:19, 191:22, 191:23, 192:1, 192:5, 192:8, 193:12, 194:3, 194:12, 194:17, 194:20, 194:22, 195:9, 200:1, 213:2, 213:8, 215:6, 215:10, 217:12, 218:3, 218:23, 219:4, 220:19, 220:21, 222:4, 222:7, 222:21, 223:12, 224:8, 224:11, 224:12, 224:13, 224:16, 224:18, 224:23, 225:1, 225:2, 225:7, 225:8, 225:13, 225:17, 225:22, 225:24, 226:1, 226:4, 227:4, 251:1, 251:17, 269:22, 269:25, 270:4, 271:18, 271:19, 271:22, 271:24, 271:25, 272:11, 272:17, 272:21, 272:24, 275:18, 278:22, 279:7, 280:3, 280:4, 280:9, 280:12, 282:5, 282:13, 282:16, 283:5, 283:18, 284:19, 285:1, 285:2, 285:6, 285:22, 286:9
**MAILED** [1] - 282:1
**MAILS** [20] - 158:11, 158:13, 158:16, 158:23, 158:24, 158:25, 159:3, 159:4, 173:17, 176:14, 261:10, 261:12, 273:21, 275:5, 276:6, 276:8, 287:11, 287:12
**MAIN** [4] - 161:21, 231:13, 232:14, 262:20
**MAINTAIN** [1] - 192:16

**MAINTENANCE** [2] - 196:12, 253:17
**MAJOR** [6] - 161:25, 181:23, 182:3, 190:20, 202:16, 250:4
**MAN** [3] - 165:8, 170:2, 172:25
**MANAGE** [2] - 161:22, 234:24
**MANAGEMENT** [1] - 237:8
**MANAGER** [4] - 158:7, 235:2, 235:4, 244:18
**MANAGERS** [1] - 234:24
**MANAGING** [2] - 230:18, 273:1
**MANIPULATED** [1] - 175:18
**MANUFACTURE** [3] - 209:21, 231:3, 232:1
**MANUFACTURED** [2] - 224:1, 224:3
**MANUFACTURER** [3] - 223:13, 225:16, 229:17
**MANUFACTURERS** [4] - 180:5, 190:12, 190:14, 190:20
**MANUFACTURES** [1] - 228:17
**MAPS** [2] - 162:4, 178:18
**MARCH** [2] - 251:13, 261:19
**MARGIN** [3] - 270:11, 270:12
**MARILYN** [1] - 151:16
**MARKED** [5] - 188:5, 191:5, 198:19, 198:23, 213:8
**MARKET** [3] - 233:7, 242:20, 254:15
**MARKETED** [1] - 202:22
**MARKETING** [1] - 244:1
**MARKS** [1] - 184:10
**MASSACHUSETTS** [1] - 178:10
**MASSIVE** [2] - 172:10, 206:10
**MATCH** [1] - 210:7
**MATERIALS** [1] - 244:11
**MATTER** [1] - 294:11
**MATTERS** [1] - 289:25
**MBA** [1] - 229:3
**MCCONNELL** [1] - 151:23
**MCLANE** [1] - 151:15
**MEAN** [14] - 180:8, 196:17, 199:20, 200:17, 209:8, 218:3, 232:7, 244:22, 245:20, 247:2, 249:13, 266:25, 271:4, 287:7
**MEANS** [4] - 167:17, 201:14, 212:25, 248:11
**MEANT** [5] - 204:21, 216:5,

260:8, 267:20, 271:5
**MEASURE** [2] - 156:3,
262:16
**MEASUREMENTS** [1] -
164:3
**MEASURING** [2] - 156:1,
156:2
**MECHANISMS** [2] - 181:19,
181:21
**MEET** [7] - 181:12, 182:20,
187:18, 221:11, 266:13,
273:22, 290:11
**MEETING** [25] - 170:23,
187:22, 190:22, 190:23,
190:25, 191:1, 193:15,
194:25, 216:22, 222:18,
237:4, 237:6, 237:7, 237:12,
237:15, 237:17, 239:19,
261:17, 261:20, 261:24,
262:11, 265:3, 265:6, 273:8,
284:24
**MEETINGS** [1] - 182:23
**MEETS** [1] - 168:2
**MEMBERS** [2] - 237:7,
289:2
**MEMORY** [1] - 223:15
**MENLO** [3] - 179:1, 192:11,
219:25
**MENTION** [2] - 158:14,
158:15
**MENTIONED** [9] - 185:13,
214:9, 224:4, 229:4, 239:16,
253:25, 268:23, 283:7,
284:23
**MERRILL** [1] - 156:17
**MESSAGE** [2] - 198:23,
219:1
**MET** [23] - 170:3, 176:6,
182:9, 183:1, 187:19,
187:20, 194:7, 194:10,
196:1, 200:4, 237:16,
251:13, 260:17, 260:23,
263:16, 263:22, 264:10,
264:11, 265:7, 265:12,
267:7, 273:9, 287:14
**METEOROLOGICAL** [2] -
183:9, 218:16
**METERS** [2] - 206:24,
262:16
**METHOD** [1] - 279:19
**METHODS** [1] - 201:17
**MEXICO** [2] - 179:23,
187:23
**MICROPHONE** [1] - 228:2
**MID** [2] - 185:3, 200:22
**MIDDLE** [3] - 229:24,
247:25, 259:10
**MIGHT** [11] - 210:23, 212:9,
214:9, 220:17, 234:16,
244:8, 244:10, 244:12,

276:16, 276:17, 285:17
**MILES** [2] - 163:17, 228:21
**MILLION** [15] - 155:3,
155:19, 159:10, 159:11,
159:13, 159:25, 172:23,
173:7, 173:9, 176:23,
230:24, 234:2, 238:25,
256:25
**MILLIONS** [1] - 157:21
**MIND** [2] - 273:19, 289:10
**MINERAL** [3] - 161:16,
162:5, 184:15
**MINERAL** [15] - 159:2,
182:8, 184:4, 249:25
**MINERALS** [1] - 178:18
**MINIMUM** [1] - 217:20
**MINUTE** [1] - 228:22
**MINUTES** [8] - 180:7,
199:21, 213:17, 213:20,
213:25, 214:12, 219:14,
285:3
**MIRANDA** [4] - 150:23,
294:5, 294:18, 294:19
**MIRANDAALGORRI@
GMAIL.COM** [1] - 150:25
**MISREMEMBER** [1] -
235:10
**MISSION** [1] - 161:21
**MISSPELLED** [1] - 217:15
**MOBILE** [1] - 251:20
**MODEL** [1] - 223:4
**MODERATELY** [1] - 171:21
**MOMENT** [4] - 185:1,
230:22, 234:10, 291:3
**MONEY** [30] - 155:22,
156:16, 156:18, 156:19,
157:5, 159:23, 159:25,
160:5, 160:6, 160:19,
160:21, 169:15, 172:8,
172:12, 172:14, 173:15,
176:11, 176:18, 177:3,
177:4, 177:10, 238:16,
238:17, 239:2, 245:16,
258:16, 268:24, 277:13,
281:9
**MONICA** [1] - 151:14
**MONITOR** [5] - 163:18,
185:11, 186:8, 232:21, 256:5
**MONITORING** [12] - 179:2,
179:3, 179:7, 185:8, 185:15,
185:18, 186:11, 202:6,
217:24, 218:5, 220:18,
232:19
**MONITORS** [1] - 154:17
**MONTH** [1] - 263:17
**MONTHS** [3] - 257:11,
261:19, 286:22
**MOON** [1] - 164:24
**MOREOVER** [2] - 186:9,
283:13

**MORNING** [3] - 264:2,
289:21
**MOST** [11] - 160:2, 169:10,
172:14, 180:24, 181:7,
181:16, 234:6, 237:1,
245:20, 266:11, 274:2
**MOSTLY** [4] - 211:25,
234:25, 274:19, 274:20
**MOTION** [1] - 179:8
**MOTION** [5] - 180:19,
182:18, 209:5, 231:24,
231:25
**MOTIONS** [1] - 180:17
**MOTIVATION** [1] - 249:18
**MOU** [5] - 189:6, 189:7,
189:14, 189:16, 189:18
**MOUNTED** [1] - 206:4
**MOVE** [18] - 154:14,
183:14, 191:5, 192:22,
193:19, 205:1, 214:25,
216:16, 217:1, 240:10,
246:7, 250:11, 252:13,
257:2, 259:2, 269:14,
271:11, 278:25
**MOVED** [3] - 160:18,
163:13
**MOVEMENT** [4] - 181:5,
181:13, 231:10, 231:11
**MOVEMENTS** [5] - 156:3,
223:22, 231:4, 262:16
**MOVES** [1] - 188:4
**MOVIES** [1] - 164:16
**MR** [82] - 154:25, 161:6,
182:17, 188:9, 191:9, 193:1,
193:4, 193:22, 196:22,
197:1, 197:5, 197:22, 199:5,
203:15, 204:24, 205:3,
205:18, 210:4, 212:25,
213:4, 213:17, 214:7, 214:9,
214:13, 214:21, 214:25,
215:6, 216:19, 216:25,
217:4, 217:10, 219:15,
221:19, 223:18, 224:5,
226:10, 226:12, 226:14,
235:23, 236:10, 239:22,
240:3, 240:6, 240:13, 241:3,
241:6, 243:11, 244:24,
246:10, 246:24, 247:5,
247:19, 249:5, 254:19,
258:2, 258:4, 258:6, 263:1,
263:9, 263:13, 266:4,
272:22, 278:12, 280:5,
283:19, 287:5, 287:17,
287:23, 288:3, 288:13,
288:18, 290:7, 290:21,
290:22, 291:3, 291:7,
291:13, 291:16, 291:18,
291:24, 293:1, 293:2
**MS** [86] - 154:12, 154:15,
177:15, 178:6, 182:19,

183:13, 183:20, 188:12,
188:25, 189:5, 191:4,
191:12, 192:21, 193:7,
193:18, 194:1, 194:5,
196:19, 197:20, 203:7,
203:9, 205:5, 205:8, 205:12,
205:14, 210:2, 212:23,
215:2, 216:18, 217:6,
221:17, 221:22, 221:24,
223:21, 224:7, 224:10,
226:7, 227:10, 227:13,
228:7, 236:4, 236:13,
236:21, 240:9, 240:17,
241:9, 242:2, 243:19, 245:7,
246:6, 246:13, 247:8,
247:21, 249:8, 250:10,
250:16, 252:12, 252:18,
254:25, 255:3, 257:1, 257:7,
258:8, 259:1, 259:7, 263:5,
263:15, 266:16, 269:20,
271:11, 271:17, 273:7,
278:20, 278:24, 279:5,
280:17, 282:22, 282:25,
284:16, 287:20, 288:15,
290:1, 290:5, 292:10,
292:21, 293:10
**MULTIPLE** [3] - 164:2,
185:17, 208:14
**MUSEUM** [1] - 255:22
**MUST** [2] - 253:23, 253:25

# N

**NAME** [19] - 165:8, 171:6,
171:7, 174:3, 174:10,
177:24, 177:25, 178:1,
182:11, 187:11, 190:15,
224:23, 227:22, 227:23,
240:25, 243:7, 269:12,
290:16
**NAMED** [2] - 162:12,
172:25
**NAMES** [1] - 169:4
**NANOMETRICS** [2] -
190:18, 231:17
**NARRATIVE** [2] - 287:18,
288:13
**NARROW** [1] - 209:1
**NARROWLY** [1] - 186:20
**NATALIE** [15] - 158:6,
158:7, 171:7, 235:5, 235:7,
235:11, 235:13, 237:12,
239:18, 265:13, 265:25,
267:2, 270:24, 271:1, 274:24
**NATHAN** [10] - 171:6,
225:3, 226:6, 235:2, 235:5,
235:6, 235:9, 235:12, 270:20
**NATHAN/NATALIE** [2] -
237:9, 237:22
**NATION** [1] - 185:20

