1               **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

3         **HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE**

4

5   **UNITED STATES OF AMERICA,**       )
                                 )

6             **Plaintiff,**      )   **Case No.**
                                 )

7       **vs.**             )   **CR 16-00824-JFW**
                                 )

8   **HEON-CHEOL CHI,**            )   **PAGES 555 to 710**
                               )   **VOLUME 5**

9          **Defendant.**      )
   _____)

10

11

12

13                **REPORTER'S TRANSCRIPT OF**
                     **TRIAL DAY 3**

14           **THURSDAY, JULY 13, 2017**
                      **8:13 A.M.**

15         **LOS ANGELES, CALIFORNIA**

16

17

18

19

20

21

22   _____

23       **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
          FEDERAL OFFICIAL COURT REPORTER

24         350 WEST 1ST STREET, SUITE 4455
         LOS ANGELES, CALIFORNIA 90012

25         MIRANDAALGORRI@GMAIL.COM

1               **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        SANDRA R. BROWN
         Acting United States Attorney
5        BY:  POONAM KUMAR
         Assistant United States Attorney
6        United States Courthouse
         312 North Spring Street
7        Los Angeles, California 90012

8        DEPARTMENT OF JUSTICE
         BY:  DAVID M. FUHR
9        BY:  ANNA G. KAMINSKA
         1400 New York Avenue NW
10       Washington D.C., 20005

11

     **FOR THE DEFENDANT:**
12
         LAW OFFICES OF JOEL C. KOURY
13       BY:  JOEL C. KOURY
         3435 Ocean Park Boulevard
14       Suite 107-50
         Santa Monica, California 90405
15
         KAYE MCLANE BEDNARSKI & LITT, LLP
16       BY:  MARILYN E. BEDNARSKI
         BY:  KEVIN LAHUE
17       234 East Colorado Boulevard
         Suite 230
18       Pasadena, California 91101

19       LAW OFFICES OF RICHARD W. RAYNOR
         BY:  RICHARD W. RAYNOR
20       800 South Pacific Coast Highway
         Suite 8-284
21       Redondo Beach, California 90277

22
         CERTIFIED KOREAN INTERPRETERS
23       KATHY SIM
         HYON RO
24       JULIE WAGNER
         SUE MI JONES
25

**UNITED STATES DISTRICT COURT**

1                            **I N D E X**

2

3                **THURSDAY, JULY 13, 2017, VOLUME 5**

4

5              **Chronological Index of Witnesses**

6

7

    Witnesses:_____    Page

8

9    ZIMMERMAN, Lindsay

10      Direct examination resumed by Ms. Kumar     560
       Cross-examination by Ms. Bednarski          583
11      Redirect examination by Ms. Kumar          600

12

13    HAMILTON, Steve

     Direct examination by Mr. Fuhr           607
14      Cross-examination by Ms. Bednarski          614

15

16    LEE, Daniel Yongkoo

     Direct examination by Ms. Kaminska        618
17      Cross-examination by Ms. Bednarski          624

18

19    COLEMAN, Jeffrey

     Direct examination by Ms. Kaminska        628
20      Cross-examination by Mr. Koury           666
       Redirect examination by Ms. Kaminska    689
21

22    SHIN, Jin Soo

23      Direct examination by Ms. Kumar          692

24

25

**EXHIBITS**

**THURSDAY, JULY 13, 2017; VOLUME 5**

| Exhibits | | For ID | In EVD |
|---|---|---|---|
| 1A | Employee personnel record | | 632 |
| 6A | KIGAM Code of Conduct | | 668 |
| 10A | 2011 Receipt | | 578 |
| 11A | 2012 Receipt | | 578 |
| 12A | 2013 Receipt | | 578 |
| 13A | 2014 Receipt | | 578 |
| 14A | 2015 Receipt | | 578 |
| 22 | Testimonial Stipulation | | 658 |
| 23 | Google Subscriber Records | | 636 |
| 24 | Bank of America Certificate | | 657 |
| 32 | Summary Chart | | 658 |
| 38 | Summary Chart | | 575 |
| 39 | Summary Chart | | 578 |
| 40 | Chart Counts | | 562 |
| 43A | Translation of Call | | 638 |
| 77 | E-mail | | 640 |
| 81 | E-mail | | 664 |
| 146 | E-mail | | 648 |
| 147 | E-mail | | 654 |

**UNITED STATES DISTRICT COURT**

<u>**EXHIBITS CON'T**</u>

**THURSDAY, JULY 13, 2017; VOLUME 5**

| Exhibits | | For ID | In EVD |
|---|---|---|---|
| 167 | E-mail | | 649 |
| 207 | E-mail | | 650 |
| 212 | E-mail | | 655 |
| 216 | E-mail | | 652 |
| 223 | E-mail | | 642 |
| 226 | E-mail | | 661 |
| 228 | E-mail | | 643 |
| 231 | E-mail | | 653 |
| 232 | E-mail | | 644 |
| 244 | E-mail | | 659 |
| 245 | E-mail | | 646 |
| 252 | Representation Agreement | | 662 |
| 253 | Representation Agreement | | 663 |
| 567 | Summary Chart | 593 | 597 |

**UNITED STATES DISTRICT COURT**

```
 1              LOS ANGELES, CALIFORNIA; THURSDAY, JULY 13, 2017

 2                            8:13 A.M.

 3                              ---

 4

 5         (The following proceedings were held in

 6         open court in the presence of the jury:)

 7              THE COURT:  Good morning, ladies and gentlemen.

 8    The jury is present.  All counsel and defendant are present.

 9    We will soon have our witness.

10              THE CLERK:  You remain under oath.  You may be

11    seated.

12              THE COURT:  All right.  You may proceed with your

13    examination.

14                        LINDSAY ZIMMERMAN,

15              GOVERNMENT'S WITNESS, PREVIOUSLY SWORN:

16                   DIRECT EXAMINATION (RESUMED)

17    BY MS. KUMAR:

18         Q    Good morning, Ms. Zimmerman.

19         A    Good morning.

20         Q    I'd like to turn back to Exhibit 33 which is in

21    evidence.

22              Do you recall testifying about this chart

23    yesterday?

24         A    Yes, I do.

25         Q    Could you remind the jury how many checks were
```

1   drawn on defendant's Bank of America account and deposited into

2   his Merrill Lynch account?

3        A        Nine checks.

4        Q        And what was the total amount of those checks?

5        A        $521,000.

6        Q        And for Counts 1 through 6, you testified earlier

7   that all of those amounts were in excess of $11,000; isn't that

8   right?

9        A        Yes.

10       Q        And $11,000 came from the beginning balance and

11  the check card refunds; is that right?

12       A        Yes.

13       Q        Would it be fair to say, if you subtracted

14  $11,000 from each of the checks in Counts 1 through 6, what

15  would be remaining would be more than $10,000?

16                Is that right?

17       A        Yes.  That's correct.

18       Q        And what conclusion, if any, could you draw that

19  the source of those funds are more than $10,000 in funds?

20       A        At least that amount of funds for each check was

21  comprised of funds from Kinemetrics, Quanterra, or Guralp.

22       Q        Ms. Zimmerman, did you also analyze the source of

23  funds in a different manner?

24       A        Yes, I did.

25       Q        Could you describe, generally, for the jury, what

```
 1  you did?
 2       A       For each of the six counts, I analyzed or I
 3  segregated in one scenario Kinemetrics funds and in the other
 4  scenario Guralp funds to determine the minimum amount of each
 5  check that was required from each of those sources in the
 6  different scenarios.
 7       Q       And did you prepare charts to assist in
 8  explaining that to the jury?
 9       A       Yes.
10               MS. KUMAR:  Your Honor, at this time the
11  Government would move to admit Exhibit 40.
12               THE COURT:  All right.  Exhibit 40 will be
13  received into evidence.
14          (Received into evidence Exhibit No. 40.)
15               MS. KUMAR:  If we can pull up the first page.
16       Q       Is this your chart for Count 1 of the Indictment,
17  Ms. Zimmerman?
18       A       Yes.
19       Q       And this chart is focused on Kinemetrics; is that
20  right?
21       A       Yes.  That's correct.
22       Q       So could you describe just briefly what the goal
23  of this analysis was again?
24       A       Yes.  For each count I had focused on -- in one
25  scenario Kinemetrics and the other scenario Guralp.  This chart
```

**UNITED STATES DISTRICT COURT**

```
 1    took the focus on Kinemetrics to determine the minimum amount

 2    of Kinemetrics funds that were necessary for, in this case, the

 3    check in Count 1 to proceed.

 4         Q      So the minimum amount of funds that must have

 5    been in the check at the time it was deposited?

 6                Would that be right?

 7         A      Yes.  The deposit into the Merrill Lynch account.

 8         Q      And so, Ms. Zimmerman, for Count 1, what

 9    conclusion were you able to reach regarding the minimum amount

10    of Kinemetrics funds in that check?

11         A      At least $13,874.90 of the funds in the check

12    were sourced from Kinemetrics.

13         Q      So let's walk through your analysis.

14                Your first line indicates beginning bank account

15    balance January 24, 2012; is that right?

16         A      Yes.

17         Q      Could you tell the jury what the total account

18    balance was at that time?

19         A      The total account balance on the bank statements

20    was $46,125.10.

21         Q      And how much of that did you attribute to

22    Kinemetrics?

23         A      Zero dollars.

24         Q      And why did you do that?

25         A      I followed a set of principles in order to
```

**UNITED STATES DISTRICT COURT**

1  minimize the amount of Kinemetrics funds that would have been

2  necessary to cover the check payment, in essence, to make it as

3  hard as possible for Kinemetrics funds to have been necessary

4  for the check to be cashed.

5        Q      And the next line says "Deposits."  Can you

6  explain what's depicted on that line?

7        A      That depicts any deposits that came into the

8  account during the period January 24, 2012, through the date

9  the check was cashed on May 21st, 2012.

10        Q      And what was the total amount of deposits in that

11  period?

12        A      The total was $57,720.

13        Q      And how much of that derived from Kinemetrics?

14        A      All of it derived from Kinemetrics.

15        Q      And is that based on your review of the bank

16  records?

17        A      Yes.

18        Q      The next line is "Withdrawals."  What was the

19  total amount of withdrawals between January 24, 2012, and

20  May 21st, 2012?

21        A      $20,911.98.

22        Q      And what -- how much of that did you deduct from

23  the Kinemetrics portion?

24        A      All of it.

25        Q      What principle did you use in guiding that

1    analysis, Ms. Zimmerman?

2         A    So in this case, when there are Kinemetrics funds

3    available in the account, any expenses that were incurred were

4    subtracted from the Kinemetrics funds in order to minimize the

5    amount of Kinemetrics funds that were necessary to cover the

6    check payment.

7         Q    Could you give us an example of how that might

8    have worked?

9         A    Sure.  So the beginning balance for Kinemetrics

10   funds in the account was zero dollars.  Say on January 25th,

11   the next day, $1,000 of Kinemetrics funds were deposited into

12   the account.  So you'd have $1,000 of Kinemetrics funds.  On

13   January 26 a thousand dollars of expenses came into the

14   account.  That full thousand dollars of expenses would have

15   been deducted against the Kinemetrics funds to minimize those

16   funds, and again, we would have Kinemetrics funds as zero.  So

17   if another -- on January 27, if another thousand dollars of

18   expenses came into the account, we had no Kinemetrics funds at

19   that point because we already had -- let those funds out.  So

20   that expenditure would have to go against the other pool of

21   money, the general pool.

22        Q    Again, this is in line with your goal of making

23   it as hard as possible for there to be Kinemetrics funds in the

24   check at the time it was deposited.

25             Would that be fair?

**UNITED STATES DISTRICT COURT**

1      A      Yes.

2      Q      So based on that analysis, what were the

3   available funds of Kinemetrics on May 21st, 2012?

4      A      $36,808.02.

5      Q      Is that that number right there that I've

6   highlighted?

7      A      Yes.

8      Q      And how did you come to that number?

9      A      I subtracted any Kinemetrics funds into the

10   account which would have been the 57,000, approximately, of

11   deposits -- sorry.  I subtracted the withdrawals from the

12   57,000 of deposits to arrive at that number.

13      Q      So you took the withdrawals number, this number,

14   and subtracted it from the deposits number with 57,720; is that

15   right?

16      A      Yes.

17      Q      So based on that analysis, how much were there in

18   available funds that, for the purposes of this analysis, did

19   not come from Kinemetrics?

20      A      The non-Kinemetrics funds on May 21st, 2012, were

21   $46,125.10.

22      Q      And, again, Ms. Zimmerman, would it be fair that

23   you simply subtracted your Kinemetrics figure from the total

24   figure in order to arrive at that number?

25      A      Yes.

1      Q      So what was the value of the check that was

2  deposited on May 21st, 2012, that's charged in Count 1?

3      A      $60,000.

4      Q      And so what conclusion, if any, were you able to

5  draw regarding the amount -- the minimum amount of Kinemetrics

6  funds in that check at the time it was deposited?

7      A      At least $13,874.90 of Kinemetrics funds were

8  part of that check.

9      Q      And how did you arrive at that number?

10     A      I subtracted the check amount of 60,000 minus the

11 non-Kinemetrics funds of approximately 46,000, and that left

12 $13,874.90 of Kinemetrics funds needed.

13     Q      Thank you, Ms. Zimmerman.

14            We turn to page 2 of this exhibit.  Is this your

15 chart for Count 2?

16     A      Yes, it is.

17     Q      And could you describe what your focus was in

18 this chart?

19     A      In this chart I focused on Guralp.

20     Q      And what conclusion, if any, were you able to

21 draw regarding the minimum amount of Guralp funds in the check

22 at the time it was deposited on March 22nd, 2013?

23     A      At least $10,163.52 of Guralp funds were

24 necessary for the check payment to process.

25     Q      And, Ms. Zimmerman, did you follow the same set

**UNITED STATES DISTRICT COURT**

```
 1    of principles we just reviewed regarding Count 1?

 2         A       Yes, I did.

 3         Q       And those principles, if I'm correct, were

 4    designed to make it as hard as possible for there to be, in

 5    this case, Guralp funds in the check at the time the check was

 6    deposited.

 7                 Would that be fair?

 8         A       Yes.

 9         Q       So, for example, there could have been other

10    principles you used.

11                 Would that be fair?

12         A       Yes.

13         Q       So, for example, you could have assumed there was

14    some beginning bank account balance of Guralp funds; right?

15         A       Yes, I could have.

16         Q       And you could have withdrawn less of the money

17    from the Guralp pot here and attributed more of that to the

18    total funds; is that right?

19         A       Yes.

20         Q       And what effect, if any, would those principles

21    have had on your conclusion?

22         A       That would have increased the minimum or the

23    amount of Guralp funds necessary to cover the check.

24         Q       So for Count 2, is it fair that your conclusion

25    was that at least $10,163.52 of Guralp funds was in that check?
```

**UNITED STATES DISTRICT COURT**

```
1         A       Yes.

2         Q       If we could turn to page 3 of this chart.

3                 Ms. Zimmerman, this says Count 4.  What happened

4    with Count 3?

5         A       In Count 3, when I applied the principles to

6    Kinemetrics in one scenario and Guralp in the other scenario,

7    in the Kinemetrics scenario, there was not a minimum of $10,000

8    of Kinemetrics funds necessary for the check.  Similarly, for

9    Guralp there was not a minimum of $10,000 of funds from Guralp

10   necessary to cover the check.

11        Q       So you moved on to Count 4; is that right?

12        A       Yes.

13        Q       So what was the focus of your analysis for

14   Count 4?

15        A       This was Guralp.

16        Q       And was your principle -- did your principles

17   remain the same as the ones we've talked about?

18        A       Yes.  They were the same.

19        Q       And what was the goal again?

20        A       To minimize the amount of Guralp funds available

21   to cover the check.  So to make it as hard as possible for

22   Guralp funds to be necessary to be included in the check.

23        Q       And based on those principles, what conclusion,

24   if any, were you able to draw regarding the minimum amount of

25   Guralp funds in the check when it was deposited on
```

**UNITED STATES DISTRICT COURT**

1    August 14, 2014?

2         A      At least $11,004.47 of Guralp funds were

3    necessary for the check payment.

4         Q      Ms. Zimmerman -- can we move on to page 5 of this

5    exhibit?

6                Ms. Zimmerman, this is labeled Count 6.  What

7    happened with Count 5?

8         A      Similarly what happened with Count 3.  When I

9    looked at the Kinemetrics funds, there was not a minimum of

10   $10,000 of Kinemetrics funds necessary to cover the check, and

11   as well, when I looked at the Guralp funds separately, there

12   was not a minimum of $10,000 of Guralp funds necessary to cover

13   the check payment in Count 5.

14        Q      And, again, those were using the principles of

15   making it as hard as possible for there to be funds from that

16   particular source in the check at the time it was deposited; is

17   that right?

18        A      Yes.

19        Q      But together from both Kinemetrics, Guralp, and

20   Quanterra, earlier you testified that at least $10,000 must --

21   $10,000.01 must have derived from Guralp, Kinemetrics, and

22   Quanterra together for the check in Count 5?

23        A      Yes.

24        Q      So for Count 6, what was your focus in this

25   analysis?

1        A       This was Kinemetrics.

2        Q       And what conclusion, if any, were you able to

3   come to regarding the minimum amount of Kinemetrics funds in

4   the check at the time it was deposited on November 22nd, 2016?

5        A       At least 35,5- -- sorry.  I can't read them

6   today.  $35,542 were necessary from Kinemetrics to cover the

7   check payment.

8        Q       And did you use the same principles we just

9   reviewed regarding the other charts?

10       A       Yes, I did.

11       Q       And, again, those principles -- what was the

12  goal?

13       A       It was to minimize the Kinemetrics funds

14  available at the date the check was cashed on November 22nd and

15  to make it as hard as possible for Kinemetrics funds to be

16  needed to process the check payment.

17       Q       Ms. Zimmerman, I'd like to turn back to

18  Exhibit 33 for a minute.  Again, this is your chart depicting

19  all of the checks drawn on defendant's Bank of America account

20  and deposited in his Merrill Lynch account; is that right?

21       A       Yes.

22       Q       And the total was $521,000; is that right?

23       A       Yes, it is.

24       Q       So now I'd like to go to Exhibit 35 which we

25  talked about earlier and is in evidence.  We talked about the

1    left side of the chart, Ms. Zimmerman.  I'd now like to talk

2    about the right part of the chart.

3              Could you explain to the jury what this chart

4    depicts?

5        A    Similar to the chart on the left, this depicts

6    the use of funds by payment category.  In this chart the checks

7    to Merrill Lynch -- to the defendant's Merrill Lynch account

8    were excluded, and then the resulting expenses were categorized

9    in this chart, depicted in this chart.

10       Q    So in the purple you've labeled it

11   non-Merrill Lynch checks.  Would it be fair to say those are

12   all checks that did not go to Merrill Lynch?

13       A    Yes.

14       Q    And then in the red can you describe what those

15   are?

16       A    Those were check card purchases made in

17   South Korea.

18       Q    And how did you determine that they were made in

19   South Korea?

20       A    Based on a review of the bank statements, the

21   transaction memos, they had a city or a region like Seoul and

22   then often had the country code KR for Korea.

23       Q    Were there also international transaction fees

24   imposed on the account?

25       A    Yes.  Associated with those transactions, yes.

1    Q    So what was the total amount of check card

2  purchases from defendant's Bank of America account between 2009

3  and 2016?

4    A    The total amount of check card purchases in Korea

5  was $378,750.28.

6    Q    And what percentage did this account for

7  excluding the Merrill Lynch account for the use of funds for

8  defendant's Bank of America account?

9    A    71 percent.

10    Q    Ms. Zimmerman, did you also analyze the source of

11  funds by category in defendant's Merrill Lynch account?

12    A    Yes, I did.

13    Q    Did you prepare a chart summarizing your

14  analysis?

15    A    Yes, I did.

16        MS. KUMAR:  If you could -- at this time the

17  Government would move into evidence Exhibit 37.

18        THE COURT:  37 will be received into evidence.

19    Q    BY MS. KUMAR:  Ms. Zimmerman, do you recognize

20  this document?

21    A    Yes, I do.

22    Q    What is it?

23    A    It's a pie chart depicting the source of funds by

24  category into the Merrill Lynch account.

25    Q    And what was the time period?

```
1        A        May 2009 to November 2016.

2        Q        Now, Ms. Zimmerman, in your variety of charts,

3   the charts go back to about 2009.  That's because that was the

4   time period for which there were records available?

5        A        Yes.

6        Q        So in Exhibit 37, could you describe what the

7   blue represents?

8        A        Yes.  This represents the checks we discussed

9   previously from the defendant's Bank of America account to

10  defendant's Merrill Lynch account.

11       Q        Now, in the top of this chart it says that you

12  have netted securities transactions.  Would you walk us through

13  what you mean by that?

14       A        So as it was an investment account, securities

15  sales, purchases, and investments, I added them together to

16  group them into one category, and it appears on the

17  coordinating-use chart because it was a net securities

18  purchase.

19       Q        And by "securities" you mean stocks and things

20  along those lines; is that right?

21       A        Yes.

22       Q        So in this case, how much of the source of funds

23  of the defendant's Merrill Lynch account came from defendant's

24  Bank of America account?

25       A        94 percent.
```

1      Q      Did you also analyze the use of funds of
2  defendant's Merrill Lynch account?
3      A      Yes, I did.
4      Q      Did you prepare a chart of this analysis?
5      A      Yes.
6             MS. KUMAR:  Your Honor, at this time the
7  Government would move in Exhibit 38.
8             THE COURT:  All right.  Exhibit 38 will be
9  received into evidence.
10         (Received into evidence Exhibit No. 38.)
11     Q      BY MS. KUMAR:  Ms. Zimmerman, could you walk us
12  through what this chart depicts?
13     A      Yes.  This chart depicts the use of funds by
14  general category from defendant's Merrill Lynch account.
15     Q      And could you describe for the jury what's
16  listed -- what's in the green?
17     A      The green were wires to a Citibank Korea account
18  in the name of Heon-Cheol Chi.
19     Q      And what percentage of the defendant's
20  Merrill Lynch account in New York was transferred to a Citibank
21  Korea account in his name?
22     A      23 percent.
23     Q      Ms. Zimmerman, how did you determine that the --
24  that these funds were transferred to a Citibank account in the
25  defendant's name in Korea?

**UNITED STATES DISTRICT COURT**

```
 1        A        Along with the Merrill Lynch records they
 2   provided, they provided wire detail for these particular
 3   transactions.  So on the wire detail, I noted that they went to
 4   Citibank Korea in the name of Heon-Cheol Chi.
 5        Q        And, Ms. Zimmerman, you earlier testified that
 6   you had created a transactional summary; is that right?
 7        A        Yes.
 8        Q        And you would have noted those specific
 9   references on that transactional summary that's at Exhibit 36?
10        A        Yes.
11        Q        Now, if we could turn to Exhibit 26, page 69,
12   which is in evidence, if we can blow up the middle portion,
13   would you describe to the jury what this document shows?
14        A        Yes.  This is the transaction detail for one of
15   the wires comprising that green portion of the chart -- of the
16   Citibank Korea wires to the account of Heon-Cheol Chi.
17        Q        What was the amount of the wire transfer?
18        A        This one was $50,000.
19        Q        And the transfer date?
20        A        September 26, 2011.
21        Q        And could you read for the jury what the first
22   two lines in the "Transfer to" box read?
23        A        "Citibank Korea, Inc., Heon-Cheol Chi."
24        Q        During your review of the use of funds from
25   defendant's Merrill Lynch account, Ms. Zimmerman, did you
```

**UNITED STATES DISTRICT COURT**

1    identify any transfers to the Korea Institute of Geoscience and

2    Mineral Resources?

3         A    No.

4         Q    During your review of the use of funds from

5    defendant's Merrill Lynch account, did you identify any

6    transfers to KIGAM, K-I-G-A-M?

7         A    No.

8         Q    Ms. Zimmerman, was there a time last week when

9    you had some doubts about your charts in Exhibits 37 and 38?

10        A    Yes.  Briefly.

11        Q    And after that, did you have a conversation with

12   other -- another individual in your office?

13        A    Yes.

14        Q    Who happens to be your husband?

15        A    Yes.

16        Q    Is he a special agent with the FBI?

17        A    Yes.  He's also an accountant.

18        Q    And based on these conversations, did you go back

19   and take any steps?

20        A    I just re-reviewed all the information as I

21   normally would anyway, just double and triple checking

22   everything, and I didn't alter the charts though.

23        Q    Do you believe that your charts in Exhibits 37

24   are accurate, and 38?

25        A    Yes.

**UNITED STATES DISTRICT COURT**

1    Q      Do you believe all of your charts are accurate?

2    A      Yes, I do.

3    Q      So we spoke earlier about the amount of money

4    that the defendant's Bank of America account received by wire

5    from Guralp and Kinemetrics.

6           Do you remember that?

7    A      Yes.

8    Q      Did you also review salary information the

9    defendant received from KIGAM?

10   A      Yes, I did.

11   Q      And did you do a comparative analysis of those

12   figures?

13   A      Yes.

14          MS. KUMAR:  Your Honor, at this time the

15   Government would move in Exhibit 39.

16          THE COURT:  All right.  Exhibit 39 will be

17   received into evidence.

18       (Received into evidence Exhibit No. 39.)

19          MS. KUMAR:  We would also move in 10A, 11A, 12A,

20   13A, and 14A.

21          THE COURT:  All right.  Those will also be

22   received.

23       (Received into evidence Exhibit Nos.

24       10A, 11A, 12A, 13A, and 14A.)

25   Q      BY MS. KUMAR:  Ms. Zimmerman, is this a chart you

```
 1    created depicting -- what does this chart depict?

 2         A       This chart depicts the funds received by the

 3    defendant from 2009 through 2015.  It focuses on comparing the

 4    salaries from KIGAM to the amount of funds received from

 5    Guralp, Kinemetrics, and Quanterra.

 6         Q       So in 2009, what was the amount of funds in

 7    United States dollars that the defendant's Bank of America

 8    account received from Guralp, Kinemetrics, and Quanterra?

 9         A       $141,710.

10         Q       And in 2010, what was the amount of funds the

11    defendant's Bank of America account received in United States

12    dollars from Guralp, Kinemetrics, and Quanterra?

13         A       $192,500.

14         Q       And in 2011, how much did the defendant's bank

15    account receive from Guralp, Kinemetrics, and Quanterra?

16         A       $89,130.

17         Q       Now, there's some columns to the left in this

18    particular year.  The first -- could you read the column

19    heading for the second column from the left?

20         A       It says, Salary from KIGAM in Korean Won.

21         Q       And for that particular box, what is the number

22    you have listed?

23         A       For 2011?

24         Q       For 2011, yes?

25         A       91,815,344 Won.
```

**UNITED STATES DISTRICT COURT**

```
 1                    MS. KUMAR:  If we can turn to Exhibit 10A that's
 2      in evidence, if we could blow up the middle portion of this.
 3            Q       Ms. Zimmerman, do you see that number on this
 4      page?
 5            A       Yes.  It's line 13, salary.
 6            Q       So that's this number here that I've circled?
 7            A       Yes.
 8            Q       So if we could return to Exhibit 39.  So you have
 9      listed, I believe, in that second column that number we just
10      saw.
11                    Ms. Zimmerman, what was the document we just
12      looked at?
13            A       It was tax withholding documents from KIGAM.
14            Q       And those were translated; is that right?
15            A       Yes.  That's correct.
16            Q       And those salary documents were from -- for the
17      defendant Heon-Cheol Chi; is that right?
18            A       Yes.
19            Q       So that number is written down in that box on the
20      left, third box from the bottom in the second column from the
21      left.  What's depicted in the third column?
22            A       The third column depicts the yearly average
23      currency exchange rate.
24            Q       From which currency to which currency?
25            A       From Korean Won to U.S. dollars.  It's a currency
```

**UNITED STATES DISTRICT COURT**

1   that's available on the IRS website.

2              MS. KUMAR:  Your Honor, at this time the

3   Government would ask the Court to take judicial notice of the

4   yearly average currency exchange rates from 2011 through 2015

5   as depicted on Exhibit 39.

6              THE COURT:  All right.  The Court will take

7   judicial notice.

8        Q      BY MS. KUMAR:  Ms. Zimmerman, what was the yearly

9   average currency exchange rate in 2011 between Korean Won and

10  U.S. dollars?

11       A      1,153.728 Korean Won equals one U.S. dollar.

12       Q      What was the amount in defendant's salary from

13  KIGAM in United States dollars?

14       A      Approximately $79,581.45.

15       Q      Can you remind us what was the amount in money

16  that defendant received from Guralp, Kinemetrics, and Quanterra

17  in that same time frame?

18       A      Yes.  $89,130.

19       Q      Did you do this analysis again for 2012?

20       A      Yes.

21       Q      And you followed a similar process?

22       A      Yes, I did.

23       Q      So applying the average annual currency exchange

24  rate from Korean Won to U.S. dollars from 2012, what was the

25  defendant's approximate salary from KIGAM in United States

```
 1   dollars in that year?

 2        A      $100,287.36.

 3        Q      And in that same time frame, how much in funds

 4   did the defendant receive into his Bank of America account from

 5   Guralp, Kinemetrics, and Quanterra?

 6        A      $139,260.

 7        Q      And for 2013, what was the defendant's

 8   approximate salary from KIGAM in United States dollars?

 9        A      $130,935.42.

10        Q      And how much in funds did he receive from Guralp,

11   Kinemetrics, and Quanterra?

12        A      $170,680.

13        Q      And in 2014, what was the defendant's approximate

14   salary from KIGAM in United States dollars?

15        A      $116,169.26.

16        Q      And how much in funds did he receive from Guralp,

17   Kinemetrics, and Quanterra in the same time frame?

18        A      $123,880.

19        Q      And in 2015 what was the defendant's approximate

20   salary in United States dollars?

21        A      $115,902.01.

22        Q      And how much in funds did he receive from Guralp,

23   Kinemetrics, and Quanterra?

24        A      $187,530.

25        Q      So, Ms. Zimmerman, based on this analysis, would
```

```
 1    it be fair to say that, from 2011 through 2015, the defendant
 2    received more from Guralp, Kinemetrics, and Quanterra than he
 3    did in his salary from KIGAM?
 4         A    Yes.  That's correct.
 5              MS. KUMAR:  No further questions at this time,
 6    Your Honor.
 7              THE COURT:  All right.  Cross-examination.
 8                       CROSS-EXAMINATION
 9    BY MS. BEDNARSKI:
10         Q    Good morning.
11         A    Good morning.
12         Q    One of the -- you analyzed a number of financial
13    records in this case; is that right?
14         A    Yes.
15         Q    And one of those bodies of financial records was
16    my client's Bank of America records; right?
17         A    Yes.
18         Q    He had an account at Bank of America in Glendora?
19         A    Uh-huh.
20         Q    And you're familiar with the checks that he wrote
21    from that account?
22         A    Yes.
23         Q    And the checks bore an address on them under his
24    name Heon-Cheol Chi; right?
25         A    Uh-huh.
```

```
 1          Q      And did you investigate that address?

 2          A      Yes.

 3          Q      And you came to determine that the address was

 4     the bank's branch in Glendora's address; right?

 5          A      Yes.

 6          Q      And that's an address on Foothill Boulevard;

 7     right?

 8          A      Yes.  I think West Foothill Boulevard.  Yes.

 9          Q      Were you able to get the bank's -- Bank of

10     America's opening account information?

11          A      They only provided us a signature card from 2009.

12          Q      And that signature card is part of your

13     Exhibit 25; right?  The group of Bank of America bank records?

14          A      I think 25 is accurate.

15          Q      Do you have it there in front of you in the book?

16          A      Yes.  I'm trying to turn the pages.

17          Q      And the -- he opened that bank account in his own

18     name, Heon-Cheol Chi; right?

19          A      To the best of my knowledge, yes.

20          Q      Well, you studied these records for hours and

21     hours and hours; right?

22          A      Yes.

23          Q      It was in the name of Heon-Cheol Chi; right?

24          A      Yes.  That's correct.

25          Q      And he signed the signature card, and you can see
```

**UNITED STATES DISTRICT COURT**

1    here on the left it's -- I guess -- is it kind of a poor copy

2    because they used microfiche or something?  Is that why the

3    copies are kind of blurry?

4         A      That I can't speculate.

5         Q      All right.  But anyway, you recognize the

6    signature because he signs lots of things -- his checks, his

7    things for work, things like that?

8         A      Yes.

9         Q      And the account number of the bank account that

10   you studied from -- you compared that bank account number to

11   wire transfer documents showing that those companies sent him

12   money; right?

13        A      Yes.

14        Q      And you know that he used the same bank account

15   throughout this period of time for the payments that he

16   received from his companies; right?

17        A      Yes.

18        Q      Didn't change accounts; right?

19        A      No.

20        Q      There was never a wire transfer to some account

21   in some phony name; right?

22        A      Not that I'm aware of.

23        Q      And in the records that you studied, you also

24   studied the Merrill Lynch records; right?

25        A      Yes.

1      Q      And you studied, in terms of the Merrill Lynch

2   records, the open account records from Merrill Lynch; right?

3      A      Yes.

4      Q      And you knew that Merrill Lynch is the investment

5   division for Bank of America; right?

6      A      At some point I think it was, yes.

7      Q      At some point one or the other of those giant

8   financial institutions bought each other; right?

9      A      I believe so.  I didn't study it.

10      Q      All right.  So basically the checks you saw going

11   from his bank account at Bank of America to his Merrill Lynch

12   investment account were checks from one division of that

13   financial entity to another; right?

14      A      Well, I don't know at what time they were merged

15   together.

16      Q      All right.  Did you investigate when the

17   Merrill Lynch account was opened?

18      A      It was opened in 2009.

19      Q      Okay.  And was there any connection between -- to

20   your knowledge, between when those entities merged and his

21   opening of the Merrill Lynch investment account?

22      A      No.  I honestly don't know when they were merged.

23      Q      All right.  Now, one of the things you knew from

24   the Merrill Lynch records is that, when he opened the account,

25   he was asked to give his social security number; right?

**UNITED STATES DISTRICT COURT**

```
 1          A      Yes.

 2          Q      And that's Exhibit 26, page 1; right?

 3          A      I believe --

 4          Q      The opening account records for Merrill Lynch.

 5          A      Yes.

 6          Q      Okay.  Let's put that up on the screen.

 7                 26, page 1 is on the screen; right?

 8          A      Yes.

 9          Q      In the actual records that you looked at, you can

10   actually read that it asks for a social security number; right?

11          A      Yes.

12          Q      And that number begins with a 454-73 -- the one

13   I've circled?

14          A      Yes.

15          Q      And that's an accurate social security number for

16   Mr. Chi, isn't it?

17          A      I'm not -- I would assume so.  I didn't memorize

18   the social security number.

19          Q      All right.  There's nothing in your investigation

20   that you learned to suggest that he used a phony

21   social security number; right?

22          A      Nothing that I knew of, no.

23          Q      In your investigation, did you determine that he

24   had been a student at Texas A&M and got his Ph.D. there?

25          A      Yes.  That's what I learned.
```

**UNITED STATES DISTRICT COURT**

1        Q       And do you know that, when people come here to

2    study, they get social security numbers?

3        A       I don't know how they're issued, but that makes

4    sense.

5        Q       All right.  Do you know that the social security

6    number for him dates back to the '80s?

7        A       I do not know.

8        Q       In Exhibit 33 -- and let's look at that for a

9    minute.

10               Exhibit 33 is on the screen; right?

11       A       Yes.

12       Q       I think you told us that these were the nine

13   checks -- this is a chart reflecting the nine checks that he

14   wrote from his B of A account to his Merrill Lynch account;

15   right?

16       A       Yes.

17       Q       And did you determine -- and the Merrill Lynch

18   account remained the same; correct?  Like your chart indicates

19   these checks started going to the investment account in '09 and

20   continued through 2016; is that right?

21       A       Yes.  They were written from '09 to 2016.

22       Q       And it was always the same Merrill Lynch account

23   numbers; right?

24       A       He had three accounts, but the checks were

25   deposited into the 14235.

1     Q     And did you understand the three accounts somehow

2  to be -- somehow the way Merrill Lynch does it when you have an

3  investment account?  There's like stocks or mutual bonds and a

4  portion that's cash or -- do you know what the relationship is

5  between those three accounts?

6     A     They're all rolled up into one portfolio.

7     Q     So they were all rolled up into one portfolio,

8  and they were opened at the same time; correct?

9     A     I think there was one that was opened later.

10    Q     And do you know now, as I sit here, why it was

11 opened later?

12    A     No.

13    Q     Do you know whether the broker did that or

14 whether Mr. Chi did that?

15          MS. KUMAR:  Objection, Your Honor.  Speculation.

16          THE COURT:  Sustained.

17    Q     BY MS. BEDNARSKI:  Now, part of how you

18 determined the wires that he sent -- I'm sorry -- that he was

19 sent was you looked at Guralp records and KMI records; right?

20    A     I mostly focused on the bank statements.

21    Q     Okay.  And there were -- Guralp actually kept

22 detailed records of payments that they made to Dr. Chi;

23 correct?

24    A     Possibly.

25    Q     Can you look at Exhibit 54, which is in evidence,

**UNITED STATES DISTRICT COURT**

1    and can you put it on the screen?

2              Do you remember looking at Guralp records,

3    keeping track of when he was paid and how he was paid and the

4    details of payment?

5         A    I might have looked at it very briefly.  I don't

6    remember this particular document, no.

7         Q    Well, one of the things you determined in your

8    analysis is that he received only a fractional amount -- of the

9    money that he was paid from Guralp, only a fractional amount of

10   that was cash; correct?

11        A    Was cash?

12        Q    Cash.

13        A    I don't know that I saw any cash --

14        Q    Okay.

15        A    -- into the bank account.

16        Q    All right.  Do you see in Exhibit 54 a reference

17   to a May 23rd, 2005 -- and this is the first line -- he was

18   paid cash in the amount of $5,500?

19        A    Yes.  I see that.

20        Q    And there's a few more entries for cash, a couple

21   in 2005 and then if you drop down to May 17, 2006.  Do you see

22   that?

23        A    Yes.

24        Q    Okay.  And then, if you go all the way down to

25   2008 down here at the bottom, you see a couple more times he

1   was given cash.

2        A      In July?

3        Q      Yeah.  July 18, 2008.

4        A      Yes.

5        Q      But by far the greatest portion -- Richard, if

6   you scroll through the bottom and then also show the jurors

7   page 2.

8              By far the greatest portion was reflected as

9   transfers, in other words, wire transfers; right?

10       A      I can't say.  I mean, these are -- I've only

11  looked at the bank accounts from 2009 on.  These look to

12  predate that.

13             MS. BEDNARSKI:  Okay.  And go back to page 1,

14  Richard.  Okay.

15       Q      Now, over and over you see transfers, and they're

16  large amounts of money, over 17,000, 15,000, 13,000, 25,000,

17  things of that nature; right?

18       A      Yes.

19       Q      Did you review any of the e-mails in the case?

20       A      Briefly.

21       Q      And do you recall seeing e-mails where he would

22  talk to Nathan Pearce at Guralp about needing cash either in

23  euros or in some other currency for traveling in Europe?

24       A      Yes.  I do remember those.

25       Q      In Exhibit 54, since we have it on the screen, I

1    want you to look at March 8, 2006, this line.  Do you see where

2    there's an entry in the Guralp records?  Does it say,

3    "Commission payment waived in lieu re contribution to James and

4    Cansun's visit to Korea February, 2006"?

5         A    Yes.

6         Q    And then do you see on September 25th, 2006,

7    entry in Guralp's records "Commission payment waived in lieu re

8    contribution to training times 2, September 2006"?

9         A    Yes.

10        Q    And similarly, there's other entries about

11   commission payments being waived in lieu re contribution to CMG

12   -- you understand to be Cansun Guralp -- trip to Korea?

13             Do you see these entries?

14        A    Yes, I see them.

15        Q    Let's look at Government's 39.  That's one of

16   your charts.  Tell me if you still have that in front of you.

17        A    The paper is the way to go here.

18        Q    Why don't we put that on the screen.

19             You see Government's 39 is on the screen; right?

20        A    Yes.

21             MS. BEDNARSKI:  Your Honor, I'd like to mark next

22   in order as Defendant's 567 Exhibit 39, and I'd like to hand

23   the witness a pen and ask her to make some markings on this,

24   and I'd like it to be marked next in order Defendant's 567.

25             THE COURT:  We have to go back.  What is the

UNITED STATES DISTRICT COURT

```
1   defense number that you want?

2                   MS. BEDNARSKI:  567.

3                   THE COURT:  567?

4                   MS. BEDNARSKI:  Yes.  And it's Government's 39,

5   and I'd just like it marked for identification now, and I will

6   have her make some markings and seek admission after the

7   markings as 567.

8                   THE COURT:  So this is a new exhibit because it's

9   not in the exhibit list.

10                  MS. BEDNARSKI:  It is because --

11                  THE COURT:  All right.

12                  MS. BEDNARSKI:  Permission to approach?

13                  THE COURT:  Yes.  So the exhibit before the

14  witness you're marking for identification purposes, and it's

15  Defense Exhibit 567; is that correct?

16                  MS. BEDNARSKI:  That is correct.

17                  THE COURT:  And that is the same as Government's

18  exhibit what?

19                  MS. BEDNARSKI:  39.

20            (Marked for identification Exhibit No. 567.)

21                  THE COURT:  All right.  You may proceed.

22                  MS. BEDNARSKI:  Thank you.

23        Q      Now, Agent Zimmerman, in order to make this

24  chart, you looked at certain records.  One group of records

25  were receipt for wage and salary withholding statements,
```

```
1    Exhibits 10A through 14A?

2         A      Yes.

3         Q      And is that something like a W-2?

4         A      My understanding is yes.

5         Q      So in other words, it reflects information about

6    Dr. Chi's wages from KIGAM for the years reflected in those

7    records?

8         A      Yes.  That's my understanding.

9         Q      And they're not tax returns; right?

10        A      I believe they were the tax withholding documents

11   provided by KIGAM.

12        Q      So like a W-2, it's something related to taxes,

13   but it's not a full return; right?

14        A      That's my understanding.

15        Q      Now, your chart, 39, does not reflect any KIGAM

16   income for 2009 or 2010; correct?

17        A      Yes.

18        Q      Now, Dr. Chi had worked for KIGAM, and that we

19   can see because there's nothing in those boxes -- right? --

20   that I circled?

21        A      Yes.

22        Q      And Dr. Chi worked at KIGAM since the mid '90s;

23   right?

24        A      Yes.  I believe so.

25        Q      And at the bottom of that column saying
```

1   "Approximate salary from KIGAM," you've arrived at a total of

2   542,875; right?

3        A      Yes.

4        Q      And 50 cents?

5              And that total you have arrived at without

6   including any income from KIGAM from 2009 or 2010; right?

7        A      Yes.  That information was not available.

8        Q      But the column to the right in which you totaled

9   the amount of funds he received from payments made by Guralp

10  and Kinemetrics and Quanterra includes all those years; right?

11       A      Yes.

12       Q      So the total for that column includes two years

13  that were not included for the other column, just salary;

14  right?

15       A      Yes.

16       Q      So what I want you to do is circle the box in

17  2009 in approximate salary and circle the box in 2010 salary

18  and tell me when you've made those two red circles.

19       A      (Witness drawing.)

20       Q      And put your initials next to those marks.

21       A      Okay.

22       Q      And did you not include that because you didn't

23  have the W-2-like document from KIGAM?

24       A      Yes.

25       Q      Did you ask anybody at KIGAM, well, you know,

UNITED STATES DISTRICT COURT

1   give me an estimate of what he makes so I can make my chart

2   more fair?

3        A     No, I wouldn't --

4              MS. KUMAR:  Objection, Your Honor.

5   Argumentative.

6              THE COURT:  Sustained.  You have to rephrase the

7   question.

8        Q     BY MS. BEDNARSKI:  Did you make an inquiry at

9   KIGAM of what was his salary in 2009?

10       A     No.  I wouldn't reach out directly to them.

11       Q     Did you make an inquiry of KIGAM what was his

12  salary in 2010?

13       A     No.

14       Q     You made a comparison here of funds he received

15  from those companies, and you told us about funds he received

16  from KIGAM from 2011 through 2015; right?

17       A     Yes.

18       Q     And anywhere on your chart here, does it reflect

19  whether or not his wife worked and made income?

20       A     No.

21       Q     Did you reach out to anyone in Korea to find out

22  does this husband and wife have another area of income besides

23  his salary from KIGAM?

24             MS. KUMAR:  Objection, Your Honor.  Relevance.

25             THE COURT:  Sustained.

1        Q      BY MS. BEDNARSKI:  So you were not trying in this

2   chart to give a complete picture of his income in total; right?

3               MS. KUMAR:  Objection.  Argumentative.

4               THE COURT:  Overruled.

5               THE WITNESS:  I was -- created this chart based

6   on all the documents that were available to me.

7        Q      BY MS. BERNARDSKI:  And you were not trying, when

8   you prepared this chart, to have it reflect his total income

9   for these years from -- that might include anything else other

10  than these two columns; is that correct?

11       A      The focus, yes, was on the salary from KIGAM and

12  the wires from the companies.

13              MS. BEDNARSKI:  Your Honor, I'd seek the

14  admission of 567.

15              THE COURT:  Any objection?

16              MS. KUMAR:  No, Your Honor.

17              THE COURT:  All right.  Defense Exhibit 567 will

18  be received into evidence.

19          (Received into evidence Exhibit No. 567.)

20              MS. BEDNARSKI:  Let me clear this first.

21       Q      Let's look at Exhibit 38 or let's look -- 37

22  first.  Now, 37 -- sorry about that.  37 is your chart showing

23  if you -- if you kind of collected all the -- all the funds in

24  Merrill Lynch in one pie, this green slice of pie is how much

25  money he made in growth of that account; right?

1       A       It was capital gains, I think, through mutual

2   fund distributions.

3       Q       And does that -- does capital gain mean to you a

4   profit that you made on mutual funds from investing in mutual

5   funds?

6       A       Yes.  Generally.

7       Q       And he made, in the red slice of pie, over this

8   seven-year period dividends of 3 percent; right?

9       A       Yes.  Approximately.

10      Q       So that's like interest on an account.  If you

11  had interest on a bank account you might call it interest.  If

12  you had money you earned from Merrill Lynch holding on to all

13  your money for all that time, it would be called dividends;

14  right?

15      A       It would be for holding stock.

16      Q       Okay.  So is it a fair reading of your chart

17  that, if you add the interest on the stock to the money that he

18  made from the mutual funds, that he earned 5 percent growth on

19  that account?

20      A       I'm not sure that you can say that.  I mean, the

21  dividends are from holding stock and then the capital gain

22  distributions, I believe, through mutual funds.  I don't know

23  what his return on investment was for all of his stocks and

24  equities.

25      Q       Well, let's look at Exhibit 38.  38 is on the

UNITED STATES DISTRICT COURT

1    screen now; right?

2         A    Yes.

3         Q    This chart shows in the purple slice of pie that

4    he paid fees of $22,542; right?

5         A    Yes.

6         Q    And that -- he paid fees in the amount of

7    6 percent of his investment amount in Merrill Lynch accounts;

8    right?

9         A    Yes.

10        Q    And you came up with that figure by analyzing the

11   Merrill Lynch records; right?

12        A    Yes.

13        Q    And by determining -- by adding up like all those

14   fees Merrill Lynch charges every time it turns a stock or sells

15   a mutual fund; right?

16        A    Yes.

17        Q    So is it fair to say that he paid 6 percent of

18   the net amount that he had in his Merrill Lynch account for all

19   those years just to some broker to turn over stuff?

20             MS. KUMAR:  Objection, Your Honor.  Relevance.

21             THE COURT:  Sustained.

22        Q    BY MS. BEDNARSKI:  Did you talk to the broker

23   about the nature of the investment account?

24        A    No.  That wouldn't be customary for me to do

25   that.

**UNITED STATES DISTRICT COURT**

```
 1          Q       Did you make a determination of whether or not

 2   this was a conservative or low-risk account or a

 3   high-risk-gambler-make-a-ton-of-money account?

 4          A       No.

 5          Q       Are you qualified to do that?

 6                  MS. KUMAR:  Objection, Your Honor.  Relevance.

 7                  THE COURT:  Sustained.

 8                  MS. BEDNARSKI:  No other questions, Your Honor.

 9   Thank you.

10                  THE COURT:  All right.  Any additional questions?

11                  MS. KUMAR:  Just a few minutes, Your Honor.

12                       REDIRECT EXAMINATION

13   BY MS. KUMAR:

14          Q       Ms. Zimmerman, I just want to address a few

15   questions that Ms. Bednarski went over with you.

16                  If we can look at your chart in Exhibit 37, this

17   is the source of funds chart for the defendant's Merrill Lynch

18   account; is that right?

19          A       Yes.

20          Q       That means the cash or -- the cash that went into

21   the account net of securities transactions?

22          A       Yes.

23          Q       So, for example, if the defendant had invested in

24   a particular stock, the fact that that stock doubled in price,

25   for example, wouldn't be captured in this chart; is that right?
```

**UNITED STATES DISTRICT COURT**

1    A     If there was a sale of that stock, the cash would

2    have been captured in here.  But the traditional rates and

3    models of investment return were not captured.  Just the cash

4    of securities sales.

5    Q     So if the defendant didn't sell a particular

6    stock but it increased in value, it wouldn't be reflected in

7    this chart; right?

8    A     Yes.

9    Q     I'd like to now turn to -- Ms. Zimmerman, you

10   reviewed a series of bank records during your analysis; is that

11   right?

12   A     Yes.

13   Q     You reviewed records from defendant's Bank of

14   America and defendant's Merrill Lynch account; is that right?

15   A     Yes.

16   Q     And you also reviewed Kinemetrics records; is

17   that right?

18   A     Yes.  From Bank of the West.

19   Q     Did you review Guralp bank records?

20   A     No.

21   Q     Ms. Zimmerman, but based on those analyses, you

22   were able to determine how much in wires came in from Guralp,

23   Kinemetrics, and Quanterra; is that right?

24   A     Yes.  From the 2009 to 2016 time frame, yes.

25   Q     So if we can look at Exhibit 31, what was the

**UNITED STATES DISTRICT COURT**

 1  total amount from 2009 to 2016 the defendant received from

 2  Kinemetrics according to the bank records?

 3       A       From Kinemetrics or Quanterra, it was $393,970.

 4       Q       Now, Ms. Bednarski talked about cash that was

 5  received in addition.  Would these wires have captured cash?

 6       A       No.

 7       Q       So this number -- if the defendant had received

 8  cash from Kinemetrics or Quanterra, this amount would have been

 9  larger; is that right?

10       A       Yes.

11       Q       So if we could turn to Exhibit 32.  What was the

12  total amount the defendant received from Guralp from 2009 to

13  2016?

14       A       $650,720.

15       Q       And, again, would this have captured cash

16  payments that the defendant received from this company?

17       A       No.  This is just wire payments.

18       Q       So if he had received cash, the amount of money

19  he received from Guralp, Kinemetrics, and Quanterra would have

20  been greater; isn't that right?

21       A       Yes.

22       Q       If we can now turn your attention to Exhibit 39.

23               Ms. Zimmerman, why didn't you include an

24  approximate salary from KIGAM in United States dollars from

25  2009 and 2010?

603

```
 1          A       Those documents were not available to me.
 2          Q       And how much in total funds did the defendant
 3   receive from 2009 to 2015 from Guralp, Kinemetrics, and
 4   Quanterra?
 5          A       $1,044,690.
 6          Q       And that doesn't include any cash payments; is
 7   that right?
 8          A       That's correct.
 9          Q       If there had been cash payments, that number
10   would have been larger?
11          A       Yes.
12          Q       And between 2011 and 2015, what was the
13   defendant's salary from KIGAM, total salary?
14          A       $542,875.50.
15          Q       So would it be fair -- would it be fair,
16   Ms. Zimmerman, to say there's a gap of about $500,000 between
17   the amount the defendant made from those three companies and
18   the amount in his salary?
19          A       Yes.  From the documentation that was available
20   to me, yes.
21          Q       So in order for the defendant's salary from KIGAM
22   to match the amount he made from Guralp, Kinemetrics, and
23   Quanterra, would it be fair to say his salary in 2009 and 2010
24   would have had to have been around $250,000 each year?
25          A       Yes.
```

```
 1        Q       And that would have been more than double his
 2   salary in 2011 through 2015?
 3        A       2013 probably would have.
 4        Q       All right.  So you're better at math than me,
 5   Ms. Zimmerman.
 6                But it would have been significantly greater than
 7   his salaries in 2011 through 2015; is that right?
 8        A       Yes.  It would have been greater.
 9        Q       Now, Ms. Zimmerman, Ms. Bednarski talked to you
10   about the account-opening documents for Bank of America and
11   Merrill Lynch.  Those are both accounts in the United States;
12   is that right?
13        A       Yes.
14        Q       If I could direct your attention to Exhibit 35.
15   If you'll look at the left-hand chart.  This is the
16   use-of-payment chart we reviewed earlier; is that right?
17                MS. BEDNARSKI:  Your Honor, that's beyond the
18   scope.  I didn't ask about 35.
19                THE COURT:  Overruled.
20        Q       BY MS. KUMAR:  And you attributed 50 percent of
21   the -- in the Bank of America account to checks that were
22   written out to the defendant's Merrill Lynch account; is that
23   right?
24        A       Yes.
25        Q       And, in addition, there was $378,750.28 in Korea
```

```
 1    check card purchases; is that right?

 2         A      Yes.

 3         Q      If we look at the right-hand portion of this

 4    chart, excluding the Merrill Lynch checks, Ms. Zimmerman, would

 5    it be fair to say that the defendant used about 71 percent of

 6    the funds in the Bank of America account in Korea?

 7         A      Yes.  Excluding the Merrill Lynch checks, yes.

 8         Q      So he received funds into a bank account in

 9    California; is that right?

10         A      Yes.

11         Q      And then used over $378,000 back in Korea; is

12    that right?

13         A      Yes.

14         Q      And if we could turn to Exhibit 38.

15                Ms. Zimmerman, in the green, this is the use of

16    funds from defendant's Merrill Lynch account; is that right?

17         A      Yes.

18         Q      And in the green there was -- 23 percent of the

19    funds went back to Korea to a bank account at Citibank in the

20    defendant's name; isn't that right?

21         A      Yes.

22         Q      So in this case, it went from Guralp,

23    Kinemetrics, Quanterra to the defendant's bank account in

24    California to the defendant's bank account in New York and then

25    back to a Citibank account to the defendant's name in Korea; is
```

```
 1    that right?

 2         A       Yes.

 3                 MS. KUMAR:  No further questions, Your Honor.

 4                 THE COURT:  May this witness be excused?

 5                 MS. BEDNARSKI:  Yes.

 6                 THE COURT:  You may step down.

 7                 Call your next witness.

 8                 MR. FUHR:  The Government calls Steve Hamilton.

 9                 THE COURT:  Come forward, sir, please.

10                 THE CLERK:  Please raise your right hand.

11                 Do you solemnly state that the testimony you may

12    give in the cause now pending before this court shall be the

13    truth, the whole truth, and nothing but the truth, so help you

14    God?

15                 THE WITNESS:  I do.

16                 THE CLERK:  Please have a seat.

17                 Please state and spell your name for the record.

18                 THE WITNESS:  Steve Hamilton, S-t-e-v-e

19    H-a-m-i-l-t-o-n.

20                 THE COURT:  You have to get closer to the

21    microphone so we can hear you.

22                 THE WITNESS:  Certainly.

23    ///

24    ///

25    ///
```

1                          **STEVE HAMILTON,**

2                 **GOVERNMENT'S WITNESS, SWORN:**

3                      **DIRECT EXAMINATION**

4    BY MR. FUHR:

5          Q      Good morning, sir.

6          A      Good morning.

7          Q      Where do you work?

8          A      I work with Merrill Lynch in Pasadena.

9          Q      And is Merrill Lynch an investment bank?

10         A      Yes, it is.

11         Q      How long have you worked at Merrill Lynch?

12         A      I have been working at Merrill Lynch since '86.

13         Q      What about in this particular location in

14   Pasadena?

15         A      2003.

16         Q      And what's your title in your current position?

17         A      I'm the administrative manager.

18         Q      And in that position, what are your

19   responsibilities?

20         A      My duties include making sure their employees

21   adhere to the rules and regulations of the exchange and also

22   that they adhere to our policies and procedures of the firm.

23         Q      Does Heon-Cheol Chi have an account at

24   Merrill Lynch?

25         A      Yes.

1      Q      I'm showing you what's been already admitted into
2  evidence as Exhibit 26.  And sir, you have a binder -- a small
3  binder in front of you there.
4      A      Yes.
5             THE COURT:  I don't have 26 in evidence yet.  Do
6  you have it in?
7             THE CLERK:  I do.
8             THE COURT:  All right.  It's in.  Go ahead.
9      Q      BY MR. FUHR:  If you will turn to page 1.  Do you
10  see that, sir?
11     A      Yes, I do.
12     Q      What is this document?
13     A      It's a transfer instruction form.
14     Q      And who is listed as the account holder on this
15  document?
16     A      Heon Chi.
17     Q      And what is the account number?
18     A      It's listed as 850-14235.
19     Q      Okay.  If you turn to the next page which is
20  page 3 of 1442, I'd like to direct your attention to the area
21  up at the top of the document.
22             When did Mr. Chi sign and open this document
23  {sic}?
24     A      It's dated May 13, 2009.
25     Q      Okay.  And can you tell where the account is

**UNITED STATES DISTRICT COURT**

1    located?

2         A       Based on the account number, the first three

3    digits denote the Rockefeller Center, New York.

4         Q       So the first three digits are 850?

5         A       850, yes.  That's correct.

6         Q       And if you turn to the next page in your binder

7    which is page 1036 of 1442, sir, is this a letter from Dr. Chi

8    to Merrill Lynch?

9         A       Yes, it is.

10        Q       And at the top of the letter -- at what city and

11   state is the letter addressed to?

12        A       New York, New York.

13        Q       Okay.  Does the letter state that "All mails for

14   the account of Heon-Cheol Chi should be sent to the following

15   address"?

16        A       Yes, it does.

17        Q       And what address is listed on this document for

18   Dr. Chi?

19        A       It is 1265 15th Street, Apartment 9K, Fort Lee,

20   New Jersey.

21        Q       And do you see the second line there is a "care

22   of"?

23        A       Yes.  Care of Yongkoo Lee.

24        Q       Okay.  I'd now like to show you some deposit

25   slips and checks.  If you turn to the same Exhibit No. 1044, do

1    you have that in front of you?

2         A       Yes.  Yes, I do.

3         Q       Okay.  What is this?

4         A       It's a photoscanned copy of a check.

5         Q       Okay.  And in whose name is the check?

6         A       It's from Heon Chi's account payable to

7    Merrill Lynch.

8         Q       And what's the address listed here for Mr. Chi on

9    the check?

10        A       115 West Foothill Boulevard, Glendora,

11   California.

12        Q       Okay.  So that means the funds were drawn from

13   his account in California for this?

14        A       Correct.

15        Q       Okay.  What's the address listed for Bank of

16   America on the check?

17               Do you see that?

18        A       It's the Glendora branch at 115 West Foothill

19   Boulevard, Glendora.

20        Q       Do you see what's written in the memo line at the

21   bottom of the check?

22        A       Yes.

23        Q       Can you read that?

24        A       Sure.  It's for account 850-14235 with a -- in

25   parentheses Peter Huang.

**UNITED STATES DISTRICT COURT**

1    Q    Is that the 850 account that we looked at a

2    minute ago?

3    A    It's the same account number, yes.

4    Q    Okay.  Is that Mr. Chi's account at

5    Merrill Lynch?

6    A    Yes, it is.

7    Q    You previously said that account is located in

8    New York; is that correct?

9    A    That is correct.

10   Q    Can you tell whether these funds were deposited

11   in his Merrill Lynch account in New York?  And maybe you can

12   turn one page back which is page 1043?

13   A    Yes.  Based on the deposit slip attached, it was

14   deposited into his account.

15   Q    And so that has the same account No. 850-14235?

16   A    Yes, it does.

17   Q    Okay.  Turning your page over to the next one

18   that is page No. 1046 of 1442, again, what is this?

19   A    It's another photoscanned copy of a check.

20   Q    What's the amount in the check?

21   A    50,000.

22   Q    It's sent to whom?

23   A    It's payable to Merrill Lynch from the account of

24   Heon Chi.

25   Q    Okay.  And where is this going to?

```
 1        A        It's going to the same account No. 850-14235.

 2        Q        And again, the funds were going to California?

 3        A        Correct.

 4        Q        Okay.  They're going to --

 5        A        They're going to his account in New York.

 6        Q        If you look at page 1045, the page before that,

 7   is that the deposit slip for this transaction?

 8        A        Yes, it is.

 9        Q        Turning to the next one in your booklet which is

10   page number in Exhibit 26 1048, again, what is this, sir?

11        A        Photoscanned copy of a check.

12        Q        Okay.  What is the amount in this check?

13        A        60,000.

14        Q        And the date?

15        A        December 24, 2013.

16        Q        And to whom is this check sent?

17        A        It's, again, payable to Merrill Lynch from

18   Heon Chi's account for deposit to the same account

19   No. 850-14235.

20        Q        And again, the funds were drawn from this account

21   in California?

22        A        Correct.

23        Q        Okay.  And do you see the associated deposit slip

24   with that?  It's on page 1047.

25        A        Yes, I do.
```

```
 1        Q       Okay.  We're going to the next document, check on
 2   page 1050.
 3                Sir, is this, again, a check from Heon-Cheol Chi
 4   from California to his Merrill Lynch account?
 5        A       Yes, it is.
 6        Q       This is dated August 11, 2014, in the amount of
 7   $50,000?
 8        A       That's correct.
 9        Q       And the funds, again, are going from California
10   to New York?
11        A       That is correct.
12        Q       Okay.  Do you see the associated deposit slip
13   which is on page 1049, the page before that?
14        A       Yes, I do.
15        Q       Okay.  And if we turn to page 1052 in your
16   binder, sir, is this a check from Heon-Cheol Chi coming from
17   California in the amount of $30,000 on May 14, 2015, going to
18   his account at Merrill Lynch in New York?
19        A       It is.
20        Q       Same account number?
21        A       Correct.
22        Q       And the associated deposit slip on the preceding
23   page 1051 shows it was deposited?
24        A       That is correct.
25        Q       Okay.  And, finally, please turn to page 1198,
```

```
1    the last page in your booklet.
2              Again, is this a check from Heon-Cheol Chi from
3    California to his account at Merrill Lynch in New York,
4    November 16, 2016, in the amount of $56,000?
5         A    That is correct.
6              MR. FUHR:  Nothing further.
7              THE COURT:  All right.  Any cross-examination?
8                        CROSS-EXAMINATION
9    BY MS. BEDNARSKI:
10        Q    Good morning.
11        A    Good morning.
12        Q    Now, you've come from Pasadena.  That's where you
13   work?
14        A    Yes.
15        Q    And you've been with Merrill for 30 years?
16        A    That's correct.
17        Q    And have you ever worked in the
18   Rockefeller Center branch of Merrill Lynch?
19        A    No, I have not.
20        Q    Do you know an investment advisor there named
21   Peter Wang?
22        A    No, I do not.
23        Q    Does Merrill have offices in all the major cities
24   in the United States?
25        A    I would say yes.
```

1      Q      And as an investment advisor yourself -- and

2  that's --

3      A      I'm not an investment advisor, ma'am.

4      Q      What's your title?

5      A      Administrative manager.

6      Q      Okay.  Have you ever been an investment advisor?

7      A      In a previous -- yes.  At a different firm.

8      Q      Are you familiar with the role of investment

9  advisor at Merrill Lynch?

10     A      Yes, I am.

11     Q      And is it the job of the investment advisor to

12 recommend and guide a client in their investments?

13            MR. FUHR:  Objection, Your Honor.  Relevance.

14            THE COURT:  Sustained.

15     Q      BY MS. BEDNARSKI:  You did not advise or have

16 anything to do with this investment account in this case;

17 right?

18     A      That is correct.

19     Q      Now, are you familiar with -- and you have never

20 met Dr. Chi -- right? -- seated at the end of this table here

21 with the glasses?

22     A      No, I have not.

23            MS. BEDNARSKI:  Your Honor, I'd like to show the

24 witness Exhibit No. 38.

25     Q      Now, we've just heard a witness talk about fees

```
 1    at Merrill Lynch.  Are fees to the clients at Merrill Lynch
 2    generated each time there is a transaction of some sort on the
 3    investment account?
 4              MR. FUHR:  Again, Your Honor.  Objection.
 5    Relevance.
 6              THE COURT:  Sustained.
 7         Q    BY MS. BEDNARSKI:  Does Merrill Lynch keep
 8    detailed records of each time a transaction is done on an
 9    account?
10         A    Yes, we do.
11         Q    And as part of those records, do they keep track
12    of fees charged clients?
13              MR. FUHR:  Again, objection.  Relevance.
14              THE COURT:  Overruled.  Talking about the records
15    now.
16              THE WITNESS:  Can you restate the question,
17    please?
18              MS. BEDNARSKI:  Sure.
19         Q    And as part of those records, does Merrill Lynch
20    keep track of the fees charged to clients?
21         A    Yes, we do.
22         Q    When did you become -- did you call yourself an
23    administrative manager?
24         A    That's correct.
25         Q    When did you become an administrative manager at
```

```
 1    Merrill?
 2         A      In 2001.
 3         Q      So you were there in 2009?
 4         A      Yes.
 5         Q      And was that when Merrill Lynch acquired Bank of
 6    America?
 7         A      I believe it was the other way around, but yes.
 8         Q      Okay.  But Merrill Lynch is the investment branch
 9    now of Bank of America?
10         A      We are a subsidiary, yes, ma'am.
11         Q      Very well.
12                And Bank of America has operations all over the
13    world; right?
14         A      That is correct.
15         Q      And Merrill Lynch too; is that correct?
16         A      That is correct.
17         Q      Is that in Asia?
18         A      We do have a presence in Asia, yes.
19                MS. BEDNARSKI:  I have no other questions,
20    Your Honor.  Thank you.
21                THE COURT:  All right.  Any additional questions?
22                MR. FUHR:  No, Your Honor.
23                THE COURT:  All right.  May this witness be
24    excused?
25                MR. FUHR:  Yes, Your Honor.
```

**UNITED STATES DISTRICT COURT**

```
 1                    THE COURT:  All right.  Thank you very much.

 2                    Call your next witness.

 3                    MS. KAMINSKA:  Your Honor, the Government calls

 4   Daniel Yongkoo Lee.

 5                    THE CLERK:  Please raise your right hand.

 6                    Do you solemnly state that the testimony you may

 7   give in the cause now pending before this court shall be the

 8   truth, the whole truth, and nothing but the truth, so help you

 9   God?

10                    THE WITNESS:  Yes, I do.

11                    THE CLERK:  Thank you.  Be seated.

12                    Please state and spell your name for the record.

13                    THE WITNESS:  My name is Daniel Yongkoo Lee,

14   D-a-n-i-e-l Y-o-n-g-k-o-o, last name Lee, L-e-e.

15                    THE COURT:  All right.  You may proceed.

16                         DANIEL YONGKOO LEE,

17                    GOVERNMENT'S WITNESS, SWORN:

18                         DIRECT EXAMINATION

19   BY MS. KAMINSKA:

20        Q     Good morning.

21        A     Good morning.

22        Q     Do you go by Daniel or Yongkoo?

23        A     Now I go by Daniel.

24        Q     How is Yongkoo spelled?

25        A     Y-o-n-g-k-o-o.
```

**UNITED STATES DISTRICT COURT**

1        Q        When did you take Daniel as your first name?

2        A        When I got U.S. citizenship couple years back.

3        Q        Were you born in Korea?

4        A        Yes, I was.

5        Q        What year did you come to the United States?

6        A        I first came here in 1996.

7        Q        Tell the jury a bit about your background.  Did

8    you attend college?

9        A        Yes.  I graduated from University of Michigan and

10   graduated with economics in 2008.

11       Q        Where did you work after you graduated?

12       A        I worked at Thompson Reuters since 2008 to 2012

13   and Korea Investment Securities from 2012 to 2015, and I worked

14   as part-time in Briarwood Chase Management as a consultant from

15   2015 to 2016.

16       Q        Is that a hedge fund?

17       A        That is a hedge fund.

18       Q        You mentioned during the period of 2012 to 2015

19   you worked at Korea Investment Securities; is that right?

20       A        Yes.  Correct.

21       Q        What was your role in that job?

22       A        I worked as equity sales.  I sold Korean stock to

23   U.S. institutions.

24       Q        In that role, did you interact with financial

25   industry personnel in South Korea?

**UNITED STATES DISTRICT COURT**

```
 1        A       Yes.

 2        Q       Does South Korea have a banking system?

 3        A       Yes.

 4        Q       Does it have a stock market?

 5        A       Yes.

 6        Q       Does it have modern infrastructure?

 7        A       Yes.

 8        Q       Is it home to some of the largest electronics and

 9   automotive companies in the world?

10        A       That is correct.

11        Q       Does that include Samsung?

12        A       Yes.

13        Q       Hyundai?

14        A       Yes.

15        Q       What about LG?

16        A       LG too.

17        Q       Have you previously been to South Korea?

18        A       Yes.  Many times.

19        Q       In fact, you got married there?

20        A       Yes.  Last year.

21        Q       Have you been to Seoul specifically?

22        A       Yes.  I was born there.

23        Q       How many times?

24        A       I have been there at least 11, 12 times.

25        Q       What's the city like?
```

**UNITED STATES DISTRICT COURT**

```
1      A       It is very solid infrastructure and good

2  institutions and very -- technologically it is very advanced.

3      Q       Mr. Lee, would you under any circumstances

4  describe South Korea as a, quote/unquote, "developing country"?

5      A       No.  I would say it's a developed country.

6      Q       Where do you live?

7      A       Currently I live at 1265 15th Street,

8  Apartment No. 9K, Fort Lee, New Jersey 07024.

9      Q       How long have you lived at that address?

10     A       I lived there since 2004.

11     Q       Who's lived with you at that address, if anyone,

12 since 2004?

13     A       My mother lived there from 2004 to 2008, and from

14 2016 my wife lived there.

15     Q       Anybody else?

16     A       No.

17     Q       Do you have an account at Merrill Lynch?

18     A       Yes, I do.

19     Q       What kind of an account is that?

20     A       It's a stock account.

21     Q       When did you open it?

22     A       I believe I opened it around 2009.

23     Q       And in the course of opening the account, did you

24 fill out certain paperwork?

25     A       Yes, I did.
```

 1      Q      What address did you list associated with that

 2  account?

 3      A      My current address, 1265 15th Street,

 4  Apartment No. 9K, Fort Lee, New Jersey 07024.

 5      Q      Now, Mr. Lee, did there come a time when you

 6  discovered certain mailings to you from Merrill Lynch about a

 7  different account?

 8      A      Yes.

 9      Q      When was that?

10      A      I don't remember for sure, but it was couple

11  years back.

12      Q      What did you receive from Merrill Lynch?

13      A      I got mailing for Heon-Cheol Chi.

14      Q      I'd like to show you what's been previously

15  admitted into evidence as Government Exhibit 27, page 1219

16  specifically.  Mr. Lee, turning your attention to the top left

17  of that report, do you see the address listed at the left of

18  the page?

19      A      Yes.

20      Q      Could you read that out to the jury, please?

21      A      1265 15th Street, Apartment No. 9K, Fort Lee,

22  New Jersey 07024-1957.

23      Q      Who is the name on the account?

24      A      On the account, Heon-Cheol Chi.

25      Q      And what's the next line?

```
 1        A        Care of Yongkoo Lee.
 2        Q        Is that the mailing that appeared on -- or is
 3   that the address and the form that appeared on the mailings
 4   that you received from Merrill Lynch?
 5        A        That is correct.
 6        Q        Does the information in this report reflect your
 7   account or someone else's?
 8        A        Someone else's.
 9        Q        Have you ever had this much money in your
10   account?
11        A        No.
12        Q        Mr. Lee, do you know Heon-Cheol Chi?
13        A        No.
14        Q        Have you ever met him in person?
15        A        No.
16        Q        Ever talked to him on the phone?
17        A        No.
18        Q        Did Heon-Cheol Chi ever live at your address at
19   Fort Lee at any time between 2004 and today?
20        A        No.
21        Q        And up until the point you discovered the
22   mailings from Merrill Lynch addressed to Chi at your address,
23   did you know that Chi was using both your name and address on
24   his account at Merrill Lynch?
25        A        No.
```

**UNITED STATES DISTRICT COURT**

```
 1                 MS. KAMINSKA:  No further questions.
 2                 THE COURT:  All right.  Any cross-examination?
 3                 MS. BEDNARSKI:  Thank you, Your Honor.
 4                       CROSS-EXAMINATION
 5   BY MS. BEDNARSKI:
 6        Q     Good morning.
 7        A     Good morning.
 8        Q     The address that you've been talking about, 1265,
 9   is that a home like a freestanding home, or is it an apartment?
10   What is it?
11        A     It's a condo.
12        Q     Condo.
13              And you said that your mom lived there between
14   2004 and 2008; right?
15        A     Yes.
16        Q     And did she move back to Korea in 2008?
17        A     Yes.
18        Q     And was your father living in Korea at that time?
19        A     Yes.
20        Q     But he would travel here and stay with you and
21   your mom?
22        A     Yes.  Once or twice a year.
23        Q     Okay.  And the condominium at 1265 that you have
24   been talking about, that's owned by your parents?
25        A     Yes.
```

1    Q       Your investment account at Merrill Lynch that you

2    opened in 2009, did you open it through a broker Peter Wang?

3    A       Yes.

4    Q       Okay.  Now, if we look at -- Exhibit 27, page 1

5    is the piece of paper that's up on the screen; is that right?

6    Is that the same thing?  Oh, no?

7             THE COURT:  Are you asking the witness, or are

8    you just talking?

9             MS. BEDNARSKI:  Let me turn this off for a

10   second.

11   Q       The document you have been talking about,

12   Exhibit 27, page 1, it's up on the screen; correct?

13   A       Yes.

14   Q       And this is the document where it shows the

15   statements were sent care of you to your address; right?

16   A       Right.

17   Q       And we can see that in the red circle on the

18   screen; right?  Specifically the care of being right there.

19   A       Right.

20   Q       And about two inches down you see a place where

21   it says, "Your financial advisor."  I have circled it now.

22   A       Right.  Yes.

23   Q       Peter Wang is the Americanized name for this

24   person Woong Seong Hwang; right?

25   A       I believe so.

**UNITED STATES DISTRICT COURT**

```
 1          Q       W-o-o-n-g S-e-o -- how is that middle name
 2   spelled for the court reporter?  S-e-o-n-g, Seong.
 3          A       Yeah.  I guess.
 4          Q       Okay.  H-w-a-n-g.
 5                  And that's your broker; right?
 6          A       Right.
 7          Q       And were you introduced to your broker by your
 8   dad?
 9          A       Right.
10          Q       And they were friends; correct?
11          A       Yes.  Correct.
12                  MS. KAMINSKA:  Objection, Your Honor.  Relevance.
13                  THE COURT:  Overruled.
14          Q       BY MS. BEDNARSKI:  Before you used -- before you
15   started using Mr. Wang as your advisor, had you known him for
16   about 20 years as a family friend?
17          A       Yes.  Correct.
18          Q       Now, when -- at some point, did you call Mr. Wang
19   or Mr. Wang's office and ask them to stop sending Dr. Chi's
20   statements to your home?
21          A       Right.
22          Q       And you spoke to a secretary or someone who
23   worked with Mr. Wang; right?
24          A       Yes.  That's correct.
25          Q       And after you spoke to that person, did the
```

```
 1    statements stop, or did they continue?

 2         A      It continued to come once or twice and then

 3    stopped.

 4         Q      At some point did you call your dad and -- you

 5    knew your dad was childhood friends with Dr. Chi; right?

 6         A      Yes.

 7         Q      At some point did you call your dad and say, how

 8    come your friend's statements are coming to our house?

 9               MS. KAMINSKA:  Objection, Your Honor.  Hearsay.

10               THE COURT:  Overruled.

11               THE WITNESS:  I didn't know who Heon-Cheol Chi

12    was until Mr. Coleman visited my apartment a few months back.

13         Q      BY MS. BEDNARSKI:  So you never talked to your

14    dad about --

15         A      No.

16         Q      And you never talked to Mr. Chi about statements;

17    right?

18         A      No.

19               MS. BEDNARSKI:  Your Honor, I don't have any

20    other questions.  Thank you.

21               THE COURT:  Any redirect?

22               MS. KAMINSKA:  No, Your Honor.

23               THE COURT:  May this witness be excused?

24               MS. KAMINSKA:  Yes.

25               THE COURT:  Ms. Bednarski, may he be excused?
```

**UNITED STATES DISTRICT COURT**

```
1                    MS. BEDNARSKI:  Yes.
2                    THE COURT:  All right.  You are excused.
3                    Call your next witness.
4                    MS. KAMINSKA:  Your Honor, the Government calls
5        Jeffery Coleman.
6                    THE CLERK:  Please raise your right hand.
7                    Do you solemnly state that the testimony you may
8        give in the cause now pending before this court shall be the
9        truth, the whole truth, and nothing but the truth, so help you
10       God?
11                   THE WITNESS:  Yes, ma'am, I do.
12                   THE CLERK:  Please be seated.
13                   State and spell your name for the record.
14                   THE WITNESS:  Sure.  My name is Jeffrey Coleman,
15       J-e-f-f-r-e-y, last name, C-o-l-e-m-a-n.
16                   THE COURT:  All right.  You may proceed.
17                        JEFFREY COLEMAN,
18                 GOVERNMENT'S WITNESS, SWORN:
19                      DIRECT EXAMINATION
20       BY MS. KAMINSKA:
21            Q     Good morning.
22            A     Good morning.
23            Q     Where do you work?
24            A     Federal Bureau of Investigations in the
25       Los Angeles field office.
```

```
 1        Q        Is that a federal law enforcement agency?

 2        A        Yes, ma'am, it is.

 3        Q        Is it also referred to as the FBI?

 4        A        It is.

 5        Q        How long have you worked with the FBI?

 6        A        It will be nine years in September.

 7        Q        You said your office is located in Los Angeles;

 8   is that right?

 9        A        It is.

10        Q        What's your title at the FBI?

11        A        Special agent.

12        Q        And are you part of any particular squad?

13        A        Yes.  I'm part of the International Corruption

14   Squad.

15        Q        Where did you work before you became an FBI

16   agent?

17        A        I was an assistant county attorney in

18   Prince William County, Virginia.

19        Q        How long did you do that for?

20        A        Five years.

21        Q        Can you briefly describe your duties as an agent?

22        A        My job is to investigate particularly violations

23   of the Foreign Corrupt Practices Act which involves U.S.

24   companies paying bribes to foreign officials usually in order

25   to gain business and hypocrisy cases which are foreign
```

**UNITED STATES DISTRICT COURT**

```
 1    officials which bring their assets into the United States in
 2    order to conceal them.
 3         Q     Have you received any training in connection with
 4    those duties?
 5         A     Yes, I have.
 6         Q     Can you briefly describe the nature of that
 7    training?
 8         A     In addition to the first six months of training
 9    in Quantico, Virginia, that all agents receive, I have been
10    doing this work pretty much the entire time I have been an FBI
11    agent and, therefore, received training every year at the
12    conference that we have, week-long conference, and additional
13    money laundering training.
14         Q     And are you familiar with an individual
15    Heon-Cheol Chi?
16         A     Yes, ma'am, I am.
17         Q     Can you identify him for the record?
18         A     He's the gentleman sitting at the table there
19    with the light blue tie with the glasses.
20               THE COURT:  The record will reflect the witness
21    has identified the defendant.
22         Q     BY MS. KAMINSKA:  In your capacity as an FBI
23    agent, have you been involved in an investigation involving
24    Mr. Chi?
25         A     Yes, ma'am, I have.
```

```
 1        Q        How long have you been involved in the case?

 2        A        Since December 2015.

 3        Q        And during the course of this investigation,

 4   what, if any, documents have you reviewed?

 5        A        Primarily what we've reviewed are e-mails and

 6   financial records, bank account statements, and investment

 7   account statements.

 8        Q        Have you also reviewed personnel records?

 9        A        Yes, I have.

10        Q        What, if any, documents were obtained pursuant to

11   grand jury subpoenas?

12        A        Those primarily were bank records -- Bank of

13   America account, Bank of the West, accounts for Quanterra and

14   Kinemetrics and Dr. Chi.

15        Q        What, if any, documents were obtained pursuant to

16   a search warrant?

17        A        Accounts from Dr. Chi's Gmail account were

18   obtained via search warrant.

19        Q        What, if any, documents did you obtain pursuant

20   to voluntary company productions?

21        A        We received documents voluntarily from Guralp.

22        Q        And what, if any, documents were obtained through

23   a mutual legal assistant's request to the Republic of Korea?

24        A        We received personnel records relating to

25   Dr. Chi's employment.
```

**UNITED STATES DISTRICT COURT**

1    Q      And were those records initially received in the

2  Korean language?

3    A      Yes, they were.

4    Q      Were they then officially translated into

5  English?

6    A      Yes, ma'am, they were.

7           MS. KAMINSKA:  Your Honor, at this time the

8  Government would move into evidence Government Exhibit 1A as

9  per the parties' previous stipulation.

10          THE COURT:  1A will be received into evidence.

11        (Received into evidence Exhibit No. 1A.)

12   Q      BY MS. KAMINSKA:  Agent Coleman, I want to draw

13 your attention to page 5 of this document, particularly the

14 lower half of the page.

15          Do you see the title of the chart reading

16 "History of appointment"?

17   A      Yes, ma'am, I do.

18   Q      And just staying with this page, can you tell

19 us -- I'm sorry.  Let's back up to page 1.

20   A      Okay.

21   Q      What is the title of this document?

22   A      The document is titled "Employee personnel record

23 card."

24   Q      And whose personnel record card is it?

25   A      Heon-Cheol Chi.

**UNITED STATES DISTRICT COURT**

1      Q      Is this one of the documents that you received as

2  part of Dr. Chi's personnel record at KIGAM?

3      A      Yes, ma'am, it is.

4      Q      And is this a certified translation of this

5  record?

6      A      Yes, ma'am, it is.

7      Q      Let's now go to page 5.

8      A      Okay.

9      Q      Could you tell the jury, between the dates listed

10  on this bottom part of the chart 1994 to 1999, what positions

11  Dr. Chi held at KIGAM?

12      A      Senior researcher, and then in 1997 also had the

13  title of --

14            THE COURT:  You're going to have to get closer to

15  the microphone.  Your voice is trailing off.

16            THE WITNESS:  Yes, sir.  Senior researcher, and

17  in 1999 he added the title of chief of the center.

18      Q      BY MS. KAMINSKA:  Let's go to the next page.

19      A      Yes, ma'am.

20      Q      This includes date rage 2000 to 2003.  Can you

21  tell the jury what positions he held then?

22      A      Senior researcher and researcher in charge.

23      Q      Okay.  Let's go to the next page.  The

24  appointments here are between 2003 and 2017.

25            Can you tell the jury what positions he held

**UNITED STATES DISTRICT COURT**

1    during that period of time?

2         A     Again, researcher in charge and chief of the

3    center.  Also, in addition to team leader, and then he was also

4    laboratory director and vice president.

5              MS. KAMINSKA:  Your Honor, at this time the

6    Government would move into evidence Government Exhibit 2A.

7              THE COURT:  Exhibit 2A will be received into

8    evidence.

9         Q     BY MS. KAMINSKA:  Agent Coleman, can you tell us

10   what this document is?

11        A     It is the project participation status for senior

12   researcher Chi, Heon-Cheol.

13        Q     Drawing your attention to the labels on the

14   columns, can you tell us what columns are represented here

15   beginning with "Project classification"?

16        A     Sure.  Second column is project classification.

17   Third column is agency, project name, person in charge, start

18   and end dates, funds for research, and participating researcher

19   which in all cases is Heon-Cheol Chi.

20        Q     And, Agent Coleman, is the date range of these

21   projects 1998 to 2017?

22        A     Yes, ma'am, it is.

23        Q     Approximately how many projects are listed on

24   this sheet?

25        A     I did a rough count of them.  It's approximately

```
 1    100.

 2          Q       All right.  What are some of the agencies, just

 3    focusing on the top half of the document, in connection with

 4    which Dr. Chi had projects according to this document?

 5          A       The Ministry of Education of Science and

 6    Technology, the National Weather Service which is also the

 7    Korean Meteorological Administration I understand.  There's the

 8    KIGAM projects on this page, U.S. Air Force Research and

 9    Support Center, Korean Rail Network Authority, and a few other

10    ministries I see.

11          Q       Do you also see toward the top half of the page

12    the Korea Electric Power Corporation?

13          A       Sorry.  I'm looking.  Yes, I do.

14          Q       All right.  And turning your attention to the

15    bottom fourth of the page, let's start from the third line from

16    the bottom.

17                  Do you see the entry for National Weather

18    Service?

19          A       Yes, ma'am, I do.

20          Q       Can you tell us how that project is classified

21    according to this document?

22          A       It is a government R&D project.

23          Q       Can you read the description of the project name?

24          A       Establishment and Operational Technology

25    Development of Earthquake Research Network.
```

**UNITED STATES DISTRICT COURT**

```
 1              Q       Who is the person in charge of that project?

 2              A       Heon-Cheol Chi.

 3              Q       Drawing your attention to a couple rows up, do

 4       you see the entry for US SMU.

 5              A       Yes, I do.

 6              Q       What is the description of that project?

 7              A       Operation and data analysis of seismic airborne

 8       sound wave observation network 2.

 9              Q       The one below that is U.S. Air Force Research and

10       Support Center; is that right?

11              A       Yes, ma'am, it is.

12              Q       Can you read the description of that project?

13              A       Study on 2D seismic wave modeling and airborne

14       sound wave analysis.

15              Q       And, finally, one more down, do you see the entry

16       for Korea Rail Network?

17              A       I do.

18              Q       Could you read the description of that project?

19              A       Construction services for seismic instrumentation

20       in the vicinity of high-speed railway.

21              MS. KAMINSKA:  Your Honor, at this time I'd move

22       to introduce Government Exhibit 23 into evidence.

23              THE COURT:  Exhibit 23 will be received into

24       evidence.

25              (Received into evidence Exhibit No. 23.)
```

**UNITED STATES DISTRICT COURT**

 1          Q      BY MS. KAMINSKA:  Just focusing your attention to
 2     the top half of the document, what is this?
 3          A      This is the subscriber information for Dr. Chi's
 4     Gmail account.
 5          Q      And who is the name listed on the Gmail account?
 6          A      Heon-Cheol Chi.
 7          Q      Could you read out the e-mail relevant to this
 8     account?
 9          A      Chiheoncheol@gmail.com.
10          Q      And is there a recovery e-mail listed on this
11     document?
12          A      Yes, ma'am, there is.
13          Q      What is it?
14          A      Chi@kigam.re.kr.
15          Q      What is your understanding of what a recovery
16     e-mail is?
17          A      That is the e-mail to which Google would send an
18     e-mail in case there is any problem with the password or some
19     other issue with the account.
20          Q      What date was the account opened?
21          A      The 28th of June, 2007.
22          MS. KAMINSKA:  Your Honor, at this time the
23     Government would move to introduce Government Exhibit 43A into
24     evidence.
25          THE COURT:  All right.  Exhibit 43A will be

**UNITED STATES DISTRICT COURT**

 1    received into evidence.

 2            (Received into evidence Exhibit No. 43A.)

 3        Q       BY MS. KAMINSKA:  Agent Coleman, is Exhibit 43A a

 4    certified translation of a telephone call in which Dr. Chi is a

 5    participant?

 6        A       Yes, ma'am.  A portion of one.

 7        Q       Have you ever spoken to the defendant?

 8        A       Yes, I have.

 9        Q       In person?

10        A       Yes, ma'am.

11        Q       How many times?

12        A       Twice.

13        Q       For how long did you speak?

14        A       The first occasion I was with him for a few

15    hours.  The second occasion, maybe 20, 30 minutes.

16        Q       And would you be able to recognize his voice if

17    you heard him on a recording?

18        A       Yes, ma'am.  I believe I would.

19        Q       Have you listened to the telephone call involving

20    the defendant on January 10th of this year?

21        A       Yes, ma'am, I did.

22            MS. KAMINSKA:  Your Honor, at this time I'd like

23    to play the call.

24            THE COURT:  All right.

25            MS. KAMINSKA:  And before that -- I'm sorry.

1    Before that --

2                    THE COURT:  Do you have a transcript of it?

3                    MS. KAMINSKA:  Yes.  The transcript is going to

4    pop up when we play the tape.

5                    THE COURT:  All right.

6        Q      BY MS. KAMINSKA:  Before we get there, there's an

7    M-2, someone designated as an M-2 speaker on the translation.

8    Whose voice is M-2?

9        A      M-2 is Dr. Chi.

10                   MS. KAMINSKA:  All right.  Go ahead.

11                   THE COURT:  All right.  So this is a translated

12   telephone conversation?

13                   MS. KAMINSKA:  That's correct, Your Honor.

14                   THE COURT:  All right.  So the appropriate

15   instruction I will give to the jury is "You're about to listen

16   to a tape-recording in the Korean language."

17                   Is that correct?

18                   MS. KAMINSKA:  Yes, Your Honor.

19                   THE COURT:  "Each of you will see a transcript on

20   your monitor.  The transcript is a translation of the foreign

21   language.  Although some of you may know the language, it's

22   important that all jurors consider the same evidence.  The

23   transcript is the evidence.  Therefore, you must accept the

24   English translation contained in the transcript and disregard

25   any different meaning."

```
 1                    You may play it.

 2            (The CD commenced playing before the jury.)

 3       Q      BY MS. KAMINSKA:  Again, Agent Coleman, the voice

 4  depicted as M-2, do you recognize that to be of the defendant?

 5       A      Yes, ma'am, I do.

 6       Q      During the course of your investigation, did you

 7  review documents?

 8       A      Yes, ma'am, I did.

 9       Q      And what, if any, documents did you review

10  related to Dr. Chi's purchase or endorsement of Guralp's and

11  Kinemetrics' projects in South Korea?

12       A      Several e-mails.

13              MS. KAMINSKA:  At this time, Your Honor, the

14  Government would move to introduce Government Exhibit 77 as per

15  the parties' stipulation.

16              THE COURT:  All right.  Exhibit 77 will be

17  received into evidence.

18            (Received into evidence Exhibit No. 77.)

19       Q      BY MS. KAMINSKA:  Drawing your attention to the

20  top of the page, Agent Coleman, who is this e-mail from and

21  what date?

22       A      It is from Heon-Cheol Chi on the 8th of July,

23  2004.

24       Q      And to whom is it addressed?

25       A      Nathan Pearce with a copy to Cansun Guralp.
```

1     Q     Can you read the first half of this third full

2     paragraph beginning with "Second"?

3          MR. KOURY:  Your Honor, I will object.  The

4     document speaks for itself.

5          THE COURT:  The objection is overruled.

6     Q     BY MS. KAMINSKA:  You can go ahead.

7     A     "Second, Gas Company is willing to buy one

8     CMG-5T, DM24, and DCM.  Gas Company has right now installed

9     70 stations at valve stations with bad seismographs.  I asked

10    and attended many meeting to ask to replace them.  Three days

11    ago I officially even investigated whether the previous systems

12    are proper or not by the request of Government.  Whole systems

13    are decided to be replaced continuously."

14          Continue?

15    Q     Yes.  The next two sentences, please.

16    A     Yes, ma'am.

17          "Right now new valve station is under

18    construction.  So Gas Company must install seismic instrument

19    and, if possible, Gas Company wants to install the system which

20    wanted.  That is why Gas Company is willing to order your

21    system."

22    Q     Could you also read the next to the last

23    paragraph beginning with "Last."

24    A     "Last, the president of Water Company visited my

25    institute, and I discussed with the project manager of

```
 1    Water Company.  Finally, Water Company will give the project to
 2    me, and I will order your systems by myself.  But in this case
 3    the agent fee and other expenditure will be added to the price
 4    of systems.  The contract --"
 5         Q      Go ahead.
 6         A      "The contract can be possible at the end of
 7    August when I return to the office."
 8         Q      And, Agent Coleman, do you understand the CMG
 9    reference above to be a reference to Guralp's equipment?
10         A      Yes, ma'am, I do.
11                MS. KAMINSKA:  At this time the Government will
12    move to introduce Government's Exhibit 223 into evidence.
13                THE COURT:  All right.  Exhibit 223 will be
14    received into evidence.
15           (Received into evidence Exhibit No. 223.)
16         Q      BY MS. KAMINSKA:  Agent Coleman, drawing your
17    attention to the top of the page, who is this e-mail from?
18         A      It is from Heon-Cheol Chi.
19         Q      To whom is it addressed?
20         A      Outhay Viengkhou.
21         Q      Who is Outhay Viengkhou?
22         A      Outhay Viengkhou is the sales manager with
23    regional responsibility for Asia Pacific at Kinemetrics.
24         Q      What is the date of the document?
25         A      First of -- I'm sorry.  The 23rd of January,
```

 1    2012.

 2         Q       Could you read the last two paragraphs of the

 3    e-mail?

 4         A       "From this year KMA should expand borehole

 5    accelerometer stations, and KMA got the budget more for

 6    $3 million only for stations.  KMA will order more than ten

 7    sets of ES-DH with much more sets of Q330 this year.

 8    Electrical Company would order Q330 and ES-2 this year.  Here I

 9    would like to ask you to calculate the advice fee last year and

10    send to account.  Thank you for your assistance."

11         Q       Again, Agent Coleman, do you understand the above

12    references to be equipment of Kinemetrics?

13         A       Sold by Kinemetrics.

14              MS. KAMINSKA:  At this time, Your Honor, the

15    Government would move to introduce Government Exhibit 228 into

16    evidence.

17              THE COURT:  All right.  228 will be received into

18    evidence.

19           (Received into evidence Exhibit No. 228.)

20         Q       BY MS. KAMINSKA:  Agent Coleman, at the top of

21    the page, can you tell us who this e-mail is from?

22         A       It is from Heon-Cheol Chi.

23         Q       From what account is it addressed?

24         A       From his Gmail account.

25         Q       Who is it to?

1          A          Outhay Viengkhou.

2          Q          On what date?

3          A          May 14, 2013.

4          Q          Could you just read the second full paragraph "In

5     Korea" out loud?

6          A          "One, in Korea broadband sensors are used mostly

7     by my institute KMA and some nuclear-related organizations.

8     They do not care about the price but only quality.  Hence, I

9     asked Heesong to recommend only STS-2 for Broadband Sensor at

10    permanent stations.  Moreover, all high-level organizations

11    belong to the committee of earthquake monitoring

12    organizations."  Parenthesis, "This committee is a legal

13    committee by the law right now," ends parenthesis, "and I have

14    recommended to use STS-2."

15               MS. KAMINSKA:  Your Honor, at this time the

16    Government would move to introduce Government Exhibit 232 into

17    evidence.

18               THE COURT:  All right.  232 will be received into

19    evidence.

20            (Received into evidence Exhibit No. 232.)

21         Q          BY MS. KAMINSKA:  Agent Coleman, directing your

22    attention to the top half of the page, is this an e-mail from

23    Dr. Chi to Outhay Viengkhou?

24         A          Yes, ma'am, it is.

25         Q          Is it dated September 21st, 2014?

1      A       Yes, ma'am.

2      Q       Could you skip down to the third full paragraph

3  beginning with "I want to explain" and read that to the jury?

4      A       "I want to explain the real situation of the

5  military project.  In Korea there is an intelligence company,

6  see the homepage www.dsc.mil.kr.  The company was reorganized

7  recently, and one-third part is to receive and analyze our

8  KIGAM data in order to monitor North Korea.  Therefore, KIGAM

9  and DSC had made a special MOU for national security."

10     Q       Can you read the second paragraph?

11     A       The one after?

12     Q       Yes.  "I became."

13     A       Yes, ma'am.

14             "I became a very, very VIP to DSC now because

15  they are right now fully dependent on my support.  They are

16  planning to construct their own fixed array infrasound station

17  like as mine.  Hence, my colleagues already recommended to use

18  Q330."

19     Q       And, Agent Coleman, directing your attention to

20  the middle of the page beginning with the sentence "Heesong or

21  Korea EMT," that paragraph reads, "Heesong or Korea EMT or even

22  any commercial companies could not persuade government

23  organizations to use their systems.  They only follow the

24  guidance or reference of government-supported research

25  organizations and societies.  If budget is successfully secured

```
 1   and your systems are purchased, your systems should be sent to

 2   my lab for preparation of installation."

 3               Did I read that correctly?

 4       A     Yes, ma'am.

 5       Q     And, finally, in this category, Agent Coleman --

 6   the Government would introduce into evidence Government

 7   Exhibit 245.

 8               THE COURT:  All right.  Exhibit -- I don't have a

 9   description on the pretrial exhibit list of 245.  What is it?

10               MS. KAMINSKA:  It is an e-mail from the defendant

11   to Outhay Viengkhou dated June 8, 2016, subject line,

12   "Request."

13               THE COURT:  All right.  Any objection by the

14   defense?

15               MR. KOURY:  No.

16               THE COURT:  All right.  245 will be received into

17   evidence.

18           (Received into evidence Exhibit No. 245.)

19       Q     BY MS. KAMINSKA:  Agent Coleman, drawing your

20   attention to the bottom of the page, which is the first in time

21   e-mail, is that an e-mail from Dr. Chi to Outhay Viengkhou at

22   Kinemetrics on June 2nd, 2016?

23       A     Yes, ma'am, it is.

24       Q     Could you read the e-mail out loud to the jury,

25   please?
```

1        A        "Dear Mr. Outhay Viengkhou, how about you?

2    Everything is okay and being done as expected.  I want to know

3    your borehole broadband sensor STS-5A in detail.  I recommended

4    KMA to use STS-5A instead of CMG-3TB indirectly."

5        Q        And just pausing there for a moment, whose

6    equipment do you understand STS-5A to be?

7        A        That is Kinemetrics.

8        Q        Whose equipment is CMG-3TB?

9        A        That's Guralp.

10       Q        And, Agent Coleman, what is your understanding as

11   to when the defendant stopped receiving payments from Guralp?

12       A        That would be in -- prior to September 2015.

13       Q        Would that be before the date on this e-mail?

14       A        Yes, ma'am.

15       Q        Okay.  Skip down to the bottom.  "I already

16   declared" and read that, please.

17       A        "I already declared to KMA and university

18   professors that I will use STS-5A for new borehole stations.

19   Hence, I will also order STS-5A from next year."

20       Q        Does Mr. Viengkhou from Kinemetrics then respond

21   to Dr. Chi in the e-mail above on June 6, 2016, and say, "Thank

22   you for endorsing the STS-5A which I believe you will find it

23   quite satisfactory"?

24       A        Yes, ma'am.

25       Q        All right.  Agent Coleman, in the course of your

**UNITED STATES DISTRICT COURT**

 1   review of documents, did you review any documents that related

 2   to Dr. Chi providing inside market advice in South Korea

 3   including in relation to bidding and passing certifications?

 4        A      Yes, ma'am.  I did.

 5             MS. KAMINSKA:  Your Honor, at this time the

 6   Government would move to introduce Government Exhibit 146 into

 7   evidence.

 8             THE COURT:  All right.  146 will be received into

 9   evidence.

10        (Received into evidence Exhibit No. 146.)

11        Q      BY MS. KAMINSKA:  Agent Coleman, drawing your

12   attention to the first half of the page, is this an e-mail from

13   Dr. Chi to Nathan Pearce on August 24, 2011?

14        A      Yes, ma'am, it is.

15        Q      Could you just read the third paragraph beginning

16   with "Right now"?

17        A      "Right now in Korea there are two organizations,

18   my institute KIGAM and Korea Research Institution of Standard

19   in Science, KRISS, for the test.  Among five companies, only

20   your agent, Heesong, got the test from my institute.  All other

21   companies failed to get the test from my institute; so they got

22   the test from KRISS.  KRISS gave okay to all companies at the

23   acceptance test."  There's a pair of asterisks.  "This

24   discrepancy, KIGAM no but KRISS yes, might be in big problem in

25   future."  Then two more asterisks.

**UNITED STATES DISTRICT COURT**

1          MS. KAMINSKA:  Your Honor, at this time the

2    Government would move to introduce Government Exhibit 167 into

3    evidence.

4          THE COURT:  All right.  167 will be received.

5        (Received into evidence Exhibit No. 167.)

6     Q     BY MS. KAMINSKA:  Agent Coleman, is this document

7    an e-mail from Dr. Chi to Nathan Pearce and Cansun Guralp on

8    October 17, 2014?

9     A     Yes, ma'am, it is.

10    Q     At the beginning of the e-mail, the text reads,

11   "As mentioned, Dr. Che got the permission from my president to

12   order your system through private contract, but the director of

13   purchase division did not accept the permission.  The director,

14   Ms. Kim, said the permission was done because Guralp is the

15   only company to do it based on the declaration of Dr. Chi and

16   Dr. Che.  But there is no objective document to prove it."

17          Skipping down to the next paragraph, "Hence, we

18   gave the commodity description, see attached file, for

19   announcement.  In the description, the specification of

20   broadband seismometer is exactly the same as yours.  Moreover,

21   the participant should submit a lot of documents shown at other

22   conditions and remarks at attached file within nine days.  Most

23   of them could be satisfied only by Guralp."

24          And finally the last paragraph, "You do not need

25   to participate in the bidding.  After the nominal procedure, we

```
 1    would do private contract with you Guralp."

 2               Did I read that correctly?

 3    A       Yes, ma'am, you did.

 4               MS. KAMINSKA:  Your Honor, at this time the

 5    Government would move to introduce Government Exhibit 207 into

 6    evidence.

 7               THE COURT:  207 will be received.

 8          (Received into evidence Exhibit No. 207.)

 9    Q       BY MS. KAMINSKA:  Agent Coleman, drawing your

10    attention to the first half of the document, is this an e-mail

11    from Dr. Chi to Outhay Viengkhou at Kinemetrics dated

12    February 20, 2009?

13    A       Yes, ma'am, it is.

14    Q       Could you read the first two paragraphs, please?

15    A       "After long debate of fixing up the name of

16    recorders, the open bidding was announced officially afternoon

17    yesterday.  Here I have to explain the strange situation.  In

18    the bidding, your recorders," parenthesis, "name and the amount

19    were fixed," end parenthesis, "should be supplied so they are

20    sure to be purchased in this bidding.  But they might be

21    supplied by other participants.  Your agent should sell your

22    recorders with the fixed prices," parenthesis, "for example,

23    granite is roughly $25,000," end parenthesis, "to any

24    participant.  Hence, other agents can participate in the

25    bidding with their sensors.  It is nearly very strange and not
```

1    profitable.  In order to open really the bidding to other

2    agents such as GeoSIG agent, this might be the solution."

3          Q      And the next paragraph, can you read the line "In

4    the document."

5          A      "In the document, only the agents of you, GeoSIG,

6    and Guralp were allowed to participate in the bidding."

7          Q      Okay.  And, finally, can you read the next two

8    paragraphs.

9          A      "If GeoSIG agent wins the bidding, the agent

10   should pay the cost of recorders to your agent first.  Then

11   they have to learn how to install and connect the recorder to

12   main system.  The main system was supplied by my institute, so

13   the agent should come to my office to learn the main system.

14   Definitely we do not want even to contact the GeoSIG agent.

15   GeoSIG agent knew very clearly the bad situation with my

16   institute.  Hence, if the agent win the bidding, he should be

17   really in trouble.  Whenever something is clear, I will inform

18   to you.

19              "KINS, Korea Institute of Nuclear Safety, should

20   replace their systems," parenthesis, "Q4120, FBA23, and STS-2,"

21   end parenthesis, "with new ones since ten years were passed

22   like SKMA.  I recommended Q330."

23              MS. KAMINSKA:  At this time the Government would

24   move to introduce Government Exhibit 216 into evidence.

25              THE COURT:  Exhibit 216 will be received into

```
 1    evidence.

 2            (Received into evidence Exhibit No. 216.)

 3        Q      BY MS. KAMINSKA:  Agent Coleman, directing your

 4    attention to the bottom half of the page, is this an e-mail

 5    from Dr. Chi to Outhay Viengkhou dated May 24, 2010?

 6        A      Yes, ma'am, it is.

 7        Q      Does the first paragraph read, "How about you?

 8    Last week on May 19 Dr. Lane Oncescu, vice president of Geotek,

 9    visited my institute, and he gave a presentation.  I attached

10    his presentation."

11            Skipping down to the second paragraph, "The agent

12    of Geotek visited me today in order to explain his presentation

13    and ask me the requirement of seismic instrument.  Until now,

14    Geotek data logger does not support DSS function yet, but they

15    are very aggressive.  Please use the attached file as

16    reference, but do not distribute widely."

17            Did I read that correctly?

18        A      Yes, ma'am, you did.

19        Q      What does Outhay Viengkhou respond in just the

20    above e-mail?

21        A      "Dear Dr. Chi, thank you for the information

22    about Geotek.  You are right.  They are very aggressive and

23    give a lot of promise, but their equipment are terrible.  USGS

24    and IRIS don't even want to touch their equipment."

25        Q      Does Dr. Chi then respond to Outhay Viengkhou at
```

 1    the top of the chain, "Dear Mr. Outhay Viengkhou, anyway, they

 2    are waiting for my explanation of requirement, and I am

 3    delaying now"?

 4         A     Yes, ma'am.  That's what it says.

 5              MS. KAMINSKA:  And finally in this category,

 6    Agent Coleman -- Your Honor, the Government would move to admit

 7    Government Exhibit 231 into evidence.

 8              THE COURT:  All right.  231 will be received into

 9    evidence.

10         (Received into evidence Exhibit No. 231.)

11         Q     BY MS. KAMINSKA:  Turning your attention to the

12    second page of the exhibit, is this an e-mail from Dr. Chi to

13    Outhay Viengkhou dated February 24th, 2014?

14         A     Yes, ma'am, it is.

15         Q     Drawing your attention to the third paragraph,

16    the sentence reads, "Today there were two important meetings at

17    KMA."

18              Could you read the next paragraph in full?

19         A     The paragraph continuing from that point?

20         Q     Yes.  "The other was the preliminary."

21         A     "The other was the preliminary explanation of

22    this year bidding.  KMA will separate and announce the

23    requirements as mandatory and general ones.  For mandatory

24    items, the test certificate of official organizations should be

25    submitted.  In another word, all companies should get the test

```
 1    at my institute before participating bidding."
 2         Q     Agent Coleman, during the course of your
 3    investigation, what, if any, documents did you review relating
 4    to Dr. Chi's efforts to conceal the flow of funds from
 5    Kinemetrics and Guralp?
 6         A     Again, several e-mails.
 7              MS. KAMINSKA:  Your Honor, the Government would
 8    move to admit Government Exhibit 147 into evidence.
 9              THE COURT:  All right.  147 will be received.
10         (Received into evidence Exhibit No. 147.)
11         Q     BY MS. KAMINSKA:  Turning your attention to the
12    bottom half of the e-mail, is that an e-mail from Dr. Chi to
13    Nathan Pearce, Cansun Guralp, and Tony Wall on
14    October 25th, 2011?
15         A     Yes, ma'am, it is.
16         Q     And from what e-mail account is that e-mail sent?
17         A     That is sent from Dr. Chi's Gmail account.
18         Q     Can you just read the first full paragraph out
19    loud?
20         A     "How about you?  I came back to the head of
21    Earthquake Research Center at the end of this September.  So I
22    have been very busy to settle down as preferred.  I am fully
23    responsible for the center, and I would be involved in the
24    official advisory committee.  Hence, I should be more cautious
25    officially."
```

1          MS. KAMINSKA:  Your Honor, the Government would

2     move to introduce Government Exhibit 212 into evidence.

3          THE COURT:  All right.  212 will be received into

4     evidence.

5          (Received into evidence Exhibit No. 212.)

6          THE COURT:  But before you ask any questions

7     about 212, we will take our first break.  We will be in recess

8     for 15 minutes.

9          (The following proceedings were held in

10          open court out of the presence of the jury:)

11          THE COURT:  All right.  The jury is not present.

12          How much longer are you going to have with this

13     witness?

14          MS. KAMINSKA:  Not even ten minutes.

15          THE COURT:  Pardon me?

16          MS. KAMINSKA:  Less than ten minutes probably.

17          THE COURT:  How long for cross-examination?

18          MR. KOURY:  15 to 20.

19          THE COURT:  And is the Government going to rest

20     at that point in time?  I saw another witness on the witness

21     list, a Mr. Jackson.  Has he fallen off the list?

22          MS. KUMAR:  Yes, Your Honor.  We have decided not

23     to call Mr. Jackson.

24          THE COURT:  Okay.  So will the Government rest

25     after the cross-examination of this witness?

```
 1                    MS. KUMAR:  Yes, Your Honor.

 2                    THE COURT:  All right.  And all your people

 3   arrived safely yesterday?

 4                    MS. BEDNARSKI:  They did.

 5                    THE COURT:  All right.  And so all of those that

 6   are on the witness list are going to be present and ready to

 7   testify?

 8                    MS. BEDNARSKI:  They are.

 9                    THE COURT:  Okay.

10                    MR. RAYNOR:  Your Honor, just briefly, are we

11   going to have an opportunity to -- I know the Court may defer

12   ruling on a Rule 29.  Once the Government rests, can we have

13   just a few minutes to present a Rule 29?

14                    THE COURT:  No.  We will reserve it, and I will

15   hear argument at an appropriate time.  All right.

16                    MS. KUMAR:  Your Honor, sorry.  Just one more

17   moment.  Yesterday we discussed Exhibit 25.  Ms. Bednarski and

18   I have spoken and have come to an appropriate designation, and

19   I believe your courtroom deputy has provided you a copy, and we

20   have provided Ms. Bednarski a copy, and we will make sure that

21   is in the original exhibit.

22                    THE COURT:  So we have a new agreed-upon

23   Exhibit 25; correct?

24                    MS. KUMAR:  Yes, Your Honor.

25                    THE COURT:  Correct?
```

**UNITED STATES DISTRICT COURT**

```
 1                MS. BEDNARSKI:  It is.

 2                THE COURT:  All right.  We'll be in recess.

 3           (The following proceedings were held in

 4           open court in the presence of the jury:)

 5                THE COURT:  The record will reflect the jury is

 6    present.  All counsel and the defendant are present.

 7                You may proceed with your examination.

 8                MS. KAMINSKA:  Your Honor, as a preliminary

 9    matter and to clean up the record, the Government would move to

10    admit three exhibits.

11                THE COURT:  All right.

12                MS. KAMINSKA:  First, Government Exhibit 22 which

13    is the testimonial stipulation.

14                THE COURT:  22 is blank in my document.

15                All right.  Is there any objection to 22?

16                MR. KOURY:  I need to look at it.

17                THE COURT:  What's the next exhibit?

18                MS. KAMINSKA:  Government Exhibit 24.

19                THE COURT:  All right.  24 will be received into

20    evidence without objection.

21           (Received into evidence Exhibit No. 24.)

22                MS. KAMINSKA:  Finally, Your Honor, Government

23    Exhibit 32.

24                THE COURT:  And Exhibit 32 will be received into

25    evidence without objection.
```

```
 1              (Received into evidence Exhibit No. 32.)
 2              MR. KOURY:  Excuse me, Your Honor.  I'm just
 3    trying to -- okay.
 4              MS. BEDNARSKI:  We don't have an objection to 22.
 5    The second one I think was 24.  We have no objection.  And the
 6    third one I missed the number of because I think I have it in
 7    evidence already.  What was the third number?
 8              MS. KAMINSKA:  32.
 9              MS. BEDNARSKI:  I think that's already in
10    evidence.
11              THE CLERK:  She identified it.  She didn't move
12    it in.
13              MS. BEDNARSKI:  No objection.
14              THE COURT:  Which are the three exhibits so we
15    have a clear record?  22.
16              MS. KAMINSKA:  24 and 32.
17              THE COURT:  They have all been received into
18    evidence.
19              MS. KAMINSKA:  Thank you, Your Honor.
20              (Received into evidence Exhibit No. 22.)
21              THE COURT:  You may proceed.
22        Q     BY MS. KAMINSKA:  Agent Coleman, let's turn your
23    attention back to Government Exhibit 212 which is in evidence.
24              Drawing your attention to the top half of the
25    e-mail, is this an e-mail from Dr. Chi to Outhay Viengkhou at
```

```
 1   Kinemetrics dated September 9, 2009?

 2        A      Yes, ma'am, it is.

 3        Q      Drawing your attention to the second full

 4   paragraph, does it read, "As you knew, I fully support Heesong

 5   in Korea"?

 6               Agent Coleman, is Heesong one of Guralp's

 7   distributors?

 8        A      Yes, ma'am, it is.

 9        Q      Is it also one or Kinemetrics' distributors?

10        A      Yes, ma'am, it is.

11        Q      "In this project of Electrical Company's dam, I

12   spent a lot of time, and I personally asked some high levels.

13   Hence, Heesong has wanted to do something for me, but Heesong

14   could not give money or equivalent one for it in Korea due to

15   severe watching for the connection.  Hence, if I could get some

16   of the agent fee from you, Heesong want to give some portion of

17   their agent fee."

18               Did I read that correctly?

19        A      Yes, ma'am, you did.

20               MS. KAMINSKA:  Your Honor, the Government would

21   move into evidence Government Exhibit 244.

22               THE COURT:  All right.  244 will be received into

23   evidence.

24          (Received into evidence Exhibit No. 244.)

25        Q      BY MS. KAMINSKA:  Agent Coleman, looking at the
```

**UNITED STATES DISTRICT COURT**

```
 1    first-in-time chain at the bottom, is that an e-mail from

 2    Dr. Chi to Outhay Viengkhou dated May 4, 2016?

 3         A     Yes, ma'am, it is.

 4         Q     And does it read, "Due to the earthquake disaster

 5    at Japan, the minister of MSIP," parenthesis, "Ministry of

 6    Science ICT and Future Planning," end parenthesis, "visited my

 7    center, and I gave a presentation of earthquake hazard

 8    possibility at Korea.  I just recognized that I forgot to send

 9    the picture to show that I explained your Q330 to my minister."

10              Agent Coleman, what is Q330?

11         A     That is a Quanterra product that is sold by

12    Kinemetrics.

13         Q     Skipping down to the last line, "You might use

14    this to your colleagues as well as Dr. Joe Steim in order to

15    explain how much famous Q330 is at Korea."

16              Did I read that correctly?

17         A     Yes, ma'am.

18         Q     Does Outhay Viengkhou then respond to Dr. Chi's

19    e-mail in the middle of the page and write, "Wow, you have

20    become more famous now.  I will pass along the link to my

21    colleagues"?

22         A     Yes, ma'am.

23         Q     And does Dr. Chi then respond in the e-mail

24    depicted at the top of the chain?

25         A     Yes.  I guess.
```

**UNITED STATES DISTRICT COURT**

1      Q      Can you read that out loud to the jury?

2      A      "Thank you for warm appreciation.  Unfortunately,

3  since I and Dr. Minister are government officers, you could not

4  use this picture for advertising.  Just for reference."

5            MS. KAMINSKA:  Your Honor, the Government would

6  move into evidence Government Exhibit 226.

7            THE COURT:  All right.  226 will be received into

8  evidence.

9         (Received into evidence Exhibit No. 226.)

10     Q      BY MS. KAMINSKA:  Turning your attention to the

11 bottom of the page, is this an e-mail from Dr. Chi to

12 Outhay Viengkhou dated April 9, 2013?

13     A      Yes, ma'am, it is.

14     Q      Drawing your attention to the middle of that

15 communication, second full paragraph, "As you knew, the

16 lifetime of seismic instruments is ten years by the regulation

17 in Korea.  My institute is starting to replace Q4120 with Q330

18 this year.  Electrical Company might start to do from next

19 year.  KMA is already replacing from last year."

20            And, Agent Coleman, what is KMA?

21     A      The Korean Meteorological Administration.

22     Q      Dr. Chi then says, "If possible, I want to

23 receive the half personally.  And please deliver my best regard

24 to your wife."

25            Does Outhay Viengkhou then respond to Dr. Chi's

**UNITED STATES DISTRICT COURT**

 1    e-mail?

 2        A       Yes, ma'am, he does.

 3        Q       What does he say in the middle of the page?

 4        A       "Dear Dr. Chi, nice to hear from you.  Your

 5    request is being process.  Are you going to EGU?"

 6        Q       And, Agent Coleman, I want to show you what was

 7    previously introduced into evidence as Government Exhibit 141.

 8    If you turn to the second page of the exhibit -- I'm sorry.

 9    We'll start at the first page at the bottom.

10            Is this an e-mail from Dr. Chi to Nathan Pearce

11    at Guralp dated March 31st, 2010?

12        A       Yes, ma'am, it is.

13        Q       Can you read the very last line of the e-mail in

14    this document?

15        A       "Whenever you ask your colleague to pay advice

16    fee, please let me know just by," quote, "'Your request was

17    processed,'" end quote, "or by any expression you want."

18        Q       Does the request noted in 141 appear to be the

19    same or similar language quoted by Outhay Viengkhou at

20    Kinemetrics?

21        A       Yes, ma'am, it does.

22            MS. KAMINSKA:  Your Honor, at this time the

23    Government would move into evidence Government Exhibit 252.

24            THE COURT:  252 will be received into evidence.

25        (Received into evidence Exhibit No. 252.)

1        Q       BY MS. KAMINSKA:  Agent Coleman, is this document

2   called -- is this document called "Representation agreement on

3   installation and maintenance between Quanterra and KIGAM"?

4        A       Yes, ma'am, it is.

5        Q       And if you flip to the second page of the

6   agreement, who are the signatories to this document?

7        A       Signatories are Joseph M. Steim as president of

8   Quanterra, Inc., and Chi, Heon-Cheol, senior researcher

9   Earthquake Research Center for KIGAM.

10       Q       What's the date of the agreement?

11       A       They both signed on June 18, 1999.

12       Q       And turning to the first paragraph in that

13   agreement, does it read, "KIGAM will be the official

14   representative for the installation and maintenance of all

15   products of Quanterra at Korea"?

16       A       Yes, ma'am.  That's correct.

17       Q       According to the terms of this document, does the

18   document contemplate any payments to Dr. Chi personally?

19       A       No, it does not.

20               MS. KAMINSKA:  Your Honor, the Government would

21   move into evidence Government Exhibit 253.

22               THE COURT:  All right.  253 will be received.

23          (Received into evidence Exhibit No. 253.)

24       Q       BY MS. KAMINSKA:  Agent Coleman, is this document

25   entitled "Representation agreement on installation and

 1     maintenance between Kinemetrics and KIGAM"?

 2            A       Yes, ma'am, it is.

 3            Q       Turning to the second page, who are the

 4     signatories on this document?

 5            A       On behalf of Kinemetrics, sales manager

 6     Outhay Viengkhou, and on behalf of KIGAM, Chi, Heon-Cheol,

 7     senior researcher, Earthquake Research Center.

 8            Q       What date is this agreement executed?

 9            A       Both parties signed on June 17, 1999.

10            Q       Turning your attention to the first paragraph of

11     the document, does paragraph No. 1 read, "KIGAM will be the

12     official representative for the installation and maintenance of

13     all products of Kinemetrics at Korea"?

14            A       Yes, ma'am.

15            Q       And, again, according to this document, is there

16     any payment contemplated to Dr. Chi personally?

17            A       No, ma'am, there is not.

18            Q       Finally, the Government would move into evidence

19     Government Exhibit 81.

20                    THE COURT:  Exhibit 81 will be received into

21     evidence.

22               (Received into evidence Exhibit No. 81.)

23            Q       BY MS. KAMINSKA:  Drawing your attention to the

24     first half of the document, is this an e-mail sent from Dr. Chi

25     to Nathan Pearce and Cansun Guralp on January 13, 2005?

1     A        Yes, ma'am, it is.

2     Q        Looking at the first full paragraph beginning

3  with "As you knew."  "As you knew, there were big earthquake

4  and tsunami in Southeast Asia on December 26 last year."

5              Agent Coleman, can you tell from the date given

6  here, December 26, last year, when the tsunami discussed here

7  would have occurred?

8     A        In 2004.

9     Q        The e-mail continues, "Hence, I came back to be a

10  head of Earthquake Research Center from January 1, and I had to

11  attend all kinds of meetings and committee related to the

12  earthquake hazard preparedness and mitigation.  Even on TV and

13  radio I had to show and explain them.  As we agreed, from

14  February you will raise the price and apply to new orders

15  except for the order of 23 sets for Express Train."

16              Did I read that correctly?

17     A        Yes, ma'am, you did.

18     Q        What is the date of the e-mail?

19     A        January 13, 2005.

20     Q        And is Dr. Chi communicating a need to raise the

21  price on equipment approximately three weeks after a tsunami?

22     A        Yes, ma'am, he is.

23              MS. KAMINSKA:  No further questions.

24              THE COURT:  All right.  Cross-examination.

25              MR. KOURY:  Thank you.

**CROSS-EXAMINATION**

BY MR. KOURY:

     Q     Good morning, Agent Coleman.

     A     Good morning, Mr. Koury.

     Q     So looking at this e-mail --

     THE COURT:  Are you talking about Exhibit 81?

     MR. KOURY:  I apologize, Your Honor.  Yes.  Exhibit 81.

     Q     In the third paragraph, it indicates there was a big earthquake and tsunami in Southeast Asia on December 26.  Dr. Chi writes he had to attend all kinds of meetings and committees related to the earthquake hazard preparedness and mitigation.

     Is that correct?

     A     Yes, sir, it is.

     MR. KOURY:  I don't have the smooth ability to highlight that the Government has.

     Q     "A lot of local companies asked me how way and how much cost required in order to install earthquake rapid warning system."

     That's what he wrote; correct?

     A     Yes.  That is what that reads.

     Q     And then down below he indicates that he will adjust his price and his technical fee and he wants to discuss it.

```
 1        A       Yes, sir.

 2        Q       Is that correct?  Thank you.

 3                Agent Coleman, you did -- in the course of your

 4   investigation, you did also collect the document that's been

 5   marked as Government's 6A.  Are you familiar with that

 6   document?  I think it's in the book in front of you.

 7        A       This book.  I have the one marked 6, but it looks

 8   like the translation.  So I assume that's 6A.

 9        Q       We're talking about the same document.

10        A       Yes, sir.  I've got it.

11        Q       This was a document you retrieved as part of your

12   investigation; correct?

13        A       Yes, sir.

14        Q       It was later translated, and this is the final

15   version?

16        A       This is the English version, yes.

17        Q       And this document is entitled "The Korean

18   Institute of Geoscience and Mineral Resource Employee's Code of

19   Conduct"?

20        A       Yes, it is.

21                MR. KOURY:  Your Honor, I would move to admit 6A.

22                THE COURT:  I assume the Government has no

23   objection.

24                MS. KAMINSKA:  No objection, Your Honor.

25                THE COURT:  Exhibit 6A will be received into
```

**UNITED STATES DISTRICT COURT**

1    evidence.

2                    MR. KOURY:  Thank you.

3           (Received into evidence Exhibit No. 6A.)

4        Q     BY MR. KOURY:  And I assume this document is --

5    as the title suggests, it describes the course of conduct of

6    employees at KIGAM.

7        A     I would assume the same, yes.

8        Q     Thank you.

9              I'm going to go and talk to you about a few

10   e-mails.  I want to go to 232, please.

11             This is the e-mail we just looked at a minute ago

12   in which -- in this e-mail Dr. Chi indicates that his

13   colleagues already recommended to use the Q330; is that

14   correct?

15       A     Yes.  That is what it says.

16       Q     And he was writing to Outhay Viengkhou at the

17   time.

18       A     He was.

19       Q     And the Q330, I think you already testified, is a

20   Quanterra product that is handled in sole by KMI.

21       A     Yes.

22       Q     So in this discussion, Dr. Chi says -- and his

23   colleagues recommended they use this -- "This project use this

24   Quanterra product."

25             Were you able to determine whether this product

1    was ever purchased by the customer?

2         A       No, I did not know that.

3         Q       Would it surprise you to find out that GeoSIG got

4    this contract rather than KMI?

5         A       Would it surprise me?  From my understanding,

6    Guralp and Kinemetrics and Quanterra have about 90 percent of

7    the Korean market, but there's 10 percent there.  So, sure.

8    Could have had it.

9         Q       So GeoSIG could have got this contract as far as

10   you knew.

11               You never verified to see which contracts

12   actually were completed?

13        A       I saw contracts that Guralp and Kinemetrics had

14   invoices and sales orders on.  I did not see the contracts that

15   other parties may have gotten.

16        Q       But you didn't tie them up one contract to one

17   particular project, for example?

18        A       That is correct.

19        Q       So you obviously didn't tie them up from one

20   contract to a specific e-mail, for example?

21        A       A few of them, yes.  But not all of them

22   certainly.

23        Q       All right.  Thank you.

24               This is Exhibit 245.  And in this exhibit,

25   Dr. Chi wrote to Outhay that the first concern is reliable and

```
 1    satisfies the requirement.  And above that he says, "KMA does
 2    not care about the price.  The price itself is not a big
 3    issue."
 4              Now, in your investigation, you were able to
 5    determine that the prices for KMA products most often were
 6    higher than comparable equipment for GSL products.
 7              Is that true?
 8        A    I did not determine that, no.
 9        Q    So in this e-mail, which was sent from Dr. Chi to
10    Outhay Viengkhou --
11              THE COURT:  Counsel, what exhibit is this?
12              MR. KOURY:  I apologize, Your Honor.
13              THE COURT:  It's all right.
14              MR. KOURY:  216.
15              THE COURT:  All right.
16              MR. KOURY:  It's already been admitted.
17        Q    In this e-mail, Dr. Chi talks about how Geotek
18    data loggers do not support DSS function.
19              Do you recall that?
20        A    I see that, yes, sir.
21        Q    Do you recall earlier, two days ago I believe it
22    was or yesterday, when there was a string of e-mails between
23    Dr. Chi and Bob Hutt at USGS where he asked about PC-based
24    systems and Bob Hutt responded that PC-based systems often
25    fail?
```

1                    Do you remember that?

2        A        I remember the string of e-mails.  I don't

3    remember the exact content of them.

4        Q        Do you remember whether it deals with DSS

5    functioning?

6        A        I remember the PC-based comment.  I don't have

7    command of the seismology details like some of the previous

8    witnesses.

9        Q        You didn't study seismology?

10       A        I did not, sir.

11       Q        So I want to highlight Mr. Viengkhou's response

12   on this particular exhibit which is 216.  Mr. Viengkhou

13   responds, "Geotek is very aggressive and gave a lot of promise,

14   but their equipments are terrible.  USGS and IRIS don't even

15   want to touch their equipment."

16                Based on your investigation, USGS refers to the

17   agency that employs Lind Gee and formerly employed Bob Hutt;

18   correct?

19       A        Yes, it does.  Well, did Dr. Hutt, and it does

20   for Dr. Gee.

21       Q        And IRIS, part of your investigation is IRIS is

22   essentially a United States distributor of seismology

23   equipment?

24       A        From what I remember from Dr. Gee, IRIS is a

25   network of universities and other entities that collect

```
 1    seismology data.  I'm not sure if they're all in the
 2    United States.
 3         Q     Okay.  But this e-mail seems to indicate that
 4    equipment from Geotek is problematic for USGS and IRIS;
 5    correct?
 6               MS. KAMINSKA:  Objection, Your Honor.
 7    Speculation.
 8               THE COURT:  Overruled.
 9               THE WITNESS:  That is what Mr. Viengkhou was
10    saying.
11               MR. KOURY:  Thank you.
12               I'm going to reference 228.  I'm going to put it
13    up on the board in just a second.
14         Q     Now, this e-mail was, again, from Dr. Chi to
15    Outhay, and in this e-mail Dr. Chi wrote, "Some organizations
16    purchased CMG-3T from Guralp.  And he indicated at this time
17    that it was cheap but very weak, frequently out of order.  And
18    the response is naturally bad compared with STS."
19               Who makes STS?
20         A     STS, I believe -- I'm not sure Ms. Harrington
21    said this during her testimony, but I believe it's from a
22    company called Streckeisen.
23         Q     I think it's S-t-r-e-c-k-h-e-i-s-e-n {sic}.
24         A     That sounds right to me.
25               It's a Swiss company that is among the companies
```

**UNITED STATES DISTRICT COURT**

1    in the Kinemetrics group of companies.

2           Q       So it's in the Kinemetrics family?

3           A       Yes, sir.

4           Q       And if I recall correctly, those particular

5    instruments are some of the most expensive instruments in the

6    world?

7           A       Again, I didn't compare and contrast the prices

8    of the instruments.

9           Q       But the next line seems to indicate that -- when

10   he wrote, "The organizations who want to buy Broadband Sensors

11   do not worry about the price."

12          A       That doesn't indicate to me anything about the

13   price.  It just indicates that the organizations who are

14   purchasing them don't have that as an objective which would be

15   information that I think would be helpful to a company because

16   then they can offer whatever price they think is appropriate

17   rather than bid against others to get it lower.

18          Q       Well, Dr. Chi is writing this to the KMI sales

19   representative; correct?

20          A       Yes.

21          Q       It's also helpful to know that, in comparison to

22   the systems they have, the company is willing to spend the

23   extra money to get a more reliable and stronger system; isn't

24   that correct?

25          A       Yes.

**UNITED STATES DISTRICT COURT**

1    Q      So you're not a seismologist, but I assume --

2  maybe I shouldn't assume, and I apologize if I'm making an

3  incorrect assumption.

4         Your field -- were you a science major in

5  college?

6    A      I was not, no, sir.

7    Q      So as you went through these e-mails, you went

8  through them -- I assume you reviewed thousands and thousands

9  of these e-mails?

10    A      Thousands and thousands of pages at least.  I

11  don't know.

12    Q      Tens of thousands of pages?

13    A      No, sir.  I ran searches through tens of

14  thousands of pages using keyword searches, but I did not review

15  each individual page of every document.

16    Q      So there were actual pages where, if a search

17  didn't bring something up of interest, you didn't even look at

18  the page necessarily?

19    A      Yes, sir.  That is correct.

20    Q      And as you did -- is it fair to say you had tens

21  of thousands of pages which contained two, three, four or five

22  e-mails per page potentially?

23    A      In a usual chain, yes, potentially.

24    Q      So there were thousands and thousands and

25  thousands of e-mails over the course of 15 years?

```
 1         A       Yes.

 2         Q       And many of those e-mails contained lengthy

 3  technically-specific information that, frankly, would be above

 4  both of us in understanding as it relates to seismology;

 5  correct?

 6                 MS. KAMINSKA:  Objection, Your Honor.  Hearsay.

 7                 THE COURT:  Overruled.

 8                 THE WITNESS:  Yes.  There is certainly technical

 9  information involved in those e-mails that is beyond my

10  expertise.

11         Q       BY MR. KOURY:  Now, you are the case agent that

12  is primarily responsible for doing the investigation in this

13  case; correct?

14         A       Yes, sir, I was.

15         Q       Did you ever, yourself, travel to Korea?

16         A       No, sir, I did not.

17         Q       So I assume it's fair to assume that you never

18  spoke directly to an employee at KIGAM.

19         A       No, sir.  We sent a Mutual Legal Assistance

20  Treaty request which is what we do when we work with foreign

21  countries asking to speak to people.  They sent back the

22  documents, but they did not make anyone available to us.

23         Q       Well, did you contact them directly?

24         A       That's done through, I think, our Office of

25  Financial Affairs at the Department of Justice.  I did not make
```

**UNITED STATES DISTRICT COURT**

 1    that contact.

 2          Q      So you never talked to anyone in administration

 3    at KIGAM?

 4          A      I did not, no, sir.

 5          Q      Did you ever talk to any of the technical people

 6    that work at KIGAM?

 7          A      No, sir, I did not.

 8          Q      And the e-mails that are in the exhibits, some of

 9    the ones that have been marked in these books right here are

10    pulled out.  In other words, it doesn't contain every single

11    document in every single e-mail in the chain.

12                 Is that true?

13                 Do you want me to rephrase the question?

14          A      Yes, sir.  If you wouldn't mind.

15          Q      Some e-mails have been marked as evidence as an

16    exhibit.  I just referenced one.  I think I just referenced

17    228.

18          A      Yes, sir.

19          Q      And that's been marked for a reason.  There often

20    are e-mails that precede that and e-mails that may follow that

21    that for whatever reason the lawyers decided not to bother the

22    jury with hundreds and hundreds or in your case thousands of

23    e-mails.

24                 Is that true?

25                 MS. KAMINSKA:  Objection, Your Honor.

**UNITED STATES DISTRICT COURT**

1     Argumentative.

2                    THE COURT:  Overruled.

3                    THE WITNESS:  Yes, sir.  These are a selection of

4     the entire universe of e-mails that were involved in this case.

5                    MR. KOURY:  Thank you.

6          Q     So you indicated that you met Dr. Chi in

7     San Francisco at the airport; correct?

8          A     I said I met him twice, but yes, that was the

9     first time I met him.

10         Q     That was December 17 or 18?

11         A     I believe that was December the 12th.

12         Q     12th.

13         A     Yes, sir.

14         Q     Of 2016.

15         A     Yes, sir.

16         Q     And were you waiting at the airport for him?

17         A     I was.

18         Q     And the reason why you were waiting at the

19     San Francisco Airport was the -- you had information that he

20     was coming on an airplane from South Korea; correct?

21         A     Yes, I did.

22         Q     And you knew he was coming to attend an annual

23     seismology convention in San Francisco that takes place every

24     year.

25         A     Yes, sir.  That is correct.

1      Q      And he was detained at customs, and you took him

2   into a room; right?

3      A      Yes, sir, I did.

4      Q      And while in that room, it was just two of you,

5   or did you have another case agent?

6      A      There was another agent with me, yes.  At all

7   times there is another agent with us.

8      Q      And it was two agents.  You identified yourselves

9   as FBI agents; correct?

10     A      Yes, we did.

11     Q      And you said that you were going to be doing an

12  investigation.  You started asking him questions; right?

13     A      I do not remember the exact words I said.  I

14  think I started by telling him that he was under arrest.

15     Q      So those were the first words out of your mouth?

16     A      In the room I think so.  We spoke to him -- when

17  he came off the plane, he was taken into customs.  We had to

18  wait a few hours for customs to do their processing, and then

19  we walked him to the office.  And we may have exchanged some

20  words along the way, but nothing of substance I don't think.

21     Q      Once you got to the room, you told him he was

22  under arrest; correct?

23     A      Yes, sir.

24     Q      And you started asking him questions?

25     A      The only question I asked him before making him

```
 1   aware of his rights is if he wanted to contact the consulate.
 2   I might have done that before reading him his rights.
 3         Q       And you were in that room with him, you and the
 4   other case agent, for an hour?
 5         A       It was less than that, I think.  Maybe
 6   30 minutes, maybe 40.  I don't know the exact time.
 7         Q       You said you read him his rights, and you told
 8   him he had the right to contact the consulate.  Did you let him
 9   make a phone call?
10         A       No, sir.  Not at that time.
11         Q       Did you let him out to go talk to anyone?
12         A       No, sir, I did not.
13         Q       Did you provide him with an attorney?
14         A       No, sir, I did not.  I made him aware of his
15   right to have one.
16         Q       But you continued to try to get information from
17   him.
18         A       No, sir, I did not.
19         Q       You just sat in the room and stared at each other
20   for 30 minutes?
21         A       No.  He -- he basically objected to the fact that
22   he was being arrested, and I tried to explain to him what was
23   going on.
24         Q       So you did have a conversation with him during
25   the 30 minutes?
```

**UNITED STATES DISTRICT COURT**

1        A        I did not ask him any substantive questions.  I

2   may have asked him if he wanted water or something like that.

3   I just tried to explain to him the situation.

4        Q        He was in handcuffs.

5        A        I think we took the handcuffs off him when we got

6   to the room, but I don't remember.  We used handcuffs to walk

7   him through the airport through public areas.  I'm not sure.

8        Q        Were the handcuffs in front or in back?

9        A        In front.

10       Q        So the first thing you do is you walk up to him

11  and put handcuffs on him?

12       A        When we transported him, yes, sir.

13       Q        And you said, come with me, and you start walking

14  through the airport, and you go to a private room?

15       A        A room in the FBI office which is in the

16  San Francisco Airport.

17       Q        A few minutes ago we heard this conversation on

18  the telephone between Dr. -- the person you identified as

19  Dr. Chi and someone else.  Do you know who that someone else

20  is?

21       A        No, sir, I do not.

22       Q        And as you sat in that room for a half hour, you

23  were explaining things to him about your theory of the case,

24  things like, you are being charged with money laundering.  You

25  said things like that.

1      A      There wasn't much explanation of the charges I

2  don't believe.  It may have been basic.  It may have been a

3  very basic account of it.

4      Q      Basic account that we think you were getting

5  bribes because we think you're a government official, something

6  like that?

7      A      I do not remember.

8      Q      But it wouldn't surprise you if that was the

9  nature of the conversation?

10     A      That wouldn't surprise me, no.

11     Q      So then -- this is on December 12.  Then Dr. Chi

12 was eventually transported to a courthouse in San Francisco,

13 the United States Courthouse in San Francisco; correct?

14     A      Yes, he was.

15     Q      And when he was transported, he was given a

16 document that was typed up by someone in the United States

17 Department of Justice that listed the charges, listed the

18 theory, listed your theory about how he's a government

19 official, how he's accepting money, how he was getting bribed

20 and the money wound up in the country and that's why it's money

21 laundering.

22     A      I wasn't present when he was transported.  I do

23 not know what he was given.

24     Q      But you did fill out a declaration for his

25 arrest, a Complaint?

```
 1        A       Yes, I did --
 2        Q       And it laid out all that information I just
 3   talked about?
 4        A       Yes.  I believe all that information is in the
 5   Complaint.
 6        Q       And you've been to detention hearings multiple
 7   times in your career; correct?
 8        A       I have not been multiple times in my career.
 9        Q       You have been to a detention hearing; correct?
10        A       Yes.  I think I have.  Yes, I have.
11        Q       And at that detention hearing the defendant shows
12   up in court.  He's given the document that you helped write
13   with the Department of Justice that lays out the charges and
14   the theory, and he's told he needs to read it.
15                Do you remember that?
16        A       I wasn't present.
17        Q       He goes through a process where the judge informs
18   him of the rights, informs him of the charges, and then asks
19   him how he wants to plead; right?
20                MS. KAMINSKA:  Objection, Your Honor.  Relevance.
21                THE COURT:  Sustained.
22        Q       BY MR. KOURY:  Dr. Chi -- do you remember what
23   day that was?  It was a few days after he got arrested; right?
24        A       My memory is he went the next day on the 13th.
25   Again, I wasn't present.
```

**UNITED STATES DISTRICT COURT**

1      Q      And then over the course -- we heard this phone

2   call here just a minute ago, this January 11 call, was it?

3      A      I think it's around that date if not that date.

4      Q      Between the time of your arrest and the time of

5   that phone call, Dr. Chi was in a jail institution; correct?

6      A      That is my understanding.

7      Q      And he was transported from San Francisco to

8   Nevada and ultimately to Los Angeles; right?

9      A      I don't know how he was transported.  I knew when

10  he arrived in Los Angeles.

11     Q      When did he arrive in Los Angeles?  January 7?

12     A      I don't remember the date.

13     Q      Do you remember seeing me there the day he first

14  appeared in court here?

15     A      I wasn't present the day he first appeared in

16  court here.

17     Q      And when he came to the courthouse here, Dr. Chi,

18  again, was advised of the nature of the charges.

19            MS. KAMINSKA:  Objection, Your Honor.  Relevance.

20            THE COURT:  Sustained.

21     Q      BY MR. KOURY:  And Dr. Chi had a lawyer at that

22  point; right?

23            MS. KAMINSKA:  Objection.  Relevance.

24            THE COURT:  Sustained.

25     Q      BY MR. KOURY:  The phone call that was made, that

UNITED STATES DISTRICT COURT

1    phone call was made after he had appeared in two different

2    courts; correct?

3         A     If the date that we think is around then and your

4    date of January 7 is right, then yes, that would be correct.

5         Q     This was after he's been in court, after he's

6    been in discussions presumably with lawyers, after he's been

7    advised of the charges, that's when he made that phone call?

8                   MS. KAMINSKA:  Objection.  Relevance.

9                   THE COURT:  Overruled.

10                  THE WITNESS:  Could you repeat the question?  I'm

11   sorry.

12        Q     BY MR. KOURY:  So when he made the phone call

13   where he talked about -- made these statements, this is after

14   his conversation with you about the charges and your theory,

15   after he's transported to court, presumably shown the documents

16   that you prepared, after he's been to a second court, after

17   he's had a conversation with a lawyer, that's when he made the

18   phone call?

19        A     Again, I wasn't present for some of the events

20   you described in there, but the dates, yes.

21        Q     You support that?

22        A     I don't know anything contrary to that.

23        Q     I want to show you one more exhibit.  This is the

24   one that the -- it's already been marked Exhibit 1 -- 1A.  I

25   apologize.

**UNITED STATES DISTRICT COURT**

```
 1              Agent Coleman, based on your investigation, what
 2    you have done in connection with the case, have you ever -- do
 3    you have any evidence to suggest that Dr. Chi had ever been
 4    arrested before in his life?
 5              MS. KAMINSKA:  Objection.  Relevance.
 6              THE COURT:  Sustained.
 7         Q    BY MR. KOURY:  Did you have any evidence to
 8    suggest that he had ever been in handcuffs before in his life?
 9              MS. KAMINSKA:  Objection.  Relevance.
10              THE COURT:  Sustained.
11         Q    BY MR. KOURY:  He was obviously very shocked when
12    you told him he was under arrest; correct?
13         A    I don't recall if he was shocked or not.  He was
14    unhappy.
15         Q    So as we look at his personnel file, what does
16    this section seem to indicate?  This is from Exhibit 1A.  What
17    is this in reference to?  List of inventions and patents?
18         A    That appears to be the title, yes.
19         Q    On this page there appears to be one, two, three,
20    four, five, six, seven entries under "List of patents."
21              Is that correct?
22         A    Yes.  There are seven entries.
23         Q    This one, for example, says, "Assessing potential
24    risk of earthquake in eastern part of the Korean peninsula";
25    right?
```

```
 1        A        Yes.  That's what it says.

 2        Q        Title of patent is the "Early warning system."

 3                 Is that right?

 4        A        That's part of the title in that box, yes, sir.

 5        Q        There's another one here that talks about the

 6   potential risk of earthquake in the eastern part of the Korean

 7   peninsula.  It says, "System and method to reduce data

 8   transmission delay for early warning recorder."

 9                 Is that correct?

10        A        Yes, sir.  That's what it reads.

11        Q        There is one that talks about realtime seismic

12   observations and large city seismic risk forecasting; is that

13   right?

14        A        Yes, sir.  That's what it reads.

15        Q        And the software -- it mentions software here and

16   it says, "KISS tool, the Korean Integrated Seismic System."

17                 Do you know what the Korean Integrated Seismic

18   System is?

19        A        I have seen reference to it in e-mails, but I

20   probably couldn't describe it adequately.

21        Q        In the e-mails that you referenced, do you know

22   how -- do people talk about how it's part of a larger

23   earthquake warning system?

24        A        I do not recall.

25        Q        On this page we see one, two, three -- this one
```

**UNITED STATES DISTRICT COURT**

```
 1    is software, software, software, software, and software.  This
 2    is under the heading "List of patents."  There's two, four,
 3    six, eight similar patents.  I'm not going to go through them
 4    all.  I'm just going to highlight a couple.  Another one deals
 5    with realtime seismic observation.
 6                    Do you see that?
 7         A       Yes, sir.  I see that.
 8         Q       The one here that deals with software programs
 9    talks about technology development for improving infrastructure
10    for observation analysis of earthquake early warning system.
11                    Do you see that?
12         A       Yes, sir, I see that.
13         Q       There's one down below that talks about seismic
14    intensity recording program using the Internet; is that
15    correct?
16         A       Yes, sir.  That's what it says.
17         Q       Second to the last page if we can go up one more,
18    on this page we have one, two, three, four, five, six -- is it
19    seven?  Seven more patents; correct?
20         A       There's seven items.  I don't know if it's
21    software programs or patents, but there's seven items there.
22         Q       Here is a DSS data that they were saying has to
23    be compatible.  This one seems to indicate software program
24    vibratory ground motion monitoring, warning program using DSS
25    data.
```

**UNITED STATES DISTRICT COURT**

1          Do you see that?

2     A     I see that, yes.

3     Q     And the explanation seems to be building seismic

4     research networks, developing network operation technologies.

5          So based on your review of the documents and the

6     information that you received, I assume there's little doubt in

7     your mind that Dr. Chi is a highly-skilled, specialized

8     individual when it comes to seismology research.

9     A     My investigation wasn't based on figuring out if

10    he was a good seismologist.  I have no reason to think he's

11    not.

12    Q     This section right here it says, "List of awards

13    and discipline."  In 2004 it indicates -- there's the head

14    chief commendation for ten years of continuous service.

15         But then this one is interesting.  2006, the

16    ministry commendation.  The deputy prime minister and minister

17    of science and technology, and it says "Award title" at the

18    top.

19         Do you see that?

20    A     Yes, I see that.

21    Q     And then there's one here, 2012, it says,

22    "President commendation.  Special achievement award."

23         Do you see that?

24    A     Yes, sir.

25    Q     And then a year later, there's one from the prime

**UNITED STATES DISTRICT COURT**

```
 1    minister that indicates contents of appointment -- contribute
 2    to promotion of nations science and technology.
 3              So in your review of the records, you see these
 4    awards that Dr. Chi has received.
 5         A    The Government found a lot of them, yes, sir.
 6         Q    And still does; is that correct?
 7         A    I don't know.
 8              MR. KOURY:  Thank you.  I have nothing further.
 9              THE COURT:  All right.  Any additional questions?
10              MS. KAMINSKA:  Very briefly, Your Honor.
11                      REDIRECT EXAMINATION
12    BY MS. KAMINSKA:
13         Q    Agent Coleman, you were asked on
14    cross-examination about your efforts to contact certain
15    witnesses abroad; is that right?
16         A    Yes, ma'am.
17         Q    And in particular, you were asked about your
18    ability to contact witnesses in Korea?
19         A    Yes, ma'am.
20         Q    Is it your understanding that U.S. law
21    enforcement attempted to interview individuals in Korea?
22         A    The request was made, yes, ma'am.
23         Q    And was that request made specifically with
24    respect to employees at KIGAM?
25         A    Yes, ma'am, it was.
```

```
 1        Q       Were you able to interview those people you
 2   wanted to meet with?
 3        A       No, ma'am, we were not.
 4        Q       Why not?
 5        A       They declined the information that we received
 6   back from the Supreme Prosecutor's Office.
 7                MR. KOURY:  I'm going to object as lacking
 8   personal knowledge and hearsay.
 9                THE COURT:  Overruled.
10        Q       BY MS. KAMINSKA:  What response did you get back?
11        A       That KIGAM was unlikely to cooperate with us
12   because they wanted a good outcome for Dr. Chi.
13                MS. KAMINSKA:  No further questions.
14                THE COURT:  All right.  May this witness step
15   down?
16                MS. KAMINSKA:  Yes, Your Honor.
17                MR. KOURY:  Thank you.  Thank you.
18                THE COURT:  Government call its next witness.
19                MS. KUMAR:  The Government rests at this time,
20   Your Honor.
21                THE COURT:  All right.  The defense will call its
22   first witness.
23                MS. BEDNARSKI:  The first witness will be
24   Jin Soo Shin.
25                THE COURT:  Is this witness -- is this witness
```

**UNITED STATES DISTRICT COURT**

```
 1    going to require a translator?
 2                    MS. BEDNARSKI:  Yes, he will.
 3                    THE COURT:  Do we have another translator
 4    present?
 5                    MS. BEDNARSKI:  Yes, we do.
 6                    THE COURT:  If that translator will come forward
 7    and please announce -- state her appearance.
 8                    Come forward, please.  Please announce your
 9    appearance, spell your name and confirm your oath is on file.
10                    INTERPRETER JONES:  Sue Mi, S-u-e M-i, last name
11    Jones, J-o-n-e-s, California court certified Korean
12    interpreter, also U.S. District Court approved, official
13    interpreter with oath on file.
14                    THE COURT:  All right.  Would you like to sit in
15    the witness box with the witness?
16                    INTERPRETER JONES:  Your Honor, also I have a
17    colleague who is going to be working with me.
18                    THE COURT:  All right.  If you could please state
19    your appearance and spell your name and confirm that your oath
20    is on file.
21                    INTERPRETER WAGNER:  Yes, Your Honor.  My name is
22    Julie Wagner.  I'm a Korean certified interpreter also
23    registered with the U.S. Court.
24                    THE COURT:  All right.  Shannon has it all
25    arranged.  You may come forward with the witness.
```

```
 1              MS. BEDNARSKI:  Would you like the witness to
 2   come forward?
 3              THE COURT:  Yes.
 4              THE CLERK:  You can remain standing.
 5              Please raise your right hand.
 6              Do you solemnly state that the testimony you may
 7   give in the cause now pending before this court shall be the
 8   truth, the whole truth, and nothing but the truth, so help you
 9   God?
10              THE WITNESS:  I do.
11              THE CLERK:  Thank you.  Be seated.
12              Please state and spell your name for the record.
13              THE WITNESS:  My name is Jin Soo Shin.  My last
14   name is Shin, J-i-n S-o-o S-h-i-n.
15              THE COURT:  All right.  You may proceed.
16              MS. BEDNARSKI:  Thank you.
17                      JIN SOO SHIN,
18               DEFENDANT'S WITNESS, SWORN:
19                  DIRECT EXAMINATION
20   BY MS. BEDNARSKI:
21        Q     Sir, what is your profession?
22        A     I am a researcher at KIGAM.
23        Q     And where is KIGAM?
24        A     It's located city of Daejeon in South Korea.
25        Q     And do you have a Ph.D.?
```

```
 1        A        Yes.  I do have a Ph.D.

 2        Q        In what?

 3        A        Seismology.

 4        Q        And when did -- do you work in a particular

 5   division at KIGAM?

 6        A        Yes, I do.

 7        Q        And what division is that?

 8        A        I work at the Earthquake Research Center.

 9        Q        And what is your title there?

10        A        My current title is principal researcher.

11        Q        And when did you start working as a researcher at

12   KIGAM?

13        A        I started working there from November 1999.

14        Q        And so can you give us a brief description of

15   your career at KIGAM?

16        A        I started working at KIGAM since 1999, but my

17   work always been at the Earthquake Research Center.  My main

18   responsibility is to study and research earthquake risk in

19   South Korea so preventive measures can be established and

20   planned.

21        Q        What are the normal business hours of a

22   researcher at KIGAM?

23        A        The official work hours from 9:00 a.m. to 6:00 in

24   the evening.

25        Q        Are you familiar with Dr. Chi?
```

**UNITED STATES DISTRICT COURT**

```
 1        A        Yes, I do.  And he is my work colleague.

 2        Q        What would he -- how long would he normally work

 3   every day?

 4                 THE INTERPRETER:  Your Honor, can interpreter

 5   clarify one thing, please?

 6                 THE COURT:  Yes.

 7                 THE INTERPRETER:  Counsel, can I have -- can the

 8   interpreter hear the question back again, please?

 9                 MS. BEDNARSKI:  Sure.  Sure.

10        Q        What was Dr. Chi's habit with respect to how long

11   he would work every day?

12                 MS. KUMAR:  Objection, Your Honor.  Lack of

13   personal knowledge.  Foundation.

14                 THE COURT:  We don't know yet.  Isn't it a better

15   question how many hours a day did he work?

16                 MS. BEDNARSKI:  That is a great question.

17        Q        How many hours a day did Dr. Chi normally work?

18                 THE COURT:  If you know.

19        Q        BY MS. BEDNARSKI:  If you know.

20        A        Like other workers there, he typically works

21   about eight hours a day.

22        Q        And would you often work at night?

23        A        Yeah.  Typically we work about eight hours a day.

24   But depending upon the work volume, we sometimes work into the

25   night, and maybe that happens about two, three times a week.
```

**UNITED STATES DISTRICT COURT**

```
1          Q       And often, when you worked at night, would you
2   see Dr. Chi?
3          A       Yes.  Of course I did.
4          Q       Did he have a reputation at KIGAM with respect to
5   whether he worked hard or not?
6                  MS. KUMAR:  Objection, Your Honor.  Irrelevant.
7                  THE COURT:  Overruled.
8                  THE WITNESS:  Yes.  Dr. Heon-Cheol Chi is highly
9   regarded and recognized as someone who works very hard in his
10  field by everybody else.
11         Q       BY MS. BEDNARSKI:  Now, as a researcher at KIGAM,
12  were you aware of what the course of funds were for work being
13  done at KIGAM?
14                 MS. KUMAR:  Objection, Your Honor.  Vague.
15                 THE COURT:  I'm going to sustain the objection.
16                 Do you mean the source of funds that KIGAM
17  received in order for it to carry out its mission?
18                 MS. BEDNARSKI:  Yes.  I can clarify.
19                 THE COURT:  All right.
20         Q       BY MS. BEDNARSKI:  Where did KIGAM get its source
21  of funds from to do its work?
22         A       Funding for our research work comes mainly from
23  two sources.  One is from the government funding which makes up
24  about 60 percent or thereabout, and second source would be the
25  contract work that we do to -- with private sector
```

**UNITED STATES DISTRICT COURT**

1   corporations, and that makes about 30 to 40 percent, and that

2   is done through open bidding process.

3       Q       And was there a meeting at the beginning of each

4   year involving the management and the researchers with respect

5   to funding?

6               MS. KUMAR:  Objection, Your Honor.  Relevance.

7               THE COURT:  Overruled.

8               THE WITNESS:  Yes.  Every year at the beginning

9   of the year there is a meeting notifying all employees about

10  annual budget for that particular year.

11      Q       BY MS. BEDNARSKI:  Did KIGAM provide any

12  incentives to the employees with respect to finding funding

13  from private sources?

14      A       Besides the funding coming from the government or

15  national government, if the employee has obtained funding from

16  the private sector through the contracting work, of course

17  there is an incentive for that particular performance.  And

18  also it will be well reviewed at the individual's performance

19  review, and it work as a plus point.

20      Q       So was it considered meritorious if researchers

21  had private contracts?

22              MS. KUMAR:  Objection, Your Honor.  Speculation.

23              THE COURT:  Sustained.

24      Q       BY MS. BEDNARSKI:  When you said it would be

25  viewed -- when you said it would be discussed at the review,

**UNITED STATES DISTRICT COURT**

```
 1   would it be discussed favorably or unfavorably that someone had
 2   a private contract?
 3               MS. KUMAR:  Objection, Your Honor.  Lack of
 4   personal knowledge and speculation.
 5               THE COURT:  Sustained.  I think you're adding
 6   something to the contract that the witness didn't testify to,
 7   and that is the issue of the private contracts.
 8        Q     BY MS. BEDNARSKI:  Okay.  Can you -- did KIGAM
 9   encourage its researchers to find private sources of funding?
10        A     Of course, yes, because the government funding is
11   not sufficient to cover all budget items.  So the management
12   encourage and not only encourages but also require for research
13   staff to get private contract as much we can.
14        Q     Now, did you personally seek out private projects
15   for KIGAM?
16        A     Yes.  I did pursue such project.  And also, I did
17   receive such contracts and executed research project
18   accordingly.
19        Q     Did you personally have any contracts with
20   companies where you got paid for consulting?
21               MS. KUMAR:  Objection, Your Honor.  Relevance.
22               THE COURT:  Overruled.
23               THE WITNESS:  Yes, I have.
24        Q     BY MS. BEDNARSKI:  In 1999, were researchers
25   allowed to enter into private contracts on their own behalf?
```

**UNITED STATES DISTRICT COURT**

1          MS. KUMAR:  Objection, Your Honor.  Speculation

2   and calls for a legal conclusion.

3          THE COURT:  I think you need to rephrase the

4   question in terms of -- so we can have a better understanding

5   of what this witness means in terms of a private contract.  He

6   may have entered into a contract, but then the question is the

7   compensation of that contract, was it paid to KIGAM, or was it

8   paid to the individual?

9          MS. BEDNARSKI:  So I have several questions that

10  I think will make that clear.

11         THE COURT:  All right.

12     Q     BY MS. BEDNARSKI:  So in 1999, was a researcher

13  allowed to sign a contract between KIGAM and a company?

14     A     Yes.  Naturally was.

15     Q     Was there any prohibition against a researcher

16  getting paid for private consulting?

17         MS. KUMAR:  Objection, Your Honor.  Vague.

18         THE COURT:  Overruled.

19         THE WITNESS:  It was not prohibited, and it

20  was -- it went on at the researcher's own volition.

21     Q     BY MS. BEDNARSKI:  Was there any requirement at

22  that time in 1999 of someone from management signing a contract

23  for private consulting?

24     A     In 1999 there was no management guideline as to

25  how researchers should conduct when it comes to signing or

1    entering into a technical consulting contract individually.

2         Q      In 2003, were there any regulations or guidelines

3    at KIGAM about that same subject you just mentioned,

4    researchers entering into agreements and getting paid for their

5    consulting?

6         A      Likewise, in 1999, even in 2003, there was no

7    regulations or guideline established for such.

8         Q      By 2015, had there been some change in the rules

9    regarding researchers getting paid for private consulting?

10        A      Yes.  For our institute, such regulations or

11   guidelines were first established in 2008, particularly for the

12   researchers getting engaged or providing technical consulting

13   service.  That regulation has undergone multiple modifications,

14   and now that's how it's been carried out.

15        Q      Is there any obligation as of -- in 2015, was

16   there any obligation that had changed with respect to whether

17   the researcher could sign or someone else at KIGAM had to sign

18   a private contract?

19             MS. KUMAR:  Objection, Your Honor.  Vague as to

20   "private contract."

21             THE COURT:  Overruled.

22             THE WITNESS:  When actually such change took

23   place, either was in 2014 or 2015.  I cannot really recall

24   exactly as to the history of how the regulations gone under

25   some changes.  But similar regulation did exist in 2015.

1        Q        BY MS. BEDNARSKI:  With respect to the 2015

2    requirements, who had to sign a private consulting agreement?

3        A        In 2015, if there was any contract for private

4    consulting between the researcher and a party, then the

5    contract will be entered into by the researcher and that

6    company in contract.  Then such contract would be ratified by

7    the division that was in charge of.

8        Q        And that requirement that the contract be

9    ratified by that person's division, was that a requirement in

10   2003 or 1999?

11       A        It did not exist either in 1999 or 2003.

12       Q        Now, you have been a researcher for 18 years?

13       A        Yes.

14       Q        And can you describe to the jury what the regular

15   duties of a researcher in the earthquake center at KIGAM are?

16       A        I'd like to ask you, do you want me to go over my

17   particular official duty of my own, or do you want me to go

18   over what we do at the Earthquake Research Center in general?

19       Q        Do researchers have a general job description or

20   general set of duties?

21       A        We do have a list of missions that we carry out

22   at the Earthquake Research Center in general.  However, we do

23   not have very detailed individualized job descriptions.

24       Q        Is the most basic duty of a researcher to collect

25   and analyze data of earth movement?

**UNITED STATES DISTRICT COURT**

```
 1                 MS. KUMAR:  Objection, Your Honor.  Leading.

 2                 THE COURT:  Overruled.

 3                 THE WITNESS:  One of the main tasks that we carry

 4     out at the Earthquake Research Center is to observe the

 5     earthquake and also perform analysis so that we will come to

 6     gain knowledge as to the causation of the earthquake and come

 7     up with strategy to work against it.

 8         Q       BY MS. BEDNARSKI:  And how are you able to

 9     collect this data as a researcher at KIGAM?

10                 THE INTERPRETER:  Can interpreter hear the

11     question back again, please?

12                 MS. BEDNARSKI:  Sure.

13         Q       What are the sources of the data that you collect

14     as a researcher in the earthquake center?

15         A       First of all, we use the data that is collected

16     in our own center's seismic observation center.  However, if

17     that deemed to be not sufficient, then we would access to other

18     organizations through using the network, and we try to gather

19     as much data as we can and perform analysis and research.

20         Q       And how many of these observatory sites did KIGAM

21     have in 1999?

22         A       In 1999 we were not quite well prepared in terms

23     of number of observation sites.  I think we had -- I'm talking

24     about observation sites that are run by our resource center.  I

25     think it was around ten at the time.
```

1    Q        And how many such sites does your research center

2    have now in 2017?

3    A        Currently there are about 50 observation sites.

4    Not only the number of observation sites increased, but also

5    the capability and the performance level of these sites have

6    improved quite a bit as compared to 1999.

7    Q        What do you attribute the increased capability

8    and performance level to?

9    A        Can you ask the question again, please?

10    Q        Sure.  Why did things get so much better for the

11    researchers in terms of collecting data?

12    A        I would like to contribute it to our tireless

13    pursuit and effort to improve how we can observe and measure

14    the seismic data so we can -- that is the fruit of our tireless

15    efforts in research.

16    Q        And what role has Dr. Chi played in that effort?

17            MS. KUMAR:  Objection, Your Honor.  Lack of

18    personal knowledge.

19            THE COURT:  I think you're going to have to lay a

20    foundation for that.  The objection is sustained.

21    Q        BY MS. BEDNARSKI:  During this past 18 years

22    since 1999, has -- have you been working with Dr. Chi in the

23    research center?

24    A        Yes.  There were times that I work with him.

25    Q        Now, one of the things that -- well, do you have

```
 1   personal knowledge of whether Dr. Chi helped improve the

 2   quality of seismometry equipment from GSL?

 3        A     I don't really have detailed knowledge as to all

 4   the nitty-gritty technical details.  However, I do know that

 5   Dr. Chi provide quite a bit of help in GSL's activities.

 6        Q     Now, during your time at KIGAM, did you manage

 7   any major projects?

 8        A     Yes.  On multiple times.

 9        Q     And was one of those projects the high speed rail

10   project?

11        A     Yes.  I carried out a project that was related to

12   high speed rail, particularly for the segment of seismic

13   observation equipment as well as its operation project.

14        Q     And can you briefly describe what KIGAM's high

15   speed rail project involved, the one that you were the project

16   manager of.

17             MS. KUMAR:  Objection, Your Honor.  Relevance.

18             THE COURT:  That objection is overruled.  Didn't

19   we have e-mails about the high speed rail project?

20             MS. KUMAR:  We do, Your Honor.

21             THE COURT:  Then how can it not be relevant?

22             MS. KUMAR:  I'm not sure what this particular

23   individual's relationship --

24             THE COURT:  Well, that's what we're here to find

25   out.
```

 1              MS. KUMAR:  Very well, Your Honor.

 2              THE COURT:  The objection is overruled.

 3        Q      BY MS. BEDNARSKI:  Okay.  Let me ask you a

 4   question first, and then I'll repeat that other question.

 5              What was your role with respect to Korea's high

 6   speed rail project between 2005 and 2007?

 7        A      For the high speed rail project, I was in charge

 8   of overall management and overseeing.  So that entailed

 9   business operations and competition of its researchers and task

10   and how it was run.  I had overall responsibility for that

11   project.

12        Q      And what was your title?

13        A      Are you referring to the title that was

14   associated with this particular project?

15        Q      Right.

16        A      Typically I would -- petition that carried out

17   such task would be called a project head or project manager.

18        Q      Now, give us a brief description of what KIGAM's

19   high speed rail project involved.  And in your description, I

20   want you to explain did KIGAM build their railroad or, if not,

21   explain what KIGAM's role was.

22        A      We researchers are not the ones that will be

23   building or operating the rail system.  Obviously that was not

24   what we did.  However, the authority that was in charge of

25   running the national railroad system determined that it would

1    be necessary for them to have earthquake seismic observation

2    equipment installed nearby the rail.  So it was put into a

3    bidding process.  I saw that notification for RFP.  So I was

4    pretty confident that we will be able to answer to that.

5             And so I wanted to compile the researchers that

6    will be carrying that proposal out.  So I prepared a proposal,

7    and I made a request so that we can put together a research

8    team to the railroad project into the company.

9        Q    And did the project involve installing 24 or 25

10   seismic stations along the rail line?

11       A    Yes.  The project entailed installing 24 seismic

12   stations along the rail -- high speed rail and also to equip

13   the management control system at the control room so it can be

14   operated.

15       Q    And what's the purpose of having all these

16   seismic stations on a rail line?

17       A    High speed rail require high degree of safety in

18   its operation.  And therefore, along the railroad or the nearby

19   area, in the event of earthquake, the train will be either to

20   stop rapidly or should not enter the area of the earthquake.

21   Such equipment would be necessary.

22       Q    So you told us you saw an RFP.  Is that a request

23   for proposal?

24       A    Yes.

25       Q    And after that, you responded with a proposal;

1    right?

2         A       Yes.

3         Q       In the request for proposal, did the rail agency

4    set forth what it wanted, how many stations, what the

5    specifications would be, et cetera?

6         A       Yes.  The Railroad Authority included information

7    such as how many seismic stations would be installed.  And as

8    to the equipment, they specified that minimum requirement as to

9    what level of performance they will have to carry out that was

10   included in that notification.

11        Q       At what point in a project such as the high speed

12   rail project does the exact choice of equipment get made?

13        A       When the railroad authority notified to the

14   public that what -- specifications and number of seismic

15   stations they were going to install and look for, there was

16   included in there public notification.  And it also included

17   how much was the budget, and in it they also specified the

18   standards as to the specification and technical requirement.

19   They required a high quality seismometer.  And at the time only

20   company who could supply and meet that requirement were

21   Kinemetrics and Guralp.

22        Q       And at that time, was one of those --

23               THE INTERPRETER:  Counsel, Dr. Shin has more

24   because I --

25               THE WITNESS:  I haven't finished.

**UNITED STATES DISTRICT COURT**

1          THE COURT:  I think he's finished.  Why don't you

2    ask your next question.

3          Q     BY MS. BEDNARSKI:  Of those manufacturers, KMI or

4    Guralp, which one had the most expensive equipment?

5          A     At the time, the most high performance and most

6    expensive machine was from Kinemetrics.  However, Kinemetrics

7    equipment was not going to meet the budget requirement -- we

8    could not use that equipment to meet the budget requirement of

9    the railroad company.

10         Q     Who set the budget amount?

11         A     The budget was set by the railroad company.  So

12   it was up to us whether we will have to make ourself to meet

13   that budget or let it go.

14         Q     And if you could not do that budget -- if you

15   couldn't do the project within the budget, would you be able to

16   make a bid?

17         A     We could not carry out any project if our

18   proposal was going to be going over the set budget amount.  We

19   had to do it within the set budget.  However, at the time

20   Kinemetrics equipment was very expensive, but luckily we were

21   able to obtain Guralp's equipment with discount.  So therefore,

22   we were able to proceed with the project.

23         Q     How did you -- how were you able to obtain the

24   Guralp equipment for these 25 stations at a discount?

25         A     Typically, if our agency purchased equipment from

**UNITED STATES DISTRICT COURT**

1    overseas companies, we would have to go through an agency or

2    agent.  However, at the time Dr. Chi had technical consulting

3    contract with Guralp company, and in that contract there is a

4    clause prescribing that, when, in fact, our research institute

5    purchased any equipment from Guralp, we will not have to go

6    through the agent.  Thanks to that particular term in that

7    contract, we were able to obtain Guralp's equipment at

8    20 percent discount.

9         Q    Did you use Guralp equipment on your high speed

10   rail project?

11        A    Yes.  We were able to meet the requirement

12   specified by the railroad company owing to the discount

13   provided by Guralp.  So we were able to proceed with that

14   project.

15        Q    And who made the decision to use Guralp equipment

16   on that project?

17        A    I discussed this with researchers who were

18   participating in that project at the time, but the final

19   decision itself, I made it.

20        Q    Would you have been able to do the project if you

21   had not been able to get that discounted equipment?

22        A    Had there been no discount, then we probably

23   would more than likely to give up that project because we were

24   not going to meet the budget set out by the railroad company.

25        Q    How did you learn about Dr. Chi's agreement with

1    Guralp?

2         A       First of all, the agreement between Dr. Chi and

3    Guralp, I think it was announced at an official meeting

4    following an overseas business trip.  That's why I kind of knew

5    about it roughly.

6              During that high speed rail project, while I was

7    looking for seismometers, I learned further of this discount

8    privilege clause and that technical consulting agreement that

9    Dr. Chi had.  Within it it says that we will be able to obtain

10   the equipment without the agent.

11                  MS. KUMAR:  Objection.  Hearsay.

12                  THE COURT:  What's the objection?

13                  MS. KUMAR:  Hearsay.

14                  THE COURT:  The objection is overruled.

15                  All right.  We're going to take our second break

16   of the day.  15 minutes.

17              (A recess was taken at 12:23 p.m.)

18

19

20

21

22

23

24

25

1    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5         I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15              DATED THIS  14TH  DAY OF JULY, 2017.

16

17

18              /S/ MIRANDA ALGORRI

19              MIRANDA ALGORRI, CSR NO. 12743, CRR
                FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$1,000** [2] - 565:11, 565:12
**$1,044,690** [1] - 603:5
**$10,000** [7] - 561:15, 561:19, 569:7, 569:9, 570:10, 570:12, 570:20
**$10,000.01** [1] - 570:21
**$10,163.52** [2] - 567:23, 568:25
**$100,287.36** [1] - 582:2
**$11,000** [3] - 561:7, 561:10, 561:14
**$11,004.47** [1] - 570:2
**$115,902.01** [1] - 582:21
**$116,169.26** [1] - 582:15
**$123,880** [1] - 582:18
**$13,874.90** [3] - 563:11, 567:7, 567:12
**$130,935.42** [1] - 582:9
**$139,260** [1] - 582:6
**$141,710** [1] - 579:9
**$170,680** [1] - 582:12
**$187,530** [1] - 582:24
**$192,500** [1] - 579:13
**$20,911.98** [1] - 564:21
**$22,542** [1] - 599:4
**$25,000** [1] - 650:23
**$250,000** [1] - 603:24
**$30,000** [1] - 613:17
**$35,542** [1] - 571:6
**$36,808.02** [1] - 566:4
**$378,000** [1] - 605:11
**$378,750.28** [2] - 573:5, 604:25
**$393,970** [1] - 602:3
**$46,125.10** [2] - 563:20, 566:21
**$5,500** [1] - 590:18
**$50,000** [2] - 576:18, 613:7
**$500,000** [1] - 603:16
**$521,000** [2] - 561:5, 571:22
**$542,875.50** [1] - 603:14
**$56,000** [1] - 614:4
**$57,720** [1] - 564:12
**$60,000** [1] - 567:3
**$650,720** [1] - 602:14
**$79,581.45** [1] - 581:14
**$89,130** [2] - 579:16, 581:18

## '

**'09** [2] - 588:19, 588:21
**'80S** [1] - 588:6
**'86** [1] - 607:12
**'90S** [1] - 594:22
**'YOUR** [1] - 662:16

## /

**/S** [1] - 710:18

## 0

**07024** [2] - 621:8, 622:4
**07024-1957** [1] - 622:22

## 1

**1** [17] - 561:6, 561:14, 562:16, 563:3, 563:8, 567:2, 568:1, 587:2, 587:7, 591:13, 608:9, 625:4, 625:12, 632:19, 664:11, 665:10, 684:24
**1,153.728** [1] - 581:11
**10** [1] - 669:7
**100** [1] - 635:1
**1036** [1] - 609:7
**1043** [1] - 611:12
**1044** [1] - 609:25
**1045** [1] - 612:6
**1046** [1] - 611:18
**1047** [1] - 612:24
**1048** [1] - 612:10
**1049** [1] - 613:13
**1050** [1] - 613:2
**1051** [1] - 613:23
**1052** [1] - 613:15
**107-50** [1] - 556:14
**10A** [5] - 558:8, 578:19, 578:24, 580:1, 594:1
**10TH** [1] - 638:20
**11** [3] - 613:6, 620:24, 683:2
**115** [2] - 610:10, 610:18
**1198** [1] - 613:25
**11A** [3] - 558:9, 578:19, 578:24
**12** [2] - 620:24, 681:11
**1219** [1] - 622:15
**1265** [6] - 609:19, 621:7, 622:3, 622:21, 624:8, 624:23
**12743** [2] - 555:23, 710:19
**12:23** [1] - 709:17
**12A** [3] - 558:10, 578:19, 578:24
**12TH** [2] - 677:11, 677:12
**13** [9] - 555:13, 557:3, 558:3, 559:3, 560:1, 580:5, 608:24, 664:25, 665:19
**13,000** [1] - 591:16
**13A** [3] - 558:11, 578:20, 578:24
**13TH** [1] - 682:24
**14** [3] - 570:1, 613:17, 644:3
**1400** [1] - 556:9

**141** [2] - 662:7, 662:18
**14235** [1] - 588:25
**1442** [3] - 608:20, 609:7, 611:18
**146** [4] - 558:23, 648:6, 648:8, 648:10
**147** [4] - 558:24, 654:8, 654:9, 654:10
**14A** [4] - 558:12, 578:20, 578:24, 594:1
**14TH** [1] - 710:15
**15** [4] - 655:8, 655:18, 674:25, 709:16
**15,000** [1] - 591:16
**15TH** [4] - 609:19, 621:7, 622:3, 622:21
**16** [1] - 614:4
**16-00824-JFW** [1] - 555:7
**167** [4] - 559:6, 649:2, 649:4, 649:5
**17** [4] - 590:21, 649:8, 664:9, 677:10
**17,000** [1] - 591:16
**18** [5] - 591:3, 663:11, 677:10, 700:12, 702:21
**19** [1] - 652:8
**1994** [1] - 633:10
**1996** [1] - 619:6
**1997** [1] - 633:12
**1998** [1] - 634:21
**1999** [17] - 633:10, 633:17, 663:11, 664:9, 693:13, 693:16, 697:24, 698:12, 698:22, 698:24, 699:6, 700:10, 700:11, 701:21, 701:22, 702:6, 702:22
**1A** [6] - 558:6, 632:8, 632:10, 632:11, 684:24, 685:16
**1ST** [1] - 555:24

## 2

**2** [6] - 567:14, 567:15, 568:24, 591:7, 592:8, 636:8
**20** [5] - 626:16, 638:15, 650:12, 655:18, 708:8
**2000** [1] - 633:20
**20005** [1] - 556:10
**2001** [1] - 617:2
**2003** [7] - 607:15, 633:20, 633:24, 699:2, 699:6, 700:10, 700:11
**2004** [8] - 621:10, 621:12, 621:13, 623:19, 624:14, 640:23, 665:8, 688:15
**2005** [5] - 590:17, 590:21, 664:25, 665:19, 704:6
**2006** [5] - 590:21, 592:1, 592:4, 592:6, 592:8, 688:15

**2007** [2] - 637:21, 704:6
**2008** [8] - 590:25, 591:3, 619:10, 619:12, 621:13, 624:14, 624:16, 699:11
**2009** [24] - 573:2, 574:1, 574:3, 579:3, 579:6, 584:11, 586:18, 591:11, 594:16, 595:6, 595:17, 596:9, 601:24, 602:1, 602:12, 602:25, 603:3, 603:23, 608:24, 617:3, 621:22, 625:2, 650:12, 659:1
**2010** [9] - 579:10, 594:16, 595:6, 595:17, 596:12, 602:25, 603:23, 652:5, 662:11
**2011** [14] - 558:8, 576:20, 579:14, 579:23, 579:24, 581:4, 581:9, 583:1, 596:16, 603:12, 604:2, 604:7, 648:13, 654:14
**2012** [16] - 558:9, 563:15, 564:8, 564:9, 564:19, 564:20, 566:3, 566:20, 567:2, 581:19, 581:24, 619:12, 619:13, 619:18, 643:1, 688:21
**2013** [7] - 558:10, 567:22, 582:7, 604:3, 612:15, 644:3, 661:12
**2014** [8] - 558:11, 570:1, 582:13, 613:6, 644:25, 649:8, 653:13, 699:23
**2015** [22] - 558:12, 579:3, 581:4, 582:19, 583:1, 596:16, 603:3, 603:12, 604:2, 604:7, 613:17, 619:13, 619:15, 619:18, 631:2, 647:12, 699:8, 699:15, 699:23, 699:25, 700:1, 700:3
**2016** [16] - 571:4, 573:3, 574:1, 588:20, 588:21, 601:24, 602:1, 602:13, 614:4, 619:15, 621:14, 646:11, 646:22, 647:21, 660:2, 677:14
**2017** [9] - 555:13, 557:3, 558:3, 559:3, 560:1, 633:24, 634:21, 702:2, 710:15
**207** [4] - 559:7, 650:5, 650:7, 650:8
**212** [6] - 559:8, 655:2, 655:3, 655:5, 655:7, 658:23
**216** [6] - 559:9, 651:24, 651:25, 652:2, 670:14, 671:12
**21ST** [6] - 564:9, 564:20, 566:3, 566:20, 567:2, 644:25
**22** [7] - 558:13, 657:12,

657:14, 657:15, 658:4, 658:15, 658:20

**223** [4] - 559:10, 642:12, 642:13, 642:15

**226** [4] - 559:11, 661:6, 661:7, 661:9

**228** [6] - 559:12, 643:15, 643:17, 643:19, 672:12, 676:17

**22ND** [3] - 567:22, 571:4, 571:14

**23** [7] - 558:14, 575:22, 605:18, 636:22, 636:23, 636:25, 665:15

**230** [1] - 556:17

**231** [4] - 559:13, 653:7, 653:8, 653:10

**232** [5] - 559:14, 644:16, 644:18, 644:20, 668:10

**234** [1] - 556:17

**23RD** [2] - 590:17, 642:25

**24** [14] - 558:15, 563:15, 564:8, 564:19, 612:15, 648:13, 652:5, 657:18, 657:19, 657:21, 658:5, 658:16, 705:9, 705:11

**244** [4] - 559:15, 659:21, 659:22, 659:24

**245** [6] - 559:16, 646:7, 646:9, 646:16, 646:18, 669:24

**24TH** [1] - 653:13

**25** [6] - 584:13, 584:14, 656:17, 656:23, 705:9, 707:24

**25,000** [1] - 591:16

**252** [4] - 559:17, 662:23, 662:24, 662:25

**253** [4] - 559:18, 663:21, 663:22, 663:23

**25TH** [3] - 565:10, 592:6, 654:14

**26** [11] - 565:13, 576:11, 576:20, 587:2, 587:7, 608:2, 608:5, 612:10, 665:4, 665:6, 666:10

**27** [4] - 565:17, 622:15, 625:4, 625:12

**28** [1] - 710:8

**28TH** [1] - 637:21

**29** [2] - 656:12, 656:13

**2A** [2] - 634:6, 634:7

**2D** [1] - 636:13

**2ND** [1] - 646:22

---

### 3

**3** [8] - 555:13, 569:2, 569:4, 569:5, 570:8, 598:8, 608:20, 643:6

---

**30** [6] - 614:15, 638:15, 679:6, 679:20, 679:25, 696:1

**31** [1] - 601:25

**312** [1] - 556:6

**31ST** [1] - 662:11

**32** [7] - 558:16, 602:11, 657:23, 657:24, 658:1, 658:8, 658:16

**33** [4] - 560:20, 571:18, 588:8, 588:10

**3435** [1] - 556:13

**35** [3] - 571:24, 604:14, 604:18

**35,5** [1] - 571:5

**350** [1] - 555:24

**36** [1] - 576:9

**37** [9] - 573:17, 573:18, 574:6, 577:9, 577:23, 597:21, 597:22, 600:16

**38** [1] - 558:17, 575:7, 575:8, 575:10, 577:9, 577:24, 597:21, 598:25, 605:14, 615:24

**39** [13] - 558:18, 578:15, 578:16, 578:18, 580:8, 581:5, 592:15, 592:19, 592:22, 593:4, 593:19, 594:15, 602:22

---

### 4

**4** [4] - 569:3, 569:11, 569:14, 660:2

**40** [6] - 558:19, 562:11, 562:12, 562:14, 679:6, 696:1

**43A** [5] - 558:20, 637:23, 637:25, 638:2, 638:3

**4455** [1] - 555:24

**454-73** [1] - 587:12

**46,000** [1] - 567:11

---

### 5

**5** [11] - 555:8, 557:3, 558:3, 559:3, 570:4, 570:7, 570:13, 570:22, 598:18, 632:13, 633:7

**50** [3] - 595:4, 604:20, 702:3

**50,000** [1] - 611:21

**54** [3] - 589:25, 590:16, 591:25

**542,875** [1] - 595:2

**555** [1] - 555:8

**560** [1] - 557:10

**562** [1] - 558:19

**567** [11] - 559:19, 592:22, 592:24, 593:2, 593:3, 593:7, 593:15, 593:20, 597:14, 597:17, 597:19

---

**57,000** [2] - 566:10, 566:12

**57,720** [1] - 566:14

**575** [1] - 558:17

**578** [6] - 558:8, 558:9, 558:10, 558:11, 558:12, 558:18

**583** [1] - 557:10

**593** [1] - 559:19

**597** [1] - 559:19

---

### 6

**6** [8] - 561:6, 561:14, 570:6, 570:24, 599:7, 599:17, 647:21, 667:7

**60** [1] - 695:24

**60,000** [2] - 567:10, 612:13

**600** [1] - 557:11

**607** [1] - 557:13

**614** [1] - 557:14

**618** [1] - 557:16

**624** [1] - 557:17

**628** [1] - 557:19

**632** [1] - 558:6

**636** [1] - 558:14

**638** [1] - 558:20

**640** [1] - 558:21

**642** [1] - 559:10

**643** [1] - 559:12

**644** [1] - 559:14

**646** [1] - 559:16

**648** [1] - 558:23

**649** [1] - 559:6

**650** [1] - 559:7

**652** [1] - 559:9

**653** [1] - 559:13

**654** [1] - 558:24

**655** [1] - 559:8

**657** [1] - 558:15

**658** [2] - 558:13, 558:16

**659** [1] - 559:15

**661** [1] - 559:11

**662** [1] - 559:17

**663** [1] - 559:18

**664** [1] - 558:22

**666** [1] - 557:20

**668** [1] - 558:7

**689** [1] - 557:20

**69** [1] - 576:11

**692** [1] - 557:23

**6:00** [1] - 693:23

**6A** [6] - 558:7, 667:5, 667:8, 667:21, 667:25, 668:3

---

### 7

**7** [2] - 683:11, 684:4

**70** [1] - 641:9

**71** [2] - 573:9, 605:5

---

**710** [1] - 555:8

**753** [1] - 710:8

**77** [4] - 558:21, 640:14, 640:16, 640:18

---

### 8

**8** [2] - 592:1, 646:11

**8-284** [1] - 556:20

**800** [1] - 556:20

**81** [6] - 558:22, 664:19, 664:20, 664:22, 666:6, 666:8

**850** [3] - 609:4, 609:5, 611:1

**850-14235** [5] - 608:18, 610:24, 611:15, 612:1, 612:19

**8:13** [2] - 555:14, 560:2

**8TH** [1] - 640:22

---

### 9

**9** [2] - 659:1, 661:12

**90** [1] - 669:6

**90012** [2] - 555:24, 556:7

**90277** [1] - 556:21

**90405** [1] - 556:14

**91,815,344** [1] - 579:25

**91101** [1] - 556:18

**94** [1] - 574:25

**9:00** [1] - 693:23

**9K** [1] - 609:19, 621:8, 622:4, 622:21

---

### A

**A&M** [1] - 587:24

**A.M** [2] - 555:14, 560:2

**A.M** [1] - 693:23

**ABILITY** [2] - 666:16, 689:18

**ABLE** [23] - 563:9, 567:4, 567:20, 569:24, 571:2, 584:9, 601:22, 638:16, 668:25, 670:4, 690:1, 701:8, 705:4, 707:15, 707:21, 707:22, 707:23, 708:7, 708:11, 708:13, 708:20, 708:21, 709:9

**ABOVE** [1] - 710:11

**ABOVE-ENTITLED** [1] - 710:11

**ABROAD** [1] - 689:15

**ACCELEROMETER** [1] - 643:5

**ACCEPT** [2] - 639:23, 649:13

**ACCEPTANCE** [1] - 648:23

**ACCEPTING** [1] - 681:19

**ACCESS** [1] - 701:17

**ACCORDING** [5] - 602:2, 635:4, 635:21, 663:17, 664:15

**ACCORDINGLY** [1] - 697:18

**ACCOUNT** [144] - 561:1, 561:2, 563:7, 563:14, 563:17, 563:19, 564:8, 565:3, 565:10, 565:12, 565:14, 565:18, 566:10, 568:14, 571:19, 571:20, 572:7, 572:24, 573:2, 573:6, 573:7, 573:8, 573:11, 573:24, 574:9, 574:10, 574:14, 574:23, 574:24, 575:2, 575:14, 575:17, 575:20, 575:21, 575:24, 576:16, 576:25, 577:5, 578:4, 579:8, 579:11, 579:15, 582:4, 583:18, 583:21, 584:10, 584:17, 585:9, 585:10, 585:14, 585:20, 586:2, 586:11, 586:12, 586:17, 586:21, 586:24, 587:4, 588:14, 588:18, 588:19, 588:22, 589:3, 590:15, 597:25, 598:10, 598:11, 598:19, 599:18, 599:23, 600:2, 600:3, 600:18, 600:21, 601:14, 604:10, 604:21, 604:22, 605:6, 605:8, 605:16, 605:19, 605:23, 605:24, 605:25, 607:23, 608:14, 608:17, 608:25, 609:2, 609:14, 610:6, 610:13, 610:24, 611:1, 611:3, 611:4, 611:7, 611:11, 611:14, 611:15, 611:23, 612:1, 612:5, 612:18, 612:20, 613:4, 613:18, 613:20, 614:3, 615:16, 616:3, 616:9, 621:17, 621:19, 621:20, 621:23, 622:2, 622:7, 622:23, 622:24, 623:7, 623:10, 623:24, 625:1, 631:6, 631:7, 631:13, 631:17, 637:4, 637:5, 637:8, 637:19, 637:20, 643:10, 643:23, 643:24, 654:16, 654:17, 681:3, 681:4

**ACCOUNT-OPENING** [1] - 604:10

**ACCOUNTANT** [1] - 577:17

**ACCOUNTS** [9] - 585:18, 588:24, 589:1, 589:5, 591:11, 599:7, 604:11, 631:13, 631:17

**ACCURATE** [4] - 577:24,

578:1, 584:14, 587:15

**ACHIEVEMENT** [1] - 688:22

**ACQUIRED** [1] - 617:5

**ACT** [1] - 629:23

**ACTING** [1] - 556:4

**ACTIVITIES** [1] - 703:5

**ACTUAL** [2] - 587:9, 674:16

**ADD** [1] - 598:17

**ADDED** [3] - 574:15, 633:17, 642:3

**ADDING** [2] - 599:13, 697:5

**ADDITION** [4] - 602:5, 604:25, 630:8, 634:3

**ADDITIONAL** [4] - 600:10, 617:21, 630:12, 689:9

**ADDRESS** [21] - 583:23, 584:1, 584:3, 584:4, 584:6, 600:14, 609:15, 609:17, 610:8, 610:15, 621:9, 621:11, 622:1, 622:3, 622:17, 623:3, 623:18, 623:22, 623:23, 624:8, 625:15

**ADDRESSED** [5] - 609:11, 623:22, 640:24, 642:19, 643:23

**ADEQUATELY** [1] - 686:20

**ADHERE** [2] - 607:21, 607:22

**ADJUST** [1] - 666:24

**ADMINISTRATION** [1] - 676:2

**ADMINISTRATION** [2] - 635:7, 661:21

**ADMINISTRATIVE** [4] - 607:17, 615:5, 616:23, 616:25

**ADMISSION** [2] - 593:6, 597:14

**ADMIT** [5] - 562:11, 653:6, 654:8, 657:10, 667:21

**ADMITTED** [3] - 608:1, 622:15, 670:16

**ADVANCED** [1] - 621:2

**ADVERTISING** [1] - 661:4

**ADVICE** [3] - 643:9, 648:2, 662:15

**ADVISE** [1] - 615:15

**ADVISED** [2] - 683:18, 684:7

**ADVISOR** [8] - 614:20, 615:1, 615:3, 615:6, 615:9, 615:11, 625:21, 626:15

**ADVISORY** [1] - 654:24

**AFFAIRS** [1] - 675:25

**AFTERNOON** [1] - 650:16

**AGENCIES** [1] - 629:23

**AGENCY** [6] - 629:1, 634:17, 671:17, 706:3,

707:25, 708:1

**AGENT** [28] - 577:16, 629:11, 629:16, 629:21, 630:11, 630:23, 642:3, 648:20, 650:21, 651:2, 651:9, 651:10, 651:13, 651:14, 651:15, 651:16, 652:11, 659:16, 659:17, 675:11, 678:5, 678:6, 678:7, 679:4, 708:2, 708:6, 709:10

**AGENT** [36] - 593:23, 632:12, 634:9, 634:20, 638:3, 640:3, 640:20, 642:8, 642:16, 643:11, 643:20, 644:21, 645:19, 646:5, 646:19, 647:10, 647:25, 648:11, 649:6, 650:9, 652:3, 653:6, 654:2, 658:22, 659:6, 659:25, 660:10, 661:20, 662:6, 663:1, 663:24, 665:5, 666:3, 667:3, 685:1, 689:13

**AGENTS** [6] - 630:9, 650:24, 651:2, 651:5, 678:8, 678:9

**AGGRESSIVE** [3] - 652:15, 652:22, 671:13

**AGO** [6] - 611:2, 641:11, 668:11, 670:21, 680:17, 683:2

**AGREED** [2] - 656:22, 665:13

**AGREED-UPON** [1] - 656:22

**AGREEMENT** [2] - 559:17, 559:18

**AGREEMENT** [10] - 663:2, 663:6, 663:10, 663:13, 663:25, 664:8, 700:2, 708:25, 709:2, 709:8

**AGREEMENTS** [1] - 699:4

**AHEAD** [4] - 608:8, 639:10, 641:6, 642:5

**AIR** [2] - 635:8, 636:9

**AIRBORNE** [2] - 636:7, 636:13

**AIRPLANE** [1] - 677:20

**AIRPORT** [4] - 677:7, 677:16, 680:7, 680:14

**AIRPORT** [2] - 677:19, 680:16

**ALGORRI** [4] - 555:23, 710:5, 710:18, 710:19

**ALLOWED** [3] - 651:6, 697:25, 698:13

**ALTER** [1] - 577:22

**AMERICA** [1] - 555:5

**AMERICA** [25] - 558:15, 561:1, 571:19, 573:2, 573:8, 574:9, 574:24, 578:4, 579:7, 579:11, 582:4, 583:16,

583:18, 584:13, 586:5, 586:11, 601:14, 604:10, 604:21, 605:6, 610:16, 617:6, 617:9, 617:12, 631:13

**AMERICA'S** [1] - 584:10

**AMERICANIZED** [1] - 625:23

**AMOUNT** [49] - 561:4, 561:20, 562:4, 563:1, 563:4, 563:9, 564:1, 564:10, 564:19, 565:5, 567:5, 567:10, 567:21, 568:23, 569:20, 569:24, 571:3, 573:1, 573:4, 576:17, 578:3, 579:4, 579:6, 579:10, 581:12, 581:15, 590:8, 590:9, 590:18, 595:9, 599:6, 599:7, 599:18, 602:1, 602:8, 602:12, 602:18, 603:17, 603:18, 603:22, 611:20, 612:12, 613:6, 613:17, 614:4, 650:18, 707:10, 707:18

**AMOUNTS** [2] - 561:7, 591:16

**ANALYSES** [1] - 601:21

**ANALYSIS** [20] - 562:23, 563:13, 565:1, 566:2, 566:17, 566:18, 569:13, 570:25, 573:14, 575:4, 578:11, 581:19, 582:25, 590:8, 601:10, 636:7, 636:14, 687:10, 701:5, 701:19

**ANALYZE** [5] - 561:22, 573:10, 575:1, 645:7, 700:25

**ANALYZED** [2] - 562:2, 583:12

**ANALYZING** [1] - 599:10

**AND** [3] - 710:6, 710:9, 710:11

**ANGELES** [6] - 556:7, 628:25, 629:7, 683:8, 683:10, 683:11

**ANGELES** [3] - 555:14, 555:24, 560:1

**ANNA** [1] - 556:9

**ANNOUNCE** [3] - 653:22, 691:7, 691:8

**ANNOUNCED** [2] - 650:16, 709:3

**ANNOUNCEMENT** [1] - 649:19

**ANNUAL** [3] - 581:23, 677:22, 696:10

**ANSWER** [1] - 705:4

**ANYWAY** [3] - 577:21, 585:5, 653:1

**APARTMENT** [4] - 609:19, 621:8, 622:4, 622:21

**APARTMENT** [2] - 624:9, 627:12
**APOLOGIZE** [4] - 666:7, 670:12, 674:2, 684:25
**APPEAR** [1] - 662:18
**APPEARANCE** [3] - 691:7, 691:9, 691:19
**APPEARANCES** [1] - 556:1
**APPEARED** [5] - 623:2, 623:3, 683:14, 683:15, 684:1
**APPLIED** [1] - 569:5
**APPLY** [1] - 665:14
**APPLYING** [1] - 581:23
**APPOINTMENT** [2] - 632:16, 689:1
**APPOINTMENTS** [1] - 633:24
**APPRECIATION** [1] - 661:2
**APPROACH** [1] - 593:12
**APPROPRIATE** [4] - 639:14, 656:15, 656:18, 673:16
**APPROVED** [1] - 691:12
**APPROXIMATE** [6] - 581:25, 582:8, 582:13, 582:19, 595:17, 602:24
**APPROXIMATE** [1] - 595:1
**APRIL** [1] - 661:12
**AREA** [4] - 596:22, 608:20, 705:19, 705:20
**AREAS** [1] - 680:7
**ARGUMENT** [1] - 656:15
**ARGUMENTATIVE** [3] - 596:5, 597:3, 677:1
**ARRANGED** [1] - 691:25
**ARRAY** [1] - 645:16
**ARREST** [5] - 678:14, 678:22, 681:25, 683:4, 685:12
**ARRESTED** [3] - 679:22, 682:23, 685:4
**ARRIVE** [4] - 566:12, 566:24, 567:9, 683:11
**ARRIVED** [4] - 595:1, 595:5, 656:3, 683:10
**ASIA** [5] - 617:17, 617:18, 642:23, 665:4, 666:10
**ASSESSING** [1] - 685:23
**ASSETS** [1] - 630:1
**ASSIST** [1] - 562:7
**ASSISTANCE** [1] - 643:10
**ASSISTANCE** [1] - 675:19
**ASSISTANT** [1] - 629:17
**ASSISTANT** [1] - 556:5
**ASSISTANT'S** [1] - 631:23
**ASSOCIATED** [4] - 572:25, 612:23, 613:12, 613:22, 622:1, 704:14
**ASSUME** [11] - 587:17, 667:8, 667:22, 668:4, 668:7,

674:1, 674:2, 674:8, 675:17, 688:6
**ASSUMED** [1] - 568:13
**ASSUMPTION** [1] - 674:3
**ASTERISKS** [2] - 648:23, 648:25
**ATTACHED** [5] - 611:13, 649:18, 649:22, 652:9, 652:15
**ATTEMPTED** [1] - 689:21
**ATTEND** [4] - 619:8, 665:11, 666:11, 677:22
**ATTENDED** [1] - 641:10
**ATTENTION** [27] - 602:22, 604:14, 608:20, 622:16, 632:13, 634:13, 635:14, 636:3, 637:1, 640:19, 642:17, 644:22, 645:19, 646:20, 648:12, 650:10, 652:4, 653:11, 653:15, 654:11, 658:23, 658:24, 659:3, 661:10, 661:14, 664:10, 664:23
**ATTORNEY** [2] - 556:4, 556:5
**ATTORNEY** [2] - 629:17, 679:13
**ATTRIBUTE** [2] - 563:21, 702:7
**ATTRIBUTED** [2] - 568:17, 604:20
**AUGUST** [4] - 570:1, 613:6, 642:7, 648:13
**AUTHORITY** [2] - 635:9, 706:6
**AUTHORITY** [2] - 704:24, 706:13
**AUTOMOTIVE** [1] - 620:9
**AVAILABLE** [12] - 565:3, 566:3, 566:18, 569:20, 571:14, 574:4, 581:1, 595:7, 597:6, 603:1, 603:19, 675:22
**AVENUE** [1] - 556:9
**AVERAGE** [4] - 580:22, 581:4, 581:9, 581:23
**AWARD** [1] - 688:17
**AWARD** [1] - 688:22
**AWARDS** [2] - 688:12, 689:4
**AWARE** [4] - 585:22, 679:1, 679:14, 695:12

---

**B**

**BACKGROUND** [1] - 619:7
**BAD** [3] - 641:9, 651:15, 672:18
**BALANCE** [6] - 561:10, 563:15, 563:18, 563:19, 565:9, 568:14

**BANK** [28] - 558:15, 561:1, 571:19, 573:2, 573:8, 574:9, 574:24, 578:4, 579:7, 579:11, 582:4, 583:16, 583:18, 584:9, 584:13, 586:5, 586:11, 601:13, 601:18, 604:10, 604:21, 605:6, 610:15, 617:5, 617:9, 617:12, 631:12, 631:13
**BANK** [26] - 563:14, 563:19, 564:15, 568:14, 572:20, 579:14, 584:13, 584:17, 585:9, 585:10, 585:14, 586:11, 589:20, 590:15, 591:11, 598:11, 601:10, 601:19, 602:2, 605:8, 605:19, 605:23, 605:24, 607:9, 631:6, 631:12
**BANK'S** [2] - 584:4, 584:9
**BANKING** [1] - 620:2
**BASED** [10] - 564:15, 566:2, 566:17, 569:23, 572:20, 577:18, 582:25, 597:5, 601:21, 609:2, 611:13, 649:15, 670:23, 670:24, 671:6, 671:16, 685:1, 688:5, 688:9
**BASIC** [4] - 681:2, 681:3, 681:4, 700:24
**BEACH** [1] - 556:21
**BECAME** [3] - 629:15, 645:12, 645:14
**BECOME** [3] - 616:22, 616:25, 660:20
**BEDNARSKI** [9] - 557:10, 557:14, 557:17, 600:15, 602:4, 604:9, 627:25, 656:17, 656:20
**BEDNARSKI** [65] - 556:15, 556:16, 583:9, 589:17, 591:13, 592:21, 593:2, 593:4, 593:10, 593:12, 593:16, 593:19, 593:22, 596:8, 597:1, 597:13, 597:20, 599:22, 600:8, 604:17, 606:5, 614:9, 615:15, 615:23, 616:7, 616:18, 617:19, 624:3, 624:5, 625:9, 626:14, 627:13, 627:19, 628:1, 656:4, 656:8, 657:1, 658:4, 658:9, 658:13, 690:23, 691:2, 691:5, 692:1, 692:16, 692:20, 694:9, 694:16, 694:19, 695:11, 695:18, 695:20, 696:11, 696:24, 697:8, 697:24, 698:9, 698:12, 698:21, 700:1, 701:8, 701:12, 702:21, 704:3, 707:3

**BEGINNING** [14] - 561:10, 563:14, 565:9, 568:14, 634:15, 641:2, 641:23, 645:3, 645:20, 648:15, 649:10, 665:2, 696:3, 696:8
**BEGINS** [1] - 587:12
**BEHALF** [3] - 664:5, 664:6, 697:25
**BELONG** [1] - 644:11
**BELOW** [3] - 636:9, 666:23, 687:13
**BERNARDSKI** [1] - 597:7
**BEST** [2] - 584:19, 661:23
**BETTER** [4] - 604:4, 694:14, 698:4, 702:10
**BETWEEN** [21] - 564:19, 573:2, 581:9, 586:19, 586:20, 589:5, 603:12, 603:16, 623:19, 624:13, 633:9, 633:24, 663:3, 664:1, 670:22, 680:18, 683:4, 698:13, 700:4, 704:6, 709:2
**BEYOND** [2] - 604:17, 675:9
**BID** [2] - 673:17, 707:16
**BIDDING** [14] - 648:3, 649:25, 650:16, 650:18, 650:20, 650:25, 651:1, 651:6, 651:9, 651:16, 653:22, 654:1, 696:2, 705:3
**BIG** [4] - 648:24, 665:3, 666:10, 670:2
**BINDER** [4] - 608:2, 608:3, 609:6, 613:16
**BIT** [3] - 619:7, 702:6, 703:5
**BLANK** [1] - 657:14
**BLOW** [2] - 576:12, 580:2
**BLUE** [2] - 574:7, 630:19
**BLURRY** [1] - 585:3
**BOARD** [1] - 672:13
**BOB** [3] - 670:23, 670:24, 671:17
**BODIES** [1] - 583:15
**BONDS** [1] - 589:3
**BOOK** [3] - 584:15, 667:6, 667:7
**BOOKLET** [2] - 612:9, 614:1
**BOOKS** [1] - 676:9
**BORE** [1] - 583:23
**BOREHOLE** [3] - 643:4, 647:3, 647:18
**BORN** [2] - 619:3, 620:22
**BOTHER** [1] - 676:21
**BOTTOM** [15] - 580:20, 590:25, 591:6, 594:25, 610:21, 633:10, 635:15, 635:16, 646:20, 647:15, 652:4, 654:12, 660:1, 661:11, 662:9

**BOUGHT** [1] - 586:8
**BOULEVARD** [6] - 556:13, 556:17, 584:6, 584:8, 610:10, 610:19
**BOX** [8] - 576:22, 579:21, 580:19, 580:20, 595:16, 595:17, 686:4, 691:15
**BOXES** [1] - 594:19
**BRANCH** [4] - 584:4, 610:18, 614:18, 617:8
**BREAK** [2] - 655:7, 709:15
**BRIARWOOD** [1] - 619:14
**BRIBED** [1] - 681:19
**BRIBES** [2] - 629:24, 681:5
**BRIEF** [2] - 693:14, 704:18
**BRIEFLY** [1] - 562:22, 577:10, 590:5, 591:20, 629:21, 630:6, 656:10, 689:10, 703:14
**BRING** [2] - 630:1, 674:17
**BROADBAND** [2] - 644:6, 647:3, 649:20
**BROADBAND** [2] - 644:9, 673:10
**BROKER** [6] - 589:13, 599:19, 599:22, 625:2, 626:5, 626:7
**BROWN** [1] - 556:4
**BUDGET** [15] - 643:5, 645:25, 696:10, 697:11, 706:17, 707:7, 707:8, 707:10, 707:11, 707:13, 707:14, 707:15, 707:18, 707:19, 708:24
**BUILD** [1] - 704:20
**BUILDING** [2] - 688:3, 704:23
**BUREAU** [1] - 628:24
**BUSINESS** [4] - 629:25, 693:21, 704:9, 709:4
**BUSY** [1] - 654:22
**BUY** [2] - 641:7, 673:10
**BY** [82] - 556:5, 556:8, 556:9, 556:13, 556:16, 556:16, 556:19, 560:17, 573:19, 575:11, 578:25, 581:8, 583:9, 589:17, 596:8, 597:1, 597:7, 599:22, 600:13, 604:20, 607:4, 608:9, 614:9, 615:15, 616:7, 618:19, 624:5, 626:14, 627:13, 628:20, 630:22, 632:12, 633:18, 634:9, 637:1, 638:3, 639:6, 640:3, 640:19, 641:6, 642:16, 643:20, 644:21, 646:19, 648:11, 649:6, 650:9, 652:3, 653:11, 654:11, 658:22, 659:25, 661:10, 663:1, 663:24, 664:23, 666:2,

668:4, 675:11, 682:22, 683:21, 683:25, 684:12, 685:7, 685:11, 689:12, 690:10, 692:20, 694:19, 695:11, 695:20, 696:11, 696:24, 697:8, 697:24, 698:12, 698:21, 700:1, 701:8, 702:21, 704:3, 707:3

# C

**C-O-L-E-M-A-N** [1] - 628:15
**CALCULATE** [1] - 643:9
**CALIFORNIA** [5] - 555:2, 555:14, 555:24, 560:1, 710:7
**CALIFORNIA** [15] - 556:7, 556:14, 556:18, 556:21, 605:9, 605:24, 610:11, 610:13, 612:2, 612:21, 613:4, 613:9, 613:17, 614:3, 691:11
**CANNOT** [1] - 699:23
**CANSUN** [5] - 592:12, 640:25, 649:7, 654:13, 664:25
**CANSUN'S** [1] - 592:4
**CAPABILITY** [2] - 702:5, 702:7
**CAPACITY** [1] - 630:22
**CAPITAL** [3] - 598:1, 598:3, 598:21
**CAPTURED** [5] - 600:25, 601:2, 601:3, 602:5, 602:15
**CARD** [10] - 561:11, 572:16, 573:1, 573:4, 584:11, 584:12, 584:25, 605:1, 632:23, 632:24
**CARE** [7] - 609:21, 609:23, 623:1, 625:15, 625:18, 644:8, 670:2
**CAREER** [3] - 682:7, 682:8, 693:15
**CARRIED** [3] - 699:14, 703:11, 704:16
**CARRY** [5] - 695:17, 700:21, 701:3, 706:9, 707:17
**CARRYING** [1] - 705:6
**CASE** [1] - 555:6
**CASE** [19] - 563:2, 565:2, 568:5, 574:22, 583:13, 591:19, 605:22, 615:16, 631:1, 637:18, 642:2, 675:11, 675:13, 676:22, 677:4, 678:5, 679:4, 680:23, 685:2
**CASES** [2] - 629:25, 634:19
**CASH** [20] - 589:4, 590:10, 590:11, 590:12, 590:13, 590:18, 590:20, 591:1, 591:22, 600:20, 601:1,

601:3, 602:4, 602:5, 602:8, 602:15, 602:18, 603:6, 603:9
**CASHED** [3] - 564:4, 564:9, 571:14
**CATEGORIZED** [1] - 572:8
**CATEGORY** [7] - 572:6, 573:11, 573:24, 574:16, 575:14, 646:5, 653:5
**CAUSATION** [1] - 701:6
**CAUTIOUS** [1] - 654:24
**CD** [1] - 640:2
**CENTER** [13] - 609:3, 614:18, 635:9, 636:10, 654:21, 663:9, 664:7, 665:10, 693:8, 693:17, 700:18, 700:22, 701:4
**CENTER** [10] - 633:17, 634:3, 654:23, 660:7, 700:15, 701:14, 701:16, 701:24, 702:1, 702:23
**CENTER'S** [1] - 701:16
**CENTRAL** [2] - 555:2, 710:7
**CENTS** [1] - 595:4
**CERTAIN** [4] - 593:24, 621:24, 622:6, 689:14
**CERTAINLY** [3] - 606:22, 669:22, 675:8
**CERTIFICATE** [1] - 653:24
**CERTIFICATE** [1] - 558:15
**CERTIFICATE** [1] - 710:1
**CERTIFICATIONS** [1] - 648:3
**CERTIFIED** [4] - 633:4, 638:4, 691:11, 691:22
**CERTIFIED** [1] - 556:22
**CERTIFY** [1] - 710:7
**CETERA** [1] - 706:5
**CHAIN** [5] - 653:1, 660:1, 660:24, 674:23, 676:11
**CHANGE** [3] - 585:18, 699:8, 699:22
**CHANGED** [1] - 699:16
**CHANGES** [1] - 699:25
**CHARGE** [7] - 633:22, 634:2, 634:17, 636:1, 700:7, 704:7, 704:24
**CHARGED** [4] - 567:2, 616:12, 616:20, 680:24
**CHARGES** [8] - 599:14, 681:1, 681:17, 682:13, 682:18, 683:18, 684:7, 684:14
**CHART** [48] - 560:22, 562:16, 562:19, 562:25, 567:15, 567:18, 567:19, 569:2, 571:18, 572:1, 572:2, 572:3, 572:5, 572:6, 572:9, 573:13, 573:23, 574:11, 574:17, 575:4, 575:12,

575:13, 576:15, 578:25, 579:1, 579:2, 588:13, 588:18, 593:24, 594:15, 596:1, 596:18, 597:2, 597:5, 597:8, 597:22, 598:16, 599:3, 600:16, 600:17, 600:25, 601:7, 604:15, 604:16, 605:4, 632:15, 633:10
**CHART** [5] - 558:16, 558:17, 558:18, 558:19, 559:19
**CHARTS** [9] - 562:7, 571:9, 574:2, 574:3, 577:9, 577:22, 577:23, 578:1, 592:16
**CHASE** [1] - 619:14
**CHE** [2] - 649:11, 649:16
**CHEAP** [1] - 672:17
**CHECK** [54] - 561:11, 561:20, 562:5, 563:3, 563:5, 563:10, 563:11, 564:2, 564:4, 564:9, 565:6, 565:24, 567:1, 567:6, 567:8, 567:10, 567:21, 567:24, 568:5, 568:23, 568:25, 569:8, 569:10, 569:21, 569:22, 569:25, 570:3, 570:10, 570:13, 570:16, 570:22, 571:4, 571:7, 571:14, 571:16, 572:16, 573:1, 573:4, 605:1, 610:4, 610:5, 610:9, 610:16, 610:21, 611:19, 611:20, 612:11, 612:12, 612:16, 613:1, 613:3, 613:16, 614:2
**CHECKING** [1] - 577:21
**CHECKS** [22] - 560:25, 561:3, 561:4, 561:14, 571:19, 572:6, 572:11, 572:12, 574:8, 583:20, 583:23, 585:6, 586:10, 586:12, 588:13, 588:19, 588:24, 604:21, 605:4, 605:7, 609:25
**CHEOL** [1] - 555:8
**CHEOL** [30] - 575:18, 576:4, 576:16, 576:23, 580:17, 583:24, 584:18, 584:23, 607:23, 609:14, 613:3, 613:16, 614:2, 622:13, 622:24, 623:12, 623:18, 627:11, 630:15, 632:25, 634:12, 634:19, 636:2, 637:6, 640:22, 642:18, 643:22, 663:8, 664:6, 695:8
**CHI** [1] - 555:8
**CHI** [107] - 575:18, 576:4, 576:16, 576:23, 580:17, 583:24, 584:18, 584:23,

587:16, 589:14, 589:22, 594:18, 594:22, 607:23, 608:16, 608:22, 609:7, 609:14, 609:18, 610:8, 611:24, 613:3, 613:16, 614:2, 615:20, 622:13, 622:24, 623:12, 623:18, 623:22, 623:23, 627:5, 627:11, 627:16, 630:15, 630:24, 631:14, 632:25, 633:11, 634:12, 634:19, 635:4, 636:2, 637:6, 638:4, 639:9, 640:22, 642:18, 643:22, 644:23, 646:21, 647:21, 648:2, 648:13, 649:7, 649:15, 650:11, 652:5, 652:21, 652:25, 653:12, 654:12, 658:25, 660:2, 660:23, 661:11, 661:22, 662:4, 662:10, 663:8, 663:18, 664:6, 664:16, 664:24, 665:20, 666:11, 668:12, 668:22, 669:25, 670:9, 670:17, 670:23, 672:14, 672:15, 673:18, 677:6, 680:19, 681:11, 682:22, 683:5, 683:17, 683:21, 685:3, 688:7, 689:4, 690:12, 693:25, 694:17, 695:2, 695:8, 702:16, 702:22, 703:1, 703:5, 708:2, 709:2, 709:9

**CHI'S** [16] - 594:6, 610:6, 611:4, 612:18, 626:19, 631:17, 631:25, 633:2, 637:3, 640:10, 654:4, 654:17, 660:18, 661:25, 694:10, 708:25

**CHI@KIGAM.RE.KR** [1] - 637:14

**CHIEF** [3] - 633:17, 634:2, 688:14

**CHIHEONCHEOL@ GMAIL.COM** [1] - 637:9

**CHILDHOOD** [1] - 627:5

**CHOICE** [1] - 706:12

**CHRONOLOGICAL** - 557:5

**CIRCLE** [3] - 595:16, 595:17, 625:17

**CIRCLED** [4] - 580:6, 587:13, 594:20, 625:21

**CIRCLES** [1] - 595:18

**CIRCUMSTANCES** [1] - 621:3

**CITIBANK** [8] - 575:17, 575:20, 575:24, 576:4, 576:16, 576:23, 605:19, 605:25

**CITIES** [1] - 614:23

**CITIZENSHIP** [1] - 619:2

**CITY** [5] - 572:21, 609:10, 620:25, 686:12, 692:24

**CLARIFY** [2] - 694:5, 695:18

**CLASSIFICATION** [2] - 634:15, 634:16

**CLASSIFIED** [1] - 635:20

**CLAUSE** [2] - 708:4, 709:8

**CLEAN** [1] - 657:9

**CLEAR** [4] - 597:20, 651:17, 658:15, 698:10

**CLEARLY** [1] - 651:15

**CLERK** [11] - 560:10, 606:10, 606:16, 608:7, 618:5, 618:11, 628:6, 628:12, 658:11, 692:4, 692:11

**CLIENT** [1] - 615:12

**CLIENT'S** [1] - 583:16

**CLIENTS** [3] - 616:1, 616:12, 616:20

**CLOSER** [2] - 606:20, 633:14

**CMG** [2] - 592:11, 642:8

**CMG-3T** [1] - 672:16

**CMG-3TB** [2] - 647:4, 647:8

**CMG-5T** [1] - 641:8

**COAST** [1] - 556:20

**CODE** [1] - 710:8

**CODE** [2] - 558:7, 667:18

**CODE** [1] - 572:22

**COLEMAN** [2] - 557:18, 628:17

**COLEMAN** [38] - 627:12, 628:5, 628:14, 632:12, 634:9, 634:20, 638:3, 640:3, 640:20, 642:8, 642:16, 643:11, 643:20, 644:21, 645:19, 646:5, 646:19, 647:10, 647:25, 648:11, 649:6, 650:9, 652:3, 653:6, 654:2, 658:22, 659:6, 659:25, 660:10, 661:20, 662:6, 663:1, 663:24, 665:5, 666:3, 667:3, 685:1, 689:13

**COLLEAGUE** [3] - 662:15, 691:17, 694:1

**COLLEAGUES** [5] - 645:17, 660:14, 660:21, 668:13, 668:23

**COLLECT** [5] - 667:4, 671:25, 700:24, 701:9, 701:13

**COLLECTED** [2] - 597:23, 701:15

**COLLECTING** [1] - 702:11

**COLLEGE** [2] - 619:8, 674:5

**COLORADO** [1] - 556:17

**COLUMN** [12] - 579:18, 579:19, 580:9, 580:20, 580:21, 580:22, 594:25, 595:8, 595:12, 595:13, 634:16, 634:17

**COLUMNS** [4] - 579:17, 597:10, 634:14

**COMING** [5] - 613:16, 627:8, 677:20, 677:22, 696:14

**COMMAND** [1] - 671:7

**COMMENCED** [1] - 640:2

**COMMENDATION** [3] - 688:14, 688:16, 688:22

**COMMENT** [1] - 671:6

**COMMERCIAL** [1] - 645:22

**COMMISSION** [2] - 592:3, 592:7

**COMMISSION** [1] - 592:11

**COMMITTEE** [5] - 644:11, 644:12, 644:13, 654:24, 665:11

**COMMITTEES** [1] - 666:12

**COMMODITY** [1] - 649:18

**COMMUNICATING** [1] - 665:20

**COMMUNICATION** [1] - 661:15

**COMPANIES** [17] - 585:11, 585:16, 596:15, 597:12, 603:17, 620:9, 629:24, 645:22, 648:19, 648:21, 648:22, 653:25, 666:18, 672:25, 673:1, 697:20, 708:1

**COMPANY** [10] - 641:7, 641:8, 641:18, 641:19, 641:20, 641:24, 642:1, 643:8, 661:18

**COMPANY** [18] - 602:16, 631:20, 645:5, 645:6, 649:15, 672:22, 672:25, 673:15, 673:22, 698:13, 700:6, 705:8, 706:20, 707:9, 707:11, 708:3, 708:12, 708:24

**COMPANY'S** [1] - 659:11

**COMPARABLE** [1] - 670:6

**COMPARATIVE** [1] - 578:11

**COMPARE** [1] - 673:7

**COMPARED** [3] - 585:10, 672:18, 702:6

**COMPARING** [1] - 579:3

**COMPARISON** [2] - 596:14, 673:21

**COMPATIBLE** [1] - 687:23

**COMPENSATION** [1] - 698:7

**COMPETITION** [1] - 704:9

**COMPILE** [1] - 705:5

**COMPLAINT** [2] - 681:25, 682:5

**COMPLETE** [1] - 597:2

**COMPLETED** [1] - 669:12

**COMPRISED** [1] - 561:21

**COMPRISING** [1] - 576:15

**CON'T** [1] - 559:1

**CONCEAL** [2] - 630:2, 654:4

**CONCERN** [1] - 669:25

**CONCLUSION** [9] - 561:18, 563:9, 567:4, 567:20, 568:21, 568:24, 569:23, 571:2, 698:2

**CONDITIONS** [1] - 649:22

**CONDO** [2] - 624:11, 624:12

**CONDOMINIUM** [1] - 624:23

**CONDUCT** [2] - 558:7, 667:19

**CONDUCT** [2] - 668:5, 698:25

**CONFERENCE** [2] - 630:12

**CONFERENCE** [1] - 710:12

**CONFIDENT** [1] - 705:4

**CONFIRM** [2] - 691:9, 691:19

**CONFORMANCE** [1] - 710:12

**CONNECT** [1] - 651:11

**CONNECTION** [5] - 586:19, 630:3, 635:3, 659:15, 685:2

**CONSERVATIVE** [1] - 600:2

**CONSIDER** [1] - 639:22

**CONSIDERED** [1] - 696:20

**CONSTRUCT** [1] - 645:16

**CONSTRUCTION** [2] - 636:19, 641:18

**CONSULATE** [2] - 679:1, 679:8

**CONSULTANT** [1] - 619:14

**CONSULTING** [11] - 697:20, 698:16, 698:23, 699:1, 699:5, 699:9, 699:12, 700:2, 700:4, 708:2, 709:8

**CONTACT** [7] - 651:14, 675:23, 676:1, 679:1, 679:8, 689:14, 689:18

**CONTAIN** [1] - 676:10

**CONTAINED** [3] - 639:24, 674:21, 675:2

**CONTEMPLATE** [1] - 663:18

**CONTEMPLATED** [1] - 664:16

**CONTENT** [1] - 671:3

**CONTENTS** [1] - 689:1

**CONTINUE** [2] - 627:1, 641:14
**CONTINUED** [3] - 588:20, 627:2, 679:16
**CONTINUES** [1] - 665:9
**CONTINUING** [1] - 653:19
**CONTINUOUS** [1] - 688:14
**CONTINUOUSLY** [1] - 641:13
**CONTRACT** [28] - 642:4, 642:6, 649:12, 650:1, 669:4, 669:9, 669:16, 669:20, 695:25, 697:2, 697:6, 697:13, 698:5, 698:6, 698:7, 698:13, 698:22, 699:1, 699:18, 699:20, 700:3, 700:5, 700:6, 700:8, 708:3, 708:7
**CONTRACTING** [1] - 696:16
**CONTRACTS** [8] - 669:11, 669:13, 669:14, 696:21, 697:7, 697:17, 697:19, 697:25
**CONTRARY** [1] - 684:22
**CONTRAST** [1] - 673:7
**CONTRIBUTE** [2] - 689:1, 702:12
**CONTRIBUTION** [3] - 592:3, 592:8, 592:11
**CONTROL** [2] - 705:13
**CONVENTION** [1] - 677:23
**CONVERSATION** [7] - 577:11, 639:12, 679:24, 680:17, 681:9, 684:14, 684:17
**CONVERSATIONS** [1] - 577:18
**COOPERATE** [1] - 690:11
**COORDINATING** [1] - 574:17
**COORDINATING-USE** [1] - 574:17
**COPIES** [1] - 585:3
**COPY** [7] - 585:1, 610:4, 611:19, 612:11, 640:25, 656:19, 656:20
**CORPORATION** [1] - 635:12
**CORPORATIONS** [1] - 696:1
**CORRECT** [75] - 561:17, 562:21, 568:3, 580:15, 583:4, 584:24, 588:18, 589:8, 589:23, 590:10, 593:15, 593:16, 594:16, 597:10, 603:8, 609:5, 610:14, 611:8, 611:9, 612:3, 612:22, 613:8, 613:11, 613:21, 613:24, 614:5,

614:16, 615:18, 616:24, 617:14, 617:15, 617:16, 619:20, 620:10, 623:5, 625:12, 626:10, 626:11, 626:17, 626:24, 639:13, 639:17, 656:23, 656:25, 663:16, 666:14, 666:21, 667:2, 667:12, 668:14, 669:18, 671:18, 672:5, 673:19, 673:24, 674:19, 675:5, 675:13, 677:7, 677:20, 677:25, 678:9, 678:22, 681:13, 682:7, 682:9, 683:5, 684:2, 684:4, 685:12, 685:21, 686:9, 687:15, 687:19, 689:6
**CORRECT** [1] - 710:9
**CORRECTLY** [7] - 646:3, 650:2, 652:17, 659:18, 660:16, 665:16, 673:4
**CORRUPT** [1] - 629:23
**CORRUPTION** [1] - 629:13
**COST** [2] - 651:10, 666:19
**COUNSEL** [5] - 560:8, 657:6, 670:11, 694:7, 706:23
**COUNSEL** [1] - 556:1
**COUNT** [18] - 562:16, 563:3, 563:8, 567:2, 567:15, 568:1, 568:24, 569:3, 569:4, 569:5, 569:11, 569:14, 570:6, 570:7, 570:8, 570:13, 570:22, 570:24
**COUNT** [2] - 562:24, 634:25
**COUNTRIES** [1] - 675:21
**COUNTRY** [4] - 572:22, 621:4, 621:5, 681:20
**COUNTS** [1] - 562:2
**COUNTS** [3] - 558:19, 561:6, 561:14
**COUNTY** [1] - 629:17
**COUNTY** [1] - 629:18
**COUPLE** [6] - 590:20, 590:25, 619:2, 622:10, 636:3, 687:4
**COURSE** [13] - 621:23, 631:3, 640:6, 647:25, 654:2, 667:3, 668:5, 674:25, 683:1, 695:3, 695:12, 696:16, 697:10
**COURT** [160] - 555:1, 555:23, 560:7, 560:12, 562:12, 573:18, 575:8, 578:16, 578:21, 581:6, 583:7, 589:16, 592:25, 593:3, 593:8, 593:11, 593:13, 593:17, 593:21, 596:6, 596:25, 597:4, 597:15, 597:17, 599:21, 600:7, 600:10, 604:19, 606:4, 606:6, 606:9, 606:20,

608:5, 608:8, 614:7, 615:14, 616:6, 616:14, 617:21, 617:23, 618:1, 618:15, 624:2, 625:7, 626:13, 627:10, 627:21, 627:23, 627:25, 628:2, 628:16, 630:20, 632:10, 633:14, 634:7, 636:23, 637:25, 638:24, 639:2, 639:5, 639:11, 639:14, 639:19, 640:16, 641:5, 642:13, 643:17, 644:18, 646:8, 646:13, 646:16, 648:8, 649:4, 650:7, 651:25, 653:8, 654:9, 655:3, 655:6, 655:11, 655:15, 655:17, 655:19, 655:24, 656:2, 656:5, 656:9, 656:14, 656:22, 656:25, 657:2, 657:5, 657:11, 657:14, 657:17, 657:19, 657:24, 658:14, 658:17, 658:21, 659:22, 661:7, 662:24, 663:22, 664:20, 665:24, 666:6, 667:22, 667:25, 670:11, 670:13, 670:15, 672:8, 675:7, 677:2, 682:21, 683:20, 683:24, 684:9, 685:6, 685:10, 689:9, 690:9, 690:14, 690:18, 690:21, 690:25, 691:3, 691:6, 691:14, 691:18, 691:24, 692:3, 692:15, 694:6, 694:14, 694:18, 695:7, 695:15, 695:19, 696:7, 696:23, 697:5, 697:22, 698:3, 698:11, 698:18, 699:21, 701:2, 702:19, 703:18, 703:21, 703:24, 704:2, 707:1, 709:12, 709:14, 710:6, 710:19
**COURT** [5] - 581:3, 581:6, 656:11, 691:12, 691:23
**COURT** [15] - 560:6, 606:12, 618:7, 626:2, 628:8, 655:10, 657:4, 682:12, 683:14, 683:16, 684:5, 684:15, 684:16, 691:11, 692:7
**COURTHOUSE** [2] - 681:12, 683:17
**COURTHOUSE** [2] - 556:6, 681:13
**COURTROOM** [1] - 656:19
**COURTS** [1] - 684:2
**COVER** [9] - 564:2, 565:5, 568:23, 569:10, 569:21, 570:10, 570:12, 571:6, 697:11
**CR** [1] - 555:7

**CREATED** [3] - 576:6, 579:1, 597:5
**CROSS** [7] - 583:7, 614:7, 624:2, 655:17, 655:25, 665:24, 689:14
**CROSS** [4] - 557:10, 557:14, 557:17, 557:20
**CROSS** [4] - 583:8, 614:8, 624:4, 666:1
**CROSS-EXAMINATION** [4] - 557:10, 557:14, 557:17, 557:20
**CROSS-EXAMINATION** [7] - 583:7, 614:7, 624:2, 655:17, 655:25, 665:24, 689:14
**CROSS-EXAMINATION** [4] - 583:8, 614:8, 624:4, 666:1
**CRR** [2] - 555:23, 710:19
**CSR** [2] - 555:23, 710:19
**CURRENCY** [8] - 580:23, 580:24, 580:25, 581:4, 581:9, 581:23, 591:23
**CURRENT** [3] - 607:16, 622:3, 693:10
**CUSTOMARY** [1] - 599:24
**CUSTOMER** [1] - 669:1
**CUSTOMS** [3] - 678:1, 678:17, 678:18

# D

**D.C** [1] - 556:10
**DAD** [5] - 626:8, 627:4, 627:5, 627:7, 627:14
**DAEJEON** [1] - 692:24
**DAM** [1] - 659:11
**DANIEL** [6] - 557:15, 618:4, 618:13, 618:22, 618:23, 619:1
**DANIEL** [2] - 618:14, 618:16
**DATA** [15] - 636:7, 645:8, 652:14, 670:18, 672:1, 686:7, 687:22, 687:25, 700:25, 701:9, 701:13, 701:15, 701:19, 702:11, 702:14
**DATE** [20] - 564:8, 571:14, 576:19, 612:14, 633:20, 634:20, 637:20, 640:21, 642:24, 644:2, 647:13, 663:10, 664:8, 665:5, 665:18, 683:3, 683:12, 684:3, 684:4
**DATED** [11] - 608:24, 613:6, 644:25, 646:11, 650:11, 652:5, 653:13, 659:1, 660:2, 661:12, 662:11
**DATED** [1] - 710:15

**DATES** [4] - 588:6, 633:9, 634:18, 684:20

**DAVID** [1] - 556:8

**DAY** [2] - 555:13, 710:15

**DAYS** [4] - 641:10, 649:22, 670:21, 682:23

**DCM** [1] - 641:8

**DEALS** [3] - 671:4, 687:4, 687:8

**DEAR** [1] - 653:1

**DEAR** [3] - 647:1, 652:21, 662:4

**DEBATE** [1] - 650:15

**DECEMBER** [8] - 612:15, 631:2, 665:4, 665:6, 666:10, 677:10, 677:11, 681:11

**DECIDED** [3] - 641:13, 655:22, 676:21

**DECISION** [2] - 708:15, 708:19

**DECLARATION** [2] - 649:15, 681:24

**DECLARED** [2] - 647:16, 647:17

**DECLINED** [1] - 690:5

**DEDUCT** [1] - 564:22

**DEDUCTED** [1] - 565:15

**DEEMED** [1] - 701:17

**DEFENDANT** [1] - 555:9

**DEFENDANT** [1] - 556:11

**DEFENDANT** [24] - 560:8, 578:9, 579:3, 580:17, 581:16, 582:4, 583:1, 600:23, 601:5, 602:1, 602:7, 602:12, 602:16, 603:2, 603:17, 605:5, 630:21, 638:7, 638:20, 640:4, 646:10, 647:11, 657:6, 682:11

**DEFENDANT'S** [1] - 692:18

**DEFENDANT'S** [2] - 592:22, 592:24

**DEFENDANT'S** [36] - 561:1, 571:19, 572:7, 573:2, 573:8, 573:11, 574:9, 574:10, 574:23, 575:2, 575:14, 575:19, 575:25, 576:25, 577:5, 578:4, 579:7, 579:11, 579:14, 581:12, 581:25, 582:7, 582:13, 582:19, 600:17, 601:13, 601:14, 603:13, 603:21, 604:22, 605:16, 605:20, 605:23, 605:24, 605:25

**DEFENSE** [1] - 593:15

**DEFENSE** [3] - 593:1, 597:17, 646:14, 690:21

**DEFER** [1] - 656:11

**DEFINITELY** [1] - 651:14

**DEGREE** [1] - 705:17

**DELAY** [1] - 686:8

**DELAYING** [1] - 653:3

**DELIVER** [1] - 661:23

**DENOTE** [1] - 609:3

**DEPARTMENT** [3] - 675:25, 681:17, 682:13

**DEPARTMENT** [1] - 556:8

**DEPENDENT** [1] - 645:15

**DEPICT** [1] - 579:1

**DEPICTED** [6] - 564:6, 572:9, 580:21, 581:5, 640:4, 660:24

**DEPICTING** [3] - 571:18, 573:23, 579:1

**DEPICTS** [7] - 564:7, 572:4, 572:5, 575:12, 575:13, 579:2, 580:22

**DEPOSIT** [5] - 563:7, 609:24, 611:13, 612:7, 612:18, 612:23, 613:12, 613:22

**DEPOSITED** [16] - 561:1, 563:5, 565:11, 565:24, 567:2, 567:6, 567:22, 568:6, 569:25, 570:16, 571:4, 571:20, 588:25, 611:10, 611:14, 613:23

**DEPOSITS** [1] - 564:5

**DEPOSITS** [5] - 564:7, 564:10, 566:11, 566:12, 566:14

**DEPUTY** [2] - 656:19, 688:16

**DERIVED** [3] - 564:13, 564:14, 570:21

**DESCRIBE** [13] - 561:25, 562:22, 567:17, 572:14, 574:6, 575:15, 576:13, 621:4, 629:21, 630:6, 686:20, 700:14, 703:14

**DESCRIBED** [1] - 684:20

**DESCRIBES** [1] - 668:5

**DESCRIPTION** [11] - 635:23, 636:6, 636:12, 636:18, 646:9, 649:18, 649:19, 693:14, 700:19, 704:18, 704:19

**DESCRIPTIONS** [1] - 700:23

**DESIGNATED** [1] - 639:7

**DESIGNATION** [1] - 656:18

**DESIGNED** [1] - 568:4

**DETAIL** [4] - 576:2, 576:3, 576:14, 647:3

**DETAILED** [4] - 589:22, 616:8, 700:23, 703:3

**DETAILS** [3] - 590:4, 671:7, 703:4

**DETAINED** [1] - 678:1

**DETENTION** [3] - 682:6, 682:9, 682:11

**DETERMINATION** [1] - 600:1

**DETERMINE** [11] - 562:4, 563:1, 572:18, 575:23, 584:3, 587:23, 588:17, 601:22, 668:25, 670:5, 670:8

**DETERMINED** [3] - 589:18, 590:7, 704:25

**DETERMINING** [1] - 599:13

**DEVELOPED** [1] - 621:5

**DEVELOPING** [2] - 621:4, 688:4

**DEVELOPMENT** [1] - 635:25

**DEVELOPMENT** [1] - 687:9

**DH** [1] - 643:7

**DIFFERENT** [5] - 561:23, 562:6, 615:7, 622:7, 639:25, 684:1

**DIGITS** [2] - 609:3, 609:4

**DIRECT** [5] - 560:16, 607:3, 618:18, 628:19, 692:19

**DIRECT** [2] - 604:14, 608:20

**DIRECT** [5] - 557:10, 557:13, 557:16, 557:19, 557:23

**DIRECTING** [3] - 644:21, 645:19, 652:3

**DIRECTLY** [3] - 596:10, 675:18, 675:23

**DIRECTOR** [3] - 634:4, 649:12, 649:13

**DISASTER** [1] - 660:4

**DISCIPLINE** [1] - 688:13

**DISCOUNT** [6] - 707:21, 707:24, 708:8, 708:12, 708:22, 709:7

**DISCOUNTED** [1] - 708:21

**DISCOVERED** [2] - 622:6, 623:21

**DISCREPANCY** [1] - 648:24

**DISCUSS** [1] - 666:24

**DISCUSSED** [7] - 574:8, 641:25, 656:17, 665:6, 696:25, 697:1, 708:17

**DISCUSSION** [1] - 668:22

**DISCUSSIONS** [1] - 684:6

**DISREGARD** [1] - 639:24

**DISTRIBUTE** [1] - 652:16

**DISTRIBUTIONS** [2] - 598:2, 598:22

**DISTRIBUTOR** [1] - 671:22

**DISTRIBUTORS** [2] - 659:7, 659:9

**DISTRICT** [1] - 691:12

**DISTRICT** [5] - 555:1, 555:2, 555:3, 710:6, 710:7

**DIVIDENDS** [3] - 598:8, 598:13, 598:21

**DIVISION** [7] - 586:5, 586:12, 649:13, 693:5, 693:7, 700:7, 700:9

**DIVISION** [1] - 555:2

**DM24** [1] - 641:8

**DO** [1] - 710:7

**DOCUMENT** [51] - 573:20, 576:13, 580:11, 590:6, 595:23, 608:12, 608:15, 608:21, 608:22, 609:17, 613:1, 625:11, 625:14, 632:13, 632:21, 632:22, 634:10, 635:3, 635:4, 635:21, 637:2, 637:11, 641:4, 642:24, 649:6, 649:16, 650:10, 651:4, 651:5, 657:14, 662:14, 663:1, 663:2, 663:6, 663:17, 663:18, 663:24, 664:4, 664:11, 664:15, 664:24, 667:4, 667:6, 667:9, 667:11, 667:17, 668:4, 674:15, 676:11, 681:16, 682:12

**DOCUMENTATION** [1] - 603:19

**DOCUMENTS** [23] - 580:13, 580:16, 585:11, 594:10, 597:6, 603:1, 604:10, 631:4, 631:10, 631:15, 631:19, 631:21, 631:22, 633:1, 640:7, 640:9, 648:1, 649:21, 654:3, 675:22, 684:15, 688:5

**DOLLAR** [1] - 581:11

**DOLLARS** [16] - 563:23, 565:10, 565:13, 565:14, 565:17, 579:7, 579:12, 580:25, 581:10, 581:13, 581:24, 582:1, 582:8, 582:14, 582:20, 602:24

**DONE** [8] - 616:8, 647:2, 649:14, 675:24, 679:2, 685:2, 695:13, 696:2

**DOUBLE** [2] - 577:21, 604:1

**DOUBLED** [1] - 600:24

**DOUBT** [1] - 688:6

**DOUBTS** [1] - 577:9

**DOWN** [16] - 580:19, 590:21, 590:24, 590:25, 606:6, 625:20, 636:15, 645:2, 647:15, 649:17, 652:11, 654:22, 660:13, 666:23, 687:13, 690:15

**DR** [91] - 589:22, 594:6, 594:18, 594:22, 609:7, 609:18, 615:20, 626:19, 627:5, 631:14, 631:17, 631:25, 633:2, 633:11,

635:4, 637:3, 638:4, 639:9, 640:10, 644:23, 646:21, 647:21, 648:2, 648:13, 649:7, 649:11, 649:15, 649:16, 650:11, 652:5, 652:8, 652:21, 652:25, 653:12, 654:4, 654:12, 654:17, 658:25, 660:2, 660:14, 660:18, 660:23, 661:3, 661:11, 661:22, 661:25, 662:4, 662:10, 663:18, 664:16, 664:24, 665:20, 666:11, 668:12, 668:22, 669:25, 670:9, 670:17, 670:23, 671:19, 671:20, 671:24, 672:14, 672:15, 673:18, 677:6, 680:18, 680:19, 681:11, 682:22, 683:5, 683:17, 683:21, 685:3, 688:7, 689:4, 690:12, 693:25, 694:10, 694:17, 695:2, 695:8, 702:16, 702:22, 703:1, 703:5, 706:23, 708:2, 708:25, 709:2, 709:9

**DRAW** [5] - 561:18, 567:5, 567:21, 569:24, 632:12

**DRAWING** [13] - 595:19, 634:13, 636:3, 640:19, 642:16, 646:19, 648:11, 650:9, 653:15, 658:24, 659:3, 661:14, 664:23

**DRAWN** [4] - 561:1, 571:19, 610:12, 612:20

**DROP** [1] - 590:21

**DSC** [2] - 645:9, 645:14

**DSS** [5] - 652:14, 670:18, 671:4, 687:22, 687:24

**DUE** [1] - 659:14

**DUE** [1] - 660:4

**DURING** [14] - 564:8, 576:24, 577:4, 601:10, 619:18, 631:3, 634:1, 640:6, 654:2, 672:21, 679:24, 702:21, 703:6, 709:6

**DUTIES** [5] - 607:20, 629:21, 630:4, 700:15, 700:20

**DUTY** [2] - 700:17, 700:24

## E

**E-MAIL** [15] - 558:21, 558:22, 558:23, 558:24, 559:6, 559:7, 559:8, 559:9, 559:10, 559:11, 559:12, 559:13, 559:14, 559:15, 559:16

**E-MAIL** [49] - 637:7, 637:10, 637:16, 637:17, 637:18,

640:20, 642:17, 643:3, 643:21, 644:22, 646:10, 646:21, 646:24, 647:13, 647:21, 648:12, 649:7, 649:10, 650:10, 652:4, 652:20, 653:12, 654:12, 654:16, 658:25, 660:1, 660:19, 660:23, 661:11, 662:1, 662:10, 662:13, 664:24, 665:9, 665:18, 666:5, 668:11, 668:12, 669:20, 670:9, 670:17, 672:3, 672:14, 672:15, 676:11

**E-MAILS** [23] - 591:19, 591:21, 631:5, 640:12, 654:6, 668:10, 670:22, 671:2, 674:7, 674:9, 674:22, 674:25, 675:2, 675:9, 676:8, 676:15, 676:20, 676:23, 677:4, 686:19, 686:21, 703:19

**EARLY** [1] - 686:2

**EARLY** [2] - 686:8, 687:10

**EARNED** [2] - 598:12, 598:18

**EARTH** [1] - 700:25

**EARTHQUAKE** [20] - 644:11, 660:4, 660:7, 665:3, 665:12, 666:10, 666:12, 666:19, 685:24, 686:6, 686:23, 687:10, 693:18, 700:15, 701:5, 701:6, 701:14, 705:1, 705:19, 705:20

**EARTHQUAKE** [10] - 635:25, 654:21, 663:9, 664:7, 665:10, 693:8, 693:17, 700:18, 700:22, 701:4

**EAST** [1] - 556:17

**EASTERN** [2] - 685:24, 686:6

**ECONOMICS** [1] - 619:10

**EDUCATION** [1] - 635:5

**EFFECT** [1] - 568:20

**EFFORT** [2] - 702:13, 702:16

**EFFORTS** [3] - 654:4, 689:14, 702:15

**EGU** [1] - 662:5

**EIGHT** [3] - 687:3, 694:21, 694:23

**EITHER** [4] - 591:22, 699:23, 700:11, 705:19

**ELECTRIC** [1] - 635:12

**ELECTRICAL** [1] - 659:11

**ELECTRICAL** [2] - 643:8, 661:18

**ELECTRONICS** [1] - 620:8

**EMPLOYED** [1] - 671:17

**EMPLOYEE** [2] - 558:6, 632:22

**EMPLOYEE** [2] - 675:18, 696:15

**EMPLOYEE'S** [1] - 667:18

**EMPLOYEES** [5] - 607:20, 668:6, 689:24, 696:9, 696:12

**EMPLOYMENT** [1] - 631:25

**EMPLOYS** [1] - 671:17

**EMT** [2] - 645:21

**ENCOURAGE** [2] - 697:9, 697:12

**ENCOURAGES** [1] - 697:12

**END** [9] - 615:20, 634:18, 642:6, 650:19, 650:23, 651:21, 654:21, 660:6, 662:17

**ENDORSEMENT** [1] - 640:10

**ENDORSING** [1] - 647:22

**ENDS** [1] - 644:13

**ENFORCEMENT** [2] - 629:1, 689:21

**ENGAGED** [1] - 699:12

**ENGLISH** [3] - 632:5, 639:24, 667:16

**ENTAILED** [2] - 704:8, 705:11

**ENTER** [2] - 697:25, 705:20

**ENTERED** [2] - 698:6, 700:5

**ENTERING** [2] - 699:1, 699:4

**ENTIRE** [2] - 630:10, 677:4

**ENTITIES** [2] - 586:20, 671:25

**ENTITLED** [2] - 663:25, 667:17

**ENTITLED** [1] - 710:11

**ENTITY** [1] - 586:13

**ENTRIES** [5] - 590:20, 592:10, 592:13, 685:20, 685:22

**ENTRY** [5] - 592:2, 592:7, 635:17, 636:4, 636:15

**EQUALS** [1] - 581:11

**EQUIP** [1] - 705:12

**EQUIPMENT** [30] - 642:9, 643:12, 647:6, 647:8, 652:23, 652:24, 665:21, 670:6, 671:15, 671:23, 672:4, 703:2, 703:13, 705:2, 705:21, 706:8, 706:12, 707:4, 707:7, 707:8, 707:20, 707:21, 707:24, 707:25, 708:5, 708:7, 708:9, 708:15, 708:21, 709:10

**EQUIPMENTS** [1] - 671:14

**EQUITIES** [1] - 598:24

**EQUITY** [1] - 619:22

**EQUIVALENT** [1] - 659:14

**ES** [1] - 643:7

**ES-2** [1] - 643:8

**ES-DH** [1] - 643:7

**ESSENCE** [1] - 564:2

**ESSENTIALLY** [1] - 671:22

**ESTABLISHED** [3] - 693:19, 699:7, 699:11

**ESTABLISHMENT** [1] - 635:24

**ESTIMATE** [1] - 596:1

**ET** [1] - 706:5

**EUROPE** [1] - 591:23

**EUROS** [1] - 591:23

**EVD** [2] - 558:5, 559:5

**EVENING** [1] - 693:24

**EVENT** [1] - 705:19

**EVENTS** [1] - 684:19

**EVENTUALLY** [1] - 681:12

**EVIDENCE** [93] - 560:21, 562:13, 562:14, 571:25, 573:17, 573:18, 575:9, 575:10, 576:12, 578:17, 578:18, 578:23, 580:2, 589:25, 597:18, 597:19, 608:2, 608:5, 622:15, 632:8, 632:10, 632:11, 634:6, 634:8, 636:22, 636:24, 636:25, 637:24, 638:1, 638:2, 639:22, 639:23, 640:17, 640:18, 642:12, 642:14, 642:15, 643:16, 643:18, 643:19, 644:17, 644:19, 644:20, 646:6, 646:17, 646:18, 648:7, 648:9, 648:10, 649:3, 649:5, 650:6, 650:8, 651:24, 652:1, 652:2, 653:7, 653:9, 653:10, 654:8, 654:10, 655:2, 655:4, 655:5, 657:20, 657:21, 657:25, 658:1, 658:7, 658:10, 658:18, 658:20, 658:23, 659:21, 659:23, 659:24, 661:6, 661:8, 661:9, 662:7, 662:23, 662:24, 662:25, 663:21, 663:23, 664:18, 664:21, 664:22, 668:1, 668:3, 676:15, 685:3, 685:7

**EXACT** [4] - 671:3, 678:13, 679:6, 706:12

**EXACTLY** [2] - 649:20, 699:24

**EXAMINATION** [20] - 557:10, 557:10, 557:11, 557:13, 557:14, 557:16, 557:17, 557:19, 557:20, 557:20, 557:23, 560:13, 583:7, 614:7, 624:2, 655:17,

655:25, 657:7, 665:24, 689:14

**EXAMINATION** [11] - 560:16, 583:8, 600:12, 607:3, 614:8, 618:18, 624:4, 628:19, 666:1, 689:11, 692:19

**EXAMPLE** [9] - 565:7, 568:9, 568:13, 600:23, 600:25, 650:22, 669:17, 669:20, 685:23

**EXCEPT** [1] - 665:15

**EXCESS** [1] - 561:7

**EXCHANGE** [5] - 580:23, 581:4, 581:9, 581:23, 607:21

**EXCHANGED** [1] - 678:19

**EXCLUDED** [1] - 572:8

**EXCLUDING** [3] - 573:7, 605:4, 605:7

**EXCUSE** [1] - 658:2

**EXCUSED** [5] - 606:4, 617:24, 627:23, 627:25, 628:2

**EXECUTED** [2] - 664:8, 697:17

**EXHIBIT** [17] - 567:14, 570:5, 593:8, 593:9, 593:13, 593:18, 646:8, 646:9, 653:12, 656:21, 657:17, 662:8, 669:24, 670:11, 671:12, 676:16, 684:23

**EXHIBIT** [114] - 560:10, 562:11, 562:12, 562:14, 571:18, 571:24, 573:17, 574:6, 575:7, 575:8, 575:10, 576:9, 576:11, 578:15, 578:16, 578:18, 578:23, 580:1, 580:8, 581:5, 584:13, 587:2, 588:8, 588:10, 589:25, 590:16, 591:25, 592:22, 593:15, 593:20, 597:17, 597:19, 597:21, 598:25, 600:16, 601:25, 602:11, 602:22, 604:14, 605:14, 608:2, 609:25, 612:10, 615:24, 622:15, 625:4, 625:12, 632:8, 632:11, 634:6, 634:7, 636:22, 636:23, 636:25, 637:23, 637:25, 638:2, 638:3, 640:14, 640:16, 640:18, 642:12, 642:13, 642:15, 643:15, 643:19, 644:16, 644:20, 646:7, 646:18, 648:6, 648:10, 649:2, 649:5, 650:5, 650:8, 651:24, 651:25, 652:2, 653:7, 653:10, 654:8, 654:10, 655:2, 655:5, 656:17, 656:23, 657:12,

657:18, 657:21, 657:23, 657:24, 658:1, 658:20, 658:23, 659:21, 659:24, 661:6, 661:9, 662:7, 662:23, 662:25, 663:21, 663:23, 664:19, 664:20, 664:22, 666:6, 666:8, 667:25, 668:3, 669:24, 684:24, 685:16

**EXHIBITS** [3] - 657:10, 658:14, 676:8

**EXHIBITS** [2] - 558:1, 559:1

**EXHIBITS** [5] - 558:5, 559:5, 577:9, 577:23, 594:1

**EXIST** [2] - 699:25, 700:11

**EXPAND** [1] - 643:4

**EXPECTED** [1] - 647:2

**EXPENDITURE** [2] - 565:20, 642:3

**EXPENSES** [5] - 565:3, 565:13, 565:14, 565:18, 572:8

**EXPENSIVE** [4] - 673:5, 707:4, 707:6, 707:20

**EXPERTISE** [1] - 675:10

**EXPLAIN** [12] - 564:6, 572:3, 645:3, 645:4, 650:17, 652:12, 660:15, 665:13, 679:22, 680:3, 704:20, 704:21

**EXPLAINED** [1] - 660:9

**EXPLAINING** [2] - 562:8, 680:23

**EXPLANATION** [4] - 653:2, 653:21, 681:1, 688:3

**EXPRESS** [1] - 665:15

**EXPRESSION** [1] - 662:17

**EXTRA** [1] - 673:23

---

# F

**FACT** [4] - 600:24, 620:19, 679:21, 708:4

**FAIL** [1] - 670:25

**FAILED** [1] - 648:21

**FAIR** [17] - 561:13, 565:25, 566:22, 568:7, 568:11, 568:24, 572:11, 583:1, 596:2, 598:16, 599:17, 603:15, 603:23, 605:5, 674:20, 675:17

**FALLEN** [1] - 655:21

**FAMILIAR** [6] - 583:20, 615:8, 615:19, 630:14, 667:5, 693:25

**FAMILY** [2] - 626:16, 673:2

**FAMOUS** [2] - 660:15, 660:20

**FAR** [3] - 591:5, 591:8, 669:9

**FATHER** [1] - 624:18

**FAVORABLY** [1] - 697:1

**FBA23** [1] - 651:20

**FBI** [9] - 577:16, 629:3, 629:5, 629:10, 629:15, 630:10, 630:22, 678:9, 680:15

**FEBRUARY** [4] - 592:4, 650:12, 653:13, 665:14

**FEDERAL** [3] - 555:23, 710:5, 710:19

**FEDERAL** [2] - 628:24, 629:1

**FEE** [6] - 642:3, 643:9, 659:16, 659:17, 662:16, 666:24

**FEES** [8] - 572:23, 599:4, 599:6, 599:14, 615:25, 616:1, 616:12, 616:20

**FEW** [5] - 590:20, 600:11, 600:14, 627:12, 635:9, 638:14, 656:13, 668:9, 669:21, 678:18, 680:17, 682:23

**FIELD** [3] - 628:25, 674:4, 695:10

**FIGURE** [3] - 566:23, 566:24, 599:10

**FIGURES** [1] - 578:12

**FIGURING** [1] - 688:9

**FILE** [7] - 649:18, 649:22, 652:15, 685:15, 691:9, 691:13, 691:20

**FILL** [2] - 621:24, 681:24

**FINAL** [2] - 667:14, 708:18

**FINALLY** [9] - 613:25, 636:15, 642:1, 646:5, 649:24, 651:7, 653:5, 657:22, 664:18

**FINANCIAL** [7] - 583:12, 583:15, 586:8, 586:13, 619:24, 625:21, 631:6

**FINANCIAL** [1] - 675:25

**FINISHED** [2] - 706:25, 707:1

**FIRM** [2] - 607:22, 615:7

**FIRST** [2] - 562:15, 563:14, 576:21, 579:18, 590:17, 597:20, 597:22, 609:2, 609:4, 619:1, 619:6, 630:8, 638:14, 641:1, 642:25, 646:20, 648:12, 650:10, 650:14, 651:10, 652:7, 654:18, 655:7, 657:12, 660:1, 662:9, 663:12, 664:10, 664:24, 665:2, 669:25, 677:9, 678:15, 680:10, 683:13, 683:15, 690:22, 690:23, 699:11, 701:15, 704:4, 709:2

**FIRST-IN-TIME** [1] - 660:1

**FIVE** [5] - 629:20, 648:19, 674:21, 685:20, 687:18

**FIXED** [3] - 645:16, 650:19, 650:22

**FIXING** [1] - 650:15

**FLIP** [1] - 663:5

**FLOW** [1] - 654:4

**FOCUS** [5] - 563:1, 567:17, 569:13, 570:24, 597:11

**FOCUSED** [4] - 562:19, 562:24, 567:19, 589:20

**FOCUSES** [1] - 579:3

**FOCUSING** [2] - 635:3, 637:1

**FOLLOW** [3] - 567:25, 645:23, 676:20

**FOLLOWED** [2] - 563:25, 581:21

**FOLLOWING** [5] - 560:5, 609:14, 655:9, 657:3, 709:4

**FOOTHILL** [4] - 584:6, 584:8, 610:10, 610:18

**FOR** [4] - 556:3, 556:11, 710:6

**FORCE** [2] - 635:8, 636:9

**FORECASTING** [1] - 686:12

**FOREGOING** [1] - 710:9

**FOREIGN** [1] - 629:23

**FOREIGN** [4] - 629:24, 629:25, 639:20, 675:20

**FORGOT** [1] - 660:8

**FORM** [2] - 608:13, 623:3

**FORMAT** [1] - 710:11

**FORMERLY** [1] - 671:17

**FORT** [5] - 609:19, 621:8, 622:4, 622:21, 623:19

**FORTH** [1] - 706:4

**FORWARD** [5] - 606:9, 691:6, 691:8, 691:25, 692:2

**FOUNDATION** [2] - 694:13, 702:20

**FOUR** [4] - 674:21, 685:20, 687:2, 687:18

**FOURTH** [1] - 635:15

**FRACTIONAL** [2] - 590:8, 590:9

**FRAME** [4] - 581:17, 582:3, 582:17, 601:24

**FRANCISCO** [7] - 677:7, 677:19, 677:23, 680:16, 681:12, 681:13, 683:7

**FRANKLY** [1] - 675:3

**FREESTANDING** [1] - 624:9

**FREQUENTLY** [1] - 672:17

**FRIEND** [1] - 626:16

**FRIEND'S** [1] - 627:8

**FRIENDS** [2] - 626:10, 627:5

**FRONT** [7] - 584:15, 592:16, 608:3, 610:1, 667:6, 680:8, 680:9
**FRUIT** [1] - 702:14
**FUHR** [10] - 556:8, 606:8, 607:4, 608:9, 614:6, 615:13, 616:4, 616:13, 617:22, 617:25
**FUHR** [1] - 557:13
**FULL** [10] - 565:14, 594:13, 641:1, 644:4, 645:2, 653:18, 654:18, 659:3, 661:15, 665:2
**FULLY** [3] - 645:15, 654:22, 659:4
**FUNCTION** [2] - 652:14, 670:18
**FUNCTIONING** [1] - 671:5
**FUND** [4] - 598:2, 599:15, 619:16, 619:17
**FUNDING** [8] - 695:22, 695:23, 696:5, 696:12, 696:14, 696:15, 697:9, 697:10
**FUNDS** [96] - 561:19, 561:20, 561:21, 561:23, 562:3, 562:4, 563:2, 563:4, 563:10, 563:11, 564:1, 564:3, 565:2, 565:4, 565:5, 565:10, 565:11, 565:12, 565:15, 565:16, 565:18, 565:19, 565:23, 566:3, 566:9, 566:18, 566:20, 567:6, 567:7, 567:11, 567:12, 567:21, 567:23, 568:5, 568:14, 568:18, 568:23, 568:25, 569:8, 569:9, 569:20, 569:22, 569:25, 570:2, 570:9, 570:10, 570:11, 570:12, 570:15, 571:3, 571:13, 571:15, 572:6, 573:7, 573:11, 573:23, 574:22, 575:1, 575:13, 575:24, 576:24, 577:4, 579:2, 579:4, 579:6, 579:10, 582:3, 582:10, 582:16, 582:22, 595:9, 596:14, 596:15, 597:23, 598:4, 598:5, 598:18, 598:22, 600:17, 603:2, 605:6, 605:8, 605:16, 605:19, 610:12, 611:10, 612:2, 612:20, 613:9, 634:18, 654:4, 695:12, 695:16, 695:21
**FUTURE** [1] - 648:25
**FUTURE** [1] - 660:6

## G

**GAIN** [4] - 598:3, 598:21,

629:25, 701:6
**GAINS** [1] - 598:1
**GAMBLER** [1] - 600:3
**GAP** [1] - 603:16
**GAS** [4] - 641:7, 641:18, 641:19, 641:20
**GAS** [1] - 641:8
**GATHER** [1] - 701:18
**GEE** [3] - 671:17, 671:20, 671:24
**GENERAL** [7] - 565:21, 575:14, 653:23, 700:18, 700:19, 700:20, 700:22
**GENERALLY** [2] - 561:25, 598:6
**GENERATED** [1] - 616:2
**GENTLEMAN** [1] - 630:18
**GENTLEMEN** [1] - 560:7
**GEOSCIENCE** [2] - 577:1, 667:18
**GEOSIG** [7] - 651:2, 651:5, 651:9, 651:14, 651:15, 669:3, 669:9
**GEOTEK** [7] - 652:8, 652:12, 652:14, 652:22, 670:17, 671:13, 672:4
**GIANT** [1] - 586:7
**GIVEN** [5] - 591:1, 665:5, 681:15, 681:23, 682:12
**GLASSES** [2] - 615:21, 630:19
**GLENDORA** [4] - 583:18, 610:10, 610:18, 610:19
**GLENDORA'S** [1] - 584:4
**GMAIL** [5] - 631:17, 637:4, 637:5, 643:24, 654:17
**GOAL** [4] - 562:22, 565:22, 569:19, 571:12
**GOD** [4] - 606:14, 618:9, 628:10, 692:9
**GOOGLE** [2] - 558:14, 637:17
**GOVERNMENT** [10] - 635:22, 645:22, 645:24, 661:3, 681:5, 681:18, 695:23, 696:14, 696:15, 697:10
**GOVERNMENT** [64] - 562:11, 573:17, 575:7, 578:15, 581:3, 606:8, 618:3, 622:15, 628:4, 632:8, 634:6, 636:22, 637:23, 640:14, 641:12, 642:11, 643:15, 644:16, 646:6, 648:6, 649:2, 650:5, 651:23, 651:24, 653:6, 653:7, 654:7, 654:8, 655:1, 655:2, 655:19, 655:24, 656:12, 657:9, 657:12, 657:18, 657:22, 658:23, 659:20, 659:21,

661:5, 661:6, 662:7, 662:23, 663:20, 663:21, 664:18, 664:19, 666:17, 667:22, 689:5, 690:18, 690:19
**GOVERNMENT'S** [6] - 592:15, 592:19, 593:4, 593:17, 642:12, 667:5
**GOVERNMENT'S** [4] - 560:15, 607:2, 618:17, 628:18
**GOVERNMENT-SUPPORTED** [1] - 645:24
**GRADUATED** [3] - 619:9, 619:10, 619:11
**GRAND** [1] - 631:11
**GRANITE** [1] - 650:23
**GREAT** [1] - 694:16
**GREATER** [3] - 602:20, 604:6, 604:8
**GREATEST** [2] - 591:5, 591:8
**GREEN** [6] - 575:16, 575:17, 576:15, 597:24, 605:15, 605:18
**GRITTY** [1] - 703:4
**GROUND** [1] - 687:24
**GROUP** [4] - 574:16, 584:13, 593:24, 673:1
**GROWTH** [2] - 597:25, 598:18
**GSL** [2] - 670:6, 703:2
**GSL'S** [1] - 703:5
**GUESS** [3] - 585:1, 626:3, 660:25
**GUIDANCE** [1] - 645:24
**GUIDE** [1] - 615:12
**GUIDELINE** [2] - 698:24, 699:7
**GUIDELINES** [2] - 699:2, 699:11
**GUIDING** [1] - 564:25
**GURALP** [75] - 561:21, 562:4, 562:25, 567:19, 567:21, 567:23, 568:5, 568:14, 568:17, 568:23, 568:25, 569:6, 569:9, 569:15, 569:20, 569:22, 569:25, 570:2, 570:11, 570:12, 570:19, 570:21, 578:5, 579:5, 579:8, 579:12, 579:15, 581:16, 582:5, 582:10, 582:16, 582:22, 583:2, 589:19, 589:21, 590:2, 590:9, 591:22, 592:2, 592:12, 595:9, 601:19, 601:22, 602:12, 602:19, 603:3, 603:22, 605:22, 631:21, 640:25, 647:9, 647:11, 649:7, 649:14, 649:23, 650:1, 651:6, 654:5,

654:13, 662:11, 664:25, 669:6, 669:13, 672:16, 706:21, 707:4, 707:24, 708:3, 708:5, 708:9, 708:13, 708:15, 709:1, 709:3
**GURALP'S** [6] - 592:7, 640:10, 642:9, 659:6, 707:21, 708:7

## H

**H-A-M-I-L-T-O-N** [1] - 606:19
**H-W-A-N-G** [1] - 626:4
**HABIT** [1] - 694:10
**HALF** [14] - 632:14, 635:3, 635:11, 637:2, 641:1, 644:22, 648:12, 650:10, 652:4, 654:12, 658:24, 661:23, 664:24, 680:22
**HAMILTON** [2] - 557:12, 607:1
**HAMILTON** [4] - 606:8, 606:18
**HAND** [7] - 592:22, 604:15, 605:3, 606:10, 618:5, 628:6, 692:5
**HANDCUFFS** [6] - 680:4, 680:5, 680:6, 680:8, 680:11, 685:8
**HANDLED** [1] - 668:20
**HARD** [8] - 564:3, 565:23, 568:4, 569:21, 570:15, 571:15, 695:5, 695:9
**HARRINGTON** [1] - 672:20
**HAZARD** [3] - 660:7, 665:12, 666:12
**HEAD** [4] - 654:20, 665:10, 688:13, 704:17
**HEADING** [2] - 579:19, 687:2
**HEAR** [5] - 606:21, 656:15, 662:4, 694:8, 701:10
**HEARD** [4] - 615:25, 638:17, 680:17, 683:1
**HEARING** [2] - 682:9, 682:11
**HEARINGS** [1] - 682:6
**HEARSAY** [5] - 627:9, 675:6, 690:8, 709:11, 709:13
**HEDGE** [2] - 619:16, 619:17
**HEESONG** [9] - 644:9, 645:20, 645:21, 648:20, 659:4, 659:6, 659:13, 659:16
**HELD** [1] - 710:10
**HELD** [6] - 560:5, 633:11, 633:21, 633:25, 655:9, 657:3
**HELP** [5] - 606:13, 618:8, 628:9, 692:8, 703:5
**HELPED** [2] - 682:12, 703:1

**HELPFUL** [2] - 673:15, 673:21

**HENCE** [8] - 644:8, 645:17, 647:19, 650:24, 651:16, 654:24, 659:13, 659:15

**HENCE** [2] - 649:17, 665:9

**HEON** [1] - 555:8

**HEON** [34] - 575:18, 576:4, 576:16, 576:23, 580:17, 583:24, 584:18, 584:23, 607:23, 608:16, 609:14, 610:6, 611:24, 612:18, 613:3, 613:16, 614:2, 622:13, 622:24, 623:12, 623:18, 627:11, 630:15, 632:25, 634:12, 634:19, 636:2, 637:6, 640:22, 642:18, 643:22, 663:8, 664:6, 695:8

**HEON-CHEOL** [1] - 555:8

**HEON-CHEOL** [30] - 575:18, 576:4, 576:16, 576:23, 580:17, 583:24, 584:18, 584:23, 607:23, 609:14, 613:3, 613:16, 614:2, 622:13, 622:24, 623:12, 623:18, 627:11, 630:15, 632:25, 634:12, 634:19, 636:2, 637:6, 640:22, 642:18, 643:22, 663:8, 664:6, 695:8

**HEREBY** [1] - 710:7

**HIGH** [19] - 600:3, 636:20, 644:10, 659:12, 703:9, 703:12, 703:14, 703:19, 704:5, 704:7, 704:19, 705:12, 705:17, 706:11, 706:19, 707:5, 708:9, 709:6

**HIGH-LEVEL** [1] - 644:10

**HIGH-RISK-GAMBLER-MAKE-A-TON-OF-MONEY** [1] - 600:3

**HIGH-SPEED** [1] - 636:20

**HIGHER** [1] - 670:6

**HIGHLIGHT** [3] - 666:17, 671:11, 687:4

**HIGHLIGHTED** [1] - 566:6

**HIGHLY** [2] - 688:7, 695:8

**HIGHLY-SKILLED** [1] - 688:7

**HIGHWAY** [1] - 556:20

**HISTORY** [1] - 632:16

**HISTORY** [1] - 699:24

**HOLDER** [1] - 608:14

**HOLDING** [3] - 598:12, 598:15, 598:21

**HOME** [4] - 620:8, 624:9, 626:20

**HOMEPAGE** [1] - 645:6

**HONESTLY** [1] - 586:22

**HONOR** [90] - 562:10, 575:6, 578:14, 581:2, 583:6, 589:15, 592:21, 596:4, 596:24, 597:13, 597:16, 599:20, 600:6, 600:8, 600:11, 604:17, 606:3, 615:13, 615:23, 616:4, 617:20, 617:22, 617:25, 618:3, 624:3, 626:12, 627:9, 627:19, 627:22, 628:4, 632:7, 634:5, 636:21, 637:22, 638:22, 639:13, 639:18, 640:13, 641:3, 643:14, 644:15, 648:5, 649:1, 650:4, 653:6, 654:7, 655:1, 655:22, 656:1, 656:10, 656:16, 656:24, 657:8, 657:22, 658:2, 658:19, 659:20, 661:5, 662:22, 663:20, 666:7, 667:21, 667:24, 670:12, 672:6, 675:6, 676:25, 682:20, 683:19, 689:10, 690:16, 690:20, 691:16, 691:21, 694:4, 694:12, 695:6, 695:14, 696:6, 696:22, 697:3, 697:21, 698:1, 698:17, 699:19, 701:1, 702:17, 703:17, 703:20, 704:1

**HONORABLE** [1] - 555:3

**HOUR** [2] - 679:4, 680:22

**HOURS** [11] - 584:20, 584:21, 638:15, 678:18, 693:21, 693:23, 694:15, 694:17, 694:21, 694:23

**HOUSE** [1] - 627:8

**HUANG** [1] - 610:25

**HUNDREDS** [2] - 676:22

**HUSBAND** [2] - 577:14, 596:22

**HUTT** [4] - 670:23, 670:24, 671:17, 671:19

**HWANG** [1] - 625:24

**HYON** [1] - 556:23

**HYPOCRISY** [1] - 629:25

**HYUNDAI** [1] - 620:13

---

**I**

**ICT** [1] - 660:6

**ID** [2] - 558:5, 559:5

**IDENTIFICATION** [3] - 593:5, 593:14, 593:20

**IDENTIFIED** [4] - 630:21, 658:11, 678:8, 680:18

**IDENTIFY** [3] - 577:1, 577:5, 630:17

**IMPORTANT** [2] - 639:22, 653:16

**IMPOSED** [1] - 572:24

**IMPROVE** [2] - 702:13, 703:1

**IMPROVED** [1] - 702:6

**IMPROVING** [1] - 687:9

**IN** [3] - 710:6, 710:10, 710:11

**INC** [2] - 576:23, 663:8

**INCENTIVE** [1] - 696:17

**INCENTIVES** [1] - 696:12

**INCHES** [1] - 625:20

**INCLUDE** [6] - 595:22, 597:9, 602:23, 603:6, 607:20, 620:11

**INCLUDED** [6] - 569:22, 595:13, 706:6, 706:10, 706:16

**INCLUDES** [3] - 595:10, 595:12, 633:20

**INCLUDING** [2] - 595:6, 648:3

**INCOME** [6] - 594:16, 595:6, 596:19, 596:22, 597:2, 597:8

**INCORRECT** [1] - 674:3

**INCREASED** [4] - 568:22, 601:6, 702:4, 702:7

**INCURRED** [1] - 565:3

**INDEX** [1] - 557:5

**INDICATE** [5] - 672:3, 673:9, 673:12, 685:16, 687:23

**INDICATED** [2] - 672:16, 677:6

**INDICATES** [8] - 563:14, 588:18, 666:9, 666:23, 668:12, 673:13, 688:13, 689:1

**INDICTMENT** [1] - 562:16

**INDIRECTLY** [1] - 647:4

**INDIVIDUAL** [5] - 577:12, 630:14, 674:15, 688:8, 698:8

**INDIVIDUAL'S** [2] - 696:18, 703:23

**INDIVIDUALIZED** [1] - 700:23

**INDIVIDUALLY** [1] - 699:1

**INDIVIDUALS** [1] - 689:21

**INDUSTRY** [1] - 619:25

**INFORM** [1] - 651:17

**INFORMATION** [18] - 577:20, 578:8, 584:10, 594:5, 595:7, 623:6, 637:3, 652:21, 673:15, 675:3, 675:9, 677:19, 679:16, 682:2, 682:4, 688:6, 690:5, 706:6

**INFORMS** [2] - 682:17, 682:18

**INFRASOUND** [1] - 645:16

**INFRASTRUCTURE** [3] - 620:6, 621:1, 687:9

**INITIALS** [1] - 595:20

**INQUIRY** [2] - 596:8, 596:11

**INSIDE** [1] - 648:2

**INSTALL** [5] - 641:18, 641:19, 651:11, 666:19, 706:15

**INSTALLATION** [5] - 646:2, 663:3, 663:14, 663:25, 664:12

**INSTALLED** [3] - 641:8, 705:2, 706:7

**INSTALLING** [2] - 705:9, 705:11

**INSTEAD** [1] - 647:4

**INSTITUTE** [3] - 577:1, 651:19, 667:18

**INSTITUTE** [12] - 641:25, 644:7, 648:18, 648:20, 648:21, 651:12, 651:16, 652:9, 654:1, 661:17, 699:10, 708:4

**INSTITUTION** [1] - 683:5

**INSTITUTION** [1] - 648:18

**INSTITUTIONS** [3] - 586:8, 619:23, 621:2

**INSTRUCTION** [2] - 608:13, 639:15

**INSTRUMENT** [2] - 641:18, 652:13

**INSTRUMENTATION** [1] - 636:19

**INSTRUMENTS** [4] - 661:16, 673:5, 673:8

**INTEGRATED** [2] - 686:16, 686:17

**INTELLIGENCE** [1] - 645:5

**INTENSITY** [1] - 687:14

**INTERACT** [1] - 619:24

**INTEREST** [5] - 598:10, 598:11, 598:17, 674:17

**INTERESTING** [1] - 688:15

**INTERNATIONAL** [1] - 572:23

**INTERNATIONAL** [1] - 629:13

**INTERNET** [1] - 687:14

**INTERPRETER** [7] - 691:10, 691:16, 691:21, 694:4, 694:7, 701:10, 706:23

**INTERPRETER** [6] - 691:12, 691:13, 691:22, 694:4, 694:8, 701:10

**INTERPRETERS** [1] - 556:22

**INTERVIEW** [2] - 689:21, 690:1

**INTRODUCE** [12] - 636:22,

637:23, 640:14, 642:12, 643:15, 644:16, 646:6, 648:6, 649:2, 650:5, 651:24, 655:2

**INTRODUCED** [2] - 626:7, 662:7

**INVENTIONS** [1] - 685:17

**INVESTED** [1] - 600:23

**INVESTIGATE** [3] - 584:1, 586:16, 629:22

**INVESTIGATED** [1] - 641:11

**INVESTIGATION** [15] - 587:19, 587:23, 630:23, 631:3, 640:6, 654:3, 667:4, 667:12, 670:4, 671:16, 671:21, 675:12, 678:12, 685:1, 688:9

**INVESTIGATIONS** [1] - 628:24

**INVESTING** [1] - 598:4

**INVESTMENT** [2] - 619:13, 619:19

**INVESTMENT** [22] - 574:14, 586:4, 586:12, 586:21, 588:19, 589:3, 598:23, 599:7, 599:23, 601:3, 607:9, 614:20, 615:1, 615:3, 615:6, 615:8, 615:11, 615:16, 616:3, 617:8, 625:1, 631:6

**INVESTMENTS** [2] - 574:15, 615:12

**INVOICES** [1] - 669:14

**INVOLVE** [1] - 705:9

**INVOLVED** [7] - 630:23, 631:1, 654:23, 675:9, 677:4, 703:15, 704:19

**INVOLVES** [1] - 629:23

**INVOLVING** [3] - 630:23, 638:19, 696:4

**IRIS** [6] - 652:24, 671:14, 671:21, 671:24, 672:4

**IRRELEVANT** [1] - 695:6

**IRS** [1] - 581:1

**IS** [2] - 710:9, 710:11

**ISSUE** [3] - 637:19, 670:3, 697:7

**ISSUED** [1] - 588:3

**ITEMS** [4] - 653:24, 687:20, 687:21, 697:11

**ITSELF** [3] - 641:4, 670:2, 708:19

---

# J

**JACKSON** [2] - 655:21, 655:23

**JAIL** [1] - 683:5

**JAMES** [1] - 592:3

**JANUARY** [14] - 563:15,

---

564:8, 564:19, 565:10, 565:13, 565:17, 638:20, 642:25, 664:25, 665:10, 665:19, 683:2, 683:11, 684:4

**JAPAN** [1] - 660:5

**JEFFERY** [1] - 628:5

**JEFFREY** [2] - 557:18, 628:14

**JEFFREY** [2] - 628:15, 628:17

**JERSEY** [4] - 609:20, 621:8, 622:4, 622:22

**JIN** [2] - 692:14, 692:17

**JIN** [3] - 557:22, 690:24, 692:13

**JOB** [5] - 615:11, 619:21, 629:22, 700:19, 700:23

**JOE** [1] - 660:14

**JOEL** [2] - 556:12, 556:13

**JOHN** [1] - 555:3

**JONES** [4] - 556:24, 691:10, 691:11, 691:16

**JONES** [1] - 691:11

**JOSEPH** [1] - 663:7

**JUDGE** [1] - 555:3

**JUDGE** [1] - 682:17

**JUDICIAL** [2] - 581:3, 581:7

**JUDICIAL** [1] - 710:12

**JULIE** [1] - 691:22

**JULIE** [1] - 556:24

**JULY** [3] - 591:2, 591:3, 640:22

**JULY** [6] - 555:13, 557:3, 558:3, 559:3, 560:1, 710:15

**JUNE** [6] - 637:21, 646:11, 646:22, 647:21, 663:11, 664:9

**JURORS** [2] - 591:6, 639:22

**JURY** [27] - 560:6, 560:8, 560:25, 561:25, 562:8, 563:17, 572:3, 575:15, 576:13, 576:21, 619:7, 622:20, 631:11, 633:9, 633:21, 633:25, 639:15, 640:2, 645:3, 646:24, 655:10, 655:11, 657:4, 657:5, 661:1, 676:22, 700:14

**JUSTICE** [3] - 675:25, 681:17, 682:13

**JUSTICE** [1] - 556:8

---

# K

**KAMINSKA** [3] - 557:16, 557:19, 557:20

**KAMINSKA** [87] - 556:9, 618:3, 618:19, 624:1, 626:12, 627:9, 627:22, 627:24, 628:4, 628:20,

---

630:22, 632:7, 632:12, 633:18, 634:5, 634:9, 636:21, 637:1, 637:22, 638:3, 638:22, 638:25, 639:3, 639:6, 639:10, 639:13, 639:18, 640:3, 640:13, 640:19, 641:6, 642:11, 642:16, 643:14, 643:20, 644:15, 644:21, 646:10, 646:19, 648:5, 648:11, 649:1, 649:6, 650:4, 650:9, 651:23, 652:3, 653:5, 653:11, 654:7, 654:11, 655:1, 655:14, 655:16, 657:8, 657:12, 657:18, 657:22, 658:8, 658:16, 658:19, 658:22, 659:20, 659:25, 661:5, 661:10, 662:22, 663:1, 663:20, 663:24, 664:23, 665:23, 667:24, 672:6, 675:6, 676:25, 682:20, 683:19, 683:23, 684:8, 685:5, 685:9, 689:10, 689:12, 690:10, 690:13, 690:16

**KATHY** [1] - 556:23

**KAYE** [1] - 556:15

**KEEP** [3] - 616:7, 616:11, 616:20

**KEEPING** [1] - 590:3

**KEPT** [1] - 589:21

**KEVIN** [1] - 556:16

**KEYWORD** [1] - 674:14

**KIGAM** [72] - 558:7, 577:6, 578:9, 579:4, 579:20, 580:13, 581:13, 581:25, 582:8, 582:14, 583:3, 594:6, 594:11, 594:15, 594:18, 594:22, 595:1, 595:6, 595:23, 595:25, 596:9, 596:11, 596:16, 596:23, 597:11, 602:24, 603:13, 603:21, 633:2, 633:11, 635:8, 645:8, 648:18, 648:24, 663:3, 663:9, 663:13, 664:1, 664:6, 664:11, 668:6, 675:18, 676:3, 676:6, 689:24, 690:11, 692:22, 692:23, 693:5, 693:12, 693:15, 693:16, 693:22, 695:4, 695:11, 695:13, 695:16, 695:20, 696:11, 697:8, 697:15, 698:7, 698:13, 699:3, 699:17, 700:15, 701:9, 701:20, 703:6, 704:20

**KIGAM'S** [3] - 703:14, 704:18, 704:21

**KIM** [1] - 649:14

**KIND** [5] - 585:1, 585:3,

---

597:23, 621:19, 709:4

**KINDS** [2] - 665:11, 666:11

**KINEMETRICS** [89] - 561:21, 562:3, 562:19, 562:25, 563:1, 563:2, 563:10, 563:12, 563:22, 564:1, 564:3, 564:13, 564:14, 564:23, 565:2, 565:4, 565:5, 565:9, 565:11, 565:12, 565:15, 565:16, 565:18, 565:23, 566:3, 566:9, 566:19, 566:20, 566:23, 567:5, 567:7, 567:11, 567:12, 569:6, 569:7, 569:8, 570:9, 570:10, 570:19, 570:21, 571:1, 571:3, 571:6, 571:13, 571:15, 578:5, 579:5, 579:8, 579:12, 579:15, 581:16, 582:5, 582:11, 582:17, 582:23, 583:2, 595:10, 601:16, 601:23, 602:2, 602:3, 602:8, 602:19, 603:3, 603:22, 605:23, 631:14, 642:23, 643:12, 643:13, 646:22, 647:7, 647:20, 650:11, 654:5, 659:1, 660:12, 662:20, 664:1, 664:5, 664:13, 669:6, 669:13, 673:1, 673:2, 706:21, 707:6, 707:20

**KINEMETRICS'** [2] - 640:11, 659:9

**KINS** [1] - 651:19

**KISS** [1] - 686:16

**KMA** [12] - 643:4, 643:5, 643:6, 644:7, 647:4, 647:17, 653:17, 653:22, 661:19, 661:20, 670:1, 670:5

**KMI** [5] - 589:19, 668:20, 669:4, 673:18, 707:3

**KNOWLEDGE** [9] - 584:19, 586:20, 690:8, 694:13, 697:4, 701:6, 702:18, 703:1, 703:3

**KNOWN** [1] - 626:15

**KOREA** [55] - 572:17, 572:19, 572:22, 573:4, 575:17, 575:21, 575:25, 576:4, 576:16, 576:23, 577:1, 592:4, 592:12, 596:21, 604:25, 605:6, 605:11, 605:19, 605:25, 619:3, 619:13, 619:19, 619:25, 620:2, 620:17, 621:4, 624:16, 624:18, 631:23, 635:12, 636:16, 640:11, 644:5, 644:6, 645:5, 645:8, 645:21, 648:2, 648:17, 648:18, 651:19,

659:5, 659:14, 660:8,
660:15, 661:17, 663:15,
664:13, 675:15, 677:20,
689:18, 689:21, 692:24,
693:19
**KOREA'S** [1] - 704:5
**KOREAN** [1] - 556:22
**KOREAN** [19] - 579:20,
580:25, 581:9, 581:11,
581:24, 619:22, 632:2,
635:7, 635:9, 639:16,
661:21, 667:17, 669:7,
685:24, 686:6, 686:16,
686:17, 691:11, 691:22
**KOURY** [29] - 556:12,
556:13, 641:3, 646:15,
655:18, 657:16, 658:2,
665:25, 666:2, 666:7,
666:16, 667:21, 668:2,
668:4, 670:12, 670:14,
670:16, 672:11, 675:11,
677:5, 682:22, 683:21,
683:25, 684:12, 685:7,
685:11, 689:8, 690:7, 690:17
**KOURY** [2] - 557:20, 666:4
**KR** [1] - 572:22
**KRISS** [4] - 648:19, 648:22,
648:24
**KUMAR** [3] - 557:10,
557:11, 557:23
**KUMAR** [49] - 556:5,
560:17, 562:10, 562:15,
573:16, 573:19, 575:6,
575:11, 578:14, 578:19,
578:25, 580:1, 581:2, 581:8,
583:5, 589:15, 596:4,
596:24, 597:3, 597:16,
599:20, 600:6, 600:11,
600:13, 604:20, 606:3,
655:22, 656:1, 656:16,
656:24, 690:19, 694:12,
695:6, 695:14, 696:6,
696:22, 697:3, 697:21,
698:1, 698:17, 699:19,
701:1, 702:17, 703:17,
703:20, 703:22, 704:1,
709:11, 709:13

**L**

**L-E-E** [1] - 618:14
**LAB** [1] - 646:2
**LABELED** [2] - 570:6,
572:10
**LABELS** [1] - 634:13
**LABORATORY** [1] - 634:4
**LACK** [3] - 694:12, 697:3,
702:17
**LACKING** [1] - 690:7
**LADIES** [1] - 560:7

**LAHUE** [1] - 556:16
**LAID** [1] - 682:2
**LANE** [1] - 652:8
**LANGUAGE** [5] - 632:2,
639:16, 639:21, 662:19
**LARGE** [2] - 591:16, 686:12
**LARGER** [3] - 602:9,
603:10, 686:22
**LARGEST** [1] - 620:8
**LAST** [1] - 641:23
**LAST** [19] - 577:8, 614:1,
618:14, 620:20, 628:15,
641:22, 641:24, 643:2,
643:9, 649:24, 652:8,
660:13, 661:19, 662:13,
665:4, 665:6, 687:17,
691:10, 692:13
**LAUNDERING** [3] - 630:13,
680:24, 681:21
**LAW** [2] - 556:12, 556:19
**LAW** [3] - 629:1, 644:13,
689:20
**LAWYER** [2] - 683:21,
684:17
**LAWYERS** [2] - 676:21,
684:6
**LAY** [1] - 702:19
**LAYS** [1] - 682:13
**LEADER** [1] - 634:3
**LEADING** [1] - 701:1
**LEARN** [3] - 651:11,
651:13, 708:25
**LEARNED** [3] - 587:20,
587:25, 709:7
**LEAST** [10] - 561:20,
563:11, 567:7, 567:23,
568:25, 570:2, 570:20,
571:5, 620:24, 674:10
**LEE** [2] - 557:15, 618:16
**LEE** [14] - 609:19, 609:23,
618:4, 618:13, 618:14,
621:3, 621:8, 622:4, 622:5,
622:16, 622:21, 623:1,
623:12, 623:19
**LEFT** [11] - 567:11, 572:1,
572:5, 579:17, 579:19,
580:20, 580:21, 585:1,
604:15, 622:16, 622:17
**LEFT-HAND** [1] - 604:15
**LEGAL** [3] - 631:23,
644:12, 698:2
**LEGAL** [1] - 675:19
**LENGTHY** [1] - 675:2
**LESS** [3] - 568:16, 655:16,
679:5
**LETTER** [4] - 609:7,
609:10, 609:11, 609:13
**LEVEL** [4] - 644:10, 702:5,
702:8, 706:9
**LEVELS** [1] - 659:12

**LG** [2] - 620:15, 620:16
**LIEU** [3] - 592:3, 592:7,
592:11
**LIFE** [2] - 685:4, 685:8
**LIFETIME** [1] - 661:16
**LIGHT** [1] - 630:19
**LIKELY** [1] - 708:23
**LIKEWISE** [1] - 699:6
**LIND** [1] - 671:17
**LINDSAY** [1] - 560:14
**LINDSAY** [1] - 557:9
**LINE** [19] - 563:14, 564:5,
564:6, 564:18, 565:22,
580:5, 590:17, 592:1,
609:21, 610:20, 622:25,
635:15, 646:11, 651:3,
660:13, 662:13, 673:9,
705:10, 705:16
**LINES** [2] - 574:20, 576:22
**LINK** [1] - 660:20
**LIST** [8] - 593:9, 622:1,
646:9, 655:21, 656:6,
685:17, 700:21
**LIST** [3] - 685:20, 687:2,
688:12
**LISTED** [16] - 575:16,
579:22, 580:9, 608:14,
608:18, 609:17, 610:8,
610:15, 622:17, 633:9,
634:23, 637:5, 637:10,
681:17, 681:18
**LISTEN** [1] - 639:15
**LISTENED** [1] - 638:19
**LITT** [1] - 556:15
**LIVE** [3] - 621:6, 621:7,
623:18
**LIVED** [6] - 621:9, 621:10,
621:11, 621:13, 621:14,
624:13
**LIVING** [1] - 624:18
**LLP** [1] - 556:15
**LOCAL** [1] - 666:18
**LOCATED** [4] - 609:1,
611:7, 629:7, 692:24
**LOCATION** [1] - 607:13
**LOGGER** [1] - 652:14
**LOGGERS** [1] - 670:18
**LOOK** [18] - 588:8, 589:25,
591:11, 592:1, 592:15,
597:21, 598:25, 600:16,
601:25, 604:15, 605:3,
612:6, 625:4, 657:16,
674:17, 685:15, 706:15
**LOOKED** [10] - 570:9,
570:11, 580:12, 587:9,
589:19, 590:5, 591:11,
593:24, 611:1, 668:11
**LOOKING** [6] - 590:2,
635:13, 659:25, 665:2,
666:5, 709:7

**LOOKS** [1] - 667:7
**LOS** [6] - 556:7, 628:25,
629:7, 683:8, 683:10, 683:11
**LOS** [3] - 555:14, 555:24,
560:1
**LOUD** [4] - 644:5, 646:24,
654:19, 661:1
**LOW** [1] - 600:2
**LOW-RISK** [1] - 600:2
**LOWER** [2] - 632:14,
673:17
**LUCKILY** [1] - 707:20
**LYNCH** [74] - 561:2, 563:7,
571:20, 572:7, 572:11,
572:12, 573:7, 573:11,
573:24, 574:10, 574:23,
575:2, 575:14, 575:20,
576:1, 576:25, 577:5,
585:24, 586:1, 586:2, 586:4,
586:11, 586:17, 586:21,
586:24, 587:4, 588:14,
588:17, 588:22, 589:2,
597:24, 598:12, 599:7,
599:11, 599:14, 599:18,
600:17, 601:14, 604:11,
604:22, 605:4, 605:7,
605:16, 607:8, 607:9,
607:11, 607:12, 607:24,
609:8, 610:7, 611:5, 611:11,
611:23, 612:17, 613:4,
613:18, 614:3, 614:18,
615:9, 616:1, 616:7, 616:19,
617:5, 617:8, 617:15,
621:17, 622:6, 622:12,
623:4, 623:22, 623:24, 625:1

**M**

**M-2** [5] - 639:7, 639:8,
639:9, 640:4
**MA'AM** [64] - 615:3, 617:10,
628:11, 629:2, 630:16,
630:25, 632:6, 632:17,
633:3, 633:6, 633:19,
634:22, 635:19, 636:11,
637:12, 638:6, 638:10,
638:18, 638:21, 640:5,
640:8, 641:16, 642:10,
644:24, 645:1, 645:13,
646:4, 646:23, 647:14,
647:24, 648:4, 648:14,
649:9, 650:3, 650:13, 652:6,
652:18, 653:4, 653:14,
654:15, 659:2, 659:8,
659:10, 659:19, 660:3,
660:17, 660:22, 661:13,
662:2, 662:12, 662:21,
663:4, 663:16, 664:2,
664:14, 664:17, 665:1,
665:17, 665:22, 689:16,

689:19, 689:22, 689:25, 690:3

**MACHINE** [1] - 707:6

**MAIL** [64] - 558:21, 558:22, 558:23, 558:24, 559:6, 559:7, 559:8, 559:9, 559:10, 559:11, 559:12, 559:13, 559:14, 559:15, 559:16, 637:7, 637:10, 637:16, 637:17, 637:18, 640:20, 642:17, 643:3, 643:21, 644:22, 646:10, 646:21, 646:24, 647:13, 647:21, 648:12, 649:7, 649:10, 650:10, 652:4, 652:20, 653:12, 654:12, 654:16, 658:25, 660:1, 660:19, 660:23, 661:11, 662:1, 662:10, 662:13, 664:24, 665:9, 665:18, 666:5, 668:11, 668:12, 669:20, 670:9, 670:17, 672:3, 672:14, 672:15, 676:11

**MAILING** [2] - 622:13, 623:2

**MAILINGS** [3] - 622:6, 623:3, 623:22

**MAILS** [24] - 591:19, 591:21, 609:13, 631:5, 640:12, 654:6, 668:10, 670:22, 671:2, 674:7, 674:9, 674:22, 674:25, 675:2, 675:9, 676:8, 676:15, 676:20, 676:23, 677:4, 686:19, 686:21, 703:19

**MAIN** [5] - 651:12, 651:13, 693:17, 701:3

**MAINTENANCE** [4] - 663:3, 663:14, 664:1, 664:12

**MAJOR** [3] - 614:23, 674:4, 703:7

**MANAGE** [1] - 703:6

**MANAGEMENT** [6] - 696:4, 697:11, 698:22, 698:24, 704:8, 705:13

**MANAGEMENT** [1] - 619:14

**MANAGER** [9] - 607:17, 615:5, 616:23, 616:25, 641:25, 642:22, 664:5, 703:16, 704:17

**MANDATORY** [2] - 653:23

**MANNER** [1] - 561:23

**MANUFACTURERS** [1] - 707:3

**MARCH** [3] - 567:22, 592:1, 662:11

**MARILYN** [1] - 556:16

**MARK** [1] - 592:21

**MARKED** [1] - 593:20

**MARKED** [8] - 592:24,

593:5, 667:5, 667:7, 676:9, 676:15, 676:19, 684:24

**MARKET** [3] - 620:4, 648:2, 669:7

**MARKING** [1] - 593:14

**MARKINGS** [3] - 592:23, 593:6, 593:7

**MARKS** [1] - 595:20

**MARRIED** [1] - 620:19

**MATCH** [1] - 603:22

**MATH** [1] - 604:4

**MATTER** [1] - 710:11

**MATTER** [1] - 657:9

**MCLANE** [1] - 556:15

**MEAN** [6] - 574:13, 574:19, 591:10, 598:3, 598:20, 695:16

**MEANING** [1] - 639:25

**MEANS** [3] - 600:20, 610:12, 698:5

**MEASURE** [1] - 702:13

**MEASURES** [1] - 693:19

**MEET** [7] - 690:2, 706:20, 707:7, 707:8, 707:12, 708:11, 708:24

**MEETING** [4] - 641:10, 696:3, 696:9, 709:3

**MEETINGS** [3] - 653:16, 665:11, 666:11

**MEMO** [1] - 610:20

**MEMORIZE** [1] - 587:17

**MEMORY** [1] - 682:24

**MEMOS** [1] - 572:21

**MENTIONED** [3] - 619:18, 649:11, 699:3

**MENTIONS** [1] - 686:15

**MERGED** [3] - 586:14, 586:20, 586:22

**MERITORIOUS** [1] - 696:20

**MERRILL** [77] - 561:2, 563:7, 571:20, 572:7, 572:11, 572:12, 573:7, 573:11, 573:24, 574:10, 574:23, 575:2, 575:14, 575:20, 576:1, 576:25, 577:5, 585:24, 586:1, 586:2, 586:4, 586:11, 586:17, 586:21, 586:24, 587:4, 588:14, 588:17, 588:22, 589:2, 597:24, 598:12, 599:7, 599:11, 599:14, 599:18, 600:17, 601:14, 604:11, 604:22, 605:4, 605:7, 605:16, 607:8, 607:9, 607:11, 607:12, 607:24, 609:8, 610:7, 611:5, 611:11, 611:23, 612:17, 613:4, 613:18, 614:3, 614:15, 614:18, 614:23, 615:9, 616:1, 616:7, 616:19, 617:1,

617:5, 617:8, 617:15, 621:17, 622:6, 622:12, 623:4, 623:22, 623:24, 625:1

**MET** [5] - 615:20, 623:14, 677:6, 677:8, 677:9

**METEOROLOGICAL** [2] - 635:7, 661:21

**METHOD** [1] - 686:7

**MI** [1] - 691:10

**MI** [2] - 556:24, 691:10

**MICHIGAN** [1] - 619:9

**MICROFICHE** [1] - 585:2

**MICROPHONE** [2] - 606:21, 633:15

**MID** [1] - 594:22

**MIDDLE** [7] - 576:12, 580:2, 626:1, 645:20, 660:19, 661:14, 662:3

**MIGHT** [10] - 565:7, 590:5, 597:9, 598:11, 648:24, 650:20, 651:2, 660:13, 661:18, 679:2

**MILITARY** [1] - 645:5

**MILLION** [1] - 643:6

**MIND** [2] - 676:14, 688:7

**MINE** [1] - 645:17

**MINERAL** [2] - 577:2, 667:18

**MINIMIZE** [5] - 564:1, 565:4, 565:15, 569:20, 571:13

**MINIMUM** [14] - 562:4, 563:1, 563:4, 563:9, 567:5, 567:21, 568:22, 569:7, 569:9, 569:24, 570:9, 570:12, 571:3, 706:8

**MINISTER** [6] - 660:5, 660:9, 661:3, 688:16, 689:1

**MINISTRIES** [1] - 635:10

**MINISTRY** [1] - 688:16

**MINISTRY** [2] - 635:5, 660:5

**MINUS** [1] - 567:10

**MINUTE** [5] - 571:18, 588:9, 611:2, 668:11, 683:2

**MINUTES** [11] - 600:11, 638:15, 655:8, 655:14, 655:16, 656:13, 679:6, 679:20, 679:25, 680:17, 709:16

**MIRANDA** [4] - 555:23, 710:5, 710:18, 710:19

**MIRANDAALGORRI@ GMAIL.COM** [1] - 555:25

**MISSED** [1] - 658:6

**MISSION** [1] - 695:17

**MISSIONS** [1] - 700:21

**MITIGATION** [2] - 665:12, 666:13

**MODELING** [1] - 636:13

**MODELS** [1] - 601:3

**MODERN** [1] - 620:6

**MODIFICATIONS** [1] - 699:13

**MOM** [2] - 624:13, 624:21

**MOMENT** [2] - 647:5, 656:17

**MONEY** [21] - 565:21, 568:16, 578:3, 581:15, 585:12, 590:9, 591:16, 597:25, 598:12, 598:13, 598:17, 600:3, 602:18, 623:9, 630:13, 659:14, 673:23, 680:24, 681:19, 681:20

**MONICA** [1] - 556:14

**MONITOR** [2] - 639:20, 645:8

**MONITORING** [2] - 644:11, 687:24

**MONTHS** [2] - 627:12, 630:8

**MOREOVER** [2] - 644:10, 649:20

**MORNING** [17] - 560:7, 560:18, 560:19, 583:10, 583:11, 607:5, 607:6, 614:10, 614:11, 618:20, 618:21, 624:6, 624:7, 628:21, 628:22, 666:3, 666:4

**MOST** [7] - 649:22, 670:5, 673:5, 700:24, 707:4, 707:5

**MOSTLY** [2] - 589:20, 644:6

**MOTHER** [1] - 621:13

**MOTION** [1] - 687:24

**MOU** [1] - 645:9

**MOUTH** [1] - 678:15

**MOVE** [30] - 562:11, 570:4, 573:17, 575:7, 578:15, 578:19, 624:16, 632:8, 634:6, 636:21, 637:23, 640:14, 642:12, 643:15, 644:16, 648:6, 649:2, 650:5, 651:24, 653:6, 654:8, 655:2, 657:9, 658:11, 659:21, 661:6, 662:23, 663:21, 664:18, 667:21

**MOVED** [1] - 569:11

**MOVEMENT** [1] - 700:25

**MR** [37] - 606:8, 607:4, 608:9, 614:6, 615:13, 616:4, 616:13, 617:22, 617:25, 641:3, 646:15, 655:18, 656:10, 657:16, 658:2, 665:25, 666:2, 666:7, 666:16, 667:21, 668:2, 668:4, 670:12, 670:14, 670:16, 672:11, 675:11, 677:5, 682:22, 683:21,

683:25, 684:12, 685:7,
685:11, 689:8, 690:7, 690:17
**MS** [198] - 560:17, 562:10,
562:15, 573:16, 573:19,
575:6, 575:11, 578:14,
578:19, 578:25, 580:1,
581:2, 581:8, 583:5, 583:9,
589:15, 589:17, 591:13,
592:21, 593:2, 593:4,
593:10, 593:12, 593:16,
593:19, 593:22, 596:4,
596:8, 596:24, 597:1, 597:3,
597:7, 597:13, 597:16,
597:20, 599:20, 599:22,
600:6, 600:8, 600:11,
600:13, 604:17, 604:20,
606:3, 606:5, 614:9, 615:15,
615:23, 616:7, 616:18,
617:19, 618:3, 618:19,
624:1, 624:3, 624:5, 625:9,
626:12, 626:14, 627:9,
627:13, 627:19, 627:22,
627:24, 628:1, 628:4,
628:20, 630:22, 632:7,
632:12, 633:18, 634:5,
634:9, 636:21, 637:1,
637:22, 638:3, 638:22,
638:25, 639:3, 639:6,
639:10, 639:13, 639:18,
640:3, 640:13, 640:19,
641:6, 642:11, 642:16,
643:14, 643:20, 644:15,
644:21, 646:10, 646:19,
648:5, 648:11, 649:1, 649:6,
650:4, 650:9, 651:23, 652:3,
653:5, 653:11, 654:7,
654:11, 655:1, 655:14,
655:16, 655:22, 656:1,
656:4, 656:8, 656:16,
656:24, 657:1, 657:8,
657:12, 657:18, 657:22,
658:4, 658:8, 658:9, 658:13,
658:16, 658:19, 658:22,
659:20, 659:25, 661:5,
661:10, 662:22, 663:1,
663:20, 663:24, 664:23,
665:23, 667:24, 672:6,
675:6, 676:25, 682:20,
683:19, 683:23, 684:8,
685:5, 685:9, 689:10,
689:12, 690:10, 690:13,
690:16, 690:19, 690:23,
691:2, 691:5, 692:1, 692:16,
692:20, 694:9, 694:12,
694:16, 694:19, 695:6,
695:11, 695:14, 695:18,
695:20, 696:6, 696:11,
696:22, 696:24, 697:3,
697:8, 697:21, 697:24,
698:1, 698:9, 698:12,
698:17, 698:21, 699:19,

700:1, 701:1, 701:8, 701:12,
702:17, 702:21, 703:17,
703:20, 703:22, 704:1,
704:3, 707:3, 709:11, 709:13
**MSIP** [1] - 660:5
**MULTIPLE** [4] - 682:6,
682:8, 699:13, 703:8
**MUST** [5] - 563:4, 570:20,
570:21, 639:23, 641:18
**MUTUAL** [1] - 675:19
**MUTUAL** [8] - 589:3, 598:1,
598:4, 598:18, 598:22,
599:15, 631:23

## N

**NAME** [35] - 575:18,
575:21, 575:25, 576:4,
583:24, 584:18, 584:23,
585:21, 605:20, 605:25,
606:17, 610:5, 618:12,
618:13, 618:14, 619:1,
622:23, 623:23, 625:23,
626:1, 628:13, 628:14,
628:15, 634:17, 635:23,
637:5, 650:15, 650:18,
691:9, 691:10, 691:19,
691:21, 692:12, 692:13,
692:14
**NAMED** [1] - 614:20
**NATHAN** [7] - 591:22,
640:25, 648:13, 649:7,
654:13, 662:10, 664:25
**NATIONAL** [3] - 645:9,
696:15, 704:25
**NATIONAL** [2] - 635:6,
635:17
**NATIONS** [1] - 689:2
**NATURALLY** [2] - 672:18,
698:14
**NATURE** [5] - 591:17,
599:23, 630:6, 681:9, 683:18
**NEARBY** [2] - 705:2,
705:18
**NEARLY** [1] - 650:25
**NECESSARILY** [1] - 674:18
**NECESSARY** [15] - 563:2,
564:2, 564:3, 565:5, 567:24,
568:23, 569:8, 569:10,
569:22, 570:3, 570:10,
570:12, 571:6, 705:1, 705:21
**NEED** [4] - 649:24, 657:16,
665:20, 698:3
**NEEDED** [2] - 567:12,
571:16
**NEEDING** [1] - 591:22
**NEEDS** [1] - 682:14
**NET** [3] - 574:17, 599:18,
600:21
**NETTED** [1] - 574:12

**NETWORK** [3] - 635:9,
635:25, 636:16
**NETWORK** [4] - 636:8,
671:25, 688:4, 701:18
**NETWORKS** [1] - 688:4
**NEVADA** [1] - 683:8
**NEVER** [7] - 585:20,
615:19, 627:13, 627:16,
669:11, 675:17, 676:2
**NEW** [16] - 556:9, 575:20,
605:24, 609:3, 609:12,
609:20, 611:8, 611:11,
612:5, 613:10, 613:18,
614:3, 621:8, 622:4, 622:22
**NEW** [6] - 593:8, 641:17,
647:18, 651:21, 656:22,
665:14
**NEXT** [30] - 564:5, 564:18,
565:11, 592:21, 592:24,
595:20, 606:7, 608:19,
609:6, 611:17, 612:9, 613:1,
618:2, 622:25, 628:3,
633:18, 633:23, 641:15,
641:22, 647:19, 649:17,
651:3, 651:7, 653:18,
657:17, 661:18, 673:9,
682:24, 690:18, 707:2
**NICE** [1] - 662:4
**NIGHT** [3] - 694:22, 694:25,
695:1
**NINE** [5] - 561:3, 588:12,
588:13, 629:6, 649:22
**NITTY** [1] - 703:4
**NITTY-GRITTY** [1] - 703:4
**NO** [1] - 710:19
**NOMINAL** [1] - 649:25
**NON** [3] - 566:20, 567:11,
572:11
**NON-KINEMETRICS** [2] -
566:20, 567:11
**NON-MERRILL** [1] - 572:11
**NORMAL** [1] - 693:21
**NORMALLY** [3] - 577:21,
694:2, 694:17
**NORTH** [2] - 556:6, 645:8
**NOS** [1] - 578:23
**NOTED** [3] - 576:3, 576:8,
662:18
**NOTHING** [10] - 587:19,
587:22, 594:19, 606:13,
614:6, 618:8, 628:9, 678:20,
689:8, 692:8
**NOTICE** [2] - 581:3, 581:7
**NOTIFICATION** [3] - 705:3,
706:10, 706:16
**NOTIFIED** [1] - 706:13
**NOTIFYING** [1] - 696:9
**NOVEMBER** [5] - 571:4,
571:14, 574:1, 614:4, 693:13
**NUCLEAR** [1] - 651:19

**NUCLEAR** [1] - 644:7
**NUCLEAR-RELATED** [1] -
644:7
**NUMBER** [36] - 566:5,
566:8, 566:12, 566:13,
566:14, 566:24, 567:9,
579:21, 580:3, 580:6, 580:9,
580:19, 583:12, 585:9,
585:10, 586:25, 587:10,
587:12, 587:15, 587:18,
587:21, 588:6, 593:1, 602:7,
603:9, 608:17, 609:2, 611:3,
612:10, 613:20, 658:6,
658:7, 701:23, 702:4, 706:14
**NUMBERS** [2] - 588:2,
588:23
**NW** [1] - 556:9

## O

**OATH** [4] - 560:10, 691:9,
691:13, 691:19
**OBJECT** [2] - 641:3, 690:7
**OBJECTED** [1] - 679:21
**OBJECTION** [51] - 589:15,
596:4, 596:24, 597:3,
597:15, 599:20, 600:6,
615:13, 616:4, 616:13,
626:12, 627:9, 641:5,
646:13, 657:15, 657:20,
657:25, 658:4, 658:5,
658:13, 667:23, 667:24,
672:6, 675:6, 676:25,
682:20, 683:19, 683:23,
684:8, 685:5, 685:9, 694:12,
695:6, 695:14, 695:15,
696:6, 696:22, 697:3,
697:21, 698:1, 698:17,
699:19, 701:1, 702:17,
702:20, 703:17, 703:18,
704:2, 709:11, 709:12,
709:14
**OBJECTIVE** [2] - 649:16,
673:14
**OBLIGATION** [2] - 699:15,
699:16
**OBSERVATION** [10] -
636:8, 687:5, 687:10,
701:16, 701:23, 701:24,
702:3, 702:4, 703:13, 705:1
**OBSERVATIONS** [1] -
686:12
**OBSERVATORY** [1] -
701:20
**OBSERVE** [2] - 701:4,
702:13
**OBTAIN** [5] - 631:19,
707:21, 707:23, 708:7, 709:9
**OBTAINED** [5] - 631:10,
631:15, 631:18, 631:22,

696:15
**OBVIOUSLY** [3] - 669:19, 685:11, 704:23
**OCCASION** [2] - 638:14, 638:15
**OCCURRED** [1] - 665:7
**OCEAN** [1] - 556:13
**OCTOBER** [2] - 649:8, 654:14
**OF** [13] - 555:2, 555:5, 555:12, 556:1, 556:8, 556:12, 556:19, 710:1, 710:7, 710:9, 710:12, 710:15
**OFFER** [1] - 673:16
**OFFICE** [8] - 577:12, 626:19, 628:25, 629:7, 642:7, 651:13, 678:19, 680:15
**OFFICE** [2] - 675:24, 690:6
**OFFICERS** [1] - 661:3
**OFFICES** [1] - 614:23
**OFFICES** [2] - 556:12, 556:19
**OFFICIAL** [4] - 555:23, 710:1, 710:5, 710:19
**OFFICIAL** [10] - 653:24, 654:24, 663:13, 664:12, 681:5, 681:19, 691:12, 693:23, 700:17, 709:3
**OFFICIALLY** [4] - 632:4, 641:11, 650:16, 654:25
**OFFICIALS** [2] - 629:24, 630:1
**OFTEN** [6] - 572:22, 670:5, 670:24, 676:19, 694:22, 695:1
**ONCE** [4] - 624:22, 627:2, 656:12, 678:21
**ONCESCU** [1] - 652:8
**ONE** [68] - 562:3, 562:24, 569:6, 574:16, 576:14, 576:18, 581:11, 583:12, 583:15, 586:7, 586:12, 586:23, 587:12, 589:6, 589:7, 589:9, 590:7, 592:15, 593:24, 597:24, 611:12, 611:17, 612:9, 633:1, 636:9, 636:15, 638:6, 641:7, 644:6, 645:7, 645:11, 656:16, 658:5, 658:6, 659:6, 659:9, 659:14, 667:7, 669:16, 669:19, 676:16, 679:15, 684:23, 684:24, 685:19, 685:23, 686:5, 686:11, 686:25, 687:4, 687:8, 687:13, 687:17, 687:18, 687:23, 688:15, 688:21, 688:25, 694:5, 695:23, 701:3, 702:25, 703:9, 703:15, 706:22, 707:4

**ONE-THIRD** [1] - 645:7
**ONES** [5] - 569:17, 651:21, 653:23, 676:9, 704:22
**OPEN** [10] - 560:6, 586:2, 608:22, 621:21, 625:2, 650:16, 651:1, 655:10, 657:4, 696:2
**OPENED** [10] - 584:17, 586:17, 586:18, 586:24, 589:8, 589:9, 589:11, 621:22, 625:2, 637:20
**OPENING** [5] - 584:10, 586:21, 587:4, 604:10, 621:23
**OPERATED** [1] - 705:14
**OPERATING** [1] - 704:23
**OPERATION** [4] - 636:7, 688:4, 703:13, 705:18
**OPERATIONAL** [1] - 635:24
**OPERATIONS** [2] - 617:12, 704:9
**OPPORTUNITY** [1] - 656:11
**ORDER** [23] - 563:25, 565:4, 566:24, 592:22, 592:24, 593:23, 603:21, 629:24, 630:2, 641:20, 642:2, 643:6, 643:8, 645:8, 647:19, 649:12, 651:1, 652:12, 660:14, 665:15, 666:19, 672:17, 695:17
**ORDERS** [2] - 665:14, 669:14
**ORGANIZATIONS** [11] - 644:7, 644:10, 644:12, 645:23, 645:25, 648:17, 653:24, 672:15, 673:10, 673:13, 701:18
**ORIGINAL** [1] - 656:21
**OURSELF** [1] - 707:12
**OUTCOME** [1] - 690:12
**OUTHAY** [2] - 642:20, 642:21, 642:22, 644:1, 644:23, 646:11, 646:21, 647:1, 650:11, 652:5, 652:19, 652:25, 653:1, 653:13, 658:25, 660:2, 660:18, 661:12, 661:25, 662:19, 664:6, 668:16, 669:25, 670:10, 672:15
**OVERALL** [2] - 704:8, 704:10
**OVERRULED** [1] - 675:7
**OVERRULED** [19] - 597:4, 604:19, 616:14, 626:13, 627:10, 641:5, 672:8, 677:2, 684:9, 690:9, 695:7, 696:7, 697:22, 698:18, 699:21, 701:2, 703:18, 704:2, 709:14

**OVERSEAS** [2] - 708:1, 709:4
**OVERSEEING** [1] - 704:8
**OWING** [1] - 708:12
**OWN** [6] - 584:17, 645:16, 697:25, 698:20, 700:17, 701:16
**OWNED** [1] - 624:24

**P**

**P.M** [1] - 709:17
**PACIFIC** [2] - 556:20, 642:23
**PAGE** [67] - 562:15, 567:14, 569:2, 570:4, 576:11, 580:4, 587:2, 587:7, 591:7, 591:13, 608:9, 608:19, 608:20, 609:6, 609:7, 611:12, 611:17, 611:18, 612:6, 612:10, 612:24, 613:2, 613:13, 613:15, 613:23, 613:25, 614:1, 622:15, 622:18, 625:4, 625:12, 632:13, 632:14, 632:18, 632:19, 633:7, 633:18, 633:23, 635:8, 635:11, 635:15, 640:20, 642:17, 643:21, 644:22, 645:20, 646:20, 648:12, 652:4, 653:12, 660:19, 661:11, 662:3, 662:8, 662:9, 663:5, 664:3, 674:15, 674:18, 674:22, 685:19, 686:25, 687:17, 687:18
**PAGE** [1] - 710:11
**PAGE** [1] - 557:7
**PAGES** [6] - 584:16, 674:10, 674:12, 674:14, 674:16, 674:21
**PAGES** [1] - 555:8
**PAID** [13] - 590:3, 590:9, 590:18, 599:4, 599:6, 599:17, 697:20, 698:7, 698:8, 698:16, 699:4, 699:9
**PAIR** [1] - 648:23
**PAPER** [2] - 592:17, 625:5
**PAPERWORK** [1] - 621:24
**PARAGRAPH** [23] - 641:2, 641:23, 644:4, 645:2, 645:10, 645:21, 648:15, 649:17, 649:24, 651:3, 652:7, 652:11, 653:15, 653:18, 653:19, 654:18, 659:4, 661:15, 663:12, 664:10, 664:11, 665:2, 666:9
**PARAGRAPHS** [3] - 643:2, 650:14, 651:8
**PARDON** [1] - 655:15
**PARENTHESES** [1] -

610:25
**PARENTHESIS** [1] - 644:12
**PARENTHESIS** [9] - 644:13, 650:18, 650:19, 650:22, 650:23, 651:20, 651:21, 660:5, 660:6
**PARENTS** [1] - 624:24
**PARK** [1] - 556:13
**PART** [18] - 567:8, 572:2, 584:12, 589:17, 616:11, 616:19, 619:14, 629:12, 629:13, 633:2, 633:10, 645:7, 667:11, 671:21, 685:24, 686:4, 686:6, 686:22
**PART-TIME** [1] - 619:14
**PARTICIPANT** [3] - 638:5, 649:21, 650:24
**PARTICIPANTS** [1] - 650:21
**PARTICIPATE** [3] - 649:25, 650:24, 651:6
**PARTICIPATING** [3] - 634:18, 654:1, 708:18
**PARTICIPATION** [1] - 634:11
**PARTICULAR** [20] - 570:16, 576:2, 579:18, 579:21, 590:6, 600:24, 601:5, 607:13, 629:12, 669:17, 671:12, 673:4, 689:17, 693:4, 696:10, 696:17, 700:17, 703:22, 704:14, 708:6
**PARTICULARLY** [4] - 629:22, 632:13, 699:11, 703:12
**PARTIES** [2] - 664:9, 669:15
**PARTIES'** [2] - 632:9, 640:15
**PARTY** [1] - 700:4
**PASADENA** [3] - 607:8, 607:14, 614:12
**PASADENA** [1] - 556:18
**PASS** [1] - 660:20
**PASSED** [1] - 651:21
**PASSING** [1] - 648:3
**PASSWORD** [1] - 637:18
**PAST** [1] - 702:21
**PATENT** [1] - 686:2
**PATENTS** [6] - 685:17, 685:20, 687:2, 687:3, 687:19, 687:21
**PAUSING** [1] - 647:5
**PAY** [2] - 651:10, 662:15
**PAYABLE** [3] - 610:6, 611:23, 612:17
**PAYING** [1] - 629:24
**PAYMENT** [13] - 564:2, 565:6, 567:24, 570:3,

570:13, 571:7, 571:16, 572:6, 590:4, 592:3, 592:7, 604:16, 664:16

**PAYMENTS** [10] - 585:15, 589:22, 592:11, 595:9, 602:16, 602:17, 603:6, 603:9, 647:11, 663:18

**PC** [3] - 670:23, 670:24, 671:6

**PC-BASED** [3] - 670:23, 670:24, 671:6

**PEARCE** [7] - 591:22, 640:25, 648:13, 649:7, 654:13, 662:10, 664:25

**PEN** [1] - 592:23

**PENDING** [4] - 606:12, 618:7, 628:8, 692:7

**PENINSULA** [2] - 685:24, 686:7

**PEOPLE** [6] - 588:1, 656:2, 675:21, 676:5, 686:22, 690:1

**PER** [3] - 632:9, 640:14, 674:22

**PERCENT** [15] - 573:9, 574:25, 575:22, 598:8, 598:18, 599:7, 599:17, 604:20, 605:5, 605:18, 669:6, 669:7, 695:24, 696:1, 708:8

**PERCENTAGE** [2] - 573:6, 575:19

**PERFORM** [2] - 701:5, 701:19

**PERFORMANCE** [6] - 696:17, 696:18, 702:5, 702:8, 706:9, 707:5

**PERIOD** [8] - 564:8, 564:11, 573:25, 574:4, 585:15, 598:8, 619:18, 634:1

**PERMANENT** [1] - 644:10

**PERMISSION** [4] - 593:12, 649:11, 649:13, 649:14

**PERSON** [7] - 623:14, 625:24, 626:25, 634:17, 636:1, 638:9, 680:18

**PERSON'S** [1] - 700:9

**PERSONAL** [5] - 690:8, 694:13, 697:4, 702:18, 703:1

**PERSONALLY** [6] - 659:12, 661:23, 663:18, 664:16, 697:14, 697:19

**PERSONNEL** [8] - 558:6, 619:25, 631:8, 631:24, 632:22, 632:24, 633:2, 685:15

**PERSUADE** [1] - 645:22

**PETER** [4] - 610:25, 614:21, 625:2, 625:23

**PETITION** [1] - 704:16

**PH.D** [3] - 587:24, 692:25,

693:1

**PHONE** [9] - 623:16, 679:9, 683:1, 683:5, 683:25, 684:1, 684:7, 684:12, 684:18

**PHONY** [2] - 585:21, 587:20

**PHOTOSCANNED** [3] - 610:4, 611:19, 612:11

**PICTURE** [3] - 597:2, 660:9, 661:4

**PIE** [5] - 573:23, 597:24, 598:7, 599:3

**PIECE** [1] - 625:5

**PLACE** [3] - 625:20, 677:23, 699:23

**PLAINTIFF** [1] - 555:6

**PLAINTIFF** [1] - 556:3

**PLANE** [1] - 678:17

**PLANNED** [1] - 693:20

**PLANNING** [1] - 660:6

**PLANNING** [1] - 645:16

**PLAY** [3] - 638:23, 639:4, 640:1

**PLAYED** [1] - 702:16

**PLAYING** [1] - 640:2

**PLEAD** [1] - 682:19

**PLUS** [1] - 696:19

**POINT** [12] - 565:19, 586:6, 586:7, 623:21, 626:18, 627:4, 627:7, 653:19, 655:20, 683:22, 696:19, 706:11

**POLICIES** [1] - 607:22

**POOL** [2] - 565:20, 565:21

**POONAM** [1] - 556:5

**POOR** [1] - 585:1

**POP** [1] - 639:4

**PORTFOLIO** [2] - 589:6, 589:7

**PORTION** [10] - 564:23, 576:12, 576:15, 580:2, 589:4, 591:5, 591:8, 605:3, 638:6, 659:16

**POSITION** [2] - 607:16, 607:18

**POSITIONS** [3] - 633:10, 633:21, 633:25

**POSSIBILITY** [1] - 660:8

**POSSIBLE** [9] - 564:3, 565:23, 568:4, 569:21, 570:15, 571:15, 641:19, 642:6, 661:22

**POSSIBLY** [1] - 589:24

**POT** [1] - 568:17

**POTENTIAL** [2] - 685:23, 686:6

**POTENTIALLY** [2] - 674:22, 674:23

**POWER** [1] - 635:12

**PRACTICES** [1] - 629:23

**PRECEDE** [1] - 676:20

**PRECEDING** [1] - 613:22

**PREDATE** [1] - 591:12

**PREFERRED** [1] - 654:22

**PRELIMINARY** [3] - 653:20, 653:21, 657:8

**PREPARATION** [1] - 646:2

**PREPARE** [3] - 562:7, 573:13, 575:4

**PREPARED** [4] - 597:8, 684:16, 701:22, 705:6

**PREPAREDNESS** [2] - 665:12, 666:12

**PRESCRIBING** [1] - 708:4

**PRESENCE** [4] - 560:6, 617:18, 655:10, 657:4

**PRESENT** [13] - 560:8, 655:11, 656:6, 656:13, 657:6, 681:22, 682:16, 682:25, 683:15, 684:19, 691:4

**PRESENTATION** [4] - 652:9, 652:10, 652:12, 660:7

**PRESIDENT** [1] - 688:22

**PRESIDENT** [5] - 634:4, 641:24, 649:11, 652:8, 663:7

**PRESUMABLY** [2] - 684:6, 684:15

**PRETRIAL** [1] - 646:9

**PRETTY** [2] - 630:10, 705:4

**PREVENTIVE** [1] - 693:19

**PREVIOUS** [4] - 615:7, 632:9, 641:11, 671:7

**PREVIOUSLY** [5] - 574:9, 611:7, 620:17, 622:14, 662:7

**PREVIOUSLY** [1] - 560:15

**PRICE** [11] - 600:24, 642:3, 644:8, 665:14, 665:21, 666:24, 670:2, 673:11, 673:13, 673:16

**PRICES** [3] - 650:22, 670:5, 673:7

**PRIMARILY** [3] - 631:5, 631:12, 675:12

**PRIME** [2] - 688:16, 688:25

**PRINCE** [1] - 629:18

**PRINCIPAL** [1] - 693:10

**PRINCIPLE** [2] - 564:25, 569:16

**PRINCIPLES** [11] - 563:25, 568:1, 568:3, 568:10, 568:20, 569:5, 569:16, 569:23, 570:14, 571:8, 571:11

**PRIVATE** [21] - 649:12, 650:1, 680:14, 695:25, 696:13, 696:16, 696:21, 697:2, 697:7, 697:9, 697:13, 697:14, 697:25, 698:5, 698:16, 698:23, 699:9, 699:18, 699:20, 700:2, 700:3

**PRIVILEGE** [1] - 709:8

**PROBLEM** [2] - 637:18, 648:24

**PROBLEMATIC** [1] - 672:4

**PROCEDURE** [1] - 649:25

**PROCEDURES** [1] - 607:22

**PROCEED** [10] - 560:12, 563:3, 593:21, 618:15, 628:16, 657:7, 658:21, 692:15, 707:22, 708:13

**PROCEEDINGS** [1] - 710:10

**PROCEEDINGS** [3] - 560:5, 655:9, 657:3

**PROCESS** [7] - 567:24, 571:16, 581:21, 662:5, 682:17, 696:2, 705:3

**PROCESSED** [1] - 662:17

**PROCESSING** [1] - 678:18

**PRODUCT** [4] - 660:11, 668:20, 668:24, 668:25

**PRODUCTIONS** [1] - 631:20

**PRODUCTS** [4] - 663:15, 664:13, 670:5, 670:6

**PROFESSION** [1] - 692:21

**PROFESSORS** [1] - 647:18

**PROFIT** [1] - 598:4

**PROFITABLE** [1] - 651:1

**PROGRAM** [3] - 687:14, 687:23, 687:24

**PROGRAMS** [2] - 687:8, 687:21

**PROHIBITED** [1] - 698:19

**PROHIBITION** [1] - 698:15

**PROJECT** [46] - 634:11, 634:16, 634:17, 635:20, 635:22, 635:23, 636:1, 636:6, 636:12, 636:18, 641:25, 642:1, 645:5, 659:11, 668:23, 669:17, 697:16, 697:17, 703:10, 703:11, 703:13, 703:15, 703:19, 704:6, 704:7, 704:11, 704:14, 704:17, 704:19, 705:8, 705:9, 705:11, 706:11, 706:12, 707:15, 707:17, 707:22, 708:10, 708:14, 708:16, 708:18, 708:20, 708:23, 709:6

**PROJECT** [1] - 634:15

**PROJECTS** [8] - 634:21, 634:23, 635:4, 635:8, 640:11, 697:14, 703:7, 703:9

**PROMISE** [2] - 652:23, 671:13

**PROMOTION** [1] - 689:2

**PROPER** [1] - 641:12

**PROPOSAL** [6] - 705:6,

705:23, 705:25, 706:3, 707:18
**PROSECUTOR'S** [1] - 690:6
**PROVE** [1] - 649:16
**PROVIDE** [3] - 679:13, 696:11, 703:5
**PROVIDED** [7] - 576:2, 584:11, 594:11, 656:19, 656:20, 708:13
**PROVIDING** [2] - 648:2, 699:12
**PUBLIC** [3] - 680:7, 706:14, 706:16
**PULL** [1] - 562:15
**PULLED** [1] - 676:10
**PURCHASE** [3] - 574:18, 640:10, 649:13
**PURCHASED** [6] - 646:1, 650:20, 669:1, 672:16, 707:25, 708:5
**PURCHASES** [5] - 572:16, 573:2, 573:4, 574:15, 605:1
**PURCHASING** [1] - 673:14
**PURPLE** [2] - 572:10, 599:3
**PURPOSE** [1] - 705:15
**PURPOSES** [2] - 566:18, 593:14
**PURSUANT** [3] - 631:10, 631:15, 631:19
**PURSUANT** [1] - 710:8
**PURSUE** [1] - 697:16
**PURSUIT** [1] - 702:13
**PUT** [8] - 587:6, 590:1, 592:18, 595:20, 672:12, 680:11, 705:2, 705:7

## Q

**Q330** [10] - 643:7, 643:8, 645:18, 651:22, 660:9, 660:10, 660:15, 661:17, 668:13, 668:19
**Q4120** [2] - 651:20, 661:17
**QUALIFIED** [1] - 600:5
**QUALITY** [3] - 644:8, 703:2, 706:19
**QUANTERRA** [29] - 561:21, 570:20, 570:22, 579:5, 579:8, 579:12, 579:15, 581:16, 582:5, 582:11, 582:17, 582:23, 583:2, 595:10, 601:23, 602:3, 602:8, 602:19, 603:4, 603:23, 605:23, 631:13, 660:11, 663:3, 663:8, 663:15, 668:20, 668:24, 669:6
**QUANTICO** [1] - 630:9
**QUESTIONS** [17] - 583:5,

600:8, 600:10, 600:15, 606:3, 617:19, 617:21, 624:1, 627:20, 655:6, 665:23, 678:12, 678:24, 680:1, 689:9, 690:13, 698:9
**QUITE** [4] - 647:23, 701:22, 702:6, 703:5
**QUOTE** [2] - 662:16, 662:17
**QUOTE/UNQUOTE** [1] - 621:4
**QUOTED** [1] - 662:19

## R

**R&D** [1] - 635:22
**RADIO** [1] - 665:13
**RAGE** [1] - 633:20
**RAIL** [2] - 635:9, 636:16
**RAIL** [18] - 703:9, 703:12, 703:15, 703:19, 704:6, 704:7, 704:19, 704:23, 705:2, 705:10, 705:12, 705:16, 705:17, 706:3, 706:12, 708:10, 709:6
**RAILROAD** [1] - 706:6
**RAILROAD** [9] - 704:20, 704:25, 705:8, 705:18, 706:13, 707:9, 707:11, 708:12, 708:24
**RAILWAY** [1] - 636:20
**RAISE** [6] - 606:10, 618:5, 628:6, 665:14, 665:20, 692:5
**RAN** [1] - 674:13
**RANGE** [1] - 634:20
**RAPID** [1] - 666:19
**RAPIDLY** [1] - 705:20
**RATE** [3] - 580:23, 581:9, 581:24
**RATES** [2] - 581:4, 601:2
**RATHER** [2] - 669:4, 673:17
**RATIFIED** [2] - 700:6, 700:9
**RAYNOR** [3] - 556:19, 556:19, 656:10
**RE** [4] - 577:20, 592:3, 592:7, 592:11
**RE-REVIEWED** [1] - 577:20
**REACH** [3] - 563:9, 596:10, 596:21
**READ** [40] - 571:5, 576:21, 576:22, 579:18, 587:10, 610:23, 622:20, 635:23, 636:12, 636:18, 637:7, 641:1, 641:22, 643:2, 644:4, 645:3, 645:10, 646:3, 646:24, 647:16, 648:15, 650:2, 650:14, 651:3, 651:7, 652:7, 652:17, 653:18, 654:18, 659:4, 659:18, 660:4, 660:16, 661:1, 662:13, 663:13, 664:11,

665:16, 679:7, 682:14
**READING** [3] - 598:16, 632:15, 679:2
**READS** [6] - 645:21, 649:10, 653:16, 666:22, 686:10, 686:14
**READY** [1] - 656:6
**REAL** [1] - 645:4
**REALLY** [4] - 651:1, 651:17, 699:23, 703:3
**REALTIME** [1] - 710:5
**REALTIME** [2] - 686:11, 687:5
**REASON** [4] - 676:19, 676:21, 677:18, 688:10
**RECEIPT** [5] - 558:8, 558:9, 558:10, 558:11, 558:12
**RECEIPT** [1] - 593:25
**RECEIVE** [11] - 579:15, 582:4, 582:10, 582:16, 582:22, 603:3, 622:12, 630:9, 645:7, 661:23, 697:17
**RECEIVED** [92] - 562:13, 562:14, 573:18, 575:9, 575:10, 578:4, 578:9, 578:17, 578:18, 578:22, 578:23, 579:2, 579:4, 579:8, 579:11, 581:16, 583:2, 585:16, 590:8, 595:9, 596:14, 596:15, 597:18, 597:19, 602:1, 602:5, 602:7, 602:12, 602:16, 602:18, 602:19, 605:8, 623:4, 630:3, 630:11, 631:21, 631:24, 632:1, 632:10, 632:11, 633:1, 634:7, 636:23, 636:25, 638:1, 638:2, 640:17, 640:18, 642:14, 642:15, 643:17, 643:19, 644:18, 644:20, 646:16, 646:18, 648:8, 648:10, 649:4, 649:5, 650:7, 650:8, 651:25, 652:2, 653:8, 653:10, 654:9, 654:10, 655:3, 655:5, 657:19, 657:21, 657:24, 658:1, 658:17, 658:20, 659:22, 659:24, 661:7, 661:9, 662:24, 662:25, 663:22, 663:23, 664:20, 664:22, 667:25, 668:3, 688:6, 689:4, 690:5, 695:17
**RECEIVING** [1] - 647:11
**RECENTLY** [1] - 645:7
**RECESS** [3] - 655:7, 657:2, 709:17
**RECOGNIZE** [4] - 573:19, 585:5, 638:16, 640:4
**RECOGNIZED** [2] - 660:8, 695:9

**RECOMMEND** [2] - 615:12, 644:9
**RECOMMENDED** [6] - 644:14, 645:17, 647:3, 651:22, 668:13, 668:23
**RECORD** [14] - 558:6, 606:17, 618:12, 628:13, 630:17, 630:20, 632:22, 632:24, 633:2, 633:5, 657:5, 657:9, 658:15, 692:12
**RECORDER** [2] - 651:11, 686:8
**RECORDERS** [4] - 650:16, 650:18, 650:22, 651:10
**RECORDING** [3] - 638:17, 639:16, 687:14
**RECORDS** [1] - 558:14
**RECORDS** [40] - 564:16, 574:4, 576:1, 583:13, 583:15, 583:16, 584:13, 584:20, 585:23, 585:24, 586:2, 586:24, 587:4, 587:9, 589:19, 589:22, 590:2, 592:2, 592:7, 593:24, 594:7, 599:11, 601:10, 601:13, 601:16, 601:19, 602:2, 616:8, 616:11, 616:14, 616:19, 631:6, 631:8, 631:12, 631:24, 632:1, 689:3
**RECOVERY** [2] - 637:10, 637:15
**RED** [4] - 572:14, 595:18, 598:7, 625:17
**REDIRECT** [3] - 600:12, 627:21, 689:11
**REDIRECT** [1] - 557:11, 557:20
**REDONDO** [1] - 556:21
**REDUCE** [1] - 686:7
**REFERENCE** [9] - 590:16, 642:9, 645:24, 652:16, 661:4, 672:12, 685:17, 686:19
**REFERENCED** [3] - 676:16, 686:21
**REFERENCES** [2] - 576:9, 643:12
**REFERRED** [1] - 629:3
**REFERRING** [1] - 704:13
**REFERS** [1] - 671:16
**REFLECT** [6] - 594:15, 596:18, 597:8, 623:6, 630:20, 657:5
**REFLECTED** [3] - 591:8, 594:6, 601:6
**REFLECTING** [1] - 588:13
**REFLECTS** [1] - 594:5
**REFUNDS** [1] - 561:11
**REGARD** [1] - 661:23
**REGARDED** [1] - 695:9

**REGARDING** [8] - 563:9, 567:5, 567:21, 568:1, 569:24, 571:3, 571:9, 699:9
**REGION** [1] - 572:21
**REGIONAL** [1] - 642:23
**REGISTERED** [1] - 691:23
**REGULAR** [1] - 700:14
**REGULATION** [3] - 661:16, 699:13, 699:25
**REGULATIONS** [5] - 607:21, 699:2, 699:7, 699:10, 699:24
**REGULATIONS** [1] - 710:12
**RELATED** [7] - 594:12, 640:10, 644:7, 648:1, 665:11, 666:12, 703:11
**RELATES** [1] - 675:4
**RELATING** [2] - 631:24, 654:3
**RELATION** [1] - 648:3
**RELATIONSHIP** [2] - 589:4, 703:23
**RELEVANCE** [16] - 596:24, 599:20, 600:6, 615:13, 616:5, 616:13, 626:12, 682:20, 683:19, 683:23, 684:8, 685:5, 685:9, 696:6, 697:21, 703:17
**RELEVANT** [2] - 637:7, 703:21
**RELIABLE** [2] - 669:25, 673:23
**REMAIN** [3] - 560:10, 569:17, 692:4
**REMAINED** [1] - 588:18
**REMAINING** [1] - 561:15
**REMARKS** [1] - 649:22
**REMEMBER** [18] - 578:6, 590:2, 590:6, 591:24, 622:10, 671:1, 671:2, 671:3, 671:4, 671:6, 671:24, 678:13, 680:6, 681:7, 682:15, 682:22, 683:12, 683:13
**REMIND** [2] - 560:25, 581:15
**REORGANIZED** [1] - 645:6
**REPEAT** [2] - 684:10, 704:4
**REPHRASE** [3] - 596:6, 676:13, 698:3
**REPLACE** [3] - 641:10, 651:20, 661:17
**REPLACED** [1] - 641:13
**REPLACING** [1] - 661:19
**REPORT** [2] - 622:17, 623:6
**REPORTED** [1] - 710:10
**REPORTER** [4] - 555:23, 710:1, 710:6, 710:19

**REPORTER** [1] - 626:2
**REPORTER'S** [1] - 555:12
**REPRESENTATION** [4] - 559:17, 559:18, 663:2, 663:25
**REPRESENTATIVE** [3] - 663:14, 664:12, 673:19
**REPRESENTED** [1] - 634:14
**REPRESENTS** [2] - 574:7, 574:8
**REPUBLIC** [1] - 631:23
**REPUTATION** [1] - 695:4
**REQUEST** [1] - 646:12
**REQUEST** [11] - 631:23, 641:12, 662:5, 662:16, 662:18, 675:20, 689:22, 689:23, 705:7, 705:22, 706:3
**REQUIRE** [3] - 691:1, 697:12, 705:17
**REQUIRED** [3] - 562:5, 666:19, 706:19
**REQUIREMENT** [12] - 652:13, 653:2, 670:1, 698:21, 700:8, 700:9, 706:8, 706:18, 706:20, 707:7, 707:8, 708:11
**REQUIREMENTS** [2] - 653:23, 700:2
**RESEARCH** [13] - 635:8, 635:25, 636:9, 648:18, 654:21, 663:9, 664:7, 665:10, 693:8, 693:17, 700:18, 700:22, 701:4
**RESEARCH** [14] - 634:18, 645:24, 688:4, 688:8, 693:18, 695:22, 697:12, 697:17, 701:19, 702:1, 702:15, 702:23, 705:7, 708:4
**RESEARCHER** [24] - 633:12, 633:16, 633:22, 634:2, 634:12, 634:18, 663:8, 664:7, 692:22, 693:10, 693:11, 693:22, 695:11, 698:12, 698:15, 699:17, 700:4, 700:5, 700:12, 700:15, 700:24, 701:9, 701:14
**RESEARCHER'S** [1] - 698:20
**RESEARCHERS** [14] - 696:4, 696:20, 697:9, 697:24, 698:25, 699:4, 699:9, 699:12, 700:19, 702:11, 704:9, 704:22, 705:5, 708:17
**RESERVE** [1] - 656:14
**RESOURCE** [1] - 701:24
**RESOURCE** [1] - 667:18
**RESOURCES** [1] - 577:2

**RESPECT** [8] - 689:24, 694:10, 695:4, 696:4, 696:12, 699:16, 700:1, 704:5
**RESPOND** [6] - 647:20, 652:19, 652:25, 660:18, 660:23, 661:25
**RESPONDED** [2] - 670:24, 705:25
**RESPONDS** [1] - 671:13
**RESPONSE** [3] - 671:11, 672:18, 690:10
**RESPONSIBILITIES** [1] - 607:19
**RESPONSIBILITY** [3] - 642:23, 693:18, 704:10
**RESPONSIBLE** [2] - 654:23, 675:12
**REST** [2] - 655:19, 655:24
**RESTATE** [1] - 616:16
**RESTS** [2] - 656:12, 690:19
**RESULTING** [1] - 572:8
**RESUMED** [1] - 560:16
**RESUMED** [1] - 557:10
**RETRIEVED** [1] - 667:11
**RETURN** [5] - 580:8, 594:13, 598:23, 601:3, 642:7
**RETURNS** [1] - 594:9
**REUTERS** [1] - 619:12
**REVIEW** [17] - 564:15, 572:20, 576:24, 577:4, 578:8, 591:19, 601:19, 640:7, 640:9, 648:1, 654:3, 674:14, 688:5, 689:3, 696:19, 696:25
**REVIEWED** [12] - 568:1, 571:9, 577:20, 601:10, 601:13, 601:16, 604:16, 631:4, 631:5, 631:8, 674:8, 696:18
**RFP** [2] - 705:3, 705:22
**RICHARD** [1] - 556:19, 556:19
**RICHARD** [2] - 591:5, 591:14
**RIGHT-HAND** [1] - 605:3
**RIGHTS** [4] - 679:1, 679:2, 679:7, 682:18
**RISK** [6] - 600:2, 600:3, 685:24, 686:6, 686:12, 693:18
**RO** [1] - 556:23
**ROCKEFELLER** [2] - 609:3, 614:18
**ROLE** [6] - 615:8, 619:21, 619:24, 702:16, 704:5, 704:21
**ROLLED** [2] - 589:6, 589:7
**ROOM** [2] - 678:2, 678:4, 678:16, 678:21, 679:3, 679:19, 680:6, 680:14,

680:15, 680:22, 705:13
**ROUGH** [1] - 634:25
**ROUGHLY** [2] - 650:23, 709:5
**ROWS** [1] - 636:3
**RPR** [1] - 555:23
**RULE** [2] - 656:12, 656:13
**RULES** [2] - 607:21, 699:8
**RULING** [1] - 656:12
**RUN** [2] - 701:24, 704:10
**RUNNING** [1] - 704:25

**S**

**S-H-I-N** [1] - 692:14
**SAFELY** [1] - 656:3
**SAFETY** [2] - 705:17
**SAFETY** [1] - 651:19
**SALARIES** [2] - 579:4, 604:7
**SALARY** [25] - 578:8, 580:5, 580:16, 581:12, 581:25, 582:8, 582:14, 582:20, 583:3, 593:25, 595:1, 595:13, 595:17, 596:9, 596:12, 596:23, 597:11, 602:24, 603:13, 603:18, 603:21, 603:23, 604:2
**SALARY** [1] - 579:20
**SALE** [1] - 601:1
**SALES** [7] - 574:15, 601:4, 619:22, 642:22, 664:5, 669:14, 673:18
**SAMSUNG** [1] - 620:11
**SAN** [7] - 677:7, 677:19, 677:23, 680:16, 681:12, 681:13, 683:7
**SANDRA** [1] - 556:4
**SANTA** [1] - 556:14
**SAT** [2] - 679:19, 680:22
**SATISFACTORY** [1] - 647:23
**SATISFIED** [1] - 649:23
**SATISFIES** [1] - 670:1
**SAW** [7] - 580:10, 586:10, 590:13, 655:20, 669:13, 705:3, 705:22
**SCENARIO** [7] - 562:3, 562:4, 562:25, 569:6, 569:7
**SCENARIOS** [1] - 562:6
**SCIENCE** [3] - 635:5, 648:19, 660:6
**SCIENCE** [2] - 674:4, 688:17, 689:2
**SCOPE** [1] - 604:18
**SCREEN** [11] - 587:6, 587:7, 588:10, 590:1, 591:25, 592:18, 592:19, 599:1, 625:5, 625:12, 625:18

**SCROLL** [1] - 591:6
**SEARCH** [3] - 631:16, 631:18, 674:16
**SEARCHES** [2] - 674:13, 674:14
**SEAT** [1] - 606:16
**SEATED** [5] - 560:11, 615:20, 618:11, 628:12, 692:11
**SECOND** [23] - 579:19, 580:9, 580:20, 609:21, 625:10, 634:16, 638:15, 641:7, 644:4, 645:10, 652:11, 653:12, 658:5, 659:3, 661:15, 662:8, 663:5, 664:3, 672:13, 684:16, 687:17, 695:24, 709:15
**SECOND** [1] - 641:2
**SECRETARY** [1] - 626:22
**SECTION** [2] - 685:16, 688:12
**SECTION** [1] - 710:8
**SECTOR** [2] - 695:25, 696:16
**SECURED** [1] - 645:25
**SECURITIES** [6] - 574:12, 574:14, 574:17, 574:19, 600:21, 601:4
**SECURITIES** [2] - 619:13, 619:19
**SECURITY** [8] - 586:25, 587:10, 587:15, 587:18, 587:21, 588:2, 588:5, 645:9
**SEE** [46] - 580:3, 584:25, 590:16, 590:19, 590:21, 590:25, 591:15, 592:1, 592:6, 592:13, 592:14, 592:19, 594:19, 608:10, 609:21, 610:17, 610:20, 612:23, 613:12, 622:17, 625:17, 625:20, 632:15, 635:10, 635:11, 635:17, 636:4, 636:15, 639:19, 645:6, 649:18, 669:11, 669:14, 670:20, 686:25, 687:6, 687:7, 687:11, 687:12, 688:1, 688:2, 688:19, 688:20, 688:23, 689:3, 695:2
**SEEING** [2] - 591:21, 683:13
**SEEK** [3] - 593:6, 597:13, 697:14
**SEEM** [1] - 685:16
**SEGMENT** [1] - 703:12
**SEGREGATED** [1] - 562:3
**SEISMIC** [20] - 636:7, 636:13, 636:19, 641:18, 652:13, 661:16, 686:11, 686:12, 687:5, 687:13,

688:3, 701:16, 702:14, 703:12, 705:1, 705:10, 705:11, 705:16, 706:7, 706:14
**SEISMIC** [2] - 686:16, 686:17
**SEISMOGRAPHS** [1] - 641:9
**SEISMOLOGIST** [2] - 674:1, 688:10
**SEISMOLOGY** [8] - 671:7, 671:9, 671:22, 672:1, 675:4, 677:23, 688:8, 693:3
**SEISMOMETER** [2] - 649:20, 706:19
**SEISMOMETERS** [1] - 709:7
**SEISMOMETRY** [1] - 703:2
**SELECTION** [1] - 677:3
**SELL** [2] - 601:5, 650:21
**SELLS** [1] - 599:14
**SEND** [3] - 637:17, 643:10, 660:8
**SENDING** [1] - 626:19
**SENIOR** [6] - 633:12, 633:16, 633:22, 634:11, 663:8, 664:7
**SENSE** [1] - 588:4
**SENSOR** [1] - 647:3
**SENSOR** [1] - 644:9
**SENSORS** [1] - 673:10
**SENSORS** [2] - 644:6, 650:25
**SENT** [14] - 585:11, 589:18, 589:19, 609:14, 611:22, 612:16, 625:15, 646:1, 654:16, 654:17, 664:24, 670:9, 675:19, 675:21
**SENTENCE** [2] - 645:20, 653:16
**SENTENCES** [1] - 641:15
**SEO** [1] - 626:1
**SEONG** [2] - 625:24, 626:2
**SEONG** [1] - 626:2
**SEOUL** [2] - 572:21, 620:21
**SEPARATE** [1] - 653:22
**SEPARATELY** [1] - 570:11
**SEPTEMBER** [8] - 576:20, 592:6, 592:8, 629:6, 644:25, 647:12, 654:21, 659:1
**SERIES** [1] - 601:10
**SERVICE** [2] - 635:6, 635:18
**SERVICE** [2] - 688:14, 699:13
**SERVICES** [1] - 636:19
**SET** [9] - 563:25, 567:25, 700:20, 706:4, 707:10, 707:11, 707:18, 707:19, 708:24

**SETS** [3] - 643:7, 665:15
**SETTLE** [1] - 654:22
**SEVEN** [7] - 598:8, 685:20, 685:22, 687:19, 687:20, 687:21
**SEVEN-YEAR** [1] - 598:8
**SEVERAL** [3] - 640:12, 654:6, 698:9
**SEVERE** [1] - 659:15
**SHALL** [4] - 606:12, 618:7, 628:8, 692:7
**SHANNON** [1] - 691:24
**SHEET** [1] - 634:24
**SHIN** [4] - 690:24, 692:13, 692:14, 706:23
**SHIN** [2] - 557:22, 692:17
**SHOCKED** [2] - 685:11, 685:13
**SHOW** [8] - 591:6, 609:24, 615:23, 622:14, 660:9, 662:6, 665:13, 684:23
**SHOWING** [3] - 585:11, 597:22, 608:1
**SHOWN** [2] - 649:21, 684:15
**SHOWS** [5] - 576:13, 599:3, 613:23, 625:14, 682:11
**SIC** [1] - 608:23
**SIC}** [1] - 672:23
**SIDE** [1] - 572:1
**SIGN** [5] - 608:22, 698:13, 699:17, 700:2
**SIGNATORIES** [3] - 663:6, 663:7, 664:4
**SIGNATURE** [4] - 584:11, 584:12, 584:25, 585:6
**SIGNED** [3] - 584:25, 663:11, 664:9
**SIGNIFICANTLY** [1] - 604:6
**SIGNING** [2] - 698:22, 698:25
**SIGNS** [1] - 585:6
**SIM** [1] - 556:23
**SIMILAR** [5] - 572:5, 581:21, 662:19, 687:3, 699:25
**SIMILARLY** [3] - 569:8, 570:8, 592:10
**SIMPLY** [1] - 566:23
**SINGLE** [2] - 676:10, 676:11
**SIT** [2] - 589:10, 691:14
**SITES** [7] - 701:20, 701:23, 701:24, 702:1, 702:3, 702:4, 702:5
**SITTING** [1] - 630:18
**SITUATION** [4] - 645:4, 650:17, 651:15, 680:3
**SIX** [5] - 562:2, 630:8, 685:20, 687:3, 687:18

**SKILLED** [1] - 688:7
**SKIP** [2] - 645:2, 647:15
**SKIPPING** [3] - 649:17, 652:11, 660:13
**SKMA** [1] - 651:22
**SLICE** [3] - 597:24, 598:7, 599:3
**SLIP** [5] - 611:13, 612:7, 612:23, 613:12, 613:22
**SLIPS** [1] - 609:25
**SMALL** [1] - 608:2
**SMOOTH** [1] - 666:16
**SMU** [1] - 636:4
**SOCIAL** [7] - 586:25, 587:10, 587:15, 587:18, 587:21, 588:2, 588:5
**SOCIETIES** [1] - 645:25
**SOFTWARE** [10] - 686:15, 687:1, 687:8, 687:21, 687:23
**SOLD** [3] - 619:22, 643:13, 660:11
**SOLE** [1] - 668:20
**SOLEMNLY** [4] - 606:11, 618:6, 628:7, 692:6
**SOLID** [1] - 621:1
**SOLUTION** [1] - 651:2
**SOMEONE** [11] - 623:7, 623:8, 626:22, 639:7, 680:19, 681:16, 695:9, 697:1, 698:22, 699:17
**SOMETIMES** [1] - 694:24
**SOO** [3] - 557:22, 690:24, 692:13
**SOO** [2] - 692:14, 692:17
**SOON** [1] - 560:9
**SORRY** [11] - 566:11, 571:5, 589:18, 597:22, 632:19, 635:13, 638:25, 642:25, 656:16, 662:8, 684:11
**SORT** [1] - 616:2
**SOUND** [2] - 636:8, 636:14
**SOUNDS** [1] - 672:24
**SOURCE** [10] - 561:19, 561:22, 570:16, 573:10, 573:23, 574:22, 600:17, 695:16, 695:20, 695:24
**SOURCED** [1] - 563:12
**SOURCES** [5] - 562:5, 695:23, 696:13, 697:9, 701:13
**SOUTH** [12] - 556:20, 572:17, 572:19, 619:25, 620:2, 620:17, 621:4, 640:11, 648:2, 677:20, 692:24, 693:19
**SOUTHEAST** [2] - 665:4, 666:10
**SPEAKER** [1] - 639:7
**SPEAKS** [1] - 641:4

**SPECIAL** [4] - 577:16, 629:11, 645:9, 688:22
**SPECIALIZED** [1] - 688:7
**SPECIFIC** [3] - 576:8, 669:20, 675:3
**SPECIFICALLY** [4] - 620:21, 622:16, 625:18, 689:23
**SPECIFICATION** [2] - 649:19, 706:18
**SPECIFICATIONS** [2] - 706:5, 706:14
**SPECIFIED** [3] - 706:8, 706:17, 708:12
**SPECULATE** [1] - 585:4
**SPECULATION** [5] - 589:15, 672:7, 696:22, 697:4, 698:1
**SPEED** [13] - 636:20, 703:9, 703:12, 703:15, 703:19, 704:6, 704:7, 704:19, 705:12, 705:17, 706:11, 708:9, 709:6
**SPELL** [6] - 606:17, 618:12, 628:13, 691:9, 691:19, 692:12
**SPELLED** [2] - 618:24, 626:2
**SPEND** [1] - 673:22
**SPENT** [1] - 659:12
**SPOKEN** [2] - 638:7, 656:18
**SPRING** [1] - 556:6
**SQUAD** [1] - 629:12
**SQUAD** [1] - 629:14
**STAFF** [1] - 697:13
**STANDARD** [1] - 648:18
**STANDARDS** [1] - 706:18
**STANDING** [1] - 692:4
**STARED** [1] - 679:19
**START** [6] - 634:17, 635:15, 661:18, 662:9, 680:13, 693:11
**STARTED** [7] - 588:19, 626:15, 678:12, 678:14, 678:24, 693:13, 693:16
**STARTING** [1] - 661:17
**STATE** [12] - 606:11, 606:17, 609:11, 609:13, 618:6, 618:12, 628:7, 628:13, 691:7, 691:18, 692:6, 692:12
**STATEMENTS** [12] - 563:19, 572:20, 589:20, 593:25, 625:15, 626:20, 627:1, 627:8, 627:16, 631:6, 631:7, 684:13
**STATES** [5] - 555:1, 555:5, 710:6, 710:8, 710:13
**STATES** [19] - 556:4, 556:5,

556:6, 579:7, 579:11, 581:13, 581:25, 582:8, 582:14, 582:20, 602:24, 604:11, 614:24, 619:5, 630:1, 671:22, 672:2, 681:13, 681:16
**STATION** [2] - 641:17, 645:16
**STATIONS** [13] - 641:9, 643:5, 643:6, 644:10, 647:18, 705:10, 705:12, 705:16, 706:4, 706:7, 706:15, 707:24
**STATUS** [1] - 634:11
**STAY** [1] - 624:20
**STAYING** [1] - 632:18
**STEIM** [2] - 660:14, 663:7
**STENOGRAPHICALLY** [1] - 710:10
**STEP** [2] - 606:6, 690:14
**STEPS** [1] - 577:19
**STEVE** [3] - 557:12, 606:8, 606:18
**STEVE** [2] - 606:18, 607:1
**STILL** [2] - 592:16, 689:6
**STIPULATION** [3] - 632:9, 640:15, 657:13
**STIPULATION** [1] - 558:13
**STOCK** [11] - 598:15, 598:17, 598:21, 599:14, 600:24, 601:1, 601:6, 619:22, 620:4, 621:20
**STOCKS** [3] - 574:19, 589:3, 598:23
**STOP** [3] - 626:19, 627:1, 705:20
**STOPPED** [2] - 627:3, 647:11
**STRANGE** [2] - 650:17, 650:25
**STRATEGY** [1] - 701:7
**STRECKEISEN** [1] - 672:22
**STRECKHEISEN** [1] - 672:23
**STREET** [1] - 555:24
**STREET** [5] - 556:6, 609:19, 621:7, 622:3, 622:21
**STRING** [2] - 670:22, 671:2
**STRONGER** [1] - 673:23
**STS** [3] - 672:18, 672:19, 672:20
**STS-2** [2] - 644:9, 644:14, 651:20
**STS-5A** [6] - 647:3, 647:4, 647:6, 647:18, 647:19, 647:22
**STUDENT** [1] - 587:24
**STUDIED** [5] - 584:20, 585:10, 585:23, 585:24, 586:1

**STUDY** [5] - 586:9, 588:2, 636:13, 671:9, 693:18
**STUFF** [1] - 599:19
**SUBJECT** [2] - 646:11, 699:3
**SUBMIT** [1] - 649:21
**SUBMITTED** [1] - 653:25
**SUBPOENAS** [1] - 631:11
**SUBSCRIBER** [1] - 558:14
**SUBSCRIBER** [1] - 637:3
**SUBSIDIARY** [1] - 617:10
**SUBSTANCE** [1] - 678:20
**SUBSTANTIVE** [1] - 680:1
**SUBTRACTED** [7] - 561:13, 565:4, 566:9, 566:11, 566:14, 566:23, 567:10
**SUCCESSFULLY** [1] - 645:25
**SUE** [1] - 691:10
**SUE** [2] - 556:24, 691:10
**SUFFICIENT** [2] - 697:11, 701:17
**SUGGEST** [3] - 587:20, 685:3, 685:8
**SUGGESTS** [1] - 668:5
**SUITE** [3] - 556:14, 556:17, 556:20
**SUITE** [1] - 555:24
**SUMMARIZING** [1] - 573:13
**SUMMARY** [2] - 576:6, 576:9
**SUMMARY** [4] - 558:16, 558:17, 558:18, 559:19
**SUPPLIED** [3] - 650:19, 650:21, 651:12
**SUPPLY** [1] - 706:20
**SUPPORT** [5] - 645:15, 652:14, 659:4, 670:18, 684:21
**SUPPORT** [2] - 635:9, 636:10
**SUPPORTED** [1] - 645:24
**SUPREME** [1] - 690:6
**SURPRISE** [4] - 669:3, 669:5, 681:8, 681:10
**SUSTAIN** [1] - 695:15
**SUSTAINED** [15] - 589:16, 596:6, 596:25, 599:21, 600:7, 615:14, 616:6, 682:21, 683:20, 683:24, 685:6, 685:10, 696:23, 697:5, 702:20
**SWISS** [1] - 672:25
**SWORN** [5] - 560:15, 607:2, 618:17, 628:18, 692:18
**SYSTEM** [15] - 620:2, 641:19, 641:21, 649:12, 651:12, 651:13, 666:20, 673:23, 686:2, 686:23, 687:10, 704:23, 704:25,

705:13
**SYSTEM** [3] - 686:7, 686:16, 686:18
**SYSTEMS** [11] - 641:11, 641:12, 642:2, 642:4, 645:23, 646:1, 651:20, 670:24, 673:22

---

**T**

---

**TABLE** [2] - 615:20, 630:18
**TALKS** [5] - 670:17, 686:5, 686:11, 687:9, 687:13
**TAPE** [2] - 639:4, 639:16
**TAPE-RECORDING** [1] - 639:16
**TASK** [2] - 704:9, 704:17
**TASKS** [1] - 701:3
**TAX** [3] - 580:13, 594:9, 594:10
**TAXES** [1] - 594:12
**TEAM** [2] - 634:3, 705:8
**TECHNICAL** [9] - 666:24, 675:8, 676:5, 699:1, 699:12, 703:4, 706:18, 708:2, 709:8
**TECHNICALLY** [1] - 675:3
**TECHNICALLY-SPECIFIC** [1] - 675:3
**TECHNOLOGICALLY** [1] - 621:2
**TECHNOLOGIES** [1] - 688:4
**TECHNOLOGY** [2] - 635:6, 635:24
**TECHNOLOGY** [3] - 687:9, 688:17, 689:2
**TELEPHONE** [4] - 638:4, 638:19, 639:12, 680:18
**TEN** [7] - 643:6, 651:21, 655:14, 655:16, 661:16, 688:14, 701:25
**TENS** [3] - 674:12, 674:13, 674:20
**TERM** [1] - 708:6
**TERMS** [6] - 586:1, 663:17, 698:4, 698:5, 701:22, 702:11
**TERRIBLE** [2] - 652:23, 671:14
**TEST** [7] - 648:19, 648:20, 648:21, 648:22, 648:23, 653:24, 653:25
**TESTIFIED** [4] - 561:6, 570:20, 576:5, 668:19
**TESTIFY** [2] - 656:7, 697:6
**TESTIFYING** [1] - 560:22
**TESTIMONIAL** [1] - 657:13
**TESTIMONIAL** [1] - 558:13
**TESTIMONY** [5] - 606:11, 618:6, 628:7, 672:21, 692:6
**TEXAS** [1] - 587:24

**TEXT** [1] - 649:10
**THAT** [3] - 710:7, 710:8, 710:11
**THE** [205] - 556:3, 556:11, 560:7, 560:10, 560:12, 562:12, 573:18, 575:8, 578:16, 578:21, 581:6, 583:7, 589:16, 592:25, 593:3, 593:8, 593:11, 593:13, 593:17, 593:21, 596:6, 596:25, 597:4, 597:5, 597:15, 597:17, 599:21, 600:7, 600:10, 604:19, 606:4, 606:6, 606:9, 606:10, 606:15, 606:16, 606:18, 606:20, 606:22, 608:5, 608:7, 608:8, 614:7, 615:14, 616:6, 616:14, 616:16, 617:21, 617:23, 618:1, 618:5, 618:10, 618:11, 618:13, 618:15, 624:2, 625:7, 626:13, 627:10, 627:11, 627:21, 627:23, 627:25, 628:2, 628:6, 628:11, 628:12, 628:14, 628:16, 630:20, 632:10, 633:14, 633:16, 634:7, 636:23, 637:25, 638:24, 639:2, 639:5, 639:11, 639:14, 639:19, 640:16, 641:5, 642:13, 643:17, 644:18, 646:8, 646:13, 646:16, 648:8, 649:4, 650:7, 651:25, 653:8, 654:9, 655:3, 655:6, 655:11, 655:15, 655:17, 655:19, 655:24, 656:2, 656:5, 656:9, 656:14, 656:22, 656:25, 657:2, 657:5, 657:11, 657:14, 657:17, 657:19, 657:24, 658:11, 658:14, 658:17, 658:21, 659:22, 661:7, 662:24, 663:22, 664:20, 665:24, 666:6, 667:22, 667:25, 670:11, 670:13, 670:15, 672:8, 672:9, 675:7, 675:8, 677:2, 677:3, 682:21, 683:20, 683:24, 684:9, 684:10, 685:6, 685:10, 689:9, 690:9, 690:14, 690:18, 690:21, 690:25, 691:3, 691:6, 691:14, 691:18, 691:24, 692:3, 692:4, 692:10, 692:11, 692:13, 692:15, 694:4, 694:6, 694:7, 694:14, 694:18, 695:7, 695:8, 695:15, 695:19, 696:7, 696:8, 696:23, 697:5, 697:22, 697:23, 698:3, 698:11, 698:18, 698:19,

699:21, 699:22, 701:2, 701:3, 701:10, 702:19, 703:18, 703:21, 703:24, 704:2, 706:23, 706:25, 707:1, 709:12, 709:14, 710:6, 710:7, 710:8, 710:9, 710:10, 710:11, 710:12, 710:13
**THEORY** [5] - 680:23, 681:18, 682:14, 684:14
**THEREABOUT** [1] - 695:24
**THEREFORE** [5] - 630:11, 639:23, 645:8, 705:18, 707:21
**THIRD** [13] - 580:20, 580:21, 580:22, 634:17, 635:15, 641:1, 645:2, 645:7, 648:15, 653:15, 658:6, 658:7, 666:9
**THIS** [1] - 710:15
**THOMPSON** [1] - 619:12
**THOUSAND** [3] - 565:13, 565:14, 565:17
**THOUSANDS** [11] - 674:8, 674:10, 674:12, 674:14, 674:21, 674:24, 674:25, 676:22
**THREE** [15] - 588:24, 589:1, 589:5, 603:17, 609:2, 609:4, 641:10, 657:10, 658:14, 665:21, 674:21, 685:19, 686:25, 687:18, 694:25
**THROUGHOUT** [1] - 585:15
**THURSDAY** [5] - 555:13, 557:3, 558:3, 559:3, 560:1
**TIE** [3] - 630:19, 669:16, 669:19
**TIRELESS** [2] - 702:12, 702:14
**TITLE** [16] - 607:16, 615:4, 629:10, 632:15, 632:21, 633:13, 633:17, 668:5, 685:18, 686:2, 686:4, 688:17, 693:9, 693:10, 704:12, 704:13
**TITLE** [1] - 710:8
**TITLED** [1] - 632:22
**TO** [1] - 710:8
**TODAY** [1] - 653:16
**TODAY** [3] - 571:6, 623:19, 652:12
**TOGETHER** [5] - 570:19, 570:22, 574:15, 586:15, 705:7
**TON** [1] - 600:3
**TONY** [1] - 654:13
**TOOK** [5] - 563:1, 566:13, 678:1, 680:5, 699:22
**TOOL** [1] - 686:16
**TOP** [15] - 574:11, 608:21,

609:10, 622:16, 635:3, 635:11, 637:2, 640:20, 642:17, 643:20, 644:22, 653:1, 658:24, 660:24, 688:18
**TOTAL** [20] - 561:4, 563:17, 563:19, 564:10, 564:12, 564:19, 566:23, 568:18, 571:22, 573:1, 573:4, 595:1, 595:5, 595:12, 597:2, 597:8, 602:1, 602:12, 603:2, 603:13
**TOTALED** [1] - 595:8
**TOUCH** [2] - 652:24, 671:15
**TOWARD** [1] - 635:11
**TRACK** [3] - 590:3, 616:11, 616:20
**TRADITIONAL** [1] - 601:2
**TRAILING** [1] - 633:15
**TRAIN** [1] - 665:15
**TRAIN** [1] - 705:19
**TRAINING** [6] - 592:8, 630:3, 630:7, 630:8, 630:11, 630:13
**TRANSACTION** [6] - 572:21, 572:23, 576:14, 612:7, 616:2, 616:8
**TRANSACTIONAL** [2] - 576:6, 576:9
**TRANSACTIONS** [4] - 572:25, 574:12, 576:3, 600:21
**TRANSCRIPT** [6] - 639:2, 639:3, 639:19, 639:20, 639:23, 639:24
**TRANSCRIPT** [3] - 555:12, 710:9, 710:11
**TRANSFER** [5] - 576:17, 576:19, 585:11, 585:20, 608:13
**TRANSFER** [1] - 576:22
**TRANSFERRED** [2] - 575:20, 575:24
**TRANSFERS** [5] - 577:1, 577:6, 591:9, 591:15
**TRANSLATED** [4] - 580:14, 632:4, 639:11, 667:14
**TRANSLATION** [6] - 633:4, 638:4, 639:7, 639:20, 639:24, 667:8
**TRANSLATION** [1] - 558:20
**TRANSLATOR** [3] - 691:1, 691:3, 691:6
**TRANSMISSION** [1] - 686:8
**TRANSPORTED** [7] - 680:12, 681:12, 681:15, 681:22, 683:7, 683:9, 684:15
**TRAVEL** [2] - 624:20, 675:15
**TRAVELING** [1] - 591:23
**TREATY** [1] - 675:20

**TRIAL** [1] - 555:13
**TRIED** [2] - 679:22, 680:3
**TRIP** [2] - 592:12, 709:4
**TRIPLE** [1] - 577:21
**TROUBLE** [1] - 651:17
**TRUE** [1] - 710:9
**TRUE** [3] - 670:7, 676:12, 676:24
**TRUTH** [12] - 606:13, 618:8, 628:9, 692:8
**TRY** [2] - 679:16, 701:18
**TRYING** [4] - 584:16, 597:1, 597:7, 658:3
**TSUNAMI** [4] - 665:4, 665:6, 665:21, 666:10
**TURN** [22] - 560:20, 567:14, 569:2, 571:17, 576:11, 580:1, 584:16, 599:19, 601:9, 602:11, 602:22, 605:14, 608:9, 608:19, 609:6, 609:25, 611:12, 613:15, 613:25, 625:9, 658:22, 662:8
**TURNING** [10] - 611:17, 612:9, 622:16, 635:14, 653:11, 654:11, 661:10, 663:12, 664:3, 664:10
**TURNS** [1] - 599:14
**TV** [1] - 665:12
**TWICE** [4] - 624:22, 627:2, 638:12, 677:8
**TWO** [23] - 576:22, 595:12, 595:18, 597:10, 625:20, 641:15, 643:2, 648:17, 648:25, 650:14, 651:7, 653:16, 670:21, 674:21, 678:4, 678:8, 684:1, 685:19, 686:25, 687:2, 687:18, 694:25, 695:23
**TYPED** [1] - 681:16
**TYPICALLY** [4] - 694:20, 694:23, 704:16, 707:25

## U

**U.S** [13] - 555:3, 580:25, 581:10, 581:11, 581:24, 619:2, 619:23, 629:23, 635:8, 636:9, 689:20, 691:12, 691:23
**ULTIMATELY** [1] - 683:8
**UNDER** [10] - 560:10, 583:23, 621:3, 641:17, 678:14, 678:22, 685:12, 685:20, 687:2, 699:24
**UNDERGONE** [1] - 699:13
**UNFAVORABLY** [1] - 697:1
**UNFORTUNATELY** [1] - 661:2
**UNHAPPY** [1] - 685:14

**UNITED** [5] - 555:1, 555:5, 710:6, 710:8, 710:13
**UNITED** [19] - 556:4, 556:5, 556:6, 579:7, 579:11, 581:13, 581:25, 582:8, 582:14, 582:20, 602:24, 604:11, 614:24, 619:5, 630:1, 671:22, 672:2, 681:13, 681:16
**UNIVERSE** [1] - 677:4
**UNIVERSITIES** [1] - 671:25
**UNIVERSITY** [1] - 647:17
**UNIVERSITY** [1] - 619:9
**UNLIKELY** [1] - 690:11
**UP** [30] - 562:15, 576:12, 580:2, 587:6, 589:6, 589:7, 599:10, 599:13, 608:21, 623:21, 625:5, 625:12, 632:19, 636:3, 639:4, 650:15, 657:9, 669:16, 669:19, 672:13, 674:17, 680:10, 681:16, 681:20, 682:12, 687:17, 695:23, 701:7, 707:12, 708:23
**US** [1] - 636:4
**USE-OF-PAYMENT** [1] - 604:16
**USGS** [5] - 652:23, 670:23, 671:14, 671:16, 672:4
**USUAL** [1] - 674:23

**V**

**VAGUE** [3] - 695:14, 698:17, 699:19
**VALUE** [2] - 567:1, 601:6
**VALVE** [2] - 641:9, 641:17
**VARIETY** [1] - 574:2
**VERIFIED** [1] - 669:11
**VERSION** [2] - 667:15, 667:16
**VIA** [1] - 631:18
**VIBRATORY** [1] - 687:24
**VICE** [2] - 634:4, 652:8
**VICINITY** [1] - 636:20
**VIENGKHOU** [26] - 642:20, 642:21, 642:22, 644:1, 644:23, 646:11, 646:21, 647:1, 647:20, 650:11, 652:5, 652:19, 652:25, 653:1, 653:13, 658:25, 660:2, 660:18, 661:12, 661:25, 662:19, 664:6, 668:16, 670:10, 671:12, 672:9
**VIENGKHOU'S** [1] - 671:11
**VIEWED** [1] - 696:25
**VIOLATIONS** [1] - 629:22
**VIP** [1] - 645:14
**VIRGINIA** [2] - 629:18,

630:9
**VISIT** [1] - 592:4
**VISITED** [5] - 627:12, 641:24, 652:9, 652:12, 660:6
**VOICE** [4] - 633:15, 638:16, 639:8, 640:3
**VOLITION** [1] - 698:20
**VOLUME** [4] - 555:8, 557:3, 558:3, 559:3
**VOLUME** [1] - 694:24
**VOLUNTARILY** [1] - 631:21
**VOLUNTARY** [1] - 631:20
**VS** [1] - 555:7

**W**

**W-2** [2] - 594:3, 594:12
**W-2-LIKE** [1] - 595:23
**WAGE** [1] - 593:25
**WAGES** [1] - 594:6
**WAGNER** [1] - 691:22
**WAGNER** [2] - 556:24, 691:21
**WAIT** [1] - 678:18
**WAITING** [3] - 653:2, 677:16, 677:18
**WAIVED** [3] - 592:3, 592:7, 592:11
**WALK** [5] - 563:13, 574:12, 575:11, 680:6, 680:10
**WALKED** [1] - 678:19
**WALKING** [1] - 680:13
**WALL** [1] - 654:13
**WALTER** [1] - 555:3
**WANG** [6] - 614:21, 625:2, 625:23, 626:15, 626:18, 626:23
**WANG'S** [1] - 626:19
**WANTS** [3] - 641:19, 666:24, 682:19
**WARM** [1] - 661:2
**WARNING** [6] - 666:20, 686:2, 686:8, 686:23, 687:10, 687:24
**WARRANT** [2] - 631:16, 631:18
**WASHINGTON** [1] - 556:10
**WATCHING** [1] - 659:15
**WATER** [1] - 680:2
**WATER** [3] - 641:24, 642:1
**WAVE** [3] - 636:8, 636:13, 636:14
**WEAK** [1] - 672:17
**WEATHER** [2] - 635:6, 635:17
**WEBSITE** [1] - 581:1
**WEEK** [4] - 577:8, 630:12, 652:8, 694:25
**WEEK-LONG** [1] - 630:12
**WEEKS** [1] - 665:21

**WEST** [1] - 555:24
**WEST** [5] - 584:8, 601:18, 610:10, 610:18, 631:13
**WESTERN** [1] - 555:2
**WHOLE** [5] - 606:13, 618:8, 628:9, 641:12, 692:8
**WIDELY** [1] - 652:16
**WIFE** [4] - 596:19, 596:22, 621:14, 661:24
**WILLIAM** [1] - 629:18
**WILLING** [3] - 641:7, 641:20, 673:22
**WIN** [1] - 651:16
**WINS** [1] - 651:9
**WIRE** [8] - 576:2, 576:3, 576:17, 578:4, 585:11, 585:20, 591:9, 602:17
**WIRES** [7] - 575:17, 576:15, 576:16, 589:18, 597:12, 601:22, 602:5
**WITH** [1] - 710:12
**WITHDRAWALS** [1] - 564:18
**WITHDRAWALS** [3] - 564:19, 566:11, 566:13
**WITHDRAWN** [1] - 568:16
**WITHHOLDING** [3] - 580:13, 593:25, 594:10
**WITNESS** [31] - 560:9, 592:23, 593:14, 595:19, 606:4, 606:7, 615:24, 615:25, 617:23, 618:2, 625:7, 627:23, 628:3, 630:20, 655:13, 655:20, 655:25, 656:6, 690:14, 690:18, 690:22, 690:23, 690:25, 691:15, 691:25, 692:1, 697:6, 698:5
**WITNESS** [29] - 560:15, 597:5, 606:15, 606:18, 606:22, 607:2, 616:16, 618:10, 618:13, 618:17, 627:11, 628:11, 628:14, 628:18, 633:16, 672:9, 675:8, 677:3, 684:10, 692:10, 692:13, 692:18, 695:8, 696:8, 697:23, 698:19, 699:22, 701:3, 706:25
**WITNESSES** [3] - 671:8, 689:15, 689:18
**WITNESSES** [2] - 557:5, 557:7
**WON** [6] - 579:20, 579:25, 580:25, 581:9, 581:11, 581:24
**WOONG** [1] - 625:24
**WOONG** [1] - 626:1
**WORD** [1] - 653:25
**WORDS** [6] - 591:9, 594:5,

676:10, 678:13, 678:15, 678:20
**WORKERS** [1] - 694:20
**WORKS** [2] - 694:20, 695:9
**WORLD** [3] - 617:13, 620:9, 673:6
**WORRY** [1] - 673:11
**WOUND** [1] - 681:20
**WOW** [1] - 660:19
**WRITE** [2] - 660:19, 682:12
**WRITES** [1] - 666:11
**WRITING** [2] - 668:16, 673:18
**WRITTEN** [4] - 580:19, 588:21, 604:22, 610:20
**WROTE** [5] - 583:20, 588:14, 666:21, 669:25, 672:15, 673:10
**WWW.DSC.MIL.KR** [1] - 645:6

**Y**

**Y-O-N-G-K-O-O** [1] - 618:25
**YEAR** [26] - 579:18, 582:1, 598:8, 603:24, 619:5, 620:20, 624:22, 630:11, 638:20, 643:4, 643:7, 643:8, 643:9, 647:19, 653:22, 661:18, 661:19, 665:4, 665:6, 677:24, 688:25, 696:4, 696:8, 696:9, 696:10
**YEARLY** [3] - 580:22, 581:4, 581:8
**YEARS** [17] - 594:6, 595:10, 595:12, 597:9, 599:19, 614:15, 619:2, 622:11, 626:16, 629:6, 629:20, 651:21, 661:16, 674:25, 688:14, 700:12, 702:21
**YESTERDAY** [5] - 560:23, 650:17, 656:3, 656:17, 670:22
**YONGKOO** [2] - 618:14, 618:16
**YONGKOO** [7] - 557:15, 609:23, 618:4, 618:13, 618:22, 618:24, 623:1
**YORK** [12] - 556:9, 575:20, 605:24, 609:3, 609:12, 611:8, 611:11, 612:5, 613:10, 613:18, 614:3
**YOURSELF** [3] - 615:1, 616:22, 675:15
**YOURSELVES** [1] - 678:8

**Z**

**ZERO** [3] - 563:23, 565:10,

565:16

**ZIMMERMAN** [36] - 560:18,
561:22, 562:17, 563:8,
565:1, 566:22, 567:13,
567:25, 569:3, 570:4, 570:6,
571:17, 572:1, 573:10,
573:19, 574:2, 575:11,
575:23, 576:5, 576:25,
577:8, 578:25, 580:3,
580:11, 581:8, 582:25,
593:23, 600:14, 601:9,
601:21, 602:23, 603:16,
604:5, 604:9, 605:4, 605:15

**ZIMMERMAN** [2] - 557:9,
560:14