1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3        HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

4

5    UNITED STATES OF AMERICA,          )
                                        )
6                        Plaintiff,     )
                                        )
7          vs.                          )    Case No. CR 16-824 JFW
                                        )
8    HEON-CHEOL CHI,                    )         VOLUME 6
                                        )      (Pages 711 - 755)
9                        Defendant.     )
     _____)

10

11

12              REPORTER'S TRANSCRIPT OF
                     TRIAL DAY 3
13             THURSDAY, JULY 13, 2017
                     12:42 P.M.
14            LOS ANGELES, CALIFORNIA

15

16

17

18

19

20

21

22   _____

23        MYRA L. PONCE, CSR 11544, RPR, RMR, RDR, CRR
               FEDERAL OFFICIAL COURT REPORTER
24             350 WEST 1ST STREET, SUITE 4455
               LOS ANGELES, CALIFORNIA 90012
25                 MYRAPONCE@SBCGLOBAL.NET


                  UNITED STATES DISTRICT COURT

1                    **APPEARANCES OF COUNSEL:**

2


3  **FOR THE PLAINTIFF:**

4       SANDRA R. BROWN
        Acting United States Attorney
5       BY:  POONAM KUMAR
             Assistant United States Attorney
6       312 North Spring Street
        Los Angeles, California  90012
7
        DEPARTMENT OF JUSTICE
8       BY:  DAVID M. FUHR
        BY:  ANNA G. KAMINSKA
9            Assistant United States Attorneys
        1400 New York Avenue NW
10      Washington, DC  20005

11

12  **FOR THE DEFENDANT:**

        LAW OFFICES OF JOEL C. KOURY
13      BY:  JOEL C. KOURY
             Attorney at law
14      3435 Ocean Park Boulevard, Suite 107-50
        Santa Monica, California  90405
15
        KAYE MCLANE BEDNARSKI & LITT, LLP
16      BY:  MARILYN E. BEDNARSKI
        BY:  KEVIN J. LAHUE
17           Attorneys at Law
        234 East Colorado Boulevard, Suite 230
18      Pasadena, California  91101

19      LAW OFFICES OF RICHARD W. RAYNOR
        BY:  RICHARD W. RAYNOR
20           Attorney at Law
        800 South Pacific Coast Highway, Suite 8-284
21      Redondo Beach, California  90277

22

23  **ALSO PRESENT:**

        HYON K. RO, Certified Korean Interpreter
24      KATHY SIM, Certified Korean Interpreter
        JULIE WAGNER, Certified Korean Interpreter
25      SUE MI JONES, Certified Korean Interpreter


                    **UNITED STATES DISTRICT COURT**

1

**INDEX OF WITNESSES**

2

3    DEFENDANT'S WITNESSES                                    PAGE

4    SHIN, Jin Soo

5        Direct Examination (Resumed) by Ms. Bednarski      716
         Cross-Examination by Ms. Kumar                     724
6        Redirect Examination by Ms. Bednarski             738

7

8    PARK, Jung Ho

9        Direct Examination by Ms. Bednarski                741

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 90 - | E-mail from defendant to Pearce re: Status of order dated 6/20/2005 | 733 | 733 |
| 507 - | Agreement between Guralp Systems and Dr. Chi | 721 | 724 |
| 508 - | PowerPoint presentation 2003 GSL trip (Korean language) | 717 | 719 |
| 508A - | PowerPoint presentation 2003 GSL trip (English language) | 718 | 718 |

**UNITED STATES DISTRICT COURT**

1        **THURSDAY, JULY 13, 2017; 12:42 P.M.**

2             **LOS ANGELES, CALIFORNIA**

3                   **VOLUME 6**

4                     ---

5        (Out of the presence of the jury:)

6        THE COURT:  Let's go on the record for just a

7   second.  The jury is not present.  All counsel and the

8   defendant is present.

9             Let me ask the witness to --

10            I want you to interpret this.

11            Sir, when you're responding to questions, I'd

12  appreciate it if you would listen to the question because some

13  of these questions can be answered "yes" or "no."  And if it's

14  appropriate to answer "yes" or "no," that's the answer.  And

15  then counsel will ask you a follow-up question.  Okay?

16            THE WITNESS:  Yes.

17            THE COURT:  You understand?

18            THE WITNESS:  Yes.

19            THE COURT:  Okay.  Thank you.

20            And, Counsel, I can -- if I could suggest to you to

21  be more specific in your questions so we don't end up with -- a

22  lot of those answers are just simply nonresponsive to the

23  question.  And I think --

24            MS. BEDNARSKI:  I was trying not to be leading, but

25  I can see that will be helpful.

1      THE COURT:  Well, I will relax the rule on leading

2  in order to get more specific questions so we can get --

3      Okay.  We're ready.

4      (In the presence of the jury:)

5      THE COURT:  The record will reflect that the jury is

6  present.  All counsel and the defendant are present.

7      You may resume your examination of this witness.

8      MS. BEDNARSKI:  Thank you.

9                  **JIN SOO SHIN,**

10  **DEFENDANT'S WITNESS, PREVIOUSLY SWORN, TESTIFIED THROUGH**

11    **THE CERTIFIED KOREAN LANGUAGE INTERPRETER AS FOLLOWS:**

12              **DIRECT EXAMINATION (RESUMED)**

13  BY MS. BEDNARSKI:

14      Q.   Dr. Shin, was there a requirement in 2003 at KIGAM

15  about reporting when you got back from overseas business trips?

16      A.   Yes.

17      Q.   Have you made such presentations yourself?

18      A.   Yes.

19      Q.   And have you attended such presentations given by

20  other KIGAM researchers?

21      A.   Yes.

22      Q.   I'm going to direct your attention to the end of

23  2003.  Did you attend a presentation of an overseas business

24  trip involving Dr. Chi?

25      A.   Yes.

```
 1        Q.    And what do you remember of that presentation?
 2              MS. KUMAR:  Objection, Your Honor.  Hearsay.
 3              THE COURT:  What's the objection?
 4              MS. KUMAR:  Hearsay.
 5              THE COURT:  It's overruled.
 6              You may answer the question.
 7              THE WITNESS:  I'm sorry.  I was listening to someone
 8    else, so I forgot your question.  Could you repeat, please?
 9    BY MS. BEDNARSKI:
10        Q.    Okay.  First, with respect to the presentation, was
11    there any kind of audio/visual part?
12        A.    Yes.  The reports are made using PowerPoint files.
13        Q.    And would you turn to Exhibit 508 in the book in
14    front of you?
15              (Exhibit 508 for identification.)
16    BY MS. BEDNARSKI:
17        Q.    And look at that exhibit, and tell me when you're
18    finished looking at it.
19        A.    Yes.
20        Q.    Do you recognize Exhibit 508?
21        A.    Yes.
22        Q.    And what is Exhibit 508?
23        A.    This is overseas trip report presentation by
24    Dr. Chi, Heon-Cheol Chi, and Dr. Jung Ho Park from the U.K.
25    trip.
```

1      Q.    Is this the presentation that you saw at the end of

2   2003?

3      A.    Yes, it is.

4           MS. BEDNARSKI:  Your Honor, I'd seek the admission

5   of 508 and the English translation 508A.

6           (Exhibit 508A for identification.)

7           THE COURT:  Any objection?

8           MS. KUMAR:  Objection, Your Honor.  It is hearsay.

9   And I believe the English translation should be admitted.

10          THE COURT:  I didn't hear the last part.

11          MS. KUMAR:  If the Court is going to allow the

12  admission, I believe only the English translation should be

13  admitted.

14          THE COURT:  All right.  I am going to allow the

15  admission.

16          And so the English translation is 508A?

17          MS. BEDNARSKI:  Yes.

18          THE COURT:  All right.  508A will be received into

19  evidence.

20          (Exhibit 508A received into evidence.)

21          MS. BEDNARSKI:  Now, Your Honor, with respect to

22  508, which has the color version of the images in 508A, may I

23  show the jury the color image that's on page 5 of what is

24  already an English document?

25          THE COURT:  Yeah, I guess I don't see any reason why

**UNITED STATES DISTRICT COURT**

1   not to admit -- what's the reason for not admitting 508?

2          MS. KUMAR:  Your Honor, just that it's Korean

3   language.  And generally speaking, my understanding is that

4   English language documents are admitted.  But for this

5   purpose --

6          THE COURT:  Right.  But counsel's not going to use

7   them for that purpose.  She's just going to use it for the

8   photographs.

9          So let's admit 508 as well, and then you can just

10  show whatever you want in terms of the photographs.

11          (Exhibit 508 received into evidence.)

12          MS. BEDNARSKI:  Thank you, Your Honor.

13  BY MS. BEDNARSKI:

14      Q.   Is this the cover page of the presentation that you

15  saw?

16      A.   Yes.  That's correct.

17      Q.   All right.  And on page 5, which we're going to show

18  you, do you see this document at page 5 that has the red seal

19  on it?

20      A.   Yes.  Yes.

21      Q.   And do you recall seeing that in the PowerPoint

22  presentation that you attended at the end of 2003?

23      A.   Yes, I recall seeing it.

24      Q.   Now, why is it -- when you -- when you were

25  preparing your proposal for the high-speed rail project in

```
 1    2005, how is it that you remembered that Dr. Chi had some
 2    arrangement about buying equipment without going through an
 3    agent?
 4         A.    Well, at the time when the presentation was made
 5    upon his return to Korea, I was not aware of it.  However, when
 6    I was making plans in response to other requests for proposal,
 7    Dr. Chi had told me about the consulting agreement.  That's how
 8    I came to know.
 9              THE COURT:  So let me ask you a question.  So the
10    2003 presentation you were unaware of in 2003; is that correct?
11              THE WITNESS:  At the time of the 2003 presentation,
12    I only knew that there was a consulting.  However, I did not
13    know or wasn't interested in the details.
14              THE COURT:  All right.  Go ahead.
15    BY MS. BEDNARSKI:
16         Q.    In 2005, when you were preparing your request for a
17    proposal, did you see the actual contract at that time?
18              THE COURT:  Sir, if you keep in mind my admonition
19    to you before, this is the classic "yes" or "no" question.
20              THE WITNESS:  Yes.
21              THE COURT:  Okay.  Go ahead.
22              So what's the answer?
23              THE WITNESS:  Yes.
24              THE COURT:  Okay.
25    ///
```

```
 1    BY MS. BEDNARSKI:

 2         Q.    And did you -- who showed you the contract at the

 3    time you were preparing your proposal on the high-speed rail

 4    project?

 5              THE COURT:  Counsel, I think you have to be more

 6    specific in terms of the contract that you're referring to

 7    because, otherwise, we're going to go into who knows what.

 8              MS. BEDNARSKI:  Fair enough.

 9    BY MS. BEDNARSKI:

10         Q.    Would you look at 507 in your book.

11              (Exhibit 507 for identification.)

12    BY MS. BEDNARSKI:

13         Q.    And do you recognize 507?

14         A.    Yes.

15         Q.    When did you first see this -- other than viewing

16    the PowerPoint presentation, when did you actually see this

17    contract, 507?

18         A.    I saw it when I was preparing for the high-speed

19    rail project planned operation in 2005.

20         Q.    Okay.  And is this the contract you were referring

21    to when you said you learned that KIGAM could buy the products

22    directly without paying an agent fee?

23         A.    Yes.  That's correct.

24         Q.    And without telling us what Dr. Chi said -- just

25    listen to my question -- was it your understanding that KIGAM
```

```
1    could buy the product directly without going through an agent,

2    in part, based on your conversation with Dr. Chi?

3         A.    Yes.  That's correct.

4         Q.    And then did you thereafter submit your proposal for

5    the project?

6         A.    Yes.  That's correct.

7         Q.    Now, you told us that you consulted with a number of

8    engineers about the products to use.  Did your team on the

9    high-speed rail project include a number of engineers?

10        A.    Are you asking how many?

11        Q.    Did your team include a number of engineers?

12        A.    Yes.

13        Q.    And did you discuss with them the equipment that was

14   available and affordable for the proposal you were going to

15   make?

16        A.    Yes.  Several of us had discussed it at the meeting

17   place.

18        Q.    By 2000 -- at that time, in 2005, was Korea able to

19   manufacture equipment -- seismology equipment on the quality

20   level of Guralp and Kinemetrics?

21        A.    No.  There were no such companies with the

22   capability of technology.

23        Q.    And with the help of the research that KIGAM does

24   and the advancement of knowledge, has Korea been able to

25   develop its own manufacturing industry?
```

**UNITED STATES DISTRICT COURT**

1      A.    There are many advanced technology -- technology

2    companies in Korea currently, since 2005.

3      Q.    As a researcher, was there any rule at KIGAM

4    prohibiting a researcher from giving an opinion about the

5    quality of a particular seismology project?  I'm sorry.  Let me

6    start that again.

7            Was there any prohibition at KIGAM about a

8    researcher giving an opinion or recommendation as to a

9    particular seismology product?

10           THE COURT:  I think the question is unclear because

11   you're talking about an opinion or recommendation as to a

12   particular product, but you don't have where the recommendation

13   is going to.  Are you talking about an internal recommendation

14   among the members of the KIGAM group, or are you talking about

15   recommendations to others?

16           MS. BEDNARSKI:  All right.

17           THE COURT:  So I'm going to sustain my own

18   objection.

19           MS. BEDNARSKI:  All right.

20   BY MS. BEDNARSKI:

21     Q.    If a -- if an agency such as a rail agency asks for

22   your opinion about what was the best product to use, would

23   there be any regulation at KIGAM that would prevent you from

24   giving an opinion as a researcher on a project as to the

25   quality of equipment?

