1              UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3          HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

4

5    UNITED STATES OF AMERICA,        )
                                      )
6                  Plaintiff,         )   Case No.
                                      )
7           vs.                       )   CR 16–00824
                                      )
8    HEON–CHEOL CHI,                  )   PAGES 756 to 856
                                      )   VOLUME 7
9                  Defendant.         )
     ─────────────────────────────────)

10

11

12

13                  REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 4
14                  FRIDAY, JULY 14, 2017
                         8:05 A.M.
15                 LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22   _____

23        MIRANDA ALGORRI, CSR 12743, RPR, CRR
             FEDERAL OFFICIAL COURT REPORTER
24          350 WEST 1ST STREET, SUITE 4455
             LOS ANGELES, CALIFORNIA 90012
25             MIRANDAALGORRI@GMAIL.COM


                  UNITED STATES DISTRICT COURT

1          **APPEARANCES OF COUNSEL:**

2

3   **FOR THE PLAINTIFF:**

4        SANDRA R. BROWN
         Acting United States Attorney
5        BY:  POONAM KUMAR
         Assistant United States Attorney
6        United States Courthouse
         312 North Spring Street
7        Los Angeles, California 90012

8        DEPARTMENT OF JUSTICE
         BY:  DAVID M. FUHR
9        BY:  ANNA G. KAMINSKA
         1400 New York Avenue NW
10       Washington D.C. 20005

11

     **FOR THE DEFENDANT:**
12

         LAW OFFICES OF JOEL C. KOURY
13       BY:  JOEL C. KOURY
         3435 Ocean Park Boulevard
14       Suite 107-50
         Santa Monica, California 90405
15

         KAYE MCLANE BEDNARSKI & LITT, LLP
16       BY:  MARILYN E. BEDNARSKI
         BY:  KEVIN LAHUE
17       234 East Colorado Boulevard
         Suite 230
18       Pasadena, California 91101

19       LAW OFFICES OF RICHARD W. RAYNOR
         BY:  RICHARD W. RAYNOR
20       800 South Pacific Coast Highway
         Suite 8-284
21       Redondo Beach, California 90277

22

         CERTIFIED KOREAN INTERPRETERS
23       KATHY SIM
         HYON RO
24       JULIE WAGNER
         AGNES WOO

25

**UNITED STATES DISTRICT COURT**

1

**I N D E X**

2

3

**FRIDAY, JULY 14, 2017; VOLUME 7**

4

5

**Chronological Index of Witnesses**

6

7

Witnesses:_____        Page

8

9   PARK, Jung Ho

10      Direct examination resumed by Ms. Bednarski      760
        Cross-examination by Mr. Fuhr                    774

11

12   LEE, Tai Sup

13      Direct examination by Ms. Bednarski              791
        Cross-examination by Ms. Kumar                   793

14      Redirect examination by Ms. Bednarski            800

15

     KIM, Hyu Han

16

17      Direct examination by Ms. Bednarski              802
        Cross-examination by Ms. Kumar                   819

18

     KIM, Byung Cheol

19

20      Direct examination by Ms. Bednarski              823
        Cross-examination by Ms. Kumar                   836

21      Redirect examination by Ms. Bednarski            843

22   KIM, Byoung Wook

23      Direct examination by Ms. Bednarski              845
        Cross-examination by Ms. Kumar                   857

24

25

```
 1                          EXHIBITS


 2


 3              FRIDAY, JULY 14, 2017; VOLUME 7


 4
                                           For      In
 5     Exhibits                            ID       EVD

 6     3A    KIGAM Personnel Regulations            794

 7     522A Document                                809

 8     566   Photograph                            809

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              LOS ANGELES, CALIFORNIA; FRIDAY, JULY 14, 2017

 2                              8:05 A.M.

 3                                ---

 4

 5          (The following proceedings were held in

 6          open court out of the presence of the jury:)

 7              THE COURT:  Good morning, everyone.  The jury is

 8    all present.  So we will be able to start in a few moments.

 9          (The following proceedings were held in

10          open court in the presence of the jury:)

11              THE COURT:  All right.  Good morning, ladies and

12    gentlemen.  All counsel and the defendant and the jury are

13    present.

14              You may resume your examination.

15              THE CLERK:  You remain sworn.  You can be seated.

16              MS. BEDNARSKI:  Thank you, Your Honor.

17                           JUNG HO PARK,

18              DEFENDANT'S WITNESS, PREVIOUSLY SWORN:

19                   DIRECT EXAMINATION (RESUMED)

20    BY MS. BEDNARSKI:

21          Q     Good morning.

22          A     Good morning.

23          Q     I want to ask you about the certification process

24    at KIGAM.  When did the requirement in Korea begin that

25    earthquake monitoring equipment had to be certified before it
```

UNITED STATES DISTRICT COURT

```
 1   could be used?

 2        A       It started in 2010.

 3        Q       And after that certification requirement that

 4   became the law, what entities in Korea were permitted to test

 5   for certification and issue certificates?

 6        A       In 2010, when it became a law to certify the

 7   equipment, there were no institutions who were not fit to

 8   certify the equipment.  In that process, two --

 9                THE COURT:  Can you pull the microphone a little

10   closer to you?  We're having a hard time hearing you.

11   Ms. Interpreter, could you pull the microphone closer to you?

12                THE INTERPRETER:  Yes.  I turned it.  Yes.

13                THE WITNESS:  In the process, two institutions

14   were chosen by the government entity that had required the

15   certification, and KRISS, K-R-I-S -- K-R-I-S-S, which is a

16   standardizing institution as the one in the U.S.A. was

17   selected.

18        Q       BY MS. BEDNARSKI:  And did --

19        A       And our institute was also included.

20        Q       And what is -- and what is your role with respect

21   to KIGAM's certification process?

22        A       Could you ask once again, please?

23        Q       Sure.  Do you have a role at KIGAM with respect

24   to the certification and testing for certification of

25   equipment?
```

```
 1        A       The testing service at our institution for

 2   testing the performance of equipment has started as the expert

 3   and knowledgeable researchers in providing outside

 4   consultation.

 5        Q       Are --

 6        A       In that vein, I have also participated in testing

 7   the equipment -- in testing the performance of the equipment.

 8        Q       Do you oversee the certification testing process

 9   at KIGAM?

10        A       Yes.

11        Q       Now, just for clarification, when we're talking

12   about certification testing, we're not talking about other

13   types of testing for performance that occurs at KIGAM.

14                Do you understand that?

15        A       I did not have clear understanding.

16        Q       Okay.  Are there other types of testing for

17   performance of equipment at KIGAM separate and apart from

18   certification testing?

19        A       Yes.  They're separate.

20        Q       And the certification testing is the testing

21   that's required for each new type of equipment that a

22   manufacturer wants to sell in Korea, and they must get it

23   certified before they're permitted to sell that type of

24   equipment; correct?

25        A       Yes.
```

**UNITED STATES DISTRICT COURT**

```
 1        Q       And who performs the tests during the
 2   certification process?  And by that, I don't mean individual
 3   names, but what category of people perform the tests in the
 4   certification process?
 5        A       For the most part, they are the technicians who
 6   look at the mechanical aspects of the equipment.  They produce
 7   the documentation.  They do the testing.
 8        Q       Does Dr. Chi do any of the testing in the
 9   certification process?
10               MR. FUHR:  Objection.  Lack of foundation.
11               THE COURT:  Overruled.
12               THE WITNESS:  Nothing.  No.
13        Q       BY MS. BEDNARSKI:  Will you briefly describe for
14   the jury the testing process in the lab and then in the tunnel?
15               THE INTERPRETER:  I'm sorry.  In the lab and?
16               MS. BEDNARSKI:  Tunnel.
17               THE WITNESS:  When new seismic equipment are
18   developed, they do not directly contact us to test equipment.
19   First, the request is sent to MPSS which is a governmental
20   agency.
21        Q       BY MS. BEDNARSKI:  Why don't you just start the
22   description once the equipment arrives at your lab.
23               THE COURT:  Why don't you lead him through this
24   process because I don't know where we're going with this.  It
25   seems to me that would be easier.
```

**UNITED STATES DISTRICT COURT**

1          MS. BEDNARSKI:   Okay.   Absolutely.

2     Q     Once the equipment is brought to the lab, is the

3 first part of the test that the testing technician turns it on

4 and makes sure that it functions properly?

5     A     At the lab, the first thing they do is that it

6 works properly.

7     Q     And then do they attach it to the network to see

8 that it communicates properly with the network?

9     A     Based on that work, yes.

10    Q     And once that part of the testing is concluded

11 where you determine the equipment turns on and it functions in

12 that rudimentary way, then do you take it to the tunnel?

13    A     Yes.

14    Q     And is the tunnel a place where outside noise and

15 vibration is eliminated?

16    A     Yes.

17    Q     So in other words, you can test the functioning

18 of the equipment in a quiet environment?

19    A     Yes.

20    Q     And by quiet, we're talking about vibration --

21 without outside disturbances of vibration.

22    A     We have tunnel made within our lab where there is

23 readily less vibration.

24    Q     And do you allow the equipment to run in the

25 tunnel for a period of seven days to be able to function and

**UNITED STATES DISTRICT COURT**

1    record any earth movement during that seven-day period?

2              MR. FUHR:  Objection.  Relevance.

3              THE COURT:  I will allow you a little more

4    latitude.  As I said yesterday, I'm concerned about where

5    you're going with this.

6              MS. BEDNARSKI:  Okay.

7              THE COURT:  Objection is overruled.

8              THE WITNESS:  Yes.  Inside the tunnel, we have

9    standardized equipment that we use.  Yes.  Inside the tunnel,

10   we placed the equipment and leave it on for seven days.  And at

11   the end of the seven days, we compare the performance of our

12   standardized equipment versus the new equipment.  And -- so

13   that's the minimum requirement.  And we check to see that the

14   data is continuous and without stopping for the seven days, and

15   we check the soundness.

16        Q    BY MS. BEDNARSKI:  And is Dr. Chi involved in any

17   way in that testing process that you have described?

18        A    He's not at all involved.

19        Q    Did he ever influence whether a product passed or

20   did not pass certification testing?

21             MR. FUHR:  Objection.  Personal knowledge.

22             THE COURT:  Yeah.  You're going to have to lay a

23   foundation for that.

24             MS. BEDNARSKI:  Sure.

25        Q    Since you oversee the testing process of the

1    seismological equipment, to your knowledge, did Dr. Chi ever

2    try to change any test results?

3               MR. FUHR:  Objection.  Vague as to time.

4               THE COURT:  Overruled.  Actually, I'm going to

5    ask you to lay a foundation with respect to -- I may have

6    missed it -- but the time during which this witness was in

7    charge of or had oversight responsibilities for the

8    certification process.  I'm not sure we have that in the record

9    yet.  From year to year.

10        Q     BY MS. BEDNARSKI:  When did you start your

11   responsibilities as overseeing this process, and is it still

12   going on?

13        A     I have started participating and managing since

14   its inception until 2016.

15              THE COURT:  When was its inception?

16              THE WITNESS:  In the beginning, we participated

17   in technical support capacity.

18              THE COURT:  Excuse me.  I'm just looking for the

19   date that you started the certification process.

20              THE WITNESS:  In the beginning, starting 2008, we

21   have provided this aspect of service for our site entities in

22   2008.  In 2013, we received MPSS to formally certify the -- as

23   a part of the new regulation starting 2013 until 2015.  Those

24   are the times when I managed.

25              MS. BEDNARSKI:  May I ask a question, Your Honor?

**UNITED STATES DISTRICT COURT**

1        THE COURT:  Sure.  Go ahead.

2    Q    BY MS. BEDNARSKI:  After the law passed in 2010,

3 did you start your oversight responsibilities at KIGAM with

4 respect to certification pursuant to that law?

5    A    Yes.

6    Q    Was there a process at KIGAM where, if a piece of

7 equipment did not function properly during testing, whereby

8 KIGAM would discuss the problems with the manufacturer?

9    A    Yes.

10   Q    And would you provide assistance to the

11 manufacturer as to what went wrong or why you think the

12 equipment failed?

13       MR. FUHR:  Objection.  Vague.

14       THE COURT:  Overruled.

15       THE WITNESS:  KIGAM had performed the performance

16 testing so that there would be good equipment for earthquake

17 sensor -- monitoring.  In that regard, we provided technical

18 support.  Therefore, while we are doing testing, if we

19 encounter problems or find errors, we would contact the

20 manufacturer to give a good explanation, would help the

21 manufacturers to resolve those issues, everybody.

22   Q    BY MS. BEDNARSKI:  Meaning any manufacturer.  No

23 specific manufacturer?

24   A    Yes.

25   Q    Now, I want to change topics.

**UNITED STATES DISTRICT COURT**

1          Did you go on a business trip with Dr. Chi to

2   Guralp Systems in London in November 2003?

3          A     Yes.

4          Q     And during that business trip, did you attend a

5   meeting during which Dr. Guralp and Dr. Chi signed an

6   agreement?

7          A     Yes.  I have taken a photograph of it.

8          Q     And after that business trip, when you returned

9   home to Korea, did you prepare a PowerPoint presentation?

10         A     At the time the -- our institute required, any

11  time we go on an overseas trip, that we were to submit a

12  PowerPoint presentation and do the presentation for the vice

13  president of our entity, and so we have done that.

14               MS. BEDNARSKI:  Your Honor, I'd like to show part

15  of Exhibit 508 which is in evidence.

16         Q     Dr. Park, do you recognize -- and there should be

17  a hard copy in the book in front of you of the whole thing.

18               Do you recognize what 508 is?

19         A     Yes.

20         Q     And what is it?

21         A     This is the PowerPoint that I prepared after my

22  return from the overseas trip.

23         Q     All right.  And could we turn to page 4 to see if

24  you recognize this photograph.

25               Do you recognize this photograph within your

UNITED STATES DISTRICT COURT

1    PowerPoint presentation?

2         A     Yes.

3         Q     And what do you recognize it to be?

4         A     This is the photograph which shows Dr. Chi and

5    Cansun Guralp about executing an agreement.

6         Q     Now -- and if we go about another four or five

7    pages in to the next photograph and ask you -- do you also

8    recognize this photograph within your PowerPoint?

9         A     Yes.  I have taken it.

10        Q     All right.  And over your career, have you had

11   interactions with Nathan Pearce?

12        A     Yes.

13        Q     Do you know who Nathan Pearce is?

14        A     Yes.  Nathan Pearce was working as the vice

15   president.

16        Q     And was he present at the meeting when the

17   contract was signed?

18        A     He was not present when the agreement was

19   executed.  However, he was attending throughout the meetings.

20        Q     And the purpose of the trip --

21              THE COURT:  Counsel, can you go to the lectern?

22   You can turn that screen so you can see it.  Thank you.

23        Q     BY MS. BEDNARSKI:  During the business trip to

24   Guralp Systems, were there a lot of technical meetings?

25        A     Yes.

**UNITED STATES DISTRICT COURT**

1        Q       Was there a particular system that you were

2   working on that was being discussed at the technical meetings?

3        A       Yes.

4        Q       And what was that?

5        A       Could you ask again, please?

6        Q       Sure.  Were the discussions that took place in

7   November of 2003 about a particular project that was going on

8   in Korea -- the early warning system?  The railway project?

9   Any other project?

10       A       We did discuss about the high speed rail project.

11  I believe the early warning system discussion happened a little

12  after.

13       Q       Now -- before we leave that picture, this is

14  Nathan Pearce; right?  Sorry about that.  That's Nathan Pearce;

15  right?

16       A       Yes.

17       Q       And this is Cansun Guralp?

18       A       Yes.

19       Q       Let's go back to that picture with the signing of

20  the contract.  Now, can you look at Exhibit 507 in front of

21  you, and let's put 507 on the screen.

22               And this is pages 1 and 2 of 507; right?

23       A       Yes.

24       Q       All right.  And do you see that seal at the

25  bottom of page 2?

```
1        A       Yes.

2        Q       Is that the same document that's shown in the

3   photograph you took in November 2003?

4        A       Yes.

5        Q       When you came home and you gave this PowerPoint

6   presentation, was management present at the meeting, in other

7   words, in the audience?

8        A       Yes.  The vice president was attending and

9   general director of the division and the researchers.

10       Q       In 2003 did KIGAM permit its researchers to

11  provide technical consulting to private companies and get paid?

12       A       Yes.

13       Q       Did you return to Guralp Systems on another trip

14  a couple years later involving seismometers and dams, water

15  dams?

16       A       I don't have a clear recollection about that.

17       Q       All right.  Let me show you -- why don't you look

18  in your book at Exhibit 517.  Do you have that book that says

19  Defendant's Exhibits, 517?

20       A       Yes.

21       Q       Do you recognize the photograph that is 517?

22       A       Yes.

23       Q       Were you present, and did you take the

24  photograph?

25       A       I don't have a recollection whether or not I took
```

```
 1    this photograph.  However, I have knowledge of this.
 2         Q     Were you present even if you didn't take the
 3    photograph?
 4         A     I have no recollection.
 5         Q     Okay.  I have one final area for you.
 6               Do you work with Dr. Chi on the monitoring of the
 7    nuclear testing activity of the North Koreans?
 8         A     Yes.
 9         Q     Now, in order to do that work, do you use the
10    national system of data collection sites and recorders to
11    gather the data needed to do that work?
12         A     Yes.
13         Q     Is it part of Dr. Chi's and your duties, to
14    gather and analyze the data for the Comprehensive Test-Ban
15    Treaty?
16         A     Yes.
17         Q     And are the two of you often called upon to give
18    presentations about your analysis of that data?
19         A     Yes.
20         Q     I'd like you to look at 516 in the book.
21         A     Yes.
22         Q     And do you recognize what's depicted in that
23    photograph?
24         A     A briefing is being done about the results of the
25    fifth nuclear testing by North Korea.
```

**UNITED STATES DISTRICT COURT**

1       Q       And would you attend those briefings as well as

2  Dr. Chi?

3       A       Yes.

4       Q       Is this an accurate photograph of one of those

5  briefings?

6       A       Yes.

7               MS. BEDNARSKI:  Your Honor, I will offer 516.

8               THE COURT:  Any objection?

9               MR. FUHR:  No objection.

10              THE COURT:  All right.  516 will be received into

11 evidence.

12      Q       BY MS. BEDNARSKI:  Is this the photograph we have

13 been talking about?

14      A       Yes.

15      Q       And are you currently the director of the

16 Earthquake Research Center?

17      A       Yes.

18      Q       Are you waiting for Dr. Chi to come back home to

19 work?

20              MR. FUHR:  Objection, Your Honor.

21              THE COURT:  Sustained.

22              MS. BEDNARSKI:  No other questions.

23              THE COURT:  All right.  Cross-examination.

24 ///

25 ///

UNITED STATES DISTRICT COURT

```
 1                    CROSS-EXAMINATION
 2   BY MR. FUHR:
 3        Q     Good morning, Dr. Park.
 4        A     Good morning.
 5        Q     So you are currently the director of the
 6   Earthquake Research Center at KIGAM; is that correct?
 7        A     Yes.
 8        Q     And before that, you worked as a researcher at
 9   the Earthquake Research Center at KIGAM; correct?
10        A     Yes.
11        Q     And for how long have you worked in that
12   position?
13        A     For approximately 20 years.
14        Q     Okay.  And was Dr. Chi your boss before you
15   became the director of the Earthquake Research Center?
16        A     He was my colleague.
17        Q     Who was more senior in the organization?  Was he
18   above you in the organization?
19        A     Dr. Chi was the senior.
20        Q     Okay.  You were never senior to Dr. Chi, were
21   you?
22        A     Can't possibly.  Cannot be possible because of
23   the age.
24        Q     You are younger than Dr. Chi.  Is that what you
25   are saying?
```

```
 1        A        Yes.   That's the reason.

 2        Q        As the head of the research center at KIGAM, you

 3   sit on a committee concerning earthquake research in Korea; is

 4   that correct?

 5        A        Yes.

 6        Q        And you have also some other responsibilities

 7   concerning the seismic equipment in Korea that's used by other

 8   entities; correct?

 9        A        Committee does not select the seismic equipment.

10        Q        The committee discusses earthquake preparedness

11   issues; correct?

12        A        Yes.

13        Q        And at KIGAM, you purchase equipment for

14   testing -- right? -- for your own purposes for research?

15        A        Yes.

16        Q        And at KIGAM at the Earthquake Research Center,

17   testing is also conducted for other customers; correct?

18        A        When you say "other customers," who are you

19   referring to?

20        Q        Equipment is tested at KIGAM before it's sold in

21   Korea; correct?

22        A        We do the testing for limited equipment only when

23   NPSS requests the test by KIGAM.  Then we do perform.

24        Q        Right.

25        A        Not since 2013.
```

**UNITED STATES DISTRICT COURT**

1       Q       And before 2013, KIGAM did not perform testing?

2       A       We just did test in the past to make sure there

3  is no defect or there is no performance error for testing.  But

4  for the legal verification or the testing for the legal

5  verification, we started since 2013.

6       Q       So you're saying before 2013 you were not testing

7  or certifying equipment?

8       A       There was the occasion where we -- the

9  performance testing when we were requested by certain

10  organization for the performance testing just to support the

11  technical support.

12       Q       You said technical support.

13               And then -- can we pull up Exhibit 108 which is

14  already in evidence.

15               Dr. Park, can you focus -- let me show you the --

16  the second paragraph, please.

17               Dr. Park, I'm representing to you that this is an

18  e-mail from Heon-Cheol Chi to Nathan Pearce and Cansun Guralp

19  on December 26, 2007.  I'm reading to you that, "By the

20  regulation of announced requirement, all participants should

21  submit the certificate of satisfied system from my institute.

22  In another word, without my recognition, no company can

23  participate in the bidding."

24       A       Regarding this mail, I have no knowledge of it.

25       Q       So you weren't aware that in 2007 they were

```
1    already carrying out procedures at KIGAM?

2         A     That's correct.

3         Q     Now, you mentioned during a question from

4    Ms. Bednarski that technicians perform the testing; is that

5    correct?

6         A     Yes.

7         Q     And that the head of the Earthquake Research

8    Center is not personally involved in doing the testing itself;

9    correct?

10              MS. BEDNARSKI:  Your Honor, I'm going to object.

11   Misstates the evidence.  Mr. Park is head of the Earthquake

12   Research Center.

13              THE COURT:  Overruled.

14              MR. FUHR:  That wasn't my question.

15              THE COURT:  You may.

16              THE WITNESS:  As the head of the research center,

17   I'm so busy.  So therefore, there's no time to participate

18   technical testing.

19        Q     BY MR. FUHR:  Right.  And so the technical

20   testing is done by people below you; is that correct?

21        A     Yes.

22        Q     They also work at the Earthquake Research Center;

23   correct?

24        A     Yes.

25        Q     You oversee these people, don't you?
```

**UNITED STATES DISTRICT COURT**

```
 1        A       I do, yes.
 2        Q       So ultimately you have responsibility for the
 3   testing as well.
 4        A       That's my responsibility.  All of the testing
 5   should be done accurately.
 6        Q       Right.  And then you mentioned, when there's a
 7   problem, when you find a problem the manufacturer has, that you
 8   would contact the manufacturer; is that correct?
 9        A       We search who manage the test or contact
10   manufacturers, and currently it's done by somebody else.  But
11   in the past I did it myself.
12        Q       Right.  And in the past you did it -- excuse me.
13   In the past you did that because you were not director of the
14   earthquake center institute; right?
15        A       Yes.  At the time I was the director in managing
16   those testing, but now I became head.  So somebody else is
17   taking care of that responsibility.
18        Q       Right.  And so that somebody else who would
19   contact a manufacturer about a problem with testing --
20        A       Yes.
21        Q       -- that person would discuss with the
22   manufacturer about how to fix a particular problem; right?
23        A       First of all, the person that manages all the --
24   asks the manufacturer to visit our orientation, and then
25   discussion will be made between the technician and the managing
```

```
 1   person, and they will explain.  And then we will try to find
 2   whether the problem can be addressed and fixed or not.
 3        Q    Right.  But as the head of the center, you would
 4   not personally do that, would you?
 5        A    I will attend only if this was a strong
 6   objection -- if there was strong objection from manufacturer
 7   site or managing person draw my attention if there is an issue.
 8   Then I would attend.  When the technician cannot handle the
 9   matter because it requires expert opinion, then it's an expert
10   participate, and I will research.
11        Q    Right.  And then you do that for any
12   manufacturer; correct?
13        A    Yes.
14        Q    Right.  And you wouldn't get paid by that
15   manufacturer for doing that personally, would you?
16        A    I do not.
17        Q    Right.  And you would also not contact a
18   competitor of that manufacturer and tell them that their
19   competitor had a problem.
20             Would you do that?
21        A    I do not.
22        Q    That would be not allowed, would it?
23             THE INTERPRETER:  Excuse me?
24        Q    BY MR. FUHR:  That would not be allowed?
25        A    It's not a matter of being allowed or not.  It's
```

**UNITED STATES DISTRICT COURT**

```
1   also possible, if I need to contact, it's possible.  But in
2   general sense, I would not.
3        Q     Just to be clear, you would not pass on inside
4   information about a competitor who's failing a test to another
5   company, would you?
6              MS. BEDNARSKI:  Objection.  Misstates the
7   evidence.  Argumentative.
8              THE COURT:  Overruled.
9              THE WITNESS:  That's right.  I would not.
10       Q     BY MR. FUHR:  All right.  Ms. Bednarski asked you
11  about a trip to England that you took in November 2003;
12  correct?
13       A     Yes.
14       Q     Right.  And you went with Dr. Chi?
15       A     Yes.
16       Q     It was the -- you two were the only people from
17  KIGAM going; correct?
18       A     Yes.  That's right.  I do believe so.
19       Q     Right.  And in England at Guralp's offices,
20  Dr. Chi signed an agreement; correct?
21       A     Yes.
22             MR. FUHR:  If you can pull up Exhibit 53, please.
23       Q     Dr. Park, I'm showing you what's already in
24  evidence as Government Exhibit 53.  I believe that's the
25  agreement that Ms. Bednarski showed you a minute ago as well.
```

1        The parties on this agreement are

2   Guralp Systems Limited and the Korea Institute of Geology

3   Mining and Materials, KIGAM; correct?

4        A    Yes.

5        Q    And in the first line it says "This is a

6   technical representation agreement on installation and

7   maintenance between Guralp Systems Limited and KIGAM."

8            See that?

9        A    Yes.

10        Q    And in the first bullet it says that "KIGAM will

11   be the official representation for the installation and

12   maintenance of all products of Guralp Systems Limited in

13   Korea."

14            Right?

15        A    Yes.

16        Q    And if you turn to the second page, please, you

17   see that that agreement is signed for KIGAM by Heon-Cheol Chi,

18   principal researcher.

19        A    Yes.

20        Q    This document does not list that Dr. Chi would be

21   receiving any money; right?

22        A    Around that time, beginning of 2003, there was

23   not an agreement signed between Dr. Chi and Cansun Guralp.

24   After that agreement was made that Dr. Chi -- when he returned

25   to our institute, he reported about that agreement.  So

1   originally the first agreement was made in the beginning of

2   2013, and when it was recorded, it was agreed to have

3   another -- to go into more details in the agreement.  So after

4   that process, this agreement was made.

5          Q       Dr. Park, when you went back to Korea in November

6   of 2003, you gave a presentation; right?

7          A       Yes.

8          Q       That presentation talked about this technical

9   agreement between KIGAM and Guralp; correct?

10          A       Yes.

11          Q       That presentation did not include a word about

12   any personal agreement that Dr. Chi had, did it?

13          A       It was not necessary even to mention that.

14          Q       You did not know at the time that Dr. Chi had a

15   personal agreement, did you?

16          A       I did not.

17          Q       You did not know that?

18          A       I did not know.  At the time I did not know.

19          Q       And you did not know that at the time, when

20   Dr. Chi went with you in November 2003 to England, that he was

21   receiving payments, personal payments already, did you?

22          A       I did not.

23          Q       And you did not know that at the time when you

24   went to London with Dr. Chi to sign the technical agreement

25   between KIGAM and Guralp, that Dr. Chi requested to pick up

1     cash in London.  You did not know that, did you?

2          A     Would you repeat the question, please?

3          Q     You did not know that, when you and Dr. Chi went

4     to Guralp's offices in November 2003, you did not know that

5     Dr. Chi requested to pick up cash from Guralp for himself, did

6     you?

7          A     I did not know the whole clear fact, but I just

8     could guess, because of the activity we should do in England,

9     we need some cash for the activities.  So I could say partially

10    or vaguely could guess or no.

11         Q     You vaguely could guess that there was some money

12    for some activity in England?

13         A     Would you repeat the question?  I don't

14    understand.

15         Q     Let me show you a document.

16               Exhibit 70, please.

17               Dr. Park, I'm representing to you that this is an

18    e-mail from Heon-Cheol Chi to Cansun Guralp and Nathan Pearce

19    dated October 30, 2003.  And in the first line of the e-mail,

20    it reads, "I and my colleague will be at your office on

21    November 4, Tuesday, and November 5th, Wednesday.  Mr. Park

22    will bring some data of CMG-3TB which showed wrong behavior."

23               Mr. Park is you; correct?

24         A     Yes.

25         Q     Okay.  And let's focus on the last lines, the

1    last paragraph of this document.  Dr. Chi writes there, "Please

2    read below and delete.  The technical advice fee $4,000 for

3    previous order and $1,500 for the order of three sensors could

4    be got this time.  If possible, I want to get the equivalent

5    pound at your office without notice of my colleague.  My

6    colleague is working below me, and I do not want to open this

7    to anyone.  Delete this note, please."

8                    Dr. Chi was hiding this from you, wasn't he?

9         A       I couldn't --

10        Q       Dr. Chi was hiding the fact he was receiving

11   these funds from you, wasn't he?

12        A       I'm not aware of this fact.

13        Q       You're not aware.  Okay.

14                   You went on another trip to England with Dr. Chi

15   about a year and a half later, didn't you?

16        A       Yes.

17        Q       Right.  And that related somehow to the

18   Express Train project; is that correct?

19        A       I don't have clear recollection.

20        Q       Okay.  Do you recall an Express Train project in

21   2004 and 2005?

