1          **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

3        **HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE**

4

5  **UNITED STATES OF AMERICA,**           )
                                            )
6              **Plaintiff,**               )   **Case No.**
                                            )
7          **vs.**                          )   **CR 16-00824**
                                            )
8  **HEON-CHEOL CHI,**                      )   **PAGES 932 to 967**
                                            )   **VOLUME 9**
9              **Defendant.**               )
   ─────────────────────────────────────── )

10

11

12

13                  **REPORTER'S TRANSCRIPT OF**
                        **TRIAL DAY 5**
                    **MONDAY, JULY 17, 2017**
14                       **8:12 A.M.**
                   **LOS ANGELES, CALIFORNIA**
15

16

17

18

19

20

21

22  ─────────────────────────────────────────────────────────

23         **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
             FEDERAL OFFICIAL COURT REPORTER
24           350 WEST 1ST STREET, SUITE 4455
             LOS ANGELES, CALIFORNIA 90012
25             MIRANDAALGORRI@GMAIL.COM


                 **UNITED STATES DISTRICT COURT**

1                    **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        SANDRA R. BROWN
         Acting United States Attorney
5        BY:  POONAM KUMAR
         Assistant United States Attorney
6        United States Courthouse
         312 North Spring Street
7        Los Angeles, California 90012

8        DEPARTMENT OF JUSTICE
         BY:  DAVID M. FUHR
9        BY:  ANNA G. KAMINSKA
         1400 New York Avenue NW
10       Washington D.C. 20005

11

     **FOR THE DEFENDANT:**
12
         LAW OFFICES OF JOEL C. KOURY
13       BY:  JOEL C. KOURY
         3435 Ocean Park Boulevard
14       Suite 107-50
         Santa Monica, California 90405
15
         KAYE MCLANE BEDNARSKI & LITT, LLP
16       BY:  MARILYN E. BEDNARSKI
         BY:  KEVIN LAHUE
17       234 East Colorado Boulevard
         Suite 230
18       Pasadena, California 91101

19       LAW OFFICES OF RICHARD W. RAYNOR
         BY:  RICHARD W. RAYNOR
20       800 South Pacific Coast Highway
         Suite 8-284
21       Redondo Beach, California 90277

22

         CERTIFIED KOREAN INTERPRETER
23       KATHY SIM

24

25

                    **UNITED STATES DISTRICT COURT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**I N D E X**

**MONDAY, JULY 17, 2017; VOLUME 9**

**Chronological Index of Witnesses**

Witnesses:_____          Page

(None)

**UNITED STATES DISTRICT COURT**



**EXHIBITS**


**MONDAY, JULY 17, 2017; VOLUME 9**


Exhibits | For ID | In EVD
---|---|---

(None)

```
1              LOS ANGELES, CALIFORNIA; MONDAY, JULY 17, 2017

2                            8:12 A.M.

3                              ---

4

5         (The following proceedings were held in

6         open court out of the presence of the jury:)

7              THE CLERK:  All counsel are present in

8    United States versus Chi.  The defendant is present.  The jury

9    is not present.

10             I understand there's an issue with respect to the

11   First-Superseding Indictment going into the jury room.

12             MS. KUMAR:  Yes, Your Honor.  We realized over

13   the weekend that there -- given the Court's rulings and to

14   avoid any confusion on the part of the jury, the Government

15   would request a few additional redactions, particularly from

16   paragraph 1 with regard to the term of imprisonment;

17   paragraph 12, the manner in which the defendant spent the funds

18   that includes a reference to the massages; and then also the

19   forfeiture allegation to avoid any confusion on the part of the

20   jury as to whether or not they had to come to any conclusion

21   regarding those items.  And I believe the defendant has an

22   objection.

23             THE COURT:  All right.  Do you have the proposed

24   redaction?

25             MS. KUMAR:  I do.
```

```
 1              THE COURT:  All right.  I first want to confirm
 2   with counsel that the First-Superseding Indictment, the
 3   unredacted, was not provided to the jury.  The jury was -- went
 4   home shortly after 2:00 o'clock, and Shannon had received
 5   information from counsel that there was an issue with respect
 6   to the First-Superseding Indictment that the Court had redacted
 7   and proposed to deliver to the jury room that had not been
 8   delivered.  So I will have Shannon make a copy of the redacted
 9   version that counsel has just provided, and we will deliver
10   that to the jury room.
11              Any other issues?
12              MR. RAYNOR:  Yes, Your Honor.
13              Your Honor, we continue to object to the
14   Indictment going back.  The Government described this
15   Indictment as a speaking Indictment.  This is at their
16   opposition to the Bill of Particulars, docket 72, page 6 of 16,
17   line 17.  And it goes well beyond the pleading requirements,
18   and it essentially is advocacy that goes back without an
19   opportunity to respond to the jury.
20              In particular, even though these aren't overt
21   acts or, therefore, part of the charge, um, they're essentially
22   evidentiary in nature.  Paragraph 9, the entire paragraph 9,
23   um, is just examples of e-mails.  This is just giving the
24   Government another opportunity to advocate.  And then also, um,
25   paragraph 10 starting with line 25 where it says, for example,
```

1    and then -- which continues on in subparagraphs A and B, again,

2    just listing more, um, e-mails.  And so --

3                    THE COURT:  Each of these e-mails are in

4    evidence.

5                    MR. RAYNOR:  That's correct.  However, this is,

6    um, essentially another opportunity for the Government to argue

7    its case.  And in particular, um -- and I would cite the Court

8    to *U.S. versus Mumford*, 630 F.2d 1023 at page 1029.  This is,

9    of course, Circuit case from 1980.  Um, and it said that

10   speaking Indictments going back to the jury are permissible so

11   long as a cautionary instruction is provided.

12                   The issue, though, is with the potential for

13   prejudice.  And what is the purpose of this Indictment going

14   back?  It's to provide the jurors some structure so they know

15   what the charges -- the individual charges are.  And so, um,

16   they could either just be given a chart, which is, um -- that

17   lists the counts, um, or if the Court is going to give the

18   Indictment, um, which the defense has objected to, um, we

19   would, um -- we are particularly concerned about, um, providing

20   this second opportunity of advocacy that is essentially

21   unrebutted or that we don't have a chance to respond to.

22                   So it seems simple enough to just, um, get rid

23   of, um, paragraph 9 altogether and, um --

24                   THE COURT:  Now you're just repeating yourself.

25                   MR. RAYNOR:  Thank you.

```
 1                    THE COURT:  Does the Government have anything
 2   that you wish to add?
 3                    MS. KUMAR:  No, Your Honor.
 4                    THE COURT:  All right.  I will make copies of the
 5   redacted Indictment, and Shannon will deliver a copy to the --
 6   of the First-Superseding Indictment, and Shannon will deliver a
 7   copy to the jury.
 8                    MS. KUMAR:  Thank you, Your Honor.
 9                    MR. RAYNOR:  Your Honor, um, then our request
10   would be that the Court give some sort of cautionary
11   instruction.
12                    THE COURT:  All right.  You should have included
13   that in the jury instructions that were provided to the Court.
14                    All right.  We will be in recess.
15              (A recess was taken at 8:17 a.m.)
16              (The following proceedings were held in
17               open court out of the presence of the jury:)
18                    THE COURT:  All right.  All counsel are present.
19   The defendant is present.
20                    We have received two notes from the jury, note
21   No. 1 and note No. 2.  Counsel have been provided with a copy
22   of each of those notes.
23                    With respect to note No. 1, I will certainly hear
24   from counsel, but it seems to me -- first of all, they're
25   not -- they're really referring to the fourth section of jury
```

1    instruction -- Court's Instruction No. 19 which is the element

2    of criminally derived property.  What I think is an appropriate

3    response to that note is to refer the jury to Court's

4    Instruction No. 18.

5              MS. KUMAR:  Your Honor, that's agreeable to the

6    Government.

7              MR. KOURY:  The Court, I think, misspoke

8    initially and said 19.  I think the Court was referring to

9    Instruction 18; is that correct?

10             THE COURT:  Yes.

11             MR. KOURY:  So the Court is going to refer them

12   back to Instruction 18 and tell them that is the instruction

13   that deals with the issue or something to the effect of --

14             THE COURT:  No.  I didn't misspeak.  What I was

15   attempting to -- well, yes.  What I intend to do is refer them

16   back to Court's Instruction No. 18.

17             MR. KOURY:  We agree.

18             THE COURT:  All right.  So if counsel want to

19   draft something, or I can draft something.  I would think, in

20   response to note No. 1, we should simply just say you should

21   refer to Court's Instruction No. 18.

22             Is that acceptable?

23             MS. KUMAR:  Yes, Your Honor.

24             MR. KOURY:  What's the language the Court is

25   intending, just refer to Instruction 18, or does the Court

```
 1   want --
 2                THE COURT:  What I was going to instruct or write
 3   back is that, in response to note No. 1, you should refer to
 4   Court's Instruction No. 18.
 5                MR. KOURY:  That's agreeable.
 6                THE COURT:  Okay.  And then note No. 2, that note
 7   relates to Court's Instruction No. 18.  What I think is an
 8   appropriate response to that question is the following:
 9                The Court has made that determination as a matter
10   of law, and you must follow the Court's instruction that a
11   director or researcher at KIGAM is a public official for
12   purposes of Article 129.
13                MS. KUMAR:  Your Honor, the Government agrees
14   with the Court's proposed approach.
15                MR. RAYNOR:  And, Your Honor, you know, we had
16   objected to that, um, um, instruction as a matter of law, this
17   be determined as a matter of law.  And we continue to object to
18   that.
19                THE COURT:  I understand your objection.  I'm
20   just trying to frame a response to the jury's question.
21                MR. RAYNOR:  And we would also -- we would
22   request that the Court also give the instruction that the
23   jurors should consider all the instructions and not single out
24   any particular instruction.
25                THE COURT:  All right.  I will do that.
```

1          MR. KOURY:  Your Honor, as far as question No. 2,

2     I'm wondering if the Court would consider just telling the jury

3     that they should refer to Instruction No. 18.  I think what the

4     Court is doing is, by highlighting it, I think it unnecessarily

5     puts emphasis on that particular section --

6          THE COURT:  But that's what they've asked for.

7     Simply referring them back to the instruction is going to be

8     nonresponsive to the question.  They have a specific question

9     with respect to director of researcher a public official under

10    Korean law.  I made that determination as a question of law.  I

11    think it's an appropriate response.  And simply referring them

12    back to Instruction No. 18 doesn't answer the question.

13         MR. KOURY:  If the instruction is clear enough,

14    it should.

15         THE COURT:  Well, the instruction is clear, but

16    they don't understand as a matter of law that they have to

17    follow my instruction.  That's what's missing from the

18    instruction.

19         MR. KOURY:  The Court spent a great deal of time

20    in voir dire telling them they have to follow your instructions

21    whether they --

22         THE COURT:  Counsel, do you have anything else

23    you want to add?

