MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@kmbllaw.com
Kevin J. LaHUE, SBN 237556
KAYE, MCLANE, BEDNARSKI & LITT, LLP
234 Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660

JOEL C. KOURY, SBN 143856
E-mail: jckoury@aol.com
LAW OFFICES OF JOEL C. KOURY
3435 Ocean Park Boulevard, Suite 107-50
Santa Monica, California 90405
Telephone: (424) 248-8670

RICHARD W. RAYNOR, SBN 162289
E-mail: richard@richardraynor.com
LAW OFFICE OF RICHARD W. RAYNOR
800 South Pacific Coast Highway, Suite 8-284
Redondo Beach, California 90277
Telephone: (424)257-0284;

Attorneys for Defendant Chi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case Nos. 2:16-cr-00824(A)-JFW |
|---|---|
| Plaintiff, | [Honorable  John F. Walter] |
| vs. | DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF POSITION REQUESTING THAT BAIL CONTINUE UNTIL AUGUST 7, 2017; EXHIBITS A to D |
| Heon Cheol Chi, | |
| Defendant. | HEARING DATE:   July 20, 2017, 9 a.m. SENTENCING DATE: Oct. 2, 2017, 9 a.m. |

Defendant Heon Cheol Chi, by and through his attorneys of record, hereby submit this pleading in support of his request to remain on bond until August 7, 2017 and to permit his surrender on August 7, 2017 to the United States Marshal's Office.

Dated: July 19, 2017                    Respectfully Submitted,

                                        /S/    Marilyn E. Bednarski
                                        MARILYN E. BEDNARSKI
                                        KEVIN J. LaHUE
                                        JOEL C. KOURY
                                        RICHARD W. RAYNOR
                                        Attorneys for Defendant Chi

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Dr. Chi respectfully requests that this Court allow him to remain on bond for the next three weeks until August 7, 2017.  Dr. Chi has an appointment on August 3, 2017, with Dr. Thomas Hanscom, a renowned eye specialist in Santa Monica.  Dr. Hanscom is treating Dr. Chi's serious macular degeneration condition in both eyes.  See Attached Dr. Hanscom Letter, Exh A. This condition was diagnosed in Korea last August, 2016 and treatment with intravitreal injections began, including Eylea (the same medication Dr. Hanscom is administering).  See Attached Korean Medical Record, Exh B, p. 2.

Dr. Hanscom states:

"based on my evaluation he will continue to need regular evaluations each month and depending on his condition he needs treatment [injections]. . . . Failure to have regular evaluations and treatment is likely to result in continued deterioration that could result in onset of legal blindness."

Exh. A, Dr. Hanscom Letter.  The treatment involves regular monitoring with monthly eye examinations and injections as need of Eylea -a drug that prevents new blood vessels from forming under the retina.  See Hanscom Letter, Exh A (Eylea is an anti-vascular endothelial grown factor therapy). The condition is serious, only 10 % of patients have the wet form of macular degeneration –the more serious of the two forms-- and those patients are in the majority of the patients who lose their vision. Exh. C, p. 2 "WEB MD Age Related Macular Degeneration."

Dr. Hanscom will again examine Dr. Chi's eyes on August 3 to see if there has been bleeding into the eyes since the last visit, and if so will again inject the Eylea to stop new errant blood vessels from forming.  Exh. A, Exh. C, 2. The undersigned asked Dr. Hanscom's assistant if the appointment could be advanced to any earlier date

1

and was advised that August 3 is the earliest date possible given the required treatment interval.

This August 3 visit is very important to Dr. Chi's health.  Dr. Hanscom states: "This visit is important to establish some baseline and stability to mitigate against long term deterioration in the event that he receives sporadic or inadequate treatment while incarcerated."

