

www.theretinapartners.com
info@theretinapartners.com
Toll-Free 1 (877) 3RETINA (373-8462)

Thomas Hanscom, MD
Robert E. Engstrom, Jr., MD
Hajir Dadgostar, MD, PhD
Amir H. Guerami, MD

**ENCINO**
16500 Ventura Blvd.
Suite 250
Encino, CA 91436
Ph: (818) 788-9333
Fax: (818) 788-9273

**SANTA MONICA**
2021 Santa Monica Blvd.
Suite 720E
Santa Monica, CA. 90404
Ph: (310) 829-3303
Fax: (310) 829-3301

**VALENCIA**
23838 Valencia Blvd.
Suite 302
Valencia, CA 91355
Ph: (661) 705-1075
Fax: (661) 705-4697

**CENTURY CITY**
2080 Century Park East
Suite 707
Los Angeles, CA. 90067
Ph: (310) 746-4861
Fax: (310) 746-4653

**WESTLAKE VILLAGE**
2659 Townsgate Road
Suite 215
Westlake Village, CA. 91361
Ph: (877) 3-RETINA
Fax: (818) 788-9053

July 18, 2017

Honorable Judge John Walter

RE: HEON CHEOL CHI

On April 17, 2017 I examined and treated Dr. Heon Cheol Chi who suffers from exudative age related wet macular degeneration which is an incurable condition.

According to the patient's history, he has been receiving frequent ongoing treatment prior to his arrival in the United States in December 2016. I administered injections of Eylea in the left eye on May 2 and right eye on May 8.

The treatment involves monthly evaluations and depending on his condition he is treated with injections of medication (Eylea) into the patient's eyes which is called anti-vascular endothelial growth factor therapy. Dr. Chi has been receiving these treatments, which is expensive and not readily available except under the care of specialist. Based on my evaluation he will continue to need regular evaluations each month and depending on his condition he needs treatment. These evaluations and treatment will need to continue for this patient indefinitely. Failure to have regular evaluations and treatment is likely to result in continued deterioration that could result in onset of legal blindness.

The patient has been evaluated in June and July and did not need treatment at that time. His next scheduled evaluation is on August 3, 2017 at that time he will be evaluated and if medically necessary he will undergo treatment at that time. This visit is important to establish some baseline and stability to mitigate against long term deterioration in the event that he receives sporadic or inadequate treatment while incarcerated.

If you have further questions, please feel free to contact me.

Thomas Hanscom, MD

Diplomates, American Board of Ophthalmology  |  Vitreoretinal Diseases and Surgery

Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery

Exh. A. Dr. Hanscom Letter