# Medical Certificate

| Patient Number | 08 | | | | |
|---|---|---|---|---|---|
| Serial Number | 78 | | | | |
| Name of Patient | – | Social Security Number | 13 | Sex | M |
| Date of Birth | 1958 | Nationality | | | |
| Home Address | . | | | | |
| Date of Onset | | | | | |

| Diagnosis<br><br>○ Clinical Impression<br>● Final Diagnosis | (Principal)Senile macular degeneration(exudative) | ICD-10<br>(KCD-5)<br><br>H35.31 |
|---|---|---|

| Hospital Course & Treatment Recommendation | The patient was diagnosed with neovascular age-related macular degeneration (OU) on Aug 29th 2016.<br><br>The paient has been treated with intravitreal injection of anti-VEGF drugs so far.<br><br>8.29.2016 Elyea (OS)<br>9.27.2016 Elyea (OS)<br>10.20.2016 Avastin (OD)<br>11.7.2016 Elyea (OS)<br>12.1.2016 Avastin (OU)<br><br>Further anti-VEGF therapy will be needed. |
|---|---|

page: 1/2

Exh. B. Korean Medical Record, p.1

# Medical Certificate

| Patient Number | 08 | | | | |
|---|---|---|---|---|---|
| Serial Number | 78 | | | | |
| Name of Patient | - | Social Security Number | 13 | Sex | M |
| Date of Birth | ,1958 | Nationality | | | |

| | |
|---|---|
| Remarks | |

Diagnosis is as above.

Date of Issue  January 11,2017

Medical Institution  The Catholic University of Korea, Daejeon St.Mary's Hospital

Address  64, Daeheung-ro, Jung-gu, Daejeon, 34943 Rep. of KOREA

Telephone number  82-042-220-9114    F A X  82-042-253-9464

Department  Ophthalmology

Licence No  66589    Name of Physician  Kang Seungbum

page: 2/2