

Exh. C, Demonstrative SHowing Wet Macular Degeneration Conditoin