

MERCY EYE CARE

January 24, 2017

*Patient's Name:*                                    Chi, Heo, Cheol
D.O.B.                                                    '58

*Referring Physician:*                          Integrated Medical Solutions

I had the pleasure of examining this pleasant patient for retinal evaluation and possible treatment. The best corrected/pin-hole vision obtained today was 20/30 in the right eye and 20/100 in the left eye.

This is an update on your patient:

1) Presumed age-related macular degeneration [H35.3231] associated with extra-foveal choroidal sub-retinal bleed/fluid right eye and sub-retinal bleed left eye with mostly disciform macular scars: The differential includes idiopathic polypoidal choroidopathy. Will obtain fluorescein angiogram [92235] with ICG overlay [92250, 92134]. I will proceed with Avastin [67028 – 2 units, J9035 – 2 units] treatment both eyes if needed. I've explained the risks, benefits, and alternatives of this surgery; patient understands and consents. Patient understands the off-label usage of this treatment.

My impression and treatment plan have been discussed with the patient. Once again, thank you for allowing me to participate in the care of this patient. Please do not hesitate to contact me if you have any questions.

Yours truly,

Sandeep K. Khanna, M.D.
*Diplomate, American Board of Ophthalmology*
*Fellow, American Academy of Ophthalmology*
*Member, American Society of Retina Specialists*