SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
POONAM KUMAR (Cal. Bar No. 270802)
Assistant United States Attorneys
Major Frauds Section
ANNA G. KAMINSKA
DAVID M. FUHR
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/(202)307-0321
     Facsimile: (213) 894-6269
     E-mail:   poonam.kumar@usdoj.gov
               anna.kaminska@usdoj.gov
               david.fuhr@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-824(A)-JFW |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF REDACTED FIRST SUPERSEDING INDICTMENT |
| v. | |
| HEON-CHEOL CHI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Poonam Kumar, and United States Department of Justice Trial Attorneys Anna G. Kaminska and David M. Fuhr, hereby lodges with the Court the redacted version

//

//

of the First Superseding Indictment that was sent back to the jury during deliberations.  This redacted version is attached hereto as Exhibit A.

Dated: July 19, 2017                    Respectfully submitted,

                                        SANDRA R. BROWN
                                        Acting United States Attorney

                                        LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                               /s/
                                        _____
                                        POONAM G. KUMAR
                                        Assistant United States Attorney
                                        ANNA G. KAMINSKA
                                        DAVID M. FUHR
                                        Trial Attorneys
                                        United States Department of Justice

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA