DUPLICATE ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JURY NOTE



FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| United States of America, | Case No. **CR 16-824(A)-JFW** |
| Plaintiffs, | NOTE # __1__ FROM THE JURY |
| v. | TIME: __9:05__ |
| Heon-Cheol Chi, | |
| Defendants. | |

THE COURT having been notified of

____ The jury has reached a unanimous verdict.

____ The jury advises the Court of the following:

__X__ The jury requests the following:

Your Instruction #4 asks us to determine whether "the property was, in fact, derived from bribery of a public official in violation of foreign law, namely, Article 129 of South Korea's criminal code." How can we determine if bribery occurred under Korean law?

Dated: __7/17/17__   Signed: __Redacted /s/ Signature line__
Foreperson of the Jury