# DUPLICATE ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### JURY NOTE



FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America, ) | Case No. **CR 16-824(A)-JFW** |
| Plaintiffs, ) | NOTE # __2__ FROM THE JURY |
| v. ) | TIME: __9:05__ |
| Heon-Cheol Chi, ) | |
| Defendants. ) | |

THE COURT having been notified of

___  The jury has reached a unanimous verdict.

___  The jury advises the Court of the following:

_X_  The jury requests the following:

Court instruction #18: How is it determined that a "director or researcher is a public official under Korean law"?

Dated: 7/17/17

Signed: Redacted /S/ Signature line
Foreperson of the Jury