# DUPLICATE ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### JURY NOTE



FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

United States of America,

    Plaintiffs,

v.

Heon-Cheol Chi,

    Defendants.

Case No. **CR 16-824(A)-JFW**

NOTE # __3__ FROM THE JURY

TIME: __11:07__

THE COURT having been notified of

_____ The jury has reached a unanimous verdict.

_____ The jury advises the Court of the following:

__X__ The jury requests the following:

We would like testimony transcript from Tai Sup Lee and Byung Chel Kim. (Retired KIGAM president) (Hee Song distributor agent)

Dated: 7/17/17

Signed: /S/ Redacted Signature Line

Foreperson of the Jury