**DUPLICATE ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JURY NOTE


FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| United States of America, | Case No. **CR 16-824(A)-JFW** |
| Plaintiffs, | NOTE # __4__ FROM THE JURY |
| v. | TIME: 3:10 |
| Heon-Cheol Chi, | |
| Defendants. | |

THE COURT having been notified of

_____ The jury has reached a unanimous verdict.

__X__ The jury advises the Court of the following:

_____ The jury requests the following:

We have reached a verdict on one count. We are hopelessly deadlocked on five counts. ~~We are~~

Dated: 7/17/17

Signed: /S/ Redacted Signature Line
Foreperson of the Jury