UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RESPONSE TO JURY NOTE NO. 1

| | |
|---|---|
| United States of America | Case No. **CR 16-824(A)-JFW** |
| Plaintiffs, | TIME: Delivered to the Jury at 9:51 am |
| v. | |
| Heon-Cheol Chi | |
| Defendants. | |

**THE COURT'S RESPONSE TO JURY NOTE NO. 1**

In response to Jury Note #1, you should refer to Court's Instruction No. 18.

Dated: July 17, 2017

_/s/ John F. Walter_
John F. Walter, U.S. District Judge