# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RESPONSE TO JURY NOTE NO. 2



| | | |
|---|---|---|
| United States of America | ) | Case No. **CR 16-824(A)-JFW** |
| | ) | |
| Plaintiffs, | ) | TIME:   Delivered to the Jury at 9:51 a.m. |
| | ) | |
| v. | ) | |
| | ) | |
| Heon-Cheol Chi | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## THE COURT'S RESPONSE TO JURY NOTE NO. 2

In response to Jury Note #2, the Court has made that determination as a matter of law, and you should follow that instruction as set forth in Court's Instruction No. 18. Specifically, the Court has determined that a director or researcher at the Korea Institute of Geoscience and Mineral Resources ("KIGAM") is a public official for the purposes of Article 129.

As a reminder, you must follow all the Court's instructions and not single out some and ignore others.

Dated:  July 17, 2017

John F. Walter, U.S. District Judge