ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 16-824(A)-JFW** |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| HEON-CHEOL CHI, | |
| Defendant. | |

## COUNT ONE

We, the jury in the above-captioned case, unanimously find defendant HEON-CHEOL CHI:

_____ GUILTY

_____ NOT GUILTY

of engaging in a monetary transaction in property derived from specified unlawful activity, specifically a violation of Article 129 of South Korea's Criminal Act, as charged in count one.

/ / /
/ / /
/ / /

**COUNT TWO**

We, the jury in the above-captioned case, unanimously find defendant HEON-CHEOL CHI:

_____    GUILTY

_____    NOT GUILTY

of engaging in a monetary transaction in property derived from specified unlawful activity, specifically a violation of Article 129 of South Korea's Criminal Act, as charged in count two.

**COUNT THREE**

We, the jury in the above-captioned case, unanimously find defendant HEON-CHEOL CHI:

_____    GUILTY

_____    NOT GUILTY

of engaging in a monetary transaction in property derived from specified unlawful activity, specifically a violation of Article 129 of South Korea's Criminal Act, as charged in count three.

**COUNT FOUR**

We, the jury in the above-captioned case, unanimously find defendant HEON-CHEOL CHI:

_____    GUILTY

_____    NOT GUILTY

of engaging in a monetary transaction in property derived from specified unlawful activity, specifically a violation of Article 129 of South Korea's Criminal Act, as charged in count four.

/ / /

**COUNT FIVE**

We, the jury in the above-captioned case, unanimously find defendant HEON-CHEOL CHI:

_____    GUILTY

_____    NOT GUILTY

of engaging in a monetary transaction in property derived from specified unlawful activity, specifically a violation of Article 129 of South Korea's Criminal Act, as charged in count five.

**COUNT SIX**

We, the jury in the above-captioned case, unanimously find defendant HEON-CHEOL CHI:

__X__    GUILTY

_____    NOT GUILTY

of engaging in a monetary transaction in property derived from specified unlawful activity, specifically a violation of Article 129 of South Korea's Criminal Act, as charged in count six.

/S/    redacted signature line
FOREPERSON OF THE JURY

Dated: July 17, 2017, at Los Angeles, California

3