1  MARILYN E. BEDNARSKI, SBN 105322
   E-Mail: mbednarski@kmbllaw.com
2  Kevin J. LaHUE, SBN 237556
3  KAYE, MCLANE, BEDNARSKI & LITT, LLP
   234 Colorado Boulevard, Suite 230
4  Pasadena, California 91101
   Telephone: (626) 844-7660
5
6  JOEL C. KOURY, SBN 143856
   E-mail: jckoury@aol.com
7  LAW OFFICES OF JOEL C. KOURY
   3435 Ocean Park Boulevard, Suite 107-50
8  Santa Monica, California 90405
   Telephone: (424) 248-8670
9
10 RICHARD W. RAYNOR, SBN 162289
   E-mail: richard@richardraynor.com
11 LAW OFFICE OF RICHARD W. RAYNOR
12 800 South Pacific Coast Highway, Suite 8-284
   Redondo Beach, California 90277
13 Telephone: (424)257-0284;
14
   Attorneys for Defendant Chi
15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA
18

| United States of America, | Case Nos. 2:16-cr-00824(A)-JFW |
|---|---|
| Plaintiff, | [Honorable John F. Walter] |
| vs. | NOTICE OF LODGING [PROPOSED] ORDER |
| Heon Cheol Chi, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and Defendant Heon Cheol Chi, by and through his attorneys of record, hereby lodge the [Proposed] Order Re: Detention of Defendant Heon-Cheol Chi, attached hereto as Exhibit A.

Dated: July 20, 2017          Respectfully Submitted,

/S/ *Marilyn E. Bednarski*
MARILYN E. BEDNARSKI
KEVIN J. LaHUE
JOEL C. KOURY
RICHARD W. RAYNOR
Attorneys for Defendant Chi

1