UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.    **CR 16-824(A)-JFW**                                        Dated: July 20, 2017

================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Poonam G. Kumar |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Korean Interpreter: Kathy Sim

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

Heon-Cheol Chi                                   Joel Koury, present - retained
present on bond                                  Marilyn E. Bednarski, present - retained
                                                 Kevin L. Hue, present - retained

_____

**PROCEEDINGS:**   **HEARING ON GOVERNMENT'S MOTION FOR REMAND OF DEFENDANT**
                   **[Filed 7/19/17, Docket No. 155]**

Case called, and counsel make their appearance.

Court hears oral argument.

For the reasons stated on the record, the Court Grants the Government's Motion for Remand.

The Court orders the defendant detained. The defendant shall be detained at the Korean Cultural Center until August 7, 2017. Thereafter, the defendant shall report by **noon on August 7, 2017** to the United States Marshal located at:

>    Roybal Federal Building
>    255 East Temple Street
>    Los Angeles, California 90012

Counsel shall submit a proposed order in accordance with the rulings made by the Court at the hearing by noon on July 21, 2017.

**CC: USM, USPO, PSA**                                              Initials of Deputy Clerk  sr
                                                                                            0/45