SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
Assistant United States Attorneys
Major Frauds Section
ANNA G. KAMINSKA
DAVID M. FUHR
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719/(202)307-0321
    Facsimile: (213) 894-6269
    E-mail:    poonam.kumar@usdoj.gov
                 anna.kaminska@usdoj.gov
                 david.fuhr@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-824(A)-JFW |
|---|---|
| Plaintiff, | JOINT STATUS REPORT RE: FORFEITURE |
| v. | Hearing Date: August 7, 2017<br>Hearing Time: 9:00 A.M. |
| HEON-CHEOL CHI, | Location:    Courtroom of the<br>                 Hon. John F. Walter |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Poonam Kumar, and United States Department of Justice Trial Attorneys Anna G. Kaminska and David M. Fuhr, and defendant, through and by his counsel of

//

//

1  record Joel C. Koury, Richard W. Raynor, and Marilyn Bednarski,
2  hereby files its Status Report re: Forfeiture.
3
4  Dated: August 1, 2017              Respectfully submitted,
5                                     SANDRA R. BROWN
                                      Acting United States Attorney
6
                                      LAWRENCE S. MIDDLETON
7                                     Assistant United States Attorney
                                      Chief, Criminal Division
8
9                                            /s/
                                      POONAM G. KUMAR
10                                    Assistant United States Attorney
                                      ANNA G. KAMINSKA
11                                    DAVID M. FUHR
                                      Trial Attorneys
12                                    United States Department of Justice
13                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
14
15
16 Dated: August 1, 2017              /s/ Joel Koury (with email auth.)
                                      Joel C. Koury
17                                    Marilyn E. Bednarski
                                      Richard W. Raynor
18
19                                    Attorneys for Defendant
                                      Heon-Cheol Chi
20
21
22
23
24
25
26
27
28

2

**JOINT STATUS REPORT REGARDING FORFEITURE**

On July 17, 2017, defendant Heon-Cheol Chi ("defendant") was convicted of one count of money laundering, in violation of 18 U.S.C. § 1957.[1]  With regards to the forfeiture allegation in the First Superseding Indictment ("FSI"), counsel for defendant represented on the record that, if an agreement between the parties could not be reached, his client intended to proceed by way of bench trial or by briefs.  After conviction, the Court set a status hearing on the forfeiture allegation for August 7, 2017 at 9:00 A.M.  The Court also ordered the parties to file a status report on August 1, 2017.

The parties hereby advise the Court that they have reached an agreement in principle that would obviate the need for any proceeding on the criminal forfeiture allegation in the FSI.  While the exact terms of the agreement have not been finalized, the parties have reached a tentative agreement on the portion of the various assets seized from defendant that will be forfeited to the government and the portion that will be returned to defendant.  The parties envision that they will execute a civil/administrative forfeiture settlement agreement, and when a final agreement is executed, the government anticipates that it would request a dismissal of the criminal forfeiture allegation in the FSI.

The parties are currently drafting a written settlement agreement and anticipate it will take approximately one month to finalize and execute this agreement.  Accordingly, the parties respectfully request that the August 7, 2017 status hearing on the

---

[1] With the consent of both parties, the Court declared a mistrial as to the remaining five counts in the First Superseding Indictment.

government's forfeiture allegation be continued for a period of approximately thirty days to September 11, 2017 at 9:00 A.M., and that the parties be allowed to file a further status report on or before September 5, 2017, to advise the Court whether settlement has been reached.