

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:      Chief Deputy/Fiscal

**Re:      Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  ___2:16–cr–00824–JFW___

Defendant's Name:  ___Heon–Cheol Chi___

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on ___8/7/2017___. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : ___8/24/2017___, it was verified the defendant:**

___US Marshal Service___.

---

**Verified via e–mail with the following:**

U.S. Marshal:  Lacey Tinoco, Records Examiner/Analyst–FSA      *(Name of Officer)*

___August 25, 2017___
Date

By _____/s/ *Jenny Lam*_____
Deputy Clerk

CR–86 (11/08)                    VERIFICATION OF SURRENDER