SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
Assistant United States Attorneys
Major Frauds Section
ANNA G. KAMINSKA
DAVID M. FUHR
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719/(202)307-0321
    Facsimile: (213) 894-6269
    E-mail:    poonam.kumar@usdoj.gov
                 anna.kaminska@usdoj.gov
                 david.fuhr@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-824(A)-JFW |
|---|---|
| Plaintiff, | SUPPLEMENTAL JOINT STATUS REPORT RE: FORFEITURE |
| v. | Hearing Date: September 11, 2017 |
| HEON-CHEOL CHI, | Hearing Time: 9:00 A.M. |
| Defendant. | Location: Courtroom of the Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Poonam Kumar, and United States Department of Justice Trial Attorneys Anna G. Kaminska and David M. Fuhr, and defendant, through and by his counsel of

//
//

record Joel C. Koury, Richard W. Raynor, and Marilyn Bednarski, hereby files its Status Report re: Forfeiture.

Dated: August 30, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

         /s/
POONAM G. KUMAR
Assistant United States Attorney
ANNA G. KAMINSKA
DAVID M. FUHR
Trial Attorneys
United States Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 30, 2017

/s/ Joel Koury (with email auth.)
Joel C. Koury
Marilyn E. Bednarski
Richard W. Raynor

Attorneys for Defendant
Heon-Cheol Chi

**JOINT STATUS REPORT REGARDING FORFEITURE**

On July 17, 2017, defendant Heon-Cheol Chi ("defendant") was convicted of one count of money laundering, in violation of 18 U.S.C. § 1957.[1] With regards to the forfeiture allegation in the First Superseding Indictment ("FSI"), counsel for defendant represented on the record that, if an agreement between the parties could not be reached, his client intended to proceed by way of bench trial or by briefs. After conviction, the Court set a status hearing on the forfeiture allegation for August 7, 2017 at 9:00 A.M. The Court also ordered the parties to file a status report on August 1, 2017. On August 1, 2017, the parties filed a status report indicating that it had reached an agreement in principle regarding forfeiture in this matter. The parties requested an additional thirty days to finalize the terms of the agreement. At the parties' request, the Court continued the status hearing to September 11, 2017 at 9:00 A.M. and ordered the parties to file a supplemental status report on or before September 5, 2017.

The parties hereby advise the Court that they have finalized and executed a civil/administrative forfeiture settlement agreement that obviates the need for any proceeding on the criminal forfeiture allegation in the FSI. As a result, at sentencing, the government will dismiss the criminal forfeiture allegation.

Accordingly, the parties respectfully request that the September 11, 2017 hearing be taken off calendar.

---

[1] With the consent of both parties, the Court declared a mistrial as to the remaining five counts in the First Superseding Indictment.