SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
Assistant United States Attorneys
Major Frauds Section
ANNA G. KAMINSKA
DAVID M. FUHR
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/(202)307-0321
     Facsimile: (213) 894-6269
     E-mail:    poonam.kumar@usdoj.gov
                anna.kaminska@usdoj.gov
                david.fuhr@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-824(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| HEON-CHEOL CHI, | |
| Defendant. | |

Good cause having been shown, IT IS HEREBY ORDERED that:

1.   The status hearing on the government's criminal forfeiture allegation currently set for September 11, 2017 at 9:00 A.M. is taken

//

//

off calendar.

    IT IS SO ORDERED.

_____  _____
DATE                          HONORABLE JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
POONAM G. KUMAR
Assistant United States Attorney