**DECLARATION OF ANNA G. KAMINSKA**

I, Anna G. Kaminska, declare and state as follows:

1. I am a Trial Attorney at the U.S. Department of Justice, Criminal Division, Fraud Section and am assigned to the prosecution of <u>United States v. Heon Cheol Chi</u>, CR No. 16-824(A)-JFW. I make this declaration in support of the Government's Objections to the Presentence Report.

2. Exhibit A to this declaration is a true and accurate copy of Gov't Trial Exhibit 57, defendant's invoices to Guralp Systems Limited ("Guralp") from 2012-2015, which was admitted into evidence at trial on July 11, 2017.

3. Exhibit B to this declaration is a true and accurate copy of Gov't Trial Exhibit 89, an email from defendant to a Guralp sales representative dated April 21, 2005, which was admitted into evidence at trial on July 12, 2017.

4. Exhibit C to this declaration is a true and accurate copy of Gov't Trial Exhibit 39, a summary chart depicting the funds received by defendant from 2009-2015, which was admitted into evidence at trial on July 13, 2017.

5. Exhibit D to this declaration is a true and accurate copy of Gov't Trial Exh. 35, a summary chart depicting defendant's use of funds from 2009-2016, which was admitted into evidence at trial on July 12, 2017.

6. Exhibit E to this declaration is a true and accurate copy of Gov't Trial Exh. 34, a summary chart depicting defendant's source of funds from 2009-2016, which was admitted into evidence at trial on July 12, 2017.

7.   Exhibit F to this declaration is a true and accurate copy of Gov't Trial Exh. 33, a summary chart depicting defendant's checks from Bank of America to Merrill Lynch from 2009-2016, which was admitted into evidence at trial on July 12, 2017.

8.   Exhibit G to this declaration is a true and accurate copy of Gov't Trial Exh. 1A, defendant's employment summary, which was admitted into evidence at trial on July 13, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Washington, D.C. on September 11, 2017.

/s/
ANNA G. KAMINSKA