# EXHIBIT A

*[handwritten notes]*

*ok to pay.*
*OK S.*
*26/6/12*

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

Fort Lee, NJ 07024
U.S.A

30th May, 2012

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 21 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period May 1 to May 30th | $21,000.00 | $21,000.00 |

Payment due net 30 days

Please pay to:

Account Name        Heon Cheol CHI

Bank                      Bank of America

Account Number    ████8070

Routing Number     121000358

Bank Address         115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed.................................................... Chi, Heon Cheol

*Please post in P6 & Pay in mid month payment run in October.*

*ok to pay*
*gs. 4/10/12.*

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

████████

Fort Lee, NJ 07024
U.S.A

10th July,   2012

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 26 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period June 4th to June 29th | $1,000.00 | $26,000.00 |

Payment due net 30 days

Please pay to:

Account Name    Heon Cheol CHI

Bank    Bank of America

Account Number    ██████8070

Routing Number    121000358

Bank Address    115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed...................................... Chi, Heon Cheol

*Please post in P7 & pay end of*
*November if possible.*

*OK to pay*
*04/10/12*

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

█████████████
Fort Lee, NJ 07024
U.S.A

10th August,   2012

### Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 25 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period July 4th to August 7th | $1,000.00 | $25,000.00 |

*2710-000-00*

Payment due net 30 days

Please pay to:

Account Name      Heon Cheol CHI

Bank              Bank of America

Account Number    ██████8070

Routing Number    121000358

Bank Address      115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed.............................................. Chi, Heon Cheol

*Ok to pay end of June 2013*
*20/05/2013.*

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

Fort Lee, NJ 07024
U.S.A

29th April, 2013

### Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|---|---|---|---|---|
| 28 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period March 4 to April 12th | $28,000.00 | $28,000.00 |

Payment due net 30 days

Please pay to:

Account Name       Heon Cheol CHI

Bank       Bank of America

Account Number       ██████3070

Routing Number       121000358

Bank Address       115 W Foothill Blvd., Glendora, CA

*POSTED*
*2 1 MAY 2013*
*GURALP SYSTEMS*

Thank you for your business, I look forward to working with you again.

Signed....................................................... Chi, Heon Cheol

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

Fort Lee, NJ 07024
U.S.A

20th May, 2013

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 26 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period April 8 to May 16th | $26,000.00 | $26,000.00 |

Payment due net 30 days

Please pay to:

Account Name        Heon Cheol CHI

Bank                Bank of America

Account Number      ████8070

Routing Number      121000358

Bank Address        115 W Foothill Blvd., Glendora, CA

*Ok to process (2710)*
*please hold payment*
*17/07/13*

Thank you for your business, I look forward to working with you again.

Signed........................................................ Chi, Heon Cheol

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

█████████████████
Fort Lee, NJ 07024
U.S.A

28th June, 2013

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 23 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period May 27 to June 28th | $23,000.00 | $23,000.00 |

Payment due net 30 days

Please pay to:

Account Name       Heon Cheol CHI

Bank                    Bank of America

Account Number      ████8070

Routing Number       121000358

Bank Address         115 W Foothill Blvd., Glendora, CA

*ok to process (27l0)*

*please hold payment*

*17/07/13*

GURALP SYSTEMS   17 JUL 2013   POSTED

Thank you for your business, I look forward to working with you again.

Signed........................................................ Chi, Heon Cheol

*end Sept.*

*2710 -000 -00* (handwritten)

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

Fort Lee, NJ 07024
U.S.A

4th November, 2013

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 20 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period October 2 to 30th | $20,000.00 | $20,000.00 |

Payment due net 30 days

Please pay to:

*Ok to pay* (handwritten)

| | |
|--|--|
| Account Name | Heon Cheol CHI |
| Bank | Bank of America |
| Account Number | 8070 |
| Routing Number | 121000358 |
| Bank Address | 115 W Foothill Blvd., Glendora, CA |

*14/04/2014* (handwritten)

Thank you for your business, I look forward to working with you again.

