# EXHIBIT B

**From:**    "HeonCheol, Chi" <chi@kigam.re.kr>
**To:**       "Nathan Pearce" <npearce@guralp.com>
**Sent:**    Thu, 21 Apr 2005 18:24:53 +0900
**Subject:**  Previous e-mail

Dear Dr. Nathan Pearce :

Did you have the previous e-mail on which the total calculation of
Hee-Song agent fee as well as advice fee for last year orders?
I tried to find it but I could not do it.   Usually I deleted almost all e-mail or
papers related to agent fee or advice fee because I am the director
of earthquake research center and I am not allowed to be involved in it.

Please check your mail list and send the my previous e-mail to me.
I will check, modify and send it again to you.

The schedule for visiting your company is fixed as follows :
May 23 (Monday) : Dr. Chi, Mr. Lim, Mr. Park visit your office.
May 24 (Tuesday) : Mr. Lim and Mr. Park work with your collgues.
                  Dr. Chi, 3 other persons visit your office.
                  Afternoon Dr. Chi and other persons go to Paris.
May 25 (Wednesday) : Last day of Mr. Lim and Mr. Park at your lab.

Where I can find the schedule of express train from London to Paris?
Please let me know the web site.

With my best wishes.

Chi, Heon Cheol

========================================================

The information in this email and in any attachments is confidential
and intended solely for the attention and use of the named addressee(s).
This information may be protected by work product immunity or other
legal rules. It must not be disclosed to any person without our authority.
If you are not the intended recipient, or a person responsible for
delivering it to the intended recipient, you are not authorised to and
must not disclose, copy, distribute, or retain this message or any part
of it.

Confidential Treatment Requested By Guralp Systems Limited