# EXHIBIT C

## Funds Received by Defendant from 2009 through 2015

| Year | Salary from KIGAM in Korean Won[1] | Yearly Average Currency Exchange Rate[2] | Approximate Salary from KIGAM in USD | Amount of Funds in USD Received From Guralp, Kinemetrics and Quanterra[3] |
|---|---|---|---|---|
| 2009 | | | | $141,710.00 |
| 2010 | | | | $192,500.00 |
| 2011 | 91,815,344.00 (Ex. 10A) | 1,153.728 Korean Won = $1 USD | $79,581.45 | $89,130.00 |
| 2012 | 117,875,761.00 (Ex. 11A) | 1,175.380 Korean Won = $1 USD | $100,287.36 | $139,260.00 |
| 2013 | 149,650,413.00 (Ex. 12A) | 1142.933 Korean Won = $1 USD | $130,935.42 | $170,680.00 |
| 2014 | 127,580,914.00 (Ex. 13A) | 1098.233 Korean Won = $1 USD | $116,169.26 | $123,880.00 |
| 2015 | 136,663,307.00 (Ex. 14A) | 1179.128 Korean Won = $1 USD | $115,902.01 | $187,530.00 |
| | | **TOTAL** | **$542,875.50** | **$1,044,690.00** |

Source
1-Tax documents
2-www.irs.gov
3-Heon Cheol Chi Bank of America account records and associated summary charts (Exs. 25, 31, 32)

**EXHIBIT 39**