# EXHIBIT D



Use of Funds by Payment Category
January 2009 - November 2016
Heon Cheol Chi Bank of America 8070
Non-Merrill Lynch Checks $46,000.00 4%
Other $106,251.63 10%
Korea - Checkcard $378,750.28 36%
Merrill Lynch Checks $521,000.00 50%
Merrill Lynch Checks
Korea - Checkcard
Other
Non-Merrill Lynch Checks

Use of Funds by Payment Category - Excluding Merrill Lynch
January 2009 - November 2016
Heon Cheol Chi Bank of America 8070
Non-Merrill Lynch Checks $46,000.00 9%
Other $106,251.63 20%
Korea - Checkcard $378,750.28 71%
Korea - Checkcard
Other
Non-Merrill Lynch Checks

EXHIBIT 35