# EXHIBIT E



Source of Funds
January 2009 - November 2016
Heon Cheol Chi Bank of America 8070

- Guralp: $650,720.00 (62%)
- Kinemetrics/Quanterra: $393,970.00 (37%)
- Beginning Balance/Credits: $10,962.71 (1%)

EXHIBIT 34