# EXHIBIT F

## Heon Cheol Chi Bank of America Account 8070
## January 2009 to November 2016
## Checks to Merrill Lynch

| Line No | Posted Date | Transaction Description | Debits | Category | Check Memo | Note | Reference |
|---|---|---|---|---|---|---|---|
| 54 | 6/10/2009 | CHECK #128 | $ (35,000.00) | Merrill Lynch | Acct 850-14235 | | EXHIBIT 25 p 273<br>EXHIBIT 26 p 1024 |
| 137 | 2/10/2010 | CHECK #131 | $ (150,000.00) | Merrill Lynch | Acct 1011730 | | EXHIBIT 25 p 31<br>EXHIBIT 26 p 312 |
| 294 | 4/27/2011 | CHECK #133 | $ (30,000.00) | Merrill Lynch | Acct 850-14235 (Peter Hwang) | | EXHIBIT 25 p 276<br>EXHIBIT 26 p 314 |
| 450 | 5/21/2012 | CHECK #134 | $ (60,000.00) | Merrill Lynch | Acct 850-14235 (Peter Hwang) | Count 1 | EXHIBIT 25 p 277<br>EXHIBIT 26 p 316 |
| 617 | 3/22/2013 | CHECK #135 | $ (50,000.00) | Merrill Lynch | Acct 850-14235 (Peter Hwang) | Count 2 | EXHIBIT 25 p 278<br>EXHIBIT 26 p 318 |
| 800 | 12/26/2013 | CHECK #136 | $ (60,000.00) | Merrill Lynch | Acct 850-14235 (Peter Hwang) | Count 3 | EXHIBIT 25 p 175<br>EXHIBIT 26 p 320 |
| 928 | 8/14/2014 | CHECK #137 | $ (50,000.00) | Merrill Lynch | Acct 850-14235 (Peter Hwang) | Count 4 | EXHIBIT 25 p 279<br>EXHIBIT 26 p 322 |
| 1126 | 5/20/2015 | CHECK #140 | $ (30,000.00) | Merrill Lynch | Acct 850-14235 (Peter Hwang) | Count 5 | EXHIBIT 25 p 280<br>EXHIBIT 26 p 324 |
| 1369 | 11/22/2016 | CHECK #101 | $ (56,000.00) | Merrill Lynch | Acct 850-14235 (Peter Hwang) | Count 6 | EXHIBIT 25 p 333<br>EXHIBIT 26 p 1184 |
| | | **TOTAL** | **$ (521,000.00)** | **9 checks** | | | |

EXHIBIT 33