EXHIBIT G

Employee Personnel Record Card

Original Copy Confirmation [Stamp, WEON JIN]

GOV-00000395_T

| Personal No. | 1668 | Name | Chi, Heon Cheol |
|---|---|---|---|
| Resident Registration N0. | ███████ | | |

## GENERAL INFORMATION

| | Name | 지헌철  池憲哲  Chi, Heon Cheol | | | Place of Birth | Chungju | Head of Family / Relation | Chi, Dae Guen / Father |
|---|---|---|---|---|---|---|---|---|
| | Gender | Male | Date of Birth | ██████ | Marital Status | Married | | |
| | Place of Family Registry | 604 Jeonpo-dong, Jin-gu | | | | | | |
| | Original Place of Family Registry | | | | | | | |
| | Present Address | ████████████████████████ | | | | | | |

## EDUCATION BACKGROUND

| Name of School | Years Attended | Years Completed | Field of Study | Degree Received |
|---|---|---|---|---|
| Busan Kyungnam High School | 1974-03-01 | 1977-02-26 | | |
| Seoul National University | 1977-03-01 | 1981-02-26 | Department of Resources Engineering | Bachelor's Degree |
| Seoul National University | 1981-03-01 | 1983-02-26 | Department of Resources Engineering | Master's Degree |
| Texas A&M University | 1985-09-01 | 1992-05-15 | Geophysics | Doctoral Degree |

## FIELD OF STUDY INFORMATION

| Division | Major |
|---|---|
| Areas of Study | Geophysics |
| Areas of Interest | Civil Engineering |

## DISSERTATION INFORMATION

| Division | Field | Title of Thesis |
|---|---|---|
| Seoul | During postgraduate study (Master's) | Study of Information Processing for Elastic Wave Test in Shallow Underground Layer Using Velocity-Filtering |
| USA | Completed Graduate School (Doctoral) | Velocity Characteristics in Transversely Isotropic Media |

## LISTS OF CERTIFICATIONS

| Date | Division | Types of Certification | Level | Certification No. | Implementing Agency |
|---|---|---|---|---|---|
| | Division | | | | |
| | | | | | |

GOV-00000396_T

| | | | | | |
|---|---|---|---|---|---|

LIST OF AWARDS & Discipline

| Date | Division | Award Title | Implementing Agency | Document No. | Contents of Appointment |
|---|---|---|---|---|---|
| 2004-05-10 | Head Chief Commendation (Individual) | Ten Years of Continuous Service | Korea Institute of Geoscience and Mineral Resources | 2004-12 | null data |
| 2006-05-10 | Minister Commendation (Individual) | Deputy Prime Minister and the Minister of Science and Technology Commendation | Ministry of Science and Technology | No. 11780 | Celebration of 30th anniversary of the Institute (For contribution to advancement of the nation's science and technology) |
| 2012-12-31 | President Commendation (Group) | Special Achievement Award | Korea Institute of Geoscience and Mineral Resources | No. 2012-43 | null data |
| 2013-11-29 | Prime Minister Commendation (Individual) | Prime Minister Commendation | Ministry of Public Administration and Security | No. 175552 | Contribute to promotion of nation's science and technology |

