# EXHIBIT 1

# DR. CHI LETTER TO JUDGE WALTER

존경하는 존 F. 월트 판사님에게:                                         1

저는 1953년 한국전쟁 (Korean War)이 끝난 후 5년 뒤인 1958년에 태어난 베이비붐 세대입니다. 제가 중학생이였던 1970년대에 미국의 전폭적인 지원으로 한국의 산업발전이 시작되었습니다. 미국에서 공부한 많은 한국과학자들이 개발을 선도하였고 저의 미국 유학의 꿈이 이때 만들어 졌습니다.

부모님의 지원하에 저는 공부에 전념할 수 있었고 한국 최고 대학인 서울대학교 공과대학에 입학하였습니다. 저는 육군 소위로 군대 임무(military Service)를 마친 후에 1985년에 Texas A&M 대학교 지구물리학과 (Department of Geophysics)의 박사과정에 입학하였습니다. 1988년에는 그곳에서 첫 아이를 얻게 되었는데 지금도 큰 기쁨으로 생각됩니다. 박사과정동안 Dallas에 위치한 ARCO 연구소에서 근무할 수 있는 기회를 얻었고 Phillips Fellowship도 받았습니다. 저는 한국의 산업발전을 위하여 1992년에 귀국하였습니다.

저는 한국지질자원연구원(KIGAM)에서 1년간 post-doctoral course를 수료한 후에 1994년에 정식으로 취업하였습니다. 그당시 미국에서는 digital-monitoring Technology와 Internet communication이 광범위하고 보편화 되어 있으나 KIGAM은 낙후된 Analog monitoring과 modem communication을 사용하고 있었습니다. 저는 미국유학시절에 취득한 기술과 경험으로 한국에서의 지진연구를 위한 infrastructure를 digital과 Internet으로 전환하는데 최선을 다하였습니다.

나의 업무의 영역이 실로 확장된 것은 2004년에 있는 인도네시아 스마트라 대지진 (Indonesia Smatra Great Earthquake)가 계기가 되였는데 전세계적으로 200,000 명의 사망자를 발생시켰고 장비에 대한 수요가 급격히 증가하였습니다. 예를들면 2005년 한국의 고속철도 (express train)이 조기경비 시스템이 필요하였습니다. 그때 당시에는 GSL 장비에는

2

그 기능이 없었습니다. 그래서 GSI 장비에 나의 관련 기술을 적용하여 그 기능을 하도록 했습니다.

2006년에 북한이 1차 핵실험을 수행하였습니다. 핵실험 탐지 및 평가 (Nuclear testing monitoring and evaluation)는 저의 공식 업무 (official duty at KIGAM)입니다. 2016년까지 수행한 총 5회의 핵실험에 대한 신속하고 정확한 평가로 매우 높은 명성을 얻었습니다. 저는 KIGAM을 위하여 핵실험평가 뿐 아니라 지진연구 (earthquake research)에도 종합적으로 열심히 일하였습니다.

KMI와 GSI의 장비 성능검사를 위해서, 그리고 산업별 필요한 기술을 분석하여 개발하기 위해서는 많은 도움이 필요했습니다. 그래서 저는 저의 자문비를 저의 동료들과 나누어가져야 합니다. 나의 욕심 때문에 나는 나누어가지지도 않았고 심지어 동료들에 은폐하였습니다. 또한 KIGAM 에게 나의 기술과 문료를 보고했어야 했습니다.

저는 개인적인 욕심으로 동료들의 신뢰와 믿음을 지키지 못하였습니다. 그리고 재판과정동안의 그들의 진술 극복의식에 깊은 감명을 받았습니다. 그들의 증석은 나에게 과학에 대한 우리들의 공통한 사랑을 일깨워 주었습니다. 나는 그들에게 나의 정말 깊은 후회와 용서를 구하는 기회를 가졌습니다.

나의 행위로 인해 미국은행시스템 (America bank system)에 피해를 끼쳤다면 다시한번 깊게 사과합니다. 저는 향후 KIGAM에서 정년퇴직 후에 기술자문료를 퇴직금으로 사용하고 했습니다. 그래서 Bank of America 에서 Merrill Lynch로 투자하고자 이체한 것입니다. 은폐하고자 하는 의도는 없었습니다. 미국은 저에게 많은 지식, 경험 그리고 박사학위를 준 은혜로운 나라합니다. 특히 나의 큰아이가 태어난 곳이

마국입니다. 나의 가족은 미국에 살고 싶었습니다. 이런 나라에게 피해를 주려는 어떤 의도로 없었습니다.

이번 9개월동안 겪었던 공항에서의 구금 (arrest), 보석 (bail out), 제한, 그리고 자진 구금 (self-surrender)를 통해 가장 큰 고통은 나를 믿어주고 후원해 주신분들에게 안겨준 실망과 사랑하는 사람들로부터의 격리입니다. 날마다 외로움과 부끄러움을 통해 욕심과 어리석음을 반성하고 있습니다. 저는 정말 저의 어머님, 아내, 우리 아이들, 형제와 자매 그리고 친구가 그리우면 보고 싶습니다. 저는 모든 것을 잃어 버렸고, 모든 것을 포기하였습니다. 저에게 남아 있는 희망은 제가 사랑하는 모든 분들을 더욱더 사랑하면서 같이 살고 싶다는 것입니다.

