# EXHIBIT 2

# LETTERS TO JUDGE WALTER IN SUPPORT OF DR. CHI'S SENTENCING POSITION

August 11, 2017

RE: Dr. Chi, Heon Cheol

To Honorable Judge John F. Walter

I am Soobong Shin, the President of the Earthquake Engineering Society of Korea (EESK), also working as the Professor at Dept. of Civil Engineering, Inha University. I am writing this petition to ask you for favorable arrangements in the case about the defendant, Dr. Heon Cheol Chi and his sentencing. Many colleagues of mine and Dr. Chi's, join this letter and their signatures are attached.

I learned from the news that Dr. Chi was accused of a crime in the United States and a verdict of guilty was returned. Regardless of the crime, I feel deeply sad and sorry to hear the fact.

Dr. Chi and I have been involved in EESK since 1997. Dr. Chi is a talented seismologist in Korea and has greatly contributed not only to the development of EESK but also to the advancement of seismology in Korea. In particular, Dr. Chi has accomplished many research achievements in detection of North Korea's nuclear test, observation of earthquakes and development of analytical techniques. Many seismologists have used his research findings and techniques to carry out further studies. We are in incessant need of Dr. Chi's experience and contributions to Korean earthquake research. I cannot even count how many other seismologists' work is built on the foundations of what Dr. Chi was himself developed and created.

Dr. Chi is permanently dismissed from office of KIGAM due to the current case. It is not only his personal misfortune but also a great disruption to Korean earthquake research that Dr. Chi's research activity was suspended due to the conviction. Furthermore, we are losing a great driving force in the development of Korea's seismic observation technology, which is very unfortunate for both national and societal perspectives. I heard that Dr. Chi is deeply regretting his actions. I feel I know him so well that without hesitation I can say he would feel deeply humiliated and sorry for any harm to KIGAM, his country or the advancement of

his field.

I plead with you for a favorable handling of and careful attention to Dr. Chi's case so that he can serve again for the development of Korean seismology, the safety of his country and its people

Sincerely,

Soobong Shin        (Signature)

President of EESK － Earthquake Engineering Society of Korea

Professor, Dept. of Civil Eng., INHA University

Address : 100 Inha-ro, Nam-gu Incheon 22212 Korea

Phone : 82-10-8550-9088

E-mail : sbshin@inha.ac.kr

Enclosure: List of signatures for the petition authored by Prof. Shin

3

List of signatures for the petition:

I consent to submit the petition in agreement with the petitioner's opinion.

| EESK Position | Current Employment | Name (phone/E-mail) | Signature |
|---|---|---|---|
| Vice President | Sungkyunkwan Univ. Dept. Civil & Architectural Eng. | Jinkoo Kim +82-10-8325-5460/jkim12@skku.edu | |
| Vice President | Kangwon National Univ. Dept. of Civil Engineering | Jong-Keol Song +82-10-5228-5861/songj@kangwon.ac.kr | |
| Director | Inha University Dept. of Architectural Engineering | Seong-Hoon Jeong +82-10-4798-0700 jeong@inha.ac.kr | |
| Vice President | Dept. of Civil Eng. Konkuk University | Dong-ho HA +82-10-2508-2365 | |
| Director | Hanyang Univ. Dept. Civil & Environmental Eng | Dahee Park 82-10-9146-8936 dpark@hanyang.ac.kr | |
| Director | Cheonju Univ. Dept. of Architectural Eng. | Dongkwan Kim 82-10-2886-8246 dkkim17@cju.ac.kr | |
| Director | Hanyang Univ. Dept. of Architectural Engr. | Eunjong Yu 82-10-9432-3772 eunjongyu@hanyang.ac.kr | |

4

| EESK Position | Current Employment | Name (phone/E-mail) | Signature |
|---|---|---|---|
| Director | Univ. of Ulsan Dept. of Civil & Environmenta Eng. | Ickhyum, KIM c010-3872-3427 ickhyum@ulsan.ac.kr | |
| Director | Sbokyeong University Seoul, Korea (Dept. of Civil Eng). | Jae-Soon, Choi (82-10-6340-4534) geotech@skuniv.ac.kr | |
| Faculty | Earthquake Engineering Society of Korea | O-Soon, Seo (82-10-3021-2518) eesk@eesk.or.kr | |
| Faculty | Earthquake Engineering Society of Korea | Hyejin, Kim (82-10-4299-1718) eesk1@eesk.or.kr | |
| | | | |
| | | | |
| | | | |

5

| EESK Position | Current Employment | Name (phone/E-mail) | Signature |
|---|---|---|---|
| Director | ~~The~~ Dept. of Architecture and plant Engineering, Young san University | Seonwoong Kim +82 - 54 - 3?0 -9497 snkim@you.ackr | |
| Director | Dept. of Civil & Env. Engrg Sejong Univ. | Jong Jae Lee +82 10-4842 -8648 jongjae@sejong.ackr | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| EESK Position | Current Employment | Name (phone/E-mail) | Signature |
|---|---|---|---|
| Director EESK | Kookmin University School of Communication | Juhyun Hong +82 10 29988 25 joohssy@kookmin.ac.kr | |
| Director | Seoul National University | Thomas Kang +82-10-8457 -8704 tkang@snu.ac.kr | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

7

 

☎200-701 강원도 춘천시 강원대학길1 • Tel. +82 33 250 6250 • Fax. +82 33 252 5550
192-1, Hyoja-2-Dong, Chuncheon, Kangwon, 200-701, KOREA • http://www.enre.kr

Jaedong Kim                                                      5 August, 2017
1, Gangwondaehak-gil, Chuncheon-si, Gangwon-do, 24341 Republic of Korea
+82-10-9058-6256
jdkim@kangwon.ac.kr

Dear Honorable John F. Walter:

I am writing to ask for leniency for Dr. Heon Cheol Chi.   My name is Jaedong Kim and I am a professor at the department of energy and resources engineering in the college of engineering of Kangwon National University in Korea. As a professor I have a deep commitment to mentor and guide future engineers so they may contribute their abilities to analyze and solve technical problems in a way best for society.

I have been friends with Dr. Heon Cheol Chi for over 44 years.   We graduated from the same high school.   We also studied the same major in college and both worked in similar fields. We have spent many hours together talking and we share the same opinions of the importance of mentoring our juniors and students.

The Dr. Heon Cheol Chi I know is someone who always finds the positive and good in whatever work he is engaged.   He is also a person that is devoted to doing what he can to improve society for the better. Dr. Heon Cheol Chi is someone whose career and achievements have been for the public interest of Korea.   Furthermore, I know that Dr. Chi's future works will certainly continue in this spirit and help to develop justice for Korea's society.

As such, I kindly request that you consider Dr. Chi's accomplishments and all that he has to offer for the betterment of Korean's future society by granting him leniency with respect to his sentence. He has suffered severely professionally because of this criminal case. Also he and his family have suffered much personally.

With Regard,

*Jaedong Kim*

Dr. Jaedong Kim, Professor
Dep't of Energy and Resources Engineering,
College of Engineering,
Kangwon National University, Korea R

8





㉠200-701 강원도 춘천시 강원대학길1 • Tel. +82 33 250 6250 • Fax. +82 33 252 5550
192-1, Hyoja-2-Dong, Chuncheon, Kangwon, 200-701, KOREA • http://www.enre.kr

5 August, 2017

김재동
한국 24341 강원도 춘천시 강원대학길 1
+82 10 9058 6256
jdkim@kangwon.ac.kr

존경하는 John F. Walter 재판장님 귀하,

나는 한국의 국립강원대학교 공과대학 자원공학과(department of energy and resources engineering, college of engineering, Kangwon National University, Korea R.)에서 일하고 있는 김재동 교수라고 합니다. 이 편지를 쓴 이유는 재판장님께서 지헌철 박사의 재판에서 형량을 선고하시는 경우 너그러우신 처분을 요청하기 위한 것입니다. 나는 교수로서 미래를 책임질 공학도들이 최선을 다해 기술적 문제들을 분석하고 해결할 수 능력을 사회를 위해 공헌할 수 있도록 지도하고 가르치고 있습니다.

나는 지헌철 박사와 같은 고등학교를 졸업했으며, 대학교에서 같은 학과를 졸업하고, 유사한 분야에서 일하는 등 현재까지 44년동안 친구로서 깊은 우정을 유지하고 있습니다. 우리는 수 많은 시간을 함께 토론하고 우리의 후배들과 학생들에 대한 지도와 조언이 얼마나 중요한지에 대해서도 같은 견해를 가지고 있습니다.

나는 지헌철 박사가 모든 일에 적극적이며, 옳다고 생각하는 일을 실행하는데 주저하지 않고, 정의로운 사회를 위하여 자신을 헌신할 수 있는 사람이라고 생각합니다. 일시적인 오류나 오해에도 불구하고 지금까지 지헌철 박사가 이루어놓은 업적과 한국에서의 공공의 이익을 위해 헌신한 경력 그리고 앞으로 계속하여 우리 사회의 정의와 발전을 위해 기여할 수 있는 가능성을 고려하여, 재판장님의 너그러운 처분을 바랍니다.

