# EXHIBIT 3

# MEDICAL RECORDS



www.theretinapartners.com
info@theretinapartners.com
Toll-Free 1 (877) 3RETINA (373-8462)

Thomas Hanscom, MD
Robert E. Engstrom, Jr., MD
Hajir Dadgostar, MD, PhD
Amir H. Guerami, MD

**ENCINO**
16500 Ventura Blvd.
Suite 250
Encino, CA 91436
Ph: (818) 788-9333
Fax: (818) 788-9273

**SANTA MONICA**
2021 Santa Monica Blvd.
Suite 720E
Santa Monica, CA. 90404
Ph: (310) 829-3303
Fax: (310) 829-3301

**VALENCIA**
23838 Valencia Blvd.
Suite 302
Valencia, CA 91355
Ph: (661) 705-1075
Fax: (661) 705-4697

**CENTURY CITY**
2080 Century Park East
Suite 707
Los Angeles, CA. 90067
Ph: (310) 746-4861
Fax: (310) 746-4653

**WESTLAKE VILLAGE**
2659 Townsgate Road
Suite 215
Westlake Village, CA. 91361
Ph: (877) 3-RETINA
Fax: (818) 788-9053

July 18, 2017

Honorable Judge John Walter

RE: HEON CHEOL CHI

On April 17, 2017 I examined and treated Dr. Heon Cheol Chi who suffers from exudative age related wet macular degeneration which is an incurable condition.

According to the patient's history, he has been receiving frequent ongoing treatment prior to his arrival in the United States in December 2016. I administered injections of Eylea in the left eye on May 2 and right eye on May 8.

The treatment involves monthly evaluations and depending on his condition he is treated with injections of medication (Eylea) into the patient's eyes which is called anti-vascular endothelial growth factor therapy. Dr. Chi has been receiving these treatments, which is expensive and not readily available except under the care of specialist. Based on my evaluation he will continue to need regular evaluations each month and depending on his condition he needs treatment. These evaluations and treatment will need to continue for this patient indefinitely. Failure to have regular evaluations and treatment is likely to result in continued deterioration that could result in onset of legal blindness.

The patient has been evaluated in June and July and did not need treatment at that time. His next scheduled evaluation is on August 3, 2017 at that time he will be evaluated and if medically necessary he will undergo treatment at that time. This visit is important to establish some baseline and stability to mitigate against long term deterioration in the event that he receives sporadic or inadequate treatment while incarcerated.

If you have further questions, please feel free to contact me.

Thomas Hanscom, MD

*Diplomates, American Board of Ophthalmology | Vitreoretinal Diseases and Surgery*
*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery*

Exh. 3 to Dr. Chi Position Paper, Medical Records p.1

# Medical Certificate

| Patient Number | 08 |
| --- | --- |
| Serial Number | 78 |

| Name of Patient | – | Social Security Number | 13 | Sex | M |
| --- | --- | --- | --- | --- | --- |
| Date of Birth | 1958 | Nationality | | | |
| Home Address | . | | | | |
| Date of Onset | | | | | |

| Diagnosis<br><br>○ Clinical Impression<br>● Final Diagnosis | (Principal)Senile macular degeneration(exudative) | ICD-10 (KCD-5)<br><br>H35.31 |
| --- | --- | --- |

**Hospital Course & Treatment Recommendation**

The patient was diagnosed with neovascular age-related macular degeneration (OU) on Aug 29th 2016.

The paient has been treated with intravitreal injection of anti-VEGF drugs so far.

8.29.2016 Elyea (OS)

9.27.2016 Elyea (OS)

10.20.2016 Avastin (OD)

11.7.2016 Elyea (OS)

12.1.2016 Avastin (OU)

Further anti-VEGF therapy will be needed.

page: 1/2

Exh. 3 to Dr. Chi Position Paper, Medical Records p.2

# Medical Certificate

| | | | | | |
|---|---|---|---|---|---|
| Patient Number | 08 | | | | |
| Serial Number | 78 | | | | |
| Name of Patient | – | Social Security Number | 13 | Sex | M |
| Date of Birth | ,1958 | Nationality | | | |

Remarks

Diagnosis is as above.

Date of Issue  January 11,2017

Medical Institution  The Catholic University of Korea, Daejeon St.Mary's Hospital

Address  64, Daeheung-ro, Jung-gu, Daejeon, 34943 Rep. of KOREA

Telephone number  82-042-220-9114    F A X  82-042-253-9464

Department  Ophthalmology

Licence No  66589    Name of Physician  Kang Seungbum

page: 2/2

Exh. 3 to Dr. Chi Position Paper, Medical Records p.3



Exh. 3 to Dr. Chi Position Paper, Medical Records p.4



**MERCY EYE CARE**

January 24, 2017

Patient's Name:  Chi, Heo, Cheol
D.O.B.  '58

Referring Physician:  Integrated Medical Solutions

I had the pleasure of examining this pleasant patient for retinal evaluation and possible treatment. The best corrected/pin-hole vision obtained today was 20/30 in the right eye and 20/100 in the left eye.

This is an update on your patient:

1) Presumed age-related macular degeneration [H35.3231] associated with extra-foveal choroidal sub-retinal bleed/fluid right eye and sub-retinal bleed left eye with mostly disciform macular scars: The differential includes idiopathic polypoidal choroidopathy. Will obtain fluorescein angiogram [92235] with ICG overlay [92250, 92134]. I will proceed with Avastin [67028 – 2 units, J9035 – 2 units] treatment both eyes if needed. I've explained the risks, benefits, and alternatives of this surgery; patient understands and consents. Patient understands the off-label usage of this treatment.

My impression and treatment plan have been discussed with the patient. Once again, thank you for allowing me to participate in the care of this patient. Please do not hesitate to contact me if you have any questions.

Yours truly,

Sandeep K. Khanna, M.D.
*Diplomate, American Board of Ophthalmology*
*Fellow, American Academy of Ophthalmology*
*Member, American Society of Retina Specialists*

Exh. 3 to Dr. Chi Position Paper, Medical Records p.5