# EXHIBIT 4

# C. GURALP LAWYER LETTER

# TO GSL LAWYERS



Our Ref:    GM/SB/47753.1/GC

Your Ref:

FAO: Nichola Peters
Addleshaw Goddard LLP
Milton Gate
60 Chiswell Street
London
Greater London
EC1Y 4AG

Africa House
70 Kingsway
London WC2B 6AH
DX 37954 Kingsway

www.mishcon.com

12 October 2015

BY E-MAIL AND POST

Dear Sirs

**Our client Cansun Guralp; Your client Guralp Systems Limited**

Further to our earlier correspondence and in accordance with your client's request, we enclose a document summarising the services provided by Dr Chi between 2003 and 2010.

**Explanation of document provided**

As stated in the document, this is not intended to be an exhaustive statement of all services provided by Dr Chi, rather it is designed to help identify assistance and value provided to GSL by Dr Chi – being the basis upon which Dr Chi was paid a fee by GSL.

A short Appendix accompanies the document containing some specific examples of projects which Dr Chi worked on and the support and advice he provided.

Since our client has not been involved in the day to day management of GSL since 2010, this document does not purport to deal with services provided to GSL by Dr Chi during the post-2010 period. The document briefly summarises our client's high-level understanding of GSL's position during that later time period.

This summary document (including Appendix) is provided to your client as the result of a direct request for this information. Should it be appropriate for your client to communicate any finding from your current inquiry, or any matter arising consequent to any finding, to a third party, we request that the summary document (including Appendix) are brought to the notice of such third party.

28391771.1
Switchboard:   +44 20 3321 7000
Main Fax:      +44 20 7404 5982

London:     Mishcon de Reya LLP
New York:   Mishcon de Reya New York LLP

Mishcon de Reya is a limited liability partnership, registered in England and Wales and authorised and regulated by the Solicitors Regulation Authority, SRA number 624547.

Confidential Treatment Requested By Guralp Systems Limited

GSL00001225
GSL00001225

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 1



### Our client's ongoing duties

As regards our client's role as a Non-Executive Director of GHL and consultant to GSL, all of our client's rights are reserved, including in relation to issues arising out of the email from Mr Potts to our client on 23 September 2015.

Yours faithfully

**Mishcon de Reya LLP**

Direct Tel:  +44 203 321 6787
Direct Fax: +44 20 3031 1498
E-mail:     Sophie.Bragg@Mishcon.com

28391771.1

2

Confidential Treatment Requested By Guralp Systems Limited

GSL00001226

GSL00001226

## Summary of the Services provided by Dr Chi to Guralp Systems Limited ("GSL") between 2003 and 2010

### Introduction

1. This document together with the Appendix is a summary of the services provided by Dr Heon Cheol Chi ("Dr Chi") to Guralp Systems Limited ("GSL") over the period 2003 to 2010. Owing to the limited amount of time available, the volume of documentation, and the long time period covered, it is the best that Dr Cansun Guralp ("Dr Guralp") can do in the circumstances. In particular, the Appendix listing examples of specific services provided by Dr Chi is a sample only of a considerable amount of work carried out by Dr Chi for GSL. This summary is supported by historic correspondence and documents in both Dr Guralp's and GSL's possession evidencing what Dr Chi did for GSL.

### Background

2. Dr Chi first made contact with GSL in around 2003. Dr Chi introduced himself to GSL and Dr Guralp at a meeting which took place at GSL's UK head office. Dr Chi described himself as an expert seismologist from South Korea. GSL and Dr Chi entered into a simple form agreement which gave them both the opportunity to develop a relationship on an ad hoc basis and for Dr Chi to provide in-country services to GSL as set out below.

### Dr Chi's services

3. As Dr Chi lived in Korea, spoke fluent English, and was an expert in seismology, he was an ideal candidate to provide the services that GSL needed. These services were provided exclusively in relation to Korea.

    Over the period in question, Dr Chi provided a range of services required by GSL including as follows:

    a. Hardware monitoring – monitoring and providing technical feedback and reports (e.g. performance and faults) on GSL hardware in use in South Korea and facilitating the repair of the same;

    b. Software monitoring – monitoring and providing advice and reports on the performance and suitability of GSL software in use in South Korea, including repair, progress and implementation of suggestions from clients within South Korea;

    c. Troubleshooting – advising GSL on solutions for product issues, faults and required updates. This is an ongoing requirement since single reported faults can take weeks and sometimes months to be corrected.

