**DECLARATION OF DAVID M. FUHR**

I, David M. Fuhr, declare and state as follows:

1. I am a Trial Attorney at the U.S. Department of Justice, Criminal Division, Fraud Section and am assigned to the prosecution of <u>United States v. Heon Cheol Chi</u>, CR No. 16-824(A)-JFW. I make this declaration in support of the Government's Objections to the Presentence Report.

2. Exhibit A to this declaration is a true and accurate copy of Gov't Trial Exhibit 80, which was admitted into evidence at trial on July 12, 2017.

3. Exhibit B to this declaration is a true and accurate copy of Gov't Trial Exhibit 87, which was admitted into evidence at trial on July 12, 2017.

4. Exhibit C to this declaration is a true and accurate copy of Gov't Trial Exhibit 111, which was admitted into evidence at trial on July 12, 2017.

5. Exhibit D to this declaration is a true and accurate copy of Gov't Trial Exhibit 137, which was admitted into evidence at trial on July 12, 2017.

6. Exhibit E to this declaration is a true and accurate copy of Gov't Trial Exhibit 141, which was admitted into evidence at trial on July 12, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Washington, D.C. on September 18, 2017.

/s/ _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID M. FUHR