# EXHIBIT B

**From:**    "HeonCheol, Chi" <chi@kigam.re.kr>
**To:**      "Nathan Pearce" <npearce@guralp.com>
**Cc:**      "Cansun Guralp" <cguralp@guralp.com>
**Sent:**    Wed, 11 May 2005 12:53:21 +0900
**Subject:** urgent request

Dear Dr. Nathan Pearce :

Today, my institute made a contract with Korea Railway Authority for the project
to install seismic instruments along the express railroad.  Hence, I have to do
process of ordering your instruments immediately before I go to your office.
Please send the quotations which I asked before as soon as possible.

With my best wishes.

Chi, Heon Cheol

==================================================

The information in this email and in any attachments is confidential
and intended solely for the attention and use of the named addressee(s).
This information may be protected by work product immunity or other
legal rules. It must not be disclosed to any person without our authority.
If you are not the intended recipient, or a person responsible for
delivering it to the intended recipient, you are not authorised to and
must not disclose, copy, distribute, or retain this message or any part
of it.

Confidential Treatment Requested By Guralp Systems Limited