# EXHIBIT D

Case 2:16-cr-00824-JFW   Document 193-5   Filed 09/18/17   Page 1 of 3   Page ID #:4123

| | |
|---|---|
| **From:** | Heon Cheol Chi [chiheoncheol@gmail.com] |
| **Sent:** | Friday, September 11, 2009 8:46 AM |
| **To:** | Nathan Pearce |
| **Cc:** | Cansun Guralp |
| **Subject:** | Re: status |

Dear Mr. Nathan Pearce :

Thank you for explanation.

First of all, yes, you are right.  For 1a), only 50% was paid before.
Yesterday after sending the mail, I got the massage that another left 50%
was sent to you, and I recognized at that time that originally only 50% was paid.
 Right now, you might receive the whole 100% for 1a).

The end of last year and at the beginning of this year when 7sets of 3T for
university professor, we had discussed on the fee of CMG3-3T.
(the procedure of the order was still held without any action).
 At that time, originally $1,000  was suggested by you and I asked to raise
upto $2,000.  After reviewing the price, you said even if the possible fee is
a little less than $2,000 but you will adjust it as $2,000.  Hence, I thought
from the begining of this year, the fee of 3T becomes $2,000.
Please check it.  I will want to discuss on it later when I visit your office.

We might discuss and calculate the proper fee later when I be at your office.
But, if possible, please prepare the British Pound equivalent to $5,500
for me.  Later you might send the difference to my account after calculation.

Hee Song called me today to ask whether you shipped 10 sets for gas company.
If yes, they want to get the B/L as soon as possible.

Important !!!  I visited GeoSIG  and met some key persons.  I have something
to discuss with you and Dr, Cansun to protect your prevailed market in Korea
from GeoSIG.  It is really important.

With my best wishes.

Chi, Heon Cheol
2009/9/10 Nathan Pearce <npearce@guralp.com>
Dear Dr Chi

the status of these is as follows:
 From your agent, Hee Song :
1a) Feb 18, 2 sets of DM24-3, DCM, 5T and DISP : finished, $7,000 (advice fee)
           ** $1,000 X 3 X 2 + $500(DISP) X 2 = $7,000
only 50% has been paid by Heesong to date on this order

1

2a) May 22, 1 set of DM24-3, DCM, 5T and DISP : finished, $3,500
this is complete and paid for.
--------------------------------------------------------------------
3a) May 13, 1 set of 3TB : contracted, under processing (installed and testing)
4a) July 3, 1 set of DM24-3 and 5T, contracted, under processing
5a) August 20, 55 sets of DM24-3, DCM, 5T and DISP : contracted, under processing
6a)  3 sets of 3T, under bidding
 From KIGAM :
1b) 2 sets of 3T : finished, $4,000 (advice fee $2,000 X 2 = $4,000 )
my price list presently has only $1,000 per 3T as advice fee.  This order has not yet been paid, the LC documents have been submitted ot he bank but the payment has not yet been made to GSL
2b) 2 sets of 3T : contracted, under processing
 Therefore, at present, the advice fee for 1a), 2a) and 1b) is  totally $14,500.  I want to use $1,000 for supporting your accomodation of my group such as dinner,
 some small gift, car rental, etc..  I want to ask you to send $8,000 to my account
at America this week.   I want to receive the equivalent British Pound to the remained amount, $5,500  in order to support my group at London and
 to use later for next visit to London.  If possible, I want to get larger bills (such as 50 pound bills) for small volume.
*Therefore commission $7,000.00 payable at present moment (plus see below)
we have in addition as payable

PPS CMG6353 DT 11.11.08 wo 4785 KFX-KSA-0008227600-F1 $1,000.00
PPS CMG6378 DT 25.11.08 wo 4769 KFX-KSA-00082264-00-F1 $1,000.00


Total to date $9,000

please advise
*


--
best regards
nathan


Nathan Pearce
Senior Systems Engineer
Guralp Systems Limited
3 Midas House, Calleva Park
Aldermaston RG7 8EA. U.K.
Tel: +44 118 9819056
Fax: +44 118 9819943
http://www.guralp.com

2

Confidential Treatment Requested By Guralp Systems Limited                                                                                                     GSL00000883