# EXHIBIT E

| | |
|---|---|
| **From:** | cguralp [cguralp@guralp.com] |
| **Sent:** | Tuesday, March 30, 2010 5:37 PM |
| **To:** | Nathan Pearce |
| **Subject:** | Re: Fwd: status |

Yes we will do and we should do so...
Regards
Cansun

```
Dr. Cansun Guralp          Fax :+44 (0)118  9819943
Guralp Systems Ltd.   Tel :+44 (0)118  9819056
3 Midas House,         mailto:cguralp@guralp.com
Calleva Park, Aldermaston   http://www.guralp.com
READING   RG7 8EA, UK
```

On 30/03/2010 17:03, Nathan Pearce wrote:
```
to discuss

best regards
nathan

_____
Nathan Pearce
Head of Sales
Guralp Systems Limited
3 Midas House, Calleva Park
Aldermaston RG7 8EA. U.K.
Tel: +44 118 9819056
Fax: +44 118 9819943
Mob: +44 788 7954808
http://www.guralp.com
```

-------- Original Message --------
**Subject:** status
**Date:** Wed, 31 Mar 2010 01:01:24 +0900
**From:** Heon Cheol Chi <chiheoncheol@gmail.com>
**To:** Nathan Pearce <npearce@guralp.com>

Dear Mr. Nathan Pearce :

I just came back to home and I want to summarize my idea.

First, I did not understand the figure of new managing organization, so I want to hear of it from you when you visit Korea on April or at Vienna on May.

Second, due to my position, I am not allowed to participate in any activity of private companies not only investment but also any assistance officially.

1

Third, the total of real estate and cash flow of me and my family should be reported to government every year.  That is why I got the advice fee from you through the american bank.  The cash flow between Hee Song and me is really very dangerous and strictly it should be limited within very small amount.

Fourth, you do not need to worry about Geotek right now.  Geotek already informed to their agent that the supply price of accelerometer would be decided between $3,200 ~ $3,700.  I guessed it would be $3,500.  The price of recorder is also very high compared with yours.  When I discussed to down the price of 5T and DCM by $500, I did not expect the appearance of Geotek.  But right now, it was very good decision.   Until now, Geotek did not send their systems for test yet and they should code QSCD20 inisde recorder in order to pass the test.

Last, the urgent mission in Korea is to mitigate the anger and complaint of your customers due to very short operation after installation and long period of repair.  In order to keep the good market, the reputation of quality and service is crucial and Hee Song is really doing their best to keep it.

In addition, I want to receive two advice fees of 1) express train order and 2) order from Hee Song such as for gas company.   As far as I knew, all costs were already paid completely.  I have heard that the delay penalty of express train order would be less than $7,000 but I did not check it exactly.  Please check it and  as promised, I want to pay it from my advice fee.  Whenever you ask your collegue to pay advice fee, please let me know just by 'your request was processed' or by any expression you want..


 With my best wishes.

Chi, Heon Cheol

Confidential Treatment Requested By Guralp Systems Limited                                                                                                       GSL00000953