# Exhibit 5



Merrill Lynch
4800 Deer Lake Drive East
Building 1, 3rd Floor
Jacksonville, FL 32246

HEON CHEOL CHI
C/O YONGKOO LEE
1265 15TH ST APT 9K
FORT LEE NJ 07024-1957

N

AO-CA_CHI_000292