# EXHIBIT P

| | |
|---|---|
| **From:** | "HeonCheol, Chi" <chi@kigam.re.kr> |
| **To:** | "Nathan Pearce" <npearce@guralp.com> |
| **Cc:** | "Cansun Guralp" <cguralp@guralp.com> |
| **Sent:** | Mon, 20 Jun 2005 22:36:08 +0900 |
| **Subject:** | status of order |

Dear Dr. Nathan Pearce :

How about you ?  I just came back from Osaka in Japan.  I asked the purchase division to order your systems for express train but it was holded due to the outside complaint.  The agents of Japanese seismic companies officially proposed their systems for comparison and possibilities to use.  Last week, all procedures were finished and your product was concluded as the best candidate.  Of course, the specification of your product was the principal criteria, so the result was easily expected.

Mr. Kim at the purchase division will ask some discount  to you which I already informed to you.  You just reply the discount price with the comment like as "When Dr. Chi visited my company, he strongly asked to discount the price."  You should modify it with your own writting style.  All the other orders will be done very near soon. With my best wishes.

Chi, Heon Cheol
'

===========================================================

The information in this email and in any attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorised to and must not disclose, copy, distribute, or retain this message or any part of it.

Confidential Treatment Requested By Guralp Systems Limited                              GSL00007195