# EXHIBIT Q

Message

| | |
|---|---|
| **From**: | HeonCheol, Chi [chi@rock25t.kigam.re.kr] |
| **Sent**: | 13/02/2008 02:10:07 |
| **To**: | Nathan Pearce [npearce@guralp.com] |
| **CC**: | Chi, H. C. [chi@kigam.re.kr] |
| **Subject**: | Fw: status of development and KOGAS project |
| **Attachments**: | AC73-2.pdf; AC73-1.pdf; L_CR-5P.pdf |
| **Importance**: | High |

Dear Mr. Nathan Pearce :

First, please do not open this mail to outside.


I need your technical assistance in order to protect
your systems. The pdf file, named L_CR-5P, is the specification of GeoSIG system to supply for this
bidding. As shown on the file, it is PC based system with pentium 4 and window XP. I do not want
to accept PC based system as seismic instrument and I expressed my idea to Dr. Talhan Biro.

As you knew, if PC is accepted to be used for seismic recorder, just AD and GPS boards are needed
to make seismic recorder. In that case, everyone could make seismic intrument if he can do programing.

Moreover, seismic intruments are designed fo be alive during highly shaked and tough condition,
But even industrial PC is not designed for that condition.

Dr. Biro mentioned that your DCM also has computer inside. I need your proper explanation to protect
DCM.

System stabilty and reliability is fundamentally important. Dr. Biro also mentioned un-stability of your
system like us my collegues.

**Please do not make any conflict and trouble with Mr. Biro or GeoSIG.**

**But please remove any possibility for anyone to criticize your systems.**

I need your help in order to make your system as standard one in Korea.
I also attached the catalog of new sensor of GeoSIG, AC-73,

With my best wishes,

Chi, Heon Cheol



----- Original Message -----
**From:** Dr. Talhan Biro
**To:** HeonCheol, Chi
**Cc:** Shin, Jin-Soo ; Shin, In-Chul ; Cho, ChangSoo ; Lim, In-Seup ; Kim (EJ Tech) ; jgrob@geosig.com ; ckuendig@geosig.com ; srudaz@geosig.com ; orazinkov@geosig.com ; raraujo@geosig.com ; wonkim@ejtech.net ; lcm20@hotmail.com

Confidential Treatment Requested By Guralp Systems Limited

SFO_00025695
GSL00031318

**Sent:** Tuesday, February 12, 2008 11:51 PM
**Subject:** status of development and KOGAS project

Dear Mr. Chi,
Many thanks for your email and relevant phone call.
We are eager to acquire your compliance and willing to cooperate to the possible extent to satisfy the requirements of this important project.

As we have discussed on the phone and as I see now that there might be a little confusion on the GeoSIG products, the status and a short summary based on what we had discussed are as follows:

- AC-73 is expected to be available by about July of this year. Currently certain performance tests and relevant development are on going. You can reach the datasheet on our webpage: http://www.geosig.com/search.htm; at the top of the sensors list.

- We can also offer Guralp CMG-5T sensor instead and we believe this does not create any problem eventhough there is an agent from Guralp in Korea. Because we also have a cooperation link with Guralp and we are also taking the responsibility of what we supply. In any case, if repair is a concern, Guralp does not have a repair center in Korea and their agent would forward any material to be repaired to England as we would do the same. Of course local service and support is anyway done locally according to the warranty, etc. Therefore I do not see any risk in acquiring Guralp sensors from us.

- GSR-24 is able to connect to a TCP/IP network with an external interface, which is an industry standard device. It is possible to receive the datastreams of the GSR on the local network from several computers. It is possible to login to the GSR for event data downloading and/or instrument configuration from ONE computer at a time, which is logical because it involves a login and one should not allow multiple users to try to configure a device at the same time. Otherwise for sure there would be a conflict in the device. I think it is worthwhile to mention that the GSR-24 is being sold and utilized worldwide since more than 7 years.

