# EXHIBIT R

Message

| | |
|---|---|
| **From**: | Heon Cheol, Chi [chi@kigam.re.kr] |
| **Sent**: | 17/10/2014 08:22:28 |
| **To**: | Nathan Pearce [npearce@guralp.com] |
| **CC**: | Cansun Guralp [cguralp@guralp.com] |
| **Subject**: | status |
| **Attachments**: | Commodity Descriptioin.pdf |

Dear Mr. Nathan Pearce :

How about you?  As mentioned, Dr. Che got the permission from my president to order your system
through private contract.  But the director of purchase division did not accept the permission.
The director, Ms. Kim said that
ŒThe permission was done because Guralp is the only company to do it based on the declaration of Dr. Chi and Dr.
Che.  But there is no objective document to prove it.  Hence, even though the shortest period of bidding
announcement (9 days X 2 times = 18 days), she would open the announcement of purchase in public. [1]

Hence, we gave the commodity description (see attached file) for announcement.  In the description, the
specification of broadband seismometer is exactly the same as yours.  Moreover, the participant should submit a lot
of documents shown at Other conditions and Remarks at attached file within 9 days.  Most of them could be
satisfied only by Guralp.
Ms. Kim is very stubborn and self-opinionated.

You do not need to participate in the bidding.  After the nominal procedure, we would do private contract with you
Guralp.  In that time, you just submit previous-discussed brief drawings, system configuration and the list of your
installation of OBS such as Turkey project.

I am sorry to be delayed

With my best wishes.

Chi, Heon Cheol

Confidential Treatment Requested By Guralp Systems Limited

SFO_00099857
GSL00105187