# EXHIBIT S

| | |
|---|---|
| **To:** | Heon Cheol, Chi [chi@kigam.re.kr] |
| **From:** | Outhay Viengkhou |
| **Sent:** | 2016-06-08T15:41:55-08:00 |
| **Importance:** | Normal |
| **Subject:** | Re: request |
| **Received:** | 2016-06-08T15:40:01-08:00 |

STS-5A.pdf

Dear Dr. Chi,
Here is more info on the STS-5A.
Regards,
outhay

---

**From:** Outhay Viengkhou <ov@kmi.com>
**Date:** Monday, June 6, 2016 at 3:49 PM
**To:** Heon Chi <chi@kigam.re.kr>
**Subject:** Re: request

Dear Dr. Chi,

Thank you for endorsing the STS-5A which I believed you will find it quite satisfactory.

The STS-5A is basically a STS-2.5 in a borehole package, it comes with Gimbal system, you can see the detail here,
http://www.kmi.com/uploads/PDFs/STS-5A%20Datasheet.pdf

And It is field proven‹it is used in IRIS USArray Alaska.

Regards,
Outhay

P.S Have not receive any request from Koprea EMT or Heesong yet.

---

**From:** Heon Chi <chi@kigam.re.kr>
**Date:** Thursday, June 2, 2016 at 12:18 AM
**To:** Outhay Viengkhou <ov@kmi.com>
**Subject:** request

> Dear Mr. Outhay Viengkhou :
> How about you? Everything is ok and being done as expected.
> I want to know your borehole broadband sensor, STS-5A in detail.
> I recommended KMA to use STS-5A instead of CMG-3TB in-directly.
> KMA said that if STS-5A has the same specification as STS-2.5, they will use it.
> I called your agent to ask Kinemetrics about the document, paper or test result
> Of STS-5A.
> KMA does not care of the price, the price itself is not big issue.
> The first concern is reliable and it satisfies the requirement.
> The second is whether the order would be criticized later by the government audit and inspection.
> I already declared to KMA and university professors that I will use STS-5A for new borehole stations.
> Hence, I will also order STS-5A from next year.
> With my best wishes.
> Chi, Heon Cheol

Confidential Treatment Requested by Kinemetrics                                                                                                                    KMI00025960