JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California  90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
HEON-CHEOL CHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HEON-CHEOL CHI,<br><br>    Defendant. | NO. CR16-824-JFW<br><br>**EX PARTE REQUEST FOR RETURN OF HEON CHEOL CHI'S PASSPORT** |

    Defendant Heon-Cheol Chi, by and through his counsel of record, Joel C. Koury, hereby files the following the ex parte application requesting an order releasing Heon Cheol Chi's passport to his counsel of record.

Dated: October 7, 2017                               Respectfully submitted,

                                                                                    /s/

                                                            JOEL C. KOURY
                                                            Attorney for Defendant
                                                            HEON-CHEOL CHI

## DECLARATION OF COUNSEL

I, JOEL C. KOURY, do hereby declare as follows:

1. I am counsel of record for Dr. Heon Cheol Chi in the above entitled matter.
2. Dr. Heon Cheol Chi is a citizen of the Republic of Korea commonly known as South Korea.  Dr. Chi was arrested on December 14, 2016 as he was entering the United States at San Francisco to attend an educational conference.  Shortly after his arrest, Dr. Chi's passport was seized by FBI special agent Coleman who subsequently turned it over to the United States Pretrial Service Office located in Los Angeles.
3. Dr. Heon Cheol Chi was later released on bond on March 14, 2017.
4. On March 15, 2017, Dr. Chi signed a declaration stating that his passport was in the possession of the United States Pretrial Service Office and that he would not apply for another passport while on bond.
5. Dr. Chi remained on bond with no violations of the terms and conditions of his bond until the time of his trial.
6. Following a jury trial and verdict, the Court allowed Dr. Chi to remain on bond until August 7, 2017 at which time Dr. Chi surrendered as ordered to the United States Marshall's Office.
7. On October 2, 2017, the Court sentenced Dr. Chi to 14 month in prison to be followed by one year of supervised release.
8. Because he is not a United States citizen, based on information shared with counsel, it is anticipated that Dr. Chi will be turned over to the United States Department of Homeland Security's Immigration and Customs' Enforcement at the conclusion of his sentence to be eventually returned to his homeland in the Republic of Korea.  Without his passport, Dr. Chi will be held longer and his return delayed while ICE verifies his identity and

country of origin.  If, Dr. Chi has access to his passport the process of identifying him and his country of origin can be expedited and he can return to his home country and waive any right to a hearing and voluntarily leave the United States and return to his home country right after he has completed his sentence.

9. On October 2, 2017 and again on October 10, 2017, Dr. Chi's counsel contacted the United States Pretrial Service Department who confirmed that they are still in possession of Dr. Chi's passport and would release his passport to his counsel if ordered by the Court.  Absent an order of the Court they would send the passport to Washington DC which will likely delay Dr. Chi's departure and prolong his detention after completing his sentence.

10. In order to reduce the unnecessary expenditure of future judicial resources and to shorten the time and cost of immigration detention and to expedite Dr. Chi's return home after his release from custody, Dr. Chi is requesting that this Court order that his passport be released to his counsel.  Counsel will hold Dr. Chi's passport until his release from custody and then counsel will release the passport to Dr. Chi and immigration authorities to expedite Dr. Chi's departure from the United States.

11. On October 2, 2017, Assistant United States Attorney Poonam Kumar notified counsel that the government had no objection to the Court ordering that Dr. Chi's passport be released to his counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, signed on October 10, 2017 in Santa Monica, California.

                      /s/
                    JOEL C. KOURY
                    Attorney for Defendant
                    HEON-CHEOL CHI