JOEL C. KOURY (No. 143856)
(E-mail: jckoury@aol.com)
3435 Ocean Park Blvd, Suite 107-50
Santa Monica, California 90405
Telephone: (424) 248-8670
Fax: (866) 829-9412

Attorneys for Defendant
HEON CHEOL CHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR16-824 - JFW |
| Plaintiff, | ) **ORDER TO RETURN OF PASSPORT** |
| v. | ) |
| HEON CHEOL CHI, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the United States Pretrial Service Office hereby release Heon Cheol Chi's passport to Mr. Chi's counsel of record Joel C. Koury.

DATED: October 11, 2017          _____
                                  **HON. JOHN F. WALTER**
                                  United States District Court Judge

CC: USPO, PSA

Presented by:

_____/s/_____
JOEL C. KOURY

1