**NATIONAL** [2] - 178:16, 179:8
**NATIONAL** [1] - 179:9, 181:16, 183:5, 185:14, 185:16, 185:20, 185:22, 185:24, 199:6, 218:19, 256:18
**NATIONS** [2] - 185:4, 185:16
**NATIONS** [1] - 256:4
**NATIONWIDE** [1] - 186:7
**NATURAL** [2] - 161:24, 162:6
**NATURE** [2] - 286:13, 287:13
**NEAR** [1] - 248:18
**NEARBY** [1] - 211:10
**NEARER** [1] - 211:10
**NEARLY** [1] - 256:25
**NECESSARILY** [1] - 206:16
**NECESSARY** [1] - 291:24
**NEED** [29] - 163:24, 163:25, 164:8, 165:15, 166:1, 166:15, 166:16, 167:6, 169:16, 169:17, 175:15, 188:23, 199:2, 207:4, 207:13, 207:19, 207:22, 207:24, 208:14, 214:14, 233:19, 283:9, 283:13, 283:14, 284:10, 286:19, 290:18
**NEEDED** [4] - 165:5, 172:13, 284:13, 284:14
**NEEDS** [4] - 169:13, 221:12, 290:3, 290:4
**NEGOTIABLE** [1] - 254:1
**NEIGHBORING** [2] - 186:8, 186:13
**NETWORK** [1] - 179:9
**NETWORK** [6] - 166:23, 179:9, 186:7, 186:19, 216:6, 232:3
**NETWORKS** [2] - 179:25, 226:20
**NEVER** [11] - 173:23, 176:25, 177:1, 177:9, 210:12, 245:16, 252:6, 258:16, 283:14, 290:16
**NEW** [15] - 170:24, 172:24, 173:4, 184:16, 186:10, 204:17, 218:4, 262:1, 268:2, 272:2, 273:5, 277:12, 280:22, 281:10, 284:2
**NEW** [11] - 151:9, 156:17, 156:18, 158:19, 160:1, 160:20, 179:23, 187:23, 247:4, 247:17, 247:22
**NEXT** [18] - 172:4, 199:13, 205:19, 215:15, 217:19, 222:17, 227:12, 237:17,

262:22, 263:15, 270:18, 278:20, 279:6, 279:21, 285:9, 285:12, 285:22, 286:21
**NICE** [2] - 293:3, 293:4
**NIED** [2] - 218:13, 218:17
**NIGHT** [1] - 264:1
**NIGHTS** [1] - 263:18
**NINE** [1] - 179:20
**NO** [1] - 294:19
**NOISE** [1] - 210:15
**NOISY** [1] - 210:23
**NON** [1] - 158:9
**NON-PROSECUTION** [1] - 158:9
**NONRESPONSIVE** [1] - 240:7
**NORMALLY** [2] - 244:15, 244:22
**NORTH** [1] - 163:17
**NORTH** [4] - 151:6, 163:16, 163:20, 233:18
**NORTHERN** [1] - 179:3
**NOTHING** [6] - 154:17, 175:5, 177:20, 221:19, 227:7, 227:18
**NOVEMBER** [1] - 187:21, 253:13
**NUCLEAR** [10] - 156:2, 163:16, 181:9, 185:3, 231:7, 232:19, 233:2, 255:17, 256:5, 266:20
**NUMBER** [8] - 172:13, 173:12, 185:4, 190:14, 211:11, 244:11, 259:19, 281:11
**NUMBERS** [8] - 223:2, 223:3, 223:4, 248:14, 259:10, 272:14, 280:19
**NW** [1] - 151:9

---

# O

**O'CLOCK** [1] - 289:13
**O'CLOCK** [1] - 289:16
**OBJECT** [10] - 223:18, 224:5, 236:10, 241:3, 244:24, 249:5, 263:9, 280:5, 287:17, 290:6
**OBJECTION** [53] - 182:17, 188:8, 191:8, 192:24, 193:1, 193:21, 197:20, 203:7, 205:4, 205:13, 205:14, 205:15, 210:2, 210:3, 215:1, 215:2, 215:4, 217:5, 217:6, 221:17, 235:23, 235:24, 236:12, 240:3, 240:12, 243:11, 246:9, 246:10, 246:24, 247:5, 247:19, 249:7, 250:14, 252:16,

255:2, 257:5, 258:2, 258:5, 259:5, 263:1, 263:3, 263:14, 266:4, 271:15, 272:22, 278:12, 279:3, 283:19, 287:5, 287:23, 288:3, 288:13
**OBS** [11] - 262:12, 263:6, 265:8, 265:9, 265:19, 272:3, 281:24, 286:14, 286:15, 286:16
**OBSERVATION** [1] - 220:4
**OBSERVE** [1] - 161:22
**OBSS** [2] - 286:17, 286:18
**OBTAIN** [1] - 229:1
**OBVIATE** [1] - 290:18
**OBVIOUS** [3] - 176:17, 181:7, 271:5
**OBVIOUSLY** [2] - 266:13, 270:25
**OCCASION** [5] - 181:12, 182:20, 187:18, 261:7, 273:17
**OCCASIONALLY** [1] - 197:25
**OCCURRED** [1] - 202:4
**OCEAN** [3] - 165:1, 262:14, 286:18
**OCEAN** [1] - 151:13
**OCTOBER** [1] - 269:23
**OF** [13] - 150:2, 150:5, 150:12, 151:1, 151:8, 151:12, 151:19, 294:1, 294:7, 294:9, 294:12, 294:15
**OFFER** [7] - 272:16, 273:4, 290:13, 290:15, 290:25, 291:11, 292:23
**OFFICE** [5] - 179:22, 252:8, 268:13, 285:13, 285:14
**OFFICER** [3] - 155:14, 237:5, 285:19
**OFFICER** [1] - 172:25
**OFFICES** [2] - 151:12, 151:19
**OFFICES** [2] - 240:25, 247:15
**OFFICIAL** [4] - 150:23, 294:1, 294:5, 294:19
**OFFICIAL** [15] - 155:1, 155:6, 158:3, 159:2, 167:24, 169:20, 173:24, 174:8, 176:9, 253:16, 268:16, 276:13, 276:25, 281:11
**OFFICIALLY** [2] - 222:15, 253:23
**OFFICIALS** [2] - 235:21, 267:11
**OFTEN** [1] - 266:14
**OIL** [3] - 161:16, 162:5, 168:9
**OLD** [2] - 170:16, 284:13
**OLDER** [2] - 201:10, 241:18

**ONCE** [5] - 170:14, 172:9, 252:4, 274:14, 283:15
**ONE** [76] - 162:11, 163:14, 163:18, 165:3, 165:8, 165:17, 165:21, 166:8, 167:25, 169:17, 169:19, 170:15, 172:1, 175:16, 175:17, 178:20, 180:17, 181:21, 190:5, 190:6, 194:10, 196:12, 202:19, 204:16, 204:18, 205:19, 207:3, 208:2, 209:6, 209:13, 210:1, 210:4, 210:25, 211:23, 215:10, 219:21, 224:24, 225:18, 229:24, 231:16, 231:17, 232:10, 234:8, 237:8, 239:25, 240:18, 241:14, 245:21, 246:16, 249:2, 251:17, 251:19, 252:20, 257:7, 261:12, 262:5, 262:10, 262:18, 264:7, 264:8, 264:19, 266:13, 266:25, 269:3, 270:12, 272:1, 274:2, 275:15, 276:19, 281:23, 285:20, 291:3, 291:22, 291:23, 292:12
**ONE-PAGE** [5] - 239:25, 240:18, 264:19, 269:3, 276:19
**ONES** [1] - 162:25
**ONGOING** [1] - 184:13
**ONSITE** [2] - 201:16, 202:3
**ONWARDS** [2] - 238:13, 258:25
**OPEN** [10] - 154:6, 154:20, 186:20, 186:22, 213:23, 214:3, 214:16, 223:8, 289:9, 289:23
**OPENING** [2] - 154:9, 154:23
**OPENLY** [1] - 279:25
**OPERATE** [2] - 226:20, 282:11
**OPERATED** [2] - 195:11, 216:11
**OPERATES** [5] - 180:3, 186:6, 186:19, 189:23, 218:20
**OPERATING** [3] - 179:24, 186:14, 220:17
**OPERATION** [1] - 183:11
**OPERATIONAL** [1] - 167:8
**OPERATIONS** [1] - 179:3
**OPINION** [11] - 199:18, 212:21, 215:17, 215:18, 215:22, 216:8, 216:12, 217:25, 218:1, 220:14
**OPPORTUNITY** [3] - 170:24, 171:12, 171:17

**OPTION** [1] - 210:13
**OPTIONS** [2] - 166:16, 167:13
**ORAL** [1] - 286:7
**ORDER** [14] - 157:10, 160:10, 167:7, 180:16, 180:18, 186:8, 192:13, 202:8, 212:13, 262:18, 268:11, 286:2, 286:16
**ORDERS** [1] - 167:16
**ORDINARY** [1] - 174:21
**ORGANIZATION** [14] - 161:10, 163:2, 185:10, 196:11, 199:10, 200:8, 218:19, 220:24, 252:11, 256:3, 256:5, 256:15, 274:21
**ORGANIZATION** [2] - 185:6, 256:3
**ORGANIZATIONS** [7] - 218:23, 219:3, 223:8, 232:15, 232:18, 233:4, 262:9
**ORIGINAL** [2] - 214:10, 244:17
**OUTREACH** [1] - 255:23
**OUTSET** [1] - 160:8
**OUTSIDE** [2] - 171:1, 272:18
**OUTSTRIP** [1] - 201:9
**OVERALL** [1] - 186:24
**OVERRULED** [18] - 203:10, 212:24, 224:6, 235:24, 239:23, 243:12, 245:1, 246:25, 247:20, 249:7, 266:6, 272:23, 278:13, 280:7, 283:21, 287:6, 287:24, 288:5
**OVERSEE** [2] - 179:3, 179:8
**OWE** [1] - 238:20
**OWED** [1] - 268:24
**OWN** [10] - 157:13, 158:25, 159:9, 159:15, 173:22, 188:24, 220:9, 221:10, 283:11

# P

**P-O-T-T-S** [1] - 227:25
**P.M** [2] - 214:1, 293:12
**P.M** [2] - 150:14, 154:2
**PACIFIC** [2] - 151:20, 263:18
**PAGE** [1] - 294:11
**PAGE** [1] - 152:7
**PAGE** [42] - 183:21, 184:6, 184:20, 186:1, 186:2, 187:9, 199:13, 214:23, 216:2, 216:16, 219:7, 222:2, 222:3, 224:8, 225:6, 225:22, 226:1, 226:2, 227:3, 239:25,