1       A.    No.

2             MS. BEDNARSKI:  Your Honor, I'd seek the admission

3  of 507.

4             MS. KUMAR:  Your Honor, this is in evidence as

5  Government's Exhibit 53.  So I generally don't have an

6  objection.

7             THE COURT:  All right.  Thank you.

8             507 will be received into evidence.

9             (Exhibit 507 received into evidence.)

10            MS. BEDNARSKI:  Thank you, Your Honor.  No other

11 questions.

12            THE COURT:  All right.

13                    **CROSS-EXAMINATION**

14 BY MS. KUMAR:

15      Q.    Good afternoon.

16      A.    Yes.

17      Q.    KIGAM -- you've worked at KIGAM for a number of

18 years; isn't that right?

19      A.    Yes.  That's right.

20      Q.    And you testified that the number of seismic

21 stations that KIGAM operated increased dramatically from 1999

22 to the present; isn't that right?

23      A.    Yes.  That's correct.

24      Q.    And for each one of those stations, KIGAM would need

25 to purchase and install seismic equipment; isn't that right?

1     A.     Yes.  That's right.

2     Q.     And it's the Earthquake Research Center that

3  oversees those seismic stations; isn't that right?

4     A.     Yes.  We oversee the stations that we installed.

5     Q.     You talked a little bit about consulting agreements

6  at KIGAM.  You testified you have such an agreement; is that

7  right?

8     A.     Yes.  That's right.

9     Q.     Under this agreement, do you get paid personally,

10 directly from the company?

11    A.     Yes.  That's right.

12    Q.     Do you have an American bank account to which you

13 get paid?

14    A.     That's not the case.  Mine are -- my projects are

15 only in Korea.

16    Q.     So you have a personal consulting agreement for

17 which you get personally paid at a bank account in Korea; isn't

18 that right?

19    A.     Yes.

20    Q.     And is that contract with Guralp Systems Limited?

21    A.     No.  The consulting agreements I have are with the

22 companies in Korea, not with Guralp.

23    Q.     Do you have an agreement with Kinemetrics?

24    A.     No.

25    Q.     And do you have an agreement with Quanterra?

1      A.    No.

2      Q.    And pursuant to this agreement, you provide the

3  company's technical consultations; is that right?

4      A.    When you say "this agreement," what do you refer to?

5      Q.    Technical consultations.  Did you -- under this

6  agreement, you provide the company's technical consultations;

7  isn't that right?

8              THE COURT:  No.  He's confused in terms of what

9  agreement you're referring to for which he provides those

10  consulting services.

11             MS. KUMAR:  I'll rephrase.

12  BY MS. KUMAR:

13     Q.    You stated you have a personal agreement with

14  companies in Korea for which you get paid personally; is that

15  right?

16     A.    That's right.

17     Q.    And you have that contract currently?

18             THE COURT:  He has several contracts with various

19  companies in Korea.

20             THE WITNESS:  Not at the present time.

21  BY MS. KUMAR:

22     Q.    When did those contracts end?

23     A.    I recall it was about three years ago.

24     Q.    And under those contracts, you provide those

25  companies -- those personal contracts, you provided those

1    companies technical consultations; is that right?

2        A.    Yes.  That's right.

3        Q.    You talked a little bit about what your

4    understanding of -- was of the defendant's consulting

5    agreement.  I'd like to talk about that.

6             You first learned about this agreement in November

7    of 2003 at a meeting; isn't that right?

8        A.    Yes.  That's right.

9        Q.    That was the first time you had heard of it; isn't

10   that right?

11       A.    That's the first time I heard about the agreement

12   with Guralp.

13       Q.    I'd like to pull up Government's Exhibit 53.

14            This is the agreement you're -- we are talking

15   about -- isn't that right? -- that you learned about in

16   November of 2003?

17       A.    Is this the same agreement that I'm looking at?

18       Q.    We can --

19       A.    Yes.  I believe that's the one.

20       Q.    And this agreement is between Guralp Systems Limited

21   and KIGAM; isn't that right?

22       A.    Yes.

23       Q.    And it's signed by Dr. Chi on the second page.

24       A.    That's right.

25       Q.    And it was signed in his capacity as principal

 1   researcher at the Earthquake Research Center at KIGAM; isn't

 2   that right?

 3        A.    That's right.

 4        Q.    So when you learned about the agreement in 2003, did

 5   Dr. Chi also tell you that he had a separate personal agreement

 6   with Guralp?

 7        A.    I don't have knowledge about the private agreement.

 8        Q.    So you were only aware of this agreement; isn't that

 9   right?

10        A.    Yes.

11        Q.    In fact, at that meeting in November of 2003,

12   Dr. Chi said absolutely nothing about this personal side

13   agreement; isn't that right?

14        A.    I don't know which personal agreement you're

15   referring to, but I know of no other agreement besides this

16   one.

17        Q.    And did Dr. Chi at this meeting in November of 2003

18   tell you and the other individuals at KIGAM that he had been

19   paid in cash while signing this agreement in London?

20             THE INTERPRETER:  Could you --

21             MS. BEDNARSKI:  Misstates the evidence.  Objection.

22             THE COURT:  I think the question can be reframed.

23   I'm going to sustain the objection.

24             Are you referring to his receipt of cash while at

25   the offices in November of 2003?

```
 1              MS. KUMAR:  I am, Your Honor.
 2              THE COURT:  Then perhaps you can rephrase it.
 3    BY MS. KUMAR:
 4         Q.   During the -- Dr. Chi's presentation when he
 5    returned from London, he didn't tell you anything about the
 6    fact that he had received cash from Guralp at their offices in
 7    November of 2003; isn't that right?
 8         A.   Correct.
 9         Q.   And you also talked a bit about the Korea railway
10    project; isn't that right?
11         A.   Right.
12         Q.   And you were the project manager of that project; is
13    that right?
14         A.   That's correct.
15         Q.   Dr. Chi also worked on that project?
16         A.   He was a participating researcher, yes.
17         Q.   But at the same time -- and this is in 2005; is that
18    right, Mr. Shin?
19         A.   Yes.
20         Q.   And at that time, he was also the director of the
21    Earthquake Research Center; isn't that right?
22         A.   He was the head of the Earthquake Research Center.
23         Q.   And that was the center in which you worked; isn't
24    that right?
25         A.   That's right.
```

 1        Q.    And it was in that job that you had as a

 2   participating researcher that you -- that you had this

 3   agreement with Korea Railway Authority; isn't that right?

 4              THE INTERPRETER:  I'm sorry.  Could you repeat the

 5   question?

 6              MS. KUMAR:  Sure.  It was poorly phrased.

 7   BY MS. KUMAR:

 8        Q.    And it was your work at the Earthquake Research

 9   Center that brought you to be the researcher in charge of the

10   Korea Railway Authority; isn't that right?

11        A.    Yes.

12        Q.    So in 2005 when this project was going on at the

13   Korea -- with the Korea Railway Authority, Dr. Chi was your

14   boss; isn't that right?

15        A.    In terms of the administration, that's correct.

16        Q.    And you said that you made the final decision about

17   what products to purchase; isn't that right?

18        A.    That's right.

19        Q.    But you consulted with other people; isn't that

20   right?

21        A.    I did consult with them.

22        Q.    Including Dr. Chi?

23        A.    Yes.

24        Q.    I'd like to pull up what's in evidence as

25   Exhibit 87.

 1              I will represent to you that this is an e-mail from

 2    Dr. Chi to Nathan Pearce and Cansun Guralp in May 2005.

 3              In the timeframe of May 2005, Mr. Shin, that was

 4    when the Korea Railway Authority project you were talking about

 5    was occurring; isn't that right?

 6        A.    I don't have an exact recollection what month the

 7    Korean railway project was in progress.  It is the correct

 8    year, but I'm not sure about the month.

 9        Q.    But it was in 2005; isn't that right, Mr. Shin?

10        A.    That's right.

11              MS. KUMAR:  If the interpreter could assist me to

12    the extent the witness needs it.

13    BY MS. KUMAR:

14        Q.    The first two sentences of this read:  "Today, my

15    institute made a contract with Korea Railway Authority for the

16    project to install seismic instruments along the express

17    railroad.  Hence, I have to do process of ordering your

18    instruments immediately before I go to your office."

19              THE INTERPRETER:  May the interpreter actually look

20    at --

21              THE COURT:  I think it would be helpful if you move

22    the screen closer to the interpreter because basically counsel

23    is reading from the exhibit.

24              So move the screen.  And then if you can highlight

25    it, that way, the interpreter can -- doesn't have to write what

```
 1   you're trying to say.  She can just read it off the screen.
 2              Would that be easier?
 3              THE INTERPRETER:  Yes.  That would be easier.  Thank
 4   you.
 5              THE COURT:  Okay.  All right.  So now we have the
 6   highlighted portion on the exhibit.  Can you see it?
 7              THE INTERPRETER:  Yes, I see it.
 8              THE COURT:  Okay.  You can see it?
 9              THE INTERPRETER:  Yes.
10   BY MS. KUMAR:
11       Q.    Can you read English, Mr. Shin?
12              THE COURT:  Can you read that, Mr. Shin?
13              THE WITNESS:  I'm able to read simple documents.
14              THE COURT:  Okay.  Would you like that translated
15   for you, or could you read it?
16              THE WITNESS:  I can understand the first portion.
17              THE COURT:  Okay.  Why don't you go ahead and
18   translate that portion which is highlighted in yellow.
19              (Pause in the proceedings.)
20              THE COURT:  All right.  What's your question?
21   BY MS. KUMAR:
22       Q.    Mr. Shin, were you aware in May of 2005 that the
23   defendant was telling employees of Guralp that he was
24   processing the ordering of their instruments for the Korea
25   Railway Authority project?
```

1          THE COURT:  All right.  Before you translate that

2   question, this is a "yes" or "no" answer.  Were you aware?

3          THE INTERPRETER:  Could you repeat the question,

4   Counsel?

5   BY MS. KUMAR:

6       Q.   Were you aware in May of 2005 that the defendant,

7   Dr. Chi, was telling employees of Guralp that he was ordering

8   their instruments for the Korea Railway Authority project?

9       A.   I was not aware.

10       Q.   You also spoke on direct about the importance of

11   getting discounts on the products that KIGAM purchased; isn't

12   that right?

13       A.   That's right.

14       Q.   And you thought that Dr. Chi was getting you that

15   discount; isn't that right?

16       A.   Yes.

17       Q.   I'd like to now direct your attention to Exhibit 90,

18   which is in evidence.

19          (Exhibit 90 for identification.)

20          MS. KUMAR:  Sorry.  I'm sorry, Your Honor.

21          The Government would now move Exhibit 90 into

22   evidence, pursuant to the parties' pretrial stipulation.

23          THE COURT:  All right.  Exhibit 90 will be received

24   into evidence.

25          (Exhibit 90 received into evidence.)

```
 1  BY MS. KUMAR:

 2       Q.    Mr. Shin, I will represent to you that this is an

 3  e-mail from Dr. Chi to Nathan Pearce and Cansun Guralp in

 4  200- -- in June of 2005.

 5            MS. KUMAR:  If we can highlight the second sentence

 6  of the first paragraph, please.  Sorry, the third sentence.

 7  Sorry.

 8  BY MS. KUMAR:

 9       Q.    Mr. Shin, it says there -- and if the interpreter

10  could translate for me -- "I asked the purchase division to

11  order your systems for express train but it was holded due to

12  the outside complaint."

13       A.    Yes.

14       Q.    Did you know in June of 2005 that the defendant was

15  telling employees of Guralp that he had instructed the purchase

16  division to order their systems for the express train project?

17  And this is a "yes" or "no" question again, Mr. Shin.

18       A.    No, I was not aware.

19       Q.    And I'd like to direct your attention to the second

20  paragraph, the first two sentences, where it reads:  "Mr. Kim

21  at the purchase division will ask some discount to you which I

22  already informed to you.  You just reply the discount price

23  with the comment like as, 'When Dr. Chi visited my company, he

24  strongly asked to discount the price.'"

25            And the next sentence reads --
```

```
 1                THE INTERPRETER:  I'm sorry.  I'm sorry, I'm slow.

 2                MS. KUMAR:  No, not at all.

 3     BY MS. KUMAR:

 4        Q.    Were you aware in June of 2005 that the defendant

 5     was telling Guralp whether or not to discount the price further

 6     in negotiations over the express train project?

 7                MS. BEDNARSKI:  Objection.  Misstates the e-mail.

 8                THE COURT:  The objection is sustained.

 9                I don't read the e-mail the same way you just framed

10     the question.

11     BY MS. KUMAR:

12        Q.    Mr. Shin, did you know in June of 2005 that the

13     defendant was having conversations directly with Guralp about

14     whether -- about the discounting of the price of the projects

15     for the express train project?

16                MS. BEDNARSKI:  Your Honor, I think that question

17     was misstated.  I don't see anything about discounting a

18     project.  It may have been a misstatement.

19                THE COURT:  If that's an objection, the objection is

20     overruled.

21                You may answer the question.

22                THE WITNESS:  I was not aware.

23     BY MS. KUMAR:

24        Q.    Mr. Shin, you testified on direct that you give

25     opinions on the quality of project -- on products, excuse me,
```

1    to other people within KIGAM; is that right?

2         A.    That's right.

3         Q.    But you don't get paid to give those opinions, do

4    you?

5         A.    Typically, normal -- normally, I don't get paid.

6         Q.    So you don't get paid by the company regarding which

7    products you're giving the opinion; isn't that right?