22        A       Yes.  There was such project, but I don't have a

23   clear recollection.

24        Q       Okay.  And you remember going to England, though,

25   for a trip in 2004, 2005; right?

**UNITED STATES DISTRICT COURT**

1      A      I took several trips, but regarding the accurate

2  date, I do not recall.

3            MR. FUHR:  Okay.  Can we look at Exhibit 89 which

4  is already in evidence?  If we could focus on the second half

5  first.

6      Q      Do you see, Mr. Park, here what I'm circling?

7  There's a schedule for a visit to Guralp.  Do you see that?

8      A      Yes.

9      Q      And it says there that Dr. Chi is going and

10 Mr. Lim is going and Mr. Park is going to Guralp.

11     A      Yes.

12     Q      All right.  And Mr. Lim is a colleague of yours

13 as well who works at the Earthquake Research Center; correct?

14     A      Yes.

15     Q      All right.  And so if you look now above on this

16 e-mail, let me read to you.  It says, "Did you have the

17 previous e-mail on which the total calculation of Heesong agent

18 fee as well as advice fee for the last year orders."

19            Heesong is a distributor in Korea; is that

20 correct?

21     A      Distributor, yes.

22     Q      All right.  And then it reads, Dr. Chi's writing

23 here, "I tried to find it, but I could not do it.  Usually I

24 deleted almost all e-mail or papers related to agent fee or

25 advice fee because I am the director of Earthquake Research

**UNITED STATES DISTRICT COURT**

```
 1    Center and I am not allowed to be involved in it."
 2              You did not know at this time that Dr. Chi was
 3    receiving advice fees and was deleting e-mails about them, did
 4    you?
 5         A    I did not know.
 6         Q    And you did not know that he did this because, as
 7    the head of the Earthquake Research Center, he was not allowed
 8    to be involved in it, was he?
 9         A    Since I don't know anything about this mail, I
10    don't know the implication.
11         Q    Right.  He never told you anything about this,
12    did he?
13         A    I cannot understand your question.  What are you
14    asking?
15         Q    He never told you that he was deleting e-mails
16    about the advice fee that he was getting?
17         A    No.
18         Q    Okay.  Can we look at Exhibit 89, please?  Sorry.
19    88.
20              So Dr. Park, I'm representing to you that this is
21    an e-mail from Dr. Heon-Cheol Chi to Nathan Pearce and
22    Cansun Guralp, and the date of it is May 18, 2005.  This
23    relates to the trip that you took with Mr. Lim and with Dr. Chi
24    to London in May 2005; correct?
25         A    I don't know about the contents of this e-mail.
```

1          Q       All right.  I didn't ask you about the contents.

2    But looking at it, do you remember this was a trip that you

3    took with Dr. Chi and Mr. Lim?

4          A       Yes.

5          Q       Okay.  And in the first -- I'm reading to you

6    from the first line, "As you know, I and four more persons will

7    visit your office on Monday, May 23rd, and three more persons

8    from train company will visit your office together on Tuesday.

9    Hence, I want to suggest my idea how to do preparation for the

10   visiting."

11                 If you recall a minute ago, we looked at the

12   other document which said you were coming on May 23rd to

13   London.

14                 Do you remember that?

15         A       Yes.

16         Q       I'm reading to you from the line below the

17   calculation there, and it says, "For the agent fee of Heesong

18   and advice fee, I reviewed the previous and recent

19   calculations, and agent fee is $10,954 and technical advice fee

20   is $5,500.  As mentioned before, the $10,954 will be used for

21   the price of system for new dam, and I want to get $5,500

22   without any notice of others when I visit your office on

23   May 23rd."

24                 Do you see that?

25                 And then it says, "I want it as euro currency in

```
 1   order to use it at Paris for the persons of train company."

 2        A       So what is your question?

 3        Q       I'm going to continue.

 4                And then it continues, "Not only when my members

 5   and two persons from Heesong company visit your company but

 6   also during staying without me, please do not mention the

 7   relationship between me and your company.  Of course, you

 8   should not mention the advice fee or how the price was decided.

 9   All documents related to me should be not open to them.  Please

10   remind these to your members who will contact them."

11                Did I read that correctly?

12        A       I can read, yeah.

13        Q       Did I read that correctly?

14        A       Yes.

15        Q       You did not know anything about the relationship

16   and the money that was paid to Dr. Chi personally at this time,

17   did you?

18        A       I was aware of the fact that there was technical

19   services was done at the time, but regarding the payment or any

20   arrangement relating to the payment, I did not know.

21        Q       Right.  You had no idea about a personal payment

22   arrangement that Dr. Chi had, did you?

23        A       In general, unless the receiving person tells, I

24   would not know.

25        Q       And he never told you?
```

```
 1          A       He did not.

 2          Q       He kept it secret from you?

 3          A       Yes.

 4          Q       Okay.  And the -- he didn't tell you afterward

 5   that he was getting any money from them, did he?

 6          A       Even for myself, if I provide any consulting on a

 7   personal level and any payment was made, I wouldn't tell

 8   anybody.  So in the same token, I did not hear about his

 9   payment from him.

10          Q       You never heard anything from him about the

11   payments, did you?

12          A       No.

13                  MR. FUHR:  May I have one moment, Your Honor?

14                  THE COURT:  Sure.

15                  MR. FUHR:  Nothing further.

16                  THE COURT:  All right.  Redirect.

17                  MS. BEDNARSKI:  No redirect, but I want to make

18   sure 507 is in before we excuse him.  It's the one he compared

19   to the PowerPoint.  I think it came in yesterday.

20                  THE COURT:  Yes.  We put in -- yes.  507 is in.

21                  MS. BEDNARSKI:  Thank you, Your Honor.  I have no

22   other questions of the witness.

23                  THE COURT:  All right.  May this witness be

24   excused?

25                  MR. FUHR:  Yes, Your Honor.
```

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  All right.  You may be excused.
 2    Thank you very much.
 3              Call your next witness.
 4              MS. BEDNARSKI:  Mr. Tai Sup Lee.
 5              MR. RAYNOR:  Your Honor, may I approach with the
 6    witness folder?
 7              THE COURT:  Yes, you may.
 8              MS. BEDNARSKI:  May the witness approach,
 9    Your Honor?
10              THE COURT:  Yes.
11              THE CLERK:  Please remain standing.  Please raise
12    your right hand.
13              Do you solemnly state that the testimony you may
14    give in the cause now pending before this court shall be the
15    truth, the whole truth, and nothing but the truth, so help you
16    God?
17              THE WITNESS:  I swear.
18              THE CLERK:  Thank you.  Please be seated.
19              Please state and spell your name for the record.
20              THE WITNESS:  My name is Tai Sup Lee.  L-e-e
21    T-a-i S-u-p.
22              THE COURT:  All right.  You may proceed.
23    ///
24    ///
25    ///
```

**UNITED STATES DISTRICT COURT**

```
 1                         TAI SUP LEE,

 2                  DEFENDANT'S WITNESS, SWORN:

 3                     DIRECT EXAMINATION

 4    BY MS. BEDNARSKI:

 5         Q     Sir, are you retired?

 6         A     I'm retired.

 7         Q     Prior to your retirement, did you work at KIGAM?

 8         A     I did.

 9         Q     From what year to what year?

10         A     From 1976 until the end of 2009.

11         Q     Do you have a Ph.D.?

12         A     I do.

13         Q     In what?

14         A     Geophysical exploration, engineer.

15         Q     When you retired from KIGAM in 2009, what was

16    your position?

17         A     Until 2008 I was the research director at the

18    center -- the president of the center.  And from that point --

19    from that point until my retirement, I served as the technical

20    advisor concerning policies.

21         Q     What years were you the president of KIGAM?

22         A     From December of 2002 until June of 2008.

23         Q     For the 25 years before you became president,

24    were you a researcher at KIGAM?

25         A     I was a researcher.
```

```
 1        Q        And what division did you work in?

 2        A        Mining and geophysical exploration department.

 3        Q        Did you ever work with Dr. Chi in the Earthquake

 4   Research Center?

 5                 THE INTERPRETER:  Interpreter clarification.

 6                 THE WITNESS:  Yes.  Dr. Chi worked for a short

 7   time in my division.

 8        Q        BY MS. BEDNARSKI:  Now, I want to ask you about

 9   the second year of your presidency, 2003.

10                 In 2003, was a researcher required to get

11   president's approval before entering into a private consulting

12   agreement?

13        A        They were allowed to get the signature of the

14   division director.  When necessary, they needed to -- they

15   could get signatures both the center -- both the center

16   direct -- I'm sorry -- the president and the division

17   director's signatures.

18        Q        In 2003, could a researcher enter into their own

19   private consulting agreement without getting higher approval?

20        A        It was allowed.

21        Q        And in 2003, could a researcher earn money from

22   such an agreement and not have to share it with the institute?

23        A        That's correct.

24                 MS. BEDNARSKI:  No other questions, Your Honor.

25   Thank you.
```

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  All right.  Cross-examination.
 2                     CROSS-EXAMINATION
 3   BY MS. KUMAR:
 4        Q    Good morning, Mr. Lee.  You testified that a
 5   researcher is allowed to receive money -- allowed to receive
 6   money from a personal agreement -- isn't that right? -- in
 7   2003?
 8        A    That's correct.
 9        Q    But it's very important to KIGAM, while you were
10   president, that its employees be fair and impartial; isn't that
11   right?
12        A    Could you ask again, please?
13        Q    It was important, while you were president of
14   KIGAM, for employees to be fair and impartial in their job
15   duties; isn't that right?
16        A    That's true in my personal opinion.
17        Q    In fact, there's a rule in KIGAM that they have
18   to be impartial; isn't that right?
19        A    We were always allowed to provide technical
20   consulting.
21             MS. KUMAR:  Your Honor, I move to strike that
22   answer as nonresponsive.
23             THE COURT:  Motion is granted.
24        Q    BY MS. KUMAR:  Mr. Lee, there was a rule at
25   KIGAM, while you were president, that employees be impartial in
```

```
 1    their job duties; isn't that right?
 2         A     I don't know what you mean about being impartial,
 3    but they were allowed to be paid by providing technical
 4    consulting.
 5              MS. KUMAR:  Your Honor, I move to strike as
 6    nonresponsive.
 7              THE COURT:  That motion will be granted, and the
 8    jury is instructed to disregard the last two answers.
 9              MS. KUMAR:  I'd like to bring up exhibit --
10    actually, may I approach, Your Honor, to show the witness what
11    has been marked as Exhibit 3?  It's not in evidence.  It's a
12    Korean language document.
13              THE COURT:  Yes, you may.
14              MS. KUMAR:  And, Your Honor, at this time the
15    Government would move to admit Exhibit 3A which is the English
16    translation and request to publish it to the jury.
17              THE COURT:  All right.  Exhibit 3A is received
18    into evidence, and you may publish it for the jury.
19         (Received into evidence Exhibit No. 3A.)
20              THE WITNESS:  What is this?
21         Q     BY MS. KUMAR:  Hold on one second.
22         A     Which year is this version from?
23         Q     Sorry?
24         A     Which year is this version from?
25              THE COURT:  Just wait.  You will be asked
```

**UNITED STATES DISTRICT COURT**

1    questions.

2         Q      BY MS. KUMAR:  Mr. Lee, I would ask you to turn

3    to page 7 of this document, but it actually reads page 4 on the

4    bottom, but it's page 7 in Exhibit 3.  I'd ask you to look

5    about midway down the page to "Chapter 5, duties."

6         A      Yes.

7         Q      And then I'd like to direct your attention to

8    Article 23 which is on the second portion, and I will read to

9    you, "When performing the job duties, an employee shall be

10   courteous and impartial."

11             Do you see that?

12        A      24?

13        Q      Article 23, Mr. Lee, reads, "When performing the

14   job duties --"

15        A      Friendly and fair, yeah.

16        Q      And if we can turn to page 1 of this document,

17   this is the KIGAM personnel regulations; isn't that right?

18        A      I'm sorry.  What was the question?

19        Q      These are the KIGAM personnel regulations; isn't

20   that right?

21        A      That's correct.

22        Q      Okay.  Mr. Lee, it's also very important in KIGAM

23   for employees not to disclose information they learned while

24   working at KIGAM, confidential information; isn't that right?

25        A      Where does it say that?

**UNITED STATES DISTRICT COURT**

1    Q     I'm asking you, Mr. Lee, while you were president

2  at KIGAM, it was important that KIGAM employees not disclose

3  confidential information; isn't that right?

4    A     Confidential information not to disclose, that's

5  correct.

6    Q     And there is a rule about not disclosing

7  confidential information; isn't that right?

8    A     That's right.

9    Q     It was also important that KIGAM -- it's also

10 important that KIGAM employees not use their job at KIGAM to

11 benefit themselves; isn't that right?

12           MS. BEDNARSKI:  Objection.  Vague.

13           THE COURT:  Overruled.

14           THE WITNESS:  No.  According to the regulation

15 for the researchers, whenever there were inquiries made for

16 outside consulting, technical consulting, then researchers were

17 allowed.

18           MS. KUMAR:  Your Honor, the Government moves to

19 strike that answer as nonresponsive.

20           THE COURT:  The motion is granted.  The jury is

21 to disregard the answer.

22    Q     BY MS. KUMAR:  Mr. Lee --

23    A     Yes?

24    Q     -- at KIGAM it was important that employees not

25 use their job to benefit themselves; isn't that right?

```
 1                    By the way, why don't I show you a document.
 2                    May I approach the witness with Exhibit 6 which
 3      is a Korean language document?
 4                    THE COURT:  Yes.
 5                    MS. KUMAR:  Your Honor, the Government would
 6      request permission to publish 6A which is already in evidence.
 7                    THE COURT:  Yes.  You may publish it.
 8           Q       BY MS. KUMAR:  I'd like to direct your attention
 9      to page 4 of this document.  But on the bottom it reads page 3,
10      Mr. Lee.  Article 11-2 at the very bottom, I'm going to read
11      that to you, Mr. Lee.
12                    "The employees shall not step out of --" sorry.
13      Article 11 rather, Mr. Lee.  "The employees shall not directly
14      use their job positions to gain unfair profits for themselves
15      or others."
16                    Do you see that?
17           A       That's correct.
18           Q       All right.  And, of course, Mr. Lee, KIGAM
19      employees can't accept bribes in connection with their duties;
20      isn't that right?
21           A       That's right.  They cannot accept bribes.
22           Q       But you testified that technical consultations
23      are permissible at KIGAM; is that right?
24           A       I did, yes.
25           Q       Would it -- but it wouldn't be technical
```

**UNITED STATES DISTRICT COURT**

1    consultation for a KIGAM employee to direct the KIGAM

2    purchasing division to buy products on which the employee was

3    receiving a commission; isn't that right?

4         A    That's right.

5         Q    And manipulating the bidding process in favor of

6    a particular company that was paying a KIGAM employee wouldn't

7    be technical advice; isn't that right, Mr. Lee?

8         A    That's right.

9         Q    And, of course, skewing the specifications in

10   favor of a particular company that was paying an employee

11   wouldn't be technical advice; is that right?

12             THE INTERPRETER:  I'm sorry.  Can you repeat the

13   question?

14        Q    BY MS. KUMAR:  And, of course, skewing the

15   specifications -- technical specifications in favor of a

16   particular company that's paying an employee wouldn't be

17   technical advice; isn't that right?

18        A    That's right.

19        Q    And also certifying equipment that wasn't working

20   as a KIGAM employee wouldn't be technical advice; right?

21        A    Could you ask again, please?

22        Q    Certifying equipment that was not functioning

23   certainly wouldn't be technical advice; isn't that right?

24        A    I think it may vary depending on the situation.

25        Q    Mr. Lee, you were president of KIGAM in 2003;

1    isn't that right?

2         A     Yes.

3         Q     The defendant, Dr. Chi, never told you about an

4    agreement he had, personal agreement he had, with Guralp

5    Systems Limited; isn't that right?

6         A     It was too long ago.  So I don't know very

7    clearly, but I do believe he received the signature for

8    executing on agreement with a company named Guralp.

9         Q     He received -- he signed an agreement on behalf

10   of KIGAM; isn't that right?

11        A     That's right.

12        Q     You didn't know about a separate side agreement

13   that the defendant had in his own name with Guralp, did you?

14        A     Correct.  I didn't.

15        Q     And you didn't know that he was asking to receive

16   thousands of dollars in cash pursuant to that agreement, did

17   you?

18        A     I did not know.  That's right.

19        Q     And you didn't know that he was getting paid into

20   a personal bank account in the United States; isn't that right?

21        A     That's right.

22              MS. KUMAR:  No further questions at this time,

23   Your Honor.

24              THE COURT:  Any redirect?

25              MS. BEDNARSKI:  A couple questions.

**UNITED STATES DISTRICT COURT**

```
 1                    REDIRECT EXAMINATION
 2   BY MS. BEDNARSKI:
 3        Q      Dr. Lee, do you still have Exhibit 6 in front of
 4   you?
 5        A      Yes.
 6        Q      The one that has at page 3, Article 11 and 11-2?
 7        A      Yes.
 8        Q      Now, at the bottom of the page --
 9               THE INTERPRETER:  The witness would like to have
10   a drink.
11               MS. BEDNARSKI:  I'd like to have a drink myself.
12               THE WITNESS:  Okay.
13        Q      BY MS. BEDNARSKI:  Do you see at the bottom where
14   it says, "Article 11, prohibition of cessation of interest and
15   others"?  Do you see that?
16               And it says --
17        A      Yes.
18        Q      "An employee shall not use job position to gain
19   unfair profits for themselves or others."
20        A      Yes.  I know about it.
21        Q      And you have told us numerous times that the
22   researchers are allowed to enter into private consulting
23   agreements.  Does this article prohibit a researcher from
24   entering into a consultancy agreement?
25        A      No.  I think what this is actually saying is you
```

```
 1    cannot go out of your area of work to provide technical
 2    consulting for your personal profit.
 3          Q      On Article 11.2 directly below it where the
 4    prosecutor pointed out that it says, "An employee shall not
 5    allow the use of the institution's name for personal gain by
 6    methods such as proclaiming and posting," do you see that?
 7          A      Yes.
 8          Q      And does this regulation pertain to prohibiting
 9    employees from using KIGAM's name or their own name in a
10    company's advertising?
11          A      That's right, yes.
12          Q      So if Dr. Chi told a representative at
13    Guralp Systems you can't use KIGAM's name in your marketing, is
14    that consistent with this article?
15          A      I don't really know what you're asking.
16          Q      Sure.  Would it be consistent with the rules at
17    KIGAM if Dr. Chi told Guralp Systems you cannot use KIGAM's
18    name in your marketing and advertising?
19          A      Right.  Guralp is not allowed to use KIGAM's name
20    to do their marketing.  That is right.
21                 MS. BEDNARSKI:  No other questions, Your Honor.
22    Thank you.
23                 THE COURT:  All right.  Any additional questions?
24                 MS. KUMAR:  No, Your Honor.
25                 THE COURT:  May this witness be excused?
```

UNITED STATES DISTRICT COURT

```
 1                  MS. KUMAR:  Yes, Your Honor.
 2                  THE COURT:  All right.  Thank you very much.
 3                  Call your next witness.
 4                  MS. BEDNARSKI:  Dr. Hyu Han Kim.
 5                  THE CLERK:  Please raise your right hand.
 6                  Do you solemnly state that the testimony you may
 7      give in the cause now pending before this court shall be the
 8      truth, the whole truth, and nothing but the truth, so help you
 9      God?
10                  THE WITNESS:  Yes.
11                  THE CLERK:  Thank you.  Be seated.
12                  Please state and spell your name for the record.
13                  THE WITNESS:  My last name spells Kim, K-i-m, Hyu
14      Han, H-y-u H-a-n.
15                  THE COURT:  All right.  You may proceed.
16                  MS. BEDNARSKI:  Thank you.
17                            HYU HAN KIM,
18                   DEFENDANT'S WITNESS, SWORN:
19                        DIRECT EXAMINATION
20      BY MS. BEDNARSKI:
21          Q     Sir, are you retired?
22          A     Yes.
23          Q     And what was your profession for most of your
24      adult career?
25          A     I worked as a professor at university for
```

UNITED STATES DISTRICT COURT

1     33 years.

2              Q       What are you a professor of?

3              A       My major was geology, but particularly I worked

4     in -- isotope geology was my specialty.

5              Q       And when you retired from being a professor, did

6     you go to work at KIGAM?

7              A       Yes, I did.

8              Q       And what year -- what years were you at KIGAM,

9     and what was your role?

10             A       I started working as president of KIGAM around

11    the end of August 2013, and my assignment was completed on

12    September 10, 2016.

13             Q       And when your presidency was completed, did you

14    leave KIGAM?

15             A       Yes, I did.  I'm no longer there.

16             Q       During your presidency, was there a change in

17    KIGAM's procedures regarding technical consultancy agreements

18    for researchers?

19             A       The procedure regarding the technical consultancy

20    agreement, certain policy regarding that was made in the year

21    2008, and in the year 2009 there was some revision.  So I

22    followed the revised regulations of policy, and since -- while

23    I was there, there was no further changes.

24             Q       When you were president, were you made aware of a

25    national audit from 2012 that required institutions like yours

```
 1    to tighten up their policies and restrictions?

 2         A       Actually, what is the last question?

 3         Q       When you were president at KIGAM, were you made

 4    aware of a national audit from 2012 that required KIGAM to

 5    tighten up its policies and procedures regarding technical

 6    consultancy agreements?

 7         A       Yes.  Yes.  For researchers, yes, I did.

 8         Q       And in 2015, you were still president; right?

 9         A       Yes.  That's right.

10         Q       And by 2015, did KIGAM have an office that dealt

11    with consultancy agreements called the TechBIZ office?

12         A       Yes.  That's right.

13         Q       And at that time in 2015, was a researcher

14    entering into a private consultancy agreement required to go

15    through the TechBIZ office?

16         A       Yes.  That's right.

17         Q       Take a look at Exhibit 522 which should be in the

18    book in front of you.

19                 And the English translation, Your Honor, is 522A.

20                 Do you recognize 522?

21         A       There's no exhibit tab 522.

22                 MS. BEDNARSKI:  Your Honor, may I approach?

23                 THE COURT:  Here.  He can have mine.

24                 THE WITNESS:  Yes.

25         Q       BY MS. BEDNARSKI:  Okay.  Do you recognize what
```

**UNITED STATES DISTRICT COURT**

```
 1    522 is?

 2         A     Yes.

 3         Q     Okay.  On the last page you will see some dates,

 4    the last of which was after you left.

 5               Was there some version of 522 that existed while

 6    you were there before the last revision in 2017?

 7         A     Yes.

 8         Q     And during your presidency, did KIGAM begin to

 9    enforce the -- let me ask you the previous question.

10               By the time of your presidency, was there a

11    requirement that a researcher seeking a consultancy agreement

12    would have to get the president's signature?

13               MS. KUMAR:  Objection, Your Honor.  Lack of

14    personal knowledge.

15               THE COURT:  Sustained.

16         Q     BY MS. BEDNARSKI:  Did you know, during the time

17    of your presidency, whether there was a requirement concerning

18    researchers' private consulting agreements, whether they had to

19    get president's approval or not?

20         A     We have been applying the regulations up here in

21    this document.

22         Q     And if -- do you know what the process was for a

23    researcher in the time of your presidency between 2013 and 2016

24    in order to get approval for a private consultant agreement?

25         A     Yes.  As you asked in the first question is our
```

1    researchers had to follow the regulations to support the small-

2    and medium-sized business, yes, there were definitely

3    procedure.

4         Q     And do you recognize Article 5 to set forth the

5    procedure that was in place when you were president between

6    2013 and '15 for how someone would obtain KIGAM's approval for

7    a technical consultancy agreement?

8         A     Yes.

9              MS. BEDNARSKI:  Your Honor, I'd seek the

10   admission of 522A.

11             THE COURT:  Any objection?

12             MS. KUMAR:  No, Your Honor.

13             THE COURT:  522A will be received into evidence.

14        (Received into evidence Exhibit No. 522A.)

15        Q     BY MS. BEDNARSKI:  Was the first step that was

16   required as part of this procedure during that time frame,

17   between 2013 and 2015, that an application would have to be

18   made to the appropriate department at KIGAM by the company

19   wanting the researcher?

20        A     Yes.  That's right.

21        Q     And was there an actual form developed by that

22   time by KIGAM for the company wanting the consultancy services

23   to fill out and submit?

24        A     Yes.

25        Q     And then there was a process by which the

1    researcher would submit the request to the manager and then the

2    vice president and eventually the president, if necessary?

3          A      Yes.  Those agreements would be made and followed

4    up by small- and medium-sized business support department.

5          Q      There was, by that time in 2013 and 2015, a

6    hierarchy of levels of approvals required?

7          A      Agreement would be made by the department where

8    the researcher belongs to.

9          Q      Now, during your presidency, were outside

10   consultancy contracts encouraged or discouraged by KIGAM?

11         A      While I was president there, based on the

12   national policy, we strongly recommended or encouraged to take

13   those consultancy agreement.

14         Q      And why was it that KIGAM encouraged its

15   researchers to get private consultancy agreements?

16                MS. KUMAR:  Objection, Your Honor.  Relevance.

17                THE COURT:  Overruled.

18                THE WITNESS:  Government was trying to support

19   the small- and medium-sized businesses.  And so to follow the

20   government's goal and also to improve our research results and

21   to improve our researcher's image, I strongly recommended or

22   encouraged those agreements.

23         Q      BY MS. BEDNARSKI:  And was a goal of KIGAM to

24   help Korea develop and advance its own knowledge and

25   technology?

```
 1        A       It's important to improve our -- KIGAM's own

 2   technology and also another important thing was to -- by

 3   supporting small- and medium-size businesses.  So the national

 4   productivity would be improved as well.

 5        Q       Did you meet Dr. Chi during your presidency?

 6        A       Yes.

 7        Q       I'd like to show you 566 in the book in front of

 8   you.

 9                Do you see that photograph?

10        A       Yes.

11        Q       And do you see yourself in the photograph?

12        A       Yes.

13        Q       And you recognize Dr. Chi in the photograph?

14        A       Yes.

15        Q       And what event is shown in this photograph?

16        A       At the time North Korea was doing nuclear tests

17   several times, and he had department called Future Business

18   Support Department.  And at the time Choi Yang Hee, C-h-o-i,

19   last name, Y-a-n-g H-e-e, was the minister of -- he was the

20   minister of Future and ICT Seismic Technology.

21                And he was visiting our center, and Dr. Chi at

22   that time was the head of the center that involves the research

23   regarding the seismic incident and also nuclear.  So Dr. Chi

24   was making briefing in this photo.

25        Q       And this photograph shows the briefing Dr. Chi
```

**UNITED STATES DISTRICT COURT**

```
 1    made to the head of Future Business Support?
 2         A     Yes.  That's right.
 3              MS. BEDNARSKI:  Your Honor, I'd seek the
 4    admission of 566.
 5              THE COURT:  Any objection?
 6              MS. KUMAR:  No, Your Honor.
 7              THE COURT:  566 will be received into evidence.
 8         (Received into evidence Exhibit No. 566.)
 9         Q     BY MS. BEDNARSKI:  Is this the photograph we have
10    been talking about?
11         A     That's right.
12         Q     During your tenure as -- during your three years
13    as president, was Dr. Chi Korea's representative to the
14    International Collection of Countries that ban all nuclear
15    testing?
16         A     Yes.
17              MS. BEDNARSKI:  No further questions, Your Honor.
18              THE COURT:  How long are you going to have?  I'm
19    concerned about taking a break.
20              MS. KUMAR:  I would think no more than 10,
21    15 minutes, Your Honor.
22              THE COURT:  Why don't we take our first morning
23    break.
24         (The following proceedings were held in
25         open court out of the presence of the jury:)
```

**UNITED STATES DISTRICT COURT**

```
 1                    THE COURT:  All right.  The jury is not present.
 2                    For planning purposes, what's the defense -- are
 3       you going to call the other two Kims this morning?
 4                    MS. BEDNARSKI:  Your Honor, I'm going to talk
 5       with my team.  If I can eliminate one of these witnesses, I
 6       will.
 7                    THE COURT:  All right.  Is your client going to
 8       testify?
 9                    MS. BEDNARSKI:  We haven't made that decision
10       yet.  We'll talk about that too over the break.
11                    THE COURT:  All right.  Can you let me know after
12       the break?
13                    MS. BEDNARSKI:  Yes.
14                    THE COURT:  I'm trying to figure out how to plan
15       for the jury today.
16                    MS. BEDNARSKI:  Yes.
17                    THE COURT:  All right.  Is the Government going
18       to have any rebuttal case?
19                    MS. KUMAR:  No, Your Honor.
20             (A recess was taken at 10:14 a.m.)
21             (The following proceedings were held in
22             open court out of the presence of the jury:)
23                    THE COURT:  The court is in session.  All counsel
24       and the defendant is present.  The jury is not present.
25                    What is the collective wisdom of the defense
```

**UNITED STATES DISTRICT COURT**

```
 1    team?
 2                    MR. RAYNOR:  Can I get Ms. Bednarski?
 3                    THE COURT:  I guess we're missing an integral
 4    part of the defense team.
 5                    MR. KOURY:  Some people say the decider.
 6                    MR. RAYNOR:  I think she's in the restroom.
 7                    THE COURT:  Perhaps you can enlighten me.
 8                    MR. RAYNOR:  Your Honor, Dr. Chi will not be
 9    testifying.
10                    THE COURT:  Okay.  And have you been able to
11    eliminate one of the Kims?
12                    MR. KOURY:  That was the last thing that was
13    being discussed when I left.
14                    THE COURT:  Okay.  But in any event, those
15    witnesses are going to be relatively short.
16                    MR. RAYNOR:  Yes, Your Honor.
17                    THE COURT:  So we will be able to argue and
18    instruct today?
19                    MR. RAYNOR:  Yes, Your Honor.
20                    THE COURT:  Okay.  Then what I am going to do is
21    spend a few minutes going through the jury instructions with
22    counsel.  Even though they have all been agreed to, there are
23    certain issues that have arisen in connection with my -- it's
24    probably easier if you look at the table of contents of the
25    agreed-upon instructions which is docket No. 97.
```

1              I will give stipulated Instruction No. 1,

2    stipulated Instruction No. 2, stipulated Instruction No. 3,

3    stip 4, stip 5, stip 6, stip 7.