24         MR. KOURY:  No.  I will submit.  Thank you.

25         THE COURT:  So I will -- I will prepare a

```
1    response to each of those questions, and then I will come back

2    out, and you can look at the response.

3              (A recess was taken at 9:34 a.m.)

4              THE COURT:  All right.  We're back on the record.

5    The jury is not present, but all counsel and the defendant are

6    present.

7              Let me ask Shannon to provide counsel with a copy

8    of the responses to each of the notes.

9              All right.  Let's take response to note No. 1.

10   Any objection?

11             MS. KUMAR:  Not from the Government, Your Honor.

12             MR. RAYNOR:  Your Honor, um, as to No. 1, we

13   would also request that the language that we have included in

14   the second paragraph to note No. 2, "As a reminder, you must

15   follow all the Court's instructions and not --"

16             THE COURT:  Go to the lectern, please.

17             MR. RAYNOR:  Your Honor, as to note 1, we would

18   ask that the Court add the same second paragraph that was added

19   to note -- the proposed response to note 2.

20             THE COURT:  All right.  I think it's unnecessary.

21   That's why I included it in juror note No. 2.  It's obvious we

22   are going to bring them in note 1 and 2.  So they will be

23   reading the second one presumably second, and they have the

24   reminder.

25             Anything else as to note No. 1?
```

```
1                    MR. RAYNOR:  No, Your Honor.

2                    THE COURT:  All right.  As to note No. 2?

3                    MS. KUMAR:  No objection from the Government,

4        Your Honor.

5                    THE COURT:  Do you have anything other than what

6        you have already argued?

7                    MR. RAYNOR:  No, Your Honor.

8                    THE COURT:  All right.  Then I will ask Shannon

9        to deliver the responses.

10                   Don't go far.  We certainly have an inquisitive

11       jury.

12              (A recess was taken at 9:48 a.m.)

13                   THE COURT:  We're on the record.  Most of the

14       counsel are present, but the defendant is present.

15                   We received note No. 3 from the jury at 11:07,

16       and they would like a reread of the testimony of Mr. Lee and

17       Mr. Kim.  Mr. Lee is Tai Sup Lee, T-a-u S-u-p L-e-e, and Kim is

18       the, according to the -- as requested by the jury, the Heesong

19       distributor agent, and his name is B-y-u-n-g C-h-e-o-l Kim.

20                   Since we do have a daily, we don't need any time

21       to prepare that testimony.  Mr. Lee's testimony begins on 791,

22       and Mr. Kim's testimony begins on page 823.

23                   So what I intend to do, when all counsel are

24       here, call in the jury and acknowledge that we have received

25       the note, and I will then instruct the jury that the court
```

```
 1    reporter will read the testimony requested, but they're to keep

 2    in mind that they should consider this testimony together with

 3    all the other evidence.  Do not consider it by itself out of

 4    context.  Consider all the evidence together as a whole, and

 5    then ask them to resume their deliberations.

 6                    Any objection to the Court's proposal?

 7                    MR. RAYNOR:  No, Your Honor.

 8                    MS. KUMAR:  No, Your Honor.

 9                    THE COURT:  All right.  We have all counsel

10    present.

11                    Shannon, if you will bring in the jury.

12              (The following proceedings were held in

13              open court in the presence of the jury:)

14                    THE COURT:  All right.  Good morning, ladies and

15    gentlemen.

16                    I received note No. 3 that you'd like the

17    testimony of two witnesses, Mr. Lee and Mr. Kim, read.  So the

18    court reporter is now going to read you, first, the testimony

19    of Mr. Lee.  And then when that's concluded, she will read you

20    the testimony of Mr. Kim.

21              (The record was read.)

22                    THE COURT:  Now let's read the testimony of

23    Mr. Kim.

24              (The record was read.)

25                    THE COURT:  All right.  Ladies and gentlemen,
```

1    that concludes the reading of the testimony that you requested,

2    but I want to give you an instruction.

3              Please keep in mind that you should consider this

4    testimony together with all of the other evidence.  Do not

5    consider it by itself out of context.  Consider all of the

6    evidence together as a whole.

7              I will now ask you to return to the jury room to

8    continue your deliberations.

9         (The following proceedings were held in

10        open court out of the presence of the jury:)

11             THE COURT:  All right.  We will be in recess.

12        (A recess was taken at 12:08 p.m.)

13             THE COURT:  All right.  All counsel and the

14   defendant are present.  The jury is not present.

15             We have a note No. 4 from the jury.  It's been

16   provided to counsel, and that was received at 3:10.  And the

17   note reads, "We reached a verdict on one count, and we're

18   hopelessly deadlocked on five counts."

19             So I will hear from counsel in terms of what we

20   should do.

21             MS. KUMAR:  Your Honor, the Government would ask

22   that the Court just ask the jury to continue deliberating since

23   it is relatively early in deliberations.  They have only been

24   deliberating from approximately 8:15, my understanding is, this

25   morning.  And potentially suggest, if they needed a read back

```
 1   of original jury instructions, read back of testimony, replay

 2   of audio, and then clarification of jury instructions.

 3                 THE COURT:  All right.

 4                 MS. BEDNARSKI:  I would ask the Court to take and

 5   seal a verdict on the one count and then to inquire of the

 6   foreperson, first, by saying don't tell me your split but

 7   inquire whether there's anything that they think would assist

 8   them in deliberating further, and then take a -- excuse the

 9   jury, take a break, talk to us.  We're inclined to ask for an

10   Allen charge depending on what that juror foreperson's

11   responses are.

12                 THE COURT:  All right.  I think that is probably

13   the better suggestion.  Under Rule 31 I have the discretion to

14   accept a partial verdict.  I think that it's appropriate in

15   this case to do so.

16                 I guess then the other question is, if we take

17   the verdict, I can publish the verdict, and then we could ask

18   the foreperson the questions that you suggested which are the

19   questions with respect to whether or not they are, as they

20   indicate in their note, hopelessly deadlocked on the other five

21   counts.  And then if they are, I assume there would be no

22   objection to either an Allen instruction or a mistrial on those

23   counts.

24                 MS. BEDNARSKI:  I guess --

25                 THE COURT:  I don't know what good it does for us
```

**UNITED STATES DISTRICT COURT**

1    to seal the verdict.

2              MS. BEDNARSKI:  I think my only thought about

3    that is that the jury would read nothing into -- the jury would

4    know -- if the verdict was sealed, that they would read then

5    nothing into whether the Court would proceed whether it was

6    guilty or not guilty.  So I suppose, in the same way as not

7    taking a split, it tends not to put a finger on the scale one

8    way or another.  But I can't read their minds.  I don't know if

9    they would read into anything one way or another.

10             THE COURT:  And if I took the verdict -- I could

11   take the verdict, we could publish the verdict, and then I

12   could ask them to go back and continue their deliberations on

13   the remaining counts and tell them that it's been a long day

14   and that they can quit early and go home, get a goodnight

15   sleep, and come back and resume deliberations in the morning.

16   And if they come back in the morning saying they're hopelessly

17   deadlocked, then I could -- at that point in time I could give

18   them the *Allen* instruction.

19             MS. BEDNARSKI:  Can I talk with my team?

20             THE COURT:  Sure.

21        (Counsel confer.)

22             MS. BEDNARSKI:  Your Honor, we're agreeable with

23   your procedure.

24             THE COURT:  Which procedure?  I said a lot of

25   things.

1          MS. BEDNARSKI:  The one where you declare him
2    innocent of all charges and we go home.
3              No.  The procedure where you take the verdict on
4    the one count, publish it, and then, you know, you ask them to
5    continue their deliberations and we take the subject up of the
6    *Allen* charge at some other point in time.
7              THE COURT:  All right.  Is that acceptable to the
8    Government?
9              MS. KUMAR:  It is, Your Honor.
10             THE COURT:  All right.  Let's bring the jury in.
11         (The following proceedings were held in
12         open court in the presence of the jury:)
13             THE COURT:  All right.  Welcome back, ladies and
14    gentlemen.
15             Based upon your note that we received, it appears
16    that you have reached a unanimous verdict on one count.  The
17    note goes on to say, "We're hopelessly deadlocked on five
18    counts."
19             First of all, let me ask the foreperson to
20    identify himself and state his name for the record.
21             JUROR NO. 1:  Brad Kurtz, K-u-r-t-z.
22             THE COURT:  All right.  Let me advise the jury
23    that you do not have to reach a unanimous verdict on all of the
24    charges before returning a verdict on some of the charges.
25    Based upon your note, it appears you have reached a unanimous

1    verdict on at least one of the charges, and you may return a

2    verdict on that charge.  You do not have to do this, but you

3    can do so if you wish.

4            I want to tell you, if you choose to return a

5    verdict on some of the counts or -- in this case, the one count

6    that's referred to in your note, that verdict will be final.

7    You will not be able to change your minds about it later on.

8    So I wanted to make sure that all of the members of the jurors

9    were aware of that.  And if you need to go back to the jury

10   room and deliberate about that issue, I will send you back.  If

11   not, I'm prepared to take the verdict that you have unanimously

12   agreed upon.

13           So let me ask the foreperson, what's your -- do

14   you need to discuss it with your fellow jurors?

15           JUROR NO. 1:  I don't think so.  We don't need to

16   discuss it further.

17           THE COURT:  All right.  Then you have reached a

18   unanimous verdict on one count; is that correct?

19           JUROR NO. 1:  That's correct.

20           THE COURT:  And that's reflected in the verdict

21   form?

22           JUROR NO. 1:  Yes.

23           THE COURT:  All right.  Have you signed the

24   verdict form?

25           JUROR NO. 1:  I will do that.

**UNITED STATES DISTRICT COURT**

1    THE COURT:  All right.  I will now ask you to

2    hand the verdict form to our court security officer.

3    All right.  And I will now ask the courtroom

4    deputy to publish your verdict as to Count 6.

5    THE CLERK:  United States District Court,

6    Central District of California, United States of America versus

7    Heon-Cheol Chi, case number CR 16-824(A)-JFW, verdict form.

8    Count 6, we the jury in the above captioned case

9    unanimously find the defendant Heon-Cheol Chi guilty of

10   engaging in a monetary transaction in property derived from

11   specified unlawful activity, specifically a violation of

12   Article 129 of South Korea's criminal act as charged in the

13   six-count Indictment.  Signed and dated by the jury.

14   THE COURT:  All right.  Members of the jury, is

15   that your verdict of each of you, so say you all?

16   (Jury responds in the affirmative.)

17   THE COURT:  All of the jurors have agreed, yes.

18   Does the defense wish to poll the jury on their

19   guilty verdict on Count 6?

20   MR. KOURY:  Yes, please.

21   THE COURT:  Madam clerk, if you will poll the

22   jury.

23   THE CLERK:  Ladies and gentlemen of the jury, if

24   this is your verdict as read and presented, please say yes.  If

25   it is not, please answer no.

**UNITED STATES DISTRICT COURT**

```
 1              Is this your verdict, Juror No. 1?
 2              JUROR NO. 1:  Yes.
 3              THE CLERK:  Juror No. 2?
 4              JUROR NO. 2:  Yes.
 5              THE CLERK:  Juror No. 3?
 6              JUROR NO. 3:  Yes.
 7              THE CLERK:  Juror No. 4?
 8              JUROR NO. 4:  Yes.
 9              THE CLERK:  Juror No. 5?
10              JUROR NO. 5:  Yes.
11              THE CLERK:  Juror No. 6?
12              JUROR NO. 6:  Yes.
13              THE CLERK:  Juror No. 7?
14              JUROR NO. 7:  Yes.
15              THE CLERK:  Juror No. 8?
16              JUROR NO. 8:  Yes.
17              THE CLERK:  Juror No. 9?
18              JUROR NO. 9:  Yes.
19              THE CLERK:  Juror No. 10?
20              JUROR NO. 10:  Yes.
21              THE CLERK:  Juror No. 11?
22              JUROR NO. 11:  Yes.
23              THE CLERK:  Juror No. 12?
24              JUROR NO. 12:  Yes.
25              THE COURT:  All right.  Actually, let me see
```

1    counsel at sidebar.

2         (The following proceedings were held at sidebar:)

3              THE COURT:  In light of the guilty verdict on

4    Count 6, what does the Government want to do on 1 through 5?

5              MS. KUMAR:  I think we would ask that the Court

6    ask the jury to continue deliberating, but I can confer with

7    counsel.

8              THE COURT:  Why don't you go ahead and confer.

9              MS. KUMAR:  Yes.

10             THE COURT:  It may be appropriate to dispose of

11   1 through 5.

12        (Counsel confer.)

13             MS. KUMAR:  Your Honor, we need approval before

14   any further steps can be taken at this time.  So what we would

15   ask is that the Court let the jury go for tonight, and by

16   tomorrow morning we should be able to have an answer with

17   regards to Counts 1 through 5.  Unfortunately we are not able

18   to do it at the current time.

19             THE COURT:  Okay.

20        (The following proceedings were held in

21        open court in the presence of the jury:)

22             THE COURT:  All right.  Ladies and gentlemen, I

23   appreciate all of your efforts and your hard work today.

24   However, it's been -- it's been a long day, and it's coming up

25   to 4:00 o'clock.

1              What I'm going to ask you all to do is to get a

2    good night sleep and come back in the morning at 8:00 o'clock

3    and continue your deliberations on the other counts to the

4    Indictment.

5              When you come in tomorrow morning and after you

6    deliberate, I will have another instruction prepared for you,

7    but I need some time to discuss that instruction with counsel.