See Hanscom Letter, Exh A

There is reason to be concerned about lack of inadequate or sporadic treatment while at the MDCLA given his history in this case. Dr. Chi was arrested mid-December 2016.  Between  his mid-December arrest and mid-March release on bond, he received no injections.  It took almost two months after his arrest for the BOP to arrange for him to seen by an outside eye doctor. That visit occurred on January 24, 2017.  Attached Medical Record Dr. Khanna, Exh D.  Dr. Khanna confirmed the diagnosis of age related macular degeneration in both eyes and recommended treatment with Avastin which Dr. Khanna described as an "off label" treatment. Attached Medical Record Dr. Khanna, Exh D.  The undersigned's internet research of Avastin indicates that it is an injectable anti-vascular medicine.  Despite that diagnosis and recommended treatment by Dr. Khanna, the specialist who examined Dr. Chi at the BOP request, Dr. Chi was given no injections while incarcerated.  After his release from custody, in April he began treatments with Dr. Hanscom.  Exh. A Dr. Hanscom Letter.

Dr. Chi asks to be permitted to surrender on August 7, four days after the medical appointment.  A surrender on August 7 will allow him to be seen one more time by Dr. Hanscom.  The Monday surrender is requested because Dr. Chi's experience at the MDCLA is that commissary or jacket is issued to an inmate entering MDCLA on a Friday and therefore any such inmate will have no access to commissary

items such as toothpaste, soap, shampoo etc. or services (phone, email etc.) or jacket for warmth before Monday.

## II.   CLEAR AND CONVINCING EVIDENCE DR. CHI IS NOT A FLIGHT RISK

Dr. Chi is a world renowned seismologist  who led a stable and ordered life, has no history of any psychological disorder or abuse of any substance, has been married 31 years and has two grown sons one of whom is an American citizen.

His passport was surrendered prior to his release on bond.  (Dkt. 40).  Dr. Chi has proven while on bond, and through his behavior during the trial, that he respects and follows this Court's orders.  As the pretrial services report is expected to corroborate, Dr. Chi has a perfect record of compliance with all conditions of bond and orders of pretrial services.  His special bail conditions include electronic monitoring and a curfew (9 pm to 7 am).  He has made all of his court appearances as ordered, in fact, he always shows up early.  His conviction did not change his respect for this Court's orders: in the three days since the verdict Monday afternoon, he has continued to comply with his bond conditions and will appear as ordered at the bail hearing.

As a practical matter, there is no indication that Dr. Chi has any intention or ability to flee from this Court's jurisdiction.  In addition to the above facts which support lack of flight risk, the bond securing his release is significant:  an appearance bond in the amount of $350,000, justified by deeding of property in the amount of $150,000 (posted by Mr. Inyoung Kim, a relative by marriage) and a cash deposit of $100,000 (from Dr. Chi's brother, Young-Cheol Chi, a lawyer in Korea).  In addition, two sureties have executed unsecured affidavits each in the amount of $50,000 (the first by Mr. Inyoung Kim, the relative who also posted the equity in his Yorba Linda residence) and Mr. Jae B. Lee a second relative by marriage.  Additional bail conditions include electronic monitoring and curfew (9 p.m. to 7 a.m.).

3

### III.   CLEAR AND CONVINCING EVIDENCE DR. CHI IS NOT A DANGER TO THE COMMUNITY

Dr. Chi has no criminal record prior to this conviction.  This crime involved no violence or threat of violence.  This is an economic crime which in all likelihood can never be repeated.  Dr. Chi's unique relationship with Guralp systems and Kinemetrics is a past relationship, rooted in the history and development of the seismological instruments and the industry in Korea and those relationships are terminated.   The Korean and international seismological community know of his conviction.  The Department of Justice released a lengthy press release after the jury verdict, which news was distributed internationally by AP press and other news outlets.  The funds in Dr. Chi's Bank of America and Merrill Lynch accounts have been seized.

### IV.   CONCLUSION

For the above reasons, the facts support that clear and convincing evidence exits to rebut a presumption of detention following a conviction and pending sentencing.  18 U.S.C. 3143 (a).  Based on the above arguments and the record in this case, it is respectfully requested that this Court make a finding that by clear and convincing evidence he is not likely to flee or pose a danger to the community if his release on bond as presently set continues to August 7, 2017, and to permit his surrender to the United States Marshal on August 7, 2017 at which time bond shall be exonerated.

Dated: July 19, 2017                    Respectfully Submitted,


*|S|   Marilyn E. Bednarski*
MARILYN E. BEDNARSKI
JOEL C. KOURY
RICHARD W. RAYNOR
Attorneys for Defendant Chi

4