Signed.................................................. Chi, Heon Cheol

*Pay June '14.*

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

▮▮▮▮▮▮
Fort Lee, NJ 07024
U.S.A

18th April, 2014

### Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 28 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period March 3rd to April 11th | $28,000.00 | $28,000.00 |

Payment due net 30 days

Please pay to:

| | |
|---|---|
| Account Name | Heon Cheol CHI |
| Bank | Bank of America |
| Account Number | ▮▮▮▮8070 |
| Routing Number | 121000358 |
| Bank Address | 115 W Foothill Blvd., Glendora, CA |

Thank you for your business, I look forward to working with you again.

Signed.................................................. Chi, Heon Cheol

*Pay July '14*

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

Fort Lee, NJ 07024
U.S.A

3rd June,  2014

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 23 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period April 22nd 1 to May 28th | $23,000.00 | $23,000.00 |

Payment due net 30 days

Please pay to:

Account Name      Heon Cheol CHI

Bank               Bank of America

Account Number     ████8070

Routing Number     121000358

Bank Address       115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed.............................................. Chi, Heon Cheol

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

Fort Lee, NJ 07024
U.S.A

12th September, 2014

### Invoice

*Pay end Nov.*

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|-----------|---------------|
| 28 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development<br><br>Period July 29 to September 5th | $28,000.00 | $28,000.00 |

Payment due net 30 days

Please pay to:

Account Name        Heon Cheol CHI

Bank                Bank of America

Account Number      ████8070

Routing Number      121000358

Bank Address        115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed.................................................... Chi, Heon Cheol

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol
██████████████████
Fort Lee, NJ 07024
U.S.A

29th October, 2014

**Invoice**

*Pay end Dec*

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 25 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development<br><br>Period September 15 to October 24th | $25,000.00 | $25,000.00 |

Payment due net 30 days

Please pay to:

Account Name        Heon Cheol CHI

Bank                Bank of America

Account Number      ████████8070

Routing Number      121000358

Bank Address        115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed........................................................ Chi, Heon Cheol

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

█████████████████

Fort Lee, NJ 07024
U.S.A

12th February, 2015

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 25 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period January 6 to February 4 | $25,000.00 | $25,000.00 |

Payment due net 30 days

Please pay to:

Account Name          Heon Cheol CHI

Bank                  Bank of America

Account Number        █████ 8070

Routing Number        121000358

Bank Address          115 W Foothill Blvd., Glendora, CA

*ou to pay*

Thank you for your business, I look forward to working with you again.

Signed.................................................... Chi, Heon Cheol

*end March.*

Confidential Treatment Requested By Guralp Systems Limited

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

███████████████

Fort Lee, NJ 07024
U.S.A

26th March, 2015

### Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|-------|-----------|-------------|------------|---------------|
| 24 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period February 16 to March 20 | $24,000.00 | $24,000.00 |

Payment due net 30 days

Please pay to:

Account Name          Heon Cheol CHI

Bank                  Bank of America

Account Number        ███████8070

Routing Number        121000358

Bank Address          115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed................................................. CHI, Heon Cheol

Guralp Systems Limited
3 Midas House
Calleva Park
Aldermaston
Reading
RG7 8EA
England

Chi, Heon Cheol

Fort Lee, NJ 07024
U.S.A

20th April,  2015

## Invoice

| Units | Unit Cost | Description | Line Total | Invoice Total |
|---|---|---|---|---|
| 21 | $1,000.00 | Invoice for technical consultancy on calculation of parametric information and product development Period March 23 to April 17 | $21,000.00 | $21,000.00 |

Payment due net 30 days

Please pay to:

Account Name      Heon Cheol CHI

Bank                    Bank of America

Account Number    ████8070

Routing Number     121000358

Bank Address        115 W Foothill Blvd., Glendora, CA

Thank you for your business, I look forward to working with you again.

Signed............................................................... CHI, Heon Cheol

Confidential Treatment Requested By Guralp Systems Limited