LIST OF INVENTION PATENTS

| Date of Application | Date of Registration | Division | Title of Patents | Assignments | Application No. | Registration No. |
|---|---|---|---|---|---|---|
| 20120720 | 20130123 | Patent (Other country) | Earthquake early warning parameter production systems and methods | Assessing potential risk of earthquake in eastern part of the Korean Peninsula | 10-2012-00792 36 | 10-1227443 |
| 20140317 | 20140425 | Patent (Other country) | False alarm identification device for earthquake early warning system in consideration of spatial distribution and direction bias of triggered observatory and method thereof | Assessing potential risk of earthquake in eastern part of the Korean Peninsula | 10-2014-00310 97 | 10-1391226 |
| 20120525 | 20121129 | Patent (Other country) | System and method to reduce data transmission delay time for earthquake early warning recorder | Assessing potential risk of earthquake in eastern part of the Korean Peninsula | 10-2012-00560 20 | 10-1208625 |
| | 20141208 | Software Program | Earthquake Observation Agency Council Integrated Network Data Link Program (KISSnet) | Assessing potential risk of earthquake in eastern part of the Korean Peninsula | | C-2014-031068 |
| 20130611 | | Patent (Other country) | Portable seismic observation system that provides real-time seismic observation recording using wireless network and method for providing real-time seismic observation recording using this seismic observation system | Assessing potential risk of earthquake in eastern part of the Korean Peninsula | 10-2013-00662 52 | |
| 20130605 | 20140528 | Patent (Other country) | A portable terminal equipped with a location setting application for setting installation location of temporary seismic station and method of setting location of temporary seismic station using location setting application | Assessing potential risk of earthquake in eastern part of the Korean Peninsula | 10-2013-00648 70 | 10-1403497 |
| | 20111004 | Software | KISStool (Korea Integrated Seismic System tool) | Real-time seismic observation and large-city seismic risk forecasting technology development | | 2011-01-129-0 06111 |

GOV-00000397_T

LIST OF INVENTION PATENTS

| Date of Application | Date of Registration | Division | Title of Patents | Assignments | Application No. | Registration No. |
|---|---|---|---|---|---|---|
| 20101110 | 20120919 | Patent (Other country) | Borehole seismic sensor azimuth and horizontal slope compensator and method thereof | Real-time seismic observation and large-city seismic risk forecasting technology development | 10-2010-01112 75 | 10-1185875 |
| 20120709 | 20121227 | Patent (Other country) | Seismic monitoring system and event validation method using such | Artificial seismic detection system and seismic integrated network operation | 10-2012-00743 71 | 10-1218175 |
| 20160331 | 20170307 | Patent (Other country) | False seismic early warning avoidance method by means of cross-validation of site occurrence events and system thereof | Technology development for improving infrastructure for observation analysis of 2-step earthquake early warning system | 10-2016-00390 79 | 10-1715898 |
| | 20160325 | Software program | Program for converting seismic data to ground acceleration (GAL) values | Technology development for improving infrastructure for observation analysis of 2-step earthquake early warning system | | C-2016-007336 |
| | 20160325 | Software program | Program for searching the Meteorological Agency earthquake list in Korea and turning it into DB (KMA2DB) | Technology development for improving infrastructure for observation analysis of 2-step earthquake early warning system | | C-2016-007335 |
| | 20170412 | Software program | Maximum ground acceleration calculation program using seismic waveform data | Technology development for improving infrastructure for observation analysis of 2-step earthquake early warning system | | C-2017-009086 |
| | 20170406 | Software program | P-wave detection tracking program for each seismic observatory | Technology development for improving infrastructure for observation analysis of 2-step earthquake early warning system | | C-2017-008786 |
| | 20040306 | Software program | Seismic intensity recording program using Internet | Building seismic research networks and developing network operations technologies | | 2004-01-12-10 44 |

| | 20070131 | Software program | DSS data generation program from GURALP seismic recording system | Building seismic research networks and developing network operations technologies | | 2007011290006 42 |
|---|---|---|---|---|---|---|
| | 20070131 | Software program | Nationwide vibratory ground motion monitoring as well as warning program using DSS data | Building seismic research networks and developing network operations technologies | | 2007011290006 43 |