저의 아내나 뉴스 보도로는 가장 최근에 북한 핵실험에 대한 정보를 얻기가 매우 힘들었습니다. 제가 얻은 정보로는 탐지 및 평가가 정확하지 못한 것 같은 생각이 듭니다. 제가 미국에 체포되어 핵실험에 대한 보도 역할이 KIGAM에서 KMA로 이전된 것 같습니다. 감옥에 갇혀있어 ~~~~~~~~~~~~ 나의 지식과 경험을 통해 동료들이 정확한 측정과 평가를 할 수 있도록 도와주지 못한 것이 저에게는 매우 힘들었습니다. 국가를 위해 이바지할 수 있음에도 나의 행위로 지금 격리되어 있습니다. 이것은 나의 큰 고통이자 후회스러운 일입니다.

존경하는 재판장님, 저는 진정으로 저의 죄를 후회하고 용서를 구합니다. 저는 정말로 나의 사랑스러운 가족과 친구를 가능한 빨리 만나고 싶습니다. 부디 저에게 최고의 선처를 부탁드립니다.

September 7, 2017                    Chi, Heon Cheol

Dear Hon. John F. Walter,

I was born in 1958, 5 years after the end of the Korean War in 1953. When I was a middle school student in the 1970s, Korea initiated its industrial development with the full support of America. Korean scientists who studied in America pioneered the development effort and my earnest dream of studying in America was born at that time.

With the avid support of my parents, I devoted myself to study to enroll in Korea's best university – Seoul National University – engineering college. After I completed my military service as a 2nd lieutenant, I enrolled in the Department of Geophysics at Texas A&M University in 1985 for a doctoral course. In 1988, I saw the birth of my first son there and it was easily one of my wonderful memories. During my doctoral course, I had the opportunity to work at ARCO Research Center in Dallas and I was also honored with a Phillips Fellowship. I returned to Korea in 1992 to help contribute to the industrial development of Korea.

After my one-year post-doctoral course at KIGAM, I was formally employed at KIGAM in 1994. At that time in America, digital monitoring technology and internet communication were widely available and adapted as a standard, but at KIGAM, out-of-date analog monitoring and modem communication were still being used for data retrieval. I devoted my next several years to convert the infrastructure into digital and internet for earthquake research in Korea based on the experience and technology I obtained in America.

The scope of my work actually expanded upon 2004 with the Indonesian/Sumatran Great Earthquake which killed 200,000 throughout the world, and the demand for earthquake instruments surged rapidly. For example, in 2005, an early warning system was required on the express train in Korea. At that time, GSL instruments did not have the function of early warning. Hence, I applied my own technology to GSL instruments to achieve this function.

In 2006, North Korea conducted its very first nuclear testing. Nuclear testing monitoring and evaluation was my official duty at KIGAM. I acquired a very lofty reputation for my rapid and accurate evaluate of five North Korean nuclear tests until 2016. I honestly worked very hard for KIGAM on not only the nuclear testing evaluation but also on the earthquake research.

In order to conduct performance test of KMI and GSL instruments and analyze and develop state-of-the-art applicable technology for many different industrial facilities, I needed much assistance. Therefore, I regret to say that I should have shared my technical advice fee with my valuable colleagues. Because of my inflated ego, I didn't share the fruits of my labor and even concealed the remuneration from my colleagues. Moreover, I indeed should have reported my technical advice fee to KIGAM.

Partly due to my personal ego, I did not maintain the trust and faith with my colleagues at KIGAM. I was profoundly impressed by their technical expertise and professionalism during my trial. Their presence certainly reminded me as to how important was our shared dedication and love for science. I am thankful that I had the opportunity to express to them my deepest regret and ask for their forgiveness.

If my criminal behavior damaged the American banking system, I truly apologize profoundly once again. I wanted to use the technical advice fee for my retirement in America when I retired from KIGAM. In order to do so through investment, I transferred money from Bank of America to Merrill Lynch. I honestly did not have any intention to conceal this transaction. America is a very generous and charitable country which provided me much knowledge, experience and doctoral degree. Especially, my first baby was born here in America. My family yearned to live in America and I had no intention to inflict any damage to this great country.

For nine long months, from my arrest at the airport, bailout, trial to self-surrender, my most painful feeling was my disappointing those who trusted and supported me and my being separated from my loved ones.  Each and every day, through the loneliness and shamefulness, I utterly regret and painfully look back at my greed and stupidity. I truly missed seeing my mother, wife, my babies, my brother, sister and friends. I lost everything in the world and gave up everything as well. My only remaining hope is that I will live to love all my loved ones and I want to love them more and more and more.

It has also been very difficult to receive the news of the latest North Korean nuclear testing through my wife and news reports. Based on the limited information that I have received, I do have some reason to think that the nuke test-related measurements and evaluation are not accurate. And due to the arrest of me in America, it also seems that the task of reporting on the nuclear testing has been transferred from KIGAM to KMA. To be in jail and not to be able to use my knowledge and experience to help my colleagues in Korea make accurate evaluation has been very difficult for me. I know that I could help my country, but my own bad behavior now has caused my separation. This is my great burden, pain and regret.

Dear Your Honor, I truly regret my crime and want to apologize to you in earnest. I so much want to be reunited with my beloved family and friends as quickly as possible. Please, I beseech you to grant me your benevolence. I am truly and deeply sorry for my action.


Sincerely,

Dr. Heon-Cheol Chi

## CERTIFICATE OF TRANSLATION

I, Paul H. Yi, certified by the Judicial Council of California and federally approved in the languages of Korean and English, hereby translated the attached letter of Dr. Heon-Cheol Chi, from Korean into English to the best of my attested ability. I hereby certify that the translation was rendered most accurately and truly.

Dated Sept. 7th, 2017

Los Angeles, CA

Signed __*Paul H. Yi*__

Paul H. Yi (#300119)

Certified since 1988