그는 이번 사건으로 인하여 업무상 매우 큰 고통을 겪고 있습니다. 또한 그와 그의 가족 역시 개인적으로도 매우 많은 고통을 받고 있습니다.

김재동(Jaedong Kim), 교수, 공학박사
국립강원대학교 공과대학 에너지자원공학과

Department of Energy & Resources Engineering

August 10, 2017

Dear Honorable Judge John F. Walter:

I am a friend of Dr. Heon Cheol Chi and have known him for forty years. My name is Moon Su Sung and I am a chairman and professor of the department of obstetrics and gynecology at Inje University, College of medicine. I also serve as the director of medical library as well as the director of medical informatics at Inje University.

Dr. Chi and I are from the same hometown and went to the junior high school together. Ever since we've known each other and became very close friends. Dr. Chi that I know may not be a person who will actively resist against injustice or proclaim moral superiority, but he certainly is not the person who would intentionally commit illegal act or conduct immorally.

During the past twenty years, whenever earthquakes occur, grounds collapse or whenever North Korea experiments its nuclear weapons, Dr. Chi was the person delivering accurate information to the public. He would study the seismic waves caused by North Korea's nuclear experiments and distinguish them from natural earthquakes and prove the size and impact of the nuclear experiments, etc. In diverse realm, Dr. Chi was carrying out very important works for Korea.

Furthermore, he fostered young scientists studying geology and implemented global scale research in the field of earthquake. When people were trembling under the fear of earthquakes, hearing about disasters in other countries, he would pacify the public through media, and upon the congress' request he would conduct required investigations and explain safety measures regarding earthquakes, nuclear power plants, etc. I was always proud of him for what he has done for our country.

Although what Dr. Chi has convicted of money laundry, is a grave error

under the American jurisprudence, based on the role Dr. Chi played, his achievements and contributions to society and what he needs to do in the future, I ask your honor to have him return to his country as soon as possible.

Respectfully yours,

_____

Moon Su Sung, Prof, MD & PhD
Address: Dept. of Ob/Gyn, Busan Paik Hospital, Bokji-ro 75, Busangin-gu, Busan, Korea
Phone No; +82-51-890-6115, +82-51-890-6984
E-mail: mssung13@hotmail.com, 100928@paik.ac.kr

RE: Dr. Heon Cheol Chi                                                    2017-07-31

To Honorable Judge John F. Walter

I am Dr. Chi, Heon Cheol's brother and an ex-judge now a working attorney at Korean law firm. When I was a judge, I listened to civil and penal cases and now I attend to civil, penal and constitutional cases as a lawyer.

He has been our family's pride. He has a great vocation for scientist and studied hard. When he entered into the College of Engineering at Seoul National University (SNU), his admission score was so high that he could qualify to admission at the College of Medicine at SNU, the highest in Korea.

After studying in the United States, he became a researcher at Korea Institute of Geoscience & Mineral Resources (KIGAM) and played a key role in perceiving the North Korean under-ground nuclear tests in October 2006 and later by a detection of the seismic waves.

Like above, he is so widely known as a leading expert of earthquake learning in the geologic field in Korea that even all my students of Judicial Research and Training Institute know of him well.

I was embarrassed at the news of his arrest because he is a very fair person and well thought of here. And I was very anxious about his health, because he is losing the sight gradually. My mother lost her sight due to the macular degeneration. My brother now suffers from the same disease and we are very scared for our brother that he may lose his sight without proper care. He is very intellectual and scientific man. He loves to read and analyze his science. I cannot imagine if he cannot read or see.

In family he is very kind and generous to all the members, doing his best as the first son before and after father's death. So I beg your compassion on him and please let him come back home as soon as possible.

Respectfully yours.

Chi, Young Cheol
+81-2-722-4795
cyc@leeko.com
Lee&Ko, Hanjin Building, 63 Namdaemun-ro, Jung-gu, Seoul, South Korea

Petition for Dr. Chi, Heon Cheol


Dear Honorable Judge John F. Water


I am writing this petition in order to help understanding of Dr. Chi's personality and R&D activities. I was very surprised to hear that Dr. Chi has been convicted of bribery and money laundering several days ago from a Korean media. Judging from my experience he is very exemplary scholar and scientist with a passion in natural science. I am a physics professor of Cheongju university in South Korea. We had graduated from same high school and university. Because his workplace is not far from Cheongju university and my major is physics we have met frequently and have been discussing fundamentals of natural phenomenon and others. He is an excellent specialist in the field of earthquake as well as computer simulation. As far as I know he plays an important role in measurement and estimation of the explosion level and the location of underground nuclear tests which were frequently conducted by North Korea government. Therefore I think he is very important person to South Korea and US who have been paying attention to nuclear crisis provoked by North Korea government and have cooperated to keep Korean peninsula peaceful without war. To the best of my knowledge this is first incident or mistake took by him. If US court has to punish him further than what he has already suffered, I hope the courts show compassion and mercy which is heart of Buddhism philosophy.


26 July 2017

Prof. Pyungwoo Jang


Department of Laser & Optical Information Engineering
Cheongju University
Phone: +82 10 4029 8553
E-mail: pwjang@cju.ac.kr
Address: 718-604 Dong-Ah Apartment 1526 Bongyoung-Ro
Youngtong-Gu Suwon South Korea

RE: Dr. Heon Cheol Chi                                                    2017-07-31

Dear Honorable Judge John F. Walter

I am Dr. Chi, Heon Cheol's sister and a gynecologist-obstetrician.

As his elder sister, I shared the period of his growth. When I would covet his snacks and toys, he always made a concession with smile. He is my good brother and listens to others' words with open mind.

He studied hard and majored in geology at Seoul National University. After studying in the United States, he came back home and became a researcher at Korea Institute of Geoscience & Mineral Resources, where he did an important role in the field of geology. Our family was very proud of him.

Last autumn I was very worried that one of his eyes was bad and the other was getting worse, so he needs a continuous treatment and regular follow-up examinations. Our mother has lost the sight of the right eye and the left eye is also very bad because of macular degeneration, so I am deeply concerned about Dr. Chi's eye problems. Our mother has been suffering with diabetes and early Alzheimer's disease, so she has been in a senior care hospital where my sister's husband (a neurosurgeon) works.

Dr. Chi is the most beloved son and has frequented the hospital to see mother almost every week, unless in a foreign business trip. However his sudden arrest was an unbelievable news and a great shock to our family. Ignorant of his arrest, our mother was curious of the lack of his visits and calls, so we told her that he started a new job abroad. We could not tell her of his conviction. It would break her spirit and cause her deep depression.

Fortunately thanks to your bail, the phone call with Dr. Chi made her a little relieved, but she is very unhappy at his absence because he always regularly visits her.

I believe that Dr. Chi is a very good person and has a good talent for science. And he needs a continuous treatment and regular check-ups for the eye problems. I pray the rosary for my brother every day. So I beg your generosity to allow him to come back home as soon as possible and see our mother again in Korea.


Respectfully yours.

*Ji Jung Ok*

Ji, Jung Ok
+82-10-9502-7333
rrjjo@hanmail.net
Barobone Hospital, 769 Gookchaebosang-ro, Dong-gu, Daegu, South Korea



Exh. 2, Letters to Judge Walter in Support of Dr. Chi Sentencing Position p. 13

August 4, 2017

Mr. Bok Jae Chung
#106-104 (Raemian Apt. 1st)
191 Jeungga-ro, Namgajwa-dong, Seodaemoon-gu
Seoul, Korea
+82-10-5281-6407
Email: bobjoe002@hanmail.net

Dear Honorable Judge John F. Walter:

The petitioner, Bok Jae Chung, hereby submits this petition in connection with Dr.
Heon Cheol Chi (Head of the Earthquake Research Center of the Korean Geological
Resource Research Center) who had been indicted by the federal prosecutor's
office on July 18, 2017, and seeks the court's mercy and favorable treatment on this
case.

I live in Seoul, Korea and am a high school classmate of Dr. Chi at Kyungnam High
School.   I have majored in chemical engineering at Hanyang University and
worked at global companies such as Samsung and Hanhwa.   At present, I am a
businessman who owns and operates a mid-sized enterprise in Korea.

Dr. Chi, who is under indictment, was in same class as the petitioner during high
school, and for three years we have studied under the same teachers, played
together and ate during the same lunch hours.   We are very intimate friends who
respect and care for each other. We have remained friends over 40 years.

Dr. Chi is a friend who was always consistently executing his tasks and duties, and
he is a friend who never deviated from common sense or truth.   Not only that, I
remember him as a person who always walked on the right path with unerring
precision and is upright and honest.