Confidential Treatment Requested By Guralp Systems Limited

GSL00001227

GSL00001227

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 3

    d. Research and Development – coming up with suggestions for new features and ideas for product development in South Korea;

    e. Updates and Changes – updating the company on technological and regulatory changes in Korea and attending conferences throughout Asia on the subject of Seismic technology and sharing conference details with GSL;

    f. Interpretation and translation – Dr Chi provided GSL with the linguistic skills required when dealing with clients and engineers who only spoke Korean and when needed to translate Korean Regulations and contracts. These skills were also required when dealing with Korean hotel and travel companies which GSL required when making site visits or visiting clients;

    g. Coordinating technical support – Dr Chi alerted GSL when GSL engineers were required in South Korea and arranged for GSL staff to get to and around South Korea, sometimes in remote areas, in order to complete their work.

4. Virtually all of the services set out above were needed in every single country that GSL operated in, particularly where English was not the mother tongue. In these cases, GSL at its own cost either directly or indirectly via a variety of local service providers, had to do one or more of the following:

    a. send out its own engineers to monitor and/or repair faults;

    b. arrange flights and accommodation for engineers;

    c. procure motor vehicles and/or transport internally for engineers;

    d. provide translators and interpreters for engineers;

    e. provide flights and accommodation for employees attending conferences;

    f. employ bilingual market research/research and development staff;

    g. employ bilingual market research/research and development staff.

5. Locating and paying for these types of services in this way was invariably more time consuming and expensive than the use of a single resource which uniquely GSL had in having a seismologist expert at the disposal of the company within Korea. The work of Dr Chi significantly relieved the cost and burden of having GSL staff continuously involved with support activities and maintenance and being required to travel to Korea to maintain and debug systems.

6. The attached Appendix contains examples of specific services provided by Dr Chi.

Confidential Treatment Requested By Guralp Systems Limited     GSL00001228

GSL00001228

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 4

**Fees**

7. Dr Chi was paid a fee in exchange for the services set out above. Dr Chi suggested that he be paid by reference to the number of GSL products in use in Korea in respect of which he had provided technical assistance. Due to the potential value of the technical advice that he was providing, he did not think that an hourly rate or some other form of time-based retainer was an appropriate way of being rewarded. From GSL's perspective, as it was inevitable that Dr Chi's GSL workload would increase as the number of GSL products in use in Korea increased, this fee arrangement seemed reasonable.

**2010-2015**

8. In 2010, Dr Guralp sold all of his shares in GSL. During the sale and purchase process the following professional advisors were involved:

    a. Grant Thornton – Agents arranging the sale;

    b. Olswang – Legal due diligence;

    c. Armstrong Transaction Services Ltd – Commercial due diligence;

    d. Marsh Limited – Insurance due diligence;

    e. Hurst Morrison Thomson - Financial due diligence;

    f. Osborne Clark – Legal Advisers to the Vendors;

    g. BDO - GSL's Auditors

9. Following the sale of Dr Guralp's shares in 2010, he ceased to be involved in the day to day operations of GSL at the express request of the new management. As far as Dr Guralp is aware, the services rendered by Dr Chi between 2010 and 2015 were broadly the same as those provided pre-2010.

    Dr Guralp believes that one or more of the following Senior Executives of GSL either visited Korea or were involved in meeting Dr Chi in the UK post 2010:

    a. Tony Wall
    b. Andrew Bell
    c. Stephen Roe
    d. Nathan Pearce
    e. Chris Potts

Confidential Treatment Requested By Guralp Systems Limited

GSL00001229

GSL00001229

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 5

Appendix

Examples of technical input and support provided by Dr Chi to Guralp Systems Limited ("GSL") between 2003 and 2010