- On the other hand the CR-5P is a new and modern device which has a recording module with a computer including a harddisk. When we say computer we do not mean a computer like you use on your desktop or office or a laptop, but a computer made for implementing inside industrial or commercial applications like this. For example DCM has also a computer inside. A computer consists of a hardware (and firmware) and a software part. The software part consists of the operating system and we employ Windows XP and GeoDAS in the CR-5P computer. I understand that you critise / question the stability of XP, however, I can not say any others are much more stable or reliable. This is based on for example the evidence we have had from numerous problems we have seen in DCM modules we had shipped. Since we have been working also closely with Guralp on many projects involving DM24 or DCM modules, we have also seen many problems associated with those. This is not at all to dequalify Guralp, but just to mention our experience with equipment employing non-windows OS. In any case in CR-5P there are a number of precautions to get over system or network crashes in the form of what we call a "watchdog".
I can comfortably declare also that our data acquisition and analysis software GeoDAS is by far better than many other manufacturers softwares in terms of user friendliness, ease of operation and available configuration and usage options.
The digitisers used in CR-5P are actually a version of the digitisers we are employing in the latest USGS instruments, which I told you that these USGS instruments are not yet commercially available, but will be soon. Thus they are GeoSIG make digitisers.
By default CR-5P is a modular unit with 9 channel (3 x 3 channel) digitiser modules and can be fit into any sort of waterproof 19 inch electronic cabinet of the industry standard. As you will see, the portability of CR-5P comes from the modular character, thus portable does not mean less capable.
You can reach the datasheet and user manual of the CR-5P from our webpage: http://www.geosig.com/search.htm

Confidential Treatment Requested By Guralp Systems Limited

SFO_00025696
GSL00031319

- I just want to emphasize that GeoSIG is a worldwide well known and experienced company for especially strong motion instrumentation. Our systems (ones also including windows based computers) are being used at the moment in many nuclear power plants worldwide for example, which are very mission critical installations, at least as critical as the gas installations. We have been selected as the supplier for NPP's in Korea, USA, France and Switzerland within the past few years for numerous plants as new or replacement systems.

I hope these will clarify the situation and let you consider our products in a more realistic manner. Please do not hesitate to contact us or our agent EJ-Tech in case you have any further questions.

I thank you again for your valuable time and conversation.
With best Regards
Talhan Biro

At 16:26 11.02.2008, HeonCheol, Chi wrote:


Dear Dr. Talhan Biro :

Your name was already familiar with me and you should know me a little.
As you knew, Gas company did open bidding on seismic instruments and
some special RTU box for their own SCADA system.  Your agent, EJTech,
participated in the bidding with your systems.

 If a company wins the bidding, the company must get the  specification certificate
of  supplied systems from my institute before shipping to gas company.
The test for certificate might be done on May in stead of conventional  factory
inspection.  Apparently like as preliminary test, all specifications of participated
companies  were officially asked for my institute to review whether they satisfy
the required  specifications.

The main check points are whether requirements are fully
satisfied, and if not, then whether the discrepancies can be satisfied
within due date of certificate test at my institute.  My institute takes only
the technical issues into consideration.

I checked your web site and I could not find the submitted catalog of AC73,
and the specification of GSR-24 is somewhat different from the required one.
Moreover, the RTU box for SCADA system is mentioned as under development.
This open bidding is not the project of developing new system but
the purchase of  the commercially popular products.  Therefore, personally
I believed that basically only available  products should be candidates
for this open bidding.  But if the products can be available in very near soon
with reliability, it might be considered as one of potential candidates personally.

Mr collegue, Dr Cho is resposible for the activities of gas company,
and together with him,  today I met your agents at my institute.  Since I am a little
more comfortable to send this mail in English, I contacted to you.

I have heard from your agents that AC-73 is under development, and some additional
device for GSR-24 in order to do multitasking and  real-time processing of PGA and
Spectral Intensity is also under development.

Confidential Treatment Requested By Guralp Systems Limited

SFO_00025697
GSL00031320

Your agents also said that whenever the developement of additional device of GSR-24 is fixed,
the RTU box will be developed by EJ Tech in Korea.

Here, I want to know the status of your-side development of AC-73 and additional device.
I guessed that the additional device is like as CMG-DCM at Guralp company.
Before selling out newly developed products, you should do some stability test
for a certain duration.  If you have already done the necessary tests, please let me
know the test data sheets in advance because I did not have any information even like as
AC-73 catalog.

The requirement of RTU box is also not so simple but it follows your additional device.
 I should be afraid of  that kind of consecutive procedure within very limited due date.

Since I have to report our reviewed opinion tomorrow, I will call you some time later to do Q&A.

With my best wishes.

Chi, Heon Cheol

Marketing & Sales Director
GeoSIG Ltd. - Head Office - Europastrasse 11 -  8152 Glattbrugg - Switzerland
Tel: +41 44 810 21 50 - Fax: +41 44 810 23 50 - E-mail: info@geosig.com
Direct  E-mail: tbiro@geosig.com - Internet: http://www.geosig.com

Confidential Treatment Requested By Guralp Systems Limited

SFO_00025698
GSL00031321