240:18, 241:20, 242:3, 242:4, 247:25, 248:19, 253:1, 253:2, 253:14, 259:11, 264:19, 269:3, 269:21, 272:9, 272:17, 276:19, 279:6, 279:9, 280:18, 282:25, 284:17, 285:22
**PAGES** [1] - 150:8
**PAID** [32] - 157:19, 157:20, 159:10, 160:5, 160:18, 168:1, 168:8, 168:18, 168:19, 172:2, 172:4, 176:21, 176:25, 177:9, 238:14, 245:8, 249:15, 254:6, 256:24, 259:12, 259:22, 260:10, 269:3, 277:5, 277:18, 281:12, 284:9, 285:11, 285:15, 286:25, 287:1, 288:11
**PANEL** [1] - 207:16
**PANELS** [1] - 207:21
**PAPER** [7] - 164:18, 164:19, 200:24, 201:6, 201:22, 252:6, 254:4
**PARAGRAPH** [31] - 184:7, 184:8, 184:21, 184:22, 188:22, 189:2, 189:16, 190:1, 195:9, 199:5, 215:11, 215:15, 215:17, 219:13, 219:20, 219:24, 222:2, 222:22, 242:15, 253:15, 253:20, 253:21, 254:5, 279:10, 279:15, 279:21, 283:4, 285:6, 285:13, 285:23
**PARAGRAPHS** [4] - 188:24, 217:19, 219:11, 222:21
**PARDON** [7] - 162:11, 175:16, 197:11, 203:8, 205:7, 209:8, 240:5
**PARENTHESES** [1] - 272:18
**PARK** [8] - 151:13, 171:3, 178:16, 179:1, 192:11, 219:25, 263:25, 264:10
**PARK** [2] - 171:10, 171:12
**PART** [32] - 162:13, 162:14, 165:3, 166:9, 173:1, 174:17, 175:5, 178:15, 179:2, 185:15, 185:18, 191:2, 194:6, 197:8, 197:11, 197:18, 198:8, 218:3, 220:20, 224:12, 239:16, 241:15, 243:10, 255:19, 255:22, 257:8, 258:9, 263:23, 265:10, 273:13, 278:25, 292:15
**PARTICULAR** [14] - 189:10, 189:25, 206:18, 211:15,

225:17, 232:5, 232:8, 233:6, 233:21, 244:23, 245:2, 253:15, 269:9, 278:4
**PARTICULARLY** [3] - 233:13, 233:16, 281:3
**PARTIES** [1] - 243:3
**PARTIES'** [12] - 183:15, 188:6, 191:6, 192:23, 193:20, 240:11, 250:12, 252:13, 257:3, 269:16, 271:12, 279:1
**PARTNERS** [1] - 242:18
**PARTS** [3] - 164:14, 166:8, 168:6
**PARTY** [1] - 167:24
**PASADENA** [3] - 156:12, 161:13, 179:6
**PASADENA** [1] - 151:18
**PASS** [1] - 157:18
**PASSED** [2] - 175:15, 218:4
**PASSES** [1] - 175:12
**PAST** [2] - 174:12
**PATIENCE** [1] - 161:7
**PAY** [22] - 166:12, 166:14, 168:11, 173:7, 173:15, 208:10, 234:20, 243:16, 244:8, 244:10, 245:10, 245:17, 259:17, 259:22, 274:4, 274:6, 277:3, 277:4, 283:13, 284:10, 284:13, 284:14
**PAYCHECK** [1] - 197:19
**PAYING** [6] - 238:16, 244:23, 249:1, 256:21, 281:9, 284:8
**PAYMENT** [7] - 244:13, 248:19, 249:3, 254:4, 281:10, 281:14, 281:16
**PAYMENTS** [57] - 155:12, 155:19, 155:20, 156:13, 158:3, 158:4, 158:11, 158:15, 159:5, 159:19, 160:13, 236:22, 238:9, 238:12, 239:4, 239:9, 239:11, 239:12, 239:14, 243:15, 243:16, 244:7, 245:15, 248:22, 249:15, 249:18, 254:7, 254:9, 257:14, 257:19, 257:24, 258:12, 258:15, 258:17, 258:21, 258:25, 259:25, 260:5, 260:12, 260:16, 265:22, 265:24, 266:1, 266:3, 267:16, 269:8, 275:9, 277:9, 279:18, 280:21, 285:10, 286:24, 287:3, 287:22, 288:10
**PC** [20] - 212:18, 213:3, 213:15, 215:12, 215:24, 216:5, 216:10, 218:9,

218:13, 218:24, 219:2, 219:6, 220:12, 220:19, 222:8, 223:12, 223:13, 225:13, 226:17, 227:3
**PC'S** [1] - 216:12
**PC-BASED** [15] - 212:18, 213:3, 213:15, 215:12, 215:24, 216:10, 218:13, 218:24, 219:2, 220:19, 222:8, 223:12, 223:13, 225:13, 226:17
**PEARCE** [26] - 158:6, 158:7, 158:8, 158:10, 158:13, 158:17, 171:6, 171:7, 225:3, 226:6, 235:2, 235:5, 235:6, 235:7, 235:9, 235:11, 235:12, 235:13, 235:15, 237:9, 265:13, 265:25, 270:20, 270:24, 271:1, 274:24
**PEN** [1] - 290:21
**PENDING** [3] - 176:6, 177:19, 227:17
**PEOPLE** [26] - 155:25, 158:15, 162:6, 163:9, 166:24, 169:7, 172:6, 174:11, 176:15, 181:15, 181:21, 181:24, 182:1, 182:9, 184:19, 194:8, 194:10, 201:21, 217:14, 234:23, 273:6, 275:17, 275:24, 276:8, 287:11, 289:3
**PEOPLE'S** [1] - 217:1
**PER** [7] - 240:11, 250:12, 252:13, 257:3, 269:15, 271:12, 281:22
**PERCENT** [8] - 173:2, 173:10, 233:23, 233:24, 277:6, 285:15, 285:16
**PERCENTAGE** [1] - 233:20
**PERFECT** [5] - 166:2, 166:5, 168:19, 169:1, 169:8
**PERFORM** [1] - 179:11
**PERFORMANCE** [2] - 179:10, 211:2
**PERHAPS** [2] - 249:17, 284:2
**PERIOD** [4] - 208:21, 208:24, 208:25, 209:18
**PERIOD** [6] - 235:3, 235:18, 250:2, 254:2, 257:19, 285:25
**PERIODICALLY** [1] - 197:23
**PERMANENT** [6] - 213:5, 213:12, 213:14, 215:24, 220:14, 222:23
**PERMISSION** [1] - 204:24
**PERSON** [15] - 171:2, 171:3, 171:4, 171:5, 171:6, 202:18, 203:23, 204:1,

209:22, 209:25, 210:25, 235:13, 260:17, 260:22, 270:23

**PERSONAL** [9] - 156:13, 173:21, 241:7, 263:12, 263:13, 280:6, 281:16, 283:19, 287:3

**PERSONALLY** [2] - 173:10, 283:10

**PERSONNEL** [1] - 183:1

**PG&E** [1] - 233:1

**PH.D** [2] - 178:3, 228:4

**PH.D** [4] - 152:9, 152:13, 178:9, 229:2

**PHENOMENA** [1] - 161:24

**PHIL** [8] - 237:6, 237:10, 237:16, 238:6, 260:8, 265:7, 284:19, 284:22

**PHONE** [1] - 165:13

**PHONED** [1] - 268:14

**PHOTO** [1] - 204:25

**PHOTOGRAPH** [1] - 153:22

**PHOTOGRAPH** [9] - 203:24, 204:4, 204:6, 204:10, 204:21, 205:6, 205:9, 205:22, 206:4

**PHRASE** [3] - 180:13, 245:22, 268:15

**PHRASED** [1] - 267:21

**PHRASING** [1] - 248:5

**PHYSICALLY** [1] - 201:21

**PHYSICS** [1] - 228:25

**PICK** [3] - 158:22, 170:17

**PICKED** [1] - 263:24

**PICKING** [1] - 290:21

**PICTURE** [3] - 171:1, 171:10, 209:15

**PIECE** [5] - 164:18, 201:22, 244:9, 245:2

**PIECES** [2] - 165:18, 206:17

**PILE** [1] - 252:7

**PIONEER** [2] - 202:10, 202:13

**PIONEERS** [1] - 165:8

**PLACE** [8] - 187:22, 187:23, 190:25, 191:1, 193:16, 196:5, 235:20, 289:6

**PLACED** [1] - 286:17

**PLACES** [1] - 169:19

**PLAINTIFF** [1] - 150:6

**PLAINTIFF** [1] - 151:3

**PLAN** [3] - 197:18, 283:10, 283:14

**PLANNING** [2] - 209:25, 211:16

**PLATE** [1] - 206:5

**PLAY** [1] - 211:9

**PLEASANT** [1] - 289:20

**PLOT** [1] - 162:4

**PLUS** [1] - 163:3

**POINT** [12] - 180:15, 193:18, 201:10, 209:24, 220:24, 239:13, 240:7, 249:13, 269:5, 283:25, 284:18, 292:22

**POINTING** [1] - 262:10

**POINTS** [1] - 200:18

**POLICY** [6] - 235:19, 235:22, 235:25, 236:1, 236:3, 236:6

**POONAM** [1] - 151:5

**POOR** [3] - 204:10, 204:11, 205:22

**POPULATION** [1] - 207:19

**PORTION** [2] - 191:13, 194:23

**POSED** [1] - 171:1

**POSITION** [10] - 155:2, 155:11, 156:23, 157:10, 157:23, 160:10, 178:24, 179:12, 179:14, 250:6

**POSSIBLE** [2] - 209:5, 279:12

**POSSIBLY** [2] - 291:2, 292:1

**POTTS** [66] - 157:25, 158:1, 172:25, 173:2, 173:9, 173:12, 173:15, 176:3, 227:14, 227:24, 227:25, 228:1, 228:8, 228:16, 229:4, 231:1, 234:3, 234:10, 235:18, 236:4, 236:13, 239:15, 240:17, 241:9, 241:19, 242:2, 242:14, 243:6, 245:7, 246:13, 246:21, 247:8, 247:24, 248:18, 249:8, 249:19, 250:16, 251:22, 252:18, 254:7, 256:14, 257:7, 257:23, 259:7, 259:24, 260:17, 263:5, 263:15, 265:3, 268:23, 269:14, 271:17, 272:8, 273:7, 274:8, 278:20, 279:5, 280:17, 281:12, 281:25, 283:17, 284:16, 286:6, 286:23, 287:20

**POTTS** [2] - 152:13, 228:4

**POTTS** [1] - 280:2

**POTTS'** [1] - 173:20

**POUNDS** [4] - 259:14, 277:24, 280:22, 281:24

**POWER** [5] - 175:15, 181:2, 207:13, 207:20, 233:2

**POWERPOINT** [1] - 171:14

**PRACTICALLY** [1] - 172:19

**PRACTICE** [1] - 245:17

**PRECISELY** [1] - 156:22

**PRECLUDED** [1] - 221:13

**PREFER** [2] - 207:18, 282:10

**PREFERENTIAL** [1] - 156:24

**PREFIX** [1] - 232:5

**PREPARE** [2] - 158:21, 237:15

**PRESENCE** [7] - 154:6, 154:20, 213:23, 214:3, 214:16, 264:23, 289:23

**PRESENT** [12] - 154:8, 171:4, 174:12, 199:15, 214:18, 214:19, 235:19, 239:13, 250:2, 283:2, 283:25, 289:24

**PRESENTATION** [1] - 236:9

**PRESERVATION** [1] - 184:16

**PRESIDENT** [4] - 198:12, 198:24, 255:16, 266:20

**PRESIDENTS** [1] - 174:12

**PRESSING** [1] - 173:18

**PRETRIAL** [5] - 183:15, 188:6, 191:6, 192:23, 193:20

**PREVIOUS** [14] - 219:6, 237:23, 239:8, 272:15, 279:18, 280:14, 281:9, 283:2, 283:7, 283:25, 284:1, 284:4, 285:17, 285:20