8         A.    Correct.

9         Q.    Did you know in 2005 the defendant was receiving a

10   commission on every piece of equipment made by Guralp that was

11   sold in South Korea?

12             MS. BEDNARSKI:  Objection to the use of the word

13   "commission."

14             THE COURT:  The objection is overruled.

15             THE WITNESS:  Vaguely, uh, I had the gist about it,

16   but I didn't know exactly.

17   BY MS. KUMAR:

18        Q.    And you knew about that in 2004, Mr. Shin?

19        A.    In 2004, I was aware that he was getting paid for

20   consultations, but I didn't know how he was getting paid.

21        Q.    You didn't know that he was getting paid for every

22   product sold in South Korea by Guralp; isn't that right?

23        A.    In 2004?

24        Q.    Yes.

25        A.    That, I didn't know.

1      Q.    And, in fact, all you knew in November of 2003, what

2  you learned in November of 2003 was that the defendant had

3  signed an agreement on behalf of KIGAM with Guralp; isn't that

4  right?

5      A.    Yes.

6      Q.    I'd like to now direct your attention to Exhibit 80,

7  which is in evidence.  I'd like to direct your attention to the

8  top portion.

9           Mr. Shin, I'll represent to you that this is an

10 e-mail from the defendant, Dr. Chi, to Nathan Pearce from

11 December of 2004.  I'd like to direct your attention to the

12 third paragraph, to the sentence that begins "My largest

13 order."

14          And it states there, "My largest order of your

15 system might be for the Korea express train and the order will

16 be done on April and it should be delivered until August."

17          And in No. 6 on that list, it states, "Systems for

18 Korea express train (21 seats) ordered on April."

19          And lastly, Mr. Shin, I'd like to direct your

20 attention to the last paragraph where it begins, "Frankly

21 speaking, I want to make a large fortune by the order (6)."

22          Did you know, Mr. Shin, in December of 2004 that the

23 defendant wanted to make a large fortune by the order of

24 21 sets of Guralp equipment for the Korea express train

25 project?

1        A.    I was not aware.

2        Q.    And in one sentence -- if we could highlight -- it

3   states, "I have a bank account in America and you can send the

4   technical advice fee to my bank account like as agent fee."

5              Did you know in December of 2004 that the defendant

6   wanted to make a large fortune on the systems for the Korea

7   express train project and that he wanted those payments to be

8   deposited in a bank account in America?

9        A.    I was not aware.

10             MS. KUMAR:  Thank you.  No further questions at this

11   time.

12             THE COURT:  All right.  Any redirect?

13             MS. BEDNARSKI:  A few questions, Your Honor.

14                      **REDIRECT EXAMINATION**

15   BY MS. BEDNARSKI:

16        Q.    Dr. Shin, who had obtained the agreement from Guralp

17   that KIGAM could buy equipment directly without paying an agent

18   fee?

19        A.    Dr. Heon-Cheol Chi.

20        Q.    And who had made the arrangement with Guralp to be

21   able to achieve such a discount for KIGAM on their equipment?

22        A.    Dr. Heon-Cheol Chi.

23        Q.    And who had the ability to enforce that agreement?

24        A.    I didn't quite understand the question.

25        Q.    Who had the ability, um, to say, "This was our

1  agreement.  This is what you said you'd do, you'd give it to us

2  for a discount"?

3      A.    Dr. Heon-Cheol Chi.

4      Q.    Could you get on the phone with Guralp and say, uh,

5  "Hey, what about that discount?"

6            MS. KUMAR:  Objection, Your Honor.  Argumentative.

7            THE COURT:  Sustained.

8  BY MS. BEDNARSKI:

9      Q.    After you had made the decision that you would be

10 able to afford to do a proposal based on a discounted fee, did

11 you thereafter get the project?

12     A.    Yes.

13     Q.    And you told us you made the decision to choose that

14 particular equipment.  When it came time to placing the order,

15 did you need Dr. Chi's help to get that discount?

16     A.    Yes.

17     Q.    And is that what those e-mails reflect?

18           MS. KUMAR:  Objection, Your Honor.  Speculation.

19           THE COURT:  Sustained.

20           MS. BEDNARSKI:  All right.  No other questions.

21 Thank you.

22           THE COURT:  All right.  Any additional questions?

23           MS. KUMAR:  No, Your Honor.

24           THE COURT:  May this witness be excused?

25           MS. KUMAR:  Yes, Your Honor.

```
 1              THE COURT:  Ms. Bednarski, may this witness be
 2    excused?
 3              MS. BEDNARSKI:  Yes, sir.
 4              THE COURT:  Thank you very much.  You may be
 5    excused.
 6              Call your next witness.
 7              MS. BEDNARSKI:  Jung Ho Park.
 8              Permission to approach with the books, Your Honor.
 9              THE COURT:  Yes.
10              MS. BEDNARSKI:  Thank you.
11              THE COURTROOM DEPUTY:  Please raise your right hand.
12              Do you solemnly swear that the testimony you shall
13    give in the cause now before this Court shall be the truth, the
14    whole truth, and nothing but the truth, so help you God?
15              THE WITNESS:  Yes.
16              THE COURTROOM DEPUTY:  Thank you.  Be seated.
17              Please state and spell your name for the record.
18              THE WITNESS:  My name is -- my name is Jung Ho Park.
19    The last name is spelled P-a-r-k, J-u-n-g, H-o.
20              THE COURT:  You may proceed.
21              MS. BEDNARSKI:  Thank you.
22                        **JUNG HO PARK**,
23          **DEFENDANT'S WITNESS, WAS SWORN AND TESTIFIED THROUGH**
24          **THE CERTIFIED KOREAN LANGUAGE INTERPRETER AS FOLLOWS:**
25    ///
```

1          **DIRECT EXAMINATION**

2     BY MS. BEDNARSKI:

3          Q.     Sir, where do you currently work?

4          A.     I work for KIGAM, and currently I'm holding a

5     position of Director of Earthquake Research Center.

6          Q.     And how many years -- well, when did you start

7     working at KIGAM?

8          A.     I started working at KIGAM in 1998 as a temporary

9     worker, and I got formally hired in 1999.

10         Q.     What degrees of higher education do you have?

11         A.     I do have a Ph.D.

12         Q.     And what is your Ph.D. in?

13         A.     Seismology.

14         Q.     Now, over your 20 years of work at KIGAM, what have

15    been your primary responsibilities as a researcher?

16         A.     Initially, my work involved installing seismic

17    stations in Korea and also analyzing and researching the data

18    that was collected.  Recently, my work has been involved in

19    early warning system.

20         Q.     And as a researcher, do you collect and analyze

21    data?

22         A.     Yes.

23         Q.     Do you know Dr. Chi?

24         A.     Yes.

25         Q.     And how many years have you known him?

1        A.    From the time that I was hired, so from the very

2   beginning of my employment.

3        Q.    And is all of your employment as a researcher in the

4   Earthquake Research Center?

5        A.    Yes.

6        Q.    Now, have you written any articles or publications

7   with Dr. Chi?

8        A.    Yes.

9        Q.    And have you given presentations, lectures at

10  conferences with Dr. Chi?

11       A.    Yes.

12       Q.    Did you attend a conference in December 2016 at the

13  San Francisco location?

14       A.    Yes.

15       Q.    Is that the annual International Seismology

16  Conference?

17       A.    Yes.

18       Q.    At that time, did you give a presentation that was

19  prepared with Dr. Chi?

20       A.    Yes.

21       Q.    And is that why he came to San Francisco in December

22  2016?

23       A.    Yes.

24       Q.    Now, can you describe the state of the research of

25  earthquakes in Korea in 1999?

1      A.    In 1995, there was an earthquake in Kobe, Japan, and

2   also in '97 there was an earthquake in Korea in the name of

3   city Gyeongju.  So because of that, the country felt that it

4   was necessary to modernize the Earth -- some seismic equipment.

5          So -- but in 1999, the observation stations were

6   only equipped with analog systems that are aged and only very

7   few in between them.  So it was the time that modernization was

8   necessary to install modernized equipment and that is capable

9   of digitizing observations.

10     Q.    The tsunami that you spoke of, that was the tsunami

11  that killed almost 200,000 people in Indonesia and Thailand, in

12  that part of the world?

13     A.    I haven't mentioned the tsunami yet.

14     Q.    I'm sorry.  The gigantic earthquake that you spoke

15  of in 2004.

16     A.    I think the earthquake that I mentioned was '95,

17  Kobe, Japan.

18     Q.    I see.  Okay.

19          Then after the earthquake in '95 or '97, then Korea

20  started to build up its infrastructure of earthquake research?

21     A.    Yes.

22     Q.    And was there another major natural event that

23  caused Korea to really ramp up its earthquake research?

24     A.    Yes.  There were multiple large-scale and natural

25  disasters all around the world.  However, particularly in 2004,

744

 1    there was the Sumatra giant earthquake, also the tsunami

 2    incident.

 3         Q.   And that gigantic earthquake, did it cause the

 4    tsunami?

 5         A.   Yes.

 6         Q.   And was that -- was that gigantic earthquake

 7    measured as something like a 9.0 magnitude earthquake?

 8         A.   Yes.

 9         Q.   Now, as a result of that disaster that occurred in

10    Indonesia and that part of the world, was there a change in

11    legislation in Korea concerning earthquake preparedness?

12         A.   Yes.  That definitely had an impact.  Not only the

13    2004 earthquake in Indonesia, but there were lots of other

14    large-scale earthquakes all over the world.  And, also,

15    particularly -- there was also a big one in China as well.

16              So since then, Korean Government started paying

17    attention or paying closer attention to protect buildings and

18    infrastructures following earthquake episode.  So they

19    decide -- they decide to pursue to expand the infrastructure.

20         Q.   What is -- we've heard a term in this case called an

21    "early warning system."  Can you explain what that means?

22         A.   Once earthquake happens, the one that actually

23    caused more damage is called S-wave.  So before that S-wave

24    arrives, primary one is called P-wave.  So if P-wave can be

25    detected early before an S-wave comes, then alarm system can be

**UNITED STATES DISTRICT COURT**

1    triggered sooner.

2           So the technology that enables that early warning

3    system will minimize the disaster following the -- or the

4    damage following the disaster and also providing quick and

5    prompt information.

6    Q.    In 1999, was there an early warning system in Korea?

7    A.    No.

8    Q.    Is there an early warning system now?

9    A.    Yes.

10   Q.    And what is Dr. Chi's contribution with respect to

11   that early warning system development that has occurred?

12          MR. FUHR:  Objection.  Calls for speculation.

13          THE COURT:  Overruled.

14          THE WITNESS:  Together with Dr. Chi, I presented the

15   need to develop early warning system.  Together with Dr. Chi,

16   we designed the most suitable system for Korea and also

17   focusing on developing a core technology for that.  So he was

18   a -- he took a leading position in developing these core

19   technologies and presenting ideas.

20          Dr. Chi was a project leader for this early warning

21   system, and he oversaw it so that it could be successfully

22   developed and led to the utilization by the Korean Weather

23   Forecast Authority.  So he -- KM -- in other words, KMA.  So he

24   was the project leader and -- for this particular research.

25   ///

BY MS. BEDNARSKI:

Q.    Did this early warning system that got built, is that a nationwide system of detection centers that communicate with each other?

A.    Okay.  I didn't quite follow your questions exactly. When you say "communication," what parties' communications are you particularly referring to?

Q.    All right.  Is the early warning system a nationwide system in South Korea?

A.    Yes.

Q.    And does it require the collection of data from dozens and dozens of places all over Korea?

A.    For early warning system to work properly, all different agency will be -- should be able to share real-time data, and that system had to be established.  And we call that KISS, K-I-S-S.  And for that, systems technology was developed by our institute, our Research Center.  And Dr. Chi took a leading role in its technical development so that all the other agencies now could share the data.

Q.    And when did Dr. Chi start that project, and when was it complete?

A.    That project started in early 2000.  And the system called KISS, K-I-S-S, Korea Integrated Seismic System, was developed and completed in 2003.  And it's still in use.

Q.    And for this nationwide observatory system, what

1  kind of equipment is required?  Is it the best?  The worst?

2  Anything?

3      A.    Different agencies to share the data in different

4  working environments, the quality control plays a very

5  important role so that the reliable data can be produced and

6  shared.  So that data can be shared and the reliable data can

7  be produced, needless to say the best product is needed for

8  best data collection.

9      Q.    And between 2000 and 2003, what was the highest

10 quality manufacturer of sensors and recorders?

11     A.    I think it's still the same even today.  But in

12 terms of recorder and broadband sensor-wise, the machine from

13 Kinemetrics is used worldwide as a standard and it was how --

14 how it was sold back then.  And -- but in terms of borehole

15 sensor and short-period sensor, I think the machine from Guralp

16 would be one.

17     Q.    And do you know when Guralp first developed its

18 borehole sensor, the first Guralp borehole sensor?

19     A.    I do not.

20     Q.    Okay.  And is a borehole sensor one that can be sent

21 down deep into the Earth?

22     A.    Yes.

23     Q.    And when you -- what is the advantage to sending a

24 highly sensitive computer sensor deep into the Earth as opposed

25 to having it do its job on the surface of the Earth?

1     A.    If I would explain about the earthquake, I guess,

2    how it is, I think it's pretty similar to how you would measure

3    the sound.  Because if you would measure the sound, it's

4    probably better if you do that in a quiet place.  If the

5    surrounding is quiet, you capture accurate sound.  The same for

6    the earthquake.

7          So rather than doing it on the surface, if you would

8    go deeper into the Earth, you could hear the earthquake wave

9    better.  So dig a borehole and put the sensor down into the

10   deep Earth, you will be able to measure better.