4              Obviously now stipulated Instruction No. 8 will

5    have to be modified to reflect that the defendant is not going

6    to testify.

7              I will give stip 9.  In my review of the

8    instructions, I don't know if this was intentional or not, but

9    I want to raise with counsel.  It seems to me that you might

10   want Model Instruction 3.11 which is the instruction that --

11   and I will read it.  "A separate crime is charged against the

12   defendant in each count.  You must decide each count

13   separately.  Your verdict on one count should not control your

14   verdict on another count."

15             MR. RAYNOR:  That would be our request.

16             MS. KUMAR:  No objection, Your Honor.  We agree,

17   Your Honor.

18             THE COURT:  All right.  So I will give that

19   instruction.

20             The next instruction I have a question about is

21   stip 10, stipulated Instruction No. 10.  This is relating to

22   whether or not -- whether or not the defendant made a

23   statement.  I don't think that's applicable under the facts of

24   this case.

25             MR. RAYNOR:  Well, the --- Christopher Potts

1    testified that Dr. Chi made a statement to him.  Um, the

2    SFO investigation was already pending.

3                    THE COURT:  All right.  If you want it, I will

4    give it.  I wanted to raise it.  It's stipulated to; so I will

5    give it.

6                    So the defense requests it?

7                    MR. RAYNOR:  Yes.

8                    THE COURT:  All right.  I will then give stip 10.

9                    And the same thing with stipulated

10   Instruction No. 11.  "You heard evidence that defendant

11   committed other crimes."  I don't think that's applicable, is

12   it?

13                   MR. RAYNOR:  It may be.

14                   THE COURT:  Do you want it?

15                   MR. RAYNOR:  Yes, Your Honor.

16                   THE COURT:  The Government doesn't object?  It's

17   stipulated to?

18                   MS. KUMAR:  No, Your Honor.

19                   THE COURT:  All right.  I will give 11.

20                   Stip 12 and stip 13, I don't think stipulated

21   Instruction No. 12 is appropriate.  There's no other

22   impeachment evidence in this case.  The impeachment is in

23   stip 13 which relates to Natalie Pearce's immunity.  So I don't

24   propose to give stip 12 unless there is some other reason to.

25                   MR. RAYNOR:  Your Honor, just one moment.

```
1              THE COURT:  Sure.

2              MR. RAYNOR:  I agree, Your Honor.

3              THE COURT:  Government agree?

4              MS. KUMAR:  Yes, Your Honor.

5              THE COURT:  All right.  I will not give stip 12.

6    Stip 13 I will give.  That's Pearce's immunity.

7              Stipulated instruction No. 14, we haven't had any

8    expert testimony; so I don't think we need 14 or 15.

9              Counsel agree?

10             MS. KUMAR:  Yes, Your Honor.

11             MR. RAYNOR:  Well, Your Honor, I think that, um,

12   some testimony of, um, Dr. Gee was, I would suggest, um, both

13   expert in some respects and also based upon particular

14   knowledge and also dual role.  Therefore, we would still

15   request those two.

16             THE COURT:  Well, she wasn't offered as an

17   expert.  She wasn't qualified as an expert.  I didn't give any

18   preliminary instruction she was being qualified as an expert as

19   I typically do.  I don't think it's necessary.  I'm not going

20   to give 14 or 15.

21             Does the Government have a position?

22             MS. KUMAR:  Your Honor, we agree with the Court

23   that the instruction not be given.

24             THE COURT:  All right.  Stip 16 I will give.

25             Stipulated 17 I will give.
```

```
 1              Stipulation -- stipulated Instruction No. 18
 2    about charts and summaries, I think all the charts and
 3    summaries are in evidence; is that correct?
 4              MS. KUMAR:  That is correct, Your Honor.
 5              THE COURT:  So I don't see any need for
 6    stipulated Instruction No. 18.
 7              Agreed?
 8              MR. RAYNOR:  Yes, Your Honor.
 9              THE COURT:  All right.  I will give stipulated
10    No. 20.
11              The next series of instructions, the Court's
12    instruction -- or actually it's the Government's disputed
13    Instruction No. 20, I made a ruling last Friday, and I haven't
14    changed my mind on that ruling.  So I'm going to give the
15    Government's version.
16              I also made a ruling on Friday that I'm not going
17    to give the defendant's version, and I'm also not going to give
18    the defendant's proposed Instruction 21.
19              With respect to the Instruction 22, which I made
20    a ruling on last Friday and we have had further discussions
21    with respect to that instruction, I have concluded and I'm
22    going to make the following ruling that the "assist" language
23    should be removed from that instruction.  And the following is
24    the ruling with respect to that Instruction No. 22:
25              At the hearing on Friday, I made certain rulings
```

**UNITED STATES DISTRICT COURT**

1    and provided counsel with my Instruction No. 22 regarding

2    Article 129 of the South Korea criminal code.  Based on the

3    defendant's objection and with the input of both experts, I

4    agreed to take another look at the instruction.

5            On July 10 defendant filed a supplemental

6    memorandum identifying specific objections which related to the

7    inclusion of, quote, "acts" that assist decision makers within

8    that definition.  The Government has filed opposition to that.

9            After reviewing the case law and taking both

10   parties' experts' testimony into account, I have decided to

11   eliminate the "assist" language from the definition of official

12   duties.  Although that language appears within several cases

13   submitted to the Court, as counsel for the Government pointed

14   out yesterday, I continue to believe that that language is too

15   vague and confusing to a lay jury and could sweep in innocuous,

16   innocent, non-criminal conduct.

17           I conclude that the balance of the Court's

18   definition of official duties which includes acts that may

19   influence decision makers is sufficient to convey the meaning

20   to the jury.

21           Accordingly, the Court's definition of official

22   duties, Instruction No. 22, will be "Official duties include

23   duties for which the public official is responsible under the

24   law, acts closely related to such duties, acts that public

25   official is practically or customarily responsible for, and

```
 1   acts that may influence decision makers."
 2              Next instruction that I will give is stipulated
 3   Instruction No. 23.
 4              Stipulated Instruction No. 24, stipulated
 5   Instruction No. 25, and stipulated Instruction No. 26 I won't
 6   give.  I typically don't give that instruction.
 7              I will also give stipulated Instruction No. 27
 8   about note taking; stip 28 regarding punishment and, finally,
 9   stip 29, the verdict form; and stip 30, if it becomes necessary
10   to communicate with the Court during deliberations.
11              So those will be the jury instructions.
12              How much time do you anticipate closing
13   arguments?
14              MS. KAMINSKA:  About an hour, 15 minutes.
15              THE COURT:  An hour and 15 minutes.  That
16   includes the opening and your closing?
17              MS. KAMINSKA:  The closing and the rebuttal,
18   Your Honor, yes.
19              THE COURT:  That includes both?
20              MS. KAMINSKA:  Yes.
21              THE COURT:  Okay.
22              MS. KUMAR:  And Your Honor, just for the record,
23   Ms. Kaminska is going to be doing the opening, and I will be
24   doing the rebuttal.
25              THE COURT:  Defense?
```

1          MR. KOURY:  Probably 45 minutes.

2          THE COURT:  All right.  Then I will, as I said

3    yesterday, take responsibility for preparing the jury

4    instructions.

5          I can note for counsel that I rearranged the

6    numbers of these instructions.  Don't rely on the numbers of

7    the stipulated instructions because I rearranged them in an

8    order that I think is appropriate to the jury.

9          I also, during closing argument, don't permit

10   counsel to simply put the instruction on the -- what used to be

11   called the ELMO.  Whatever it's called now.  Certainly.  If you

12   want to do bullet points with respect to the elements, that is

13   fine.  We're not just going to sit and walk the jury through

14   each of the jury instructions.

15         The verdict form you can certainly display to the

16   jury.  I have prepared the verdict form based upon the agreed

17   verdict form, and I will provide that to counsel prior to the

18   argument.

19         What I anticipate is we will be able to finish

20   within a relatively short period of time.  Then I will have the

21   jury instructions prepared, the verdict form.  We will take a

22   break to allow you to get set up for closing argument.  I will

23   give you each a copy of the instructions and verdict form, and

24   then we will start with the argument.

25         MR. RAYNOR:  And, Your Honor, is there going to

```
 1    be -- the -- we would request to present a Rule 29.
 2              THE COURT:  You will have an opportunity to do
 3    the Rule 29 at the break.
 4              MR. RAYNOR:  Thank you, Your Honor.
 5              THE COURT:  So I don't know what -- all right.
 6    We have the witness on the stand.
 7              MS. KAMINSKA:  May I make one clarification?
 8              THE COURT:  Yes.
 9              MS. KAMINSKA:  Your Honor, with respect to
10    showing the jury instructions during the closing, do I
11    understand it's permissible to show a slide with the
12    bulletproof elements?
13              THE COURT:  Yes.  I just find it's not very
14    effective to walk the jury through the jury instructions.  It's
15    more effective to have counsel argue.
16         (The following proceedings were held in
17          open court in the presence of the jury:)
18              THE COURT:  All right.  The jury is present.  All
19    counsel and defendant are present.  You may cross-examine.
20              MS. KUMAR:  Thank you, Your Honor.
21                        CROSS-EXAMINATION
22    BY MS. KUMAR:
23         Q    Good morning, Dr. Kim.
24         A    Good morning.
25         Q    You spoke on direct examination about the
```

1    technical consultation guidelines that were in effect when you

2    were president; is that right?

3            A       Yes.

4            Q       Do you still have those in front of you,

5    Exhibit 522?

6            A       Yes.

7            Q       I'd like to direct your attention to Article 4,

8    the definition of terms.  I'd like to read to you -- it defines

9    technical consultation as "When an applicant seeks an opinion

10   of a relevant expert within a research institute on technical

11   problems or difficulties."

12                   Do you see that?

13           A       Yes.

14           Q       That's your understanding of what technical

15   consultation means, isn't it?

16           A       Yes.

17           Q       And below that, at No. 1, it says, "Technical

18   consultation does not include transferring research results and

19   know-hows obtained as the result of performing research

20   projects at the institute."

21                   Do you see that?

22           A       Yes.  That's right.

23           Q       And you said on direct examination that you,

24   while you were president, strongly encouraged your employees to

25   enter into private agreements for technical consultation; isn't

```
 1   that right?

 2        A      That's right, yes.

 3        Q      But you didn't strongly encourage your employees

 4   to manipulate the bidding process in favor of a particular

 5   company; isn't that right?

 6        A      I did not, no.

 7        Q      And you didn't strongly encourage employees to

 8   direct the purchasing division of KIGAM to buy equipment on

 9   which the employee was receiving a commission; isn't that

10   right?

11        A      I did not do that.

12        Q      And while you were president, you didn't strongly

13   encourage your employees to skew the specifications in favor of

14   a particular company, did you?

15        A      We do not do that.

16        Q      And you didn't, while you were president,

17   strongly encourage your employees to give companies that were

18   paying them inside and confidential information, did you?

19        A      I did not do that.

20        Q      Now, Dr. Kim, you weren't aware that the

21   defendant had a personal agreement with Guralp Systems, were

22   you, when you were president?

23        A      I was not aware.

24        Q      And you didn't know that he got paid thousands of

25   dollars in cash for that agreement, did you?
```

```
 1          A       Correct.  I was not aware.
 2          Q       And you didn't know that he had a second
 3   arrangement with a second company to also receive funds, did
 4   you?
 5          A       Correct.  I was not aware.
 6          Q       And you didn't know that the defendant received
 7   the funds from these companies into a bank account here in
 8   Los Angeles, were you?
 9          A       Correct.  I was not aware.
10          Q       And you weren't aware that, between 2009 and
11   2015, the defendant received over 1 million United States
12   dollars from those companies, were you?
13          A       Correct.  I was not aware.
14                  MS. KUMAR:  No further questions, Your Honor.
15                  THE COURT:  Any redirect?
16                  MS. BEDNARSKI:  No, Your Honor.  Thank you.
17                  THE COURT:  All right.  May this witness be
18   excused?
19                  MS. BEDNARSKI:  Yes.
20                  THE COURT:  All right.  Call your next witness.
21                  Thank you very much, sir.  You may be excused.
22                  MS. BEDNARSKI:  Thank you, sir.
23                  My next witness is Byung Cheol Kim.
24                  THE CLERK:  Please raise your right hand.
25                  Do you solemnly state that the testimony you may
```

**UNITED STATES DISTRICT COURT**

```
1    give in the cause now pending before this court shall be the
2    truth, the whole truth, and nothing but the truth, so help you
3    God?
4                    THE WITNESS:  Yes.
5                    THE CLERK:  Thank you.  Be seated.
6                    Please state and spell your name for the record.
7                    THE WITNESS:  My last name spells K-i-m, first
8    name, B-y-u-n-g C-h-e-o-l.
9                    THE COURT:  All right.  You may proceed.
10                   MS. BEDNARSKI:  Thank you.
11                          BYUNG CHEOL KIM,
12                   DEFENDANT'S WITNESS, SWORN:
13                        DIRECT EXAMINATION
14   BY MS. BEDNARSKI:
15       Q    Sir, where did you work between 2002 and 2013?
16       A    I worked at Heesong Geotek.
17       Q    And what kind of services did your former
18   company -- are you still with that company?
19       A    No.
20       Q    And who are you with now?
21       A    I work at the Korea EMT.
22       Q    Do those two companies provide the same type of
23   service in Korea?
24       A    Yes.
25       Q    Was Heesong Geotek an agent distributor for
```

824

```
 1    seismology products in Korea?
 2         A      Yes.
 3         Q      And was it an agent distributor for a company
 4    called Guralp Systems?
 5         A      Yes.
 6         Q      And also for KMI, Kinemetrics?
 7         A      Yes.
 8         Q      Have you continued to provide agent distributor
 9    services for those two companies through your new company,
10    Korea EMT?
11         A      Yes.
12         Q      When a company sells a product in Korea through
13    an agent distributor, does the agent distributor add a fee on
14    top of what the list price is for the piece of equipment?
15         A      Yes.  We just follow the agreement -- the agency
16    agreement.
17         Q      And is there an established range of fees per
18    that agency agreement that you're talking about?
19         A      Yes.  Percentage would be specified.
20         Q      And what's the range of percentages that the
21    agent distributor will charge a foreign manufacturer?
22         A      Usually approximately 15 percent plus, minus.
23         Q      So it can be higher than 15 percent?
24         A      Yes.
25         Q      Now, why would a foreign manufacturer want to
```

825

```
1    distribute through an agent distributor rather than sell
2    directly to an end user in Korea?
3                    MS. KUMAR:  Objection, Your Honor.  Speculation.
4                    THE COURT:  Overruled.
5                    THE WITNESS:  First of all, there's a language
6    problem for the Korean purchaser and the manufacturer.  Second
7    of all, if you consider the fees or money involved for
8    installation and sales for foreign manufacturer to come to
9    Korea and to do -- to do all those things, it is, of course,
10   far more than hiring an agent distributor.  Third reason is in
11   Korea the bidding system is -- the third reason for foreign
12   manufacture, it would be difficult to participate and follow
13   the Korean bidding system.
14        Q    BY MS. BEDNARSKI:  Let's talk about that bidding
15   system in Korea.
16                    Is there an agency in Korea that controls the
17   bidding process for seismology equipment?
18                    Can I rephrase the question, Your Honor?  It's a
19   bad question.
20                    THE COURT:  Sure.
21        Q    BY MS. BEDNARSKI:  Is there an agency in Korea
22   that controls the bidding process for projects that involve the
23   use of seismology equipment?
24        A    Yes.  Yes.  It's called PPS.
25        Q    What does that stand for?
```

**UNITED STATES DISTRICT COURT**

 1        A       I don't know exactly, but it's meaning national
 2   distribution system.
 3        Q       I have heard the term Korean Procurement Services
 4   Agency.  Is that familiar to you?
 5        A       Yes.  That's right.
 6        Q       Can you explain to the jury how the bidding
 7   process works in Korea?
 8        A       Korean bidding system is -- first of all is
 9   electronical.  You have to bid through electronic system.  The
10   approaching company will have to ask through PPS.  Then PPS
11   would announce the bidding.  Then bidders would perform bidding
12   through PPS.  Then through the electronic system, through
13   random method, the person -- the final purchaser would be
14   selected who bids the appropriate price.
15        Q       Have you participated in hundreds of bids
16   concerning seismological equipment in Korea?
17        A       Yes.
18        Q       Now, the judges who are on the PPS committee, are
19   they qualified with respect to making technical decisions about
20   equipment?
21              MS. KUMAR:  Objection, Your Honor.  Speculation.
22              THE COURT:  The objection is sustained.
23        Q       BY MS. BEDNARSKI:  Do you know what the
24   composition is of the committee that makes these decisions
25   about whether or not to grant a bid to one company or another?

1          A        Those committee members are selected on a random

2    basis.

3          Q        And with respect to your experience on bids being

4    judged by the PPS as to seismological equipment, is it your

5    experience that the judges are very technical --

6    technically-qualified scientists?

7                   MS. KUMAR:  Objection.  Lack of foundation,

8    Your Honor.

9                   THE COURT:  She's asking for his knowledge.

10                  You can answer the question.  The objection is

11   overruled.

12                  THE WITNESS:  Yes.  That's right.

13         Q        BY MS. BEDNARSKI:  Are you aware of any occasion

14   of Dr. Chi influencing any official decision of the Korean

15   Procurement Services Agency?

16                  MS. KUMAR:  Objection, Your Honor.  Speculation.

17                  THE COURT:  Sustained.

18         Q        BY MS. BEDNARSKI:  To your knowledge,

19   concerning -- well, when there's a bid on a project that

20   pertains to seismological equipment, would you have been

21   knowledgeable about it as a representative of Heesong between

22   2002 and 2013?

23                  MS. KUMAR:  Objection, Your Honor.  Speculation.

24                  THE COURT:  Overruled.

25                  THE WITNESS:  I'm not clear about the question.

```
1               MS. BEDNARSKI:   Okay.

2        Q       Between the time that you worked for Heesong

3   between 2002 and 2013, if there was a project that had been put

4   out for bid involving seismological equipment, would you have

5   known about it as an agent distributor for that kind of

6   equipment at Heesong?

7        A       Yes.

8        Q       Are you aware of any occasion of Dr. Chi

9   influencing any official decision of the Korean Procurement

10  Services Agency with respect to a bid concerning seismological

11  equipment?

12       A       No.

13       Q       I want to direct your attention to the Korean

14  high speed rail project.

15               Between 2005 and 2007, there was a project

16  involving fitting a high speed rail with seismological

17  measuring equipment.

18       A       Yes.

19       Q       As an agent distributor of Heesong during that

20  time, were you involved in trying to get that bid on that

21  project or trying to get the project?

22       A       No.  Not during that time.

23       Q       Were you aware that the project had been put out

24  for bid?

25       A       Yes.
```

```
 1         Q        And were you aware that KIGAM was awarded the bid

 2    for that project?

 3         A        Yes, I was.

 4         Q        At that time was KIGAM allowed -- I'm sorry.

 5                   At that time did KIGAM have the ability to buy

 6    seismological equipment directly from a foreign manufacturer?

 7                   MS. KUMAR:  Objection, Your Honor.  Speculation.

 8                   THE COURT:  I'm sorry?

 9                   MS. KUMAR:  Speculation, Your Honor.

10                   THE COURT:  The objection is sustained.

11         Q        BY MS. BEDNARSKI:  Was there a problem that arose

12    between Heesong and KIGAM concerning KIGAM's ability to bid

13    lower for that project because it could purchase equipment

14    directly?

15         A        Would you repeat the question?

16         Q        Okay.  Guralp Systems would distribute equipment

17    through you at times in Korea; right?

18         A        Yes.

19         Q        And on those occasions you could charge a fee and

20    earn money from doing that distribution; correct?

21         A        Yes.

22         Q        And were you knowledgeable as an agent

23    distributor in this specific area of products in Korea of

24    KIGAM's ability in 2005 to be able to buy equipment directly

25    from Guralp without going through an agent?
```

**UNITED STATES DISTRICT COURT**

```
 1          A      Yes.

 2          Q      And how did you learn of that?

 3          A      Well, I heard from company executives of my

 4   company.

 5          Q      Heard from what?

 6                 THE COURT:  His company executives.

 7                 MS. BEDNARSKI:  Oh, executives.

 8          Q      And were the company executives upset at KIGAM

 9   for being able to buy equipment directly without paying an

10   agent fee?

11                 MS. KUMAR:  Objection.  Speculation.  Lack of

12   knowledge.

13                 THE COURT:  Overruled.  I can't imagine that --

14   go ahead.  You can answer the question.

15                 THE WITNESS:  Yes.

16          Q      BY MS. BEDNARSKI:  Were there other instances

17   other than the high speed rail where KIGAM was able to present

18   a bid lower because of its ability to get Guralp equipment at

19   discount prices?

20                 MS. KUMAR:  Objection, Your Honor.  Speculation.

21                 THE COURT:  That really assumes a fact not in

22   evidence that you haven't established it.  I do think it calls

23   for speculation.  I'm going to sustain the objection.

24          Q      BY MS. BEDNARSKI:  How would you as an agent

25   distributor find out about future projects in Korea that were
```

**UNITED STATES DISTRICT COURT**

```
 1   going to involve seismological equipment?
 2        A      Purchasing company organization with the request
 3   to provide quotation for their own budget purposes.  More so
 4   the purchasing company announce on the website about their
 5   order plan, ordering plan.
 6        Q      So, for instance, by purchasing company, for
 7   instance, an example would be the high speed rail agency?
 8        A      That's right.
 9        Q      Or the Water Company?
10        A      That's right.
11        Q      Or the Water Company?
12        A      Or the public agencies are included.
13        Q      And so before putting something out for a bid,
14   would public agencies post their intentions to have projects in
15   the future?
16        A      Yes.  That's right.
17        Q      And aside from those public websites, were there
18   other ways that you as an agent distributor would learn about
19   projects in the future that would involve seismological
20   equipment?
21        A      As I stated earlier, they would request to submit
22   the quotation.  Then as we get those requests, then we would
23   learn.
24        Q      So companies that knew that you dealt with
25   certain foreign manufacturers would call you up and ask you to
```

```
 1   give them a price list?
 2          A       Yes.  That's right.
 3          Q       And all this would happen before something went
 4   out in an RFP, request for proposal?
 5          A       Yes.
 6          Q       And would you, as a distributor agent, tell your
 7   clients about upcoming projects in Korea that may involve the
 8   type of equipment they made?
 9          A       Yes.
10          Q       And why would you want to give your clients as
11   much notice as possible?
12          A       Can I have the question repeated?
13          Q       Sure.  Why would you want your clients to know
14   the types of equipment and specifications and what kind of
15   equipment may be involved in something in the future that's not
16   even out for a bid yet?
17          A       As I stated earlier, those company or agent who
18   needs to purchase needs to give their budget to implement the
19   purchase.  That's why they request for quotations.  And as a
20   supplying agent, we provide that information.
21          Q       So this kind of information flowing back and
22   forth between what might happen in the future and what a
23   company may do would all be considered by the project agency
24   that was going to do the project?
25          A       When you say both sides what do you refer?
```

1      Q      When the rail agency, for instance, would put

2  together a budget for how much it was willing to pay for a

3  project, would it already have collected and gathered

4  information by telling people, hey, we may do this, what would

5  the prices be?

6              MS. KUMAR:  Objection, Your Honor.  Speculation.

7              THE COURT:  Sustained.

8      Q      BY MS. BEDNARSKI:  In 2013 when you were at

9  Korea EMT, was Korea EMT an agent distributor for GSL still?

10     A      Yes.

11     Q      And in your capacity then as an agent distributor

12  for GSL, or Guralp as we call it, in 2015, would you know if

13  Guralp had reduced its prices on its seismological equipment in

14  2013?

15     A      Yes.  I was aware of it.

16     Q      And then, since it would be in the scope of your

17  awareness, did Guralp change its prices in any significant way

18  in 2015?

19     A      Not really.  Certain projects, there was a little

20  decrease in the price.  But other products, there was some

21  other increase as well.

22     Q      You had mentioned that the Korean Procurement

23  Services Agency is an electronic bidding process.  In that

24  regard, is it possible for someone to influence an electronic

25  bidding process?

1          MS. KUMAR:  Objection, Your Honor.  Speculation.

2          THE COURT:  Sustained.

3     Q    BY MS. BEDNARSKI:  Now, in that process that took

4    place, is there something unique about the bidding process in

5    Korea that guards against outside influence?

6          MS. KUMAR:  Objection, Your Honor.  Lacks

7    foundation.

8          THE COURT:  Sustained.

9     Q    BY MS. BEDNARSKI:  Have you participated in

10   hundreds of bids through the Korean Procurement Agency?

11    A    Yes.

12    Q    In your personal opinion, based on those

13   experiences, is it possible to influence the Procurement

14   Agency's granting or denial of a bid?

15         MS. KUMAR:  Objection, Your Honor.  Relevance.

16         THE COURT:  Overruled.

17         THE WITNESS:  No.

18    Q    BY MS. BEDNARSKI:  What is your opinion?

19         THE COURT:  He said no.

20    Q    BY MS. BEDNARSKI:  Do you know someone named

21   Nathan Pearce?

22    A    Yes.

23    Q    How many years -- have you dealt with him in your

24   capacity as an agent distributor for Guralp products?

25    A    Yes.

1    Q      For how many years have you dealt with him?

2    A      I knew him from the time I worked for Heesong; so

3    I can say approximately 14 years.

4    Q      And during that time, has Nathan Pearce visited

5    Korea and specifically had meetings with you in Korea?

6    A      Yes.

7    Q      And at any time has Nathan Pearce ever expressed

8    to you any uncomfortableness whatsoever with his company's

9    arrangement with Dr. Chi?

10             MS. KUMAR:  Objection, Your Honor.  Hearsay.

11             THE COURT:  Sustained.

12   Q      BY MS. BEDNARSKI:  At any time did you perceive

13   in your observations of Nathan Pearce any uncomfortableness

14   with Dr. Chi's business relationship with Guralp systems?

15             MS. KUMAR:  Objection, Your Honor.  Relevance.

16   Speculation.

17             THE COURT:  Sustained.

18             Are you about done?

19             MS. BEDNARSKI:  Yes.

20   Q      Is there any prohibition that you know of in this

21   industry that you work in involving the sales of seismological

22   equipment in Korea against Dr. Chi talking with a manufacturer

23   about whether they're the only company that will meet the

24   specifications of a bid?

25             MS. KUMAR:  Objection, Your Honor.  Speculation.

```
 1                    THE COURT:  Sustained.

 2        Q       BY MS. BEDNARSKI:  Is there any prohibition,

 3   given your experience in this industry and Korea, with Dr. Chi

 4   helping Guralp Systems improve the reliability and functioning

 5   of its products?

 6                    MS. KUMAR:  Objection, Your Honor.  Speculation.

 7                    THE COURT:  Sustained.

 8                    MS. BEDNARSKI:  No other questions, Your Honor.

 9                    THE COURT:  All right.  Any cross-examination?

10                    MS. KUMAR:  Yes, Your Honor.

11                        CROSS-EXAMINATION

12   BY MS. KUMAR:

13        Q       Good morning, Mr. Kim.  You stated you worked for

14   both Heesong and Korea EMT; is that right?

15        A       At the moment I am working for Korea EMT.

16        Q       Prior to that, you worked at Heesong; right?

17        A       Yes.

18        Q       And you were the agent distributor for Guralp and

19   for Kinemetrics; isn't that right?  For Guralp and Heesong?

20        A       Yes.  Heesong Geotek was the distributor agent.

21        Q       And as part of Heesong being the agent

22   distributor, part of their job was installation and

23   maintenance; isn't that right?

24        A       Yes.

25        Q       I'd like to direct your attention to Exhibit 255,
```

1   page 1, which is in evidence.

2           Mr. Kim, I would represent to you this is a sales

3   order from Kinemetrics.  Again, Heesong Geotek was the

4   distributor for Kinemetrics in Korea, is that right?

5       A    Yes.

6       Q    And if we could look at the bottom portion,

7   specifically I'm going to read to you.  It says, "Local

8   installation and testing operation services to be performed by

9   Heesong Geotek."

10          Do you see that?

11      A    Yes.

12      Q    And for that, Heesong Geotek is paid a

13  commission; isn't that right?

14      A    That's right.

15      Q    If I can direct your attention to page 2 of this

16  document, if we could blow up the bottom half.

17          I will represent to you this is the second page

18  of the same sales order.  In this case, Heesong Geotek is

19  getting paid just over 5,000 or, I guess, $4,000 for its

20  services; isn't that right?

21      A    Yes.

22      Q    And above that it says that there's also a

23  commission due to Heon Chi; isn't that right?

24      A    Yes.

25      Q    You also talked about the Public Procurement

**UNITED STATES DISTRICT COURT**

1    Service, the PPS, in Korea; isn't that right?

2         A      Yes.  Through that they bid.

3         Q      Okay.  Could you direct your attention to

4    Exhibit 255, page 25.  If we could blow up the top of this.

5                I will represent to you, Mr. Kim, this is a sales

6    order for Kinemetrics for the customer being Korea EMT.  This

7    particular order is being shipped to the Public Procurement

8    Service in the Republic of Korea; isn't that right?

9         A      Yes.

10               MS. KUMAR:  If we could turn to page 26.  This is

11   page 28 of Exhibit 255.  We will blow up the bottom half.

12        Q      It says there on line 2 that there is a

13   commission due to Korea EMT for $66,512.

14               Do you see that?

15        A      Yes.

16        Q      And above that it says there's a commission due

17   to Heon Chi for $66,500.

18               Do you see that?

19        A      Yes.

20        Q      You also spoke about the Korea high speed --

21   actually, back up for a second.

22               Mr. Kim, were you aware that the defendant was

23   receiving a commission on every sale by Guralp and Kinemetrics

24   in Korea from at least 2003 through 2015?

25        A      I did not know.

 1          Q        I'd like to direct your attention to Exhibit 80

 2    which is in evidence.

 3               You spoke about the Korea high speed rail project

 4    in 2004 and 2005; is that right?