8              So everybody have a safe drive home, and please

9    report back at 8:00 o'clock tomorrow morning.

10             (The following proceedings were held in

11             open court out of the presence of the jury:)

12             THE COURT:  All right.  The jury is not present.

13             What I will ask Shannon to do is to file and

14   record the verdict as to Count 6, and then we will give them a

15   new verdict form tomorrow.  I assume the Government after it

16   discusses -- who do you have to discuss this with?

17             MS. KUMAR:  The criminal chief here, Your Honor,

18   Lawrence Middleton.  As well as --

19             THE COURT:  Why don't you call him up.

20             MS. KUMAR:  -- as well as D.C.  I will do that as

21   soon as I can.

22             THE COURT:  If you can do it now, we don't have

23   to have the jury come back.

24             MS. KUMAR:  If you can give us 30 minutes,

25   Your Honor.  I don't know if he's in his office.  We will

UNITED STATES DISTRICT COURT

```
 1    confirm, and we can come back here and let the Court know and
 2    defense counsel know.
 3              THE COURT:  Well, I guess the -- that means we
 4    have to hold the jury up.  Let me get off the bench.
 5         (A recess was taken at 3:56 p.m.)
 6              THE COURT:  We were able to corral all of the
 7    jurors.  I told them they could deliberate -- I told Shannon to
 8    tell them they can deliberate for another 30 minutes.  Is she
 9    out there calling now?
10              MS. KAMINSKA:  Yes.  It's in progress.
11              THE COURT:  So we will hold on until Shannon is
12    back.
13         (A recess was taken at 4:00 p.m.)
14              THE COURT:  All right.  We're on the record.  All
15    counsel and the defendant are present.  Let me hear from the
16    Government.
17              MS. KUMAR:  Your Honor, the Government has no
18    opposition to, based on the jury's note, the Court declaring a
19    mistrial with regard to Counts 1 through 5.  And we don't
20    anticipate at this time that there would be any retrial, but a
21    formal decision would be made shortly hereafter.
22              THE COURT:  What's the defense position?
23              MS. BEDNARSKI:  Well, Your Honor, we'd like them
24    to continue to deliberate if that's the Government's position.
25              THE COURT:  Okay.  Why is that?  Tomorrow is
```

**UNITED STATES DISTRICT COURT**

```
 1   going to be to go through the whole hopelessly deadlocked
 2   questions.  The verdict on 6 is final.  Aren't we just
 3   postponing the inevitable?
 4              MS. BEDNARSKI:  Well, it seems to me that we
 5   don't want -- we don't think the parties can try the case any
 6   better, and I don't believe that, given the cost of a retrial,
 7   that it would be affordable by Dr. Chi.  And so since the
 8   Government is not telling us whether they would retry him, it
 9   seems to me like there's no better jury than this one to reach
10   a resolution on the charges because the Government is --
11   essentially they're not going to resolve the charges today.
12              THE COURT:  Well, they're not going to resolve
13   them, but they have given an indication they're probably not
14   going to go forward.  It's as equally expensive for the
15   Government to try the case.
16              That's fine.  I will just have Shannon release
17   the jurors and tell them that, per the instructions, to come
18   back at 8:00 o'clock.  It just seems to me they're postponing
19   the inevitable.
20              MR. KOURY:  Can we have another two minutes to
21   discuss it?
22              THE COURT:  Sure.
23         (Counsel confer.)
24              THE COURT:  I understand the Government's
25   position, and that is that these bureaucratically take time.
```

**UNITED STATES DISTRICT COURT**

```
 1   But practically speaking, I think in the middle of the morning
 2   tomorrow we're going to be in the same place.  If your issue is
 3   that you don't think it would be appropriate for me to declare
 4   a mistrial, I understand that.  But ultimately -- obviously at
 5   this point in time I can't declare a mistrial because I haven't
 6   gone through the questions to determine if they're hopelessly
 7   deadlocked.  But certainly I don't see any reason to believe
 8   that, especially given one count out of six, why it's going to
 9   be changed tomorrow.  You can do whatever you want to do.
10           (Counsel confer.)
11                THE COURT:  I guess the only other issue, as long
12   as you're over there coccusing, is we also have the forfeiture
13   allegation.
14                MR. KOURY:  And our position is that that's not
15   something that's going to this jury.
16                THE COURT:  Right.  You're going to try it to the
17   Court.
18                MR. KOURY:  Right.
19                THE COURT:  To the extent -- I don't know the
20   effect of a mistrial versus a dismissal in terms of any
21   forfeiture allegation.  I would assume that the forfeiture
22   prove-up would be as to Count 6 only.
23           (Counsel confer.)
24                MS. BEDNARSKI:  The coccus is over.
25                THE COURT:  All right.
```

958

```
 1              MS. BEDNARSKI:  So I will withdraw our earlier

 2    position.  We're not asking them to continue to deliberate, and

 3    the defense would move for a mistrial on the five remaining

 4    counts.

 5              THE COURT:  All right.  So let me then call in

 6    the jury.  Let's have the alternates come up, and I will thank

 7    them for their service and indicate to them that we are going

 8    to declare a mistrial as to those five counts.

 9              MR. KOURY:  Your Honor, we would like at some

10    point, when the Court is done, have the opportunity to speak to

11    them as well if they're agreeable to that obviously.

12              THE COURT:  Well, I don't know.  That's something

13    else.

14              So as I understand it and just so the record is

15    clear, based upon the note No. 4 from the jury, that they are

16    hopelessly deadlocked on the five counts, that the defense is

17    agreeing to a mistrial.  The defense is making a motion for a

18    mistrial on those five counts, and I'm going to grant that

19    motion for mistrial; is that correct?

20              MS. BEDNARSKI:  Yes.

21              THE COURT:  Is that acceptable to the Government?

22              MS. KUMAR:  It is, Your Honor.

23              THE COURT:  All right.  Then I will grant the

24    defense's motion for mistrial on those five remaining counts.

25              Let's bring in the jury, and I will discharge the
```

```
 1    jury.
 2              (The following proceedings were held in
 3              open court in the presence of the jury:)
 4                   THE COURT:  All right.  The jury is present.
 5                   Welcome back, ladies and gentlemen.  I'm sorry
 6    for the stop and start, but there was a matter I wanted to
 7    discuss with counsel to hopefully prevent -- obviate the need
 8    to come back although I'm sure you all enjoyed driving downtown
 9    today.
10                   In any event, the Court has decided, with the
11    consent of both the Government and the defense, based upon your
12    note, that you're hopelessly deadlocked on all counts except
13    Count 6 which we took the verdict on, I'm going to declare a
14    mistrial on those counts.  As a result, your services will be
15    completed effectively now.
16                   And let me ask counsel is there any reason why
17    the Court should not discharge this jury?
18                   MS. KUMAR:  No, Your Honor.
19                   MR. KOURY:  No, Your Honor.
20                   THE COURT:  All right.  I see that we have our
21    alternates here.
22                   Just to keep you advised of what's happened
23    today, I know it's difficult sitting down there not knowing
24    what's going on, but we have accepted the guilty verdict on
25    Count 6.  The Court has declared a mistrial on the remaining
```

1    counts of the Indictment.  And as you just heard, I am now

2    going to discharge the jury.

3              Now that the case is concluded, I'm going to give

4    you one final instruction, and that is that some of you may

5    have questions about the confidentiality of the proceedings.

6    Many times jurors ask if they're now at liberty to discuss this

7    case with anyone.  Now that the case is over, you are, of

8    course, free to discuss the case with any person you choose.

9              At the same token, however, you are under no

10   obligation whatsoever to discuss this case with any person.  If

11   you do decide to discuss this case, you should bear in mind

12   that your fellow jurors fully and freely stated their opinions

13   with the understanding that they were being expressed in

14   confidence.  I suggest to you that you should please respect

15   the privacy of the views of your fellow jurors.

16             Finally, if you should decide to discuss this

17   case with anyone, you should engage in those discussions

18   keeping in mind that, whatever you do decide to say, you should

19   also be willing to say in the presence of your fellow jurors

20   under oath here in open court in the presence of all of the

21   parties.

22             So with that final instruction, I want to express

23   my appreciation.  I know it was a long week, and it was a long

24   day today, and I want to thank you very much for your service.

25   And you're now free to go.

1          (The following proceedings were held in

2       open court out of the presence of the jury:)

3              THE COURT:  All right.  We need to set a

4    sentencing -- well, we need -- before we set a sentencing date,

5    we need to set a date for the hearing on the forfeiture

6    allegation.

7              Did counsel anticipate it would be done by

8    declaration, or are you going to want a bench trial?  How are

9    you going to want to proceed on the forfeiture allegation, or

10   do you think you will be able to resolve it?

11             MR. KOURY:  I think all three of those are

12   possibilities.  Frankly, we hadn't really discussed it at

13   length, but I would expect that it would probably lean towards

14   either resolution or submitting on the motions.

15             THE COURT:  How much time do you think you're

16   going to need to make that decision?

17             MR. KOURY:  I would ask for a few weeks if the

18   Court would be willing.

19             THE COURT:  All right.  Why don't we do this.

20   Why don't we continue the matter for a status conference.

21   Today is the 17th.  How about if we continue the matter to

22   July 31st at 9:00 a.m. for a status conference, and then you

23   can tell me whether or not you want to proceed by way of bench

24   trial or by affidavit or if you resolved the matter.

25             MR. KOURY:  Your Honor, I'm wondering if the

```
  1    Court would allow us to go one more week to August 7th.
  2                 THE COURT:  Sure.  But then what I will require
  3    you to do is file a joint report on August 1st telling me what
  4    your proposal is.
  5                 MR. KOURY:  Okay.
  6                 THE COURT:  All right.  Is that acceptable?
  7                 MS. KUMAR:  Yes, Your Honor.
  8                 THE COURT:  All right.  Then we need a date for
  9    sentencing so we can start with the preparation of the
 10    presentence report.
 11                 How is October 2nd?
 12                 MS. KUMAR:  Fine for the Government, Your Honor.
 13                 MR. KOURY:  That's fine, Your Honor.
 14                 THE COURT:  All right.  August 2nd at 9:00 a.m.
 15    for sentencing.
 16                 MS. KUMAR:  October?
 17                 MS. BEDNARSKI:  I think you misspoke.
 18                 THE COURT:  What did I say?  August?  October.
 19    October 2nd, 2017, at 9:00 a.m.
 20                 And the final question is the status of the
 21    defendant's bond.  What is his bond?
 22                 MS. BEDNARSKI:  He is on a $350,000 bond secured
 23    by a cash deposit posted by two members of the community,
 24    $50,000 each, and a home with equity in the amount of $150,000
 25    that was posted.  He's on electronic monitoring with a curfew
```

```
 1    residing at the Korean Buddhist Center in Koreatown, and his
 2    curfew is -- he is not allowed after 9:00 p.m. to be out, and
 3    he's not allowed to leave before 7:00 a.m.
 4                 THE COURT:  What's the Government's position?
 5                 MS. KUMAR:  Your Honor, the Government does view
 6    the defendant as a significant flight risk.  He is here but has
 7    no ties to the Central District of California or the
 8    United States.  While we do have his passport, we do believe
 9    there is a flight risk and would otherwise move for him to be
10    remanded.
11                 THE COURT:  All right.  I will grant the
12    Government's motion.
13                 MS. BEDNARSKI:  Your Honor, may I say that the
14    standard for bond pending sentencing or appeal is found in
15    3143.
16                 THE COURT:  I am familiar with it.
17                 MS. BEDNARSKI:  Okay.  And I believe that the
18    record supports that there's clear and convincing evidence that
19    he's neither a flight risk nor a danger to the community.  He
20    has no prior record whatsoever.  He's 59 years old.  He has a
21    Ph.D.  He's a renowned member of the Korean seismological
22    community.  He's well-known in Korea and internationally in
23    that regard.  He went to school at Texas A&M for his Ph.D.  He
24    has a U.S. citizen son, his oldest son.  He's married and has
25    two sons.  And he has obviously tremendous support from his
```

```
 1   workplace.  There's a sound basis to believe that he's still
 2   employed and will be employed.  He has no violations
 3   whatsoever.  He's been on bond for four months and --
 4               THE COURT:  I will tell you what I will do.  I
 5   will let him stay on bond, and we'll have a further hearing on
 6   this on Thursday, July 20th.  And you can each file your
 7   respective positions by noon on Wednesday, and then I will take
 8   a look at them, and I will ask for input from the
 9   Pretrial Services, and then I will make a determination.  So
10   July 20th at -- let's do it at 9:00 a.m. and your filings by
11   the 19th at noon.  And if somebody will contact
12   Pretrial Services and ask them for an updated report, then I
13   will make a determination.  In the meantime, he can remain on
14   his current bond.
15               MS. BEDNARSKI:  I appreciate that.  Thank you.
16               MR. KOURY:  Can I point something out?  This will
17   be in our papers as well.  I don't know if the Court recalls,
18   but early on, when Mr. Chi -- Dr. Chi was in custody, there was
19   an issue with macular degeneration that was occurring.
20               THE COURT:  You spent a great deal of effort with
21   a magistrate court in securing his current release on bond.
22   And I did -- at that point in time, I was interested in terms
23   of why the magistrate judge was -- had agreed to set a bond.
24   And I understood that the Government, perhaps, was going to
25   appeal it.  So I took a look at it, and I remember those
```

```
 1   issues.  I will certainly take a look at them.

 2                MR. KOURY:  The reason I bring it up is I wanted

 3   to inform the Court that Dr. Chi gets ongoing treatment for

 4   that.  His next scheduled appointment is August 3rd.  At that

 5   time he's anticipating he's going to have an injection which is

 6   critical to maintaining the current level of vision so it

 7   doesn't degenerate.

 8                THE COURT:  I appreciate all those issues, and I

 9   will certainly take them into consideration.  But I think I

10   am -- I am obviously concerned.  I will make that determination

11   on the 20th.

12                MS. BEDNARSKI:  Thank you.

13                THE COURT:  All right.  Anything else?

14                MS. KUMAR:  Nothing, Your Honor.  Thank you.

15                MR. RAYNOR:  Your Honor, in terms of a written,

16   um, post-trial Rule 29, in terms of a -- both the hearing date

17   and also deadline to file that, um, um --

18                THE COURT:  Why don't you propose some dates with

19   the Government.

20                MR. RAYNOR:  Very good.

21                THE COURT:  We've got plenty of time.

22                MR. RAYNOR:  Thank you, Your Honor.

23                MS. KUMAR:  Thank you, Your Honor.

24                THE COURT:  Make sure that you pick up your

25   respective exhibits.
```