| 20161219 | | Patent (Other country) | Method with improved accuracy of determining the epicenter through the removing outliers of the triggered observatory. | Assessing epicenter through integrated seismic observation infrastructure as well as developing technology to respond to seismic disaster | 201611177310.6 | |
|---|---|---|---|---|---|---|
| 20161219 | | Patent (Other country) | Method of determining epicenter location  by using forced coupling of adjacent observatory information to prevent  false alarms of the earthquake early warning system | Assessing epicenter through integrated seismic observation infrastructure as well as developing technology to response to seismic disaster | 201611179263.9 | |
| 20160523 | | Patent (Other country) | Method with improved accuracy of determining the epicenter through the removing outliers of the triggered observatory. | Assessing epicenter through integrated seismic observation infrastructure as well as developing technology to response to seismic disaster | 10-2016-00626 26 | |
| 20160523 | 20170111 | Patent (Other country) | Method of determining epicenter location  by using forced coupling information  of an adjacent observatory information to prevent t  false alarms of the earthquake early warning system | Assessing epicenter through integrated seismic observation infrastructure as well as developing technology to response to seismic disaster | 10-2016-00626 22 | 10-1697227 |
| 20150527 | 20161031 | Patent (Other country) | Method for detecting near-distance underground blast using a small scale arrayed seismograph | Assessing epicenter through integrated seismic observation infrastructure as well as developing technology to response to seismic disaster | 10-2015-00739 49 | 10-1672845 |

GOV-00000398_T

| | 20170223 | Software program | Seismic acceleration data integration management as well as national earthquake integrated network linkage program | Korean (hybrid) earthquake early warning system and basic industrial facility utilization research | | 0-2017-005161 |
|---|---|---|---|---|---|---|

GOV-00000399_T

### Language Skills

| Language | Conversational Ability | Translation Ability | Writing Skill |
|---|---|---|---|
| | | | |

### MILITARY SERVICE HISTORY

| Not applicable | Reason for Incompletion | Service | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Classification of Service Status | Type of Service | Class | Military Serial Number | Enlistment Date | Discharge Date | Classification of Discharge |
| | | First militia service | Army | 10 | 404118 | 1983-08-01 | 1984-01-28 | |

### ASSOCIATION MEMBERSHIPS

| Classification | Name of Association | Title(Position) | Date of Enrollment | Date of Withdrawal |
|---|---|---|---|---|
| | | | | |

### EMPLOYMENT

| Classification of Employment |
|---|
| |

### HISTORY OF APPOINTMENT

| Issued date | Appoint Division | Position | Title | Department | Document No. |
|---|---|---|---|---|---|
| 1994-02-01 | Appointed (new staff) | Senior Researcher | | Resource Exploration Research Division | 100-45 |
| | Grade: 1, Job Title: , Company Division: Special Employment, date of Employment: 1994-02-01, Employee classification: Full-time, Resident Registration Number: 580320-1109213 | | | | |
| 1995-07-01 | Transferred | Senior Researcher | | Disaster Prevention Geological Research Center | 100-226 |
| | Transferred Department: Disaster Prevention Geological Research Center | | | | |
| 1998-09-18 | Transferred | Senior Researcher | | Resource Research Division | 100-282 |
| | Transferred Department: Resource Research Division | | | | |
| 1999-07-01 | Assigned | Senior Researcher | Chief of the Center | Earthquake Research Center (Unused) | 100-136 |
| | Assigned Department: Earthquake Research Center (Unused), Title: Chief of the Center , Classification of Appointment and Dismissal: Appointed/Dismissed/Assigned | | | | |

| 2000-04-01 | Transferred | Senior Researcher | | Exploration Development Research Department (Unused) | 100-79 |
|---|---|---|---|---|---|
| | Appointed Department: Exploration Development Research Department (Unused) | | | | |
| 2002-01-01 | Appointed (Promotion) | Researcher in Charge | | Earthquake Research Center | 100-20 |
| | Position in Present: Researcher in Charge, Promoted Position: Researcher in Charge, Grade: 1, Content | | | | |
| 2002-03-06 | Transferred | Researcher in Charge | | Earthquake Research Center | 100-66 |
| | Transferred Department: Earthquake Research Center | | | | |
| 2003-04-09 | Transferred | Researcher in Charge | | Earthquake Research Center | 100-107 |
| | Transferred Department: Earthquake Research Center | | | | |