In our time, it was not usual to study seismology, especially earthquakes. It was a
field that would not likely se economic benefit, and Dr. Chi would always tell
people that the field he is studying and propagating the truth and
discipline to humanity in broader scope and Korean people in smaller scope.
Likewise, Dr. Chi is a scientist who has incomparable pride and self-esteem in his
own field of academics.

After attaining bachelor's and master's degrees at Seoul National University as a
resource engineering major and a Ph.D. from Texas A&M University's geophysics
department, Dr. Chi held various important posts, including a member of the
Nuclear Safety Advisory Committee, the vice president of the Korean Seismology

Center.   He helped our country in so many ways that one example is that he participated in earthquake-resistant designs for many nuclear plants in Korea.   He is indeed the utmost expert in the field of earthquakes in Korea.

Since the devastating news from the U.S.A. came on the last 18th, not only myself but many high school friends and numerous scholars, professors, friends and acquaintances of Dr. Chi are shocked at the news.   The person we know has done so much to help out country and to advance science.   The news is devastating to his reputation and his good name.

I would sincerely appreciate your deepest insight and consideration regarding this matter.   Thank you.

Respectfully yours,

Chung, Bok Jae
Representative Director of Samto Co., Ltd.

2 of 2

16

 **Taiyoung Sankyu International Logistics Co.,Ltd.**

## 탄 원 서

August 6th, 2017

탄원인 성명 : 최인목
주소 : 서울시 성북구 길음로9길50 910-402
연락처 : 010-3312-3900
Email : imchoi@taiyoung-sankyu.co.kr


- 탄원취지
　미 사법당국에 구속된 지헌철의 친구인 탄원인이 다음과 같은 사실을 탄원하오니 선처하여주시기 바랍니다.

- 탄원이유
　평생을 바쳐 지진 연구해온 친구인 지헌철이 거액의 뇌물을 받아 자금세탁을 한 혐의로 미국에서 기소되어 유죄평결을 받았다는 소식에 많이 놀랐습니다. 주지하다시피 한국은 일본과 같은 나라와 달리 지진이 거의 없는 나라입니다. 따라서, 학문적으로도 인기가 없을 수밖에 없는 그러한 나라에서 지진연구에 평생을 바친 경우는 매우 드물다고 볼 수 밖에 없으며, 이는 학자로서의 자존심 없이는 어렵다고 볼 수 있습니다. 더욱이 일반국민이 지진에 별 관심이 없는 나라에서 당연히 지진관련 국가 예산이나 학문에 관한 경제적인 지원 또한 미미하다 할 것입니다.

　이러한 관점에서 볼 때 과연 거액의 뇌물이 있을 수 있나 하는 생각이 많이 드는 것 또한 사실입니다. 죄의 유무에 대해서는 사법당국이 판단할 것이나, 평생을 비인기학문 연구 활동만을 해온 친구이기 때문에 사회활동이나 물정에 어두울 수는 있을꺼라 사료되며, 그로 인해 부지간에 부적절한 금전거래가 발생했을 수도 있다고 봅니다.

　한국에서 비인기학문이나, 없어서는 안될 연구 활동하여 독보적인 위치에서 그 분야를 지켜주고 있는 친구가 하루빨리 자리로 돌아와서 일해주기를 바라는 마음에 이렇게 탄원하오니, 앞으로 국가에 더욱더 봉사할 수 있도록 재판장님께서 선처하여 주시기 바랍니다.


최 인목



## Taiyoung Sankyu International Logistics Co.,Ltd.

# PETITION

August 6th, 2017

Dear Honorable John F. Walter,

I am writing because I am friends with Dr. Heon Cheol Chi. I first met him when I entered high school in 1974 and we became friends because we both aimed at engineering and science field at school.   I am a director at the Korean company, Taiyoung Sankyu International Logistics Co., Ltd., which is a forwarding company in international logistics and delivery.

I heard that he was found guilty of laundering bribe money by a US court.   This surprised me greatly as he is someone who has dedicated his whole life to the study and research of earthquakes. He is a very hardworking person, not a person who takes an easy way or commits crimes.

As you may know, Korea is country that is similar to Japan, except that Korea does not experience earthquakes as frequently as Japan.   As a result, this is not a very popular academic field.   This makes it even more rare to find someone who is willing to dedicate their lives to the study and research of earthquakes in Korea. Especially this is true as to Dr. Chi, who started in 1994 when nobody in Korea thought much about earthquakes. His field was not a high income area. There were other sciences such as those related to energy where one earn greater salary.

Yet, Dr. Chi is passionately dedicated to improving the state of research and knowledge of earthquakes in Korea. He is always generous with his time, energy and intellect to his colleagues, fellow academics, students and the general public.

His absence will have a very deep impact on the Korean academic community.   As such, I request your generosity, understanding and kindness to Dr. Chi.

Sincerely,

Inmock Choi

Address : 910-402, Gireum-ro 9-gil 50
Seongbuk-gu, Seoul, 02721
Republic of Korea
Phone : 82-10-3312-3900

Mr. Hag Soo Kim
Simin-daero, Dongan-gu
Anyang-si
Gyeonggi-do, Korea 14067
+82-10-5328-2997

July 31, 2017

Dear Honorable Judge John F. Walter:

I was Dr. Heon Cheol Chi's junior at Seoul National University, and as my elder brother was a classmate with Dr. Chi at high school, I have known him for quite some time and I know Dr. Chi very well.

Dr. Chi has attained brilliant research and academic achievements in the field of earthquake that was once a wasteland in academics in Korea.   As far as I know, Dr. Chi had devoted and led a life that concentrated all of his time and energy into research and studies, without much social life of his own.

His work, besides his family, is his entire life. Through all these years I knew him, he has been very generous in sharing his knowledge and idea. After I graduated and started working as a geophysicist, I very often called him and met him to discuss idea that I needed help with. He always would take whatever time it took to help me work through my problem and analyze a solution.

Dr. Chi is a person absolutely needed for the future of the field of earthquake and seismology in Korea, and his opinion in the field is highly respected and listened to, especially when more and more outbreaks of earthquakes are observed in Korea nowadays.

Based on these circumstances, I sincerely plead for leniency on the judgment and sentence against his very much mistaken activities.

Respectfully yours,

*HagSoo Kim*

_____

Kim, Hag Soo


**SAMTAN**
SAMTAN B/D, 421 Youngdongdae-ro Gangnam-gu, Seoul 135-735, KOREA
TEL:02.527.6100  FAX:02.561.4485
www.samtan.co.kr

존경하는 재판장님!

저는 대한민국 서울특별시 서초구 방배동 2183 방배래미안타워 102-1801호에 주소를 두고 있는 60세 남성 이창훈입니다. 제가 생면부지의 판사님에게 이렇게 편지를 올리는 이유는 저의 오랜 친구인 지헌철박사가 미국 LA연방법원에 기소 되었다는 소식을 듣고 지헌철박사에 대하여 판사님께 저의 탄원을 드리고자 이 글을 씁니다.

저는 약40년 전에 Seoul National University에서 지헌철박사와 classmate로써 대학교생활을 같이 하였습니다. 졸업 후에도 저는mining company에서 Engineer, Management와 BOD member의 역할을 하였고, 지헌철 박사는 Korea Institute of Geoscience and Mineral Resources에서 연구를 하면서 Geoscience 와 Mineral Resources분야에 대한 의견을 나누며 오랜 우정을 쌓아 왔습니다.

 이러한 학교생활과 사회 생활을 통하여 제가 본 지헌철박사는 올바른 시민정신을 가지고 본인이 맡은 연구에 항상 최선을 다하는 모습을 보여 왔습니다. 지박사는 그의 Geoscience에 대한 연구 성과와 전문적인 이해와 지식을 배경으로 한국에서 Chief of Korea Earthquake Research Center의 역할을 수행 하였습니다.

지박사는 Korea Earthquake Research Center에서 지진에 관한 지식과 관찰업무를 통하여 Korea Peninsula를 포함한 주변에서 일어날 수 있는 재해를 예방하고 피해를 최소화 하는 역할을 훌륭히 수행 하였습니다. 지박사의 임무는 Korea Peninsula 주변의 시민들의 안전에 아주 중요한 기여를 하였습니다.

재판장님도 아시듯이 Korea Peninsula에는 북한의 핵이 세계의 평화를 위협하고 있습니다. 지박사는 북한의 핵실험 또는 대규모 폭파실험을 Geoscience 기술을 활용하여 감지 관측하여 한국과 미국을 북한의 핵 위협으로부터 방어하는 역할에도 기여 하였습니다. 앞으로도 지박사의 지식과 경험은 한국과 미국, 더 나아가 세계 평화를 북한의 핵위협과 지진의 피해로부터 수호하는데 크게 기여할 것으로 믿습니다.

존경하는 재판장님께서 지헌철박사의 지식과 경험이 한국과 많은 사람들의 안전과 평화를 위하여 사용 될 수 있도록 배려 하여 주실 것을 간곡히 부탁 드립니다.