| No. | Year | Product/feature | Short description of the issue and advice |
|---|---|---|---|
| 1 | 2003 | **Sensor CMG-3TB**<br><br>This sensor CMG-3TB is one of the most sensitive broadband seismic sensors that can be installed in a borehole.<br><br>Can operate in 100 to 500 meters deep borehole. | There was a failure of power supply soon after installation and the reasons for this were discussed with Dr Chi:<br><br>- Suitability of the surface power supply for Korea;<br>- Discussion about borehole cables;<br>- Issues in wiring of 3TB to other supplier's equipment; and<br>- Repair of the damaged parts.<br><br>Dr Chi advised on solutions. |
| 2 | 2003 - 2006 | **Sensor CMG-5T, DM24 and DCM**<br><br>This strong motion sensor detects the largest seismic signals that cause structural damage. GSL and Dr Chi developed software and hardware which enables strong motion data to be transmitted to a central monitoring station. This project (software and hardware) lasted for more than 3 years. Products included DM24 (digitiser), DCM (Data Communication Module) and CMG-5T. | Dr Chi provided advice and help on the data transmission methods to the central recording station.<br><br>Dr Chi provided data and advice which enabled GSL to implement the strong motion data transmission protocol.<br><br>Dr Chi continued to provide support through the implementation stage and right through to the development of the "Platinum Software".<br><br>This support included advice on continual monitoring and debugging of firmware. |
| 3 | 2003 - 2004 | **Sensor CMG-40T, DM24 and DCM**<br><br>CMG-40T is a small low power surface seismic sensor.<br><br>DM24 is digitiser and data logger. | In 2003, CMG-40T was introduced in Korea as a portable standalone seismic recording station.<br><br>Various existing systems did not seem to operate satisfactorily so Dr Chi suggested a new approach (i.e. standalone CMG-40T) within Korea. |
| 4 | 2004 | **Data Communication Module (DCM)**<br><br>DCM is a system which transmits data to a central recording station and stores | Prior to Dr Chi's suggestion to use 'mini-seed' data format, GSL used Guralp Compressed data Format (GCF).<br><br>The mini-seed format significantly improved the product features. |

Confidential Treatment Requested By Guralp Systems Limited

GSL00001230

GSL00001230

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 6

| | | data internally.<br><br>Dr Chi suggested GSL implement a 'mini-seed' data format. This data format is an internationally recognised data format, used by seismologists. | In addition to 'mini-seed', Dr Chi also initiated a project to calculate Strong Motion sensor information known as:<br>- Triggered STA thresholds; and<br>- LTA thresholds.<br>These outputs were introduced to enhance the product features. |
|---|---|---|---|
| 5 | 2004 to 2006 | **CMG-3TB Borehole sensor**<br><br>(see row 1 above for description of CMG-3TB). | In 2004, Dr Chi reported serious performance issues and faults affecting a Guralp borehole sensor CMG-3TB installed in Korea.<br><br>Dr Chi advised of the reasons for the failure and he discussed with GSL the potential solutions at length, which included installation techniques and wiring between different components of the system.<br><br>The problems encountered with the borehole sensor seemed to be ongoing and so Dr Chi provided support and advice across a number of years. |
| 6 | 2005 | **SCREAM software**<br><br>The GSL SCREAM software product is used at central monitoring station recording seismic data from a network of sensors. These sensors can be either seismometers or strong motion sensors. | Originally, GSL had used SCREAM purely to record data traces. In 2005, Dr Chi suggested that GSL begin using SCREAM to also record calculated strong motion data generated by DM24 and DCM (see above descriptions).<br><br>This feature enhanced GSL SCREAM to be used in Strong motion network central monitoring stations, especially in earthquake early warning systems. |
| 7 | 2005 | **Data transmission protocol**<br><br>The data transmission protocol was designed to create an ability to visualise peak accelerations within the strong motion network in real time. | In 2005, Dr Chi advised GSL that it should finalise the implementation of strong motion data packet calculations. |
| 8 | 2005 | **Korean Express Train strong motion array**<br><br>This is a GSL product, installed | Following installation of these products, Dr Chi advised GSL on how to rectify 'teething problems' with the installed system. |

Confidential Treatment Requested By Guralp Systems Limited

GSL00001231

GSL00001231

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 7

| | | | |
|---|---|---|---|
| | | to monitor the fast train railway line and provide an Earthquake Early Warning-System (EES) | Many problems were encountered due to a very harsh environment. Dr Chi provided suggestions for the solution of the problems which were solved over a long period of time.<br><br>As well as advising on the hardware issues such as:<br>- wiring of the sensor system<br>- installation of the sensors<br>- re-booting of the hardware at random occasionally<br><br>Dr Chi also advised on software issues such as:<br>- informing GSL that strong motion data transmission to central station via the transmission protocol had not been correctly implemented and would need to be corrected. |
| 9 | 2006 | **DM24 and DCM**<br><br>(see descriptions above) | On the advice of Dr Chi, GSL introduced a test bed or "shake table" (a type of earthquake simulator) to verify strong motion calculations on DM24 and DCM for projects in Korea.<br><br>Dr Chi advised GSL to transmit calculated strong motion data packets every second in real time.<br><br>The data format had to be changed so that data could be sent every second to the central recording station (SCREAM software was also used).<br><br>The table was used particularly in confirming the accuracy of measured strong motion parameters including peak ground acceleration, minimum/ maximum ground acceleration and many more. |
| 10 | 2006 - 2009 | **Spectral Intensity ("SI")**<br><br>SI is a type of important ground acceleration data that must be monitored. | Prior to 2006, GSL did not monitor SI.<br><br>In 2006, Dr Chi advised that GSL should introduce SI calculations in DM24 and DCM. The monitoring of SI was a requirement in Korea.<br><br>In order to implement this, SI data output was integrated as part of the transmitted strong motion data packet.<br><br>Refining of SI calculations with Dr Chi's input |