**PREVIOUSLY** [6] - 183:14, 188:5, 189:7, 191:5, 203:13, 245:24

**PRICE** [17] - 171:25, 270:6, 270:17, 270:20, 270:25, 271:3, 271:9, 272:4, 272:5, 277:21, 278:4, 278:5, 278:8, 281:2, 281:21, 285:9

**PRICED** [3] - 171:21, 270:9, 278:17

**PRICES** [6] - 278:3, 278:6, 278:7, 278:18, 278:19, 281:4

**PRICING** [5] - 271:6, 271:8, 278:1, 278:14, 278:16

**PRIMARILY** [6] - 179:24, 180:5, 180:11, 183:2, 200:7, 211:7

**PRIMARY** [1] - 229:14

**PRIMARY** [4] - 163:18, 203:5, 211:5, 211:8

**PRINCIPAL** [4] - 155:7, 157:12, 187:16, 253:10

**PRINCIPLE** [2] - 253:21, 278:19

**PRIVATE** [15] - 155:15, 162:20, 162:22, 162:23, 197:23, 197:25, 198:2, 198:5, 221:16, 229:14, 230:3, 230:4, 230:17, 274:20, 281:9, 284:14,

285:19

**PRIVATELY** [1] - 159:3

**PROBLEM** [3] - 169:9, 272:6

**PROBLEMS** [4] - 178:17, 181:19, 181:24, 272:3

**PROCEDURAL** [1] - 167:17

**PROCEDURES** [1] - 244:3

**PROCEED** [4] - 178:2, 228:3, 282:3, 282:8

**PROCEEDINGS** [1] - 294:10

**PROCEEDINGS** [7] - 154:5, 154:19, 213:22, 214:2, 214:15, 289:22, 293:12

**PROCESS** [10] - 175:1, 175:2, 175:9, 234:22, 252:5, 272:2, 272:4, 272:7, 273:2, 287:8

**PROCESSES** [1] - 244:2

**PROCESSING** [4] - 180:25, 190:12, 201:18, 202:9

**PRODUCE** [1] - 231:20

**PRODUCED** [1] - 289:8

**PRODUCT** [2] - 223:3, 281:19

**PRODUCTS** [20] - 157:4, 174:4, 224:1, 224:3, 231:2, 231:21, 232:9, 233:5, 234:17, 243:1, 243:4, 246:4, 253:17, 254:17, 255:4, 255:5, 267:9, 271:3, 283:8, 285:9

**PROFESSIONAL** [2] - 167:9

**PROGRAM** [3] - 165:20, 178:22, 255:23

**PROGRAMMED** [1] - 165:24

**PROHIBITED** [1] - 235:20

**PROJECT** [9] - 179:2, 245:5, 262:12, 262:20, 262:23, 263:6, 265:8, 265:9, 265:19

**PROJECTS** [3] - 162:23, 175:6, 211:16

**PROMISED** [1] - 172:23

**PROMOTED** [1] - 174:3

**PROMPTLY** [1] - 289:16

**PRONOUNCE** [1] - 290:16

**PRONOUNCED** [1] - 230:9

**PROOF** [4] - 290:13, 290:15, 290:25, 291:11

**PROPERLY** [2] - 165:24, 208:8

**PROPERTY** [1] - 280:23

**PROPOSAL** [1] - 281:25

**PROPOSE** [1] - 290:24

**PROPOSED** [8] - 192:8, 268:2, 277:12, 281:6,

290:12, 292:2, 292:5, 292:16
**PROPRIETY** [1] - 259:25
**PROSECUTION** [1] - 158:9
**PROTECTED** [1] - 164:25
**PROTOCOL** [1] - 219:25
**PROTOCOLS** [2] - 185:8, 185:16
**PROVIDE** [4] - 166:11, 172:6, 189:23, 232:11
**PROVIDED** [4] - 176:20, 220:21, 221:9, 236:5
**PROVIDES** [4] - 172:5, 180:22, 180:23, 242:17
**PROVIDING** [2] - 218:4, 242:18
**PS** [1] - 272:16
**PUBLIC** [9] - 155:1, 157:23, 160:9, 172:15, 174:16, 174:17, 230:3, 255:22, 255:23
**PUBLISH** [1] - 204:25
**PULL** [4] - 154:10, 193:7, 225:23, 228:1
**PULLED** [1] - 238:11
**PUNCH** [2] - 214:5
**PUNCHES** [1] - 214:11
**PURCHASE** [1] - 203:16
**PURCHASED** [6] - 157:12, 203:1, 203:4, 203:18, 204:16, 204:18
**PURCHASER** [1] - 234:12
**PURCHASING** [1] - 255:4
**PURPOSE** [7] - 174:18, 189:18, 189:19, 201:25, 211:23, 226:18, 265:15
**PURPOSES** [2] - 228:11, 290:18
**PURSUANT** [5] - 183:15, 188:6, 191:6, 192:22, 193:20
**PURSUANT** [1] - 294:8
**PURSUING** [1] - 176:4
**PUSH** [2] - 267:24, 285:7
**PUSHED** [1] - 286:4
**PUT** [10] - 162:9, 164:25, 171:13, 172:24, 175:2, 175:9, 206:19, 208:19, 232:20, 281:4

## Q

**Q330** [1] - 223:2
**Q4120** [1] - 223:2
**Q730** [1] - 223:2
**QUALIFIED** [1] - 175:1
**QUALITY** [3] - 195:5, 204:11, 205:21
**QUANTERRA** [12] - 167:5, 169:5, 169:6, 170:14, 170:21, 202:24, 203:1, 203:5, 203:16, 222:24, 223:3

**QUARRY** [1] - 181:8
**QUESTIONS** [7] - 196:20, 226:7, 226:10, 238:10, 276:16, 288:15, 288:18
**QUICK** [1] - 216:21
**QUIET** [1] - 255:18
**QUITE** [13] - 204:16, 210:20, 254:15, 260:1, 260:4, 260:7, 261:6, 262:3, 262:17, 262:18, 267:19, 276:3
**QUOTATION** [6] - 253:25, 272:2, 272:12, 272:13, 272:15, 273:3
**QUOTE** [6] - 234:15, 270:13, 272:4, 272:5, 272:15, 278:15
**QUOTES** [1] - 270:10
**QUOTING** [2] - 248:8, 273:4

## R

**R&D** [2] - 199:14, 199:17
**RADIO** [3] - 165:12, 201:13, 201:17
**RAILROAD** [3] - 209:23, 210:10, 210:12
**RAILWAY** [2] - 210:15, 210:23
**RAILWAYS** [1] - 210:22
**RAISE** [3] - 177:17, 227:15, 244:15
**RAISED** [1] - 273:20
**RANGE** [8] - 178:19, 180:1, 180:19, 209:3, 209:5, 209:6, 210:19, 255:20
**RATE** [1] - 244:12
**RATES** [1] - 166:17
**RATHER** [2] - 204:10, 262:6
**RATIONALE** [1] - 280:12
**RAYNOR** [5] - 151:19, 151:19, 290:21, 291:3, 293:2
**RE** [1] - 264:10
**RE-MET** [1] - 264:10
**REACH** [1] - 212:20
**REACHED** [2] - 217:13, 226:16
**REACHING** [1] - 212:17, 212:21, 218:6
**REACTION** [4] - 257:23, 266:12, 267:22, 283:22
**READ** [29] - 167:3, 183:24, 184:2, 184:8, 186:4, 187:11, 188:17, 188:22, 188:23, 188:24, 195:1, 242:21, 242:23, 253:18, 253:20, 257:12, 270:3, 270:19, 279:13, 279:16, 279:22, 281:7, 283:4, 285:6, 285:12, 285:23, 292:3, 292:7, 293:4

**READING** [1] - 292:13
**READINGS** [1] - 175:14
**READS** [5] - 215:21, 272:11, 272:17, 282:19, 283:1
**READY** [2] - 165:21, 216:3
**REALIZE** [1] - 269:11
**REALIZED** [2] - 239:11, 271:9
**REALLY** [20] - 157:12, 165:17, 168:16, 170:6, 171:11, 176:8, 181:14, 186:24, 200:25, 201:7, 205:6, 205:8, 226:24, 240:2, 245:16, 271:10, 273:23, 283:13, 285:24, 285:25
**REALTIME** [1] - 294:5
**REALTIME** [2] - 195:13, 195:14
**REASON** [8] - 164:11, 164:22, 262:13, 262:20, 265:8, 266:2, 271:4, 288:8
**REASONS** [1] - 215:22
**RECEIVE** [2] - 271:19, 281:16
**RECEIVED** [38] - 155:18, 157:6, 159:12, 183:18, 183:19, 188:10, 188:11, 191:10, 191:11, 193:5, 193:6, 193:23, 193:25, 205:16, 205:17, 215:5, 217:7, 217:9, 240:15, 240:16, 246:11, 246:12, 250:14, 250:15, 252:16, 252:17, 257:4, 257:6, 259:5, 259:6, 269:18, 269:19, 271:15, 271:16, 279:2, 279:4, 286:24, 289:10
**RECEIVING** [2] - 254:4, 277:16
**RECENT** [1] - 174:13
**RECESS** [4] - 213:20, 214:1, 288:24, 293:11
**RECIPIENT** [3] - 191:19, 192:3, 224:16
**RECOGNIZE** [10] - 188:13, 191:13, 193:9, 194:1, 203:23, 204:1, 224:23, 242:4, 245:22, 269:25
**RECOGNIZED** [1] - 284:12
**RECOMMEND** [1] - 272:12
**RECOMMENDATION** [3] - 220:25, 246:3, 262:4
**RECOMMENDATIONS** [1] - 221:6
**RECOMMENDED** [2] - 157:14, 243:4
**RECOMMENDING** [1] - 242:25
**RECORD** [12] - 175:10,

177:24, 180:16, 180:18, 202:1, 207:9, 207:12, 208:25, 209:3, 214:18, 227:22, 236:19
**RECORDED** [3] - 187:5, 201:16, 202:3
**RECORDER** [4] - 164:15, 165:10, 207:22, 207:25
**RECORDERS** [6] - 166:18, 200:23, 201:2, 201:3, 201:13, 201:20
**RECORDING** [7] - 180:20, 201:7, 201:10, 223:25, 292:9, 292:17, 292:22
**RECORDS** [4] - 159:21, 159:22, 207:10, 239:15
**RECROSS** [1] - 152:11
**RECROSS** [1] - 226:13
**RECROSS-EXAMINATION** [1] - 152:11
**RECROSS-EXAMINATION** [1] - 226:13
**RED** [1] - 205:19
**REDIRECT** [2] - 221:21, 221:23
**REDIRECT** [1] - 152:11
**REDONDO** [1] - 151:21
**REFER** [6] - 155:9, 169:4, 195:15, 235:12, 241:2, 245:21
**REFERENCE** [11] - 184:23, 186:13, 189:25, 214:22, 216:15, 217:1, 227:3, 243:6, 273:25, 276:18, 276:21
**REFERENCED** [3] - 158:11, 158:12, 184:22
**REFERENCES** [1] - 159:4
**REFERENCING** [1] - 216:2
**REFERRED** [6] - 185:1, 239:7, 240:18, 269:12, 270:8, 287:13
**REFERRING** [7] - 187:4, 215:11, 219:19, 223:15, 225:24, 235:13, 259:8
**REFERS** [3] - 180:15, 225:19, 248:4
**REFLECT** [2] - 214:18, 236:19
**REFLECTED** [3] - 241:22, 258:12, 282:5
**REGARD** [1] - 212:18
**REGARDING** [7] - 226:4, 256:21, 267:11, 268:1, 276:5, 276:10, 277:25
**REGIONAL** [1] - 180:1
**REGULAR** [2] - 157:7, 237:7
**REGULARLY** [1] - 169:19
**REGULATIONS** [1] - 294:12