11    Q.    Has Kinemetrics developed a new borehole sensor

12   called an STS-5A?

13    A.    Yes.

14    Q.    And tell us about that STS-5A.  At what point in

15   this Korean infrastructure is that piece of equipment involved?

16    A.    First of all, there is a broadband sensor called SD2

17   that is -- ST2 -- sorry, STS-2 that is for the surface.  And

18   that is known to be the best quality worldwide that is made by

19   Kinemetrics.  Kinemetrics developed a borehole sensor called

20   STS-58, which has same level of performance and quality as

21   STS-2.

22          However, bore-type sensor as currently being used in

23   Korea is Guralp's called CMG-3TB.  However, in terms of quality

24   and performance, STS-2 is much superior.  So the sensor STS-5A

25   that has the same performance level gets developed.  It's going

1    to be applied in Korea.  That is the plan.

2        Q.    And is it a much more expensive piece of equipment?

3        A.    Yes.  It is expensive.

4        Q.    Now, is -- is it possible -- we've also heard a lot

5    about the installation of sensors in other locations, not

6    observatories but other locations, like damns and bridges and

7    the railroad.  And I want to talk about that now.

8             THE COURT:  Well, we can talk about that tomorrow

9    morning because we're going to take our evening recess.

10            Ladies and gentlemen, keep in mind the instruction

11   that I have given you.  You are not to discuss this case with

12   anyone, members of your family, people involved in the trial,

13   or anyone else.  Please do not conduct any research.  Please

14   keep an open mind until all the evidence has been received,

15   you've heard the arguments of counsel, instructions of the

16   Court, and views of your fellow jurors.

17            We will see you tomorrow at 8:00 o'clock.

18            THE COURTROOM DEPUTY:  All rise for the jury.

19            THE COURT:  Court will remain in session.

20            (Out of the presence of the jury:)

21            THE COURT:  You may step down, sir.

22            All right.  The jury is not present.

23            Counsel, you're going to have to enlighten me where

24   you're going with this testimony.  I sat through 30 minutes of

25   this witness's testimony, and I find that most of it was

 1    totally irrelevant.  The Government's not objecting, but I'm

 2    going to start sustaining my own objections because I just

 3    don't see where it's going.

 4            So I would hope that tonight you would sit with your

 5    witnesses and work with them because we're going to finish this

 6    case tomorrow by noon, at least, and then we're going to argue

 7    and instruct the jury tomorrow.  So I urge you to do that.

 8            With respect to jury instructions, has the

 9    Government now gone back and looked at the disputed instruction

10    and understand what I mean by the phrase "influence"?

11            MS. KUMAR:  Yes, Your Honor, I do.  What I would

12    point out to the Court is a few things, which I'm sure the

13    Court is aware of.  First, this language comes directly from

14    Korean Supreme Court cases.

15            THE COURT:  The problem with coming from cases,

16    there's judges in courts who are applying concepts to the facts

17    of the case.  And we are instructing a lay jury.  And what my

18    concern is that the word "assist" has -- will sweep in innocent

19    conduct.

20            And so it's my inclination -- and I haven't made a

21    final ruling yet.  I, quite frankly, am surprised that the

22    Government hasn't agreed to remove that language.  But if you

23    insist on pursuing that language, I'll make a ruling tomorrow.

24    I just want to make sure you understood because you seemed a

25    little bit confused yesterday in terms of what I was referring

1    to with the "influence" language.

2              MS. KUMAR:  Yes, Your Honor.  I didn't have it in

3    front of me, and now I do.

4              I'll just briefly indicate that the Government's

5    position is that acts that the defendant was taking in his

6    official capacity were -- even if they were to assist

7    decision-makers, would still fall within the scope of

8    Article 129.

9              And that is underscored by the fact -- the number of

10   cases which we cited to in our opposition to the defendant's

11   memorandum that have repeatedly stated that there does not

12   actually have to be any influence because the purpose behind

13   the law is to ensure that there isn't any doubt to -- to where

14   that public official's loyalty lies.  And the idea that

15   someone's getting paid for something in the scope of their

16   duties is the problem.

17             And that's why, given that, the Government submits

18   that that language is important.  And moreover, as evidenced by

19   cross-examination, Ms. Bednarski asked Mr. Shin, *You could not

20   have done that with Dr. -- without Dr. Chi's assistance*?

21             And I think that's exactly what I imagine the

22   defense is going to argue, is that he didn't do anything to

23   actually influence and that all he was doing was helping

24   everyone, helping the people of South Korea, helping them, you

25   know, avoid some of these catastrophes.

1           And I think the Government's position is that, even

2     though it's acts of assistance, if they're within his official

3     capacity and he's getting paid for them, then that is in and of

4     itself bribery under South Korean law.

5           But on that, Your Honor, I'll submit.

6           THE COURT:  All right.  Well, I'll make a ruling

7     tomorrow.  But I just want to make sure that you were now aware

8     of what my concern was.

9           MS. KUMAR:  I do know, Your Honor.

10          THE COURT:  All right.  And I'll discuss -- I don't

11    think there are any -- other than that issue, that's the only

12    remaining issue with respect to the jury instructions.  So I'll

13    be responsible for preparing the final version of the jury

14    instructions that will be delivered to the jury as well as the

15    verdict form; although, my memory was that the verdict form was

16    agreed to.

17          All right.  We will see you tomorrow at

18    8:00 o'clock.

19          Anybody have any information in terms of what the --

20    Mr. Shin earned under his agreements?

21          MS. KUMAR:  Your Honor, the Government has no

22    discovery on this issue.

23          MS. BEDNARSKI:  No.  I don't know.

24          THE COURT:  Are you afraid to ask him?

25          MS. KUMAR:  No, Your Honor.  I -- I think the issue

```
 1    was that -- first of all, I was trying to be relatively quick,
 2    given the language issues.  But, I mean, we could explore that
 3    with other witnesses, and we'll certainly consider that.
 4              THE COURT:  Well, I'm not asking you to consider it.
 5    I was just wondering if anybody had any information.
 6              MS. KUMAR:  The Government certainly doesn't.
 7              MS. BEDNARSKI:  Your Honor, I wanted to raise one
 8    other issue.
 9              THE COURT:  Sure.
10              MS. BEDNARSKI:  The -- the Government asked Dr. Shin
11    a question about, And you didn't know that he was given cash
12    during the meeting at which he signed a contract?
13              THE COURT:  The question is:  Did he receive cash
14    during his meeting?
15              MS. BEDNARSKI:  And there is not evidence of that.
16    There is the evidence of --
17              THE COURT:  Well, the e-mail clearly indicates that
18    he expected to receive cash.  Whether or not he did, I think
19    it's a fair question.
20              MS. BEDNARSKI:  I think it improperly implied that
21    somehow cash was given in exchange for signing this contract.
22    And it was an unfair question, and it was -- and the Government
23    knew that there was no evidence that cash was given at that
24    meeting.
25              THE COURT:  You can certainly argue that, or your
```

1   client can testify to it.

2              Does your client intend to testify?

3              MS. BEDNARSKI:  He does.

4              THE COURT:  Okay.  Well, good.  He can explain all

5   that, then.

6              All right.  We will be in recess.

7              (Proceedings concluded at 2:10 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                            )
4    STATE OF CALIFORNIA     )

5

6           I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17           DATED THIS 13TH DAY OF JULY, 2017.

18

19

20                           /S/ MYRA L. PONCE
                     _____
21                     MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                          FEDERAL OFFICIAL COURT REPORTER
22

23

24

25

**UNITED STATES DISTRICT COURT**

**'**

**'95** [2] - 743:16, 743:19
**'97** [2] - 743:2, 743:19
**'WHEN** [1] - 734:23

**1**

**129** [1] - 751:8
**12:42** [1] - 715:1
**13** [1] - 715:1
**1995** [1] - 743:1
**1998** [1] - 741:8
**1999** [5] - 724:21, 741:9, 742:25, 743:5, 745:6

**2**

**20** [1] - 741:14
**200** [1] - 734:4
**200,000** [1] - 743:11
**2000** [3] - 722:18, 746:22, 747:9
**2003** [18] - 716:14, 716:23, 718:2, 719:22, 720:10, 720:11, 727:7, 727:16, 728:4, 728:11, 728:17, 728:25, 729:7, 737:1, 737:2, 746:24, 747:9
**2004** [9] - 736:18, 736:19, 736:23, 737:11, 737:22, 738:5, 743:15, 743:25, 744:13
**2005** [17] - 720:1, 720:16, 721:19, 722:18, 723:2, 729:17, 730:12, 731:2, 731:3, 731:9, 732:22, 733:6, 734:4, 734:14, 735:4, 735:12, 736:9
**2016** [2] - 742:12, 742:22
**2017** [1] - 715:1
**21** [2] - 737:18, 737:24
**2:10** [1] - 754:7

**3**

**30** [1] - 749:24

**5**

**5** [3] - 718:23, 719:17,

719:18
**507** [7] - 721:10, 721:11, 721:13, 721:17, 724:3, 724:8, 724:9
**508** [9] - 717:13, 717:15, 717:20, 717:22, 718:5, 718:22, 719:1, 719:9, 719:11
**508A** [6] - 718:5, 718:6, 718:16, 718:18, 718:20, 718:22
**53** [2] - 724:5, 727:13

**6**

**6** [2] - 715:3, 737:17
**6)** [1] - 737:21

**8**

**80** [1] - 737:6
**87** [1] - 730:25
**8:00** [2] - 749:17, 752:18

**9**

**9.0** [1] - 744:7
**90** [5] - 733:17, 733:19, 733:21, 733:23, 733:25

**A**

**ABILITY** [2] - 738:23, 738:25
**ABLE** [7] - 722:18, 722:24, 732:13, 738:21, 739:10, 746:14, 748:10
**ABSOLUTELY** [1] - 728:12
**ACCOUNT** [5] - 725:12, 725:17, 738:3, 738:4, 738:8
**ACCURATE** [1] - 748:5
**ACHIEVE** [1] - 738:21
**ACTS** [2] - 751:5, 752:2
**ACTUAL** [1] - 720:17
**ADDITIONAL** [1] - 739:22
**ADMINISTRATION** [1] - 730:15
**ADMISSION** [4] - 718:4, 718:12,

**ADMIT** [2] - 719:1, 719:9
**ADMITTED** [3] - 718:9, 718:13, 719:4
**ADMITTING** [1] - 719:1
**ADMONITION** [1] - 720:18
**ADVANCED** [1] - 723:1
**ADVANCEMENT** [1] - 722:24
**ADVANTAGE** [1] - 747:23
**ADVICE** [1] - 738:4
**AFFORD** [1] - 739:10
**AFFORDABLE** [1] - 722:14
**AFRAID** [1] - 752:24
**AFTERNOON** [1] - 724:15
**AGED** [1] - 743:6
**AGENCIES** [2] - 746:19, 747:3
**AGENCY** [3] - 723:21, 746:14
**AGENT** [5] - 720:3, 721:22, 722:1, 738:4, 738:17
**AGO** [1] - 726:23
**AGREED** [2] - 750:22, 752:16
**AGREEMENT** [30] - 720:7, 725:6, 725:9, 725:16, 725:23, 725:25, 726:2, 726:4, 726:6, 726:9, 726:13, 727:5, 727:6, 727:11, 727:14, 727:17, 727:20, 728:4, 728:5, 728:7, 728:8, 728:13, 728:14, 728:15, 728:19, 730:3, 737:3, 738:16, 738:23, 739:1
**AGREEMENTS** [3] - 725:5, 725:21, 752:20
**AHEAD** [3] - 720:14, 720:21, 732:17
**ALARM** [1] - 744:25
**ALLOW** [2] - 718:11, 718:14
**ALMOST** [1] - 743:11
**AMERICA** [2] - 738:3, 738:8
**AMERICAN** [1] -

725:12
**ANALOG** [1] - 743:6
**ANALYZE** [1] - 741:20
**ANALYZING** [1] - 741:17
**AND** [1] - 740:23
**ANGELES** [1] - 715:2
**ANNUAL** [1] - 742:15
**ANSWER** [6] - 715:14, 717:6, 720:22, 733:2, 735:21
**ANSWERED** [1] - 715:13
**ANSWERS** [1] - 715:22
**APPLIED** [1] - 749:1
**APPLYING** [1] - 750:16
**APPRECIATE** [1] - 715:12
**APPROACH** [1] - 740:8
**APPROPRIATE** [1] - 715:14
**APRIL** [2] - 737:16, 737:18
**ARGUE** [3] - 750:6, 751:22, 753:25
**ARGUMENTATIVE** [1] - 739:6
**ARGUMENTS** [1] - 749:15
**ARRANGEMENT** [2] - 720:2, 738:20
**ARRIVES** [1] - 744:24
**ARTICLE** [1] - 751:8
**ARTICLES** [1] - 742:6
**AS** [2] - 716:11, 740:24
**ASSIST** [3] - 731:11, 750:18, 751:6
**ASSISTANCE** [2] - 751:20, 752:2
**ATTEND** [2] - 716:23, 742:12
**ATTENDED** [2] - 716:19, 719:22
**ATTENTION** [9] - 716:22, 733:17, 734:19, 737:6, 737:7, 737:11, 737:20, 744:17
**AUDIO/VISUAL** [1] - 717:11
**AUGUST** [1] - 737:16
**AUTHORITY** [8] - 730:3, 730:10, 730:13, 731:4, 731:15, 732:25, 733:8, 745:23