 5          A        Yes.

 6          Q        I will represent to you that this is an e-mail

 7    from the defendant to Nathan Pearce from December of 2004.  And

 8    if I could direct your attention to the middle of the page, it

 9    says, "My largest order of your system might be for the Korea

10    Express Train, and the order will be done on April, and it

11    should be delivered until August."

12               Isn't that right?  Do you see that?

13          A        Yes.

14          Q        And then in No. 6 it lists "Systems for Korea

15    Express Train, 21 sets."

16               Do you see that?

17          A        Yes.

18          Q        And then if we could highlight for you the

19    sentence that begins, "Frankly speaking, I want to make a large

20    fortune by the order 6."

21               Do you see that?

22          A        Yes.

23          Q        Mr. Kim, did you know in 2004 that the defendant

24    told Nathan Pearce that he wanted to make a large fortune by

25    the order of Guralp Systems for the Korea Express Train

**UNITED STATES DISTRICT COURT**

```
 1   project?
 2        A      No.  I did not know.
 3        Q      Now, you talked on direct about how, in your
 4   opinion, Dr. Chi -- it was not possible to influence the
 5   bidding process; isn't that right?
 6        A      That's right.
 7        Q      So let's talk about what else you may be aware
 8   of.
 9             If you could turn to Exhibit 88 which is in
10   evidence, we'll blow up the top portion.
11             I will represent to you that this is an e-mail
12   from the defendant to Nathan Pearce and Cansun Guralp from May
13   of 2005.
14             Did you visit Guralp Systems Limited in May 2005
15   in London?
16        A      Yes.  That's right.
17        Q      Okay.  If we could turn to the second page of
18   this exhibit, look at the second paragraph.
19             I will read to you, "Not only when my members and
20   two persons from Heesong Co. visit your company but also during
21   staying without me, please do not mention the relationship
22   between me and your company.  Of course, you should not mention
23   the advice fee or how the price was decided.  All documents
24   related to me should be not open to them.  Please remind these
25   to your members who will contact them."
```

1           Do you see that?

2      A      Yes.

3      Q      Mr. Kim, are you aware in May of 2005 that the

4  defendant was telling employees of Guralp not to tell you --

5  tell members of Heesong anything about his relationship with

6  Guralp?

7      A      No, I did not know.

8      Q      I'd like to now direct your attention to

9  Exhibit 140 -- hold on.  One second, Your Honor -- Exhibit 165

10 which is in evidence.  If we could blow up the first e-mail.

11          Mr. Kim, I will represent to you that this is an

12 e-mail from Dr. Chi to employees at Guralp from June of 2014.

13 I will read to you portions of the first paragraph.

14          "Please do not reply or send any mail with the

15 reference of any person of Heesong and Korea EMT.  I am a

16 governmental officer, and I should not have any contact with

17 private company.  Moreover, it is illegal to assist any company

18 related to the test.  Moreover, Dr. Park, Youngdo might become

19 unexpected danger to threaten me."

20          Do you see that?

21     A      Yes.

22     Q      Dr. Youngdo Park worked at Heesong; correct?

23     A      Yes.

24     Q      And then in the second paragraph it says, "Hence,

25 I sincerely ask you please do not mention my name at the mail

```
1    or document of any private company such as Heesong or

2    Korea EMT."

3              Do you see that?

4         A    Yes.

5         Q    Were you aware in June of 2014 that the defendant

6    was telling Guralp employees not to mention his name in any

7    document related to Heesong and Korea EMT?

8         A    No, I did not know.

9         Q    I'd now like to direct your attention to

10   Exhibit 141 which is in evidence.  If we could go to the bottom

11   e-mail on this first page.

12             Mr. Kim, I will represent to you that this is an

13   e-mail from the defendant to Nathan Pearce in March of 2010,

14   and in the third paragraph it cites, "Second, due to my

15   position, I am not allowed to participate in any activity of

16   private companies, not only investment but also any assistance

17   officially."

18             Do you see that?

19        A    Yes.

20        Q    And then in the next paragraph it says, "Third,

21   the total of real estate and cash flow of me and my family

22   should be reported to government every year.  That is why I got

23   the advice fee from you through the American bank.  The cash

24   flow between Heesong and me is really very dangerous and

25   strictly it should be limited within very small amount."
```

```
 1                    Do you see that?
 2        A         Yes.
 3        Q         Mr. Kim, you never paid the defendant; is that
 4   right?
 5        A         No.
 6        Q         And you knew nothing about the payments he was
 7   receiving from Guralp and Kinemetrics; isn't that right?
 8        A         I was not aware of it.
 9                    MS. KUMAR:  Thank you.  No further questions.
10                    THE COURT:  All right.  Any redirect?
11                    MS. BEDNARSKI:  I have three questions.  Four
12   questions.
13                    REDIRECT EXAMINATION
14   BY MS. BEDNARSKI:
15        Q         Sir, in your first year at Heesong in 2002, how
16   many employees did Heesong have?
17        A         Approximately 30 employees.
18        Q         By 2012 how many employees did Heesong have?
19        A         In 2012 we have total approximately 50 employees
20   for the seismologic department.  In 2002 we had 3, but in 2012
21   the number increased to 20.
22        Q         And by 2012 when the staff involved with
23   seismologic projects had increased almost sevenfold, was
24   Heesong's technical ability to do installations far better in
25   2012 than it was in 2002?
```

**UNITED STATES DISTRICT COURT**

```
 1                    MS. KUMAR:  Objection, Your Honor.  Beyond the
 2      scope.
 3                    THE COURT:  Sustained.
 4          Q      BY MS. BEDNARSKI:  By 2012 had Heesong been
 5      trained by Dr. Chi as to how to properly do installations of
 6      this highly sophisticated equipment?
 7                    MS. KUMAR:  Objection, Your Honor.  Beyond the
 8      scope.
 9                    THE COURT:  Overruled.  You can answer the
10      question.  Yes or no?
11                    THE WITNESS:  Year 2012 you're asking?
12          Q      BY MS. BEDNARSKI:  Yes.  By that time.
13          A      So we received advice or information regarding
14      the solution of any problem involving installation.
15                    MS. BEDNARSKI:  No further questions, Your Honor.
16                    THE COURT:  All right.  May this witness be
17      excused?
18                    MS. KUMAR:  Yes, Your Honor.
19                    THE COURT:  All right.  Thank you very much.
20                    Sir, you can be excused.
21                    Do you have any additional witnesses?
22                    MS. BEDNARSKI:  Yes.  Byoung Wook Kim.
23                    Permission to approach the witness box,
24      Your Honor.
25                    THE COURT:  Yes.
```

**UNITED STATES DISTRICT COURT**

```
 1                  THE CLERK:  Please raise your right hand.
 2                  Do you solemnly state that the testimony you may
 3       give in the cause now pending before this court shall be the
 4       truth, the whole truth, and nothing but the truth, so help you
 5       God?
 6                  THE WITNESS:  I do.
 7                  THE CLERK:  Thank you.  Be seated.
 8                  Please state and spell your name for the record.
 9                  THE WITNESS:  Byoung Wook Kim, K-i-m,
10       B-y-o-u-n-g, W-o-o-k.
11                  THE COURT:  All right.  You may proceed.
12                  MS. BEDNARSKI:  Thank you.
13                            BYOUNG WOOK KIM,
14                    DEFENDANT'S WITNESS, SWORN:
15                         DIRECT EXAMINATION
16       BY MS. BEDNARSKI:
17            Q     Where do you work?
18            A     I work for KIGAM.
19            Q     And what's your job title?
20            A     I am the head of the audit division.
21            Q     And what is the role of the auditing division at
22       KIGAM?
23            A     We review to see that -- whether each division
24       within the center does his job properly.  So we do an internal
25       audit to see whether all divisions are doing what they're
```

```
 1   supposed to do.
 2        Q       And when did you start work as an auditor at
 3   KIGAM?
 4        A       It was November 2011.
 5        Q       And have you been an auditor since 1980?
 6        A       No.
 7        Q       And when did you start at KIGAM?
 8        A       You mean auditing?
 9        Q       Well, when did you start working at KIGAM?
10        A       In 1980.
11        Q       And before that, did you study law in college?
12        A       Yes.
13        Q       As part of your duties as the supervisor of the
14   audit division, are you responsible to know the rules and
15   regulations that pertain to KIGAM employees?
16        A       The duties of the audit department is to ensure
17   that the employees are in compliance with the regulations.
18   Also, we would see that each division heads would do the
19   internal control and whether the internal control was being
20   done.
21        Q       Now, can you describe to the jury the correct
22   process at KIGAM for the purchase of equipment on a project for
23   KIGAM?
24               MS. KUMAR:  Objection, Your Honor.  Speculation.
25               THE COURT:  Sustained.
```

**UNITED STATES DISTRICT COURT**

1    Q      BY MS. BEDNARSKI:  Are you aware in your capacity

2  as auditor to know what the right process is at KIGAM for its

3  employees to follow when they need to purchase equipment?

4          THE COURT:  Sir, the question can be answered

5  "yes" or "no."

6          THE WITNESS:  Yes.

7    Q      BY MS. BEDNARSKI:  Is there an equipment

8  committee?

9    A      There is, yes.

10   Q      Explain how equipment was purchased properly and

11  how that committee is involved.

12   A      There is equipment and materials managing

13  committee.  When user makes the request for a purchase, then

14  this committee would review the specifications, performance,

15  and the price.  And upon review and evaluation, unless there is

16  a problem with the equipment, then they would approve the

17  purchase according to the purchase procedure.

18   Q      Is there any rule at KIGAM that prohibits a

19  researcher from telling a foreign manufacturer about upcoming

20  public projects that might involve that manufacturer's type of

21  equipment?

22          MS. KUMAR:  Objection, Your Honor.  Speculation.

23          THE COURT:  Overruled.

24          THE INTERPRETER:  Could you repeat the question?

25  I'm sorry.  Could you repeat the question?

**UNITED STATES DISTRICT COURT**

```
 1           Q      BY MS. BEDNARSKI:  Is there any rule at KIGAM

 2    which prohibits a researcher from telling a foreign

 3    manufacturer about upcoming projects in Korea that may involve

 4    that manufacturer's type of equipment?

 5           A      There isn't.

 6           Q      Now, I'd like to show you Exhibit 507.  It should

 7    be in your notebook.  Do you have that in front of you?

 8           A      Yes.

 9           Q      Is 507 what's on the screen now, pages 1 and 2?

10           A      Yes.

11           Q      And would you look at the second page where the

12    signatures are.

13           A      Yes.

14           Q      Do you see Dr. Chi's signature there?

15           A      Yes.

16           Q      Okay.  You can look at the paper or the screen.

17    It doesn't matter.

18                  Okay.  Do you see Dr. Guralp's signature above

19    that?

20                  MS. KUMAR:  Objection, Your Honor.  Lack of

21    personal knowledge.

22                  THE WITNESS:  Dr. Guralp, yes.

23                  THE COURT:  Objection is overruled.

24           Q      BY MS. BEDNARSKI:  Now, is it part of your duties

25    as an auditor to make sure that researchers' private consulting
```

**UNITED STATES DISTRICT COURT**

```
 1    agreements are according to regulation?
 2         A      The consulting agreements are taken care of --
 3    looked at by the related division or department.
 4         Q      And is there -- is that related division or
 5    department now called the TechBIZ department?
 6         A      It is handled by technical support center.
 7         Q      Okay.  Have you been, in your career at KIGAM, a
 8    researcher?
 9         A      No.
10         Q      And in your job as an auditor for the last six
11    years since 2011, have you dealt with a lot of researchers at
12    KIGAM?
13         A      I know them, yes.
14         Q      Now, I want to show you Exhibit 522 and 522A.
15                Your Honor, it's in evidence already.
16                Is 522 on the screen in front of you?
17         A      Yes.
18         Q      It's a three-page document; right?
19                THE COURT:  Just ask questions about the
20    document.  He has it in front of him.
21                THE WITNESS:  Yes.
22         Q      BY MS. BEDNARSKI:  Do you recognize it?
23         A      Yes.
24         Q      Are these the present guidelines at KIGAM
25    applicable for the procedures for technical consultation
```

**UNITED STATES DISTRICT COURT**

1    business agreements?

2         A       That's correct.

3         Q       Do you know when it became a rule at KIGAM that

4    an outside company wanting a researcher to consult would have

5    to make an application to KIGAM?

6         A       It was 2008.

7         Q       And do you know when KIGAM developed its form for

8    outside companies to be able to do that?

9         A       That was also in 2008.

10        Q       Do you know whether or not that process was

11   enforced in 2008 or later changes were made at KIGAM regarding

12   enforcement?

13                MS. KUMAR:  Objection, Your Honor.  Speculation.

14                THE COURT:  Sustained.

15                MS. BEDNARSKI:  Fair enough.

16        Q       Was there some event that occurred in 2012 that

17   caused KIGAM to tighten up its enforcement of its private

18   consultant regulations?

19                THE INTERPRETER:  Interpreter's clarification.

20                THE WITNESS:  As a result of the government audit

21   in 2011, in 2012 the guideline for private consulting has

22   become tightened.

23        Q       BY MS. BEDNARSKI:  Did anyone -- to your

24   knowledge, were these rules regarding technical consulting that

25   changed in 2008 and then became more tightened after 2012, to

```
 1    your knowledge, were these rules ever made retroactive to

 2    contracts entered into in 2003?

 3           A       It cannot be retroactive.

 4                   MS. BEDNARSKI:  I have no other questions,

 5    Your Honor.  Thank you.

 6                   THE COURT:  All right.  Cross-examination.

 7                   MS. KUMAR:  Yes, Your Honor.

 8                       CROSS-EXAMINATION

 9    BY MS. KUMAR:

10           Q       Good afternoon, Mr. Kim.

11           A       Yes.

12           Q       You stated on direct that there's a purchasing

13    committee; isn't that right?

14           A       Yes.

15           Q       And that individual researchers make

16    recommendations on purchases but that that committee makes the

17    final decision.

18                   Isn't that right?

19           A       Yes.

20           Q       And you have been at KIGAM since 1980.  Do I have

21    that right?

22           A       Yes.

23           Q       I'd like to direct your attention to Exhibit 87

24    which is in evidence.

25                   Mr. Kim, I will represent to you this is an
```

**UNITED STATES DISTRICT COURT**

```
 1    e-mail from the defendant to Nathan Pearce and Cansun Guralp
 2    dated May 11, 2005.  I will read to you, "Today my institute
 3    made a contract with Korea Railway Authority for the project to
 4    install seismic instruments along the express railroad.  Hence,
 5    I have to do process of ordering your instruments immediately
 6    before I go to your office."
 7                 Do you see that?
 8         A     Yes.
 9         Q     I'd like to direct your attention to Exhibit 88.
10    It's in evidence.  Actually 90 -- excuse me -- which is also in
11    evidence.
12                 I will represent to you this is an e-mail from
13    the defendant to Nathan Pearce and Cansun Guralp from June of
14    2005.  I will read to you the third sentence.
15                 "I asked the purchase division to order your
16    systems for Express Train, but it was holded due to the outside
17    complaint."
18                 Do you see that?
19         A     Yes.
20         Q     And then it states, "Last week all procedures
21    were finished, and your product was concluded as the best
22    candidate.  Of course the specification of your product was the
23    principal criteria, so the result was easily expected."
24                 Do you see that?
25         A     Yes.
```

**UNITED STATES DISTRICT COURT**

853

```
 1          Q       You also spoke on direct examination about the
 2    regulations regarding private consulting agreements.
 3                  Do you remember that?
 4          A       Private consultation?
 5          Q       Yes.  You spoke on direct about the private
 6    consultation; isn't that right?
 7          A       Yes.
 8          Q       And that's for technical consultation; isn't that
 9    right?
10          A       That's correct.
11          Q       And these regulations from KIGAM, they also
12    require employees to be impartial in their job duties; isn't
13    that right?
14          A       Impartial?
15          Q       They're supposed to be unbiassed in executing
16    their job duties; isn't that right?
17          A       Yes.
18          Q       And employees at KIGAM are supposed to protect
19    confidential and inside information; isn't that right?
20          A       Also the information, yes, correct.
21          Q       And, Mr. Kim, it's the case that KIGAM rules
22    require that an employee not use their job to gain any personal
23    benefits; isn't that right?
24          A       Yes.
25          Q       And, of course, the KIGAM rules prohibit bribery;
```

1    isn't that right?

2         A       Yes.

3         Q       Now, you refer to these rules governing technical

4    consultation.

5                 Mr. Kim, manipulating the bidding process in

6    favor of a particular company would not be a technical

7    consultation; isn't that right?

8         A       Correct.

9         Q       And manipulating the specifications in favor of a

10   particular company would also not be technical consultation;

11   isn't that right?

12        A       Right.

13        Q       Mr. Kim, when you became auditor in 2011, were

14   you aware of an arrangement between the defendant, Dr. Chi, and

15   Guralp Systems in which he was to be paid into a personal bank

16   account here in the United States?

17        A       I was not aware.

18        Q       And were you aware, when you became head of the

19   auditing department in 2011, that Dr. Chi had an arrangement

20   with another company, Kinemetrics and Quanterra, in which he

21   was to receive personal payments into a personal bank account

22   here in the United States?

23        A       No, I was not aware.

24        Q       And you weren't aware that Dr. Chi was requesting

25   certain payments from Guralp in cash; isn't that right?

1          A       Correct.

2          Q       And you weren't aware, when you became head of

3    the auditing department, that from 2009 or actually, as I sit

4    here today, 2009 through 2016 the defendant received over $1

5    million in wire transfers from Guralp, Kinemetrics, and

6    Quanterra, were you?

7          A       I had no way of knowing.

8                  MS. KUMAR:  Thank you.  No further questions.

9                  THE COURT:  All right.  May this witness be

10   excused?

11                 MS. BEDNARSKI:  Yes, he may.

12                 THE COURT:  Thank you very much.

13                 Call your next witness.

14                 MS. BEDNARSKI:  The defense rests, Your Honor.

15                 THE COURT:  All right.  Does the Government have

16   any rebuttal case?

17                 MS. KUMAR:  No, Your Honor.

18                 THE COURT:  All right.  Ladies and gentlemen, the

19   evidence has now concluded.  We're going to take a very brief

20   five-minute break so the lawyers can get set up, and we're

21   going to proceed to closing arguments and the Court's

22   instructions.  So we'll be in recess for five minutes.

23             (A recess was taken at 12:09 p.m.)

24

25

1          CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15               DATED THIS  15TH  DAY OF JULY, 2017.

16

17

18               /S/ MIRANDA ALGORRI
                 _____
19               MIRANDA ALGORRI, CSR NO. 12743, CRR
                 FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

## $

**$1,500** [1] - 784:3
**$10,954** [2] - 787:19, 787:20
**$4,000** [2] - 784:2, 837:19
**$5,500** [2] - 787:20, 787:21
**$66,500** [1] - 838:17
**$66,512** [1] - 838:13

## '

**'15** [1] - 806:6

## /

**/S** [1] - 856:18

## 1

**1** [8] - 770:22, 795:16, 812:1, 820:17, 822:11, 837:1, 848:9, 855:4
**10** [6] - 803:12, 809:20, 812:21, 813:8, 816:5
**107-50** [1] - 757:14
**108** [1] - 776:13
**10:14** [1] - 810:20
**11** [6] - 797:13, 800:6, 800:14, 813:10, 813:19, 852:2
**11-2** [2] - 797:10, 800:6
**11.2** [1] - 801:3
**12** [4] - 813:20, 813:21, 813:24, 814:5
**12743** [2] - 756:23, 856:19
**129** [1] - 816:2
**12:09** [1] - 855:23
**13** [3] - 813:20, 813:23, 814:6
**14** [8] - 756:13, 758:3, 759:3, 760:1, 814:7, 814:8, 814:20, 835:3
**140** [1] - 841:9
**1400** [1] - 757:9
**141** [1] - 842:10
**15** [7] - 809:21, 814:8, 814:20, 817:14, 817:15, 824:22, 824:23
**15TH** [1] - 856:15
**16** [1] - 814:24
**16-00824** [1] - 756:7
**165** [1] - 841:9
**17** [1] - 814:25
**18** [3] - 786:22, 815:1, 815:6
**1976** [1] - 791:10
**1980** [3] - 846:5, 846:10, 851:20
**1ST** [1] - 756:24

## 2

**2** [6] - 770:22, 770:25, 812:2, 837:15, 838:12, 848:9
**20** [4] - 774:13, 815:10, 815:13, 843:21
**20005** [1] - 757:10
**2002** [7] - 791:22, 823:15, 827:22, 828:3, 843:15, 843:20, 843:25
**2003** [18] - 768:2, 770:7, 771:3, 771:10, 780:11, 781:22, 782:6, 782:20, 783:4, 783:19, 792:9, 792:10, 792:18, 792:21, 793:7, 798:25, 838:24, 851:2
**2004** [5] - 784:21, 784:25, 839:4, 839:7, 839:23
**2005** [12] - 784:21, 784:25, 786:22, 786:24, 828:15, 829:24, 839:4, 840:13, 840:14, 841:3, 852:2, 852:14
**2007** [3] - 776:19, 776:25, 828:15
**2008** [9] - 766:20, 766:22, 791:17, 791:22, 803:21, 850:6, 850:9, 850:11, 850:25
**2009** [6] - 791:10, 791:15, 803:21, 822:10, 855:3, 855:4
**2010** [4] - 761:2, 761:6, 767:2, 842:13
**2011** [5] - 846:4, 849:11, 850:21, 854:13, 854:19
**2012** [12] - 803:25, 804:4, 843:18, 843:19, 843:20, 843:22, 843:25, 844:4, 844:11, 850:16, 850:21, 850:25
**2013** [17] - 766:22, 766:23, 775:25, 776:1, 776:5, 776:6, 782:2, 803:11, 805:23, 806:6, 806:17, 807:5, 823:15, 827:22, 828:3, 833:8, 833:14
**2014** [2] - 841:12, 842:5
**2015** [10] - 766:23, 804:8, 804:10, 804:13, 806:17, 807:5, 822:11, 833:12, 833:18, 838:24
**2016** [4] - 766:14, 803:12, 805:23, 855:4
**2017** [6] - 756:13, 758:3, 759:3, 760:1, 805:6, 856:15
**21** [2] - 815:18, 839:15
**22** [4] - 815:19, 815:24, 816:1, 816:22
**23** [3] - 795:8, 795:13, 817:3
**230** [1] - 757:17
**234** [1] - 757:17

## 2 (cont.)

**23RD** [3] - 787:7, 787:12, 787:23
**24** [2] - 795:12, 817:4
**25** [3] - 791:23, 817:5, 838:4
**255** [3] - 836:25, 838:4, 838:11
**26** [3] - 776:19, 817:5, 838:10
**27** [1] - 817:7
**28** [3] - 817:8, 838:11, 856:8
**29** [3] - 817:9, 819:1, 819:3

## 3

**3** [6] - 794:11, 795:4, 797:9, 800:6, 812:2, 843:20
**3.11** [1] - 812:10
**30** [3] - 783:19, 817:9, 843:17
**312** [1] - 757:6
**33** [1] - 803:1
**3435** [1] - 757:13
**350** [1] - 756:24
**3A** [4] - 759:6, 794:15, 794:17, 794:19

## 4

**4** [7] - 756:13, 768:23, 783:21, 795:3, 797:9, 812:3, 820:7
**4455** [1] - 756:24
**45** [1] - 818:1

## 5

**5** [3] - 795:5, 806:4, 812:3
**5,000** [1] - 837:19
**50** [1] - 843:19
**507** [7] - 770:20, 770:21, 770:22, 789:18, 789:20, 848:6, 848:9
**508** [2] - 768:15, 768:18
**516** [3] - 772:20, 773:7, 773:10
**517** [3] - 771:18, 771:19, 771:21
**522** [8] - 804:17, 804:20, 804:21, 805:1, 805:5, 820:5, 849:14, 849:16
**522A** [6] - 759:7, 804:19, 806:10, 806:13, 806:14, 849:14
**53** [2] - 780:22, 780:24
**566** [5] - 759:8, 808:7, 809:4, 809:7, 809:8
**5TH** [1] - 783:21

## 6

**6** [5] - 797:2, 800:3, 812:3, 839:14, 839:20
**6A** [1] - 797:6

## 7

**7** [6] - 756:8, 758:3, 759:3, 795:3, 795:4, 812:3
**70** [1] - 783:16
**753** [1] - 856:8
**756** [1] - 756:8
**760** [1] - 758:10
**774** [1] - 758:10
**791** [1] - 758:13
**793** [1] - 758:13
**794** [1] - 759:6

## 8

**8** [1] - 812:4
**8-284** [1] - 757:20
**80** [1] - 839:1
**800** [2] - 757:20, 758:14
**802** [1] - 758:16
**809** [2] - 759:7, 759:8
**819** [1] - 758:17
**823** [1] - 758:19
**836** [1] - 758:20
**843** [1] - 758:20
**845** [1] - 758:23
**856** [1] - 756:8
**857** [1] - 758:23
**87** [1] - 851:23
**88** [3] - 786:19, 840:9, 852:9
**89** [2] - 785:3, 786:18
**8:05** [2] - 756:14, 760:2

## 9

**9** [1] - 812:7
**90** [1] - 852:10
**90012** [2] - 756:24, 757:7
**90277** [1] - 757:21
**90405** [1] - 757:14
**91101** [1] - 757:18
**97** [1] - 811:25

## A

**A.M** [2] - 756:14, 760:2
**A.M** [1] - 810:20
**ABILITY** [5] - 829:5, 829:12, 829:24, 830:18, 843:24
**ABLE** [9] - 760:8, 764:25, 811:10, 811:17, 818:19, 829:24, 830:9, 830:17, 850:8
**ABOVE** [1] - 856:11

**ABOVE-ENTITLED** [1] - 856:11
**ABSOLUTELY** [1] - 764:1
**ACCEPT** [2] - 797:19, 797:21
**ACCORDING** [3] - 796:14, 847:17, 849:1
**ACCORDINGLY** [1] - 816:21
**ACCOUNT** [5] - 799:20, 816:10, 822:7, 854:16, 854:21
**ACCURATE** [2] - 773:4, 785:1
**ACCURATELY** [1] - 778:5
**ACTING** [1] - 757:4
**ACTIVITIES** [1] - 783:9
**ACTIVITY** [4] - 772:7, 783:8, 783:12, 842:15
**ACTS** [5] - 816:7, 816:18, 816:24, 817:1
**ACTUAL** [1] - 806:21
**ADD** [1] - 824:13
**ADDITIONAL** [2] - 801:23, 844:21
**ADDRESSED** [1] - 779:2
**ADMISSION** [2] - 806:10, 809:4
**ADMIT** [1] - 794:15
**ADULT** [1] - 802:24
**ADVANCE** [1] - 807:24
**ADVERTISING** [2] - 801:10, 801:18
**ADVICE** [16] - 784:2, 785:18, 785:25, 786:3, 786:16, 787:18, 787:19, 788:8, 798:7, 798:11, 798:17, 798:20, 798:23, 840:23, 842:23, 844:13
**ADVISOR** [1] - 791:20
**AFTERNOON** [1] - 851:10
**AGE** [1] - 774:23
**AGENCIES** [2] - 831:12, 831:14
**AGENCY** [8] - 763:20, 824:15, 824:18, 825:16, 825:21, 831:7, 832:23, 833:1
**AGENCY** [5] - 826:4, 827:15, 828:10, 833:23, 834:10
**AGENCY'S** [1] - 834:14
**AGENT** [28] - 785:17, 785:24, 787:17, 787:19, 823:25, 824:3, 824:8, 824:13, 824:21, 825:1, 825:10, 828:5, 828:19, 829:22, 829:25, 830:10, 830:24, 831:18, 832:6, 832:17, 832:20, 833:9, 833:11, 834:24, 836:18,

836:20, 836:21
**AGNES** [1] - 757:24
**AGO** [3] - 780:25, 787:11, 799:6
**AGREE** [5] - 812:16, 814:2, 814:3, 814:9, 814:22
**AGREED** [6] - 782:2, 811:22, 811:25, 815:7, 816:4, 818:16
**AGREED-UPON** [1] - 811:25
**AGREEMENT** [41] - 768:6, 769:5, 769:18, 780:20, 780:25, 781:1, 781:6, 781:17, 781:23, 781:24, 781:25, 782:1, 782:3, 782:4, 782:9, 782:12, 782:15, 782:24, 792:12, 792:19, 792:22, 793:6, 799:4, 799:8, 799:9, 799:12, 799:16, 800:24, 803:20, 804:14, 805:11, 805:24, 806:7, 807:7, 807:13, 821:21, 821:25, 824:15, 824:16, 824:18
**AGREEMENTS** [13] - 800:23, 803:17, 804:6, 804:11, 805:18, 807:3, 807:15, 807:22, 820:25, 849:1, 849:2, 850:1, 853:2
**AHEAD** [2] - 767:1, 830:14
**ALGORRI** [4] - 756:23, 856:5, 856:18, 856:19
**ALLOW** [4] - 764:24, 765:3, 801:5, 818:22
**ALLOWED** [16] - 779:22, 779:24, 779:25, 786:1, 786:7, 792:13, 792:20, 793:5, 793:19, 794:3, 796:17, 800:22, 801:19, 829:4, 842:15
**ALMOST** [2] - 785:24, 843:23
**AMERICA** [1] - 756:5
**AMERICAN** [1] - 842:23
**AMOUNT** [1] - 842:25
**ANALYSIS** [1] - 772:18
**ANALYZE** [1] - 772:14
**AND** [3] - 856:6, 856:9, 856:11
**ANGELES** [3] - 756:14, 756:24, 760:1
**ANGELES** [2] - 757:7, 822:8
**ANNA** [1] - 757:9
**ANNOUNCE** [2] - 826:11, 831:4
**ANNOUNCED** [1] - 776:20
**ANSWER** [6] - 793:22, 796:19, 796:21, 827:10,