1        (Proceedings concluded at 4:39 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                         DATED THIS  17TH  DAY OF JULY, 2017.

16

17

18                         /S/ MIRANDA ALGORRI

19                         MIRANDA ALGORRI, CSR NO. 12743, CRR
                           FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**

## $

**$150,000** [1] - 962:24
**$350,000** [1] - 962:22
**$50,000** [1] - 962:24

## /

**/S** [1] - 967:18

## 1

**1** [21] - 936:16, 939:21, 939:23, 940:20, 941:3, 943:9, 943:12, 943:17, 943:22, 943:25, 949:21, 950:15, 950:19, 950:22, 950:25, 952:1, 952:2, 953:4, 953:11, 953:17, 955:19
**10** [3] - 937:25, 952:19, 952:20
**1023** [1] - 938:8
**1029** [1] - 938:8
**107-50** [1] - 933:14
**11** [2] - 952:21, 952:22
**11:07** [1] - 944:15
**12** [3] - 936:17, 952:23, 952:24
**12743** [2] - 932:23, 967:19
**129** [2] - 941:12, 951:12
**12:08** [1] - 946:12
**1400** [1] - 933:9
**16** [1] - 937:16
**16-00824** [1] - 932:7
**16-824(A)-JFW** [1] - 951:7
**17** [5] - 932:13, 934:3, 935:3, 936:1, 937:17
**17TH** [1] - 961:21
**17TH** [1] - 967:15
**18** [10] - 940:4, 940:9, 940:12, 940:16, 940:21, 940:25, 941:4, 941:7, 942:3, 942:12
**19** [2] - 940:1, 940:8
**1980** [1] - 938:9
**19TH** [1] - 964:11
**1ST** [1] - 932:24
**1ST** [1] - 962:3

## 2

**2** [10] - 939:21, 941:6, 942:1, 943:14, 943:19, 943:21, 943:22, 944:2, 952:3, 952:4
**20005** [1] - 933:10
**2017** [6] - 932:13, 934:3, 935:3, 936:1, 962:19, 967:15
**20TH** [3] - 964:6, 964:10, 965:11

## 230

**230** [1] - 933:17
**234** [1] - 933:17
**25** [1] - 937:25
**28** [1] - 967:8
**29** [1] - 965:16
**2:00** [1] - 937:4
**2ND** [3] - 962:11, 962:14, 962:19

## 3

**3** [4] - 944:15, 945:16, 952:5, 952:6
**30** [2] - 954:24, 955:8
**31** [1] - 947:13
**312** [1] - 933:6
**3143** [1] - 963:15
**31ST** [1] - 961:22
**3435** [1] - 933:13
**350** [1] - 932:24
**3:10** [1] - 946:16
**3:56** [1] - 955:5
**3RD** [1] - 965:4

## 4

**4** [4] - 946:15, 952:7, 952:8, 958:15
**4455** [1] - 932:24
**4:00** [2] - 953:25, 955:13
**4:39** [1] - 966:1

## 5

**5** [7] - 932:13, 952:9, 952:10, 953:4, 953:11, 953:17, 955:19
**59** [1] - 963:20

## 6

**6** [12] - 937:16, 951:4, 951:8, 951:19, 952:11, 952:12, 953:4, 954:14, 956:2, 957:22, 959:13, 959:25
**630** [1] - 938:8

## 7

**7** [2] - 952:13, 952:14
**72** [1] - 937:16
**753** [1] - 967:8
**791** [1] - 944:21
**7:00** [1] - 963:3
**7TH** [1] - 962:1

## 8

**8** [2] - 952:15, 952:16

## 8-284

**8-284** [1] - 933:20
**800** [1] - 933:20
**823** [1] - 944:22
**8:00** [3] - 954:2, 954:9, 956:18
**8:12** [2] - 932:14, 936:2
**8:15** [1] - 946:24
**8:17** [1] - 939:15

## 9

**9** [8] - 932:8, 934:3, 935:3, 937:22, 938:23, 952:17, 952:18
**90012** [2] - 932:24, 933:7
**90277** [1] - 933:21
**90405** [1] - 933:14
**91101** [1] - 933:18
**932** [1] - 932:8
**967** [1] - 932:8
**9:00** [5] - 961:22, 962:14, 962:19, 963:2, 964:10
**9:34** [1] - 943:3
**9:48** [1] - 944:12

## A

**A&M** [1] - 963:23
**A.M** [2] - 932:14, 936:2
**A.M** [8] - 939:15, 943:3, 944:12, 961:22, 962:14, 962:19, 963:3, 964:10
**ABLE** [5] - 950:7, 953:16, 953:17, 955:6, 961:10
**ABOVE** [1] - 967:11
**ABOVE-ENTITLED** [1] - 967:11
**ACCEPT** [1] - 947:14
**ACCEPTABLE** [4] - 940:22, 949:7, 958:21, 962:6
**ACCEPTED** [1] - 959:24
**ACCORDING** [1] - 944:18
**ACKNOWLEDGE** [1] - 944:24
**ACT** [1] - 951:12
**ACTING** [1] - 933:4
**ACTIVITY** [1] - 951:11
**ACTS** [1] - 937:21
**ADD** [3] - 939:2, 942:23, 943:18
**ADDED** [1] - 943:18
**ADDITIONAL** [1] - 936:15
**ADVISE** [1] - 949:22
**ADVISED** [1] - 959:22
**ADVOCACY** [2] - 937:18, 938:20
**ADVOCATE** [1] - 937:24
**AFFIDAVIT** [1] - 961:24
**AFFORDABLE** [1] - 956:7
**AGENT** [1] - 944:19

## (continued)

**AGREE** [1] - 940:17
**AGREEABLE** [4] - 940:5, 941:5, 948:22, 958:11
**AGREED** [3] - 950:12, 951:17, 964:23
**AGREEING** [1] - 958:17
**AGREES** [1] - 941:13
**AHEAD** [1] - 953:8
**ALGORRI** [4] - 932:23, 967:5, 967:18, 967:19
**ALLEGATION** [5] - 936:19, 957:13, 957:21, 961:6, 961:9
**ALLEN** [1] - 947:10, 947:22, 948:18, 949:6
**ALLOW** [1] - 962:1
**ALLOWED** [2] - 963:2, 963:3
**ALTERNATES** [2] - 958:6, 959:21
**ALTOGETHER** [1] - 938:23
**AMERICA** [1] - 951:6
**AMERICA** [1] - 932:5
**AMOUNT** [1] - 962:24
**AND** [3] - 967:6, 967:9, 967:11
**ANGELES** [3] - 932:14, 932:24, 936:1
**ANGELES** [1] - 933:7
**ANNA** [1] - 933:9
**ANSWER** [3] - 942:12, 951:25, 953:16
**ANTICIPATE** [2] - 955:20, 961:7
**ANTICIPATING** [1] - 965:5
**APPEAL** [2] - 963:14, 964:25
**APPEARANCES** [1] - 933:1
**APPOINTMENT** [1] - 965:4
**APPRECIATE** [3] - 953:23, 964:15, 965:8
**APPRECIATION** [1] - 960:23
**APPROACH** [1] - 941:14
**APPROPRIATE** [6] - 940:2, 941:8, 942:11, 947:14, 953:10, 957:3
**APPROVAL** [1] - 953:13
**ARGUE** [1] - 938:6
**ARGUED** [1] - 944:6
**ARTICLE** [2] - 941:12, 951:12
**ASSIST** [1] - 947:7
**ASSISTANT** [1] - 933:5
**ASSUME** [3] - 947:21, 954:15, 957:21
**ATTEMPTING** [1] - 940:15
**ATTORNEY** [1] - 933:4, 933:5
**AUDIO** [1] - 947:2

**AUGUST** [5] - 962:1, 963:3, 962:14, 962:18, 965:4
**AVENUE** [1] - 933:9
**AVOID** [2] - 936:14, 936:19
**AWARE** [1] - 950:9

## B

**BASED** [5] - 949:15, 949:25, 955:18, 958:15, 959:11
**BASIS** [1] - 964:1
**BEACH** [1] - 933:21
**BEAR** [1] - 960:11
**BEDNARSKI** [19] - 933:15, 933:16, 947:4, 947:24, 948:2, 948:19, 948:22, 949:1, 955:23, 956:4, 957:24, 958:1, 958:20, 962:17, 962:22, 963:13, 963:17, 964:15, 965:12
**BEGINS** [2] - 944:21, 944:22
**BENCH** [3] - 955:4, 961:8, 961:23
**BETTER** [3] - 947:13, 956:6, 956:9
**BEYOND** [1] - 937:17
**BILL** [1] - 937:16
**BOND** [9] - 962:21, 962:22, 963:14, 964:3, 964:5, 964:14, 964:21, 964:23
**BOULEVARD** [2] - 933:13, 933:17
**BRAD** [1] - 949:21
**BREAK** [1] - 947:9
**BRING** [5] - 943:22, 945:11, 949:10, 958:25, 965:2
**BROWN** [1] - 933:4
**BUDDHIST** [1] - 963:1
**BUREAUCRATICALLY** [1] - 956:25
**BY** [7] - 933:5, 933:8, 933:9, 933:13, 933:16, 933:16, 933:19
**BYUNG** [1] - 944:19

## C

**CALIFORNIA** [5] - 932:2, 932:14, 932:24, 936:1, 967:7
**CALIFORNIA** [6] - 933:7, 933:14, 933:18, 933:21, 951:6, 963:7
**CAPTIONED** [1] - 951:8
**CASE** [15] - 938:7, 938:9, 947:15, 950:5, 951:7, 951:8, 956:5, 956:15, 960:3, 960:7, 960:8, 960:10, 960:11, 960:17