GOV-00000400_T

## HISTORY OF APPOINTMENT

| Issued date | Appoint Division | Position | Title | Department | Document No. |
|---|---|---|---|---|---|
| 2003-04-09 | Transferred | Researcher in Charge | | Geo-Environmental Hazards & Quaternary | 1668 |
| | Appointed Department: Geological Environmental Disaster Research Division | | | | |
| 2005-01-01 | Assigned | Researcher in Charge | Chief of the Center | Earthquake Research Center (Unused) | 100-353 |
| | Assigned Department: Earthquake Research Center (Unused), Position: Chief of the Center, Classification of Appointment and Dismissal: A/D/A | | | | |
| 2006-12-04 | Assigned | Researcher in Charge | Chief of the Center | Earthquake Research Center | HR-5959 |
| | Assigned Department: Earthquake Research Center, Position: Chief of the Center, Classification of Appointment and Dismissal: Dismissed | | | | |
| 2008-10-24 | Transferred | Researcher in Charge | | Earthquake Research Center | HR-6947 |
| | Transferred Department: Earthquake Research Center | | | | |
| 2009-06-11 | Transferred | Researcher in Charge | | Earthquake Disaster Lab | Personnel Management Dept-4097 |
| | Transferred Department: Earthquake Disaster Lab | | | | |
| 2011-10-01 | Assigned | | Chief of the Center | Earthquake Research Center | Personnel Management Dept-3272 |
| | Assigned Department: Earthquake Research Center, Position: Chief of the Center, Classification of Appointment and Dismissal: A/D/A | | | | |
| 2011-11-04 | Concurrent Position | | Team Leader | Integrated Seismic Detection Research Team | Personnel Management Dept-3388 |
| | Department: Integrated Seismic Detection Research Team, Position: Team Leader, Classification of Appointment and Dismissal: A/D/A, Other: | | | | |
| 2011-11-04 | Assigned | | Chief of the Center | Earthquake Research Center | personnel appointments |
| | Assigned Department: Earthquake Research Center, Position: Chief of the Center, Classification of Appointment and Dismissal: A/D/A | | | | |
| 2014-01-02 | Assigned | | Chief of the Center | Earthquake Research Center | Personnel Management Dept-1474 |
| | Assigned Department: Earthquake Research Center, Position: Chief of the Center, Classification of Appointment and Dismissal: A/D/A | | | | |
| 2014-01-02 | Assigned | | Laboratory Director | Integrated Seismic Detection Laboratory | Personnel Management Dept-1474 |
| | Assigned Department: Integrated Seismic Detection Laboratory, Position: Laboratory Director, Classification of Appointment and Dismissal: A/D/A | | | | |
| 2016-09-26 | Transferred | | | Earthquake Research Center | Personnel Management Dept-1267 |
| | Transferred Department: Earthquake Research Center | | | | |
| 2016-09-26 | Assigned | | Chief of the Center | Integrated Seismic Detection Laboratory | Personnel Management Department |
| | Assigned Department: Integrated Seismic Detection Laboratory, Position: Chief of the Center, Classification of Appointment and Dismissal: D | | | | |
| 2016-09-26 | Assigned | | Vice President | Earthquake Research Center | Personnel Management Department |
| | Assigned Department: Earthquake Research Center, Position: Vice President, Classification of Appointment and Dismissal: D | | | | |
| 2016-09-26 | Concurrent Position | | Laboratory Director | Integrated Seismic Detection Laboratory | Personnel Management Department |
| | Appointed Department: Integrated Seismic Detection Laboratory, Position: Laboratory Director, Classification of Appointment and Dismissal: D, Other: | | | | |
| 2017-02-08 | Leave of absence | | | | Personnel Management Dept-306 |

GOV-00000401_T

| | Start Date: 2017-02-08, End date: 2018-02-07, Reason: Leave of Absence  at his own request, Classification of Leave of Absence: Leave of Absence |
|---|---|