이창훈



SAMTAN B/D, 421 Youngdongdae-ro Gangnam-gu, Seoul 135-735, KOREA
TEL:02.527.6100  FAX:02.561.4485
www.samtan.co.kr

6th, August 2017

Dear Honorable Judge John F. Walter,

I am writing to provide your honor my petition for Dr. Heon Cheol Chi.
When I heard that Dr. Heon Cheol Chi had been found guilty by a US federal court in
LA, I knew that I had to write on behalf of my longtime friend. About 40 years ago, I
was a classmate of Dr. Heon Cheol Chi at Seoul National University.   After
graduating university, I started as an engineer in mining company, then was
promoted to management, and then became a director on the company's board of
directors.   I was able to deepen my friendship with Dr. Chi because of our
professional interaction. He was able to provide me assistance in the fields of
geoscience and mineral resources.

And through my long relationship with Dr. Chi, during our school years and career, I
can emphatically confirm that he is one who has always dedicated his utmost to his
work, research and fellow citizen. Also, I would like to point out that Dr. Chi's
devotion to building expertise and knowledge in geoscience through hard work and
focus was the reason why he was appointed to the position of Chief of the Korea
Earthquake Research Center. And Dr. Chi's research and work at the Korea
Earthquake Research Center in the field of earthquakes is extremely important.
Thanks to him disasters have been prevented from occurring and damage minimized.
Dr. Chi's work has been incredibly valuable to the safety of the residents of the
Korean peninsula and surrounding areas.

As you know, North Korea's pursuit of developing nuclear weapons is a threat to
peace in the Korean peninsula.   Dr. Chi's development and use of geoscience
technologies has already helped Korea and the U.S. to defend against the North
Korean nuclear threat by improving the ability to detect nuclear weapons testing and
large-scale explosions. I have heard that because of his conviction he must lose his
job at KIGAM. If that is true it is a great blow to our country. His past research and
work in the field however will continue to serve the cause even if he must be
removed.

In closing, I would like to remind your honor of the fact that Dr. Chi's expertise and
experience have helped ensure the safety and maintain the peace of the Korean and
other peoples who have benefited from his many contributions.   As such, I kindly
request your honor to take Dr. Chi's many gifts to society into consideration when
making a final decision on Dr. Chi's fate.

Yours Truly,

Chang Hoon Lee

#102-1801, 2183 Namboosoonhwan-ro
Bangbae-dong, Seocho-gu
Seoul, 06760, Republic of Korea

Phone: 011-82-10-4310-2120
Email: chrichardlee@gmail.com

## 탄   원   서

성   명:  심재구(Mr. Jae Goo Shim)
주   소:  서울시 송파구 마천로 13길 10 리안빌라 301호
연 락 처:  +82-10-2043-7399
Email:  visionshim@hanmail.net

- 탄원 취지
미 사법당국에 구속된 사건과 관련하여 지헌철박사의 고등학교 친구인
탄원인이 다음과 같은 사실을 탄원하오니 지헌철박사를 선처하여 주시기 바랍니다

- 탄원이유
정부출연기관에서 일하는 국내대표 지진전문가가 거액의 뇌물을 받아
자금세탁을 한 혐의로 미국에서 기소돼 유죄평결을 받았다는 소식을
접하였을 때 절대 그렇게 할 친구가 아닐거라 생각하고 믿기 어려웠습니다.

고등학교 시절 특히 수학을 잘하여 뒤쳐져 있는 저를 친절히 개인적으로 가르쳐
주고 함께 공부하였던 기억이 아직도 생생합니다.
근면하고 바르게 행동하는 친구였습니다.

서울대 공대 자원공학과 학사와 석사, 텍사스 A&M지구물리학과 박사를 취득하고
국내에서 원자력안전자문위원회위원,한국지진공학회부회장을 역임하고
국내원자력발전소 내진설계에 직접 참여하고,지질연구센타의 수장을 3번이나
역임한 국내 지진분야에서는 저명한 지헌철박사입니다.

2011년 3월에 발생한 동일본대지진때 여러 방송사와 연결하여 인터뷰하면서
지진의 크기,강도,특성을 제대로 파악하고 맞춤형 지진 대비책을 내놓을 때
T.V를 보면서 친구인 지헌철박사를 자랑스러워 하고 존경하였습니다.

2016년 4월20일 미래창조과학부에 참석하여 2016년 4월14일 발생한 일본 구마모토
지진과 4월17일 에콰도르 지진은 서로 상관관계가 없음을 설명하고, 일본지진이
백두산 폭발에 미칠 수 없을 것이란 브리핑을 하였습니다.

23

앞으로 불확실한 환경 속에서 일어나는 대재앙, 지진을 예측하고 관리하고
대비할 수 있는 지헌철박사의 노력과 연구가 더욱더 절실하게 필요하다고 봅니다.

지헌철박사는 공부와 연구만 계속하다 보니 사회물정에는 어리석을 수 있습니다.
청렴성에 의심을 살만한 부적절한 금전 거래를 한점에 대해 깊이 반성하고
속죄하고 앞으로 사회에 더욱더 봉사할 수 있도록 재판장님께서 선처하여
주시기 바랍니다

2017.08.02
심재구(Mr. Jae Goo Shim)
Shim, Jae Goo

**PETITION**

August 2nd, 2017

Petitioner:

Name:        Mr. Jae Goo Shim
Address:     #310 Rian Villa, 13 gil 10 Macheon-ro, Songpa-gu, Seoul, Korea
Telephone:   +82-10-2043-7399
Email:       visionshim@hanmail.net

Dear Honorable Judge John F. Walter:

In connection with his imprisonment by the U.S. judicial authorities, the above named petitioner, a high school friend of Dr. Heon Cheol Chi, hereby petitions and submits the following facts and respectfully requests for favorable treatment of Dr. Chi.

Knowing that Heon Cheol is not a person who would do such a thing, it was quite a shock to me when the news reached that a representative seismology expert of Korea who works for a government subsidized research center was indicted and was found guilty based on charges of receiving a large sum of bribe and laundering such fund.

The memory of our high school years together is still vivid to me.  Heon Cheol has especially excelled in mathematics, and I remember how he has kindly tutored me in mathematics when I was lagging behind in class.  We often studied together, and he was a diligent friend who had always behaved properly and honestly.

Heon Cheol has received his bachelor's and master's degrees in resource engineering at Seoul National University, the most prestigious and prominent university in Korea.  Thereafter, he moved on to Texas A&M University where he received his Ph.D. in geophysics.  In Korea, Dr. Chi has served as a member of the Nuclear Safety Advisory Committee, as the vice president of the Korean Seismologic Engineering Committee, and has directly participated in earthquake-resistant designs of nuclear plants in Korea.  He also served as the head of the Earthquake Research Center three times, and Heon Cheol is truly renowned in the area of earthquakes.

During the large earthquake in eastern Japan that occurred in March 2011, Heon Cheol was interviewed by various broadcasting companies and newspapers, and he had already accurately analyzed the size, strength, special attributes of the earthquake and had offered customized safety provisions as well as preparatory and recovery plans.  When I was watching all of this on television, I was very proud of and respected my friend, Dr. Chi.

On April 20, 2016, at a conference held by the Ministry of Science, ICT and Future Planning, Heon Cheol had stipulated a theory that there is no connection between Kumamoto earthquake in Japan that had occurred on April 14, 2016 and the Equator earthquake of April 17, and further briefed on how Japanese earthquakes cannot affect Baekdusan explosion.

It seems that in times of uncertain environmental changes the endeavors and continued research effort of someone like Heon Cheol who can analyze, study, predict, manage and prepare for

catastrophes and earthquakes is desperately needed.

As Heon Cheol was continuously engaged in studies and research work, he may be ignorant of worldly affairs and may have made foolish mistakes.   He is truly repenting on inappropriate money transaction that has put his integrity into question, seeks expiation and hopes to contribute more for the society and the world.   In this regard, I respectfully seek your forgiveness and generosity on this matter.

Respectfully yours,

Shim, Jae Goo

August 4, 2017

Mrs. Ki Jeong Seok

101-1704 Nine Park (CJ) Apartment

92 Kyerong-ro

Daejeon Metropolitan City, Korea

+82-01-6484-8188

tsch020@hanmail.net


Dear Honorable Judge John F. Walter:


My name is Ki Jeong Seok and I am Dr. Chi's wife.    We were married at our birthplace Busan City thirty one years ago.    We have always lived together except during his conference trips.    My first son was born in Texas one year after our marriage, and five years later my husband received a doctorate degree in geophysics at Texas A&M University.    It was very hard for me to live in Texas where I didn't speak English very well and had no friends and family. We were newly married in a marriage arranged by our parents. My husband studied all the time. His work has always been very important and he has always worked very hard.