Confidential Treatment Requested By Guralp Systems Limited        GSL00001232

GSL00001232

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 8

| | | | continued until 2009 at least. |
|---|---|---|---|
| 11 | 2006 - 2009 | **Quick Seismic Characteristics Data ("QSCD") strong motion data packet** | On the advice of Dr Chi, GSL implemented the QSCD data packet format in Korea. Dr Chi advised this so as to allow GSL to transmit a summary of calculated strong motion data in real time and react more quickly (e.g. raising an alarm upon exceeding a set threshold) than the previous GSL systems allowed.<br><br>This format became standard in GSL's equipment and was implemented in DM24 and DCM.<br><br>Work on developing QSCD continued until 2009. |
| 12 | 2006 | DM24 and DCM<br><br>Hardware issues | Dr Chi Informed GSL that based on the findings of his ongoing DCM observation, he had noticed that DCM was randomly rebooting itself which created gaps in the data received in the central station.<br><br>As the rebooting of the hardware was random it was virtually impossible to debug the system from UK.<br><br>Many months of data had to be checked by GSL to establish the reasons for the rebooting of the system.<br><br>The causes of the problem were eventually established and slowly resolved with the support of Dr Chi. |
| 13 | 2007 | DM24 and DCM<br><br>Hardware issues. | In 2007, a new problem suddenly arose with the equipment in use in the express railway system whereby the stations stopped sending data. Dr Chi notified GSL of this problem and made lots of suggestions for resolving this. |
| 14 | 2007 | **Black Box Kigam**<br><br>Hardware developed by GSL under Dr Chi's supervision to inform station operators of a seismic event. | Dr Chi worked with GSL to design and implement the 'Black Box' which GSL went on to manufacture. This allowed alarm outputs to be interfaced to bells, to open and close valves or to turn off electricity supply.<br><br>The black box system had to be designed and interfaced to work with DCM and SCREAM |

Confidential Treatment Requested By Guralp Systems Limited

GSL00001233

GSL00001233

| # | Year | Topic | Description |
|---|---|---|---|
| | | | software (see descriptions above). |
| 15 | 2007 - 2008 | **Strong motion display panel**<br><br>A display panel which was specifically designed by GSL with Dr Chi's advice to display strong motion parameters, calculated in DM24 and DCM | Dr Chi played a central role in developing the ideas behind the display panel which GSL then manufactured.<br><br>This equipment allowed for a range of applications. The principle behind the panel is that station operators can monitor with ease without needing to have seismology expertise. |
| 16 | 2008 | **DM24 and strong motion parameter issues** | The calculated values within the data packet transmissions had been found to not always be accurate.<br><br>Dr Chi provided information to enable GSL to verify calculations using the "shake bed" (see above). |
| 17 | 2008 | **Boreholes, the 3TB** | GSL was informed by Dr Chi that the sensitivity of the sensor system was not correct.<br><br>This type of fault finding is very difficult to establish from the UK, especially when the sensor is installed 100 meters below ground in a borehole. With Dr Chi's assistance, GSL eventually arranged for the sensor to be shipped back to the UK for technical work. |
| 18 | 2007 | **NAM and EAM** | In 2007, it became clear that GSL's DCM did not have enough calculation power to cope with the requirements in Korea.<br><br>Laurence Withers (GSL employee responsible for DCM development) worked closely with Dr Chi to introduce new hardware called Network Acquisition Module (NAM) and Embedded Acquisition Module (EAM) and new software called Platinum. |
| 19 | 2006 - 2008 | **GPS Issues**<br>(Global Position System)<br><br>GPS is used to accurately timestamp the data packets | GSL experienced frequent failures of GPS on the equipment installed on the railway lines.<br><br>This resulted in Dr Chi suggesting that GSL use NTP Network Time Protocol to generate |

Confidential Treatment Requested By Guralp Systems Limited   GSL00001234

GSL00001234

| | | generated by DM24 and DCM. | synchronised data packets. |
|---|---|---|---|
| | | | The use of NTP solved all the GPS timing glitches and removed the necessity to use GPS in certain applications. |

Confidential Treatment Requested By Guralp Systems Limited

GSL00001235

GSL00001235

Exh. 4 to Dr. Chi Sent. Positin,C. Guralp Lawyer Letter to GSL Lawyers p. 11