REINFORCE [1] - 162:9
RELATED [4] - 177:2,
178:17, 178:19, 196:16
RELATION [2] - 185:13,
264:17
RELATIONSHIP [14] -
158:12, 158:14, 182:14,
195:10, 234:8, 234:24,
250:3, 252:10, 269:2, 273:1,
282:9, 286:10, 286:13,
287:21
RELATIONSHIPS [1] -
234:24
RELATIVELY [3] - 209:2,
236:7, 238:24
RELEVANCE [5] - 193:1,
193:4, 197:20, 221:17,
254:11
RELEVANT [3] - 238:9,
283:7, 283:12
RELIABLE [3] - 169:10,
169:17, 216:21
RELIES [1] - 169:19
REMAINDER [1] - 277:7
REMAINS [2] - 208:8, 290:6
REMEDY [1] - 214:8
REMEMBER [9] - 168:13,
173:12, 190:4, 212:17,
268:15, 274:5, 274:7,
278:22, 290:16
REMIND [1] - 288:24
REMINDED [2] - 289:4,
289:9
REMOTE [2] - 207:18,
207:19
RENDER [1] - 160:25
REPEATEDLY [1] - 157:23
REPHRASE [1] - 263:4
REPLACED [1] - 201:11
REPLIED [2] - 226:17,
226:19
REPLY [1] - 282:13
REPORT [2] - 153:6,
183:25
REPORT [2] - 184:3,
195:12
REPORTED [1] - 294:10
REPORTED [4] - 195:12,
227:2, 227:6, 288:8
REPORTER [1] - 290:4
REPORTER [4] - 150:23,
294:1, 294:6, 294:19
REPORTER'S [1] - 150:12
REPRESENT [2] - 251:11,
259:11
REPRESENTATIVE [3] -
196:10, 196:11, 253:16
REPRESENTATIVES [3] -
182:20, 196:2, 256:18
REPRESENTED [2] -

249:10, 280:20
REPRESENTS [2] - 234:8,
250:17
REQUEST [3] - 253:23,
270:22, 278:10
REQUESTING [1] - 220:2
REQUESTS [1] - 253:22
REQUIRE [1] - 201:21
REQUIRED [1] - 254:1
REQUIREMENT [2] -
218:14, 219:5
REQUIREMENTS [5] -
192:17, 196:16, 196:17,
212:1, 217:20
REQUIRES [1] - 154:15
RESEARCH [9] - 155:8,
183:4, 186:5, 186:6, 187:13,
194:21, 195:4, 250:9, 253:11
RESEARCH [28] - 161:11,
161:15, 161:16, 161:17,
162:3, 162:20, 166:9,
174:16, 174:17, 181:18,
183:2, 183:8, 184:12,
184:13, 186:9, 197:23,
197:25, 199:10, 200:8,
209:11, 218:19, 230:19,
232:15, 232:17, 233:3,
250:8, 289:5
RESEARCHER [3] - 155:7,
195:3, 253:10
RESEARCHER/
DIRECTOR [1] - 187:16
RESEARCHERS [4] -
211:13, 212:3, 212:8, 221:14
RESEARCHING [1] -
184:14
RESELL [2] - 234:14,
234:16
RESIGNED [1] - 237:13
RESOLUTION [1] - 292:21
RESOURCES [4] - 155:9,
182:8, 184:5, 249:25
RESOURCES [2] - 161:25,
184:15
RESPECT [8] - 234:6,
237:20, 256:1, 263:6,
276:25, 277:12, 289:6,
290:15
RESPOND [1] - 281:25
RESPONDED [3] - 216:4,
216:20, 282:2
RESPONSE [4] - 241:6,
267:15, 282:17, 285:1
RESPONSIBILITIES [6] -
156:1, 162:16, 163:18,
168:4, 185:11, 229:20
RESPONSIBILITY [3] -
168:5, 272:25
RESPONSIBLE [7] - 158:7,
166:10, 167:21, 167:25,

179:24, 185:7, 244:18
REST [1] - 160:2
RESTATE [1] - 201:1
RESTAURANT [1] - 264:12
RESULT [2] - 171:19,
256:20
RESULTS [2] - 175:11,
218:25
RESUME [2] - 214:20,
288:20
RETAIL [1] - 204:14
RETAINED [1] - 287:10
RETIRE [1] - 268:5
RETIREMENT [1] - 197:18
RETRIEVE [1] - 202:3
RETRIEVED [1] - 201:16
RETURN [3] - 157:8,
160:11, 194:4
RETURNED [1] - 194:13
REVENUE [4] - 230:23,
233:20, 233:24, 234:1
REVIEW [9] - 166:18,
167:15, 185:21, 188:9,
213:11, 239:16, 246:14,
258:21, 281:5
REVIEWED [1] - 257:8
REVTECH [2] - 190:18,
231:17
RICHARD [2] - 151:19,
151:19
RIGHT-HAND [6] - 184:2,
240:24, 240:25, 246:19,
247:2, 259:14
RIGOROUS [2] - 175:2,
175:9
RISE [1] - 213:21
RISK [3] - 233:8, 233:15,
233:16
ROADS [1] - 162:9
ROLE [8] - 229:10, 254:16,
254:23, 255:3, 255:25,
256:5, 256:14, 266:21
ROOM [5] - 206:6, 206:7,
255:15, 289:18
ROUGH [1] - 233:25
ROUGHLY [2] - 233:24,
281:11
ROUND [2] - 206:10,
248:14
ROUNDING [1] - 259:23
ROUTE [1] - 268:9
RPR [1] - 150:23
RULE [1] - 291:1
RULING [3] - 290:12,
291:20, 291:22
RUN [4] - 181:2, 244:2,
257:21, 267:7
RUNNING [1] - 267:6

S

SAFELY [1] - 289:20
SAFETY [2] - 244:1, 244:2
SALARIES [1] - 277:5
SALARY [1] - 157:7
SALE [1] - 234:18
SALES [3] - 153:9, 153:10,
257:14
SALES [11] - 157:3, 157:21,
158:7, 234:1, 234:3, 234:22,
235:1, 235:2, 235:4, 252:8,
281:18
SALESPERSON [1] - 174:1
SAN [3] - 273:10, 273:22,
287:15
SANDRA [1] - 151:4
SANTA [1] - 151:14
SAW [8] - 171:9, 236:1,
260:1, 260:3, 264:17,
264:19, 270:16, 278:7
SCALE [3] - 180:1, 180:2,
207:12
SCHEME [2] - 156:22,
158:25
SCIENCE [4] - 161:25,
178:17, 184:16, 255:21
SCIENCE-FOCUSED [1] -
178:17
SCIENTIFIC [5] - 162:3,
162:20, 175:9, 209:11,
266:21
SCIENTIST [6] - 163:22,
165:5, 179:17, 187:25,
188:16, 191:17
SCIENTISTS [5] - 161:14,
163:24, 164:7, 174:21, 175:2
SCOPE [1] - 244:9
SCREEN [5] - 154:10,
163:11, 163:12, 189:3, 193:8
SCREENS [1] - 255:15
SCROLLING [1] - 164:18
SEA [3] - 262:15, 262:17,
286:19
SEARCHED [1] - 165:7
SEARCHES [1] - 289:5
SEATED [2] - 177:23,
227:21
SECOND [18] - 157:15,
162:10, 170:25, 171:2,
184:7, 189:1, 189:16,
191:21, 214:4, 224:11,
224:12, 242:15, 242:23,
253:1, 272:9, 279:15, 286:15
SECRET [8] - 157:1, 158:4,
159:9, 175:12, 175:13,
280:15, 284:14, 287:12
SECTION [2] - 167:21,
218:7
SECTION [1] - 294:8

**SEE** [52] - 155:16, 156:7, 156:20, 156:21, 157:19, 157:22, 158:12, 158:16, 158:23, 158:25, 159:3, 159:6, 159:8, 159:13, 159:16, 159:17, 159:20, 159:23, 159:25, 160:4, 164:17, 167:2, 168:23, 170:19, 184:23, 189:4, 199:1, 199:5, 199:8, 199:11, 200:3, 201:19, 219:13, 222:25, 223:10, 224:14, 238:11, 248:4, 248:16, 248:23, 252:23, 253:2, 258:17, 270:16, 278:4, 281:8, 289:14, 289:20, 290:23, 293:9
**SEEING** [2] - 257:24, 267:3
**SEEK** [1] - 204:24
**SEEM** [2] - 243:14, 243:17
**SEISMIC** [60] - 156:4, 163:6, 164:5, 164:9, 168:9, 168:10, 168:11, 168:23, 175:23, 179:25, 180:4, 180:7, 180:9, 180:13, 180:15, 181:3, 181:10, 181:13, 182:3, 183:11, 185:18, 186:7, 186:8, 186:11, 186:12, 186:14, 186:17, 186:19, 186:22, 186:23, 187:1, 187:5, 192:16, 195:6, 195:20, 196:12, 196:13, 200:10, 201:25, 202:1, 209:11, 216:6, 217:21, 218:8, 218:10, 218:20, 223:22, 223:25, 228:17, 233:14, 243:5, 250:8, 255:15, 255:18, 255:19, 262:14, 267:13, 267:14
**SEISMICALLY** [3] - 233:11, 233:13, 233:17
**SEISMOGRAPHIC** [1] - 186:19
**SEISMOLOGICAL** [1] - 179:17
**SEISMOLOGICAL** [4] - 196:6, 242:20, 243:1, 243:2
**SEISMOLOGIST** [5] - 161:10, 163:3, 250:25, 251:16, 290:16
**SEISMOLOGISTS** [1] - 174:13
**SEISMOLOGY** [4] - 180:10, 202:17, 232:15, 233:3
**SEISMOMETER** [1] - 195:5
**SEISMOMETERS** [3] - 231:24, 233:19, 262:14
**SELECTING** [4] - 168:2, 210:5, 210:25, 212:2

**SELL** [12] - 167:6, 208:12, 232:9, 233:6, 233:8, 233:9, 234:6, 234:9, 234:13, 234:18, 234:20, 282:11
**SELLING** [2] - 233:5, 234:11
**SELLS** [3] - 204:14, 231:2, 231:21
**SEND** [3] - 244:16, 261:14, 272:11
**SENDER** [1] - 192:1
**SENDING** [1] - 156:18
**SENSE** [5] - 162:16, 210:9, 212:12, 231:25, 243:17
**SENSITIVE** [3] - 175:14, 207:11, 231:6
**SENSOR** [6] - 208:23, 208:24, 208:25, 209:10, 209:18, 209:21
**SENSOR** [23] - 164:14, 165:11, 169:15, 169:16, 187:7, 204:4, 206:5, 207:9, 209:6, 209:22, 209:25, 210:1, 210:5, 210:6, 210:7, 210:9, 210:16, 210:19, 210:24, 210:25, 211:4, 232:4
**SENSORS** [41] - 164:22, 166:17, 167:14, 169:11, 169:12, 170:4, 170:6, 170:7, 171:17, 171:20, 171:21, 171:25, 172:12, 172:13, 173:13, 180:17, 180:22, 187:5, 190:11, 195:20, 203:5, 203:14, 203:19, 204:23, 206:14, 206:17, 206:18, 206:24, 207:1, 208:14, 208:18, 223:21, 223:24, 223:25, 231:23, 231:25, 232:2, 232:6, 256:9
**SENSORS** [4] - 208:20, 208:21, 209:3, 209:14
**SENT** [13] - 156:16, 160:1, 165:12, 171:13, 194:3, 213:2, 215:7, 224:18, 224:19, 226:5, 256:11, 272:5, 286:20
**SENTENCE** [7] - 186:4, 215:21, 218:11, 222:7, 272:10, 279:16, 279:22
**SENTENCES** [2] - 186:3, 242:23
**SEOUL** [2] - 264:10, 264:11
**SEPTEMBER** [17] - 237:1, 237:2, 239:19, 246:17, 249:14, 251:24, 261:20, 265:5, 265:6, 272:6, 273:20, 274:1, 276:13, 284:24, 285:14, 286:24, 287:8
**SERIES** [3] - 196:23, 217:14, 217:19