**AVAILABLE** [1] - 722:14
**AVOID** [1] - 751:25
**AWARE** [14] - 720:5, 728:8, 732:22, 733:2, 733:6, 733:9, 734:18, 735:4, 735:22, 736:19, 738:1, 738:9, 750:13, 752:7

**B**

**BANK** [5] - 725:12, 725:17, 738:3, 738:4, 738:8
**BASED** [2] - 722:2, 739:10
**BEDNARSKI** [40] - 715:24, 716:8, 716:13, 717:9, 717:16, 718:4, 718:17, 718:21, 719:12, 719:13, 720:15, 721:1, 721:8, 721:9, 721:12, 723:16, 723:19, 723:20, 724:2, 724:10, 728:21, 735:7, 735:16, 736:12, 738:13, 738:15, 739:8, 739:20, 740:3, 740:7, 740:10, 740:21, 741:2, 746:1, 752:23, 753:7, 753:10, 753:15, 753:20, 754:3
**BEDNARSKI** [2] - 740:1, 751:19
**BEGINNING** [1] - 742:2
**BEGINS** [2] - 737:12, 737:20
**BEHALF** [1] - 737:3
**BEHIND** [1] - 751:12
**BEST** [5] - 723:22, 747:1, 747:7, 747:8, 748:18
**BETTER** [3] - 748:4, 748:9, 748:10
**BETWEEN** [3] - 727:20, 743:7, 747:9
**BIG** [1] - 744:15
**BIT** [4] - 725:5, 727:3, 729:9, 750:25
**BOOK** [2] - 717:13, 721:10
**BOOKS** [1] - 740:8

**BORE** [1] - 748:22
**BORE-TYPE** [1] - 748:22
**BOREHOLE** [7] - 747:14, 747:18, 747:20, 748:9, 748:11, 748:19
**BOSS** [1] - 730:14
**BRIBERY** [1] - 752:4
**BRIDGES** [1] - 749:6
**BRIEFLY** [1] - 751:4
**BROADBAND** [2] - 747:12, 748:16
**BROUGHT** [1] - 730:9
**BUILD** [1] - 743:20
**BUILDINGS** [1] - 744:17
**BUILT** [1] - 746:2
**BUSINESS** [2] - 716:15, 716:23
**BUY** [3] - 721:21, 722:1, 738:17
**BUYING** [1] - 720:2
**BY** [28] - 716:13, 717:9, 717:16, 719:13, 720:15, 721:1, 721:9, 721:12, 723:20, 724:14, 726:12, 726:21, 729:3, 730:7, 731:13, 732:10, 732:21, 733:5, 734:1, 734:8, 735:3, 735:11, 735:23, 736:17, 738:15, 739:8, 741:2, 746:1

### C

**CALIFORNIA** [1] - 715:2
**CANSUN** [2] - 731:2, 734:3
**CAPABILITY** [1] - 722:22
**CAPABLE** [1] - 743:8
**CAPACITY** [3] - 727:25, 751:6, 752:3
**CAPTURE** [1] - 748:5
**CASE** [5] - 725:14, 744:20, 749:11, 750:6, 750:17
**CASES** [3] - 750:14, 750:15, 751:10
**CASH** [8] - 728:19, 728:24, 729:6, 753:11, 753:13, 753:18, 753:21, 753:23

**CATASTROPHES** [1] - 751:25
**CAUSED** [2] - 743:23, 744:23
**CENTER** [8] - 725:2, 728:1, 729:21, 729:22, 730:9, 741:5, 742:4, 746:17
**CENTER** [1] - 729:23
**CENTERS** [1] - 746:3
**CERTAINLY** [1] - 753:3, 753:6, 753:25
**CERTIFIED** [2] - 716:11, 740:24
**CHANGE** [1] - 744:10
**CHARGE** [1] - 730:9
**CHEOL** [4] - 717:24, 738:19, 738:22, 739:3
**CHI** [32] - 716:24, 717:24, 720:1, 720:7, 721:24, 722:2, 727:23, 728:5, 728:12, 728:17, 729:15, 730:13, 730:22, 731:2, 733:7, 733:14, 734:3, 734:23, 737:10, 738:19, 738:22, 739:3, 741:23, 742:7, 742:10, 742:19, 745:14, 745:15, 745:20, 746:17, 746:20
**CHI'S** [4] - 729:4, 739:15, 745:10, 751:20
**CHINA** [1] - 744:15
**CHOOSE** [1] - 739:13
**CITED** [1] - 751:10
**CITY** [1] - 743:3
**CLASSIC** [1] - 720:19
**CLEARLY** [1] - 753:17
**CLIENT** [2] - 754:1, 754:2
**CLOSER** [2] - 731:22, 744:17
**CMG-3TB** [1] - 748:23
**COLLECT** [1] - 741:20
**COLLECTED** [1] - 741:18
**COLLECTION** [2] - 746:11, 747:8
**COLOR** [2] - 718:22, 718:23
**COMING** [1] - 750:15
**COMMENT** [1] - 734:23
**COMMISSION** [2] -

736:10, 736:13
**COMMUNICATE** [1] - 746:3
**COMMUNICATION** [1] - 746:6
**COMMUNICATIONS** [1] - 746:6
**COMPANIES** [7] - 722:21, 723:2, 725:22, 726:14, 726:19, 726:25, 727:1
**COMPANY** [2] - 725:10, 734:23, 736:6
**COMPANY'S** [2] - 726:3, 726:6
**COMPLAINT** [1] - 734:12
**COMPLETE** [1] - 746:21
**COMPLETED** [1] - 746:24
**COMPUTER** [1] - 747:24
**CONCEPTS** [1] - 750:16
**CONCERN** [2] - 750:18, 752:8
**CONCERNING** [1] - 744:11
**CONCLUDED** [1] - 754:7
**CONDUCT** [2] - 749:13, 750:19
**CONFERENCE** [1] - 742:12
**CONFERENCE** [1] - 742:16
**CONFERENCES** [1] - 742:10
**CONFUSED** [2] - 726:8, 750:25
**CONSIDER** [2] - 753:3, 753:4
**CONSULT** [1] - 730:21
**CONSULTATIONS** [5] - 726:3, 726:5, 726:6, 727:1, 736:20
**CONSULTED** [2] - 722:7, 730:19
**CONSULTING** [7] - 720:7, 720:12, 722:5, 725:16, 725:21, 726:10, 727:4
**CONTRACT** [10] - 720:17, 721:2, 721:6, 721:17, 721:20, 725:20,

726:17, 731:15, 753:12, 753:21
**CONTRACTS** [4] - 726:18, 726:22, 726:24, 726:25
**CONTRIBUTION** [1] - 745:10
**CONTROL** [1] - 747:4
**CONVERSATION** [1] - 722:2
**CONVERSATIONS** [1] - 735:13
**CORE** [2] - 745:17, 745:18
**CORRECT** [11] - 719:16, 720:10, 721:23, 722:3, 722:6, 724:23, 729:8, 729:14, 730:15, 731:7, 736:8
**COUNSEL** [7] - 715:7, 715:15, 716:6, 721:5, 731:22, 749:15, 749:23
**COUNSEL** [2] - 715:20, 733:4
**COUNSEL'S** [1] - 719:6
**COUNTRY** [1] - 743:3
**COURT** [62] - 715:6, 715:17, 715:19, 716:1, 716:5, 717:3, 717:5, 718:7, 718:10, 718:14, 718:18, 718:25, 719:6, 720:9, 720:14, 720:18, 720:21, 720:24, 721:5, 723:10, 723:17, 724:7, 724:12, 726:8, 726:18, 728:22, 729:2, 731:21, 732:5, 732:8, 732:12, 732:14, 732:17, 732:20, 733:1, 733:23, 735:8, 735:19, 736:14, 738:12, 739:7, 739:19, 739:22, 739:24, 740:1, 740:4, 740:9, 740:20, 745:13, 749:8, 749:19, 749:21, 750:15, 752:6, 752:10, 752:24, 753:4, 753:9, 753:13, 753:17, 753:25, 754:4

**COURT** [7] - 718:11, 740:13, 749:16, 749:19, 750:12, 750:13, 750:14
**COURTROOM** [3] - 740:11, 740:16, 749:18
**COURTS** [1] - 750:16
**COVER** [1] - 719:14
**CROSS** [1] - 724:13
**CROSS** [1] - 751:19
**CROSS-EXAMINATION** [1] - 724:13
**CROSS-EXAMINATION** [1] - 751:19

### D

**DAMAGE** [2] - 744:23, 745:4
**DAMNS** [1] - 749:6
**DATA** [10] - 741:17, 741:21, 746:11, 746:15, 746:19, 747:3, 747:5, 747:6, 747:8
**DECEMBER** [5] - 737:11, 737:22, 738:5, 742:12, 742:21
**DECIDE** [2] - 744:19
**DECISION** [4] - 730:16, 739:9, 739:13, 751:7
**DECISION-MAKERS** [1] - 751:7
**DEEP** [3] - 747:21, 747:24, 748:10
**DEEPER** [1] - 748:8
**DEFENDANT** [13] - 715:8, 716:6, 732:23, 733:6, 734:14, 735:4, 735:13, 736:9, 737:2, 737:10, 737:23, 738:5, 751:5
**DEFENDANT'S** [2] - 727:4, 751:10
**DEFENDANT'S** [2] - 716:10, 740:23
**DEFENSE** [1] - 751:22
**DEFINITELY** [1] - 744:12
**DEGREES** [1] - 741:10
**DELIVERED** [2] - 737:16, 752:14
**DEPOSITED** [1] -

738:8
**DEPUTY** [3] - 740:11, 740:16, 749:18
**DESCRIBE** [1] - 742:24
**DESIGNED** [1] - 745:16
**DETAILS** [1] - 720:13
**DETECTED** [1] - 744:25
**DETECTION** [1] - 746:3
**DEVELOP** [2] - 722:25, 745:15
**DEVELOPED** [7] - 745:22, 746:16, 746:24, 747:17, 748:11, 748:19, 748:25
**DEVELOPING** [2] - 745:17, 745:18
**DEVELOPMENT** [2] - 745:11, 746:18
**DIFFERENT** [3] - 746:14, 747:3
**DIG** [1] - 748:9
**DIGITIZING** [1] - 743:9
**DIRECT** [2] - 716:12, 741:1
**DIRECT** [9] - 716:22, 733:10, 733:17, 734:19, 735:24, 737:6, 737:7, 737:11, 737:19
**DIRECTLY** [6] - 721:22, 722:1, 725:10, 735:13, 738:17, 750:13
**DIRECTOR** [1] - 729:20
**DIRECTOR** [1] - 741:5
**DISASTER** [3] - 744:9, 745:3, 745:4
**DISASTERS** [1] - 743:25
**DISCOUNT** [9] - 733:15, 734:21, 734:22, 734:24, 735:5, 738:21, 739:2, 739:5, 739:15
**DISCOUNTED** [1] - 739:10
**DISCOUNTING** [2] - 735:14, 735:17
**DISCOUNTS** [1] - 733:11
**DISCOVERY** [1] - 752:22
**DISCUSS** [3] - 722:13, 749:11, 752:10

**DISCUSSED** [1] - 722:16
**DISPUTED** [1] - 750:9
**DIVISION** [3] - 734:10, 734:16, 734:21
**DOCUMENT** [2] - 718:24, 719:18
**DOCUMENTS** [2] - 719:4, 732:13
**DONE** [2] - 737:16, 751:20
**DOUBT** [1] - 751:13
**DOWN** [3] - 747:21, 748:9, 749:21
**DOZENS** [2] - 746:12
**DR** [40] - 716:14, 716:24, 717:24, 720:1, 720:7, 721:24, 722:2, 727:23, 728:5, 728:12, 728:17, 729:4, 729:15, 730:13, 730:22, 731:2, 733:7, 733:14, 734:3, 734:23, 737:10, 738:16, 738:19, 738:22, 739:3, 739:15, 741:23, 742:7, 742:10, 742:19, 745:10, 745:14, 745:15, 745:20, 746:17, 746:20, 751:20, 753:10
**DRAMATICALLY** [1] - 724:21
**DUE** [1] - 734:11
**DURING** [3] - 729:4, 753:12, 753:14
**DUTIES** [1] - 751:16

---

**E**

**E-MAIL** [6] - 731:1, 734:3, 735:7, 735:9, 737:10, 753:17
**E-MAILS** [1] - 739:17
**EARLY** [13] - 741:19, 744:21, 744:25, 745:2, 745:6, 745:8, 745:11, 745:15, 745:20, 746:2, 746:8, 746:13, 746:22
**EARNED** [1] - 752:20
**EARTH** [6] - 743:4, 747:21, 747:24, 747:25, 748:8, 748:10

**EARTHQUAKE** [7] - 725:2, 728:1, 729:21, 729:22, 730:8, 741:5, 742:4
**EARTHQUAKE** [18] - 743:1, 743:2, 743:14, 743:16, 743:19, 743:20, 743:23, 744:1, 744:3, 744:6, 744:7, 744:11, 744:13, 744:18, 744:22, 748:1, 748:6, 748:8
**EARTHQUAKES** [2] - 742:25, 744:14
**EASIER** [2] - 732:2, 732:3
**EDUCATION** [1] - 741:10
**EMPLOYEES** [3] - 732:23, 733:7, 734:15
**EMPLOYMENT** [2] - 742:2, 742:3
**ENABLES** [1] - 745:2
**END** [5] - 715:21, 716:22, 718:1, 719:22, 726:22
**ENFORCE** [1] - 738:23
**ENGINEERS** [2] - 722:8, 722:9, 722:11
**ENGLISH** [7] - 718:5, 718:9, 718:12, 718:16, 718:24, 719:4, 732:11
**ENLIGHTEN** [1] - 749:23
**ENSURE** [1] - 751:13
**ENVIRONMENTS** [1] - 747:4
**EPISODE** [1] - 744:18
**EQUIPMENT** [16] - 720:2, 722:13, 722:19, 723:25, 724:25, 736:10, 737:24, 738:17, 738:21, 739:14, 743:4, 743:8, 747:1, 748:15, 749:2
**EQUIPPED** [1] - 743:6
**ESTABLISHED** [1] - 746:15
**EVENING** [1] - 749:9
**EVENT** [1] - 743:22
**EVIDENCE** [17] - 718:19, 718:20, 719:11, 724:4, 724:8, 724:9, 728:21, 730:24,