830:14, 844:9
**ANSWERED** [1] - 847:4
**ANSWERS** [1] - 794:8
**ANTICIPATE** [2] - 817:12, 818:19
**APART** [1] - 762:17
**APPEARANCES** [1] - 757:1
**APPLICABLE** [3] - 812:23, 813:11, 849:25
**APPLICANT** [1] - 820:9
**APPLICATION** [2] - 806:17, 850:5
**APPLYING** [1] - 805:20
**APPROACH** [6] - 790:5, 790:8, 794:10, 797:2, 804:22, 844:23
**APPROACHING** [1] - 826:10
**APPROPRIATE** [4] - 806:18, 813:21, 818:8, 826:14
**APPROVAL** [5] - 792:11, 792:19, 805:19, 805:24, 806:6
**APPROVALS** [1] - 807:6
**APPROVE** [1] - 847:16
**APRIL** [1] - 839:10
**AREA** [3] - 772:5, 801:1, 829:23
**ARGUE** [2] - 811:17, 819:15
**ARGUMENT** [4] - 818:9, 818:18, 818:22, 818:24
**ARGUMENTATIVE** [1] - 780:7
**ARGUMENTS** [2] - 817:13, 855:21
**ARISEN** [1] - 811:23
**AROSE** [1] - 829:11
**ARRANGEMENT** [6] - 788:20, 788:22, 822:3, 835:9, 854:14, 854:19
**ARRIVES** [1] - 763:22
**ARTICLE** [7] - 795:8, 800:6, 800:14, 801:3, 806:4, 816:2, 820:7
**ARTICLE** [5] - 795:13, 797:10, 797:13, 800:23, 801:14
**ASIDE** [1] - 831:17
**ASPECT** [1] - 766:21
**ASPECTS** [1] - 763:6
**ASSIGNMENT** [1] - 803:11
**ASSIST** [4] - 815:22, 816:7, 816:11, 841:17
**ASSISTANCE** [2] - 767:10, 842:16
**ASSISTANT** [1] - 757:5
**ASSUMES** [1] - 830:21
**ATTACH** [1] - 764:7

**ATTEND** [4] - 768:4, 773:1, 779:5, 779:8
**ATTENDING** [2] - 769:19, 771:8
**ATTENTION** [14] - 779:7, 795:7, 797:8, 820:7, 828:13, 836:25, 837:15, 838:3, 839:1, 839:8, 841:8, 842:9, 851:23, 852:9
**ATTORNEY** [2] - 757:4, 757:5
**AUDIENCE** [1] - 771:7
**AUDIT** [7] - 803:25, 804:4, 845:20, 845:25, 846:14, 846:16, 850:20
**AUDITING** [4] - 845:21, 846:8, 854:19, 855:3
**AUDITOR** [6] - 846:2, 846:5, 847:2, 848:25, 849:10, 854:13
**AUGUST** [2] - 803:11, 839:11
**AUTHORITY** [1] - 852:3
**AVENUE** [1] - 757:9
**AWARDED** [1] - 829:1
**AWARE** [30] - 776:25, 784:12, 784:13, 788:18, 803:24, 804:4, 821:20, 821:23, 822:1, 822:5, 822:9, 822:10, 822:13, 827:13, 828:8, 828:23, 829:1, 833:15, 838:22, 840:7, 841:3, 842:5, 843:8, 847:1, 854:14, 854:17, 854:18, 854:23, 854:24, 855:2
**AWARENESS** [1] - 833:17

## B

**BAD** [1] - 825:19
**BALANCE** [1] - 816:17
**BAN** [1] - 772:14
**BAN** [1] - 809:14
**BANK** [5] - 799:20, 822:7, 842:23, 854:15, 854:21
**BASED** [6] - 764:9, 807:11, 814:13, 816:2, 818:16, 834:12
**BASIS** [1] - 827:2
**BEACH** [1] - 757:21
**BECAME** [10] - 761:4, 761:6, 774:15, 778:16, 791:23, 850:3, 850:25, 854:13, 854:18, 855:2
**BECOME** [2] - 841:18, 850:22
**BECOMES** [1] - 817:9
**BEDNARSKI** [94] - 757:15, 757:16, 760:16, 760:20, 761:18, 763:13, 763:16,

763:21, 764:1, 765:6, 765:16, 765:24, 766:10, 766:25, 767:2, 767:22, 768:14, 769:23, 773:7, 773:12, 773:22, 777:10, 780:6, 789:17, 789:21, 790:4, 790:8, 791:4, 792:8, 792:24, 796:12, 799:25, 800:2, 800:11, 800:13, 801:21, 802:4, 802:16, 802:20, 804:22, 804:25, 805:16, 806:9, 806:15, 807:23, 809:3, 809:9, 809:17, 810:4, 810:9, 810:13, 810:16, 822:16, 822:19, 822:22, 823:10, 823:14, 825:14, 825:21, 826:23, 827:13, 827:18, 828:1, 829:11, 830:7, 830:16, 830:24, 833:8, 834:3, 834:9, 834:18, 834:20, 835:12, 835:19, 836:2, 836:8, 843:11, 843:14, 844:4, 844:12, 844:15, 844:22, 845:12, 845:16, 847:1, 847:7, 848:1, 848:24, 849:22, 850:15, 850:23, 851:4, 855:11, 855:14

**BEDNARSKI** [11] - 758:10, 758:13, 758:14, 758:16, 758:19, 758:20, 758:23, 777:4, 780:10, 780:25, 811:2

**BEGIN** [2] - 760:24, 805:8

**BEGINNING** [4] - 766:16, 766:20, 781:22, 782:1

**BEGINS** [1] - 839:19

**BEHALF** [1] - 799:9

**BEHAVIOR** [1] - 783:22

**BELONGS** [1] - 807:8

**BELOW** [6] - 777:20, 784:2, 784:6, 787:16, 801:3, 820:17

**BENEFIT** [2] - 796:11, 796:25

**BENEFITS** [1] - 853:23

**BEST** [1] - 852:21

**BETTER** [1] - 843:24

**BETWEEN** [20] - 778:25, 781:7, 781:23, 782:9, 782:25, 788:7, 805:23, 806:5, 806:17, 822:10, 823:15, 827:21, 828:2, 828:3, 828:15, 829:12, 832:22, 840:22, 842:24, 854:14

**BEYOND** [2] - 844:1, 844:7

**BID** [15] - 826:9, 826:25, 827:19, 828:4, 828:10, 828:20, 828:24, 829:1, 829:12, 830:18, 831:13, 832:16, 834:14, 835:24, 838:2

**BIDDERS** [1] - 826:11

**BIDDING** [17] - 776:23, 798:5, 821:4, 825:11, 825:13, 825:14, 825:17, 825:22, 826:6, 826:8, 826:11, 833:23, 833:25, 834:4, 840:5, 854:5

**BIDS** [4] - 826:14, 826:15, 827:3, 834:10

**BLOW** [5] - 837:16, 838:4, 838:11, 840:10, 841:10

**BOOK** [6] - 768:17, 771:18, 772:20, 804:18, 808:7

**BOSS** [1] - 774:14

**BOTTOM** [10] - 770:25, 795:4, 797:9, 797:10, 800:8, 800:13, 837:6, 837:16, 838:11, 842:10

**BOULEVARD** [2] - 757:13, 757:17

**BOX** [1] - 844:23

**BREAK** [7] - 809:19, 809:23, 810:10, 810:12, 818:22, 819:3, 855:20

**BRIBERY** [1] - 853:25

**BRIBES** [2] - 797:19, 797:21

**BRIEF** [1] - 855:19

**BRIEFING** [3] - 772:24, 808:24, 808:25

**BRIEFINGS** [2] - 773:1, 773:5

**BRIEFLY** [1] - 763:13

**BRING** [2] - 783:22, 794:9

**BROUGHT** [1] - 764:2

**BROWN** [1] - 757:4

**BUDGET** [3] - 831:3, 832:18, 833:2

**BULLET** [2] - 781:10, 818:12

**BULLETPROOF** [1] - 819:12

**BUSINESS** [8] - 768:1, 768:4, 768:8, 769:23, 806:2, 807:4, 835:14, 850:1

**BUSINESS** [2] - 808:17, 809:1

**BUSINESSES** [2] - 807:19, 808:3

**BUSY** [1] - 777:17

**BUY** [5] - 798:2, 821:8, 829:5, 829:24, 830:9

**BY** [67] - 757:5, 757:8, 757:9, 757:13, 757:16, 757:16, 757:19, 760:20, 761:18, 763:13, 763:21, 765:16, 766:10, 767:2, 767:22, 769:23, 773:12, 774:2, 777:19, 779:24, 780:10, 791:4, 792:8, 793:3, 793:24, 794:21, 795:2, 796:22, 797:8, 798:14, 800:2, 800:13, 802:20, 804:25, 805:16, 806:15, 807:23, 809:9, 819:22, 823:14, 825:14, 825:21, 826:23, 827:13, 827:18, 829:11, 830:16, 830:24, 833:8, 834:3, 834:9, 834:18, 834:20, 835:12, 836:2, 836:12, 843:14, 844:4, 844:12, 845:16, 847:1, 847:7, 848:1, 848:24, 849:22, 850:23, 851:9

**BYOUNG** [3] - 758:22, 844:22, 845:9

**BYOUNG** [2] - 845:10, 845:13

**BYUNG** [2] - 758:18, 822:23

**BYUNG** [2] - 823:8, 823:11

## C

**C-H-E-O-L** [1] - 823:8

**CALCULATION** [2] - 785:17, 787:17

**CALCULATIONS** [1] - 787:19

**CALIFORNIA** [4] - 757:7, 757:14, 757:18, 757:21

**CALIFORNIA** [5] - 756:2, 756:14, 756:24, 760:1, 856:7

**CANDIDATE** [1] - 852:22

**CANNOT** [7] - 774:22, 779:8, 786:13, 797:21, 801:1, 801:17, 851:3

**CANSUN** [9] - 769:5, 770:17, 776:18, 781:23, 783:18, 786:22, 840:12, 852:1, 852:13

**CAPACITY** [4] - 766:17, 833:11, 834:24, 847:1

**CARE** [2] - 778:17, 849:2

**CAREER** [3] - 769:10, 802:24, 849:7

**CARRYING** [1] - 777:1

**CASE** [7] - 810:18, 812:24, 813:22, 816:9, 837:18, 853:21, 855:16

**CASE** [1] - 756:6

**CASES** [1] - 816:12

**CASH** [8] - 783:1, 783:5, 783:9, 799:16, 821:25, 842:21, 842:23, 854:25

**CATEGORY** [1] - 763:3

**CAUSED** [1] - 850:17

**CENTER** [12] - 773:16, 774:6, 774:9, 774:15, 775:16, 777:8, 777:12, 777:22, 785:13, 786:1, 786:7, 792:4

**CENTER** [12] - 775:2, 777:16, 778:14, 779:3, 791:18, 792:15, 808:21, 808:22, 845:24, 849:6

**CENTRAL** [2] - 756:2, 856:7

**CERTAIN** [7] - 776:9, 803:20, 811:23, 815:25, 831:25, 833:19, 854:25

**CERTAINLY** [3] - 798:23, 818:11, 818:15

**CERTIFICATE** [1] - 776:21

**CERTIFICATE** [1] - 856:1

**CERTIFICATES** [1] - 761:5

**CERTIFICATION** [18] - 760:23, 761:3, 761:5, 761:15, 761:21, 761:24, 762:8, 762:12, 762:18, 762:20, 763:2, 763:4, 763:9, 765:20, 766:8, 766:19, 767:4

**CERTIFIED** [1] - 757:22

**CERTIFIED** [2] - 760:25, 762:23

**CERTIFY** [1] - 856:7

**CERTIFY** [3] - 761:6, 761:8, 766:22

**CERTIFYING** [3] - 776:7, 798:19, 798:22

**CESSATION** [1] - 800:14

**CHANGE** [4] - 766:2, 767:25, 803:16, 833:17

**CHANGED** [2] - 815:14, 850:25

**CHANGES** [2] - 803:23, 850:11

**CHAPTER** [1] - 795:5

**CHARGE** [3] - 766:7, 824:21, 829:19

**CHARGED** [1] - 812:11

**CHARTS** [2] - 815:2

**CHECK** [2] - 765:13, 765:15

**CHEOL** [2] - 756:8, 823:11

**CHEOL** [6] - 758:18, 776:18, 781:17, 783:18, 786:21, 822:23

**CHI** [65] - 763:8, 765:16, 766:1, 768:1, 768:5, 769:4, 772:6, 773:2, 773:18, 774:14, 774:19, 774:20, 774:24, 776:18, 780:14, 780:20, 781:17, 781:20, 781:23, 781:24, 782:12, 782:14, 782:20, 782:24, 782:25, 783:3, 783:5, 783:18, 784:1, 784:8, 784:10, 784:14, 785:9,

786:2, 786:21, 786:23, 787:3, 788:16, 788:22, 792:3, 792:6, 799:3, 801:12, 801:17, 808:5, 808:13, 808:21, 808:23, 808:25, 809:13, 811:8, 813:1, 827:14, 828:8, 835:9, 835:22, 836:3, 837:23, 838:17, 840:4, 841:12, 844:5, 854:14, 854:19, 854:24

**CHI** [1] - 756:8

**CHI'S** [4] - 772:13, 785:22, 835:14, 848:14

**CHOI** [1] - 808:18

**CHOI** [1] - 808:18

**CHOSEN** [1] - 761:14

**CHRISTOPHER** [1] - 812:25

**CHRONOLOGICAL** [1] - 758:5

**CIRCLING** [1] - 785:6

**CITES** [1] - 842:14

**CLARIFICATION** [4] - 762:11, 792:5, 819:7, 850:19

**CLEAR** [7] - 762:15, 771:16, 780:3, 783:7, 784:19, 784:23, 827:25

**CLEARLY** [1] - 799:7

**CLERK** [9] - 760:15, 790:11, 790:18, 802:5, 802:11, 822:24, 823:5, 845:1, 845:7

**CLIENT** [1] - 810:7

**CLIENTS** [3] - 832:7, 832:10, 832:13

**CLOSELY** [1] - 816:24

**CLOSER** [2] - 761:10, 761:11

**CLOSING** [7] - 817:12, 817:16, 817:17, 818:9, 818:22, 819:10, 855:21

**CMG-3TB** [1] - 783:22

**CO** [1] - 840:20

**COAST** [1] - 757:20

**CODE** [1] - 816:2

**CODE** [1] - 856:8

**COLLEAGUE** [5] - 774:16, 783:20, 784:5, 784:6, 785:12

**COLLECTED** [1] - 833:3

**COLLECTION** [1] - 772:10

**COLLECTION** [1] - 809:14

**COLLECTIVE** [1] - 810:25

**COLLEGE** [1] - 846:11

**COLORADO** [1] - 757:17

**COMING** [1] - 787:12

**COMMISSION** [7] - 798:3, 821:9, 837:13, 837:23, 838:13, 838:16, 838:23

**COMMITTED** [1] - 813:11

**COMMITTEE** [12] - 775:3, 775:9, 775:10, 826:18, 826:24, 827:1, 847:8, 847:11, 847:13, 847:14, 851:13, 851:16

**COMMUNICATE** [1] - 817:10

**COMMUNICATES** [1] - 764:8

**COMPANIES** [9] - 771:11, 821:17, 822:7, 822:12, 823:22, 824:9, 831:24, 842:16, 850:8

**COMPANY** [42] - 776:22, 780:5, 787:8, 788:1, 788:5, 788:7, 798:6, 798:10, 798:16, 799:8, 806:18, 806:22, 821:5, 821:14, 822:3, 823:18, 824:3, 824:9, 824:12, 826:10, 826:25, 830:3, 830:4, 830:6, 830:8, 831:2, 831:4, 831:6, 832:17, 832:23, 835:23, 840:20, 840:22, 841:17, 842:1, 850:4, 854:6, 854:10, 854:20

**COMPANY** [2] - 831:9, 831:11

**COMPANY'S** [2] - 801:10, 835:8

**COMPARE** [1] - 765:11

**COMPARED** [1] - 789:18

**COMPETITOR** [3] - 779:18, 779:19, 780:4

**COMPLAINT** [1] - 852:17

**COMPLETED** [2] - 803:11, 803:13

**COMPLIANCE** [1] - 846:17

**COMPOSITION** [1] - 826:24

**COMPREHENSIVE** [1] - 772:14

**CONCERNED** [2] - 765:4, 809:19

**CONCERNING** [8] - 775:3, 775:7, 791:20, 805:17, 826:16, 827:19, 828:10, 829:12

**CONCLUDE** [1] - 816:17

**CONCLUDED** [4] - 764:10, 815:21, 852:21, 855:19

**CONDUCT** [1] - 816:16

**CONDUCTED** [1] - 775:17

**CONFERENCE** [1] - 856:12

**CONFIDENTIAL** [6] - 795:24, 796:3, 796:4, 796:7, 821:18, 853:19

**CONFORMANCE** [1] - 856:12

**CONFUSING** [1] - 816:15

**CONNECTION** [2] - 797:19, 811:23

**CONSIDER** [1] - 825:7

**CONSIDERED** [1] - 832:23

**CONSISTENT** [2] - 801:14, 801:16

**CONSULT** [1] - 850:4

**CONSULTANCY** [12] - 800:24, 803:17, 803:19, 804:6, 804:11, 804:14, 805:11, 806:7, 806:22, 807:10, 807:13, 807:15

**CONSULTANT** [2] - 805:24, 850:18

**CONSULTATION** [14] - 762:4, 798:1, 820:1, 820:9, 820:15, 820:18, 820:25, 849:25, 853:4, 853:6, 853:8, 854:4, 854:7, 854:10

**CONSULTATIONS** [1] - 797:22

**CONSULTING** [16] - 771:11, 789:6, 792:11, 792:19, 793:20, 794:4, 796:16, 800:22, 801:2, 805:18, 848:25, 849:2, 850:21, 850:24, 853:2

**CONTACT** [10] - 763:18, 767:19, 778:8, 778:9, 778:19, 779:17, 780:1, 788:10, 840:25, 841:16

**CONTENTS** [3] - 786:25, 787:1, 811:24

**CONTINUE** [2] - 788:3, 816:14

**CONTINUED** [1] - 824:8

**CONTINUES** [1] - 788:4

**CONTINUOUS** [1] - 765:14

**CONTRACT** [3] - 769:17, 770:20, 852:3

**CONTRACTS** [2] - 807:10, 851:2

**CONTROL** [3] - 812:13, 846:19

**CONTROLS** [2] - 825:16, 825:22

**CONVEY** [1] - 816:19

**COPY** [2] - 768:17, 818:23

**CORRECT** [1] - 856:9

**CORRECT** [45] - 762:24, 774:6, 774:9, 775:4, 775:8, 775:11, 775:17, 775:21, 776:5, 777:9, 777:20, 777:23, 778:8, 779:12, 780:12, 780:17, 780:20, 781:3, 782:9, 783:23, 784:18, 785:13, 785:20, 786:24, 792:23, 793:8, 795:21, 796:5, 797:17, 799:14, 815:3, 815:4, 822:1, 822:5, 822:9, 822:13, 829:20, 841:22, 846:21,

**CONSIDER** column continues... 850:2, 853:10, 853:20, 854:8, 855:1

**CORRECTLY** [2] - 788:11, 788:13

**COUNSEL** [13] - 760:12, 769:21, 810:23, 811:22, 812:9, 814:9, 816:1, 816:13, 818:5, 818:10, 818:17, 819:15, 819:19

**COUNSEL** [1] - 757:1

**COUNT** [4] - 812:12, 812:13, 812:14

**COUNTRIES** [1] - 809:14

**COUPLE** [2] - 771:14, 799:25

**COURSE** [8] - 788:7, 797:18, 798:9, 798:14, 825:9, 840:22, 852:22, 853:25

**COURT** [136] - 756:1, 756:23, 760:7, 760:11, 761:9, 763:11, 763:23, 765:3, 765:7, 765:22, 766:4, 766:15, 766:18, 767:1, 767:14, 769:21, 773:8, 773:10, 773:21, 773:23, 777:13, 777:15, 780:8, 789:14, 789:16, 789:20, 789:23, 790:1, 790:7, 790:10, 790:22, 793:1, 793:23, 794:7, 794:13, 794:17, 794:25, 796:13, 796:20, 797:4, 797:7, 799:24, 801:23, 801:25, 802:2, 802:15, 804:23, 805:15, 806:11, 806:13, 807:17, 809:5, 809:7, 809:18, 809:22, 810:1, 810:7, 810:11, 810:14, 810:17, 810:23, 811:3, 811:7, 811:10, 811:14, 811:17, 811:20, 812:18, 813:3, 813:8, 813:14, 813:16, 813:19, 814:1, 814:3, 814:5, 814:16, 814:24, 815:5, 815:9, 817:15, 817:19, 817:21, 817:25, 818:2, 819:2, 819:5, 819:8, 819:13, 819:18, 822:15, 822:17, 822:20, 823:9, 825:4, 825:20, 826:22, 827:9, 827:17, 827:24, 829:8, 829:10, 830:6, 830:13, 830:21, 833:7, 834:2, 834:8, 834:16, 834:19, 835:11, 835:17, 836:1, 836:7, 836:9, 843:10, 844:3, 844:9, 844:16, 844:19, 844:25, 845:11, 846:25, 847:4, 847:23,

848:23, 849:19, 850:14, 851:6, 855:9, 855:12, 855:15, 855:18, 856:6, 856:19
**COURT** [3] - 814:22, 816:13, 817:10
**COURT** [10] - 760:6, 760:10, 790:14, 802:7, 809:25, 810:22, 810:23, 819:17, 823:1, 845:3
**COURT'S** [4] - 815:11, 816:17, 816:21, 855:21
**COURTEOUS** [1] - 795:10
**COURTHOUSE** [1] - 757:6
**CR** [1] - 756:7
**CRIME** [1] - 812:11
**CRIMES** [1] - 813:11
**CRIMINAL** [2] - 816:2, 816:16
**CRITERIA** [1] - 852:23
**CROSS** [5] - 773:23, 793:1, 819:19, 836:9, 851:6
**CROSS** [5] - 758:10, 758:13, 758:17, 758:20, 758:23
**CROSS** [5] - 774:1, 793:2, 819:21, 836:11, 851:8
**CROSS-EXAMINATION** [5] - 758:10, 758:13, 758:17, 758:20, 758:23
**CROSS-EXAMINATION** [4] - 773:23, 793:1, 836:9, 851:6
**CROSS-EXAMINATION** [5] - 774:1, 793:2, 819:21, 836:11, 851:8
**CROSS-EXAMINE** [1] - 819:19
**CRR** [2] - 756:23, 856:19
**CSR** [2] - 756:23, 856:19
**CURRENCY** [1] - 787:25
**CUSTOMARILY** [1] - 816:25
**CUSTOMER** [1] - 838:6
**CUSTOMERS** [2] - 775:17, 775:18

## D

**D.C** [1] - 757:10
**DAM** [1] - 787:21
**DAMS** [2] - 771:14, 771:15
**DANGER** [1] - 841:19
**DANGEROUS** [1] - 842:24
**DATA** [6] - 765:14, 772:10, 772:11, 772:14, 772:18, 783:22
**DATE** [3] - 766:19, 785:2, 786:22
**DATED** [2] - 783:19, 852:2

**DATED** [1] - 856:15
**DATES** [1] - 805:3
**DAVID** [1] - 757:8
**DAY** [2] - 756:13, 856:15
**DAYS** [4] - 764:25, 765:10, 765:11, 765:14
**DEALT** [5] - 804:10, 831:24, 834:23, 835:1, 849:11
**DECEMBER** [3] - 776:19, 791:22, 839:7
**DECIDE** [1] - 812:12
**DECIDED** [3] - 788:8, 816:10, 840:23
**DECIDER** [1] - 811:5
**DECISION** [7] - 810:9, 816:7, 816:19, 817:1, 827:14, 828:9, 851:17
**DECISIONS** [2] - 826:19, 826:24
**DECREASE** [1] - 833:20
**DEFECT** [1] - 776:3
**DEFENDANT** [1] - 757:11
**DEFENDANT** [25] - 760:12, 799:3, 799:13, 810:24, 812:5, 812:12, 812:22, 813:10, 816:5, 819:19, 821:21, 822:6, 822:11, 838:22, 839:7, 839:23, 840:12, 841:4, 842:5, 842:13, 843:3, 852:1, 852:13, 854:14, 855:4
**DEFENDANT** [1] - 756:9
**DEFENDANT'S** [3] - 815:17, 815:18, 816:3
**DEFENDANT'S** [1] - 771:19
**DEFENDANT'S** [5] - 760:18, 791:2, 802:18, 823:12, 845:14
**DEFENSE** [6] - 810:2, 810:25, 811:4, 813:6, 817:25, 855:14
**DEFINES** [1] - 820:8
**DEFINITELY** [1] - 806:2
**DEFINITION** [5] - 816:8, 816:11, 816:18, 816:21, 820:8
**DELETE** [2] - 784:2, 784:7
**DELETED** [1] - 785:24
**DELETING** [2] - 786:3, 786:15
**DELIBERATIONS** [1] - 817:10
**DELIVERED** [1] - 839:11
**DENIAL** [1] - 834:14
**DEPARTMENT** [12] - 792:2, 806:18, 807:4, 807:7, 808:17, 843:20, 846:16, 849:3, 849:5, 854:19, 855:3
**DEPARTMENT** [1] - 808:18
**DEPARTMENT** [1] - 757:8

**DEPICTED** [1] - 772:22
**DESCRIBE** [2] - 763:13, 846:21
**DESCRIBED** [1] - 765:17
**DESCRIPTION** [1] - 763:22
**DETAILS** [1] - 782:3
**DETERMINE** [1] - 764:11
**DEVELOP** [1] - 807:24
**DEVELOPED** [3] - 763:18, 806:21, 850:7
**DIFFICULT** [1] - 825:12
**DIFFICULTIES** [1] - 820:11
**DIRECT** [22] - 792:16, 795:7, 797:8, 798:1, 819:25, 820:7, 820:23, 821:8, 828:13, 836:25, 837:15, 838:3, 839:1, 839:8, 840:3, 841:8, 842:9, 851:12, 851:23, 852:9, 853:1, 853:5
**DIRECT** [5] - 758:10, 758:13, 758:16, 758:19, 758:23
**DIRECT** [5] - 760:19, 791:3, 802:19, 823:13, 845:15
**DIRECTLY** [8] - 763:18, 797:13, 801:3, 825:2, 829:6, 829:14, 829:24, 830:9
**DIRECTOR** [9] - 771:9, 773:15, 774:5, 774:15, 778:13, 778:15, 785:25, 791:17, 792:14
**DIRECTOR'S** [1] - 792:17
**DISCLOSE** [2] - 795:23, 796:2, 796:4
**DISCLOSING** [1] - 796:6
**DISCOUNT** [1] - 830:19
**DISCOURAGED** [1] - 807:10
**DISCUSS** [3] - 767:8, 770:10, 778:21
**DISCUSSED** [2] - 770:2, 811:13
**DISCUSSES** [1] - 775:10
**DISCUSSION** [2] - 770:11, 778:25
**DISCUSSIONS** [2] - 770:6, 815:20
**DISPLAY** [1] - 818:15
**DISPUTED** [1] - 815:12
**DISREGARD** [2] - 794:8, 796:21
**DISTRIBUTE** [2] - 825:1, 829:16
**DISTRIBUTION** [2] - 826:2, 829:20
**DISTRIBUTOR** [23] - 785:19, 785:21, 823:25, 824:3, 824:8, 824:13, 824:21, 825:1, 825:10, 828:5, 828:19, 829:23,

830:25, 831:18, 832:6, 833:9, 833:11, 834:24, 836:18, 836:20, 836:22, 837:4
**DISTRICT** [5] - 756:1, 756:2, 756:3, 856:6, 856:7
**DISTURBANCES** [1] - 764:21
**DIVISION** [15] - 771:9, 792:1, 792:7, 792:14, 792:16, 798:2, 821:8, 845:20, 845:21, 845:23, 846:14, 846:18, 849:3, 849:4, 852:15
**DIVISION** [1] - 756:2
**DIVISIONS** [1] - 845:25
**DO** [1] - 856:7
**DOCKET** [1] - 811:25
**DOCUMENT** [1] - 759:7
**DOCUMENT** [17] - 771:2, 781:20, 783:15, 784:1, 787:12, 794:12, 795:3, 795:16, 797:1, 797:3, 797:9, 805:21, 837:16, 842:1, 842:7, 849:18, 849:20
**DOCUMENTATION** [1] - 763:7
**DOCUMENTS** [2] - 788:9, 840:23
**DOLLARS** [3] - 799:16, 821:25, 822:12
**DONE** [9] - 768:13, 772:24, 777:20, 778:5, 778:10, 788:19, 835:18, 839:10, 846:20
**DOWN** [1] - 795:5
**DR** [82] - 763:8, 765:16, 766:1, 768:1, 768:5, 768:16, 769:4, 772:6, 772:13, 773:2, 773:18, 774:3, 774:14, 774:19, 774:20, 774:24, 776:15, 776:17, 780:14, 780:20, 780:23, 781:20, 781:23, 781:24, 782:5, 782:12, 782:14, 782:20, 782:24, 782:25, 783:3, 783:5, 783:17, 784:1, 784:8, 784:10, 784:14, 785:9, 785:22, 786:2, 786:20, 786:21, 786:23, 787:3, 788:16, 788:22, 792:3, 792:6, 799:3, 800:3, 801:12, 801:17, 802:4, 808:5, 808:13, 808:21, 808:23, 808:25, 809:13, 811:8, 813:1, 814:12, 819:23, 821:20, 827:14, 828:8, 835:9, 835:14, 835:22, 836:3, 840:4, 841:12, 841:18, 841:22, 844:5,

848:14, 848:18, 848:22, 854:14, 854:19, 854:24
**DRAW** [1] - 779:7
**DRINK** [2] - 800:10, 800:11
**DUAL** [1] - 814:14
**DUE** [5] - 837:23, 838:13, 838:16, 842:14, 852:16
**DURING** [24] - 763:1, 765:1, 766:6, 767:7, 768:4, 768:5, 769:23, 777:3, 788:6, 803:16, 805:8, 805:16, 806:16, 807:9, 808:5, 809:12, 817:10, 818:9, 819:10, 828:19, 828:22, 835:4, 840:20
**DUTIES** [18] - 772:13, 793:15, 794:1, 795:5, 795:9, 795:14, 797:19, 816:12, 816:18, 816:22, 816:23, 816:24, 846:13, 846:16, 848:24, 853:12, 853:16