**CASE** [1] - 932:6
**CASH** [1] - 962:23
**CAUTIONARY** [2] - 938:11, 939:10
**CENTER** [1] - 963:1
**CENTRAL** [2] - 932:2, 967:7
**CENTRAL** [2] - 951:6, 963:7
**CERTAINLY** [5] - 939:23, 944:10, 957:7, 965:1, 965:9
**CERTIFICATE** [1] - 967:1
**CERTIFIED** [1] - 933:22
**CERTIFY** [1] - 967:7
**CHANCE** [1] - 938:21
**CHANGE** [1] - 957:2
**CHANGED** [1] - 957:9
**CHARGE** [4] - 937:21, 947:10, 949:6, 950:2
**CHARGED** [1] - 951:12
**CHARGES** [8] - 938:15, 949:2, 949:24, 950:1, 956:10, 956:11
**CHART** [1] - 938:16
**CHEOL** [2] - 951:7, 951:9
**CHEOL** [2] - 932:8, 944:19
**CHI** [7] - 936:8, 951:7, 951:9, 956:7, 964:18, 965:3
**CHI** [1] - 932:8
**CHIEF** [1] - 954:17
**CHOOSE** [2] - 950:4, 960:8
**CHRONOLOGICAL** [1] - 934:5
**CIRCUIT** [1] - 938:9
**CITE** [1] - 938:7
**CITIZEN** [1] - 963:24
**CLARIFICATION** [1] - 947:2
**CLEAR** [4] - 942:13, 942:15, 958:15, 963:18
**CLERK** [14] - 936:7, 951:5, 951:23, 952:3, 952:5, 952:7, 952:9, 952:11, 952:13, 952:15, 952:17, 952:19, 952:21, 952:23
**CLERK** [1] - 951:21
**COAST** [1] - 933:20
**COCCUS** [1] - 957:24
**COCCUSING** [1] - 957:12
**CODE** [1] - 967:8
**COLORADO** [1] - 933:17
**COMING** [1] - 953:24
**COMMUNITY** [3] - 962:23, 963:19, 963:22
**COMPLETED** [1] - 959:15
**CONCERNED** [2] - 938:19, 965:10
**CONCLUDED** [3] - 945:19, 960:3, 966:1
**CONCLUDES** [1] - 946:1

**CONCLUSION** [1] - 936:20
**CONFER** [7] - 948:21, 953:6, 953:8, 953:12, 956:23, 957:10, 957:23
**CONFERENCE** [1] - 967:12
**CONFERENCE** [2] - 961:20, 961:22
**CONFIDENCE** [1] - 960:14
**CONFIDENTIALITY** [1] - 960:5
**CONFIRM** [2] - 937:1, 955:1
**CONFORMANCE** [1] - 967:12
**CONFUSION** [2] - 936:14, 936:19
**CONSENT** [1] - 959:11
**CONSIDER** [8] - 941:23, 942:2, 945:2, 945:3, 945:4, 946:3, 946:5
**CONSIDERATION** [1] - 965:9
**CONTACT** [1] - 964:11
**CONTEXT** [2] - 945:4, 946:5
**CONTINUE** [12] - 937:13, 941:17, 946:8, 946:22, 948:12, 949:5, 953:6, 954:3, 955:24, 958:2, 961:20, 961:21
**CONTINUES** [1] - 938:1
**CONVINCING** [1] - 963:18
**COPIES** [1] - 939:4
**COPY** [5] - 937:8, 939:5, 939:7, 939:21, 943:7
**CORRAL** [1] - 955:6
**CORRECT** [1] - 967:9
**CORRECT** [5] - 938:5, 940:9, 950:18, 950:19, 958:19
**COST** [1] - 956:6
**COUNSEL** [30] - 936:7, 937:2, 937:5, 937:9, 939:18, 939:21, 939:24, 940:18, 942:22, 943:5, 943:7, 944:14, 944:23, 945:9, 946:13, 946:16, 946:19, 948:21, 953:1, 953:7, 953:12, 954:7, 955:2, 955:15, 956:23, 957:10, 957:23, 959:7, 959:16, 961:7
**COUNSEL** [1] - 933:1
**COUNT** [8] - 951:4, 951:8, 951:19, 953:4, 954:14, 957:22, 959:13, 959:25
**COUNT** [8] - 946:17, 947:5, 949:4, 949:16, 950:5, 950:18, 951:13, 957:8
**COUNTS** [16] - 938:17, 946:18, 947:21, 947:23, 948:13, 949:18, 950:5,

954:3, 958:4, 958:8, 958:16, 958:18, 958:24, 959:12, 959:14, 960:1
**COUNTS** [1] - 953:17, 955:19
**COURSE** [2] - 938:9, 960:8
**COURT** [100] - 932:1, 932:23, 936:23, 937:1, 938:3, 938:24, 939:1, 939:4, 939:12, 939:18, 940:10, 940:14, 940:18, 941:2, 941:6, 941:19, 941:25, 942:6, 942:15, 942:22, 942:25, 943:4, 943:16, 943:20, 944:2, 944:5, 944:8, 944:13, 945:9, 945:14, 945:22, 945:25, 946:11, 946:13, 947:3, 947:12, 947:25, 948:10, 948:20, 948:24, 949:7, 949:10, 949:13, 949:22, 950:17, 950:20, 950:23, 951:1, 951:14, 951:17, 951:21, 952:25, 953:3, 953:8, 953:10, 953:19, 953:22, 954:12, 954:19, 954:22, 955:3, 955:6, 955:11, 955:14, 955:22, 955:25, 956:12, 956:22, 956:24, 957:11, 957:16, 957:19, 957:25, 958:5, 958:12, 958:21, 958:23, 959:4, 959:20, 961:3, 961:15, 961:19, 962:2, 962:6, 962:8, 962:14, 962:18, 963:4, 963:11, 963:16, 964:4, 964:20, 965:8, 965:13, 965:18, 965:21, 965:24, 967:6, 967:19
**COURT** [33] - 937:6, 938:7, 938:17, 939:10, 939:13, 940:7, 940:8, 940:11, 940:24, 940:25, 941:9, 941:22, 942:2, 942:4, 942:19, 943:18, 946:22, 947:4, 948:5, 951:5, 953:5, 953:15, 955:1, 955:18, 957:17, 958:10, 959:10, 959:17, 959:25, 961:18, 962:1, 964:17, 965:3
**COURT** [14] - 936:6, 939:17, 944:25, 945:13, 945:18, 946:10, 949:12, 951:2, 953:21, 954:11, 959:3, 960:20, 961:2, 964:21
**COURT'S** [11] - 936:13, 940:1, 940:3, 940:16, 940:21, 941:4, 941:7, 941:10, 941:14, 943:15, 945:6

COURTHOUSE [1] - 933:6
COURTROOM [1] - 951:3
CR [2] - 932:7, 951:7
CRIMINAL [2] - 951:12, 954:17
CRIMINALLY [1] - 940:2
CRITICAL [1] - 965:6
CRR [2] - 932:23, 967:19
CSR [2] - 932:23, 967:19
CURFEW [2] - 962:25, 963:2
CURRENT [4] - 953:18, 964:14, 964:21, 965:6
CUSTODY [1] - 964:18

**D**

D.C [1] - 933:10, 954:20
DAILY [1] - 944:20
DANGER [1] - 963:19
DATE [4] - 961:4, 961:5, 962:8, 965:16
DATED [1] - 951:13
DATED [1] - 967:15
DATES [1] - 965:18
DAVID [1] - 933:8
DAY [2] - 932:13, 967:15
DEADLINE [1] - 965:17
DEADLOCKED [8] - 946:18, 947:20, 948:17, 949:17, 956:1, 957:7, 958:16, 959:12
DEAL [2] - 942:19, 964:20
DEALS [1] - 940:13
DECIDE [3] - 960:11, 960:16, 960:18
DECIDED [1] - 959:10
DECISION [2] - 955:21, 961:16
DECLARATION [1] - 961:8
DECLARE [5] - 949:1, 957:3, 957:5, 958:8, 959:13
DECLARED [1] - 959:25
DECLARING [1] - 955:18
DEFENDANT [1] - 933:11
DEFENDANT [10] - 936:8, 936:17, 936:21, 939:19, 943:5, 944:14, 946:14, 951:9, 955:15, 963:6
DEFENDANT [1] - 932:9
DEFENDANT'S [1] - 962:21
DEFENSE [8] - 938:18, 951:18, 955:2, 955:22, 958:3, 958:16, 958:17, 959:11
DEFENSE'S [1] - 958:24
DEGENERATE [1] - 965:7
DEGENERATION [1] - 964:19
DELIBERATE [6] - 950:10,

954:6, 955:7, 955:8, 955:24, 958:2
DELIBERATING [4] - 946:22, 946:24, 947:8, 953:6
DELIBERATIONS [7] - 945:5, 946:8, 946:23, 948:12, 948:15, 949:5, 954:3
DELIVER [5] - 937:7, 937:9, 939:5, 939:6, 944:9
DELIVERED [1] - 937:8
DEPARTMENT [1] - 933:8
DEPOSIT [1] - 962:23
DEPUTY [1] - 951:4
DERIVED [2] - 940:2, 951:10
DESCRIBED [1] - 937:14
DETERMINATION [5] - 941:9, 942:10, 964:9, 964:13, 965:10
DETERMINE [1] - 957:6
DETERMINED [1] - 941:17
DIFFICULT [1] - 959:23
DIRE [1] - 942:20
DIRECTOR [2] - 941:11, 942:9
DISCHARGE [3] - 958:25, 959:17, 960:2
DISCRETION [1] - 947:13
DISCUSS [11] - 950:14, 950:16, 954:7, 954:16, 956:21, 959:7, 960:6, 960:8, 960:10, 960:11, 960:16
DISCUSSED [1] - 961:12
DISCUSSES [1] - 954:16
DISCUSSIONS [1] - 960:17
DISMISSAL [1] - 957:20
DISPOSE [1] - 953:10
DISTRIBUTOR [1] - 944:19
DISTRICT [5] - 932:1, 932:2, 932:3, 967:6, 967:7
DISTRICT [3] - 951:5, 951:6, 963:7
DIVISION [1] - 932:2
DO [1] - 967:7
DOCKET [1] - 937:16
DONE [2] - 958:10, 961:7
DOWN [1] - 959:23
DOWNTOWN [1] - 959:8
DR [3] - 956:7, 964:18, 965:3
DRAFT [2] - 940:19
DRIVE [1] - 954:8
DRIVING [1] - 959:8

**E**

E-MAILS [3] - 937:23, 938:2, 938:3
EARLY [3] - 946:23, 948:14, 964:18

EAST [1] - 933:17
EFFECT [2] - 940:13, 957:20
EFFECTIVELY [1] - 959:15
EFFORT [1] - 964:20
EFFORTS [1] - 953:23
EITHER [3] - 938:16, 947:22, 961:14
ELECTRONIC [1] - 962:25
ELEMENT [1] - 940:1
EMPHASIS [1] - 942:5
EMPLOYED [2] - 964:2
ENGAGE [1] - 960:17
ENGAGING [1] - 951:10
ENJOYED [1] - 959:8
ENTIRE [1] - 937:22
ENTITLED [1] - 967:11
EQUALLY [1] - 956:14
EQUITY [1] - 962:24
ESPECIALLY [1] - 957:8
ESSENTIALLY [5] - 937:18, 937:21, 938:6, 938:20, 956:11
EVD [1] - 935:5
EVENT [1] - 959:10
EVIDENCE [6] - 938:4, 945:3, 945:4, 946:4, 946:6, 963:18
EVIDENTIARY [1] - 937:22
EXAMPLE [1] - 937:25
EXAMPLES [1] - 937:23
EXCEPT [1] - 959:12
EXCUSE [1] - 947:8
EXHIBITS [1] - 965:25
EXHIBITS [1] - 935:1
EXHIBITS [1] - 935:5
EXPECT [1] - 961:13
EXPENSIVE [1] - 956:14
EXPRESS [1] - 960:22
EXPRESSED [1] - 960:13
EXTENT [1] - 957:19

**F**

F.2D [1] - 938:8
FAMILIAR [1] - 963:16
FAR [2] - 942:1, 944:10
FEDERAL [3] - 932:23, 967:5, 967:19
FELLOW [2] - 950:14, 960:12, 960:15, 960:19
FEW [2] - 936:15, 961:17
FILE [4] - 954:13, 962:3, 964:6, 965:17
FILINGS [1] - 964:10
FINAL [5] - 950:6, 956:2, 960:4, 960:22, 962:20
FINALLY [1] - 960:16
FINE [3] - 956:16, 962:12,