**HISTORY OF TRAINING**

| Name of Training Institution | Name of Training | Date of beginning | Date of Completion | Country | Account No. | Item |
|---|---|---|---|---|---|---|
| Korea Institute of Geoscience and Mineral Resources, Earthquake Research Center | Seminar with specialist at Korea Institute of  Earth Research Center (Professor Sung Hoon Jung of In Ha Univ.) | 2015-03-05 | 2015-03-05 | Korea | 15-3119 | 30 |
| Korea Institute of Geoscience and Mineral Resources | Domestic Violence prevention education in Feb, 2015 | 2015-02-01 | 2015-02-28 | Korea | | |
| Korea Institute of Geoscience and Mineral Resources | Anti-Corrupt Integrity Training in Mar, 2015 | 2015-03-01 | 2015-03-31 | Korea | 15-531700 | 300 |
| Korea Institute of Geoscience and Mineral Resources | Periodic safety and health education in Q4, 2016 | 2016-10-01 | 2016-12-31 | Korea | 17-533312 | 80 |
| Korea Institute of Geoscience and Mineral Resources, Earthquake Research Center | Seminar with specialist at Korea Institute of Earth Research Center (6 Specialists from Chinese Earthquake Bureau) | 2015-10-14 | 2015-10-14 | Korea | 15-3119 | 37 |
| Korea Institute of Geoscience and Mineral Resources | Research Notes Training (Posted) in May, 2016 | 2016-05-04 | 2016-05-31 | Korea | 15-531700 | 300 |
| Korea Institute of Geoscience and Mineral Resources | 1st OK Forum Shake in Sept. 2016 | 2016-09-30 | 2016-09-30 | Korea | 15-531600 | 300 |
| Korea Institute of Geoscience and Mineral Resources | Sexual Assault Prevention Education in Mar. 2015 | 2015-03-01 | 2015-03-31 | Korea | 15-531700 | 300 |

**PROMOTION INFORMATION**

| Date | Appointed No. | Title | Grades | Appointment | Reason | Department |
|---|---|---|---|---|---|---|
| 1994-02-01 | 100-45 | Senior Researcher | 5 | Appointed (Promotion) | First appointment (null) | Earthquake Disaster Lab |
| 1994-09-01 | 100-315 | Senior Researcher | 6 | Appointed (Promotion) | Regular pay raise (null) | Earthquake Disaster Lab |
| 1995-09-01 | 100-297 | Senior Researcher | 5 | Appointed (Promotion) | Regular audit recalculation (null) | Earthquake Disaster Lab |
| 1996-09-01 | 100-261 | Senior Researcher | 6 | Appointed (Promotion) | Regular pay raise (null) | Earthquake Disaster Lab |
| 1997-09-01 | 100-257 | Senior Researcher | 7 | Appointed (Promotion) | Regular pay raise (null) | Earthquake Disaster Lab |
| 1998-09-01 | 100-259 | Senior Researcher | 8 | Appointed (Promotion) | Regular pay raise (null) | Earthquake Disaster Lab |
| 1999-03-01 | 100-78 | Senior Researcher | 9 | Appointed (Promotion) | Continuous service addition (null) | Earthquake Disaster Lab |
| 1999-06-22 | 100-131 | Senior Researcher | 10 | Appointed (Promotion) | Regular pay raise (null) | Earthquake Disaster Lab |
| 2000-01-01 | 100-138 | Senior Researcher | 11 | Appointed (Promotion) | Regular pay raise (null) | Earthquake Disaster Lab |
| 2002-01-01 | 100-20 | Researcher in charge | 1 | Appointed (Promotion) | Promotion (null) | Earthquake Disaster Lab |
| 2006-01-01 | 06 wage agreement | Researcher in charge | 5 | Appointed (Promotion) | Promotion (Wage Agreement in '06) | Earthquake Research Center |
| 2007-01-01 | FY 07 wage agreement | Researcher in charge | 6 | Appointed (Promotion) | Promotion (Wage Agreement in '07) | Earthquake Research Center |
| 2008-01-01 | FY 08 wage agreement | Researcher in charge | 7 | Appointed (Promotion) | Promotion (Wage Agreement in '08) | Earthquake Research Center |
| 2009-01-01 | FY 09 wage agreement | Researcher in charge | 8 | Appointed (Promotion) | Promotion (Wage Agreement in '09) | Earthquake Research Center |