My husband is a strong patron and companion whom I can rely on and always depend upon.    We have shared our joys, anger, sorrows and pleasure together, and my husband is the truest friend of mine. Our love for each other is very strong. I have never at any time thought of divorce. He is a very respectful kind and sharing husband and father.

Outside his time with the family, my husband spent his time at earthquake research and academic conferences.    He was also passionate about studying detection of North Korea's experiments on nuclear weapons development, and he will be at the forefront of prevention measures for earthquake related calamities nationally and for natural calamities locally.    He would often appear on broadcasting sessions to collect donations for international victims of earthquakes and also donated his own talent to the program to collect contributions all on behalf of victims of natural calamities. Everyone acclaimed Dr.

Chi's contributions to the local community and the nation.

When he visited San Francisco last year on December 12, 2016 to attend a conference to present his thesis, he has not contacted home for eighteen days and without letting us know his safe arrival at the destination.    During such time I had no way of finding out whether he was alive or not, let alone where he was.    I was utterly devastated. I was shocked to learn of his arrest and criminal charges. The case has caused him the greatest pain in his life. He has been discharged from the research center that was the work place and devotion of his life. Simultaneously he was suffering macular degeneration and is at risk of losing his eyesight.

The reality that my husband, who had been the head and center of our family, is no longer with us is too agonizing for all of us even to the point of hopelessness.

I earnestly implore your honor to be lenient on my husband and provide him with one last opportunity of his life to repent and serve for the community and society for the rest of his life.    He has lost everything he has built in his life and I know that that alone will be sufficient punishment for him to suffer until the end of this time.    However desolate the rest of his life may be, please give him a chance to become son to his old mother, father and husband once again and let him live in gratitude for such opportunity given.

Respectfully yours,

Seok, Ki Jeong

28

**KITA**

한국무역협회   **Korea International Trade Association**
서울시 강남구 무역센터 트레이드 타워. Trade Tower, World Trade Center, Gangnam-gu, Seoul 135-729, Korea TEL:1566-5114, http://www.kita.net

존경하는 재판장님 귀하


나는 한국무역협회 (Korea International Trade Association)의 상임부회장 (Executive Vice-chairman) 으로 근무하는 김정관 (KIM JUNGGWAN) 이라고 합니다. 나는 한국정부의 산업통상자원부 (MInistry of Trade, Industry and Energy)에서 30년간 근무한 후 차관 (Vice Minister)을 마지막으로 퇴직하였습니다.


이 편지를 쓰는 이유는 재판장님께서 담당하고 있는 지헌철 박사의 재판에서 관용을 베풀어 달라는 요청을 드리기 위해서입니다.


나는 지헌철 박사와 고등학교, 대학교를 같이 다닌 아주 절친한 친구입니다. 지헌철 박사는 미국에서 박사 학위를 취득한 후 한국으로 돌아와 한국지질자원연구원에서 지진 분야 연구를 계속하여 한국에서 지진분야 최고의 전문가로 알려져 있습니다. 지헌철 박사는 학교 다닐 때부터 성실하며 매사에 최선을 다하고 친구가 어려울 때 기꺼이 도와주는 매우 의리 있는 친구였습니다. 직장인 지질자원연구원에서도 직장 동료 선후배로부터 존경받고 실력을 인정받는 친구라고 알고 있습니다. 불법을 저지르거나 나쁜 짓을 할 친구가 절대 아닙니다. 이번에 재판을 받는 건에 있어서도 아마 오해가 있는 것이 아닌가 생각합니다. 재판장님의 정확한 판단과 너그러운 처분을 기대합니다. 감사합니다.

김정관 JungGwan Kim

한국무역협회 부회장

EXECUTIVE VICE-CHAIRMAN, KOREA INTERNATIONAL TRADE ASSOCIATION

한국무역협회 Korea International Trade Association
서울시 강남구 무역센터 트레이드 타워. Trade Tower, World Trade Center, Gangnam-gu, Seoul 135-729, Korea TEL:1566-5114, http://www.kita.net

August 8, 2017

Petitioner

Name:      JungGwan Kim

Address:   KITA, Trade Tower, 511 Yeongdong-daero,

           Gangnam-gu, Seoul, Korea

Phone:     +82-2-6000-5005

Email:     jkkim8798@hanmail.net / jktim8798@kita.net

Dear Honorable John F. Walter,

I am writing with respect to Dr. Heon Cheol Chi.

My name is JungGwan Kim, and I am currently the executive vice-chairman of the Korea International Trade Association.   Prior to that I had worked for 30 years at the Korea Ministry of Trade Industry and Energy, and ultimately reaching the position of Vice-Minister.

Dr. Heon Cheol Chi is a very dear friend of mine, as we attended high school and university together.   After Dr. Chi obtained his doctorate degree in the US, he came back to Korea and worked at the Korea Institute of Geoscience and Mineral Resources conducting research into the area of earthquakes and became the top expert in that field within Korea.

When we were in school together, he was an honest person who devoted his best to everything. Whenever any friend of Dr. Chi experienced any difficulties or hardships, Dr. Chi would be there to help and was always a loyal friend. He was generous with his time and knowledge. He studied hard, but would not refuse to help someone else to gain advantage. He succeeded on his own merit while also elevating those around him. We are still close family friends now 4 decades later. I have also heard from his colleagues, peers, senior and juniors at work that he was very well respected and esteemed at the Korea Institute of Geoscience and Mineral Resources, and also recognized for his hard work and dedication. He helped those junior to him without compensation.

This judgment is a great shock to us all and a profound contradiction to the upright and fine character that he has always proven to me, his friends and colleagues.

So, I respectfully ask the court to be merciful to Dr. Heon Cheol Chi and grant a decision that is lenient.



**한국무역협회  Korea International Trade Association**
서울시 강남구 무역센터 트레이드 타워. Trade Tower, World Trade Center, Gangnam–gu, Seoul 135–729, Korea TEL:1566–5114, http://www.kita.net

Respectfully Yours,

JungGwan Kim

RE: Heon Cheol Chi

August 1, 2017

Honor Judge John F. Walter

My name is Joong-kyung Sung, currently running my own business in Korea., seoul Strainless Steel, LTD. I have met Doctor Chi, Heon Cheol at 1999 by attending some seminars together, while I worked at Lucent Technology. He has often advised me via his professional knowledge in earthquake and strong background in computer science. I was involved in constructing IT Infra-network system over the Korea and he was very generous and helpful with his knowledge and ideas. After all, we still remained close as a good friend due to his friendly and genuine personalities.

As I know him for years, he always has been a family guy. He has been not only a good husband but also the best buddy to his two sons. Since I have the youngest child of son lately, I have gotten his advise for my own son on how he got along so well with his sons.

Also, I would also like to propose his contributions in the Country with his study of earthquake. I have remembered the moments that I saw his interview in public broadcast, while all Koreans were scared for North Korea's Nuclear Bomb practice. In the interview, he has shared his earthquake professional point view in safety issue with full of confidence and belief that relieved my worries as well as all of South Koreans. Therefore, I believe his achievements and integrity in earthquake study should be recognized for his contributions.

In fact, I have encountered his news recently. I do not wish to believe he has committed such charge. However, as a human being, I recognized that he too could have been made mistakes and errors of judgement at times. I also believe he is in sincere regret for any of his misdeeds.

I am also aware of those negative news in media that has been dealt harshly and has the negative effect on his lifelong achievements and reputation. Therefore, as a good fellow, so as a citizen of South Korea, I wish his achievements in earthquake study could be counted in your decision, whatever any more punishment is needed. The punishment of his conviction, and loss of his good name and lifelong career is very big.  I hope you believe it is enough punishment. I hope to see him soon in Korea.

Thank you for your consideration.

Sincerity,


Joong Kyung(JK) Sung

CEO/SEOUL STAINLESS STEEL Co., LTD,

731-42 Jiwol-ri, Paldal-myeon, Hwaseong-si, Kyunggi-do, Korea

Telephone: +82-31-8059-6833 / +82-10-2006-4185

jksung@seoulsts.com

**JANGSEOGAK ARCHIVES**
http://jsg.aks.ac.kr
The Academy of Korean Studies
323, Haogae-ro, Bundang-gu, Seongnam-si
Gyeonggi-do, Republic of Korea 13455


Jangseogak Archives

June 27ᵗʰ, 2017

To:  The Honorable Judge John F. Walter

TV와 신문에서, 지헌철(Chi, Heon Cheol) 박사가 미국의 법정에서 유죄판결을 받았다는
소식을 듣고, 가슴이 매우 놀랐습니다.

나는 그와 부산의 한 명문 고등학교를 같이 다녔습니다. 그는 과학도였고, 나는
인문학도로 한국의 유수한 대학(*서울대학교)의 캠퍼스에서 가끔 어울렸습니다.