**SERVANT** [1] - 160:9
**SERVES** [1] - 183:4
**SERVICE** [1] - 178:16
**SERVICE** [1] - 284:7
**SERVICES** [4] - 234:17, 281:1, 282:12, 285:10
**SET** [4] - 185:17, 243:14, 246:16, 256:3
**SEVERAL** [7] - 179:25, 180:18, 182:9, 190:5, 239:1, 261:11, 273:22
**SHAKING** [2] - 207:10, 290:19
**SHALL** [2] - 177:19, 227:17
**SHALLOWER** [1] - 207:2
**SHANNON** [2] - 154:8, 154:13
**SHARE** [6] - 161:16, 161:17, 175:11, 186:15, 196:24, 200:13
**SHARED** [5] - 185:19, 186:21, 186:23, 187:2, 221:3
**SHARES** [1] - 163:16
**SHARING** [3] - 181:20, 189:21, 200:16
**SHEET** [3] - 270:11, 270:13
**SHEETS** [4] - 270:13, 278:15, 278:16, 281:21
**SHIELDED** [1] - 208:8
**SHORT** [2] - 210:19, 228:12
**SHORT** [4] - 208:21, 208:24, 208:25, 209:18
**SHORT-PERIOD** [4] - 208:21, 208:24, 208:25, 209:18
**SHORT-RANGE** [1] - 210:19
**SHORTLY** [3] - 162:12, 260:2, 261:21
**SHOT** [1] - 206:24
**SHOW** [19] - 155:10, 155:18, 156:8, 156:9, 156:22, 157:1, 157:6, 157:9, 159:13, 159:18, 160:17, 162:1, 173:17, 225:19, 239:6, 255:15, 255:23, 269:14, 271:23
**SHOWED** [9] - 170:4, 170:16, 239:11, 246:17, 251:8, 251:9, 256:24, 257:11, 265:23
**SHOWING** [1] - 238:12
**SHOWN** [1] - 216:24
**SHOWS** [1] - 206:4
**SIAN** [18] - 237:4, 237:11, 237:16, 237:21, 239:5, 239:8, 240:1, 246:17, 256:23, 257:9, 258:1, 258:17, 258:23, 259:16, 260:9, 265:7, 267:1, 284:25

**SIDE** [12] - 159:9, 159:10, 159:15, 187:12, 231:6, 233:14, 233:15, 240:24, 240:25, 242:4, 242:12
**SIGN** [4] - 170:12, 237:21, 237:24, 279:11
**SIGNAL** [4] - 165:11, 180:23, 232:1, 232:2
**SIGNATORY** [1] - 185:4
**SIGNATURE** [2] - 242:4, 242:11
**SIGNATURES** [2] - 242:3, 253:2
**SIGNED** [12] - 159:7, 159:8, 170:25, 171:4, 188:15, 189:6, 189:8, 189:12, 242:9, 253:4, 253:6, 253:9
**SIGNIFICANCE** [1] - 271:10
**SIGNIFICANT** [4] - 168:13, 176:20, 208:11, 254:15
**SIM** [1] - 151:23
**SIMILAR** [7] - 163:7, 181:12, 181:22, 195:17, 224:1, 224:3, 231:20
**SINGLE** [1] - 248:9
**SIT** [1] - 262:15
**SITE** [5] - 168:9, 168:10, 180:25, 253:23, 254:1
**SITES** [9] - 164:8, 164:10, 165:22, 167:22, 171:18, 201:15, 202:1, 207:17, 215:24
**SITS** [1] - 163:11
**SITTING** [2] - 161:8, 236:17
**SITUATION** [4] - 169:1, 207:17, 266:8, 283:15
**SITUATIONS** [2] - 208:15, 218:2
**SIX** [3] - 160:20, 161:2, 263:17
**SIZE** [2] - 238:8, 238:23
**SKIP** [2] - 279:15, 279:21
**SLANG** [1] - 180:20
**SMALL** [4] - 207:11, 231:4, 238:24, 272:14
**SOCIETY** [3] - 162:13, 169:20, 197:8
**SOFT** [4] - 283:10, 283:14, 283:16, 285:25
**SOFTWARE** [2] - 180:25, 190:12
**SOLAR** [2] - 207:16, 207:20
**SOLD** [7] - 157:4, 157:5, 171:19, 171:21, 172:20, 173:3
**SOLE** [1] - 184:11
**SOLEMNLY** [1] - 177:18, 227:16
**SOLUTION** [2] - 168:20, 285:18

**SOMEONE** [9] - 167:20, 167:22, 167:23, 193:12, 202:3, 251:5, 251:7, 268:14, 292:1

**SOMETIME** [2] - 220:20, 291:20

**SOMETIMES** [7] - 165:2, 165:21, 169:15, 180:17, 180:18, 235:10, 243:21

**SOMEWHAT** [3] - 202:10, 249:4, 260:6

**SOMEWHERE** [1] - 233:22

**SOON** [1] - 285:3

**SORRY** [15] - 186:2, 189:13, 189:18, 191:16, 200:25, 206:8, 207:8, 213:7, 223:23, 224:11, 225:19, 272:9, 277:2, 282:24, 286:15

**SORT** [3] - 207:22, 244:3, 283:24

**SORTS** [1] - 233:3

**SOURCE** [2] - 209:12, 279:19

**SOURCES** [3] - 169:18, 181:10, 210:14

**SOUTH** [31] - 151:20, 155:2, 155:25, 157:21, 158:20, 160:10, 163:15, 164:10, 195:11, 233:9, 233:11, 233:19, 233:21, 234:1, 234:4, 234:5, 234:7, 235:4, 242:20, 243:1, 247:9, 247:13, 254:13, 255:8, 255:10, 255:17, 255:24, 263:19, 263:21, 266:17, 266:20

**SOUTHERN** [2] - 163:7, 179:5

**SOUTHWEST** [1] - 228:21

**SOYOUN** [1] - 151:23

**SPACE** [1] - 231:14

**SPEAKING** [4] - 189:17, 211:5, 219:10, 286:3

**SPECIALISTS** [1] - 175:2

**SPECIFIC** [7] - 209:1, 210:22, 218:1, 221:25, 244:20, 244:22, 256:14

**SPECIFICALLY** [13] - 182:6, 183:21, 184:21, 187:17, 213:4, 214:23, 215:23, 217:20, 220:11, 222:2, 225:6, 232:5, 233:9

**SPECIFICATION** [2] - 212:4, 212:9

**SPECIFICATIONS** [7] - 166:19, 167:15, 168:3, 196:18, 212:2, 212:4, 212:13

**SPECULATION** [10] - 203:7, 203:9, 210:2, 223:19, 247:19, 263:2, 266:5,

272:22, 278:12, 283:20

**SPECULATIVE** [1] - 236:11

**SPELL** [3] - 177:24, 227:22, 230:7

**SPELLED** [3] - 178:1, 230:8

**SPEND** [5] - 165:22, 165:23, 169:15, 172:12, 293:5

**SPENDING** [1] - 160:13

**SPENT** [9] - 160:2, 160:18, 176:3, 244:11, 263:18, 264:2, 265:24, 283:11

**SPIRIT** [1] - 283:1

**SPONSORED** [1] - 181:16

**SPREADSHEET** [12] - 238:11, 238:13, 239:7, 239:10, 256:23, 257:20, 257:24, 258:9, 258:12, 258:23, 259:20, 260:2

**SPREADSHEETS** [2] - 256:24, 265:24

**SPRING** [1] - 151:6

**SQUIGGLY** [1] - 164:18

**STABLE** [1] - 184:14

**STACK** [2] - 199:23, 199:24

**STAFF** [1] - 264:9

**STAGE** [4] - 265:21, 269:11, 270:14, 271:5

**STAND** [3] - 160:24, 177:16, 249:24

**STANDALONE** [1] - 223:24

**STANDARD** [2] - 277:9, 277:10

**STANDS** [2] - 176:10, 218:21

**STAPLED** [2] - 241:25, 251:7

**START** [7] - 171:18, 180:9, 230:10, 257:21, 289:14, 289:16, 292:13

**STARTED** [13] - 173:10, 173:16, 173:18, 230:5, 230:6, 230:16, 264:6, 270:14, 271:7, 271:8, 273:20, 287:8, 288:7

**STARTING** [2] - 235:18, 285:23

**STARTS** [1] - 292:8

**STATE** [6] - 177:18, 177:24, 212:7, 222:8, 227:16, 227:22

**STATEMENT** [4] - 154:9, 216:10, 244:7, 267:22

**STATEMENTS** [1] - 154:24

**STATES** [5] - 150:1, 150:5, 294:6, 294:8, 294:13

**STATES** [16] - 151:4, 151:5, 151:6, 155:21, 155:22, 162:12, 162:14, 162:15, 169:20, 177:4, 178:12, 181:18, 186:18, 197:8,

197:19, 232:24

**STATION** [15] - 168:11, 180:15, 183:12, 189:23, 190:1, 190:3, 190:7, 195:14, 201:25, 210:8, 210:10, 210:12, 211:8, 233:2, 264:8

**STATIONS** [48] - 163:25, 164:2, 164:21, 165:4, 165:15, 166:1, 168:22, 168:24, 168:25, 169:13, 180:1, 180:13, 182:3, 185:18, 186:7, 186:12, 186:13, 186:14, 186:17, 186:19, 187:5, 190:5, 195:7, 195:11, 195:13, 195:15, 195:17, 196:13, 200:10, 202:5, 207:18, 210:14, 210:23, 211:10, 212:14, 213:5, 213:13, 213:15, 215:24, 216:6, 216:11, 217:21, 217:24, 218:9, 218:20, 220:15, 222:23