733:18, 733:22, 733:24, 733:25, 737:7, 749:14, 753:15, 753:16, 753:23
**EVIDENCED** [1] - 751:18
**EXACT** [1] - 731:6
**EXACTLY** [3] - 736:16, 746:5, 751:21
**EXAMINATION** [4] - 716:12, 724:13, 738:14, 741:1
**EXAMINATION** [2] - 716:7, 751:19
**EXCHANGE** [1] - 753:21
**EXCUSE** [1] - 735:25
**EXCUSED** [3] - 739:24, 740:2, 740:5
**EXHIBIT** [13] - 717:13, 717:20, 717:22, 718:20, 724:5, 724:9, 727:13, 730:25, 733:17, 733:21, 733:23, 733:25, 737:6
**EXHIBIT** [8] - 717:15, 717:17, 718:6, 719:11, 721:11, 731:23, 732:6, 733:19
**EXPAND** [1] - 744:19
**EXPECTED** [1] - 753:18
**EXPENSIVE** [2] - 749:2, 749:3
**EXPLAIN** [3] - 744:21, 748:1, 754:4
**EXPLORE** [1] - 753:2
**EXPRESS** [9] - 731:16, 734:11, 734:16, 735:6, 735:15, 737:15, 737:18, 737:24, 738:7
**EXTENT** [1] - 731:12

---

**F**

**FACT** [4] - 728:11, 729:6, 737:1, 751:9
**FACTS** [1] - 750:16
**FAIR** [2] - 721:8, 753:19
**FALL** [1] - 751:7
**FAMILY** [1] - 744:2
**FEE** [5] - 721:22, 738:4, 738:18,

739:10
**FELLOW** [1] - 749:16
**FELT** [1] - 743:3
**FEW** [3] - 738:13, 743:7, 750:12
**FILES** [1] - 717:12
**FINAL** [3] - 730:16, 750:21, 752:13
**FINISH** [1] - 750:5
**FINISHED** [1] - 717:18
**FIRST** [14] - 717:10, 721:15, 727:6, 727:9, 727:11, 731:14, 732:16, 734:6, 734:20, 747:17, 747:18, 748:16, 750:13, 753:1
**FOCUSING** [1] - 745:17
**FOLLOW** [2] - 715:15, 746:5
**FOLLOW-UP** [1] - 715:15
**FOLLOWING** [3] - 744:18, 745:3, 745:4
**FOLLOWS** [2] - 716:11, 740:24
**FORECAST** [1] - 745:23
**FORGOT** [1] - 717:8
**FORM** [2] - 752:15
**FORMALLY** [1] - 741:9
**FORTUNE** [3] - 737:21, 737:23, 738:6
**FRAMED** [1] - 735:9
**FRANCISCO** [2] - 742:13, 742:21
**FRANKLY** [1] - 750:21
**FRANKLY** [1] - 737:20
**FRONT** [2] - 717:14, 751:3
**FUHR** [1] - 745:12

---

**G**

**GENERALLY** [2] - 719:3, 724:5
**GENTLEMEN** [1] - 749:10
**GIANT** [1] - 744:1
**GIGANTIC** [3] - 743:14, 744:3, 744:6
**GIST** [1] - 736:15
**GIVEN** [8] - 716:19, 742:9, 749:11, 751:17, 753:2, 753:11, 753:21,

753:23
**GOD** [1] - 740:14
**GOVERNMENT** [9] -
733:21, 744:16,
750:9, 750:22,
751:17, 752:21,
753:6, 753:10,
753:22
**GOVERNMENT'S** [5] -
724:5, 727:13,
750:1, 751:4, 752:1
**GROUP** [1] - 723:14
**GUESS** [2] - 718:25,
748:1
**GURALP** [24] -
722:20, 725:20,
725:22, 727:12,
727:20, 728:6,
729:6, 731:2,
732:23, 733:7,
734:3, 734:15,
735:5, 735:13,
736:10, 736:22,
737:3, 737:24,
738:16, 738:20,
739:4, 747:15,
747:17, 747:18
**GURALP'S** [1] -
748:23
**GYEONGJU** [1] -
743:3

# H

**H-O** [1] - 740:19
**HAND** [1] - 740:11
**HEAD** [1] - 729:22
**HEAR** [2] - 718:10,
748:8
**HEARD** [5] - 727:9,
727:11, 744:20,
749:4, 749:15
**HEARSAY** [3] - 717:2,
717:4, 718:8
**HELP** [3] - 722:23,
739:15, 740:14
**HELPFUL** [2] -
715:25, 731:21
**HELPING** [3] - 751:23,
751:24
**HENCE** [1] - 731:17
**HEON** [4] - 717:24,
738:19, 738:22,
739:3
**HEON-CHEOL** [4] -
717:24, 738:19,
738:22, 739:3
**HIGH** [4] - 719:25,
721:3, 721:18, 722:9
**HIGH-SPEED** [4] -

719:25, 721:3,
721:18, 722:9
**HIGHER** [1] - 741:10
**HIGHEST** [1] - 747:9
**HIGHLIGHT** [3] -
731:24, 734:5, 738:2
**HIGHLIGHTED** [2] -
732:6, 732:18
**HIGHLY** [1] - 747:24
**HIRED** [2] - 741:9,
742:1
**HO** [3] - 717:24, 740:7,
740:18
**HO** [1] - 740:22
**HOLDED** [1] - 734:11
**HOLDING** [1] - 741:4
**HONOR** [25] - 717:2,
718:4, 718:8,
718:21, 719:2,
719:12, 724:2,
724:4, 724:10,
729:1, 733:20,
735:16, 738:13,
739:6, 739:18,
739:23, 739:25,
740:8, 750:11,
751:2, 752:5, 752:9,
752:21, 752:25,
753:7
**HOPE** [1] - 750:4

# I

**IDEA** [1] - 751:14
**IDEAS** [1] - 745:19
**IDENTIFICATION** [4] -
717:15, 718:6,
721:11, 733:19
**IMAGE** [1] - 718:23
**IMAGES** [1] - 718:22
**IMAGINE** [1] - 751:21
**IMMEDIATELY** [1] -
731:18
**IMPACT** [1] - 744:12
**IMPLIED** [1] - 753:20
**IMPORTANCE** [1] -
733:10
**IMPORTANT** [2] -
747:5, 751:18
**IMPROPERLY** [1] -
753:20
**INCIDENT** [1] - 744:2
**INCLINATION** [1] -
750:20
**INCLUDE** [2] - 722:9,
722:11
**INCLUDING** [1] -
730:22
**INCREASED** [1] -
724:21

**INDICATE** [1] - 751:4
**INDICATES** [1] -
753:17
**INDIVIDUALS** [1] -
728:18
**INDONESIA** [3] -
743:11, 744:10,
744:13
**INDUSTRY** [1] -
722:25
**INFLUENCE** [4] -
750:10, 751:1,
751:12, 752:13
**INFORMATION** [3] -
745:5, 752:19, 753:5
**INFORMED** [1] -
734:22
**INFRASTRUCTURE**
[3] - 743:20, 744:19,
748:15
**INFRASTRUCTURES**
[1] - 744:18
**INNOCENT** [1] -
750:18
**INSIST** [1] - 750:23
**INSTALL** [3] - 724:25,
731:16, 743:8
**INSTALLATION** [1] -
749:5
**INSTALLED** [1] -
725:4
**INSTALLING** [1] -
741:16
**INSTITUTE** [2] -
731:15, 746:17
**INSTRUCT** [1] - 750:7
**INSTRUCTED** [1] -
734:15
**INSTRUCTING** [1] -
750:17
**INSTRUCTION** [2] -
749:10, 750:9
**INSTRUCTIONS** [4] -
749:15, 750:8,
752:12, 752:14
**INSTRUMENTS** [4] -
731:16, 731:18,
732:24, 733:8
**INTEGRATED** [1] -
746:23
**INTEND** [1] - 754:2
**INTERESTED** [1] -
720:13
**INTERNAL** [1] -
723:13
**INTERNATIONAL** [1] -
742:15
**INTERPRET** [1] -
715:10
**INTERPRETER** [10] -

716:11, 728:20,
730:4, 731:19,
732:3, 732:7, 732:9,
733:3, 735:1, 740:24
**INTERPRETER** [5] -
731:11, 731:19,
731:22, 731:25,
734:9
**INVOLVED** [4] -
741:16, 741:18,
748:15, 749:12
**INVOLVING** [1] -
716:24
**IRRELEVANT** [1] -
750:1
**ISSUE** [5] - 752:11,
752:12, 752:22,
752:25, 753:8
**ISSUES** [1] - 753:2
**ITSELF** [1] - 752:4

# J

**JAPAN** [2] - 743:1,
743:17
**JIN** [1] - 716:9
**JOB** [2] - 730:1,
747:25
**JUDGES** [1] - 750:16
**JULY** [1] - 715:1
**JUNE** [4] - 734:4,
734:14, 735:4,
735:12
**JUNG** [3] - 717:24,
740:7, 740:18
**JUNG** [2] - 740:19,
740:22
**JURORS** [1] - 749:16
**JURY** [14] - 715:5,
715:7, 716:4, 716:5,
718:23, 749:18,
749:20, 749:22,
750:7, 750:8,
750:17, 752:12,
752:13, 752:14

# K

**K-I-S-S** [1] - 746:16
**KEEP** [3] - 720:18,
749:10, 749:14
**KIGAM** [26] - 716:14,
716:20, 721:21,
721:25, 722:23,
723:3, 723:7,
723:14, 723:23,
724:17, 724:21,
724:24, 725:6,
727:21, 728:1,
728:18, 733:11,

736:1, 737:3,
738:17, 738:21,
741:4, 741:7, 741:8,
741:14
**KILLED** [1] - 743:11
**KIM** [1] - 734:20
**KIND** [2] - 717:11,
747:1
**KINEMETRICS** [6] -
722:20, 725:23,
747:13, 748:11,
748:19
**KISS** [2] - 746:16,
746:23
**KM** [1] - 745:23
**KMA** [1] - 745:23
**KNOWLEDGE** [2] -
722:24, 728:7
**KNOWN** [2] - 741:25,
748:18
**KNOWS** [1] - 721:7
**KOBE** [2] - 743:1,
743:17
**KOREA** [38] - 720:5,
722:18, 722:24,
723:2, 725:15,
725:17, 725:22,
726:14, 726:19,
729:9, 730:3,
730:10, 730:13,
731:4, 731:15,
732:24, 733:8,
736:11, 736:22,
737:15, 737:18,
737:24, 738:6,
741:17, 742:25,
743:2, 743:19,
743:23, 744:11,
745:6, 745:16,
746:9, 746:12,
746:23, 748:23,
749:1, 751:24
**KOREAN** [2] - 716:11,
740:24
**KOREAN** [7] - 719:2,
731:7, 744:16,
745:22, 748:15,
750:14, 752:4
**KUMAR** [39] - 717:2,
717:4, 718:8,
718:11, 719:2,
724:4, 724:14,
726:11, 726:12,
726:21, 729:1,
729:3, 730:6, 730:7,
731:11, 731:13,
732:10, 732:21,
733:5, 733:20,
734:1, 734:5, 734:8,
735:2, 735:3,

735:11, 735:23,
736:17, 738:10,
739:6, 739:18,
739:23, 739:25,
750:11, 751:2,
752:9, 752:21,
752:25, 753:6

## L

**LADIES** [1] - 749:10
**LANGUAGE** [2] -
716:11, 740:24
**LANGUAGE** [8] -
719:3, 719:4,
750:13, 750:22,
750:23, 751:1,
751:18, 753:2
**LARGE** [5] - 737:21,
737:23, 738:6,
743:24, 744:14
**LARGE-SCALE** [2] -
743:24, 744:14
**LARGEST** [2] -
737:12, 737:14
**LAST** [3] - 718:10,
737:20, 740:19
**LASTLY** [1] - 737:19
**LAW** [2] - 751:13,
752:4
**LAY** [1] - 750:17
**LEADER** [2] - 745:20,
745:24
**LEADING** [4] - 715:24,
716:1, 745:18,
746:18
**LEARNED** [5] -
721:21, 727:6,
727:15, 728:4, 737:2
**LEAST** [1] - 750:6
**LECTURES** [1] - 742:9
**LED** [1] - 745:22
**LEGISLATION** [1] -
744:11
**LEVEL** [3] - 722:20,
748:20, 748:25
**LIES** [1] - 751:14
**LIMITED** [2] - 725:20,
727:20
**LIST** [1] - 737:17
**LISTEN** [2] - 715:12,
721:25
**LISTENING** [1] - 717:7
**LOCATION** [1] -
742:13
**LOCATIONS** [2] -
749:5, 749:6
**LONDON** [2] - 728:19,
729:5
**LOOK** [3] - 717:17,