## E

**E-MAIL** [16] - 776:18, 783:18, 783:19, 785:16, 785:17, 785:24, 786:21, 786:25, 839:6, 840:11, 841:10, 841:12, 842:11, 842:13, 852:1, 852:12
**E-MAILS** [2] - 786:3, 786:15
**EARLY** [2] - 770:8, 770:11
**EARN** [2] - 792:21, 829:20
**EARTH** [1] - 765:1
**EARTHQUAKE** [12] - 773:16, 774:6, 774:9, 774:15, 775:16, 777:7, 777:11, 777:22, 785:13, 785:25, 786:7, 792:3
**EARTHQUAKE** [5] - 760:25, 767:16, 775:3, 775:10, 778:14
**EASIER** [2] - 763:25, 811:24
**EASILY** [1] - 852:23
**EAST** [1] - 757:17
**EFFECT** [1] - 820:1
**EFFECTIVE** [2] - 819:14, 819:15
**ELECTRONIC** [4] - 826:9, 826:12, 833:23, 833:24
**ELECTRONICAL** [1] - 826:9
**ELEMENTS** [2] - 818:12, 819:12
**ELIMINATE** [3] - 810:5, 811:11, 816:11
**ELIMINATED** [1] - 764:15
**ELMO** [1] - 818:11
**EMPLOYEE** [11] - 795:9, 798:1, 798:2, 798:6, 798:10, 798:16, 798:20, 800:18, 801:4, 821:9, 853:22
**EMPLOYEES** [28] - 793:10, 793:14, 793:25, 795:23, 796:2, 796:10, 796:24, 797:12, 797:13, 797:19, 801:9, 820:24, 821:3, 821:7, 821:13, 821:17, 841:4, 841:12, 842:6, 843:16, 843:17, 843:18, 843:19, 846:15, 846:17, 847:3, 853:12, 853:18
**EMT** [11] - 823:21, 824:10, 833:9, 836:14, 836:15, 838:6, 838:13, 841:15, 842:2, 842:7
**ENCOUNTER** [1] - 767:19
**ENCOURAGE** [4] - 821:3, 821:7, 821:13, 821:17
**ENCOURAGED** [5] - 807:10, 807:12, 807:14, 807:22, 820:24
**END** [4] - 765:11, 791:10, 803:11, 825:2
**ENFORCE** [1] - 805:9
**ENFORCED** [1] - 850:11
**ENFORCEMENT** [2] - 850:12, 850:17
**ENGINEER** [1] - 791:14
**ENGLAND** [7] - 780:11, 780:19, 782:20, 783:8, 783:12, 784:14, 784:24
**ENGLISH** [2] - 794:15, 804:19
**ENLIGHTEN** [1] - 811:7
**ENSURE** [1] - 846:16
**ENTER** [3] - 792:18, 800:22, 820:25
**ENTERED** [1] - 851:2
**ENTERING** [3] - 792:11, 800:24, 804:14
**ENTITIES** [3] - 761:4, 766:21, 775:8
**ENTITLED** [1] - 856:11
**ENTITY** [2] - 761:14, 768:13
**ENVIRONMENT** [1] - 764:18
**EQUIPMENT** [68] - 760:25, 761:7, 761:8, 761:25, 762:2, 762:7, 762:17, 762:21, 762:24, 763:6, 763:17, 763:18, 763:22, 764:2, 764:11, 764:18, 764:24, 765:9, 765:10, 765:12, 766:1, 767:7, 767:12, 767:16, 775:7, 775:9, 775:13, 775:20, 775:22, 776:7, 798:19, 798:22, 821:8, 824:14, 825:17, 825:23, 826:16, 826:20, 827:4, 827:20, 828:4, 828:6, 828:11, 828:17, 829:6, 829:13, 829:16, 829:24, 830:9, 830:18, 831:1, 831:20, 832:8, 832:14, 832:15, 833:13, 835:22, 844:6, 846:22, 847:3, 847:7, 847:10, 847:12, 847:16, 847:21, 848:4
**EQUIVALENT** [1] - 784:4
**ERROR** [1] - 776:3
**ERRORS** [1] - 767:19
**ESTABLISHED** [2] - 824:17, 830:22
**ESTATE** [1] - 842:21
**EURO** [1] - 787:25
**EVALUATION** [1] - 847:15
**EVD** [1] - 759:5
**EVENT** [3] - 808:15, 811:14, 850:16
**EVENTUALLY** [1] - 807:2
**EVIDENCE** [29] - 768:15, 773:11, 776:14, 777:11, 780:7, 780:24, 785:4, 794:11, 794:18, 794:19, 797:6, 806:13, 806:14, 809:7, 809:8, 813:10, 813:22, 815:3, 830:22, 837:1, 839:2, 840:10, 841:10, 842:10, 849:15, 851:24, 852:10, 852:11, 855:19
**EXACTLY** [1] - 826:1
**EXAMINATION** [12] - 760:19, 774:1, 791:3, 793:2, 800:1, 802:19, 819:21, 823:13, 836:11, 843:13, 845:15, 851:8
**EXAMINATION** [20] - 758:10, 758:10, 758:13, 758:13, 758:14, 758:16, 758:17, 758:19, 758:20, 758:20, 758:23, 758:23, 760:14, 773:23, 793:1, 819:25, 820:23, 836:9, 851:6, 853:1
**EXAMINE** [1] - 819:19
**EXAMPLE** [1] - 831:7
**EXCUSE** [5] - 766:18, 778:12, 779:23, 789:18, 852:10
**EXCUSED** [8] - 789:24, 790:1, 801:25, 822:18, 822:21, 844:17, 844:20, 855:10
**EXECUTED** [1] - 769:19
**EXECUTING** [3] - 769:5, 799:8, 853:15
**EXECUTIVES** [4] - 830:3, 830:6, 830:7, 830:8
**EXHIBIT** [3] - 794:9, 804:21, 840:18
**EXHIBIT** [32] - 768:15, 770:20, 771:18, 776:13, 780:22, 780:24, 783:16, 785:3, 786:18, 794:11, 794:15, 794:17, 794:19, 795:4, 797:2, 800:3, 804:17, 806:14, 809:8, 820:5, 836:25, 838:4, 838:11, 839:1, 840:9, 841:9, 842:10, 848:6, 849:14, 851:23, 852:9
**EXHIBITS** [1] - 759:1
**EXHIBITS** [2] - 759:5, 771:19
**EXISTED** [1] - 805:5
**EXPECTED** [1] - 852:23
**EXPERIENCE** [3] - 827:3, 827:5, 836:3
**EXPERIENCES** [1] - 834:13
**EXPERT** [9] - 762:2, 779:9, 814:8, 814:13, 814:17, 814:18, 820:10
**EXPERTS** [1] - 816:3
**EXPERTS'** [1] - 816:10
**EXPLAIN** [3] - 779:1, 826:6, 847:10
**EXPLANATION** [1] - 767:20
**EXPLORATION** [2] - 791:14, 792:2
**EXPRESS** [6] - 784:18, 784:20, 839:10, 839:15, 839:25, 852:16
**EXPRESS** [1] - 852:4
**EXPRESSED** [1] - 835:7

## F

**FACT** [6] - 783:7, 784:10, 784:12, 788:18, 793:17, 830:21
**FACTS** [1] - 812:23
**FAILED** [1] - 767:12
**FAILING** [1] - 780:4
**FAIR** [4] - 793:10, 793:14, 795:15, 850:15
**FAMILIAR** [1] - 826:4
**FAMILY** [1] - 842:21
**FAR** [2] - 825:10, 843:24
**FAVOR** [7] - 798:5, 798:10, 798:15, 821:4, 821:13, 854:6, 854:9
**FEDERAL** [3] - 756:23, 856:5, 856:19
**FEE** [16] - 784:2, 785:18, 785:24, 785:25, 786:16, 787:17, 787:18, 787:19, 788:8, 824:13, 829:19, 830:10, 840:23, 842:23

**FEES** [3] - 786:3, 824:17, 825:7
**FEW** [2] - 760:8, 811:21
**FIFTH** [1] - 772:25
**FIGURE** [1] - 810:14
**FILED** [2] - 816:5, 816:8
**FILL** [1] - 806:23
**FINAL** [3] - 772:5, 826:13, 851:17
**FINALLY** [1] - 817:8
**FINE** [1] - 818:13
**FINISH** [1] - 818:19
**FINISHED** [1] - 852:21
**FIRST** [21] - 763:19, 764:3, 764:5, 778:23, 781:5, 781:10, 782:1, 783:19, 785:5, 787:5, 787:6, 805:25, 806:15, 809:22, 823:7, 825:5, 826:8, 841:10, 841:13, 842:11, 843:15
**FIT** [1] - 761:7
**FITTING** [1] - 828:16
**FIVE** [4] - 769:6, 855:20, 855:22
**FIVE-MINUTE** [1] - 855:20
**FIX** [1] - 778:22
**FIXED** [1] - 779:2
**FLOW** [2] - 842:21, 842:24
**FLOWING** [1] - 832:21
**FOCUS** [3] - 776:15, 783:25, 785:4
**FOLDER** [1] - 790:6
**FOLLOW** [5] - 806:1, 807:19, 824:15, 825:12, 847:3
**FOLLOWED** [2] - 803:22, 807:3
**FOLLOWING** [7] - 760:5, 760:9, 809:24, 810:21, 815:22, 815:23, 819:16
**FOR** [4] - 757:3, 757:11, 856:6
**FOREGOING** [1] - 856:9
**FOREIGN** [8] - 824:21, 824:25, 825:8, 825:11, 829:6, 831:25, 847:19, 848:2
**FORM** [8] - 806:21, 817:9, 818:15, 818:16, 818:17, 818:21, 818:23, 850:7
**FORMALLY** [1] - 766:22
**FORMAT** [1] - 856:11
**FORMER** [1] - 823:17
**FORTH** [2] - 806:4, 832:22
**FORTUNE** [2] - 839:20, 839:24
**FOUNDATION** [5] - 763:10, 765:23, 766:5, 827:7, 834:7
**FOUR** [3] - 769:6, 787:6, 843:11
**FRAME** [1] - 806:16

**FRANKLY** [1] - 839:19
**FRIDAY** [4] - 815:13, 815:16, 815:20, 815:25
**FRIDAY** [2] - 756:13, 758:3, 759:3, 760:1
**FRIENDLY** [1] - 795:15
**FRONT** [9] - 768:17, 770:20, 800:3, 804:18, 808:7, 820:4, 848:7, 849:16, 849:20
**FUHR** [1] - 758:10
**FUHR** [18] - 757:8, 763:10, 765:2, 765:21, 766:3, 767:13, 773:9, 773:20, 774:2, 777:14, 777:19, 779:24, 780:10, 780:22, 785:3, 789:13, 789:15, 789:25
**FUNCTION** [2] - 764:25, 767:7
**FUNCTIONING** [3] - 764:17, 798:22, 836:4
**FUNCTIONS** [2] - 764:4, 764:11
**FUNDS** [3] - 784:11, 822:3, 822:7
**FUTURE** [5] - 830:25, 831:15, 831:19, 832:15, 832:22
**FUTURE** [3] - 808:17, 808:20, 809:1

# G

**GAIN** [4] - 797:14, 800:18, 801:5, 853:22
**GATHER** [2] - 772:11, 772:14
**GATHERED** [1] - 833:3
**GEE** [1] - 814:12
**GENERAL** [3] - 771:9, 780:2, 788:23
**GENTLEMEN** [2] - 760:12, 855:18
**GEOLOGY** [1] - 781:2
**GEOLOGY** [2] - 803:3, 803:4
**GEOPHYSICAL** [2] - 791:14, 792:2
**GEOTEK** [7] - 823:16, 823:25, 836:20, 837:3, 837:9, 837:12, 837:18
**GIVEN** [2] - 814:23, 836:3
**GOAL** [2] - 807:20, 807:23
**GOD** [4] - 790:16, 802:9, 823:3, 845:5
**GOVERNING** [1] - 854:3
**GOVERNMENT** [4] - 761:14, 807:18, 842:22, 850:20

**GOVERNMENT** [11] - 780:24, 794:15, 796:18, 797:5, 810:17, 813:16, 814:3, 814:21, 816:8, 816:13, 855:15
**GOVERNMENT'S** [1] - 807:20
**GOVERNMENT'S** [2] - 815:12, 815:15
**GOVERNMENTAL** [2] - 763:19, 841:16
**GRANT** [1] - 826:25
**GRANTED** [2] - 793:23, 794:7, 796:20
**GRANTING** [1] - 834:14
**GSL** [2] - 833:9, 833:12
**GUARDS** [1] - 834:5
**GUESS** [5] - 783:8, 783:10, 783:11, 811:3, 837:19
**GUIDELINE** [1] - 850:21
**GUIDELINES** [2] - 820:1, 849:24
**GURALP** [52] - 768:2, 768:5, 769:5, 769:24, 770:17, 771:13, 776:18, 781:2, 781:7, 781:12, 781:23, 782:9, 782:25, 783:5, 783:18, 785:7, 785:10, 786:22, 799:4, 799:8, 799:13, 801:13, 801:17, 801:19, 821:21, 824:4, 829:16, 829:25, 830:18, 833:12, 833:13, 833:17, 834:24, 835:14, 836:4, 836:18, 836:19, 838:23, 839:25, 840:12, 840:14, 841:4, 841:6, 841:12, 842:6, 843:7, 848:22, 852:1, 852:13, 854:15, 854:25, 855:5
**GURALP'S** [3] - 780:19, 783:4, 848:18

# H

**H-A-N** [1] - 802:14
**HALF** [4] - 784:15, 785:4, 837:16, 838:11
**HAN** [3] - 758:15, 802:4, 802:14
**HAN** [1] - 802:17
**HAND** [4] - 790:12, 802:5, 822:24, 845:1
**HANDLE** [1] - 779:8
**HANDLED** [1] - 849:6
**HARD** [2] - 761:10, 768:17
**HEAD** [12] - 775:2, 777:7, 777:11, 777:16, 778:16, 779:3, 786:7, 808:22, 809:1, 845:20, 854:18, 855:2

**HEADS** [1] - 846:18
**HEAR** [1] - 789:8
**HEARD** [5] - 789:10, 813:10, 826:3, 830:3, 830:5
**HEARING** [2] - 761:10, 815:25
**HEARSAY** [1] - 835:10
**HEE** [1] - 808:18
**HEE** [1] - 808:19
**HEESONG** [32] - 785:17, 785:19, 787:17, 788:5, 823:16, 823:25, 827:21, 828:2, 828:6, 828:19, 829:12, 835:2, 836:14, 836:16, 836:19, 836:20, 836:21, 837:3, 837:9, 837:12, 837:18, 840:20, 841:5, 841:15, 841:22, 842:1, 842:7, 842:24, 843:15, 843:16, 843:18, 844:4
**HEESONG'S** [1] - 843:24
**HELD** [5] - 760:5, 760:9, 809:24, 810:21, 819:16
**HELD** [1] - 856:10
**HELP** [6] - 767:20, 790:15, 802:8, 807:24, 823:2, 845:4
**HELPING** [1] - 836:4
**HENCE** [2] - 787:9, 852:4
**HENCE** [1] - 841:24
**HEON** [1] - 756:8
**HEON** [6] - 776:18, 781:17, 783:18, 786:21, 837:23, 838:17
**HEON-CHEOL** [1] - 756:8
**HEON-CHEOL** [4] - 776:18, 781:17, 783:18, 786:21
**HEREBY** [1] - 856:7
**HIDING** [2] - 784:8, 784:10
**HIERARCHY** [1] - 807:6
**HIGH** [7] - 770:10, 828:14, 828:16, 830:17, 831:7, 838:20, 839:3
**HIGHER** [2] - 792:19, 824:23
**HIGHLIGHT** [1] - 839:18
**HIGHLY** [1] - 844:6
**HIGHWAY** [1] - 757:20
**HIMSELF** [1] - 783:5
**HIRING** [1] - 825:10
**HO** [1] - 760:17
**HO** [1] - 758:9
**HOLD** [2] - 794:21, 841:9
**HOLDED** [1] - 852:16
**HOME** [3] - 768:9, 771:5, 773:18
**HONOR** [91] - 760:16, 766:25, 768:14, 773:7, 773:20, 777:10, 789:13, 789:21, 789:25, 790:5,

790:9, 792:24, 793:21,
794:5, 794:10, 794:14,
796:18, 797:5, 799:23,
801:21, 801:24, 802:1,
804:19, 804:22, 805:13,
806:9, 806:12, 807:16,
809:3, 809:6, 809:17,
809:21, 810:4, 810:19,
811:8, 811:16, 811:19,
812:16, 812:17, 813:15,
813:18, 813:25, 814:2,
814:4, 814:10, 814:11,
814:22, 815:4, 815:8,
817:18, 817:22, 818:25,
819:4, 819:9, 819:20,
822:14, 822:16, 825:3,
825:18, 826:21, 827:8,
827:16, 827:23, 829:7,
829:9, 830:20, 833:6, 834:1,
834:6, 834:15, 835:10,
835:15, 835:25, 836:6,
836:8, 836:10, 841:9, 844:1,
844:7, 844:15, 844:18,
844:24, 846:24, 847:22,
848:20, 849:15, 850:13,
851:5, 851:7, 855:14, 855:17
**HONORABLE** [1] - 756:3
**HOUR** [2] - 817:14, 817:15
**HUNDREDS** [2] - 826:15,
834:10
**HYON** [1] - 757:23
**HYU** [2] - 802:14, 802:17
**HYU** [3] - 758:15, 802:4,
802:13

# I

**ICT** [1] - 808:20
**ID** [1] - 759:5
**IDEA** [2] - 787:9, 788:21
**IDENTIFYING** [1] - 816:6
**ILLEGAL** [1] - 841:17
**IMAGE** [1] - 807:21
**IMAGINE** [1] - 830:13
**IMMEDIATELY** [1] - 852:5
**IMMUNITY** [2] - 813:23,
814:6
**IMPARTIAL** [8] - 793:10,
793:14, 793:18, 793:25,
794:2, 795:10, 853:12,
853:14
**IMPEACHMENT** [2] -
813:22
**IMPLEMENT** [1] - 832:18
**IMPLICATION** [1] - 786:10
**IMPORTANT** [9] - 793:9,
793:13, 795:22, 796:2,
796:9, 796:10, 796:24,
808:1, 808:2
**IMPROVE** [4] - 807:20,

807:21, 808:1, 836:4
**IMPROVED** [1] - 808:4
**IN** [3] - 856:6, 856:10,
856:11
**INCEPTION** [2] - 766:14,
766:15
**INCIDENT** [1] - 808:23
**INCLUDE** [3] - 782:11,
816:22, 820:18
**INCLUDED** [2] - 761:19,
831:12
**INCLUDES** [3] - 816:18,
817:16, 817:19
**INCLUSION** [1] - 816:7
**INCREASE** [1] - 833:21
**INCREASED** [2] - 843:21,
843:23
**INDEX** [1] - 758:5
**INDIVIDUAL** [2] - 763:2,
851:15
**INDUSTRY** [2] - 835:21,
836:3
**INFLUENCE** [7] - 765:19,
816:19, 817:1, 833:24,
834:5, 834:13, 840:4
**INFLUENCING** [2] - 827:14,
828:9
**INFORMATION** [13] - 780:4,
795:23, 795:24, 796:3,
796:4, 796:7, 821:18,
832:20, 832:21, 833:4,
844:13, 853:19, 853:20
**INNOCENT** [1] - 816:16
**INNOCUOUS** [1] - 816:15
**INPUT** [1] - 816:3
**INQUIRIES** [1] - 796:15
**INSIDE** [5] - 765:8, 765:9,
780:3, 821:18, 853:19
**INSTALL** [1] - 852:4
**INSTALLATION** [6] - 781:6,
781:11, 825:8, 836:22,
837:8, 844:14
**INSTALLATIONS** [2] -
843:24, 844:5
**INSTANCE** [3] - 831:6,
831:7, 833:1
**INSTANCES** [1] - 830:16
**INSTITUTE** [1] - 761:12
**INSTITUTE** [9] - 761:19,
768:10, 776:21, 778:14,
781:25, 792:22, 820:10,
820:20, 852:2
**INSTITUTION** [2] - 761:16,
762:1
**INSTITUTION'S** [1] - 801:5
**INSTITUTIONS** [3] - 761:7,
761:13, 803:25
**INSTRUCT** [1] - 811:18
**INSTRUCTED** [1] - 794:8
**INSTRUCTION** [21] - 812:1,

812:2, 812:4, 812:10,
812:21, 813:10, 813:21,
815:1, 815:6, 815:13,
815:18, 815:19, 815:24,
816:1, 816:22, 817:3, 817:4,
817:5, 817:7
**INSTRUCTION** [13] -
812:10, 812:19, 812:20,
814:7, 814:18, 814:23,
815:12, 815:21, 815:23,
816:4, 817:2, 817:6, 818:10
**INSTRUCTIONS** [14] -
811:21, 811:25, 812:8,
815:11, 817:11, 818:4,
818:6, 818:7, 818:14,
818:21, 818:23, 819:10,
819:14, 855:22
**INSTRUMENTS** [2] - 852:4,
852:5
**INTEGRAL** [1] - 811:3
**INTENTIONAL** [1] - 812:8
**INTENTIONS** [1] - 831:14
**INTERACTIONS** [1] -
769:11
**INTEREST** [1] - 800:14
**INTERNAL** [3] - 845:24,
846:19
**INTERNATIONAL** [1] -
809:14
**INTERPRETER** [2] -
761:11, 792:5
**INTERPRETER** [8] -
761:12, 763:15, 779:23,
792:5, 798:12, 800:9,
847:24, 850:19
**INTERPRETER'S** [1] -
850:19
**INTERPRETERS** [1] -
757:22
**INVESTIGATION** [1] - 813:2
**INVESTMENT** [1] - 842:16
**INVOLVE** [6] - 825:22,
831:1, 831:19, 832:7,
847:20, 848:3
**INVOLVED** [10] - 765:16,
765:18, 777:8, 786:1, 786:8,
825:7, 828:20, 832:15,
843:22, 847:11
**INVOLVES** [1] - 808:22
**INVOLVING** [5] - 771:14,
828:4, 828:16, 835:21,
844:14
**IS** [2] - 856:9, 856:11
**ISOTOPE** [1] - 803:4
**ISSUE** [2] - 761:5, 779:7
**ISSUES** [3] - 767:21,
775:11, 811:23
**ITSELF** [1] - 777:8

# J

**JOB** [15] - 793:14, 794:1,
795:9, 795:14, 796:10,
796:25, 797:14, 800:18,
836:22, 845:19, 845:24,
849:10, 853:12, 853:16,
853:22
**JOEL** [2] - 757:12, 757:13
**JOHN** [1] - 756:3
**JUDGE** [1] - 756:3
**JUDGED** [1] - 827:4
**JUDGES** [2] - 826:18, 827:5
**JUDICIAL** [1] - 856:12
**JULIE** [1] - 757:24
**JULY** [1] - 816:5
**JULY** [5] - 756:13, 758:3,
759:3, 760:1, 856:15
**JUNE** [4] - 791:22, 841:12,
842:5, 852:13
**JUNG** [1] - 760:17
**JUNG** [1] - 758:9
**JURY** [31] - 760:6, 760:7,
760:10, 760:12, 763:14,
794:8, 794:16, 794:18,
796:20, 809:25, 810:1,
810:15, 810:22, 810:24,
811:21, 816:15, 816:20,
817:11, 818:3, 818:8,
818:13, 818:14, 818:16,
818:21, 819:10, 819:14,
819:17, 819:18, 826:6,
846:21
**JUSTICE** [1] - 757:8

# K

**KAMINSKA** [1] - 817:23
**KAMINSKA** [6] - 757:9,
817:14, 817:17, 817:20,
819:7, 819:9
**KATHY** [1] - 757:23
**KAYE** [1] - 757:15
**KEPT** [1] - 789:2
**KEVIN** [1] - 757:16
**KIGAM** [98] - 759:6, 760:24,
761:23, 762:9, 762:13,
762:17, 767:3, 767:6, 767:8,
767:15, 771:10, 774:6,
774:9, 775:2, 775:13,
775:16, 775:20, 775:23,
776:1, 777:1, 780:17, 781:3,
781:7, 781:10, 781:17,
782:9, 782:25, 791:7,
791:15, 791:21, 791:24,
793:9, 793:14, 793:17,
793:25, 795:17, 795:19,
795:22, 795:24, 796:2,
796:9, 796:10, 796:24,
797:18, 797:23, 798:1,

798:6, 798:20, 798:25, 799:10, 801:17, 803:6, 803:8, 803:10, 803:14, 804:3, 804:4, 804:10, 805:8, 806:18, 806:22, 807:10, 807:14, 807:23, 821:8, 829:1, 829:4, 829:5, 829:12, 830:8, 830:17, 845:18, 845:22, 846:3, 846:7, 846:9, 846:15, 846:22, 846:23, 847:2, 847:18, 848:1, 849:7, 849:12, 849:24, 850:3, 850:5, 850:7, 850:11, 850:17, 851:20, 853:11, 853:18, 853:21, 853:25
**KIGAM'S** [10] - 761:21, 801:9, 801:13, 801:17, 801:19, 803:17, 806:6, 808:1, 829:12, 829:24
**KIM** [21] - 802:4, 802:13, 819:23, 821:20, 822:23, 836:13, 837:2, 838:5, 838:22, 839:23, 841:3, 841:11, 842:12, 843:3, 844:22, 845:9, 851:10, 851:25, 853:21, 854:5, 854:13
**KIM** [9] - 758:15, 758:18, 758:22, 802:13, 802:17, 823:7, 823:11, 845:9, 845:13
**KIMS** [2] - 810:3, 811:11
**KIND** [4] - 823:17, 828:5, 832:14, 832:21
**KINEMETRICS** [9] - 824:6, 836:19, 837:3, 837:4, 838:6, 838:23, 843:7, 854:20, 855:5
**KMI** [1] - 824:6
**KNOW-HOWS** [1] - 820:19
**KNOWING** [1] - 855:7
**KNOWLEDGE** [13] - 765:21, 766:1, 772:1, 776:24, 805:14, 807:24, 814:14, 827:9, 827:18, 830:12, 848:21, 850:24, 851:1
**KNOWLEDGEABLE** [3] - 762:3, 827:21, 829:22
**KNOWN** [1] - 828:5
**KOREA** [58] - 760:24, 761:4, 762:22, 768:9, 770:8, 772:25, 775:3, 775:7, 775:21, 781:2, 781:13, 782:5, 785:19, 807:24, 808:16, 816:2, 823:21, 823:23, 824:1, 824:10, 824:12, 825:2, 825:9, 825:11, 825:15, 825:16, 825:21, 826:7, 826:16, 829:17, 829:23, 830:25, 832:7, 833:9, 834:5, 835:5,

835:22, 836:3, 836:14, 836:15, 837:4, 838:1, 838:6, 838:8, 838:13, 838:20, 838:24, 839:3, 839:9, 839:14, 839:25, 841:15, 842:2, 842:7, 848:3, 852:3
**KOREA'S** [1] - 809:13
**KOREAN** [11] - 794:12, 797:3, 825:6, 825:13, 826:3, 826:8, 827:14, 828:9, 828:13, 833:22, 834:10
**KOREAN** [1] - 757:22
**KOREANS** [1] - 772:7
**KOURY** [5] - 757:12, 757:13, 811:5, 811:12, 818:1
**KRIS** [1] - 761:15
**KRISS** [2] - 761:15
**KUMAR** [4] - 758:13, 758:17, 758:20, 758:23
**KUMAR** [65] - 757:5, 793:3, 793:21, 793:24, 794:5, 794:9, 794:14, 794:21, 795:2, 796:18, 796:22, 797:5, 797:8, 798:14, 799:22, 801:24, 802:1, 805:13, 806:12, 807:16, 809:6, 809:20, 810:19, 812:16, 813:18, 814:4, 814:10, 814:22, 815:4, 817:22, 819:20, 819:22, 822:14, 825:3, 826:21, 827:7, 827:16, 827:23, 829:7, 829:9, 830:11, 830:20, 833:6, 834:1, 834:6, 834:15, 835:10, 835:15, 835:25, 836:6, 836:10, 836:12, 838:10, 843:9, 844:1, 844:7, 844:18, 846:24, 847:22, 848:20, 850:13, 851:7, 851:9, 855:8, 855:17

**L**

**LAB** [6] - 763:14, 763:15, 763:22, 764:2, 764:5, 764:22
**LACK** [5] - 763:10, 805:13, 827:7, 830:11, 848:20
**LACKS** [1] - 834:6
**LADIES** [2] - 760:11, 855:18
**LAHUE** [1] - 757:16
**LANGUAGE** [7] - 794:12, 797:3, 815:22, 816:11, 816:12, 816:14, 825:5
**LARGE** [2] - 839:19, 839:24
**LARGEST** [1] - 839:9
**LAST** [15] - 783:25, 784:1, 785:18, 794:8, 802:13, 804:2, 805:3, 805:4, 805:6,

808:19, 811:12, 815:13, 815:20, 823:7, 849:10
**LAST** [1] - 852:20
**LATITUDE** [1] - 765:4
**LAW** [7] - 761:4, 761:6, 767:2, 767:4, 816:9, 816:24, 846:11
**LAW** [2] - 757:12, 757:19
**LAWYERS** [1] - 855:20
**LAY** [3] - 765:22, 766:5, 816:15
**LEAD** [1] - 763:23
**LEARN** [3] - 830:2, 831:18, 831:23
**LEARNED** [1] - 795:23
**LEAST** [1] - 838:24
**LEAVE** [3] - 765:10, 770:13, 803:14
**LECTERN** [1] - 769:21
**LEE** [16] - 790:4, 790:20, 793:4, 793:24, 795:2, 795:13, 795:22, 796:1, 796:22, 797:10, 797:11, 797:13, 797:18, 798:7, 798:25, 800:3
**LEE** [3] - 758:12, 790:20, 791:1
**LEFT** [2] - 805:4, 811:13
**LEGAL** [2] - 776:4
**LESS** [1] - 764:23
**LEVEL** [1] - 789:7
**LEVELS** [1] - 807:6
**LIM** [4] - 785:10, 785:12, 786:23, 787:3
**LIMITED** [5] - 781:2, 781:7, 781:12, 799:5, 840:14
**LIMITED** [2] - 775:22, 842:25
**LINE** [5] - 781:5, 783:19, 787:6, 787:16, 838:12
**LINES** [1] - 783:25
**LIST** [3] - 781:20, 824:14, 832:1
**LISTS** [1] - 839:14
**LITT** [1] - 757:15
**LLP** [1] - 757:15
**LOCAL** [1] - 837:7
**LONDON** [6] - 768:2, 782:24, 783:1, 786:24, 787:13, 840:15
**LOOK** [15] - 763:6, 770:20, 771:17, 772:20, 785:3, 785:15, 786:18, 795:4, 804:17, 811:24, 816:4, 837:6, 840:18, 848:11, 848:16
**LOOKED** [2] - 787:11, 849:3
**LOOKING** [2] - 766:18, 787:2