962:13
FINGER [1] - 948:7
FIRST [5] - 937:1, 939:24, 945:18, 947:6, 949:19
FIRST [4] - 936:11, 937:2, 937:6, 939:6
FIRST-SUPERSEDING [4] - 936:11, 937:2, 937:6, 939:6
FIVE [8] - 946:18, 947:20, 949:17, 958:3, 958:8, 958:16, 958:18, 958:24
FLIGHT [3] - 963:6, 963:9, 963:19
FOLLOW [4] - 941:10, 942:17, 942:20, 943:15
FOLLOWING [11] - 936:5, 939:16, 941:8, 945:12, 946:9, 949:11, 953:2, 953:20, 954:10, 959:2, 961:1
FOR [4] - 933:3, 933:11, 967:6
FOREGOING [1] - 967:9
FOREPERSON [4] - 947:6, 947:18, 949:19, 950:13
FOREPERSON'S [1] - 947:10
FORFEITURE [6] - 936:19, 957:12, 957:21, 961:5, 961:9
FORM [5] - 950:21, 950:24, 951:2, 951:7, 954:15
FORMAL [1] - 955:21
FORMAT [1] - 967:11
FORWARD [1] - 956:14
FOUR [1] - 964:3
FOURTH [1] - 939:25
FRAME [1] - 941:20
FRANKLY [1] - 961:12
FREE [2] - 960:8, 960:25
FREELY [1] - 960:12
FUHR [1] - 933:8
FULLY [1] - 960:12
FUNDS [1] - 936:17

**G**

GENTLEMEN [6] - 945:15, 945:25, 949:14, 951:23, 953:22, 959:5
GIVEN [5] - 936:13, 938:16, 956:6, 956:13, 957:8
GOODNIGHT [1] - 948:14
GOVERNMENT [24] - 936:14, 937:14, 937:24, 938:6, 939:1, 940:6, 941:13, 943:11, 944:3, 946:21, 949:8, 953:4, 954:15, 955:16, 955:17, 956:8, 956:10, 956:15, 958:21, 959:11, 962:12, 963:5, 964:24, 965:19

**GOVERNMENT'S** [4] - 955:24, 956:24, 963:4, 963:12
**GRANT** [3] - 958:18, 958:23, 963:11
**GREAT** [2] - 942:19, 964:20
**GUESS** [4] - 947:16, 947:24, 955:3, 957:11
**GUILTY** [6] - 948:6, 951:9, 951:19, 953:3, 959:24

# H

**HAND** [1] - 951:2
**HARD** [1] - 953:23
**HEAR** [3] - 939:23, 946:19, 955:15
**HEARD** [1] - 960:1
**HEARING** [3] - 961:5, 964:5, 965:16
**HEESONG** [1] - 944:18
**HELD** [10] - 936:5, 939:16, 945:12, 946:9, 949:11, 953:2, 953:20, 954:10, 959:2, 961:1
**HELD** [1] - 967:10
**HEON** [1] - 932:8
**HEON** [2] - 951:7, 951:9
**HEON-CHEOL** [1] - 932:8
**HEON-CHEOL** [2] - 951:7, 951:9
**HEREAFTER** [1] - 955:21
**HEREBY** [1] - 967:7
**HIGHLIGHTING** [1] - 942:4
**HIGHWAY** [1] - 933:20
**HIMSELF** [1] - 949:20
**HOLD** [2] - 955:4, 955:11
**HOME** [5] - 937:4, 948:14, 949:2, 954:8, 962:24
**HONOR** [41] - 936:12, 937:12, 937:13, 939:3, 939:8, 939:9, 940:5, 940:23, 941:13, 941:15, 942:1, 943:11, 943:12, 943:17, 944:1, 944:4, 944:7, 945:7, 945:8, 946:21, 948:22, 949:9, 953:13, 954:17, 954:25, 955:17, 955:23, 958:9, 958:22, 959:18, 959:19, 961:25, 962:7, 962:12, 962:13, 963:5, 963:13, 965:14, 965:15, 965:22, 965:23
**HONORABLE** [1] - 932:3
**HOPEFULLY** [1] - 959:7
**HOPELESSLY** [8] - 946:18, 947:20, 948:16, 949:17, 956:1, 957:6, 958:16, 959:12

# I

**ID** [1] - 935:5
**IDENTIFY** [1] - 949:20
**IMPRISONMENT** [1] - 936:16
**IN** [3] - 967:6, 967:10, 967:11
**INCLINED** [1] - 947:9
**INCLUDED** [3] - 939:12, 943:13, 943:21
**INCLUDES** [1] - 936:18
**INDEX** [1] - 934:5
**INDICATE** [2] - 947:20, 958:7
**INDICATION** [1] - 956:13
**INDICTMENT** [13] - 936:11, 937:2, 937:6, 937:14, 937:15, 938:13, 938:18, 939:5, 939:6, 951:13, 954:4, 960:1
**INDICTMENTS** [1] - 938:10
**INDIVIDUAL** [1] - 938:15
**INEVITABLE** [2] - 956:3, 956:19
**INFORM** [1] - 965:3
**INFORMATION** [1] - 937:5
**INJECTION** [1] - 965:5
**INNOCENT** [1] - 949:2
**INPUT** [1] - 964:8
**INQUIRE** [2] - 947:5, 947:7
**INQUISITIVE** [1] - 944:10
**INSTRUCT** [2] - 941:2, 944:25
**INSTRUCTION** [20] - 938:11, 939:11, 940:1, 940:12, 941:10, 941:16, 941:22, 941:24, 942:7, 942:13, 942:15, 942:17, 942:18, 946:2, 947:22, 948:18, 954:6, 954:7, 960:4, 960:22
**INSTRUCTION** [11] - 940:1, 940:4, 940:9, 940:12, 940:16, 940:21, 940:25, 941:4, 941:7, 942:3, 942:12
**INSTRUCTIONS** [7] - 939:13, 941:23, 942:20, 943:15, 947:1, 947:2, 956:17
**INTEND** [2] - 940:15, 944:23
**INTENDING** [1] - 940:25
**INTERESTED** [1] - 964:22
**INTERNATIONALLY** [1] - 963:22
**INTERPRETER** [1] - 933:22
**IS** [2] - 967:9, 967:11
**ISSUE** [8] - 936:10, 937:5, 938:12, 940:13, 950:10, 957:2, 957:11, 964:19

**ISSUES** [3] - 937:11, 965:1, 965:8
**ITEMS** [1] - 936:21
**ITSELF** [2] - 945:3, 946:5

# J

**JOEL** [2] - 933:12, 933:13
**JOHN** [1] - 932:3
**JOINT** [1] - 962:3
**JUDGE** [1] - 964:23
**JUDGE** [1] - 932:3
**JUDICIAL** [1] - 967:12
**JULY** [3] - 961:22, 964:6, 964:10
**JULY** [5] - 932:13, 934:3, 935:3, 936:1, 967:15
**JUROR** [4] - 943:21, 947:10, 952:3, 952:11
**JUROR** [17] - 949:21, 950:15, 950:19, 950:22, 950:25, 952:2, 952:4, 952:6, 952:8, 952:10, 952:12, 952:14, 952:16, 952:18, 952:20, 952:22, 952:24
**JUROR** [10] - 952:1, 952:5, 952:7, 952:9, 952:13, 952:15, 952:17, 952:19, 952:21, 952:23
**JURORS** [11] - 938:14, 941:23, 950:8, 950:14, 951:17, 955:7, 956:17, 960:6, 960:12, 960:15, 960:19
**JURY** [65] - 936:6, 936:8, 936:11, 936:14, 936:20, 937:3, 937:7, 937:10, 937:19, 938:10, 939:7, 939:13, 939:17, 939:20, 939:25, 940:3, 942:2, 943:5, 944:11, 944:15, 944:18, 944:24, 944:25, 945:11, 945:13, 946:7, 946:10, 946:14, 946:15, 946:22, 947:1, 947:2, 947:9, 948:3, 949:10, 949:12, 949:22, 950:9, 951:8, 951:13, 951:14, 951:16, 951:18, 951:22, 951:23, 953:6, 953:15, 953:21, 954:11, 954:12, 954:23, 955:4, 956:9, 957:15, 958:6, 958:15, 958:25, 959:1, 959:3, 959:4, 959:17, 960:2, 961:2
**JURY'S** [2] - 941:20, 955:18
**JUSTICE** [1] - 933:8

# K

**K-U-R-T-Z** [1] - 949:21
**KAMINSKA** [2] - 933:9, 955:10
**KATHY** [1] - 933:23
**KAYE** [1] - 933:15
**KEEP** [3] - 945:1, 946:3, 959:22
**KEEPING** [1] - 960:18
**KEVIN** [1] - 933:16
**KIGAM** [1] - 941:11
**KIM** [6] - 944:17, 944:19, 945:17, 945:20, 945:23
**KIM'S** [1] - 944:22
**KNOWING** [1] - 959:23
**KNOWN** [1] - 963:22
**KOREA** [1] - 963:22
**KOREA'S** [1] - 951:12
**KOREAN** [3] - 942:10, 963:1, 963:21
**KOREAN** [1] - 933:22
**KOREATOWN** [1] - 963:1
**KOURY** [24] - 933:12, 933:13, 940:7, 940:11, 940:17, 940:24, 941:5, 942:1, 942:13, 942:19, 942:24, 951:20, 956:20, 957:14, 957:18, 958:9, 959:19, 961:11, 961:17, 961:25, 962:5, 962:13, 964:16, 965:2
**KUMAR** [28] - 933:5, 936:12, 936:25, 939:3, 939:8, 940:5, 940:23, 941:13, 943:11, 944:3, 945:8, 946:21, 949:9, 953:5, 953:9, 953:13, 954:17, 954:20, 954:24, 955:17, 958:22, 959:18, 962:7, 962:12, 962:16, 963:5, 965:14, 965:23
**KURTZ** [1] - 949:21

# L

**LADIES** [6] - 945:14, 945:25, 949:13, 951:23, 953:22, 959:5
**LAHUE** [1] - 933:16
**LANGUAGE** [2] - 940:24, 943:13
**LAW** [2] - 933:12, 933:19
**LAW** [6] - 941:10, 941:16, 941:17, 942:10, 942:16
**LAWRENCE** [1] - 954:18
**LEAN** [1] - 961:13
**LEAST** [1] - 950:1
**LEAVE** [1] - 963:3
**LECTERN** [1] - 943:16

**LEE** [5] - 944:16, 944:17, 945:17, 945:19
**LEE** [1] - 944:17
**LEE'S** [1] - 944:21
**LENGTH** [1] - 961:13
**LEVEL** [1] - 965:6
**LIBERTY** [1] - 960:6
**LIGHT** [1] - 953:3
**LINE** [2] - 937:17, 937:25
**LISTING** [1] - 938:2
**LISTS** [1] - 938:17
**LITT** [1] - 933:15
**LLP** [1] - 933:15
**LOOK** [4] - 943:2, 964:8, 964:25, 965:1
**LOS** [3] - 932:14, 932:24, 936:1
**LOS** [1] - 933:7

## M

**MACULAR** [1] - 964:19
**MADAM** [1] - 951:21
**MAGISTRATE** [2] - 964:21, 964:23
**MAILS** [3] - 937:23, 938:2, 938:3
**MAINTAINING** [1] - 965:6
**MANNER** [1] - 936:17
**MARILYN** [1] - 933:16
**MARRIED** [1] - 963:24
**MASSAGES** [1] - 936:18
**MATTER** [1] - 967:11
**MATTER** [8] - 941:9, 941:16, 941:17, 942:16, 959:6, 961:20, 961:21, 961:24
**MCLANE** [1] - 933:15
**MEANS** [1] - 955:3
**MEANTIME** [1] - 964:13
**MEMBER** [1] - 963:21
**MEMBERS** [3] - 950:8, 951:14, 962:23
**MIDDLE** [1] - 957:1
**MIDDLETON** [1] - 954:18
**MIND** [4] - 945:2, 946:3, 960:11, 960:18
**MINDS** [2] - 948:8, 950:7
**MINUTES** [3] - 954:24, 955:8, 956:20
**MIRANDA** [4] - 932:23, 967:5, 967:18, 967:19
**MIRANDAALGORRI@GMAIL.COM** [1] - 932:25
**MISSING** [1] - 942:17
**MISSPEAK** [1] - 940:14
**MISSPOKE** [2] - 940:7, 962:17
**MISTRIAL** [13] - 947:22, 955:19, 957:4, 957:5,