GOV-00000402_T

| 2010-01-01 | FY 10 wage agreement | Researcher in charge | 9 | Appointed (Promotion) | Promotion (Wage Agreement in '10) | Earthquake Disaster Lab |
| 2011-01-01 | FY 11 wage agreement | Researcher in charge | 10 | Appointed (Promotion) | Promotion (Wage Agreement in '11) | Earthquake Disaster Lab |

GOV-00000403_T

## PROMOTION INFORMATION

| Date | Appointed No. | Title | Grades | Appointment | Reason | Department |
|------|---------------|-------|--------|-------------|--------|------------|
| 2012-01-01 | FY 12 wage agreement | Researcher in charge | 11 | Appointed (Promotion) | Promotion (Wage Agreement in '12) | Earthquake Research Center |
| 2015-01-01 | FY 14 wage agreement | Researcher in charge | 14 | Appointed (Promotion) | Wage Agreement in '14 | |
| 2016-01-01 | FY 15 wage agreement | Researcher in charge | 15 | Appointed (Promotion) | | |
| 2017-01-01 | FY 17 wage agreement | Researcher in charge | 16 | Appointed (Promotion) | Promotion in 2017 | |

## HISTORY OF PRIOR EMPLOYMENT

| Start Date | Completion Date | Place of Employment | Title | Duty | Salary |
|------------|-----------------|---------------------|-------|------|--------|
| 1988-05-01 | 1988-09-01 | ARCO Oil & Gas Research Center, Dallas | Geophysical Specialist | Data processing Research | |
| 1988-09-01 | 1990-05-15 | Texas A & M University | Teaching Assistant | TA & RA | |
| 1991-09-01 | 1992-05-15 | Texas A & M University | Teaching Assistant | TA & RA | |
| 1992-06-01 | 1993-05-31 | Korea Resources Institute | Post-Doc | Seismic Exploration | |
| 1993-08-09 | 1993-12-31 | Korea Resources Institute | Post-Doc | Seismic Exploration | |

## FAMILY INFORMATION

| Relationship | Name | Resident Registration NO. | Education | Occupation |
|--------------|------|---------------------------|-----------|------------|
| Wife | ████████ | ████████ | University Graduate | |
| Mother | ████████ | ████████ | | |
| Son | ████████ | ████████ | | |
| Son | ████████ | ████████ | | |

## OVERSEAS BUSINESS TRIP DETAILS

| Date of Start | Date of Completion | Place of Business Trip | Reason for Business Trip |
|---------------|--------------------|------------------------|--------------------------|
| 2005-07-27 | 2005-07-29 | China - Beijing | Other |

| 2009-12-13 | 2009-12-20 | USA - San Francisco | Participate in the Academic conference and to present thesis |
| 2010-02-09 | 2010-02-11 | China - Beijing | Joint research consultation |
| 2009-09-06 | 2009-09-18 | UK - London | Field study and research |
| 2009-10-13 | 2009-10-16 | USA - San Francisco | Field study and research |
| 2009-11-29 | 2009-12-03 | China - Beijing | Joint research consultation |