졸업후, 각자의 영역에서, 서로 다른 삶을 살면서, 동창들의 모임에서 가끔 만났습니다.
늘 쾌활하고 아이같은 얼굴로, 불쑥불쑥 엉뚱한 상상력을 발휘하며 눈을 빛냈고,
지구밖의 광대한 세상이나, 과학의 핵심 이슈같은 것을 붙잡고 열변을 토하던 것을
기억합니다.

나이 50이 넘어, 내가 근무하는 있는 연구실을 가끔 찾아오고, 전화를 걸어왔습니다.
그는 인생의 근본 문제에 대해 단도직입, 질문들을 던졌고, 나는 삶의 의미에 대한
탐구나 사람 관계의 갈등들은 스스로 풀어갈 수밖에 없다고, 차 한잔을 주고,
바쁘다면서 등을 떠다 밀었습니다.

내가 아는 그는, '과학도'답게, 일상의 기술에는 약삭빠르지 않으며, 세속적 관행에는
때로 무지할 때가 많았습니다. 그가 죄를 저지를 사람이라고 도무지 생각할 수 없습니다.
만일 그에게 죄과가 있다면, 그것은 고의나 의도라기보다, 법적 제도적 무지에 기인한
것일 것이 틀림없을 것입니다. 지진 재난의 전문가로서, 그리고 자칫 지진으로 오해되는
북한의 핵실험을 감지하는데 큰 역할을 해온 그의 재능을 계속 발휘할 수 있도록 해
주십시오.

모쪼록,

이역 먼 곳 차가운 감방에서, 홀로 외롭게, 두려움에 떨고 있을 그를 떠올리면 가슴이
아픕니다. 그를 고향으로 돌려보내, 사랑하는 가족과 남은 생을 보낼 수 있도록
선처하여 주시기 바랍니다.

2017년, 7월 26일
한국학중앙연구원 교수 & 장서각 관장
철학박사 한형조

Address: 323, Haogae-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, 13455, Republic of Korea
Phone:  +82-31-730-8800
Email:  hjokhan@aks.ac.kr

**JANGSEOGAK ARCHIVES**
http://jsg.aks.ac.kr
The Academy of Korean Studies
323, Haogae-ro, Bundang-gu, Seongnam-si
Gyeonggi-do, Republic of Korea 13455


Jangseogak Archives

June 27th, 2017

To:   The Honorable Judge John F. Walter

RE:   Dr. Heon Cheol Chi

My name is Dr. Han, Hyong-Jo.   I am a Professor of Philosophy and also the Director of the
Jangseogak Archives at the Academy of Korean Studies in Seoul, South Korea. I have been a longtime
friend with Heon Cheol Chi. We attended the same high school in the 1970s, and later studied together at
the prestigious Seoul National University. I remember Heon Cheol's passionate comments on the core
issue of science, his glaring eyes of passion, and his endless thirst in pursuit of curiosity. Even after our
graduation and taking separate paths, he would often come to my office for candid advice on the
fundamental question of life. This is how close we were – we had no hesitations, or awkwardness in
talking about the most philosophical and important aspect of human existence.

I was shocked to hear the news of Heon Cheol Chi, as it was beyond my understanding of his character
that he could have committed such an act. To me, Heon Cheol was nothing but a passionate, dedicated
and serious scholar. There is no single incident where I can recall Chi, Heon Cheol acting out of his own
interest.

I know him to be a scientist and scholar of exceptional quality who generously shares his time, his work,
and creative ideas with other researchers and scholars.

Considering the accomplishments of Heon Cheol, I believe that an extended prison term will be a great
loss to Korean academic society. Moreover, his research focuses on the danger of earthquakes.
Additionally, he has been playing an essential role in verifying the nature of the North Korean nuclear
tests, which are often misunderstood as an earthquake. Thus, his absence from the field would put the
safety of many Koreans into great potential risk. Personally, it would be heartbreaking for me to imagine
him spending time in a place so far away from his family, friends and beloved ones. I wish him the best
outcome for this case and will continue to support him as a longtime friend.

Should you need to verify any of my statements above, please feel free to contact me.

Respectfully yours,

Han, Hyong-Jo.

Name:   Hyong-Jo Han
Address: 323, Haogae-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, 13455, Republic of Korea
Phone:   +82-31-730-8800
Email:   hjokhan@aks.ac.kr

# 탄 원 서

탄원인:조 정 제(CHO JEONG JAE)
　　　　서울 은평구 불광로2길 33, 1107동305호(북한산힐스테이트1차)
　　　　Mobile 010 9014 8768


현재 미국 사법 당국에 의해 재판중인 지헌철박사에 대한 탄원입니다


고등학교때부터 지헌철박사와 교류해온 탄원인 조정제는 이번 사건의 상세한 법적 판단에 대해서는 미국의 사법당국의 의견을 존중합니다
하지만 40여년전부터 지헌철 박사를 지켜봐온 저로서는 이번 사건이 지헌철박사의 (연구와실험으로 평생을 지내온 많은 학자들이 흔히들 그렇듯이) 현실감각의 부족에서 벌어진 사건이 아닌가 생각됩니다


지박사는 어릴때부터 유복한 환경에서 성장했고 한국 최고의 학부와 미국유학을 거쳐 수많은 수상과 표창을 받았으며 현재 대한민국 최고의 지진전문가로 인정받고 있습니다. 본인 및 부모의 재산도 많은 편으로 알고 있습니다.


지박사의 뇌물 및 자금세탁관련 재판 뉴스를 접하고 저는 지헌철군이 뭔가 절차적 차질 혹은 자문료 성격을 오해한 것이 아닌가 하는 생각이 들었습니다
최근들어 눈의 실명에 가까운 질환이 있어서 어떤 강박관념이 그런 착오를 불러 일으킨 것이 아닌가 생각됩니다.
단도직입적으로 말하자면 지헌철군은 고의로 뇌물을 받거나 자금세탁을 할만한 인물이 아니며 그런 배짱도 없습니다


아무쪼록 재판장님께서는 이런 사실을 깊이 인식해주시어 선처해주시기 바라는 바입니다


2017. 7. 25

CHO  JEONG JAE

5, August, 2017

Dear Honorable Judge John F. Walter:

This is the petition regarding Dr. Heon Cheol Chi who is currently under trial by the judicial authorities of the U.S.A.

The petitioner, who had known Dr. Chi since high school, and have remained close friends with him, fully respects the opinion of the judicial authorities of the U.S.A. in respect of the judgment rendered.   Notwithstanding, having closely interacted with Dr. Chi for the last forty years, I cannot erase the thought that this case stems from Dr. Chi's loss of touch with reality (as with many scholars and academicians who spend all of their lives in research and experiments). The conviction for money laundering bribe money contradicts the character of the person I know.

Dr. Chi attended top undergraduate and graduate schools in Korea, also studied in the U.S.A., received numerous awards and commendations, and at present, is recognized as the best earthquake expert in Korea. Dr. Chi devotes himself to his work and family. They are most important.

When I encountered the news of Dr. Chi's bribe and money laundering, I thought there was some procedural error or some misunderstanding about the payments he was receiving for his services.   I have even thought about his serious illness that can possibly take his eyesight and his obsessive work behavior which may have led to serious error in his judgment.   To put it straightforward, Dr. Chi is not the character who would intentionally cause bribery or be involved in money laundering scheme, at the cost of his career, reputation, friends and families.   Moreover, he is a complete academician who does not have the nerve to commit such activities. He does not have corrupt character.

I hope your honor understands and take into consideration the person Dr. Chi that me long time friends and families truly know and looks favorably upon the wrongdoings he has committed.

Respectfully yours,

Mr. Jeong Jae Cho
#1107-305 (Bookhan Hillstate 1st)
33 Boolkwangro 2 – gil, Eunpyung-gu
Seoul, Korea
Telephone: 82-10-9014-8768

August 10, 2017

Dear Honorable Judge John F. Walter:

We are the sons of Dr. Heon Cheol Chi.

Dr. Chi is the person we respect the most because he is devoted to the family, is a very considerate father and is faithful to and exerts his best to carry out his responsibilities at work.

We remember how our father has newly established a department related to earthquake observation and research at the Earthquake Research Center, and as the head of such department how he has devoted his entire life traveling throughout the nation to install earthquake observation apparatus with his own hands.   Eventually, the know-how he had had acquired from his relentless endeavors led him to advise on major earthquakes throughout the world, major events arising in connection with North Korea's nuclear arms, and even to the president of Korea.

When he was raising us, he would always tell us that 'you can earn only as hard as you work' and has shown us that the money earned with hard work is the only true earnings of life.   He had considered money as an observable asset whereas honor is unseen and yet much more valuable asset in life.   He had always regarded honor very highly above anything else in life and had a strong pride in that even the president of Korea takes his opinion seriously with an utmost respect.   Perhaps due to his influence, we have dreams to grow up and someday become individuals who are respected by people.