**STATUS** [5] - 173:22, 176:14, 268:12, 283:2, 284:1

**STAY** [1] - 290:4

**STAYED** [1] - 264:1

**STEIM** [11] - 165:8, 165:9, 165:13, 165:25, 166:2, 166:6, 166:25, 167:4, 167:5, 169:6, 202:10

**STENOGRAPHICALLY** [1] - 294:10

**STICK** [1] - 164:23

**STILL** [10] - 200:24, 224:9, 282:8, 284:5, 284:9, 284:12, 284:15, 286:10, 291:8

**STIPULATION** [13] - 183:16, 188:7, 191:7, 192:23, 193:20, 240:11, 250:12, 252:14, 257:3, 269:16, 271:13, 279:1, 292:7

**STOCK** [1] - 173:2

**STOP** [2] - 166:24, 266:15

**STOPPED** [1] - 209:9

**STORAGE** [2] - 180:23, 180:24

**STORE** [1] - 232:3

**STORY** [1] - 172:17

**STREET** [1] - 181:9

**STREET** [1] - 151:6

**STREET** [1] - 150:24

**STRENGTHENS** [1] - 186:24

**STRICKEN** [1] - 249:6

**STRIKE** [1] - 182:18

**STRING** [1] - 191:22

**STRONG** [1] - 179:8

**STRONGEST** [2] - 202:1, 207:10

**STRONGLY** [4] - 221:10,

266:2, 282:19, 283:1

**STRUCK** [1] - 243:9

**STRUCTURAL** [1] - 217:24

**STRUCTURE** [1] - 277:8

**STRUCTURES** [1] - 179:10

**STUDY** [2] - 180:12, 181:22

**STUDYING** [1] - 180:10

**STUFF** [1] - 292:13

**STYLED** [1] - 249:16

**SUBMITTED** [5] - 158:18, 173:11, 173:14, 290:13, 291:9

**SUBSET** [1] - 190:17

**SUBSTANTIAL** [1] - 176:11

**SUBSTANTIALLY** [2] - 171:23, 176:1

**SUCCESSFUL** [1] - 176:11

**SUDDENLY** [1] - 172:11

**SUFFICIENT** [3] - 218:24, 289:15, 290:18

**SUGGEST** [1] - 210:24

**SUGGESTIONS** [1] - 212:9

**SUGGESTS** [1] - 183:3

**SUITE** [3] - 151:14, 151:17, 151:20

**SUITE** [1] - 150:24

**SUMMARIZE** [1] - 159:22, 271:22

**SUMMARIZED** [2] - 256:23, 258:24

**SUMMARIZING** [1] - 194:12

**SUMMARY** [6] - 192:18, 217:25, 238:12, 257:24, 258:21, 259:7

**SUPPLEMENT** [2] - 291:14, 291:17

**SUPPLEMENTAL** [2] - 291:9

**SUPPLIERS** [2] - 267:6, 267:8

**SUPPLIES** [1] - 163:20

**SUPPLY** [4] - 175:15, 207:13, 256:8, 279:19

**SUPPORT** [7] - 242:19, 279:19, 283:9, 283:11, 285:7, 285:8, 285:11

**SUPPORTED** [1] - 243:4

**SUPPORTINGS** [2] - 283:5, 283:6

**SUPPORTS** [1] - 180:24

**SUPPOSE** [1] - 232:8

**SUPPOSED** [1] - 199:3

**SURFACE** [3] - 204:22, 206:15, 210:14

**SURPRISING** [1] - 176:17

**SURVEY** [2] - 178:12, 197:10

**SURVEY** [2] - 199:7, 254:14

**SUSTAIN** [1] - 263:14

**SUSTAINED** [11] - 197:21, 210:3, 221:18, 223:20, 236:12, 255:2, 258:3, 258:5, 263:3, 287:19, 288:14
**SWEAR** [1] - 205:21
**SWEENEY** [4] - 270:21, 270:23, 271:25, 272:25
**SWITZERLAND** [1] - 231:18
**SWORN** [2] - 178:4, 228:5
**SYSTEM** [24] - 155:4, 159:20, 160:3, 160:12, 160:15, 166:22, 167:12, 167:18, 172:13, 202:8, 202:21, 208:1, 208:5, 212:18, 212:22, 218:13, 220:17, 220:20, 223:14, 225:14, 225:16, 226:25, 253:23, 258:19
**SYSTEMS** [21] - 166:10, 166:12, 170:19, 181:2, 186:11, 190:11, 202:19, 207:20, 213:3, 219:2, 220:18, 220:25, 221:3, 221:8, 221:9, 221:11, 223:12, 226:17, 242:19, 279:20, 286:19
**SYSTEMS** [11] - 156:10, 228:10, 229:13, 229:25, 230:2, 243:3, 252:10, 252:23, 252:24, 268:7, 276:14
**SYSTEMS'S** [1] - 242:25

**T**

**TABLE** [3] - 236:18, 259:12, 292:6
**TALHAN** [2] - 224:21, 224:22
**TAPE** [1] - 201:7
**TARGET** [1] - 211:7
**TASK** [1] - 244:8
**TEACHES** [1] - 165:9
**TEAM** [10] - 219:16, 220:5, 237:8, 262:19, 263:8, 265:9, 265:14, 265:18, 279:20
**TECH** [5] - 161:13, 179:6, 198:1, 198:3, 221:14
**TECHNICAL** [19] - 166:19, 167:4, 167:7, 167:11, 167:15, 167:16, 168:15, 168:18, 172:3, 172:5, 174:20, 220:9, 238:5, 242:18, 242:19, 256:17, 262:19, 263:8, 279:20
**TECHNICALLY** [2] - 248:11, 263:7
**TECHNICIANS** [1] - 174:14
**TECHNOLOGICAL** [1] -

218:1
**TECHNOLOGIES** [1] - 186:10
**TECHNOLOGY** [1] - 178:10
**TECHNOLOGY** [5] - 164:19, 164:20, 171:22, 184:17, 256:19
**TELECOMMUNICATIONS** [1] - 181:1
**TELEVISION** [2] - 264:11, 264:12
**TEN** [1] - 214:12
**TEND** [2] - 180:21, 204:22
**TENDER** [1] - 272:6
**TENDERING** [1] - 272:3
**TENTATIVE** [1] - 291:12
**TERM** [2] - 195:15, 238:16
**TERMINATE** [1] - 267:15
**TERMS** [5] - 212:1, 232:4, 240:23, 248:15, 276:17
**TERRIBLY** [1] - 176:16
**TEST** [4] - 183:5, 185:2, 185:6, 256:2
**TEST** [1] - 175:13, 175:15, 220:1, 232:19, 255:17, 255:18, 255:19, 256:10, 256:12
**TEST-BAN** [4] - 183:5, 185:2, 185:6, 256:2
**TESTED** [1] - 156:4
**TESTIFY** [5] - 158:1, 171:7, 173:1, 290:24, 291:12
**TESTIFYING** [1] - 158:8
**TESTIMONY** [6] - 159:21, 177:18, 227:16, 228:11, 290:8, 290:10
**TESTING** [10] - 163:17, 180:3, 180:6, 195:5, 221:11, 231:8, 233:18, 266:20, 267:6, 267:7
**TESTS** [5] - 156:2, 175:3, 175:10, 231:5, 256:6
**TEXAS** [3] - 166:3, 231:18, 233:2
**TEXT** [1] - 189:13
**THAILAND** [1] - 237:9
**THAT** [3] - 294:7, 294:8, 294:11
**THE** [159] - 151:3, 151:11, 154:7, 154:14, 154:16, 154:21, 161:4, 177:13, 177:17, 177:22, 177:23, 177:25, 178:2, 182:18, 183:17, 188:8, 188:10, 188:23, 189:3, 191:8, 191:10, 192:24, 193:3, 193:5, 193:21, 193:23, 196:21, 196:25, 197:3, 197:21, 199:3, 203:8, 203:10, 203:12, 205:1,

205:4, 205:7, 205:10, 205:13, 205:15, 210:3, 212:24, 213:1, 213:2, 213:16, 213:18, 213:21, 213:24, 214:4, 214:12, 214:14, 214:17, 214:24, 215:3, 217:3, 217:5, 217:7, 219:14, 221:18, 221:21, 223:20, 224:6, 224:9, 226:9, 226:11, 227:8, 227:11, 227:15, 227:20, 227:21, 227:23, 228:1, 235:24, 235:25, 236:12, 236:19, 239:23, 239:24, 240:5, 240:8, 240:12, 240:14, 241:5, 241:8, 241:21, 241:24, 242:1, 243:12, 243:13, 245:1, 245:2, 246:9, 246:11, 246:25, 247:1, 247:6, 247:20, 249:7, 250:13, 252:15, 254:20, 254:23, 255:2, 257:4, 258:3, 258:5, 259:4, 263:3, 263:11, 263:14, 266:6, 266:7, 269:17, 271:14, 272:23, 272:24, 278:13, 278:14, 279:2, 280:7, 280:9, 282:21, 282:23, 283:21, 283:22, 287:6, 287:7, 287:19, 287:24, 287:25, 288:5, 288:6, 288:14, 288:16, 288:19, 289:24, 290:3, 290:6, 290:9, 290:23, 291:5, 291:11, 291:14, 291:17, 291:19, 292:1, 292:12, 292:25, 293:3, 293:11, 294:6, 294:7, 294:8, 294:9, 294:10, 294:11, 294:12, 294:13
**THEMSELVES** [1] - 203:6, 255:5
**THEREFORE** [1] - 219:21
**THEREFORE** [3] - 275:15, 283:9, 284:6
**THEREIN** [1] - 184:7
**THINKING** [2] - 260:4, 290:17
**THIRD** [8] - 184:21, 195:8, 265:3, 270:19, 272:9, 283:4, 285:5, 286:16
**THIS** [1] - 294:15
**THOUSAND** [2] - 173:14, 239:1
**THOUSANDS** [3] - 158:21, 176:4, 208:3
**THREAT** [1] - 283:24
**THREE** [9] - 168:24, 187:19, 229:22, 229:23, 230:1, 232:14, 233:23, 238:14, 286:17

**TIED** [1] - 281:18
**TIER** [1] - 185:17
**TITLE** [1] - 294:8
**TITLE** [10] - 183:3, 187:13, 187:15, 188:17, 194:16, 228:14, 230:20, 250:24, 251:14, 257:12
**TITLES** [1] - 230:15
**TJN** [1] - 190:1
**TO** [1] - 294:8
**TODAY** [4] - 171:7, 216:22, 236:16, 289:6
**TODAY'S** [1] - 228:11
**TOGETHER** [6] - 167:15, 171:13, 181:24, 238:11, 256:9, 268:3
**TOMORROW** [9] - 171:8, 288:20, 289:13, 289:17, 289:21, 290:11, 291:20, 291:21, 293:9
**TOOK** [4] - 171:10, 187:23, 191:1, 193:15
**TOP** [22] - 169:15, 191:13, 224:8, 224:11, 224:12, 225:1, 226:1, 229:24, 240:20, 240:23, 246:19, 247:2, 250:20, 251:18, 252:24, 257:13, 258:9, 259:12, 264:12, 269:21, 272:1, 284:18
**TOPIC** [3] - 196:7, 196:9, 196:14
**TOPICS** [5] - 183:3, 192:15, 192:18, 194:24, 196:12
**TOPNOTCH** [1] - 184:12
**TOTAL** [2] - 256:24, 280:25
**TOUR** [4] - 264:6, 264:7, 264:11
**TOWARD** [1] - 272:9
**TOWARDS** [2] - 187:10, 262:10
**TOWER** [2] - 264:12, 264:13
**TOWN** [1] - 228:20
**TRACED** [1] - 245:15
**TRACK** [2] - 210:10, 273:2
**TRACKS** [3] - 209:24, 210:17, 210:21
**TRAIL** [1] - 220:21
**TRAIN** [2] - 166:24, 264:9
**TRAINING** [2] - 236:5, 245:3
**TRAINS** [1] - 210:15
**TRANSACTION** [1] - 245:16
**TRANSCRIPT** [3] - 150:12, 294:9, 294:11
**TRANSCRIPT** [3] - 292:16, 292:18
**TRANSFER** [1] - 207:24