721:10, 731:19
**LOOKED** [1] - 750:9
**LOOKING** [2] -
717:18, 727:17
**LOS** [1] - 715:2
**LOYALTY** [1] - 751:14

## M

**MACHINE** [2] -
747:12, 747:15
**MAGNITUDE** [1] -
744:7
**MAIL** [6] - 731:1,
734:3, 735:7, 735:9,
737:10, 753:17
**MAILS** [1] - 739:17
**MAJOR** [1] - 743:22
**MAKERS** [1] - 751:7
**MANAGER** [1] -
729:12
**MANUFACTURE** [1] -
722:19
**MANUFACTURER** [1]
- 747:10
**MANUFACTURING** [1]
- 722:25
**MEAN** [2] - 750:10,
753:2
**MEANS** [1] - 744:21
**MEASURE** [3] - 748:2,
748:3, 748:10
**MEASURED** [1] -
744:7
**MEETING** [7] - 722:16,
727:7, 728:11,
728:17, 753:12,
753:14, 753:24
**MEMBERS** [2] -
723:14, 749:12
**MEMORANDUM** [1] -
751:11
**MEMORY** [1] - 752:15
**MENTIONED** [2] -
743:13, 743:16
**MIGHT** [1] - 737:15
**MIND** [3] - 720:18,
749:10, 749:14
**MINE** [1] - 725:14
**MINIMIZE** [1] - 745:3
**MINUTES** [1] - 749:24
**MISSTATED** [1] -
735:17
**MISSTATEMENT** [1] -
735:18
**MISSTATES** [2] -
728:21, 735:7
**MODERNIZATION** [1]
- 743:7
**MODERNIZE** [1] -

743:4
**MODERNIZED** [1] -
743:8
**MONTH** [2] - 731:6,
731:8
**MOREOVER** [1] -
751:18
**MORNING** [1] - 749:9
**MOST** [2] - 745:16,
749:25
**MOVE** [3] - 731:21,
731:24, 733:21
**MR** [1] - 745:12
**MS** [79] - 715:24,
716:8, 716:13,
717:2, 717:4, 717:9,
717:16, 718:4,
718:8, 718:11,
718:17, 718:21,
719:2, 719:12,
719:13, 720:15,
721:1, 721:8, 721:9,
721:12, 723:16,
723:19, 723:20,
724:2, 724:4,
724:10, 724:14,
726:11, 726:12,
726:21, 728:21,
729:1, 729:3, 730:6,
730:7, 731:11,
731:13, 732:10,
732:21, 733:5,
733:20, 734:1,
734:5, 734:8, 735:2,
735:3, 735:7,
735:11, 735:16,
735:23, 736:12,
736:17, 738:10,
738:13, 738:15,
739:6, 739:8,
739:18, 739:20,
739:23, 739:25,
740:3, 740:7,
740:10, 740:21,
741:2, 746:1,
750:11, 751:2,
752:9, 752:21,
752:23, 752:25,
753:6, 753:7,
753:10, 753:15,
753:20, 754:3
**MULTIPLE** [1] -
743:24

## N

**NAME** [5] - 740:17,
740:18, 740:19,
743:2
**NATHAN** [3] - 731:2,

734:3, 737:10
**NATIONWIDE** [3] -
746:3, 746:8, 746:25
**NATURAL** [2] -
743:22, 743:24
**NECESSARY** [2] -
743:4, 743:8
**NEED** [3] - 724:24,
739:15, 745:15
**NEEDED** [1] - 747:7
**NEEDLESS** [1] - 747:6
**NEEDS** [1] - 731:12
**NEGOTIATIONS** [1] -
735:6
**NEW** [1] - 748:11
**NEXT** [2] - 734:25,
740:6
**NONRESPONSIVE** [1]
- 715:22
**NOON** [1] - 750:6
**NORMAL** [1] - 736:5
**NORMALLY** [1] -
736:5
**NOTHING** [2] -
728:12, 740:14
**NOVEMBER** [8] -
727:6, 727:16,
728:11, 728:17,
728:25, 729:7,
737:1, 737:2
**NUMBER** [6] - 722:7,
722:9, 722:11,
724:17, 724:20,
751:9

## O

**O'CLOCK** [2] - 749:17,
752:18
**OBJECTING** [1] -
750:1
**OBJECTION** [17] -
717:2, 717:3, 718:7,
718:8, 723:18,
724:6, 728:21,
728:23, 735:7,
735:8, 735:19,
736:12, 736:14,
739:6, 739:18,
745:12
**OBJECTIONS** [1] -
750:2
**OBSERVATION** [1] -
743:5
**OBSERVATIONS** [1] -
743:9
**OBSERVATORIES** [1]
- 749:6
**OBSERVATORY** [1] -
746:25

**OBTAINED** [1] -
738:16
**OCCURRED** [2] -
744:9, 745:11
**OCCURRING** [1] -
731:5
**OFFICE** [1] - 731:18
**OFFICES** [2] - 728:25,
729:6
**OFFICIAL** [2] - 751:6,
752:2
**OFFICIAL'S** [1] -
751:14
**ONCE** [1] - 744:22
**ONE** [10] - 724:24,
727:19, 728:16,
738:2, 744:15,
744:22, 744:24,
747:16, 747:20,
753:7
**OPEN** [1] - 749:14
**OPERATED** [1] -
724:21
**OPERATION** [1] -
721:19
**OPINION** [6] - 723:4,
723:8, 723:11,
723:22, 723:24,
736:7
**OPINIONS** [2] -
735:25, 736:3
**OPPOSED** [1] -
747:24
**OPPOSITION** [1] -
751:10
**ORDER** [9] - 716:2,
734:11, 734:16,
737:13, 737:14,
737:15, 737:21,
737:23, 739:14
**ORDERED** [1] -
737:18
**ORDERING** [3] -
731:17, 732:24,
733:7
**OTHERWISE** [1] -
721:7
**OUTSIDE** [1] - 734:12
**OVERRULED** [4] -
717:5, 735:20,
736:14, 745:13
**OVERSAW** [1] -
745:21
**OVERSEAS** [3] -
716:15, 716:23,
717:23
**OVERSEE** [1] - 725:4
**OVERSEES** [1] -
725:3
**OWN** [3] - 722:25,

723:17, 750:2

**P**

**P-WAVE** [2] - 744:24
**P.M** [1] - 715:1
**P.M** [1] - 754:7
**PAGE** [5] - 718:23,
719:14, 719:17,
719:18, 727:23
**PAID** [13] - 725:9,
725:13, 725:17,
726:14, 728:19,
736:3, 736:5, 736:6,
736:19, 736:20,
736:21, 751:15,
752:3
**PARAGRAPH** [4] -
734:6, 734:20,
737:12, 737:20
**PARK** [2] - 740:19,
740:22
**PARK** [3] - 717:24,
740:7, 740:18
**PART** [5] - 717:11,
718:10, 722:2,
743:12, 744:10
**PARTICIPATING** [2] -
729:16, 730:2
**PARTICULAR** [5] -
723:5, 723:9,
723:12, 739:14,
745:24
**PARTICULARLY** [3] -
743:25, 744:15,
746:7
**PARTIES'** [2] - 733:22,
746:6
**PAUSE** [1] - 732:19
**PAYING** [4] - 721:22,
738:17, 744:16,
744:17
**PAYMENTS** [1] -
738:7
**PEARCE** [3] - 731:2,
734:3, 737:10
**PEOPLE** [5] - 730:19,
736:1, 743:11,
749:12, 751:24
**PERFORMANCE** [3] -
748:20, 748:24,
748:25
**PERHAPS** [1] - 729:2
**PERIOD** [1] - 747:15
**PERMISSION** [1] -
740:8
**PERSONAL** [6] -
725:16, 726:13,
726:25, 728:5,
728:12, 728:14

**PERSONALLY** [3] -
725:9, 725:17,
726:14
**PH.D** [2] - 741:11,
741:12
**PHONE** [1] - 739:4
**PHOTOGRAPHS** [2] -
719:8, 719:10
**PHRASE** [1] - 750:10
**PHRASED** [1] - 730:6
**PIECE** [3] - 736:10,
748:15, 749:2
**PLACE** [2] - 722:17,
748:4
**PLACES** [1] - 746:12
**PLACING** [1] - 739:14
**PLAN** [1] - 749:1
**PLANNED** [1] - 721:19
**PLANS** [1] - 720:6
**PLAYS** [1] - 747:4
**POINT** [2] - 748:14,
750:12
**POORLY** [1] - 730:6
**PORTION** [4] - 732:6,
732:16, 732:18,
737:8
**POSITION** [4] - 741:5,
745:18, 751:5, 752:1
**POSSIBLE** [1] - 749:4
**POWERPOINT** [3] -
717:12, 719:21,
721:16
**PREPARED** [1] -
742:19
**PREPAREDNESS** [1]
- 744:11
**PREPARING** [5] -
719:25, 720:16,
721:3, 721:18,
752:13
**PRESENCE** [3] -
715:5, 716:4, 749:20
**PRESENT** [7] - 715:7,
715:8, 716:6,
724:22, 726:20,
749:22
**PRESENTATION** [13] -
716:23, 717:1,
717:10, 717:23,
718:1, 719:14,
719:22, 720:4,
720:10, 720:11,
721:16, 729:4,
742:18
**PRESENTATIONS** [3]
- 716:17, 716:19,
742:9
**PRESENTED** [1] -
745:14
**PRESENTING** [1] -

745:19
**PRETRIAL** [1] -
733:22
**PRETTY** [1] - 748:2
**PREVENT** [1] - 723:23
**PREVIOUSLY** [1] -
716:10
**PRICE** [4] - 734:22,
734:24, 735:5,
735:14
**PRIMARY** [2] - 741:15,
744:24
**PRINCIPAL** [1] -
727:25
**PRIVATE** [1] - 728:7
**PROBLEM** [2] -
750:15, 751:16
**PROCEED** [1] -
740:20
**PROCEEDINGS** [2] -
732:19, 754:7
**PROCESS** [1] -
731:17
**PROCESSING** [1] -
732:24
**PRODUCED** [2] -
747:5, 747:7
**PRODUCT** [6] - 722:1,
723:9, 723:12,
723:22, 736:22,
747:7
**PRODUCTS** [6] -
721:21, 722:8,
730:17, 733:11,
735:25, 736:7
**PROGRESS** [1] -
731:7
**PROHIBITING** [1] -
723:4
**PROHIBITION** [1] -
723:7
**PROJECT** [29] -
719:25, 721:4,
721:19, 722:5,
722:9, 723:5,
723:24, 729:10,
729:12, 729:15,
730:12, 731:4,
731:7, 731:16,
732:25, 733:8,
734:16, 735:6,
735:15, 735:18,
735:25, 737:25,
738:7, 739:11,
745:20, 745:24,
746:20, 746:22
**PROJECTS** [2] -
725:14, 735:14
**PROMPT** [1] - 745:5
**PROPERLY** [1] -

746:13
**PROPOSAL** [7] -
719:25, 720:6,
720:17, 721:3,
722:4, 722:14,
739:10
**PROTECT** [1] - 744:17
**PROVIDE** [3] - 726:2,
726:6, 726:24
**PROVIDED** [1] -
726:25
**PROVIDES** [1] - 726:9
**PROVIDING** [1] -
745:4
**PUBLIC** [1] - 751:14
**PUBLICATIONS** [1] -
742:6
**PULL** [2] - 727:13,
730:24
**PURCHASE** [5] -
724:25, 730:17,
734:10, 734:15,
734:21
**PURCHASED** [1] -
733:11
**PURPOSE** [3] - 719:5,
719:7, 751:12
**PURSUANT** [2] -
726:2, 733:22
**PURSUE** [1] - 744:19
**PURSUING** [1] -
750:23
**PUT** [1] - 748:9

**Q**

**QUALITY** [9] - 722:19,
723:5, 723:25,
735:25, 747:4,
747:10, 748:18,
748:20, 748:23
**QUANTERRA** [1] -
725:25
**QUESTIONS** [10] -
715:11, 715:13,
715:21, 716:2,
724:11, 738:10,
738:13, 739:20,
739:22, 746:5
**QUICK** [2] - 745:4,
753:1
**QUIET** [2] - 748:4,
748:5
**QUITE** [2] - 738:24,
746:5, 750:21

**R**

**RAIL** [5] - 719:25,
721:3, 721:19,

722:9, 723:21
**RAILROAD** [2] -
731:17, 749:7
**RAILWAY** [2] - 729:9,
731:7
**RAILWAY** [7] - 730:3,
730:10, 730:13,
731:4, 731:15,
732:25, 733:8
**RAISE** [2] - 740:11,
753:7
**RAMP** [1] - 743:23
**RATHER** [1] - 748:7
**READ** [7] - 731:14,
732:1, 732:11,
732:12, 732:13,
732:15, 735:9
**READING** [1] - 731:23
**READS** [2] - 734:20,
734:25
**READY** [1] - 716:3
**REAL** [1] - 746:14
**REAL-TIME** [1] -
746:14
**REALLY** [1] - 743:23
**REASON** [2] - 718:25,
719:1
**RECEIPT** [1] - 728:24
**RECEIVE** [2] - 753:13,
753:18
**RECEIVED** [9] -
718:18, 718:20,
719:11, 724:8,
724:9, 729:6,
733:23, 733:25,
749:14
**RECEIVING** [1] -
736:9
**RECENTLY** [1] -
741:18
**RECESS** [2] - 749:9,
754:6
**RECOGNIZE** [2] -
717:20, 721:13
**RECOLLECTION** [1] -
731:6
**RECOMMENDATION**
[4] - 723:8, 723:11,
723:12, 723:13
**RECOMMENDATION
S** [1] - 723:15
**RECORD** [3] - 715:6,
716:5, 740:17
**RECORDER** [1] -
747:12
**RECORDERS** [1] -
747:10
**RED** [1] - 719:18
**REDIRECT** [1] -
738:12