**LOS** [3] - 756:14, 756:24, 760:1
**LOS** [2] - 757:7, 822:8
**LOWER** [2] - 829:13, 830:18

**M**

**MAIL** [20] - 776:18, 776:24, 783:18, 783:19, 785:16, 785:17, 785:24, 786:9, 786:21, 786:25, 839:6, 840:11, 841:10, 841:12, 841:14, 841:25, 842:11, 842:13, 852:1, 852:12
**MAILS** [2] - 786:3, 786:15
**MAINTENANCE** [3] - 781:7, 781:12, 836:23
**MAJOR** [1] - 803:3
**MAKERS** [3] - 816:7, 816:19, 817:1
**MANAGE** [1] - 778:9
**MANAGED** [1] - 766:24
**MANAGEMENT** [1] - 771:6
**MANAGER** [1] - 807:1
**MANAGES** [1] - 778:23
**MANAGING** [5] - 766:13, 778:15, 778:25, 779:7, 847:12
**MANIPULATE** [1] - 821:4
**MANIPULATING** [3] - 798:5, 854:5, 854:9
**MANUFACTURE** [1] - 825:12
**MANUFACTURER** [23] - 762:22, 767:8, 767:11, 767:20, 767:22, 767:23, 778:7, 778:8, 778:19, 778:22, 778:24, 779:6, 779:12, 779:15, 779:18, 824:21, 824:25, 825:6, 825:8, 829:6, 835:22, 847:19, 848:3
**MANUFACTURER'S** [2] - 847:20, 848:4
**MANUFACTURERS** [3] - 767:21, 778:10, 831:25
**MARCH** [1] - 842:13
**MARILYN** [1] - 757:16
**MARKED** [1] - 794:11
**MARKETING** [3] - 801:13, 801:18, 801:20
**MATERIALS** [1] - 847:12
**MATERIALS** [1] - 781:3
**MATTER** [1] - 856:11
**MATTER** [3] - 779:9, 779:25, 848:17
**MCLANE** [1] - 757:15
**MEAN** [3] - 763:2, 794:2, 846:8

**MEANING** [3] - 767:22, 816:19, 826:1
**MEANS** [1] - 820:15
**MEASURING** [1] - 828:17
**MECHANICAL** [1] - 763:6
**MEDIUM** [4] - 806:2, 807:4, 807:19, 808:3
**MEDIUM-SIZE** [1] - 808:3
**MEDIUM-SIZED** [3] - 806:2, 807:4, 807:19
**MEET** [2] - 808:5, 835:23
**MEETING** [3] - 768:5, 769:16, 771:6
**MEETINGS** [4] - 769:19, 769:24, 770:2, 835:5
**MEMBERS** [6] - 788:4, 788:10, 827:1, 840:19, 840:25, 841:5
**MEMORANDUM** [1] - 816:6
**MENTION** [7] - 782:13, 788:6, 788:8, 840:21, 840:22, 841:25, 842:6
**MENTIONED** [4] - 777:3, 778:6, 787:20, 833:22
**METHOD** [1] - 826:13
**METHODS** [1] - 801:6
**MICROPHONE** [2] - 761:9, 761:11
**MIDDLE** [1] - 839:8
**MIDWAY** [1] - 795:5
**MIGHT** [5] - 812:9, 832:22, 839:9, 841:18, 847:20
**MILLION** [2] - 822:11, 855:5
**MIND** [1] - 815:14
**MINE** [1] - 804:23
**MINIMUM** [1] - 765:13
**MINING** [1] - 781:3
**MINING** [2] - 792:2
**MINISTER** [2] - 808:19, 808:20
**MINUS** [1] - 824:22
**MINUTE** [3] - 780:25, 787:11, 855:20
**MINUTES** [6] - 809:21, 811:21, 817:14, 817:15, 818:1, 855:22
**MIRANDA** [4] - 756:23, 856:5, 856:18, 856:19
**MIRANDAALGORRI@ GMAIL.COM** [1] - 756:25
**MISSED** [1] - 766:6
**MISSING** [1] - 811:3
**MISSTATES** [2] - 777:11, 780:6
**MODEL** [1] - 812:10
**MODIFIED** [1] - 812:5
**MOMENT** [3] - 789:13, 813:25, 836:15
**MOMENTS** [1] - 760:8

**MONDAY** [1] - 787:7
**MONEY** [9] - 781:21, 783:11, 788:16, 789:5, 792:21, 793:5, 793:6, 825:7, 829:20
**MONICA** [1] - 757:14
**MONITORING** [3] - 760:25, 767:17, 772:6
**MOREOVER** [2] - 841:17, 841:18
**MORNING** [12] - 760:7, 760:11, 760:21, 760:22, 774:3, 774:4, 793:4, 809:22, 810:3, 819:23, 819:24, 836:13
**MOST** [2] - 763:5, 802:23
**MOTION** [3] - 793:23, 794:7, 796:20
**MOVE** [3] - 793:21, 794:5, 794:15
**MOVEMENT** [1] - 765:1
**MOVES** [1] - 796:18
**MPSS** [2] - 763:19, 766:22
**MR** [37] - 763:10, 765:2, 765:21, 766:3, 767:13, 773:9, 773:20, 774:2, 777:14, 777:19, 779:24, 780:10, 780:22, 785:3, 789:13, 789:15, 789:25, 790:5, 811:2, 811:5, 811:6, 811:8, 811:12, 811:16, 811:19, 812:15, 812:25, 813:7, 813:13, 813:15, 813:25, 814:2, 814:11, 815:8, 818:1, 818:25, 819:4
**MS** [161] - 760:16, 760:20, 761:18, 763:13, 763:16, 763:21, 764:1, 765:6, 765:16, 765:24, 766:10, 766:25, 767:2, 767:22, 768:14, 769:23, 773:7, 773:12, 773:22, 777:10, 780:6, 789:17, 789:21, 790:4, 790:8, 791:4, 792:8, 794:24, 793:3, 793:21, 793:24, 794:5, 794:9, 794:14, 794:21, 795:2, 796:12, 796:18, 796:22, 797:5, 797:8, 798:14, 799:22, 799:25, 800:2, 800:11, 800:13, 801:21, 801:24, 802:1, 802:4, 802:16, 802:20, 804:22, 804:25, 805:13, 805:16, 806:9, 806:12, 806:15, 807:16, 807:23, 809:3, 809:6, 809:9, 809:17, 809:20, 810:4, 810:9, 810:13, 810:16, 810:19, 812:16, 813:18, 814:4,

814:10, 814:22, 815:4, 817:14, 817:17, 817:20, 817:22, 819:7, 819:9, 819:20, 819:22, 822:14, 822:16, 822:19, 822:22, 823:10, 823:14, 825:3, 825:14, 825:21, 826:21, 826:23, 827:7, 827:13, 827:16, 827:18, 827:23, 828:1, 829:7, 829:9, 829:11, 830:7, 830:11, 830:16, 830:20, 830:24, 833:6, 833:8, 834:1, 834:3, 834:6, 834:9, 834:15, 834:18, 834:20, 835:10, 835:12, 835:15, 835:19, 835:25, 836:2, 836:6, 836:8, 836:10, 836:12, 838:10, 843:9, 843:11, 843:14, 844:1, 844:4, 844:7, 844:12, 844:15, 844:18, 844:22, 845:12, 845:16, 846:24, 847:1, 847:7, 847:22, 848:1, 848:20, 848:24, 849:22, 850:13, 850:15, 850:23, 851:4, 851:7, 851:9, 855:8, 855:11, 855:14, 855:17
**MUST** [2] - 762:22, 812:12

# N

**NAME** [18] - 790:19, 790:20, 799:13, 801:5, 801:9, 801:13, 801:18, 801:19, 802:12, 802:13, 808:19, 823:6, 823:7, 823:8, 823:23, 827:1, 841:8, 841:25, 842:6, 845:8
**NAMED** [2] - 799:8, 834:20
**NAMES** [1] - 763:3
**NATALIE** [1] - 813:23
**NATHAN** [18] - 769:11, 769:13, 769:14, 770:14, 776:18, 783:18, 786:21, 834:21, 835:4, 835:7, 835:13, 839:7, 839:24, 840:12, 842:13, 852:1, 852:13
**NATIONAL** [6] - 772:10, 803:25, 804:4, 807:12, 808:3, 826:1
**NECESSARY** [5] - 782:13, 792:14, 807:2, 814:19, 817:9
**NEED** [5] - 780:1, 783:9, 814:8, 815:5, 847:3
**NEEDED** [2] - 772:11, 792:14
**NEEDS** [2] - 832:18
**NETWORK** [2] - 764:7, 764:8
**NEVER** [7] - 774:20,

786:11, 786:15, 788:25, 789:10, 799:3, 843:3
**NEW** [6] - 762:21, 763:17, 765:12, 766:23, 787:21, 824:9
**NEW** [1] - 757:9
**NEXT** [10] - 769:7, 790:3, 802:3, 812:20, 815:11, 817:2, 822:20, 822:23, 842:20, 855:13
**NO** [1] - 856:19
**NOISE** [1] - 764:14
**NON** [1] - 816:16
**NON-CRIMINAL** [1] - 816:16
**NONRESPONSIVE** [3] - 793:22, 794:6, 796:19
**NORTH** [4] - 757:6, 772:7, 772:25, 808:16
**NOTE** [3] - 784:7, 817:8, 818:5
**NOTEBOOK** [1] - 848:7
**NOTHING** [7] - 763:12, 789:15, 790:15, 802:8, 823:2, 843:6, 845:4
**NOTICE** [3] - 784:5, 787:22, 832:11
**NOVEMBER** [10] - 768:2, 770:7, 771:3, 780:11, 782:5, 782:20, 783:4, 783:21, 846:4
**NPSS** [1] - 775:23
**NUCLEAR** [5] - 772:7, 772:25, 808:16, 808:23, 809:14
**NUMBER** [1] - 843:21
**NUMBERS** [2] - 818:6
**NUMEROUS** [1] - 800:21
**NW** [1] - 757:9

# O

**OBJECT** [2] - 777:10, 813:16
**OBJECTION** [46] - 763:10, 765:2, 765:7, 765:21, 766:3, 767:13, 773:8, 773:9, 773:20, 779:6, 780:6, 796:12, 805:13, 806:11, 807:16, 809:5, 812:16, 816:3, 825:3, 826:21, 826:22, 827:7, 827:10, 827:16, 827:23, 829:7, 829:10, 830:11, 830:20, 830:23, 833:6, 834:1, 834:6, 834:15, 835:10, 835:15, 835:25, 836:6, 844:1, 844:7, 846:24, 847:22, 848:20, 848:23, 850:13
**OBJECTIONS** [1] - 816:6
**OBSERVATIONS** [1] -

835:13
**OBTAIN** [1] - 806:6
**OBTAINED** [1] - 820:19
**OBVIOUSLY** [1] - 812:4
**OCCASION** [3] - 776:8, 827:13, 828:8
**OCCASIONS** [1] - 829:19
**OCCURRED** [1] - 850:16
**OCCURS** [1] - 762:13
**OCEAN** [1] - 757:13
**OCTOBER** [1] - 783:19
**OF** [13] - 756:2, 756:5, 756:12, 757:1, 757:8, 757:12, 757:19, 856:1, 856:7, 856:9, 856:12, 856:15
**OFFER** [1] - 773:7
**OFFERED** [1] - 814:16
**OFFICE** [9] - 783:20, 784:5, 787:7, 787:8, 787:22, 804:10, 804:11, 804:15, 852:6
**OFFICER** [1] - 841:16
**OFFICES** [2] - 757:12, 757:19
**OFFICES** [2] - 780:19, 783:4
**OFFICIAL** [4] - 756:23, 856:1, 856:5, 856:19
**OFFICIAL** [8] - 781:11, 816:11, 816:18, 816:21, 816:23, 816:25, 827:14, 828:9
**OFFICIAL** [1] - 816:22
**OFFICIALLY** [1] - 842:17
**OFTEN** [1] - 772:17
**ONCE** [4] - 761:22, 763:22, 764:2, 764:10
**ONE** [14] - 761:16, 772:5, 773:4, 789:13, 789:18, 794:21, 800:6, 810:5, 811:11, 812:13, 813:25, 819:7, 826:25, 841:9
**OPEN** [8] - 760:6, 760:10, 784:6, 788:9, 809:25, 810:22, 819:17, 840:24
**OPENING** [2] - 817:16, 817:23
**OPERATION** [1] - 837:8
**OPINION** [6] - 779:9, 793:16, 820:9, 834:12, 834:18, 840:4
**OPPORTUNITY** [1] - 819:2
**OPPOSITION** [1] - 816:8
**ORDER** [16] - 772:9, 784:3, 788:1, 805:24, 818:8, 831:5, 837:3, 837:18, 838:6, 838:7, 839:9, 839:10, 839:20, 839:25, 852:15
**ORDERING** [2] - 831:5, 852:5

**ORDERS** [1] - 785:18
**ORGANIZATION** [4] - 774:17, 774:18, 776:10, 831:2
**ORIENTATION** [1] - 778:24
**ORIGINALLY** [1] - 782:1
**OUTSIDE** [9] - 762:3, 764:14, 764:21, 796:16, 807:9, 834:5, 850:4, 850:8, 852:16
**OVERRULED** [16] - 763:11, 765:7, 766:4, 767:14, 777:13, 780:8, 796:13, 807:17, 825:4, 827:11, 827:24, 830:13, 834:16, 844:9, 847:23, 848:23
**OVERSEAS** [2] - 768:11, 768:22
**OVERSEE** [3] - 762:8, 765:25, 777:25
**OVERSEEING** [1] - 766:11
**OVERSIGHT** [2] - 766:7, 767:3
**OWN** [7] - 775:14, 792:18, 799:13, 801:9, 807:24, 808:1, 831:3

**P**

**P.M** [1] - 855:23
**PACIFIC** [1] - 757:20
**PAGE** [24] - 768:23, 770:25, 781:16, 795:3, 795:4, 795:5, 795:16, 797:9, 800:6, 800:8, 805:3, 837:1, 837:15, 837:17, 838:4, 838:10, 838:11, 839:8, 840:17, 842:11, 848:11, 849:18
**PAGE** [1] - 758:7
**PAGE** [1] - 856:11
**PAGES** [1] - 756:8
**PAGES** [3] - 769:7, 770:22, 848:9
**PAID** [10] - 771:11, 779:14, 788:16, 794:3, 799:19, 821:24, 837:12, 837:19, 843:3, 854:15
**PAPER** [1] - 848:16
**PAPERS** [1] - 785:24
**PARAGRAPH** [7] - 776:16, 784:1, 840:18, 841:13, 841:24, 842:14, 842:20
**PARIS** [1] - 788:1
**PARK** [14] - 768:16, 774:3, 776:15, 776:17, 777:11, 780:23, 782:5, 783:17, 783:21, 783:23, 785:6, 785:10, 786:20, 841:18
**PARK** [2] - 757:13, 841:22
**PARK** [2] - 758:9, 760:17

**PART** [12] - 763:5, 764:3, 764:10, 766:23, 768:14, 772:13, 806:16, 811:4, 836:21, 836:22, 846:13, 848:24
**PARTIALLY** [1] - 783:9
**PARTICIPANTS** [1] - 776:20
**PARTICIPATE** [5] - 776:23, 777:17, 779:10, 825:12, 842:15
**PARTICIPATED** [4] - 762:6, 766:16, 826:15, 834:9
**PARTICIPATING** [1] - 766:13
**PARTICULAR** [12] - 770:1, 770:7, 778:22, 798:6, 798:10, 798:16, 814:13, 821:4, 821:14, 838:7, 854:6, 854:10
**PARTICULARLY** [1] - 803:3
**PARTIES** [1] - 781:1
**PARTIES'** [1] - 816:10
**PASADENA** [1] - 757:18
**PASS** [2] - 765:20, 780:3
**PASSED** [2] - 765:19, 767:2
**PAST** [4] - 776:2, 778:11, 778:12, 778:13
**PAY** [1] - 833:2
**PAYING** [5] - 798:6, 798:10, 798:16, 821:18, 830:9
**PAYMENT** [5] - 788:19, 788:20, 788:21, 789:7, 789:9
**PAYMENTS** [6] - 782:21, 789:11, 843:6, 854:21, 854:25
**PEARCE** [18] - 769:11, 769:13, 769:14, 770:14, 776:18, 783:18, 786:21, 834:21, 835:4, 835:7, 835:13, 839:7, 839:24, 840:12, 842:13, 852:1, 852:13
**PEARCE'S** [2] - 813:23, 814:6
**PENDING** [5] - 790:14, 802:7, 813:2, 823:1, 845:3
**PEOPLE** [5] - 763:3, 777:20, 777:25, 780:16, 811:5, 833:4
**PER** [1] - 824:17
**PERCEIVE** [1] - 835:12
**PERCENT** [2] - 824:22, 824:23
**PERCENTAGE** [1] - 824:19
**PERCENTAGES** [1] - 824:20
**PERFORM** [5] - 763:3, 775:23, 776:1, 777:4, 826:11
**PERFORMANCE** [10] -

762:2, 762:7, 762:13, 762:17, 765:11, 767:15, 776:3, 776:9, 776:10, 847:14
**PERFORMED** [2] - 767:15, 837:8
**PERFORMING** [3] - 795:9, 795:13, 820:19
**PERFORMS** [1] - 763:1
**PERHAPS** [1] - 811:7
**PERIOD** [3] - 764:25, 765:1, 818:20
**PERMISSIBLE** [2] - 797:23, 819:11
**PERMISSION** [2] - 797:6, 844:23
**PERMIT** [2] - 771:10, 818:9
**PERMITTED** [2] - 761:4, 762:23
**PERSON** [7] - 778:21, 778:23, 779:1, 779:7, 788:23, 826:13, 841:15
**PERSONAL** [20] - 765:21, 782:12, 782:15, 782:21, 788:21, 789:7, 793:6, 793:16, 799:4, 799:20, 801:2, 801:5, 805:14, 821:21, 834:12, 848:21, 853:22, 854:15, 854:21
**PERSONALLY** [4] - 777:8, 779:4, 779:15, 788:16
**PERSONNEL** [1] - 759:6
**PERSONNEL** [2] - 795:17, 795:19
**PERSONS** [5] - 787:6, 787:7, 788:1, 788:5, 840:20
**PERTAIN** [2] - 801:8, 846:15
**PERTAINS** [1] - 827:20
**PH.D** [1] - 791:11
**PHOTO** [1] - 808:24
**PHOTOGRAPH** [1] - 759:8
**PHOTOGRAPH** [20] - 768:7, 768:24, 768:25, 769:4, 769:7, 769:8, 771:3, 771:21, 771:24, 772:1, 772:3, 772:23, 773:4, 773:12, 808:9, 808:11, 808:13, 808:15, 808:25, 809:9
**PICK** [2] - 782:25, 783:5
**PICTURE** [2] - 770:13, 770:19
**PIECE** [2] - 767:6, 824:14
**PLACE** [4] - 764:14, 770:6, 806:5, 834:4
**PLACED** [1] - 765:10
**PLAINTIFF** [1] - 756:6
**PLAINTIFF** [1] - 757:3
**PLAN** [3] - 810:14, 831:5
**PLANNING** [1] - 810:2

**UNITED STATES DISTRICT COURT**

**PLUS** [1] - 824:22
**POINT** [2] - 791:18, 791:19
**POINTED** [2] - 801:4, 816:13
**POINTS** [1] - 818:12
**POLICIES** [3] - 791:20, 804:1, 804:5
**POLICY** [3] - 803:20, 803:22, 807:12
**POONAM** [1] - 757:5
**PORTION** [3] - 795:8, 837:6, 840:10
**PORTIONS** [1] - 841:13
**POSITION** [5] - 774:12, 791:16, 800:18, 814:21, 842:15
**POSITIONS** [1] - 797:14
**POSSIBLE** [8] - 774:22, 780:1, 784:4, 832:11, 833:24, 834:13, 840:4
**POSSIBLY** [1] - 774:22
**POST** [1] - 831:14
**POSTING** [1] - 801:6
**POTTS** [1] - 812:25
**POUND** [1] - 784:5
**POWERPOINT** [7] - 768:9, 768:12, 768:21, 769:1, 769:8, 771:5, 789:19
**PPS** [7] - 825:24, 826:10, 826:12, 826:18, 827:4, 838:1
**PRACTICALLY** [1] - 816:25
**PRELIMINARY** [1] - 814:18
**PREPARATION** [1] - 787:9
**PREPARE** [1] - 768:9
**PREPARED** [3] - 768:21, 818:16, 818:21
**PREPAREDNESS** [1] - 775:10
**PREPARING** [1] - 818:3
**PRESENCE** [5] - 760:6, 760:10, 809:25, 810:22, 819:17
**PRESENT** [15] - 760:8, 760:13, 769:16, 769:18, 771:6, 771:23, 772:2, 810:1, 810:24, 819:1, 819:18, 819:19, 830:17, 849:24
**PRESENTATION** [8] - 768:9, 768:12, 769:1, 771:6, 782:6, 782:8, 782:11
**PRESENTATIONS** [1] - 772:18
**PRESIDENCY** [9] - 792:9, 803:13, 803:16, 805:8, 805:10, 805:17, 805:23, 807:9, 808:5
**PRESIDENT** [26] - 768:13, 769:15, 771:8, 791:18, 791:21, 791:23, 792:16, 793:10, 793:13, 793:25,

796:1, 798:25, 803:10, 803:24, 804:3, 804:8, 806:5, 807:2, 807:11, 809:13, 820:2, 820:24, 821:12, 821:16, 821:22
**PRESIDENT'S** [3] - 792:11, 805:12, 805:19
**PREVIOUS** [4] - 784:3, 785:17, 787:18, 805:9
**PREVIOUSLY** [1] - 760:18
**PRICE** [8] - 787:21, 788:8, 824:14, 826:14, 832:1, 833:20, 840:23, 847:15
**PRICES** [4] - 830:19, 833:5, 833:13, 833:17
**PRINCIPAL** [2] - 781:18, 852:23
**PRIVATE** [18] - 771:11, 792:11, 792:19, 800:22, 804:14, 805:18, 805:24, 807:15, 820:25, 841:17, 842:1, 842:16, 848:25, 850:17, 850:21, 853:2, 853:4, 853:5
**PROBLEM** [10] - 778:7, 778:19, 778:22, 779:2, 779:19, 825:6, 829:11, 844:14, 847:16
**PROBLEMS** [3] - 767:8, 767:19, 820:11
**PROCEDURE** [5] - 803:19, 806:3, 806:5, 806:16, 847:17
**PROCEDURES** [5] - 777:1, 803:17, 804:5, 849:25, 852:20
**PROCEED** [5] - 790:22, 802:15, 823:9, 845:11, 855:21
**PROCEEDINGS** [5] - 760:5, 760:9, 809:24, 810:21, 819:16
**PROCEEDINGS** [1] - 856:10
**PROCESS** [34] - 760:23, 761:8, 761:13, 761:21, 762:8, 763:2, 763:4, 763:9, 763:14, 763:24, 765:17, 765:25, 766:8, 766:11, 766:19, 767:6, 782:4, 798:5, 805:22, 806:25, 821:4, 825:17, 825:22, 826:7, 833:23, 833:25, 834:3, 834:4, 840:5, 846:22, 847:2, 850:10, 852:5, 854:5
**PROCLAIMING** [1] - 801:6
**PROCUREMENT** [8] - 826:3, 827:15, 828:9, 833:22, 834:10, 834:13, 837:25, 838:7
**PRODUCE** [1] - 763:6

**PRODUCT** [4] - 765:19, 824:12, 852:21, 852:22
**PRODUCTIVITY** [1] - 808:4
**PRODUCTS** [7] - 781:12, 798:2, 824:1, 829:23, 833:20, 834:24, 836:5
**PROFESSION** [1] - 802:23
**PROFESSOR** [3] - 802:25, 803:2, 803:5
**PROFIT** [1] - 801:2
**PROFITS** [2] - 797:14, 800:19
**PROHIBIT** [2] - 800:23, 853:25
**PROHIBITING** [1] - 801:8
**PROHIBITION** [3] - 800:14, 835:20, 836:2
**PROHIBITS** [2] - 847:18, 848:2
**PROJECT** [23] - 770:7, 770:8, 770:9, 770:10, 784:18, 784:20, 784:22, 827:19, 828:3, 828:14, 828:15, 828:21, 828:23, 829:2, 829:13, 832:23, 832:24, 833:3, 839:3, 840:1, 846:22, 852:3
**PROJECTS** [10] - 820:20, 825:22, 830:25, 831:14, 831:19, 832:7, 833:19, 843:23, 847:20, 848:3
**PROPERLY** [7] - 764:4, 764:6, 764:8, 767:7, 844:5, 845:24, 847:10
**PROPOSAL** [1] - 832:4
**PROPOSE** [1] - 813:24
**PROPOSED** [1] - 815:18
**PROSECUTOR** [1] - 801:4
**PROTECT** [1] - 853:18
**PROVIDE** [10] - 767:10, 771:11, 789:6, 793:19, 801:1, 818:17, 823:22, 824:8, 831:3, 832:20
**PROVIDED** [3] - 766:21, 767:17, 816:1
**PROVIDING** [2] - 762:3, 794:3
**PUBLIC** [2] - 837:25, 838:7
**PUBLIC** [6] - 816:23, 816:24, 831:12, 831:14, 831:17, 847:20
**PUBLISH** [4] - 794:16, 794:18, 797:6, 797:7
**PULL** [4] - 761:9, 761:11, 776:13, 780:22
**PUNISHMENT** [1] - 817:8
**PURCHASE** [10] - 775:13, 829:13, 832:18, 832:19, 846:22, 847:3, 847:13, 847:17, 852:15

**PURCHASED** [1] - 847:10
**PURCHASER** [2] - 825:6, 826:13
**PURCHASES** [1] - 851:16
**PURCHASING** [6] - 798:2, 821:8, 831:2, 831:4, 831:6, 851:12
**PURPOSE** [1] - 769:20
**PURPOSES** [3] - 775:14, 810:2, 831:3
**PURSUANT** [1] - 856:8
**PURSUANT** [2] - 767:4, 799:16
**PUT** [6] - 770:21, 789:20, 818:10, 828:3, 828:23, 833:1
**PUTTING** [1] - 831:13

## Q

**QUALIFIED** [4] - 814:17, 814:18, 826:19, 827:6
**QUANTERRA** [2] - 854:20, 855:6
**QUESTIONS** [18] - 773:22, 789:22, 792:24, 795:1, 799:22, 799:25, 801:21, 801:23, 809:17, 822:14, 836:8, 843:9, 843:11, 843:12, 844:15, 849:19, 851:4, 855:8
**QUIET** [2] - 764:18, 764:20
**QUOTATION** [2] - 831:3, 831:22
**QUOTATIONS** [1] - 832:19
**QUOTE** [1] - 816:7

## R

**RAIL** [7] - 770:10, 828:14, 828:16, 830:17, 831:7, 833:1, 839:3
**RAILROAD** [1] - 852:4
**RAILWAY** [1] - 770:8
**RAILWAY** [1] - 852:3
**RAISE** [6] - 790:11, 802:5, 812:9, 813:4, 822:24, 845:1
**RANDOM** [2] - 826:13, 827:1
**RANGE** [2] - 824:17, 824:20
**RATHER** [2] - 797:13, 825:1
**RAYNOR** [19] - 757:19, 757:19, 790:5, 811:2, 811:6, 811:8, 811:16, 811:19, 812:15, 812:25, 813:7, 813:13, 813:15, 813:25, 814:2, 814:11, 815:8, 818:25, 819:4
**READ** [14] - 784:2, 785:16, 788:11, 788:12, 788:13,

795:8, 797:10, 812:11, 820:8, 837:7, 840:19, 841:13, 852:2, 852:14
**READILY** [1] - 764:23
**READING** [3] - 776:19, 787:5, 787:16
**READS** [5] - 783:20, 785:22, 795:3, 795:13, 797:9
**REAL** [1] - 842:21
**REALLY** [4] - 801:15, 830:21, 833:19, 842:24
**REALTIME** [1] - 856:5
**REARRANGED** [2] - 818:5, 818:7
**REASON** [4] - 775:1, 813:24, 825:10, 825:11
**REBUTTAL** [4] - 810:18, 817:17, 817:24, 855:16
**RECEIVE** [5] - 793:5, 799:15, 822:3, 854:21
**RECEIVED** [14] - 766:22, 773:10, 794:17, 794:19, 799:7, 799:9, 806:13, 806:14, 809:7, 809:8, 822:6, 822:11, 844:13, 855:4
**RECEIVING** [9] - 781:21, 782:21, 784:10, 786:3, 788:23, 798:3, 821:9, 838:23, 843:7
**RECENT** [1] - 787:18
**RECESS** [3] - 810:20, 855:22, 855:23
**RECOGNITION** [1] - 776:22
**RECOGNIZE** [13] - 768:16, 768:18, 768:24, 768:25, 769:3, 769:8, 771:21, 772:22, 804:20, 804:25, 806:4, 808:13, 849:22
**RECOLLECTION** [5] - 771:16, 771:25, 772:4, 784:19, 784:23
**RECOMMENDATIONS** [1] - 851:16
**RECOMMENDED** [2] - 807:12, 807:21
**RECORD** [7] - 765:1, 766:8, 790:19, 802:12, 817:22, 823:6, 845:8
**RECORDED** [1] - 782:2
**RECORDERS** [1] - 772:10
**REDIRECT** [2] - 758:14, 758:20
**REDIRECT** [7] - 789:16, 789:17, 799:24, 800:1, 822:15, 843:10, 843:13
**REDONDO** [1] - 757:21
**REDUCED** [1] - 833:13
**REFER** [2] - 832:25, 854:3
**REFERENCE** [1] - 841:15
**REFERRING** [1] - 775:19