957:20, 958:3, 958:8, 958:17, 958:18, 958:19, 958:24, 959:14, 959:25
**MONDAY** [4] - 932:13, 934:3, 935:3, 936:1
**MONETARY** [1] - 951:10
**MONICA** [1] - 933:14
**MONITORING** [1] - 962:25
**MONTHS** [1] - 964:3
**MORNING** [9] - 945:14, 946:25, 948:15, 948:16, 953:16, 954:2, 954:5, 954:9, 957:1
**MOST** [1] - 944:13
**MOTION** [4] - 958:17, 958:19, 958:24, 963:12
**MOTIONS** [1] - 961:14
**MOVE** [2] - 958:3, 963:9
**MR** [36] - 937:12, 938:5, 938:25, 939:9, 940:7, 940:11, 940:17, 940:24, 941:5, 941:15, 941:21, 942:1, 942:13, 942:19, 942:24, 943:12, 943:17, 944:1, 944:7, 945:7, 951:20, 956:20, 957:14, 957:18, 958:9, 959:19, 961:11, 961:17, 961:25, 962:5, 962:13, 964:16, 965:2, 965:15, 965:20, 965:22
**MS** [45] - 936:12, 936:25, 939:3, 939:8, 940:5, 940:23, 941:13, 943:11, 944:3, 945:8, 946:21, 947:4, 947:24, 948:2, 948:19, 948:22, 949:1, 949:9, 953:5, 953:9, 953:13, 954:17, 954:20, 954:24, 955:10, 955:17, 955:23, 956:4, 957:24, 958:1, 958:20, 958:22, 959:18, 962:7, 962:12, 962:16, 962:17, 962:22, 963:5, 963:13, 963:17, 964:15, 965:12, 965:14, 965:23
**MUMFORD** [1] - 938:8
**MUST** [2] - 941:10, 943:14

## N

**NAME** [2] - 944:19, 949:20
**NATURE** [1] - 937:22
**NEED** [12] - 944:20, 950:9, 950:14, 950:15, 953:13, 954:7, 959:7, 961:3, 961:4, 961:5, 961:16, 962:8
**NEEDED** [1] - 946:25
**NEW** [1] - 954:15
**NEW** [1] - 933:9
**NEXT** [1] - 965:4

**NIGHT** [1] - 954:2
**NO** [18] - 949:21, 950:15, 950:19, 950:22, 950:25, 952:2, 952:4, 952:6, 952:8, 952:10, 952:12, 952:14, 952:16, 952:18, 952:20, 952:22, 952:24, 967:19
**NONE** [2] - 934:10, 935:8
**NONRESPONSIVE** [1] - 942:8
**NOON** [2] - 964:7, 964:11
**NORTH** [1] - 933:6
**NOTE** [10] - 939:20, 939:21, 939:23, 940:3, 940:20, 941:3, 941:6, 943:9, 943:14, 943:17, 943:19, 943:21, 943:22, 943:25, 944:2, 944:15, 944:25, 945:16, 946:15, 946:17, 947:20, 949:15, 949:17, 949:25, 950:6, 955:18, 958:15, 959:12
**NOTES** [3] - 939:20, 939:22, 943:8
**NOTHING** [3] - 948:3, 948:5, 965:14
**NUMBER** [1] - 951:7
**NW** [1] - 933:9

## O

**O'CLOCK** [5] - 937:4, 953:25, 954:2, 954:9, 956:18
**OATH** [1] - 960:20
**OBJECT** [2] - 937:13, 941:17
**OBJECTED** [2] - 938:18, 941:16
**OBJECTION** [6] - 936:22, 941:19, 943:10, 944:3, 945:6, 947:22
**OBLIGATION** [1] - 960:10
**OBVIATE** [1] - 959:7
**OBVIOUS** [1] - 943:21
**OBVIOUSLY** [4] - 957:4, 958:11, 963:25, 965:10
**OCCURRING** [1] - 964:19
**OCEAN** [1] - 933:13
**OCTOBER** [4] - 962:11, 962:16, 962:18, 962:19
**OF** [13] - 932:2, 932:5, 932:12, 933:1, 933:8, 933:12, 933:19, 967:1, 967:7, 967:9, 967:12, 967:15
**OFFICE** [1] - 954:25
**OFFICER** [1] - 951:2
**OFFICES** [2] - 933:12, 933:19
**OFFICIAL** [2] - 941:11, 942:9

**OFFICIAL** [4] - 932:23, 967:1, 967:5, 967:19
**OLD** [1] - 963:20
**OLDEST** [1] - 963:24
**ONE** [15] - 943:23, 946:17, 947:5, 948:7, 948:9, 949:1, 949:4, 949:16, 950:1, 950:5, 950:18, 956:9, 957:8, 960:4, 962:1
**ONGOING** [1] - 965:3
**OPEN** [10] - 936:6, 939:17, 945:13, 946:10, 949:12, 953:21, 954:11, 959:3, 960:20, 961:2
**OPINIONS** [1] - 960:12
**OPPORTUNITY** [5] - 937:19, 937:24, 938:6, 938:20, 958:10
**OPPOSITION** [2] - 937:16, 955:18
**ORIGINAL** [1] - 947:1
**OTHERWISE** [1] - 963:9
**OVERT** [1] - 937:20

## P

**P.M** [5] - 946:12, 955:5, 955:13, 963:2, 966:1
**PACIFIC** [1] - 933:20
**PAGE** [1] - 967:11
**PAGE** [3] - 937:16, 938:8, 944:22
**PAGE** [1] - 934:7
**PAGES** [1] - 932:8
**PAPERS** [1] - 964:17
**PARAGRAPH** [8] - 936:16, 936:17, 937:22, 937:25, 938:23, 943:14, 943:18
**PARK** [1] - 933:13
**PART** [3] - 936:14, 936:19, 937:21
**PARTIAL** [1] - 947:14
**PARTICULAR** [4] - 937:20, 938:7, 941:24, 942:5
**PARTICULARLY** [2] - 936:15, 938:19
**PARTICULARS** [1] - 937:16
**PARTIES** [2] - 956:5, 960:21
**PASADENA** [1] - 933:18
**PASSPORT** [1] - 963:8
**PENDING** [1] - 963:14
**PER** [1] - 956:17
**PERHAPS** [1] - 964:24
**PERMISSIBLE** [1] - 938:10
**PERSON** [2] - 960:8, 960:10
**PH.D** [2] - 963:21, 963:23
**PICK** [1] - 965:24
**PLACE** [1] - 957:2

**PLAINTIFF** [1] - 932:6
**PLAINTIFF** [1] - 933:3
**PLEADING** [1] - 937:17
**PLENTY** [1] - 965:21
**POINT** [6] - 948:17, 949:6, 957:5, 958:10, 964:16, 964:22
**POLL** [2] - 951:18, 951:21
**POONAM** [1] - 933:5
**POSITION** [6] - 955:22, 955:24, 956:25, 957:14, 958:2, 963:4
**POSITIONS** [1] - 964:7
**POSSIBILITIES** [1] - 961:12
**POST** [1] - 965:16
**POST-TRIAL** [1] - 965:16
**POSTED** [2] - 962:23, 962:25
**POSTPONING** [2] - 956:3, 956:18
**POTENTIAL** [1] - 938:12
**POTENTIALLY** [1] - 946:25
**PRACTICALLY** [1] - 957:1
**PREJUDICE** [1] - 938:13
**PREPARATION** [1] - 962:9
**PREPARE** [2] - 942:25, 944:21
**PREPARED** [2] - 950:11, 954:6
**PRESENCE** [11] - 936:6, 939:17, 945:13, 946:10, 949:12, 953:21, 954:11, 959:3, 960:19, 960:20, 961:2
**PRESENT** [15] - 936:7, 936:8, 936:9, 939:18, 939:19, 943:5, 943:6, 944:14, 945:10, 946:14, 954:12, 955:15, 959:4
**PRESENTED** [1] - 951:24
**PRESENTENCE** [1] - 962:10
**PRESUMABLY** [1] - 943:23
**PRETRIAL** [2] - 964:9, 964:12
**PREVENT** [1] - 959:7
**PRIVACY** [1] - 960:15
**PROCEDURE** [3] - 948:23, 948:24, 949:3
**PROCEED** [3] - 948:5, 961:9, 961:23
**PROCEEDINGS** [1] - 967:10
**PROCEEDINGS** [12] - 936:5, 939:16, 945:12, 946:9, 949:11, 953:2, 953:20, 954:10, 959:2, 960:5, 961:1, 966:1
**PROGRESS** [1] - 955:10
**PROPERTY** [2] - 940:2, 951:10

**PROPOSAL** [2] - 945:6, 962:4
**PROPOSE** [1] - 965:18
**PROPOSED** [4] - 936:23, 937:7, 941:14, 943:19
**PROVE** [1] - 957:22
**PROVE-UP** [1] - 957:22
**PROVIDE** [2] - 938:14, 943:7
**PROVIDED** [6] - 937:3, 937:9, 938:11, 939:13, 939:21, 946:16
**PROVIDING** [1] - 938:19
**PUBLIC** [2] - 941:11, 942:9
**PUBLISH** [4] - 947:17, 948:11, 949:4, 951:4
**PURPOSE** [1] - 938:13
**PURPOSES** [1] - 941:12
**PURSUANT** [1] - 967:8
**PUT** [1] - 948:7
**PUTS** [1] - 942:5

## Q

**QUESTIONS** [6] - 943:1, 947:18, 947:19, 956:2, 957:6, 960:5
**QUIT** [1] - 948:14

## R

**RAYNOR** [16] - 933:19, 933:19, 937:12, 938:5, 938:25, 939:9, 941:15, 941:21, 943:12, 943:17, 944:1, 944:7, 945:7, 965:15, 965:20, 965:22
**REACH** [2] - 949:23, 956:9
**REACHED** [4] - 946:17, 949:16, 949:25, 950:17
**READ** [14] - 945:1, 945:17, 945:18, 945:19, 945:21, 945:22, 945:24, 946:25, 947:1, 948:3, 948:4, 948:8, 948:9, 951:24
**READING** [2] - 943:23, 946:1
**READS** [1] - 946:17
**REALIZED** [1] - 936:12
**REALLY** [2] - 939:25, 961:12
**REALTIME** [1] - 967:5
**REASON** [3] - 957:7, 959:16, 965:2
**RECEIVED** [7] - 937:4, 939:20, 944:15, 944:24, 945:16, 946:16, 949:15
**RECESS** [8] - 939:14, 939:15, 943:3, 944:12, 946:11, 946:12, 955:5,

955:13
**RECORD** [10] - 943:4, 944:13, 945:21, 945:24, 949:20, 954:14, 955:14, 958:14, 963:18, 963:20
**REDACTED** [3] - 937:6, 937:8, 939:5
**REDACTION** [1] - 936:24
**REDACTIONS** [1] - 936:15
**REDONDO** [1] - 933:21
**REFER** [7] - 940:3, 940:11, 940:15, 940:21, 940:25, 941:3, 942:3
**REFERENCE** [1] - 936:18
**REFERRED** [1] - 950:6
**REFERRING** [4] - 939:25, 940:8, 942:7, 942:11
**REFLECTED** [1] - 950:20
**REGARD** [3] - 936:16, 955:19, 963:23
**REGARDING** [1] - 936:21
**REGARDS** [1] - 953:17
**REGULATIONS** [1] - 967:12
**RELATES** [1] - 941:7
**RELATIVELY** [1] - 946:23
**RELEASE** [2] - 956:16, 964:21
**REMAIN** [1] - 964:13
**REMAINING** [4] - 948:13, 958:3, 958:24, 959:25
**REMANDED** [1] - 963:10
**REMEMBER** [1] - 964:25
**REMINDER** [2] - 943:14, 943:24
**RENOWNED** [1] - 963:21
**REPEATING** [1] - 938:24
**REPLAY** [1] - 951:21
**REPORT** [4] - 954:9, 962:3, 962:10, 964:12
**REPORTED** [1] - 967:10
**REPORTER** [2] - 945:1, 945:18
**REPORTER** [4] - 932:23, 967:1, 967:6, 967:19
**REPORTER'S** [1] - 932:12
**REQUEST** [4] - 936:15, 939:9, 941:22, 943:13
**REQUESTED** [3] - 944:18, 945:1, 946:1
**REQUIRE** [1] - 962:2
**REQUIREMENTS** [1] - 937:17
**REREAD** [1] - 944:16
**RESEARCHER** [2] - 941:11, 942:9
**RESIDING** [1] - 963:1
**RESOLUTION** [2] - 956:10, 961:14
**RESOLVE** [3] - 956:11,