| OVERSEAS BUSINESS TRIP DETAILS | | | |
| --- | --- | --- | --- |
| 2010-07-02 | 2010-07-03 | China - Beijing | Joint research consultation |
| 2010-05-01 | 2010-05-09 | Austria | Participate in the Academic conference and to present thesis |
| 2010-06-13 | 2010-06-19 | USA - Los Angeles | Technical information and data collection |
| 2006-06-25 | 2006-06-30 | USA - Los Angeles | Joint research consultation |
| 2005-12-10 | 2005-12-13 | Japan - Tokyo | Joint research consultation |
| 2006-01-04 | 2006-01-07 | China - Beijing | Field study and research |
| 2006-04-04 | 2006-04-13 | New Zealand | Technical information and data collection |
| 2006-05-17 | 2006-05-24 | Austria | Attend international conference |
| 2009-04-22 | 2009-04-24 | China - Beijing | Joint research consultation |
| 2009-06-22 | 2009-07-01 | USA - Los Angeles | Field study and research |
| 2005-08-30 | 2005-09-08 | Austria | Attend international conference |
| 2006-01-16 | 2006-01-21 | USA - Los Angeles | Joint research consultation |
| 2006-12-05 | 2006-12-08 | Japan - Tokyo | Joint research consultation |
| 2007-01-14 | 2007-01-20 | Russia - Moscow | Joint research consultation |
| 2007-03-08 | 2007-03-13 | China - Beijing | Technical information and data collection |
| 2006-09-18 | 2006-09-28 | USA - Los Angeles | Joint research consultation |
| 2006-10-31 | 2006-11-03 | China - Beijing | Joint research consultation |
| 2006-11-15 | 2006-11-20 | USA - Los Angeles | Joint research consultation |
| 2011-07-04 | 2011-07-06 | China - Beijing | Joint research consultation |
| 2011-07-25 | 2011-07-29 | UK - London - the Russian Federation - Moscow | Joint research consultation |
| 2007-07-01 | 2007-07-08 | USA - Los Angeles | Joint research consultation |
| 2006-07-06 | 2006-07-12 | China - Beijing | Technical information and data collection |
| 2008-11-03 | 2008-11-06 | China | Joint research consultation |
| 2011-01-24 | 2011-01-27 | Japan - Tokyo | Technical information and data collection |
| 2011-04-03 | 2011-04-09 | Austria | Participate in the Academic conference and to present thesis |
| 2011-04-18 | 2011-04-20 | China - Beijing | Joint research consultation |
| 2010-11-07 | 2010-11-13 | Russia - Moscow | Joint research consultation |
| 2008-09-29 | 2008-10-04 | Russia - Moscow | Other |

GOV-00000404_T

GOV-00000405_T

| OVERSEAS BUSINESS TRIP DETAILS | | | |
|---|---|---|---|
| 2008-07-16 | 2008-07-19 | UK - London | Technical information and data collection |
| 2009-02-09 | 2009-02-11 | China - Beijing | Other |
| 2007-12-11 | 2007-12-21 | USA - Los Angeles | Field study and research |
| 2008-01-16 | 2008-01-22 | Japan - Tokyo | Field study and research |
| 2008-02-26 | 2008-03-01 | Russia - Moscow | Joint research consultation |
| 2007-08-30 | 2007-09-06 | Russia | Technical information and data collection |
| 2007-09-13 | 2007-09-15 | China - Beijing | Technical information and data collection |
| 2008-04-20 | 2008-04-25 | China - Beijing | Other |
| 2008-05-03 | 2008-05-14 | USA - Los Angeles | Training (within 3 months) |
| 2007-06-21 | 2007-06-26 | China - Beijing | Technical information and data collection |
| 2007-11-04 | 2007-11-15 | UK - London | Technical information and data collection |
| 2008-12-14 | 2008-12-20 | USA - San Francisco | Participate in the academic conference and to present thesis |
| 2013-04-29 | 2013-05-04 | UK – London – the Russian Federation - Moscow | Other |
| 2012-09-05 | 2012-09-07 | China - Beijing | Joint research consultation |
| 2012-09-05 | 2012-09-07 | Beijing | Joint research consultation |
| 2012-03-20 | 2012-03-23 | Japan - Tokyo | Joint research consultation |
| 2012-04-11 | 2012-04-17 | Italy – UK - London | Joint research consultation |
| 2012-02-14 | 2012-02-19 | Austria | Attend international conference |
| 2013-06-18 | 2013-06-23 | Austria | Participate in the academic conference and to present thesis |
| 2013-03-28 | 2013-03-30 | China-Beijing | Joint research consultation |
| 2012-12-02 | 2012-12-09 | USA - Los Angeles – USA - San Francisco | Participate in the academic conference and to present thesis |
| 2013-08-10 | 2013-08-15 | China - Beijing | Joint research consultation |
| 2011-12-06 | 2011-12-11 | USA - San Francisco | Participate in the conference and to present thesis |
| 2012-10-29 | 2012-10-31 | Tokyo | Attend international conferences |
| 2012-01-25 | 2012-01-29 | USA - San Francisco | Technical information and data collection |
| 2012-04-23 | 2012-04-27 | China – China - Beijing | Joint research consultation |
| 2013-12-08 | 2013-12-15 | USA - San Francisco – USA -San Francisco – USA - San Francisco | Participate in the conference and to present thesis |