To such a father and person, the latest events must have been a tremendous and desperate shock, and he undoubtedly would have suffered and will suffer from a sense of guilt for making not only us but the rest of the family members and relatives worry about him.   During our telephone conversation, he has stated how very sorry he was to the people near him and that he certainly wants to restore the fallen honor – the honor he had built during his life time.   Over his tears, we too earnestly hoped that he surely does regain his honor.   We have never seen him so embarrassed and hurt. He has always been so respectful to others and himself, and it is heartbreaking for us to

hear his broken spirit and to be so far away from him in his fallen state.

Our father is born in 1958 and is soon facing retirement.   After we became college students we heard a number of his retirement plans, and one of them is to become an honorary emeritus based on the expertise he has built over the years, and foster as many earthquake specialists in Korea and contribute to the society.   Indeed, our father has once taught college students after receiving his Ph.D. from Texas A&M University in the U.S.A. He is a great teacher, he can courteously and enthusiastically teach others everything he knows. We know this finding of guilt of a crime is a great disappointment.   It has caused the loss of much public respect as a great scholar and expert in seismological knowledge.

Considering his perspective on life and his work ethics, we are absolutely certain that he will never take honor and honesty lightly, and we sincerely hope that he restores his honor, return home soon and hold hope that somehow he can work for his last dream of fostering talented students.

Thank you.

Respectfully yours,

Chi, Chang Woon
+82-10-7244-8188
cwc1988@naver.com
1-1016 Dawoo Ivill Apt.
Daechi-dong Gangnam-gu
Seoul, Korea

Chi, Chang Youp
+82-10-7498-8188
95cmyou@hanmail.net
During mandatory military service

# FINE JUDICIAL AGENTS

August 5th, 2017

Dear Honorable Judge John F. Walter:

My name is Mr. Kyung Hee Lee. I went to high school together for three years with Dr. Heon Cheol Chi, who is now arrested and under trial for the allegations of violating laws of the U.S.A.    Since high school, we were friends for about forty years.

I have majored in business and law in Korea and am currently managing a firm for judicial agents, where licensed paralegals perform various administrative works for the Korean judicial system, including bail and court registration related work. Heon Cheol had shown outstanding gift in mathematics and physics since high school and entered Seoul National University's engineering school, which is the most prestigious university in Korea.    Since then, he has exerted his utmost in his field to study and research; and as a consequence, he became the most outstanding scholar and expert in the area of earthquakes and seismological studies.

Even though he was the top notch candidate in the academic field where he belonged. He is not a business man and is not a shrewd character. He is a hardworking diligent and dedicated scientist and academic.

I do not know exactly what crimes he had committed in the U.S.A., but based on my knowledge of his character, I do not believe he would get involved initially if he knew an act he would undertake would be a crime.    Based on the character of Heon Cheol that I have observed for more than four decades, I can only guess that even though he does not have a criminal nature he could be negligent. He is human. I can imagine a desire for money for retirement and security could lead one to bend and break rules.

He has always loved and respected the U.S. and valued the education he received for his doctorate degree. I know he is deeply concerned and regretful to have been found guilty of a crime in the United States.

Lee, Kyung Hee
Representative Director of Hwa-In Judicial Agents

3rd Floor of Dongchun Bd.,
24 st. 7, Seochojoong Ave., Seocho-gu, Seoul, Republic of Korea
+82-2-595-5490
slflmz@hanmail.net

Mr. Hyunsam Chang
105 Seonggok, Jeokseong, Danyang, Chungbuk, Korea
+82-10-5380-0277
samchange@naver.com

August 3, 2017

Dear Honorable Judge John F. Walter:

I am Hyunsam Chang, the CEO of BMC Co., Ltd., a mining company in Korea.
I was in same class with Dr. Heon Cheol Chi at Seoul National University's Energy
Resource Engineering School.   We also received doctorate degrees at similar times in
the U.S.A., and after our return to Korea we have also worked together at the Korea
Institute of Geo-science and Mineral Resources.

After sharing our friendship for such a long time and knowing him, Dr. Chi has
an honorable and respectable personality and has outstanding sense of responsibility
and justice who actively seeks and drives forward what he considers to be just and right.

In Korea, he is one of the ablest seismologists: he has performed a core
function in establishment and operation of the Earthquake Research Center at the
Korea Institute of Geo-science and Mineral Resources, was a forerunner in detecting
artificial earthquakes created by North Korea's nuclear experiments and disclosing the
epicenter and size of such experiments.   Such establishment and operation of a
measuring system for detection of North Korea's nuclear experiments are becoming
very important assets not only for Korea but also for the rest of the world in the face of
augmenting North Korean threat.

I sincerely ask your honor to take into consideration the person that Dr. Chi is,
his contributions for the public good as a specialist in earthquake in Korea and his
contributions to Korea and the world community in respect of North Korea's
underground nuclear experiments. His reputation and contributions have raised
everyone in the earthquake field up the eyes of our country and the international
community. I ask for your lenient sentencing on his behalf.

Respectfully yours,

Chang, Hyunsam
BMC Co., Ltd.
CEO/Ph.D/PE

41

July 31. 2017

RE: Dr. Chi, Heon Cheol

Your Honour Judge John F. Walter;

I ardently wish Dr. Chi to return home to his family and friends as soon as possible. I heard recently in the Korean mass media surprising news about Dr. Chi, which I could not understand. The story of his conviction has been widely covered in Korea in news print and on television. None could miss it.

He is not only a high schoolfellow, but an alumnus of my university. Moreover, we have oft met since the begin of the 21st Century, especially because I moved my workplace to Daejeon city where he has already been living for a long time.

I think that his conviction has already punished him to severe degree; the news report on him undermined seriously his achievements as well as his reputation which he earned over a long and distinguished career. If you consider the circumstances, it would be possible to commute his prison term and allow his return to Korea.

Looking forward to seeing him again in Korea sooner or later, I would like to beg you to make allowances for his unusual role in these circumstances.

I appreciate you for reading this petition.

Professor Dr. Kim, Hak Sung

Department of Political Science & Diplomacy
College of Social Science
Chungnam National University
Address: 99 Daehak-ro, Yuseong-gu, Daejeon 34134, Korea
Phone no.: +82 42 821 5234/ mobile: +82 10 9146 0470
E-mail: hskim03@cnu.ac.kr

THE CATHOLIC UNIVERSITY OF KOREA
**BUCHEON ST. MARY'S HOSPITAL**

327 Sosa-ro, Wonmi-gu, Bucheon-city,
Gyeonggi-do, 14647, Korea
TEL 82-1577-0675 / FAX 82-32-340-2255

Aug 01. 2017

RE: Dr. Chi, Heon Chol

Your Honour Judge John F.Walter,

I have been friends with Chi Heon Chol since high school. I am a medical doctor and work at the hospital where my friend Dr. Chi has been receiving his eye treatments. In this way I am familiar with his medical condition.

I know that defendant Heon-Cheol Chi was convicted in the U.S. of accepting bribes in connection with his duties.

 Heon Cheol Chi was diagnosed with macular degeneration in the eyes at Daejeon St. Mary's Hospital in August last year and underwent treatment by intravitreal injections. This year, he was continuously unable to receive treatment due to the departure to lecture in the United States. An eye disease called macular degeneration is caused by oxidative stress and is known to result in blindness. Currently, no therapy is approved for macular degeneration, because no treatment can restore the damage of retina. For this reason, all treatment approaches in macular degeneration only likely to prevent and slow down the progression of existing disease. To live in prison in the United States is not only a language, but also a living culture that is very different from Korea life. Therefore, in his disease state, due to such an environment, high levels of oxidative stress are continuously generated due to extreme chronic stress, resulting in a gradual progression in the macular degeneration and it is highly likely risky that it will proceed to greater deterioration of his eyesight and at worst blindness. In order to prevent the disease from becoming more severe, it is important to prevent stress from becoming a new environment, as well as providing sufficient nutrition and treatment. In his illness now, it is possible that the treatment of the disease as soon as possible in Korea, an environment that is familiar and well adapted to him, can prevent the disease from proceeding. Finally, I attach an opinion of the ophthalmologist and references.

Soon Seog Kwon, M.D & Ph.D

President.

The Catholic University of Korea, Bucheon St. Mary's Hospital

Address: 327 Sosa-ro, Bucheon city, Kunggi-do, 14647, Korea

Phone no.: +8203203402003

E-mail: sskwon@catholic.ac.kr

# Doctor's medical opinion

**Surname:** Chi
**Given name:** Heon Cheol
**Date of birth:** 03/20/1958
**Doctor's Opinion:**

The patient was diagnosed as polypoidal choroidal vasculopathy (PCV) in both eyes on August 29th 2016, and has been receiving treatment in the Ophthalmology Retina clinic as follows:

1) 08/29/2016 : 1st Intravitreal Eylea injection in the left eye

2) 09/27/2016 : 2nd Intravitreal Eylea injection in the left eye

3) 10/20/2016 : 1st Intravitreal Avastin injection in the right eye

4) 11/07/2016 : 3rd Intravitreal Eylea injection in the left eye

5) 12/01/2016 : 2nd Intravitreal Avastin injection in the right eye

1st Intravitreal Avastin injection in the left eye

The patient is currently receiving regular follow-up examinations in the Retina clinic, and additional intravitreal injections may be needed according to the examination results. Considering the patient's disease status, if treatment is not received in the appropriate timing, the risk for blindness in both eyes is high. It is recommended that the patient undergo minimal physical and psychological stress as this can contribute to disease progression.