**TRANSFERS** [1] - 156:17
**TRANSFORM** [1] - 202:14
**TRANSITION** [6] - 237:14, 237:17, 280:14, 283:10, 284:8, 285:25
**TRANSLATE** [1] - 261:15
**TRANSMIT** [4] - 180:25, 201:14, 202:8, 232:2
**TRANSMITTERS** [1] - 195:6
**TRANSMITTING** [1] - 195:16
**TRAP** [1] - 173:11
**TRAVELED** [1] - 170:2
**TRAVELING** [2] - 237:9, 263:18
**TREASURY** [1] - 197:19
**TREATMENT** [2] - 156:24, 157:11
**TREATY** [4] - 185:5, 185:7, 185:9, 185:18
**TREATY** [4] - 183:5, 185:2, 185:6, 256:2
**TREMENDOUS** [1] - 156:1
**TRIAL** [1] - 150:13
**TRIAL** [10] - 155:9, 155:10, 155:16, 156:20, 171:24, 289:1, 289:3, 289:8, 292:2, 292:6
**TRIGGERED** [1] - 172:11
**TRIMBLE** [1] - 190:19
**TRIP** [4] - 192:11, 239:18, 263:21, 264:14
**TROUBLE** [1] - 261:4
**TROUBLESOME** [1] - 292:15
**TRUE** [4] - 186:25, 206:12, 208:16, 210:13
**TRUE** [1] - 294:9
**TRUST** [2] - 156:23, 226:24
**TRUTH** [6] - 177:20, 227:18
**TRY** [4] - 161:25, 169:3, 176:15, 186:23
**TRYING** [10] - 167:18, 210:6, 210:10, 210:16, 273:2, 275:16, 282:7, 292:14, 293:5, 293:6
**TSUNAMI** [3] - 172:9, 172:10, 173:13
**TUBES** [1] - 206:10
**TUESDAY** [4] - 150:13, 152:3, 153:3, 154:1
**TUNNELS** [1] - 232:21
**TURN** [8] - 186:1, 187:9, 199:13, 214:6, 232:1, 238:25, 271:17, 284:17
**TURNING** [6] - 241:19, 242:2, 250:20, 253:1, 253:14, 272:8
**TWICE** [1] - 238:15

**TWO** [38] - 155:3, 155:19, 156:10, 156:12, 156:13, 156:24, 157:12, 157:16, 166:8, 168:6, 169:6, 171:25, 179:13, 179:24, 186:3, 205:10, 219:11, 219:14, 221:25, 222:21, 233:17, 237:7, 242:23, 250:18, 256:24, 261:23, 262:5, 262:8, 263:18, 264:1, 264:3, 279:11, 280:10, 280:13, 280:16, 286:1, 286:18
**TWO-AND-A-HALF** [1] - 179:13
**TWO-HOUR** [1] - 264:1
**TYPE** [10] - 165:10, 166:15, 181:4, 195:23, 210:1, 210:4, 211:18, 211:22, 221:9, 243:22
**TYPES** [5] - 161:23, 190:10, 206:18, 211:19, 231:1
**TYPEWRITTEN** [2] - 170:11, 170:12
**TYPICAL** [2] - 234:5, 245:10
**TYPICALLY** [11] - 202:5, 206:15, 206:23, 207:20, 232:16, 233:23, 243:23, 244:5, 244:20, 245:8, 245:18

### U

**U.K** [3] - 228:20, 231:5, 240:25
**U.N** [1] - 185:2
**U.S** [14] - 150:3, 155:4, 159:19, 159:20, 160:3, 160:12, 160:13, 160:15, 176:6, 176:16, 176:18, 232:25, 246:20, 277:18
**U.S.'S** [1] - 169:20
**UC** [1] - 179:5
**UK** [2] - 243:24, 246:20
**ULTIMATELY** [1] - 271:19
**UNCERTAINTY** [1] - 276:1
**UNCOMFORTABLE** [1] - 271:7
**UNCOMMON** [1] - 174:19
**UNDER** [12] - 157:1, 158:9, 159:10, 171:7, 187:13, 220:18, 243:3, 262:15, 262:17, 280:22, 284:13, 286:19
**UNDERSTOOD** [10] - 190:7, 193:12, 205:23, 226:21, 243:18, 262:21, 265:18, 273:24, 281:21, 281:22
**UNION** [1] - 273:10
**UNITED** [5] - 150:1, 150:5,

294:6, 294:8, 294:13
**UNITED** [18] - 151:4, 151:5, 151:6, 155:21, 155:22, 156:11, 162:12, 162:14, 162:15, 169:20, 177:4, 178:12, 181:18, 186:18, 197:8, 197:19, 232:24, 256:4
**UNITS** [3] - 248:3, 248:5, 248:7
**UNIVERSITIES** [4] - 180:5, 181:17, 198:2, 232:17
**UNIVERSITY** [1] - 233:3
**UNIVERSITY** [3] - 198:5, 221:15, 243:24
**UNKNOWN** [1] - 216:13
**UNSAFE** [1] - 209:25
**UNSTABLE** [1] - 176:19
**UNUSUAL** [10] - 243:9, 246:22, 248:5, 248:8, 248:15, 249:2, 249:4, 258:16, 260:6, 260:7
**UP** [32] - 158:22, 162:10, 164:24, 166:21, 167:1, 167:20, 170:10, 170:11, 185:17, 187:10, 187:12, 193:7, 194:22, 194:23, 212:4, 214:14, 220:19, 222:1, 222:21, 225:23, 231:10, 239:6, 239:12, 245:16, 256:3, 256:23, 258:17, 258:23, 263:24, 267:21, 272:5, 290:21
**UPHELD** [1] - 243:3
**UPPER** [1] - 183:22
**UPSET** [1] - 286:4
**URBAN** [1] - 210:13
**USER** [2] - 234:15, 234:16
**USERS** [4] - 156:5, 255:6, 267:13, 285:8
**USES** [1] - 243:2
**USGS** [29] - 178:13, 178:14, 178:15, 178:23, 178:25, 179:6, 179:16, 179:22, 181:11, 182:6, 182:23, 187:2, 187:17, 188:19, 189:8, 189:21, 189:23, 190:6, 190:14, 192:10, 211:6, 211:13, 216:5, 218:6, 218:12, 220:11, 220:22, 226:17, 232:25
**UTILIZATION** [1] - 184:15

### V

**VALIDATE** [1] - 244:18
**VALUABLE** [2] - 168:16, 168:17
**VALUED** [2] - 281:1, 282:9
**VALUES** [1] - 281:4
**VARIETY** [1] - 183:2

**VARIOUS** [7] - 161:22, 169:18, 175:10, 192:15, 194:7, 206:13, 218:1
**VERDICT** [1] - 161:1
**VERIFICATION** [1] - 217:15
**VERSUS** [4] - 208:23, 210:1, 211:2, 234:12
**VIA** [2] - 174:4, 234:6
**VIENNA** [2] - 185:10, 185:19
**VIEWS** [1] - 289:12
**VIOLATE** [1] - 177:9
**VIOLATION** [1] - 159:20
**VIRTUALLY** [3] - 160:5, 160:6, 170:13
**VISION** [4] - 165:14, 166:20, 166:21, 166:24
**VISIT** [15] - 188:15, 191:2, 192:8, 192:19, 193:13, 194:12, 196:4, 196:5, 196:8, 211:14, 247:15, 261:21, 262:20, 265:8, 265:15
**VISIT** [1] - 192:13
**VISITED** [8] - 241:9, 241:16, 247:11, 255:11, 262:13, 272:13, 285:13, 285:14
**VISITING** [3] - 192:10, 237:15, 265:7
**VISITORS** [1] - 182:5
**VISITS** [1] - 181:25
**VOICE** [1] - 201:3
**VOLCANOS** [2] - 178:18, 181:7
**VOLUME** [3] - 150:8, 152:3, 153:3
**VS** [1] - 150:7

### W

**WALKED** [1] - 173:11
**WALTER** [1] - 150:3
**WANTS** [3] - 168:10, 215:17, 256:11
**WARNER** [4] - 237:4, 237:21, 258:1, 284:25
**WARNING** [6] - 166:22, 167:18, 172:13, 186:10, 232:18
**WASHINGTON** [1] - 151:10
**WATER** [2] - 164:25, 262:16
**WAVE** [1] - 187:5
**WAVES** [4] - 180:11, 181:10, 209:11, 223:25
**WAYS** [1] - 157:12
**WEAPONS** [8] - 231:5, 232:19, 233:18, 255:17, 256:5, 256:10, 256:12, 266:20

**WEATHER** [1] - 195:6
**WEB** [2] - 219:6, 227:3
**WEEK** [9] - 237:16, 237:18, 260:3, 260:4, 260:14, 265:6, 265:21, 266:9
**WEEKLY** [1] - 237:7
**WEEKS** [1] - 263:17
**WELCOME** [2] - 154:21, 214:17
**WEST** [1] - 150:24
**WEST** [1] - 233:14
**WESTERN** [1] - 150:2
**WHICHEVER** [1] - 256:11
**WHOA** [1] - 255:2
**WHOLE** [6] - 177:20, 226:1, 227:18, 252:5, 255:20, 288:1
**WIDE** [1] - 183:2
**WIDELY** [1] - 186:21
**WIN** [2] - 157:17
**WIND** [1] - 207:21
**WINNER** [1] - 277:7
**WISH** [1] - 195:1
**WITH** [1] - 294:12
**WITNESS** [23] - 177:22, 177:25, 178:4, 203:12, 213:2, 227:20, 227:23, 228:5, 235:25, 239:24, 241:24, 243:13, 245:2, 247:1, 254:23, 266:7, 272:24, 278:14, 280:9, 283:22, 287:7, 287:25, 288:6
**WITNESS** [11] - 162:12, 177:14, 196:24, 198:16, 226:9, 227:8, 227:12, 236:19, 290:2, 290:19
**WITNESSES** [2] - 152:5, 152:7
**WITNESSES** [8] - 156:21, 157:24, 160:23, 162:18, 163:4, 175:8, 175:21
**WORD** [3] - 180:7, 219:6, 275:19
**WORDS** [3] - 158:25, 159:15, 167:17
**WORKERS** [1] - 176:15
**WORKS** [11] - 154:18, 161:10, 162:12, 162:13, 167:14, 168:16, 174:25, 175:25, 179:6, 190:14, 247:3
**WORLD** [11] - 154:17, 163:21, 172:6, 181:15, 181:18, 182:1, 182:5, 231:15, 232:12, 234:25, 256:8
**WORRIED** [1] - 287:21
**WORTH** [1] - 155:19
**WRAP** [1] - 214:14
**WRITE** [1] - 219:22
**WRITES** [2] - 218:12, 279:11

**WRITTEN** [6] - 216:7, 220:7, 236:1, 239:21, 239:24, 286:7
**WROTE** [7] - 174:7, 215:20, 218:9, 218:22, 219:4, 219:22, 222:4

## Y

**YEAR** [11] - 172:8, 238:25, 252:4, 252:21, 273:11, 280:22, 280:25, 285:9, 285:14, 285:15
**YEARS** [19] - 161:19, 163:3, 164:20, 172:4, 172:10, 172:18, 176:22, 179:13, 179:20, 182:2, 204:18, 230:13, 230:25, 233:23, 235:16, 238:12, 238:14, 259:13, 286:1
**YORK** [5] - 151:9, 156:17, 156:18, 160:1, 160:20
**YOUNG** [2] - 166:4, 170:2
**YOURSELF** [3] - 158:13, 212:3, 213:11

## Z

**ZERO** [1] - 272:14
**ZOOM** [1] - 279:8

**UNITED  STATES  DISTRICT  COURT**