REDIRECT [1] - 738:14
REFER [1] - 726:4
REFERRING [7] - 721:6, 721:20, 726:9, 728:15, 728:24, 746:7, 750:25
REFLECT [2] - 716:5, 739:17
REFRAMED [1] - 728:22
REGARDING [1] - 736:6
REGULATION [1] - 723:23
RELATIVELY [1] - 753:1
RELAX [1] - 716:1
RELIABLE [2] - 747:5, 747:6
REMAIN [1] - 749:19
REMAINING [1] - 752:12
REMEMBER [1] - 717:1
REMEMBERED [1] - 720:1
REMOVE [1] - 750:22
REPEAT [3] - 717:8, 730:4, 733:3
REPEATEDLY [1] - 751:11
REPHRASE [2] - 726:11, 729:2
REPLY [1] - 734:22
REPORT [1] - 717:23
REPORTING [1] - 716:15
REPORTS [1] - 717:12
REPRESENT [3] - 731:1, 734:2, 737:9
REQUEST [1] - 720:16
REQUESTS [1] - 720:6
REQUIRE [1] - 746:11
REQUIRED [1] - 747:1
REQUIREMENT [1] - 716:14
RESEARCH [6] - 722:23, 742:24, 743:20, 743:23, 745:24, 749:13
RESEARCH [8] - 725:2, 728:1, 729:21, 729:22, 730:8, 741:5, 742:4, 746:17
RESEARCHER [11] - 723:3, 723:4, 723:8,

723:24, 728:1, 729:16, 730:2, 730:9, 741:15, 741:20, 742:3
RESEARCHERS [1] - 716:20
RESEARCHING [1] - 741:17
RESPECT [5] - 717:10, 718:21, 745:10, 750:8, 752:12
RESPONDING [1] - 715:11
RESPONSE [1] - 720:6
RESPONSIBILITIES [1] - 741:15
RESPONSIBLE [1] - 752:13
RESULT [1] - 744:9
RESUME [1] - 716:7
RESUMED [1] - 716:12
RETURN [1] - 720:5
RETURNED [1] - 729:5
RISE [1] - 749:18
ROLE [2] - 746:18, 747:5
RULE [2] - 716:1, 723:3
RULING [3] - 750:21, 750:23, 752:6

## S

S-WAVE [3] - 744:23, 744:25
SAN [2] - 742:13, 742:21
SAT [1] - 749:24
SAW [3] - 718:1, 719:15, 721:18
SCALE [2] - 743:24, 744:14
SCOPE [2] - 751:7, 751:15
SCREEN [3] - 731:22, 731:24, 732:1
SD2 [1] - 748:16
SEAL [1] - 719:18
SEATED [1] - 740:16
SEATS [1] - 737:18
SECOND [4] - 715:7, 727:23, 734:5, 734:19
SEE [14] - 715:25, 718:25, 719:18, 720:17, 721:15,

721:16, 732:6, 732:7, 732:8, 735:17, 743:18, 749:17, 750:3, 752:17
SEEING [2] - 719:21, 719:23
SEEK [2] - 718:4, 724:2
SEISMIC [1] - 746:23
SEISMIC [6] - 724:20, 724:25, 725:3, 731:16, 741:16, 743:4
SEISMOLOGY [4] - 722:19, 723:5, 723:9, 741:13
SEISMOLOGY [1] - 742:15
SEND [1] - 738:3
SENDING [1] - 747:23
SENSITIVE [1] - 747:24
SENSOR [13] - 747:12, 747:15, 747:18, 747:20, 747:24, 748:9, 748:11, 748:16, 748:19, 748:22, 748:24
SENSOR-WISE [1] - 747:12
SENSORS [2] - 747:10, 749:5
SENT [1] - 747:20
SENTENCE [5] - 734:5, 734:6, 734:25, 737:12, 738:2
SENTENCES [2] - 731:14, 734:20
SEPARATE [1] - 728:5
SERVICES [1] - 726:10
SESSION [1] - 749:19
SETS [1] - 737:24
SEVERAL [2] - 722:16, 726:18
SHALL [2] - 740:12, 740:13
SHARE [3] - 746:14, 746:19, 747:3
SHARED [2] - 747:6
SHIN [20] - 716:14, 729:18, 731:3, 731:9, 732:11, 732:12, 732:22, 734:2, 734:9, 734:17, 735:12, 735:24, 736:18,

737:9, 737:19, 737:22, 738:16, 751:19, 752:20, 753:10
SHIN [1] - 716:9
SHORT [1] - 747:15
SHORT-PERIOD [1] - 747:15
SHOW [3] - 718:23, 719:10, 719:17
SHOWED [1] - 721:2
SIDE [1] - 728:12
SIGNED [4] - 727:23, 727:25, 737:3, 753:12
SIGNING [2] - 728:19, 753:21
SIMILAR [1] - 748:2
SIMPLE [1] - 732:13
SIMPLY [1] - 715:22
SIT [1] - 750:4
SLOW [1] - 735:1
SOLD [1] - 736:11, 736:22, 747:14
SOLEMNLY [1] - 740:12
SOMEONE [1] - 717:7
SOO [1] - 716:9
SOONER [1] - 745:1
SORRY [11] - 717:7, 723:5, 730:4, 733:20, 734:6, 734:7, 735:1, 743:14, 748:17
SOUND [3] - 748:3, 748:5
SOUTH [5] - 736:11, 736:22, 746:9, 751:24, 752:4
SPEAKING [2] - 719:3, 737:21
SPECIFIC [3] - 715:21, 716:2, 721:6
SPECULATION [2] - 739:18, 745:12
SPEED [4] - 719:25, 721:3, 721:18, 722:9
SPELL [1] - 740:17
SPELLED [1] - 740:19
ST2 [1] - 748:17
STANDARD [1] - 747:13
START [4] - 723:6, 741:6, 746:20, 750:2
STARTED [4] - 741:8, 743:20, 744:16, 746:22
STATE [2] - 740:17, 742:24
STATES [3] - 737:14,

737:17, 738:3
STATIONS [6] - 724:21, 724:24, 725:3, 725:4, 741:17, 743:5
STEP [1] - 749:21
STILL [3] - 746:24, 747:11, 751:7
STIPULATION [1] - 733:22
STRONGLY [1] - 734:24
STS-2 [3] - 748:17, 748:21, 748:24
STS-58 [1] - 748:20
STS-5A [3] - 748:12, 748:14, 748:24
SUBMIT [2] - 722:4, 752:5
SUBMITS [1] - 751:17
SUCCESSFULLY [1] - 745:21
SUGGEST [1] - 715:20
SUITABLE [1] - 745:16
SUMATRA [1] - 744:1
SUPERIOR [1] - 748:24
SUPREME [1] - 750:14
SURFACE [3] - 747:25, 748:7, 748:17
SURPRISED [1] - 750:21
SURROUNDING [1] - 748:5
SUSTAIN [2] - 723:17, 728:23
SUSTAINED [3] - 735:8, 739:7, 739:19
SUSTAINING [1] - 750:2
SWEAR [1] - 740:12
SWEEP [1] - 750:18
SWORN [2] - 716:10, 740:23
SYSTEM [1] - 746:23
SYSTEM [19] - 737:15, 741:19, 744:21, 744:25, 745:3, 745:6, 745:8, 745:11, 745:15, 745:16, 745:21, 746:2, 746:3, 746:8, 746:9, 746:13, 746:15, 746:22, 746:25
SYSTEMS [3] - 725:20, 727:20,

737:17
**SYSTEMS** [5] - 734:11, 734:16, 738:6, 743:6, 746:16

## T

**TEAM** [2] - 722:8, 722:11
**TECHNICAL** [6] - 726:3, 726:5, 726:6, 727:1, 738:4, 746:18
**TECHNOLOGIES** [1] - 745:19
**TECHNOLOGY** [6] - 722:22, 723:1, 745:2, 745:17, 746:16
**TEMPORARY** [1] - 741:8
**TERM** [1] - 744:20
**TERMS** [9] - 719:10, 721:6, 726:8, 730:15, 747:12, 747:14, 748:23, 750:25, 752:19
**TESTIFIED** [3] - 724:20, 725:6, 735:24
**TESTIFIED** [2] - 716:10, 740:23
**TESTIFY** [2] - 754:1, 754:2
**TESTIMONY** [3] - 740:12, 749:24, 749:25
**THAILAND** [1] - 743:11
**THE** [89] - 715:6, 715:16, 715:17, 715:18, 715:19, 716:1, 716:5, 716:11, 717:3, 717:5, 717:7, 718:7, 718:10, 718:14, 718:18, 718:25, 719:6, 720:9, 720:11, 720:14, 720:18, 720:20, 720:21, 720:23, 720:24, 721:5, 723:10, 723:17, 724:7, 724:12, 726:8, 726:18, 726:20, 728:20, 728:22, 729:2, 730:4, 731:19, 731:21, 732:3, 732:5, 732:7, 732:8, 732:9, 732:12,

732:13, 732:14, 732:16, 732:17, 732:20, 733:1, 733:3, 733:23, 735:1, 735:8, 735:19, 735:22, 736:14, 736:15, 738:12, 739:7, 739:19, 739:22, 739:24, 740:1, 740:4, 740:9, 740:11, 740:15, 740:16, 740:18, 740:20, 740:24, 745:13, 745:14, 749:8, 749:18, 749:19, 749:21, 750:15, 752:6, 752:10, 752:24, 753:4, 753:9, 753:13, 753:17, 753:25, 754:4
**THEREAFTER** [2] - 722:4, 739:11
**THIRD** [2] - 734:6, 737:12
**THREE** [1] - 726:23
**THROUGH** [2] - 716:10, 740:23
**THURSDAY** [1] - 715:1
**TIMEFRAME** [1] - 731:3
**TODAY** [2] - 731:14, 747:11
**TOGETHER** [2] - 745:14, 745:15
**TOMORROW** [7] - 749:8, 749:17, 750:6, 750:7, 750:23, 752:7, 752:17
**TONIGHT** [1] - 750:4
**TOOK** [2] - 745:18, 746:17
**TOP** [1] - 737:8
**TOTALLY** [1] - 750:1
**TRAIN** [8] - 734:11, 734:16, 735:6, 735:15, 737:15, 737:18, 737:24, 738:7
**TRANSLATE** [3] - 732:18, 733:1, 734:10
**TRANSLATED** [1] - 732:14
**TRANSLATION** [4] - 718:5, 718:9, 718:12, 718:16

**TRIAL** [1] - 749:12
**TRIGGERED** [1] - 745:1
**TRIP** [3] - 716:24, 717:23, 717:25
**TRIPS** [1] - 716:15
**TRUTH** [3] - 740:13, 740:14
**TRYING** [3] - 715:24, 732:1, 753:1
**TSUNAMI** [5] - 743:10, 743:13, 744:1, 744:4
**TURN** [1] - 717:13
**TWO** [2] - 731:14, 734:20
**TYPE** [1] - 748:22
**TYPICALLY** [1] - 736:5

## U

**U.K** [1] - 717:24
**UNAWARE** [1] - 720:10
**UNCLEAR** [1] - 723:10
**UNDER** [5] - 725:9, 726:5, 726:24, 752:4, 752:20
**UNDERSCORED** [1] - 751:9
**UNDERSTOOD** [1] - 750:24
**UNFAIR** [1] - 753:22
**UP** [6] - 715:15, 715:21, 727:13, 730:24, 743:20, 743:23
**URGE** [1] - 750:7
**UTILIZATION** [1] - 745:22

## V

**VAGUELY** [1] - 736:15
**VARIOUS** [1] - 726:18
**VERDICT** [2] - 752:15
**VERSION** [2] - 718:22, 752:13
**VIEWING** [1] - 721:15
**VIEWS** [1] - 749:16
**VISITED** [1] - 734:23
**VOLUME** [1] - 715:3

## W

**WARNING** [11] - 741:19, 744:21, 745:2, 745:6, 745:8, 745:11, 745:15, 745:20, 746:2,

746:8, 746:13
**WAS** [1] - 740:23
**WAVE** [6] - 744:23, 744:24, 744:25, 748:8
**WEATHER** [1] - 745:22
**WHOLE** [1] - 740:14
**WISE** [1] - 747:12
**WITNESS** [6] - 715:9, 716:7, 731:12, 739:24, 740:1, 740:6
**WITNESS** [16] - 715:16, 715:18, 716:10, 717:7, 720:11, 720:20, 720:23, 726:20, 732:13, 732:16, 735:22, 736:15, 740:15, 740:18, 740:23, 745:14
**WITNESS'S** [1] - 749:25
**WITNESSES** [2] - 750:5, 753:3
**WONDERING** [1] - 753:5
**WORD** [2] - 736:12, 750:18
**WORDS** [1] - 745:23
**WORKER** [1] - 741:9
**WORLD** [4] - 743:12, 743:25, 744:10, 744:14
**WORLDWIDE** [2] - 747:13, 748:18
**WORST** [1] - 747:1
**WRITE** [1] - 731:25
**WRITTEN** [1] - 742:6

## Y

**YEAR** [1] - 731:8
**YEARS** [5] - 724:18, 726:23, 741:6, 741:14, 741:25
**YELLOW** [1] - 732:18
**YESTERDAY** [1] - 750:25
**YOURSELF** [1] - 716:17