**REFLECT** [1] - 812:5
**REGARD** [2] - 767:17, 833:24
**REGARDING** [14] - 776:24, 785:1, 788:19, 803:17, 803:19, 803:20, 804:5, 808:23, 816:1, 817:8, 844:13, 850:11, 850:24, 853:2
**REGULATION** [5] - 766:23, 776:20, 796:14, 801:8, 849:1
**REGULATIONS** [1] - 759:6
**REGULATIONS** [1] - 856:12
**REGULATIONS** [10] - 795:17, 795:19, 803:22, 805:20, 806:1, 846:15, 846:17, 850:18, 853:2, 853:11
**RELATED** [10] - 784:17, 785:24, 788:9, 816:6, 816:24, 840:24, 841:18, 842:7, 849:3, 849:4
**RELATES** [2] - 786:23, 813:23
**RELATING** [2] - 788:20, 812:21
**RELATIONSHIP** [5] - 788:7, 788:15, 835:14, 840:21, 841:5
**RELATIVELY** [2] - 811:15, 818:20
**RELEVANCE** [4] - 765:2, 807:16, 834:15, 835:15
**RELEVANT** [1] - 820:10
**RELIABILITY** [1] - 836:4
**RELY** [1] - 818:6
**REMAIN** [2] - 760:15, 790:11
**REMEMBER** [4] - 784:24, 787:2, 787:14, 853:3
**REMIND** [2] - 788:10, 840:24
**REMOVED** [1] - 815:23
**REPEAT** [6] - 783:2, 783:13, 798:12, 829:15, 847:24, 847:25
**REPEATED** [1] - 832:12
**REPHRASE** [1] - 825:18
**REPLY** [1] - 841:14
**REPORTED** [1] - 856:10
**REPORTED** [2] - 781:25, 842:22
**REPORTER** [4] - 756:23, 856:1, 856:6, 856:19
**REPORTER'S** [1] - 756:12
**REPRESENT** [9] - 837:2, 837:17, 838:5, 839:6, 840:11, 841:11, 842:12, 851:25, 852:12

**REPRESENTATION** [2] - 781:6, 781:11
**REPRESENTATIVE** [3] - 801:12, 809:13, 827:21
**REPRESENTING** [3] - 776:17, 783:17, 786:20
**REPUBLIC** [1] - 838:8
**REQUEST** [12] - 763:19, 794:16, 797:6, 807:1, 812:15, 814:15, 819:1, 831:2, 831:21, 832:4, 832:19, 847:13
**REQUESTED** [3] - 776:9, 782:25, 783:5
**REQUESTING** [1] - 854:24
**REQUESTS** [3] - 775:23, 813:6, 831:22
**REQUIRE** [2] - 853:12, 853:22
**REQUIRED** [9] - 761:14, 762:21, 768:10, 792:10, 803:25, 804:4, 804:14, 806:16, 807:6
**REQUIREMENT** [6] - 760:24, 761:3, 765:13, 776:20, 805:11, 805:17
**REQUIRES** [1] - 779:9
**RESEARCH** [12] - 773:16, 774:6, 774:9, 774:15, 775:16, 777:7, 777:12, 777:22, 785:13, 785:25, 786:7, 792:4
**RESEARCH** [11] - 775:2, 775:3, 775:14, 777:16, 779:10, 791:17, 807:20, 808:22, 820:10, 820:18, 820:19
**RESEARCHER** [19] - 774:8, 781:18, 791:24, 791:25, 792:10, 792:18, 792:21, 793:5, 800:23, 804:13, 805:11, 805:23, 806:19, 807:1, 807:8, 847:19, 848:2, 849:8, 850:4
**RESEARCHER'S** [1] - 807:21
**RESEARCHERS** [12] - 762:3, 771:9, 771:10, 796:15, 796:16, 800:22, 803:18, 804:7, 806:1, 807:15, 849:11, 851:15
**RESEARCHERS'** [2] - 805:18, 848:25
**RESOLVE** [1] - 767:21
**RESPECT** [12] - 761:20, 761:23, 766:5, 767:4, 815:19, 815:21, 815:24, 818:12, 819:9, 826:19, 827:3, 828:10
**RESPECTS** [1] - 814:13

**RESPONSIBILITIES** [4] - 766:7, 766:11, 767:3, 775:6
**RESPONSIBILITY** [4] - 778:2, 778:4, 778:17, 818:3
**RESPONSIBLE** [3] - 816:23, 816:25, 846:14
**RESTRICTIONS** [1] - 804:1
**RESTROOM** [1] - 811:6
**RESTS** [1] - 855:14
**RESULT** [3] - 820:19, 850:20, 852:23
**RESULTS** [4] - 766:2, 772:24, 807:20, 820:18
**RESUME** [1] - 760:14
**RESUMED** [1] - 758:10
**RESUMED** [1] - 760:19
**RETIRED** [5] - 791:5, 791:6, 791:15, 802:21, 803:5
**RETIREMENT** [2] - 791:7, 791:19
**RETROACTIVE** [2] - 851:1, 851:3
**RETURN** [2] - 768:22, 771:13
**RETURNED** [2] - 768:8, 781:24
**REVIEW** [4] - 812:7, 845:23, 847:14, 847:15
**REVIEWED** [1] - 787:18
**REVIEWING** [1] - 816:9
**REVISED** [1] - 803:22
**REVISION** [2] - 803:21, 805:6
**RFP** [1] - 832:4
**RICHARD** [2] - 757:19, 757:19
**RO** [1] - 757:23
**ROLE** [5] - 761:20, 761:23, 803:9, 814:14, 845:21
**RPR** [1] - 756:23
**RUDIMENTARY** [1] - 764:12
**RULE** [6] - 793:17, 793:24, 796:6, 847:18, 848:1, 850:3
**RULE** [2] - 819:1, 819:3
**RULES** [7] - 801:16, 846:14, 850:24, 851:1, 853:21, 853:25, 854:3
**RULING** [6] - 815:13, 815:14, 815:16, 815:20, 815:22, 815:24
**RULINGS** [1] - 815:25
**RUN** [1] - 764:24

---

## S

**S-U-P** [1] - 790:21
**SALE** [1] - 838:23
**SALES** [5] - 825:8, 835:21, 837:2, 837:18, 838:5

**SANDRA** [1] - 757:4
**SANTA** [1] - 757:14
**SATISFIED** [1] - 776:21
**SCHEDULE** [1] - 785:7
**SCIENTISTS** [1] - 827:6
**SCOPE** [3] - 833:16, 844:2, 844:8
**SCREEN** [5] - 769:22, 770:21, 848:9, 848:16, 849:16
**SEAL** [1] - 770:24
**SEARCH** [1] - 778:9
**SEATED** [5] - 760:15, 790:18, 802:11, 823:5, 845:7
**SECOND** [16] - 776:16, 781:16, 785:4, 792:9, 794:21, 795:8, 822:2, 822:3, 825:6, 837:17, 838:21, 840:17, 840:18, 841:9, 841:24, 848:11
**SECOND** [1] - 842:14
**SECRET** [1] - 789:2
**SECTION** [1] - 856:8
**SEE** [40] - 764:7, 765:13, 768:23, 769:22, 770:24, 781:8, 781:17, 785:6, 785:7, 787:24, 795:11, 797:16, 800:13, 800:15, 801:6, 805:3, 808:9, 808:11, 815:5, 820:12, 820:21, 837:10, 838:14, 838:18, 839:12, 839:16, 839:21, 841:1, 841:20, 842:3, 842:18, 843:1, 845:23, 845:25, 846:18, 848:14, 848:18, 852:7, 852:18, 852:24
**SEEK** [2] - 806:9, 809:3
**SEEKING** [1] - 805:11
**SEEKS** [1] - 820:9
**SEISMIC** [5] - 763:17, 775:7, 775:9, 808:23, 852:4
**SEISMIC** [1] - 808:20
**SEISMOLOGIC** [2] - 843:20, 843:23
**SEISMOLOGICAL** [12] - 766:1, 826:16, 827:4, 827:20, 828:4, 828:10, 828:16, 829:6, 831:1, 831:19, 833:13, 835:21
**SEISMOLOGY** [3] - 824:1, 825:17, 825:23
**SEISMOMETERS** [1] - 771:14
**SELECT** [1] - 775:9
**SELECTED** [3] - 761:17, 826:14, 827:1
**SELL** [3] - 762:22, 762:23, 825:1
**SELLS** [1] - 824:12
**SEND** [1] - 841:14

**SENIOR** [3] - 774:17, 774:19, 774:20
**SENSE** [1] - 780:2
**SENSOR** [1] - 767:17
**SENSORS** [1] - 784:3
**SENT** [1] - 763:19
**SENTENCE** [2] - 839:19, 852:14
**SEPARATE** [4] - 762:17, 762:19, 799:12, 812:11
**SEPARATELY** [1] - 812:13
**SEPTEMBER** [1] - 803:12
**SERIES** [1] - 815:11
**SERVED** [1] - 791:19
**SERVICE** [3] - 762:1, 766:21, 823:23
**SERVICE** [2] - 838:1, 838:8
**SERVICES** [6] - 788:19, 806:22, 823:17, 824:9, 837:8, 837:20
**SERVICES** [4] - 826:3, 827:15, 828:10, 833:23
**SESSION** [1] - 810:23
**SET** [3] - 806:4, 818:22, 855:20
**SETS** [1] - 839:15
**SEVEN** [5] - 764:25, 765:1, 765:10, 765:11, 765:14
**SEVEN-DAY** [1] - 765:1
**SEVENFOLD** [1] - 843:23
**SEVERAL** [3] - 785:1, 808:17, 816:12
**SFO** [1] - 813:2
**SHALL** [9] - 790:14, 795:9, 797:12, 797:13, 800:18, 801:4, 802:7, 823:1, 845:3
**SHARE** [1] - 792:22
**SHIPPED** [1] - 838:7
**SHORT** [3] - 792:6, 811:15, 818:20
**SHOW** [10] - 768:14, 771:17, 776:15, 783:15, 794:10, 797:1, 808:7, 819:11, 848:6, 849:14
**SHOWED** [2] - 780:25, 783:22
**SHOWING** [2] - 780:23, 819:10
**SHOWN** [2] - 771:2, 808:15
**SHOWS** [2] - 769:4, 808:25
**SIDE** [1] - 799:12
**SIDES** [1] - 832:25
**SIGN** [1] - 782:24
**SIGNATURE** [5] - 792:13, 799:7, 805:12, 848:14, 848:18
**SIGNATURES** [3] - 792:15, 792:17, 848:12
**SIGNED** [6] - 768:5, 769:17, 780:20, 781:17, 781:23,

799:9
**SIGNIFICANT** [1] - 833:17
**SIGNING** [1] - 770:19
**SIM** [1] - 757:23
**SIMPLY** [1] - 818:10
**SINCERELY** [1] - 841:25
**SIT** [3] - 775:3, 818:13, 855:3
**SITE** [2] - 766:21, 779:7
**SITES** [1] - 772:10
**SITUATION** [1] - 798:24
**SIX** [1] - 849:10
**SIZE** [1] - 808:3
**SIZED** [3] - 806:2, 807:4, 807:19
**SKEW** [1] - 821:13
**SKEWING** [2] - 798:9, 798:14
**SLIDE** [1] - 819:11
**SMALL** [5] - 806:1, 807:4, 807:19, 808:3, 842:25
**SOLD** [1] - 775:20
**SOLEMNLY** [4] - 790:13, 802:6, 822:25, 845:2
**SOLUTION** [1] - 844:14
**SOMEONE** [3] - 806:6, 833:24, 834:20
**SOPHISTICATED** [1] - 844:6
**SORRY** [11] - 763:15, 770:14, 786:18, 792:16, 794:23, 795:18, 797:12, 798:12, 829:4, 829:8, 847:25
**SOUNDNESS** [1] - 765:15
**SOUTH** [2] - 757:20, 816:2
**SPEAKING** [1] - 839:19
**SPECIALTY** [1] - 803:4
**SPECIFIC** [3] - 767:23, 816:6, 829:23
**SPECIFICALLY** [2] - 835:5, 837:7
**SPECIFICATION** [1] - 852:22
**SPECIFICATIONS** [8] - 798:9, 798:15, 821:13, 832:14, 835:24, 847:14, 854:9
**SPECIFIED** [1] - 824:19
**SPECULATION** [17] - 825:3, 826:21, 827:16, 827:23, 829:7, 829:9, 830:11, 830:20, 830:23, 833:6, 834:1, 835:16, 835:25, 836:6, 846:24, 847:22, 850:13
**SPEED** [7] - 770:10, 828:14, 828:16, 830:17, 831:7, 838:20, 839:3
**SPELL** [4] - 790:19, 802:12, 823:6, 845:8

**SPELLS** [2] - 802:13, 823:7
**SPEND** [1] - 811:21
**SPRING** [1] - 757:6
**STAFF** [1] - 843:22
**STAND** [2] - 819:6, 825:25
**STANDARDIZED** [2] - 765:9, 765:12
**STANDARDIZING** [1] - 761:16
**STANDING** [1] - 790:11
**START** [8] - 760:8, 763:21, 766:10, 767:3, 818:24, 846:2, 846:7, 846:9
**STARTED** [6] - 761:2, 762:2, 766:13, 766:19, 776:5, 803:10
**STARTING** [2] - 766:20, 766:23
**STATE** [8] - 790:13, 790:19, 802:6, 802:12, 822:25, 823:6, 845:2, 845:8
**STATEMENT** [2] - 812:23, 813:1
**STATES** [7] - 757:4, 757:5, 757:6, 799:20, 822:11, 854:16, 854:22
**STATES** [1] - 852:20
**STATES** [5] - 756:1, 756:5, 856:6, 856:8, 856:13
**STAYING** [2] - 788:6, 840:21
**STENOGRAPHICALLY** [1] - 856:10
**STEP** [2] - 797:12, 806:15
**STILL** [7] - 766:11, 800:3, 804:8, 814:14, 820:4, 823:18, 833:9
**STIP** [17] - 812:3, 812:7, 812:21, 813:8, 813:20, 813:23, 813:24, 814:5, 814:6, 814:24, 817:8, 817:9
**STIPULATED** [20] - 812:1, 812:2, 812:4, 812:21, 813:4, 813:9, 813:17, 813:20, 814:7, 814:25, 815:1, 815:6, 815:9, 817:2, 817:4, 817:5, 817:7, 818:7
**STIPULATION** [1] - 815:1
**STOPPING** [1] - 765:14
**STREET** [1] - 756:24
**STREET** [1] - 757:6
**STRICTLY** [1] - 842:25
**STRIKE** [3] - 793:21, 794:5, 796:19
**STRONG** [2] - 779:5, 779:6
**STRONGLY** [7] - 807:12, 807:21, 820:24, 821:3, 821:7, 821:12, 821:17
**STUDY** [1] - 846:11
**SUBMIT** [5] - 768:11,

776:21, 806:23, 807:1, 831:21

**SUBMITTED** [1] - 816:13
**SUFFICIENT** [1] - 816:19
**SUGGEST** [2] - 787:9, 814:12
**SUITE** [1] - 756:24
**SUITE** [3] - 757:14, 757:17, 757:20
**SUMMARIES** [2] - 815:2, 815:3
**SUP** [1] - 791:1
**SUP** [3] - 758:12, 790:4, 790:20
**SUPERVISOR** [1] - 846:13
**SUPPLEMENTAL** [1] - 816:5
**SUPPLYING** [1] - 832:20
**SUPPORT** [9] - 766:17, 767:18, 776:10, 776:11, 776:12, 806:1, 807:4, 807:18, 849:6
**SUPPORT** [2] - 808:18, 809:1
**SUPPORTING** [1] - 808:3
**SUPPOSED** [3] - 846:1, 853:15, 853:18
**SUSTAIN** [1] - 830:23
**SUSTAINED** [15] - 773:21, 805:15, 826:22, 827:17, 829:10, 833:7, 834:2, 834:8, 835:11, 835:17, 836:1, 836:7, 844:3, 846:25, 850:14
**SWEAR** [1] - 790:17
**SWEEP** [1] - 816:15
**SWORN** [1] - 760:15
**SWORN** [5] - 760:18, 791:2, 802:18, 823:12, 845:14
**SYSTEM** [14] - 770:1, 770:8, 770:11, 772:10, 776:21, 787:21, 825:11, 825:13, 825:15, 826:2, 826:8, 826:9, 826:12, 839:9
**SYSTEMS** [17] - 768:2, 769:24, 771:13, 781:2, 781:7, 781:12, 799:5, 801:13, 801:17, 821:21, 824:4, 829:16, 836:4, 839:14, 839:25, 840:14, 854:15
**SYSTEMS** [2] - 835:14, 852:16

---

## T

**TAB** [1] - 804:21
**TABLE** [1] - 811:24
**TAI** [3] - 758:12, 790:4, 790:20
**TAI** [2] - 790:21, 791:1

---

**TEAM** [3] - 810:5, 811:1, 811:4
**TECHBIZ** [3] - 804:11, 804:15, 849:5
**TECHNICAL** [1] - 820:17
**TECHNICAL** [47] - 766:17, 767:17, 769:24, 770:2, 771:11, 776:11, 776:12, 777:18, 777:19, 781:6, 782:8, 782:24, 784:2, 787:19, 788:18, 791:19, 793:19, 794:3, 796:16, 797:22, 797:25, 798:7, 798:11, 798:15, 798:17, 798:20, 798:23, 801:1, 803:17, 803:19, 804:5, 806:7, 820:1, 820:9, 820:10, 820:14, 820:25, 826:19, 827:5, 843:24, 849:6, 849:25, 850:24, 853:8, 854:3, 854:6, 854:10
**TECHNICALLY** [1] - 827:6
**TECHNICALLY-QUALIFIED** [1] - 827:6
**TECHNICIAN** [3] - 764:3, 778:25, 779:8
**TECHNICIANS** [2] - 763:5, 777:4
**TECHNOLOGY** [2] - 807:25, 808:2
**TECHNOLOGY** [1] - 808:20
**TENURE** [1] - 809:12
**TERM** [1] - 826:3
**TERMS** [1] - 820:8
**TEST** [10] - 761:4, 763:18, 764:3, 764:17, 766:2, 775:23, 776:2, 778:9, 780:4, 841:18
**TEST** [1] - 772:14
**TEST-BAN** [1] - 772:14
**TESTED** [1] - 775:20
**TESTIFIED** [3] - 793:4, 797:22, 813:1
**TESTIFY** [2] - 810:8, 812:6
**TESTIFYING** [1] - 811:9
**TESTIMONY** [7] - 790:13, 802:6, 814:8, 814:12, 816:10, 822:25, 845:2
**TESTING** [44] - 761:24, 762:1, 762:2, 762:6, 762:7, 762:8, 762:12, 762:13, 762:16, 762:18, 762:20, 763:7, 763:8, 763:14, 764:3, 764:10, 765:17, 765:20, 765:25, 767:7, 767:16, 767:18, 772:7, 772:25, 775:14, 775:17, 775:22, 776:1, 776:3, 776:4, 776:6, 776:9, 776:10, 777:4, 777:8, 777:18, 777:20, 778:3,

---

778:4, 778:16, 778:19, 809:15, 837:8
**TESTS** [3] - 763:1, 763:3, 808:16
**THAT** [3] - 856:7, 856:8, 856:11
**THE** [192] - 757:3, 757:11, 760:7, 760:11, 760:15, 761:9, 761:12, 761:13, 763:11, 763:12, 763:15, 763:17, 763:23, 765:3, 765:7, 765:8, 765:22, 766:4, 766:15, 766:16, 766:18, 766:20, 767:1, 767:14, 767:15, 769:21, 773:8, 773:10, 773:21, 773:23, 777:13, 777:15, 777:16, 779:23, 780:8, 780:9, 789:14, 789:16, 789:20, 789:23, 790:1, 790:7, 790:11, 790:17, 790:18, 790:20, 790:22, 792:5, 792:6, 793:1, 793:23, 794:7, 794:13, 794:17, 794:20, 794:25, 796:13, 796:14, 796:20, 797:4, 797:7, 798:12, 799:24, 800:9, 800:12, 801:23, 801:25, 802:2, 802:5, 802:10, 802:11, 802:13, 802:15, 804:23, 804:24, 805:15, 806:11, 806:13, 807:17, 807:18, 809:5, 809:7, 809:18, 809:22, 810:1, 810:7, 810:11, 810:14, 810:17, 810:23, 811:3, 811:7, 811:10, 811:14, 811:17, 811:20, 812:18, 813:3, 813:8, 813:14, 813:16, 813:19, 814:1, 814:3, 814:5, 814:16, 814:24, 815:5, 815:9, 817:15, 817:19, 817:21, 817:25, 818:2, 819:2, 819:5, 819:8, 819:13, 819:18, 822:15, 822:17, 822:20, 822:24, 823:4, 823:5, 823:7, 823:9, 825:4, 825:5, 825:20, 826:22, 827:9, 827:12, 827:17, 827:24, 827:25, 829:8, 829:10, 830:6, 830:13, 830:15, 830:21, 833:7, 834:2, 834:8, 834:16, 834:17, 834:19, 835:11, 835:17, 836:1, 836:7, 836:9, 843:10, 844:3, 844:9, 844:11, 844:16, 844:19, 844:25, 845:1, 845:6, 845:7, 845:9, 845:11, 846:25, 847:4, 847:6, 847:23, 847:24, 848:22, 848:23,

---

849:19, 849:21, 850:14, 850:19, 850:20, 851:6, 855:9, 855:12, 855:15, 855:18, 856:6, 856:7, 856:8, 856:9, 856:10, 856:11, 856:12, 856:13
**THEMSELVES** [4] - 796:11, 796:25, 797:14, 800:19
**THEREFORE** [3] - 767:18, 777:17, 814:14
**THIRD** [1] - 842:20
**THIRD** [4] - 825:10, 825:11, 842:14, 852:14
**THIS** [1] - 856:15
**THOUSANDS** [2] - 799:16, 821:24
**THREATEN** [1] - 841:19
**THREE** [5] - 784:3, 787:7, 809:12, 843:11, 849:18
**THREE-PAGE** [1] - 849:18
**THROUGHOUT** [1] - 769:19
**TIGHTEN** [3] - 804:1, 804:5, 850:17
**TIGHTENED** [2] - 850:22, 850:25
**TITLE** [1] - 845:19
**TITLE** [1] - 856:8
**TO** [1] - 856:8
**TODAY** [3] - 810:15, 811:18, 855:4
**TODAY** [1] - 852:2
**TOGETHER** [2] - 787:8, 833:2
**TOKEN** [1] - 789:8
**TOOK** [8] - 770:6, 771:3, 771:25, 780:11, 785:1, 786:23, 787:3, 834:3
**TOP** [3] - 824:14, 838:4, 840:10
**TOPICS** [1] - 767:25
**TOTAL** [3] - 785:17, 842:21, 843:19
**TRAIN** [6] - 784:18, 784:20, 839:10, 839:15, 839:25, 852:16
**TRAIN** [2] - 787:8, 788:1
**TRAINED** [1] - 844:5
**TRANSCRIPT** [3] - 756:12, 856:9, 856:11
**TRANSFERRING** [1] - 820:18
**TRANSFERS** [1] - 855:5
**TRANSLATION** [2] - 794:16, 804:19
**TREATY** [1] - 772:15
**TRIAL** [1] - 756:13
**TRIED** [1] - 785:23
**TRIP** [13] - 768:1, 768:4, 768:8, 768:11, 768:22, 769:20, 769:23, 771:13,

---

16

780:11, 784:14, 784:25, 786:23, 787:2
**TRIPS** [1] - 785:1
**TRUE** [1] - 856:9
**TRUE** [1] - 793:16
**TRUTH** [12] - 790:15, 802:8, 823:2, 845:4
**TRY** [2] - 766:2, 779:1
**TRYING** [4] - 807:18, 810:14, 828:20, 828:21
**TUESDAY** [2] - 783:21, 787:8
**TUNNEL** [8] - 763:14, 763:16, 764:12, 764:14, 764:22, 764:25, 765:8, 765:9
**TURN** [8] - 768:23, 769:22, 781:16, 795:2, 795:16, 838:10, 840:9, 840:17
**TURNED** [1] - 761:12
**TURNS** [2] - 764:3, 764:11
**TWO** [11] - 761:8, 761:13, 772:17, 780:16, 788:5, 794:8, 810:3, 814:15, 823:22, 824:9, 840:20
**TYPE** [6] - 762:21, 762:23, 823:22, 832:8, 847:20, 848:4
**TYPES** [3] - 762:13, 762:16, 832:14
**TYPICALLY** [2] - 814:19, 817:6

## U

**U.S** [1] - 756:3
**U.S.A** [1] - 761:16
**ULTIMATELY** [1] - 778:2
**UNBIASSED** [1] - 853:15
**UNCOMFORTABLENESS** [2] - 835:8, 835:13
**UNDER** [2] - 812:23, 816:23
**UNEXPECTED** [1] - 841:19
**UNFAIR** [2] - 797:14, 800:19
**UNIQUE** [1] - 834:4
**UNITED** [7] - 757:4, 757:5, 757:6, 799:20, 822:11, 854:16, 854:22
**UNITED** [5] - 756:1, 756:5, 856:6, 856:8, 856:13
**UNIVERSITY** [1] - 802:25
**UNLESS** [3] - 788:23, 813:24, 847:15
**UP** [19] - 776:13, 780:22, 782:25, 783:5, 794:9, 804:1, 804:5, 805:20, 807:4, 818:22, 831:25, 837:16, 838:4, 838:11, 838:21, 840:10, 841:10, 850:17, 855:20
**UPCOMING** [3] - 832:7,

847:19, 848:3
**UPSET** [1] - 830:8
**USER** [2] - 825:2, 847:13

## V

**VAGUE** [4] - 766:3, 767:13, 796:12, 816:15
**VAGUELY** [2] - 783:10, 783:11
**VARY** [1] - 798:24
**VEIN** [1] - 762:6
**VERDICT** [8] - 812:13, 812:14, 817:9, 818:15, 818:16, 818:17, 818:21, 818:23
**VERIFICATION** [2] - 776:4, 776:5
**VERSION** [5] - 794:22, 794:24, 805:5, 815:15, 815:17
**VERSUS** [1] - 765:12
**VIBRATION** [4] - 764:15, 764:20, 764:21, 764:23
**VICE** [4] - 768:12, 769:14, 771:8, 807:2
**VISIT** [8] - 778:24, 785:7, 787:7, 787:8, 787:22, 788:5, 840:14, 840:20
**VISITED** [1] - 835:4
**VISITING** [2] - 787:10, 808:21
**VOLUME** [3] - 756:8, 758:3, 759:3
**VS** [1] - 756:7

## W

**W-O-O-K** [1] - 845:10
**WAGNER** [1] - 757:24
**WAIT** [1] - 794:25
**WAITING** [1] - 773:18
**WALK** [2] - 818:13, 819:14
**WALTER** [1] - 756:3
**WANTS** [1] - 762:22
**WARNING** [2] - 770:8, 770:11
**WASHINGTON** [1] - 757:10
**WATER** [2] - 831:9, 831:11
**WATER** [1] - 771:14
**WAYS** [1] - 831:18
**WEBSITE** [1] - 831:4
**WEBSITES** [1] - 831:17
**WEDNESDAY** [1] - 783:21
**WEEK** [1] - 852:20
**WEST** [1] - 756:24
**WESTERN** [1] - 756:2
**WHATSOEVER** [1] - 835:8
**WHEREBY** [1] - 767:7
**WHOLE** [6] - 768:17, 783:7,

790:15, 802:8, 823:2, 845:4
**WILLING** [1] - 833:2
**WIRE** [1] - 855:5
**WISDOM** [1] - 810:25
**WITH** [1] - 856:12
**WITNESS** [19] - 766:6, 789:22, 789:23, 790:3, 790:6, 790:8, 794:10, 797:2, 800:9, 801:25, 802:3, 819:6, 822:17, 822:20, 822:23, 844:16, 844:23, 855:9, 855:13
**WITNESS** [38] - 760:18, 761:13, 763:12, 763:17, 765:8, 766:16, 766:20, 767:15, 777:16, 780:9, 790:17, 790:20, 791:2, 792:6, 794:20, 796:14, 800:12, 802:10, 802:13, 802:18, 804:24, 807:18, 823:4, 823:7, 823:12, 825:5, 827:12, 827:25, 830:15, 834:17, 844:11, 845:6, 845:9, 845:14, 847:6, 848:22, 849:21, 850:20
**WITNESSES** [2] - 758:5, 758:7
**WITNESSES** [2] - 810:5, 811:15, 844:21
**WOO** [1] - 757:24
**WOOK** [1] - 845:13
**WOOK** [3] - 758:22, 844:22, 845:9
**WORD** [2] - 776:22, 782:11
**WORDS** [2] - 764:17, 771:7
**WORKS** [3] - 764:6, 785:13, 826:7
**WRITES** [1] - 784:1
**WRITING** [1] - 785:22

## Y

**YANG** [1] - 808:18
**YANG** [1] - 808:19
**YEAR** [15] - 766:9, 784:15, 785:18, 791:9, 792:9, 794:22, 794:24, 803:8, 803:20, 803:21, 842:22, 843:15, 844:11
**YEARS** [11] - 771:14, 774:13, 791:21, 791:23, 803:1, 803:8, 809:12, 834:23, 835:1, 835:3, 849:11
**YESTERDAY** [4] - 765:4, 789:19, 816:14, 818:3
**YORK** [1] - 757:9
**YOUNGDO** [2] - 841:18, 841:22
**YOUNGER** [1] - 774:24
**YOURSELF** [1] - 808:11

**UNITED STATES DISTRICT COURT**