956:12, 961:10
**RESOLVED** [1] - 961:24
**RESPECT** [6] - 936:10, 937:5, 939:23, 942:9, 947:19, 960:14
**RESPECTIVE** [2] - 964:7, 965:25
**RESPOND** [2] - 937:19, 938:21
**RESPONDS** [1] - 951:16
**RESPONSE** [10] - 940:3, 940:20, 941:3, 941:8, 941:20, 942:11, 943:1, 943:2, 943:9, 943:19
**RESPONSES** [3] - 943:8, 944:9, 947:11
**RESULT** [1] - 959:14
**RESUME** [2] - 945:5, 948:15
**RETRIAL** [2] - 955:20, 956:6
**RETRY** [1] - 956:8
**RETURN** [3] - 946:7, 950:1, 950:4
**RETURNING** [1] - 949:24
**RICHARD** [2] - 933:19, 933:19
**RID** [1] - 938:22
**RISK** [3] - 963:6, 963:9, 963:19
**ROOM** [5] - 936:11, 937:7, 937:10, 946:7, 950:10
**RPR** [1] - 932:23
**RULE** [2] - 947:13, 965:16
**RULINGS** [1] - 936:13

## S

**SAFE** [1] - 954:8
**SANDRA** [1] - 933:4
**SANTA** [1] - 933:14
**SCALE** [1] - 948:7
**SCHEDULED** [1] - 965:4
**SCHOOL** [1] - 963:23
**SEAL** [2] - 947:5, 948:1
**SEALED** [1] - 948:4
**SECOND** [5] - 938:20, 943:14, 943:18, 943:23
**SECTION** [1] - 967:8
**SECTION** [2] - 939:25, 942:5
**SECURED** [1] - 962:22
**SECURING** [1] - 964:21
**SECURITY** [1] - 951:2
**SEE** [3] - 952:25, 957:7, 959:20
**SEISMOLOGICAL** [1] - 963:21
**SEND** [1] - 950:10
**SENTENCING** [5] - 961:4,

962:9, 962:15, 963:14
**SERVICE** [2] - 958:7, 960:24
**SERVICES** [2] - 964:9, 964:12
**SERVICES** [1] - 959:14
**SET** [4] - 961:3, 961:4, 961:5, 964:23
**SHANNON** [11] - 937:4, 937:8, 939:5, 939:6, 943:7, 944:8, 945:11, 954:13, 955:7, 955:11, 956:16
**SHORTLY** [2] - 937:4, 955:21
**SIDEBAR** [2] - 953:1, 953:2
**SIGNED** [2] - 950:23, 951:13
**SIGNIFICANT** [1] - 963:6
**SIM** [1] - 933:23
**SIMPLE** [1] - 938:22
**SIMPLY** [3] - 940:20, 942:7, 942:11
**SINGLE** [1] - 941:23
**SITTING** [1] - 959:23
**SIX** [2] - 951:13, 957:8
**SIX-COUNT** [1] - 951:13
**SLEEP** [2] - 948:15, 954:2
**SON** [2] - 963:24
**SONS** [1] - 963:25
**SOON** [1] - 954:21
**SORRY** [1] - 959:5
**SORT** [1] - 939:10
**SOUND** [1] - 964:1
**SOUTH** [2] - 933:20, 951:12
**SPEAKING** [3] - 937:15, 938:10, 957:1
**SPECIFIC** [1] - 942:8
**SPECIFICALLY** [1] - 951:11
**SPECIFIED** [1] - 951:11
**SPENT** [3] - 936:17, 942:19, 964:20
**SPLIT** [2] - 947:6, 948:7
**SPRING** [1] - 933:6
**STANDARD** [1] - 963:14
**START** [2] - 959:6, 962:9
**STARTING** [1] - 937:25
**STATE** [1] - 949:20
**STATES** [7] - 933:4, 933:5, 933:6, 936:8, 951:5, 951:6, 963:8
**STATES** [5] - 932:1, 932:5, 967:6, 967:8, 967:13
**STATUS** [3] - 961:20, 961:22, 962:20
**STAY** [1] - 964:5
**STENOGRAPHICALLY** [1] - 967:10
**STEPS** [1] - 953:14

**STILL** [1] - 964:1
**STOP** [1] - 959:6
**STREET** [1] - 933:6
**STREET** [1] - 932:24
**STRUCTURE** [1] - 938:14
**SUBJECT** [1] - 949:5
**SUBMIT** [1] - 942:24
**SUBMITTING** [1] - 961:14
**SUBPARAGRAPHS** [1] - 938:1
**SUGGEST** [2] - 946:25, 960:14
**SUGGESTED** [1] - 947:18
**SUGGESTION** [1] - 947:13
**SUITE** [3] - 933:14, 933:17, 933:20
**SUITE** [1] - 932:24
**SUP** [1] - 944:17
**SUP** [1] - 944:17
**SUPERSEDING** [4] - 936:11, 937:2, 937:6, 939:6
**SUPPORT** [1] - 963:25
**SUPPORTS** [1] - 963:18
**SUPPOSE** [1] - 948:6

## T

**TAI** [1] - 944:17
**TAU** [1] - 944:17
**TEAM** [1] - 948:19
**TENDS** [1] - 948:7
**TERM** [1] - 936:16
**TERMS** [5] - 946:19, 957:20, 964:22, 965:15, 965:16
**TESTIMONY** [13] - 944:16, 944:21, 944:22, 945:1, 945:2, 945:17, 945:18, 945:20, 945:22, 946:1, 946:4, 947:1
**TEXAS** [1] - 963:23
**THAT** [3] - 967:7, 967:8, 967:11
**THE** [120] - 933:3, 933:11, 936:7, 936:23, 937:1, 938:3, 938:24, 939:1, 939:4, 939:12, 939:18, 940:10, 940:14, 940:18, 941:2, 941:6, 941:19, 941:25, 942:6, 942:15, 942:22, 942:25, 943:4, 943:16, 943:20, 944:2, 944:5, 944:8, 944:13, 945:9, 945:14, 945:22, 945:25, 946:11, 946:13, 947:3, 947:12, 947:25, 948:10, 948:20, 948:24, 949:7, 949:10, 949:13, 949:22, 950:17, 950:20, 950:23, 951:1, 951:5, 951:14, 951:17,

951:21, 951:23, 952:3, 952:5, 952:7, 952:9, 952:11, 952:13, 952:15, 952:17, 952:19, 952:21, 952:23, 952:25, 953:3, 953:8, 953:10, 953:19, 953:22, 954:12, 954:19, 954:22, 955:3, 955:6, 955:11, 955:14, 955:22, 955:25, 956:12, 956:22, 956:24, 957:11, 957:16, 957:19, 957:25, 958:5, 958:12, 958:21, 958:23, 959:4, 959:20, 961:3, 961:15, 961:19, 962:2, 962:6, 962:8, 962:14, 962:18, 963:4, 963:11, 963:16, 964:4, 964:20, 965:8, 965:13, 965:18, 965:21, 965:24, 967:6, 967:7, 967:8, 967:9, 967:10, 967:11, 967:12, 967:13
**THEREFORE** [1] - 937:21
**THEY'VE** [1] - 942:6
**THIS** [1] - 967:15
**THREE** [1] - 961:11
**THURSDAY** [1] - 964:6
**TIES** [1] - 963:7
**TITLE** [1] - 967:8
**TO** [1] - 967:8
**TODAY** [6] - 953:23, 956:11, 959:9, 959:23, 960:24, 961:21
**TOGETHER** [4] - 945:2, 945:4, 946:4, 946:6
**TOKEN** [1] - 960:9
**TOMORROW** [7] - 953:16, 954:5, 954:9, 954:15, 955:25, 957:2, 957:9
**TONIGHT** [1] - 953:15
**TOOK** [3] - 948:10, 959:13, 964:25
**TOWARDS** [1] - 961:13
**TRANSACTION** [1] - 951:10
**TRANSCRIPT** [3] - 932:12, 967:9, 967:11
**TREATMENT** [1] - 965:3
**TREMENDOUS** [1] - 963:25
**TRIAL** [3] - 961:8, 961:24, 965:16
**TRIAL** [1] - 932:13
**TRUE** [1] - 967:9
**TRY** [3] - 956:5, 956:15, 957:16
**TRYING** [1] - 941:20
**TWO** [5] - 939:20, 945:17, 956:20, 962:23, 963:25

## U

**U.S** [3] - 932:3, 938:8, 963:24
**ULTIMATELY** [1] - 957:4
**UNANIMOUS** [4] - 949:16, 949:23, 949:25, 950:18
**UNANIMOUSLY** [2] - 950:11, 951:9
**UNDER** [4] - 942:9, 947:13, 960:9, 960:20
**UNDERSTOOD** [1] - 964:24
**UNFORTUNATELY** [1] - 953:17
**UNITED** [5] - 932:1, 932:5, 967:6, 967:8, 967:13
**UNITED** [7] - 933:4, 933:5, 933:6, 936:8, 951:5, 951:6, 963:8
**UNLAWFUL** [1] - 951:11
**UNNECESSARILY** [1] - 942:4
**UNNECESSARY** [1] - 943:20
**UNREBUTTED** [1] - 938:21
**UNREDACTED** [1] - 937:3
**UP** [8] - 949:5, 953:24, 954:19, 955:4, 957:22, 958:6, 965:2, 965:24
**UPDATED** [1] - 964:12

## V

**VERDICT** [35] - 946:17, 947:5, 947:14, 947:17, 948:1, 948:4, 948:10, 948:11, 949:3, 949:16, 949:23, 949:24, 950:1, 950:2, 950:5, 950:6, 950:11, 950:18, 950:20, 950:24, 951:2, 951:4, 951:7, 951:15, 951:19, 951:24, 952:1, 953:3, 954:14, 954:15, 956:2, 959:13, 959:24
**VERSION** [1] - 937:9
**VERSUS** [4] - 936:8, 938:8, 951:6, 957:20
**VIEW** [1] - 963:5
**VIEWS** [1] - 960:15
**VIOLATION** [1] - 951:11
**VIOLATIONS** [1] - 964:2
**VISION** [1] - 965:6
**VOIR** [1] - 942:20
**VOLUME** [3] - 932:8, 934:3, 935:3
**VS** [1] - 932:7

## W

**WALTER** [1] - 932:3

**UNITED STATES DISTRICT COURT**

**WASHINGTON** [1] - 933:10
**WEDNESDAY** [1] - 964:7
**WEEK** [2] - 960:23, 962:1
**WEEKEND** [1] - 936:13
**WEEKS** [1] - 961:17
**WELCOME** [2] - 949:13, 959:5
**WELL-KNOWN** [1] - 963:22
**WEST** [1] - 932:24
**WESTERN** [1] - 932:2
**WHATSOEVER** [3] - 960:10, 963:20, 964:3
**WHOLE** [3] - 945:4, 946:6, 956:1
**WILLING** [2] - 960:19, 961:18
**WISH** [3] - 939:2, 950:3, 951:18
**WITH** [1] - 967:12
**WITHDRAW** [1] - 958:1
**WITNESSES** [1] - 945:17
**WITNESSES** [2] - 934:5, 934:7
**WONDERING** [2] - 942:2, 961:25
**WORKPLACE** [1] - 964:1
**WRITE** [1] - 941:2
**WRITTEN** [1] - 965:15

## Y

**YEARS** [1] - 963:20
**YORK** [1] - 933:9
**YOURSELF** [1] - 938:24