| OVERSEAS BUSINESS TRIP DETAILS | | | |
|---|---|---|---|
| 2014-07-28 | 2014-08-02 | Mongolia | Attend international conference |
| 2014-09-29 | 2014-10-02 | UK - London | Other |
| 2014-12-14 | 2014-12-20 | USA - Los Angeles – USA - San Francisco | Participate in the academic conference and to present thesis |
| 2014-05-28 | 2014-05-31 | Italy | Others |
| 2015-01-22 | 2015-01-24 | China - Beijing | Joint research consultation |
| 2015-03-10 | 2015-03-15 | UK – London - Italy | Technical information and data collection |
| 2014-08-27 | 2014-09-06 | USA - Los Angeles – USA –USA –USA - San Francisco | Technical information and data collection |
| 2014-02-04 | 2014-02-08 | UK – London - Italy | Joint research consultation |
| 2015-08-17 | 2015-08-20 | China - Beijing | Other |
| 2015-08-29 | 2015-09-03 | Beijing – China - Beijing | Attend international conference |
| 2015-04-20 | 2015-04-25 | USA - Los Angeles | Participate in the academic conference and to present thesis |
| 2015-04-06 | 2015-04-09 | Beijing | Joint research consultation |
| 2016-06-13 | 2016-06-18 | UK – London – Austria - Italy | Attend international conference |
| 2015-07-06 | 2015-07-11 | China - Beijing | Field study and research |
| 2016-03-23 | 2016-03-25 | Beijing | Joint research consultation |
| 2016-06-28 | 2016-07-01 | Japan – Tokyo - Japan | Joint research consultation |
| 2016-05-15 | 2016-05-18 | China - Beijing | Attend international conference |
| 2015-09-14 | 2015-09-18 | UK – London - Italy | Technical information and data collection |
| 2015-12-14 | 2015-12-18 | USA - San Francisco | Participate in the academic conference and to present thesis |
| 2015-12-14 | 2015-12-18 | USA - San Francisco | Participate in the academic conference and to present thesis |
| 2016-02-27 | 2016-03-05 | Austria - Italy | Attend international conference |
| 2015-11-02 | 2015-11-07 | China - Beijing | Joint research consultation |
| 2016-12-12 | 2016-12-17 | USA - San Francisco | Participate in the academic conference and to present thesis |
| 2016-06-13 | 2016-06-18 | UK - London UK Italy | Field study and research |
| 2016-12-12 | 2016-12-17 | USA - San Francisco | Participate in the academic conference and to present thesis |

GOV-00000406_T

GOV-00000407_T

| EMPLOYMENT CONTRACT INFORMATION | | | |
|---|---|---|---|
| Division | Start Date | End Date | Document No. |
| 1st | 1999-07-01 | 2002-06-30 | |
| 2nd | 2002-07-01 | 2005-06-30 | |
| 3rd | 2005-07-01 | 2008-06-30 | HR-276 |
| 4th | 2008-07-01 | 2011-06-30 | HR-3946 |
| Employment Contract | 2011-07-01 | 2014-06-30 | Workforce Management |
| Employment Contract | 2014-07-01 | 2017-06-30 | Workforce Management |

| SECURITY CLEARANCE LEVEL INFORMATION | | |
|---|---|---|
| Start Date | Date of Completion | Class Level |
| 2000-01-26 | 9999-12-31 | II Class |