The patient's fundus photography, fluorescein angiography, and optical coherence tomography results are attached for reference.

Ho Ra.

Associate Professor, M.D., Ph.D.

Department of Ophthalmology, Bucheon St. Mary's Hospital

College of Medicine, The Catholic University of Korea





ARTICLE IN PRESS

Progress in Retinal and Eye Research xxx (2017) 1–18



Contents lists available at ScienceDirect

## Progress in Retinal and Eye Research

journal homepage: www.elsevier.com/locate/prer



# The impact of oxidative stress and inflammation on RPE degeneration in non-neovascular AMD

Sayantan Datta, PhD, Marisol Cano, PhD, Katayoon Ebrahimi, MD [1], Lei Wang, PhD, James T. Handa, MD [*]

*Wilmer Eye Institute, Johns Hopkins School of Medicine, Baltimore, MD USA*

ARTICLE INFO

*Article history:*
Received 23 January 2017
Received in revised form
13 March 2017
Accepted 14 March 2017
Available online xxx

*Keywords:*
Age-related macular degeneration
Complement
Inflammation
Mitochondrial dynamics
Nrf2
Oxidative stress
Retinal pigment epithelium

ABSTRACT

The retinal pigment epithelium (RPE) is a highly specialized, unique epithelial cell that interacts with photoreceptors on its apical side and with Bruch's membrane and the choriocapillaris on its basal side. Due to vital functions that keep photoreceptors healthy, the RPE is essential for maintaining vision. With aging and the accumulated effects of environmental stresses, the RPE can become dysfunctional and die. This degeneration plays a central role in age-related macular degeneration (AMD) pathobiology, the leading cause of blindness among the elderly in western societies. Oxidative stress and inflammation have both physiological and potentially pathological roles in RPE degeneration. Given the central role of the RPE, this review will focus on the impact of oxidative stress and inflammation on the RPE with AMD pathobiology. Physiological sources of oxidative stress as well as unique sources from photo-oxidative stress, the phagocytosis of photoreceptor outer segments, and modifiable factors such as cigarette smoking and high fat diet ingestion that can convert oxidative stress into a pathological role, and the negative impact of impairing the cytoprotective roles of mitochondrial dynamics and the Nrf2 signaling system on RPE health in AMD will be discussed. Likewise, the response by the innate immune system to an inciting trigger, and the potential role of local RPE production of inflammation, as well as a potential role for damage by inflammation with chronicity if the inciting trigger is not neutralized, will be debated.

© 2017 Published by Elsevier Ltd.

## Contents

1. Introduction .................................................................................................................... 00
2. Clinical definition of AMD ................................................................................................... 00
3. Histopathologic changes in non-neovascular AMD ........................................................................ 00
4. Oxidative stress: when does a friend become a foe? ...................................................................... 00
5. How does the RPE protect itself from oxidative stress? .................................................................. 00
   5.1.  Mitochondrial dynamics maintain a homeostatic level of mitochondrial ROS ...................................... 00
   5.2.  The Nrf2 cytoprotective signaling system and its decrease in the RPE ............................................ 00
6. The role of inflammation on the RPE ....................................................................................... 00
   6.1.  Complement: when does a protective response become dysfunctional? ............................................... 00
   6.2.  The inflammasome and its interaction with complement ............................................................. 00
7. Does oxidative stress cause inflammation or does inflammation induce oxidative stress? ............................. 00
8. Therapeutic considerations: current treatment recommendations and future directions ............................... 00
   Conflict of interest ....................................................................................................... 00
   Acknowledgements ........................................................................................................... 00
   References ................................................................................................................. 00

* Corresponding author. MD 400 N. Broadway, Smith Building Room 3015 Baltimore, MD 21287, USA.
  *E-mail address:* jthanda@jhmi.edu (J.T. Handa).
[1] Dr. Ebrahimi is now on the faculty at the Mason Eye Institute, University of Missouri, Columbia, MO USA.

http://dx.doi.org/10.1016/j.preteyeres.2017.03.002
1350-9462/© 2017 Published by Elsevier Ltd.

Please cite this article in press as: Datta, S., et al., The impact of oxidative stress and inflammation on RPE degeneration in non-neovascular AMD, Progress in Retinal and Eye Research (2017), http://dx.doi.org/10.1016/j.preteyeres.2017.03.002

47



Available online at www.sciencedirect.com

**ScienceDirect**



# Oxidative stress: a potential link between emotional wellbeing and immune response

Samina Salim



Emotional wellbeing is central to normal health and good living. Persistent psychological stress often disrupts emotional wellbeing and triggers onset of neuropsychiatric ailments. An integrated, multisystemic stress response involving neuroinflammatory, neuroendocrine and metabolic cascades seem to have some causative links. Of particular interest are the neuroinflammatory processes. Psychological stress has been suggested to negatively affect normal functioning of the immune system contributing to the pathophysiology of some neuropsychiatric conditions. Thus examination of the interaction between the immune system and the central nervous system is likely to reveal molecular targets critical for development of potential therapeutic and preventive measures. This review is a summarized discussion of evidence linking impact of psychological stress on the immune system, with a particular emphasis on oxidative stress mechanisms by which mental stress potentially impacts immune function leading to activation of multiple cascades resulting in subsequent manifestation of psychiatric symptomologies.

**Address**
Department of Pharmacological and Pharmaceutical Sciences, College of Pharmacy, University of Houston, Houston, TX 77204, USA

Corresponding author: Salim, Samina (ssalim@uh.edu)

*Current Opinion in Pharmacology* 2016, **29**:70–76

This review comes from a themed issue on **Immunomodulation**

Edited by **Fulvio D'Acquisto**

For a complete overview see the Issue and the Editorial

Available online 9th July 2016

http://dx.doi.org/10.1016/j.coph.2016.06.006

1471-4892/Published by Elsevier Ltd.

## Introduction

Stressful situations often spark varied range of emotions and behaviors including anxiety, irritability, sadness, violence and anger. In most cases, these are temporary responses that disappear once one is out of the situation that caused it but these emotions and behaviors often stay in some when faced with persistent or chronic stress. In fact, persistent psychological stress is well known to adversely impact our overall emotional wellbeing [1]. Both pre-clinical and clinical data have provided novel insights in this regard. Although the link between psychological stress and mental illnesses is strong, yet, the

neurobiological mechanisms governing stress-induced deterioration in mental health remain unclear. The association between psychological stress and the immune system is an interesting one and has been a subject of inquiry for quite some time [reviewed in 2], with postulated occurrences of complex interplay between the periphery and the central nervous system (CNS) [3–5].

Theories suggesting involvement of neural, physiologic, molecular, and genomic mechanisms in psychological stress driven psychiatric pathologies have been postulated over the years. In addition to contemporary theories is the hypothesis that oxidative stress triggers the onset of inflammation [6]. Both pre-clinical and clinical data has provided novel insights. Here, we discuss selected pre-clinical and clinical data highlighting the CNS-immune system cross talk. Finally, we offer an interesting hypothesis suggesting oxidative stress as the biochemical trigger for initiating the CNS-immune system cross talk, potentially critical to emotional wellbeing.

## Psychological stress, psychiatric disorders and inflammation

Chronic psychological stress and mental illnesses especially major depressive disorder (MDD) are believed to be associated with decreased adaptive/acquired immunity and activation of inflammation [7,8*,9*,10,11*,12,13]. And, it is believed that psychological stress not only increases the risk for depression, but also raises inflammatory cytokine levels [14,15]. In fact, stress in humans can transcriptionally regulate inflammatory cytokine genes [16]. Conversely, elevated cytokine levels are reportedly normalized with antidepressant treatment [17–20]. Basic science research as well as clinical evidence has suggested that social stressors up-regulate proinflammatory cytokine activity, and that proinflammatory cytokines signal the CNS to induce neuro-behavioral alterations presenting with hallmark psychiatric symptoms. This knowledge has initiated an elucidation of neural systems involved in processing how stress is perceived within the brain, converted into physiological and biochemical processes to enable cross-talk between the CNS and the periphery to induce specific symptoms. A greater role of cytokines has emerged from a variety of studies suggesting more than associative links, and a postulation of the immune-based model of depression or cytokine model of depression, has emerged. Key findings are discussed below.

Increased pro-inflammatory cytokines were detected in depressed and anxious patients [21,22**,23*,24,25,26*,

Exh. 2, Letters to Judge Walter in Support of Dr. Chi Sentencing Position p. 47